# ATTACHMENT 1

## Supplemental Cover Sheet

# ATTACHMENT 2

## Most Recent Court Docket

Back to results

## Case Details

# Case Information

| Case Number | Filing Date | Case Title | Case Category | Case Type Code | Case Status | Court | Judicial Officer Name |
|---|---|---|---|---|---|---|---|
| CV2025027997 | 08/08/2025 | Higgins Vs. Mitchell, Et.Al. | Civil | 150-210 - Other | 22 - Not Subject to ARB - 22 | Maricopa County Superior | |

# Party Information

| First Name | Middle Name | Last Name | Date of Birth | Role | City | State | Vehicle Registration Hold |
|---|---|---|---|---|---|---|---|

| Nancy | M | Bonnell | Attorney | N |
|-------|---|---------|----------|---|
| Michele | | Molinario | Attorney | N |
| EVELYN | | DUENAS | Attorney | N |
| TYLER | | CAMPMAN | Attorney | N |
| Mark-Rock | | Higgins | Plaintiff | N |
| Rachel | Hope | Mitchell | Defendant | N |
| Ann | A Scott | Timmer | Defendant | N |
| Robert | Maurice | Brutinel | Defendant | N |
| Justin | | Heap | Defendant | N |
| John | M | Allen | Defendant | N |
| Steven | Michael | Gallardo | Defendant | N |
| Thomas | Francis | Galvin | Defendant | N |
| Kate | Brophy | McGee | Defendant | N |
| Mark | | Stewart | Defendant | N |

| Debbie | | Lesko | Defendant | N |
|--------|--|-------|-----------|---|
| Joseph | | Pizillo | Defendant | N |
| Steven | A | Johnson | Defendant | N |
| Carla | Jewel | Bastein | Defendant | N |
| Manuel | O | Delgado | Defendant | N |
| Sara | Eleanor | Birkemeier | Defendant | N |
| Brian | John | Issit | Defendant | N |
| Jennifer | | Toth | Defendant | N |
| Michael | William | Kemp | Defendant | N |
| Deserae | Aleethea | Tucker | Defendant | N |
| Andrew | Stefan | Warianka | Defendant | N |
| Heidi | Marie | Owens | Defendant | N |
| Serena | | Serassio | Defendant | N |
| Eddie | | Cook | Defendant | N |

| Kathleen | Marie | Hobbs | | Defendant | | N |
|---|---|---|---|---|---|---|
| Serena | Courtney | Pokrass | | Defendant | | N |
| Gerald | Anthony | Sheidan | | Defendant | | N |
| Royce | T | Flora | | Defendant | | N |
| Paul | David | Petersen | | Defendant | | N |
| Kayela | | Willis | | Defendant | | N |
| Anna | | Huberman | | Defendant | | N |
| Andrew | | Gastelum | | Defendant | | N |
| Joseph | | Guzman | | Defendant | | N |
| Leonore | | Driggs | | Defendant | | N |
| Fred | | Arnett | | Defendant | | N |
| Blake | | King | | Defendant | | N |
| Joe | B | Getzwiller | | Defendant | | N |
| Jordan | | Ray | | Defendant | | N |
| Donald | | Watts | | Defendant | | N |

| Gerald | A | Williams | Defendant | N |
|--------|---|----------|-----------|---|
| Elaissia | | Sears | Defendant | N |
| Cathy | | Riggs | Defendant | N |
| Sharron | | Sauls | Defendant | N |
| Michele | | Reagan | Defendant | N |
| Tyler | | Kissell | Defendant | N |
| Teresa | | Lopez | Defendant | N |
| Craig | | Wismer | Defendant | N |
| Jennifer | | Sama | Defendant | N |
| Chris | | Mueller | Defendant | N |
| Jennifer | | Jermaine | Defendant | N |
| Rebecca | | Rios | Defendant | N |
| Mireya | | Arroyo | Defendant | N |
| Ken | | Cheuvront | Defendant | N |

| | | | | |
|---|---|---|---|---|
| Ashley | | Fitzwilliams | Defendant | N |
| Deserae | Allethea | Tucker | Defendant | N |
| | | City Of Goodyear | Defendant | N |
| Santiago | | Rodriguez | Defendant | N |
| Steven | A | Johnson | Defendant | N |
| Sara | Eleanor | Birkemeier | Defendant | N |
| Laura | | Kaino | Defendant | N |
| Sheri | | Lauritano | Defendant | N |
| Wally | | Campbell | Defendant | N |
| Bill | | Stipp | Defendant | N |
| Brannon | | Hampton | Defendant | N |
| Vikki | | Gillis | Defendant | N |
| Benita | | Beckles | Defendant | N |
| Trey | | Terry | Defendant | N |

| Joseph | | Pizzillo | Defendant | N |
|---|---|---|---|---|
| Wynette | | Reed | Defendant | N |
| Justin | | Fair | Defendant | N |
| Adam | | Tellez | Defendant | N |
| Kyle | | Jones | Defendant | N |
| Chris | | Nanos | Defendant | N |
| Mark | | Dannels | Defendant | N |
| Randy | Jerome | Judd | Defendant | N |
| Irish | | Craig-Thurston | Defendant | N |
| Axlund | Bret | Bernard | Defendant | N |
| Dennis | Lee | Orender | Defendant | N |
| John | Joseph | Tuchi | Defendant | N |
| Kristin | Kay | Mayes | Defendant | N |
| Douglas | James | Burgum | Defendant | N |

| | | | | | |
|---|---|---|---|---|---|
| Pamela | Jo | Bondi | | Defendant | N |
| Brooke | Leslie | Rollins | | Defendant | N |
| Sarah | K | Albrycht | | Defendant | N |
| Scott | Kenneth Homer | Bessent | | Defendant | N |
| Rhodes | David | Lee | | Defendant | N |
| Kristen | Layheya | Sharifi | | Defendant | N |
| Donna | June | McQuality | | Defendant | N |
| Tina | Rae | Ainley | | Defendant | N |
| Michael | Paul | McGill | | Defendant | N |
| Steven | Aaron | Young | | Defendant | N |
| Frank | Joseph | Bisignano | | Defendant | N |
| Janet | Louise | Yellen | | Defendant | N |
| William | Hollis | Long | | Defendant | N |
| Arnold-Noem | Kristi | Lynn | | Defendant | N |
| Warren | | Petersen | | Defendant | N |

| | | | | |
|---|---|---|---|---|
| Steven | John | Sisnero | Defendant | N |
| Deborah | | Williams | Defendant | N |
| Mark | | Daniels | Defendant | N |
| Ross | | Teeple | Defendant | N |
| Douglas | John | Wolf | Defendant | N |
| Michael | P | McCord | Defendant | N |
| I D | | Tellez | Defendant | N |
| William | Scott | Bales | Defendant | N |
| Kimberly | | Lee | Defendant | N |
| Dolores | Janette | Doolittle | Defendant | N |
| Thomas | K | Kelly | Defendant | N |
| Krista | Michelle | Carman | Defendant | N |
| Robert | F | Kennedy | Defendant | N |
| Donald | John | Trump | Defendant | N |

| Marco | Antonio | Rubio | Defendant | N |
| Kenneth | Sean | Countryman | Defendant | N |
| Dean | John | Saucer | Defendant | N |
| Tony | | Gonzales | Defendant | N |
| Debra | D | Lucas | Defendant | N |
| Jennifer | Christine | Pifer | Defendant | N |
| Teresa | Meili | Welborn | Defendant | N |
| John | I | Lohr | Defendant | N |
| John | W | Erickson | Defendant | N |
| Joseph | P | Goldstein | Defendant | N |
| Linda | | Wallace | Defendant | N |
| Michael | R | Bluff | Defendant | N |
| Anna | C | Young | Defendant | N |
| Cele | | Hancock | Defendant | N |

2/10/26, 2:46 PM

| | | | | |
|---|---|---|---|---|
| Kelly | | Gregorio | Defendant | N |
| Frank | Parker | Woods | Defendant | N |
| Melissa | M | Zabor | Defendant | N |
| Rachel | | Gendreau | Defendant | N |
| Jeffery | Robert | Fine | Defendant | N |
| Christopher | C | Nanos | Defendant | N |
| Aaron | Wayne | Mayville | Defendant | N |
| Alexander | | Mashinsky | Defendant | N |
| Kristine | Meehan | Mashinsky | Defendant | N |
| Mathew | | Lane | Defendant | N |
| Chris | | French | Defendant | N |
| Susan | Ward | Harris | Defendant | N |
| Bret | Bernard | Axlund | Defendant | N |
| Sophia | | Petrillo | Defendant | N |

| Jennifer | | Hernandez | | Defendant | N |
|---|---|---|---|---|---|
| Jon | Alan | Titus | | Defendant | N |

## Charge Information

| Charge Code | Charge Description | Charge Class | Disposition | Disposition Date |
|---|---|---|---|---|

No data available

## Event Information

| Docket Description | | Date | Preview Document | Add To Cart | Remove From Cart |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| COM - Complaint | 08/08/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| CCN - Cert Arbitration - Not Subject | 08/08/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| ODF - Order Deferring Court Fees | 08/08/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| ADW - Application Deferral/Waiver | 08/08/2025 | | **Document Not Available Online** | Remove Item |
| MOT - Motion | 08/11/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| ODF - Order Deferring Court Fees | 08/19/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 08/19/2025 | | **Document Not Available Online** | Remove Item |
| NOT - Notice | 08/19/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| 019 - ME: Ruling | 08/22/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 08/27/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| MTD - Motion To Dismiss | 09/29/2025 | ☐ | Add to Cart 🛒 | Remove Item |

| MTD - Motion To Dismiss | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
|---|---|---|---|---|
| MTD - Motion To Dismiss | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |

| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
|---|---|---|---|---|
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | | Add to Cart 🛒 | Remove Item |

| | | | | |
|---|---|---|---|---|
| AFS - Affidavit Of Service | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| AFM - Affidavit of Service Registered/Certified Mail | 09/30/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | ☐ | Add to Cart 🛒 | Remove Item |

| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |

| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
|---|---|---|---|---|
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/01/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 10/08/2025 | | Add to Cart 🛒 | Remove Item |
| NAR - Notice Of Appearance | 10/10/2025 | | Add to Cart 🛒 | Remove Item |
| MTD - Motion To Dismiss | 10/10/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 10/08/2025 | | Add to Cart 🛒 | Remove Item |
| 066 - ME: Case Reassigned | 10/17/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/20/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/21/2025 | | Add to Cart 🛒 | Remove Item |

| RES - Response | | 10/21/2025 | | Add to Cart 🛒 | Remove Item |
| --- | --- | --- | --- | --- | --- |
| NOT - Notice | | 10/23/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/23/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/23/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/23/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/23/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| MTD - Motion To Dismiss | | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | | 10/24/2025 | | Add to Cart 🛒 | Remove Item |

| | | | | |
|---|---|---|---|---|
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |

| NOT - Notice | 10/24/2025 | | Add to Cart 🛒 | Remove Item |
| --- | --- | --- | --- | --- |
| REL - Reply | 10/27/2025 | | Add to Cart 🛒 | Remove Item |
| ORD - Order | 10/27/2025 | | Add to Cart 🛒 | Remove Item |
| ORD - Order | 10/27/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |

| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 10/29/2025 | | Add to Cart 🛒 | Remove Item |
| REL - Reply | 10/31/2025 | | Add to Cart 🛒 | Remove Item |
| 023 - ME: Order Entered By Court | 11/05/2025 | | Add to Cart 🛒 | Remove Item |
| SUM - Summons | 11/13/2025 | | Add to Cart 🛒 | Remove Item |
| MTD - Motion To Dismiss | 11/17/2025 | | Add to Cart 🛒 | Remove Item |
| MTD - Motion To Dismiss | 11/18/2025 | | Add to Cart 🛒 | Remove Item |
| NAR - Notice Of Appearance | 11/24/2025 | | Add to Cart 🛒 | Remove Item |
| LET - Letter | 11/24/2025 | | Add to Cart 🛒 | Remove Item |
| | | | | Remove |

| NOT - Notice | 12/01/2025 | | Add to Cart 🛒 | Remove Item |
|---|---|---|---|---|
| AFS - Affidavit Of Service | 11/25/2025 | | Add to Cart 🛒 | Remove Item |
| AFS - Affidavit Of Service | 11/25/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 12/01/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 12/01/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 12/01/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 12/01/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 12/01/2025 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 12/03/2025 | | Add to Cart 🛒 | Remove Item |
| OBJ - Objection/Opposition | 12/03/2025 | | Add to Cart 🛒 | Remove Item |
| 019 - ME: Ruling | 12/08/2025 | | Add to Cart 🛒 | Remove Item |
| | | | | Remove |

| | | | | |
|---|---|---|---|---|
| NOL - Notice of Lodging | 12/16/2025 | ☐ | Add to Cart 🛒 | Item |
| NOT - Notice | 12/18/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| NOL - Notice of Lodging | 12/19/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| NAP - Notice Of Appeal | 12/19/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| 023 - ME: Order Entered By Court | 12/24/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| 023 - ME: Order Entered By Court | 12/29/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| NAP - Notice Of Appeal | 12/31/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| NOF - Notice Of Filing | 12/31/2025 | ☐ | Add to Cart 🛒 | Remove Item |
| 023 - ME: Order Entered By Court | 01/08/2026 | ☐ | Add to Cart 🛒 | Remove Item |
| NOL - Notice of Lodging | 01/09/2026 | ☐ | Add to Cart 🛒 | Remove Item |
| 023 - ME: Order Entered By Court | 01/20/2026 | ☐ | Add to Cart 🛒 | Remove Item |
| JDI - Judgment Of Dismissal | 01/20/2026 | ☐ | Add to Cart 🛒 | Remove |

JDI - Judgment Of Dismissal | 01/20/2026 | | Add to Cart 🛒 | Remove Item

| JDI - Judgment Of Dismissal | 01/20/2026 | | Add to Cart 🛒 | Remove Item |
|---|---|---|---|---|
| NOT - Notice | 01/21/2026 | | Add to Cart 🛒 | Remove Item |
| NOT - Notice | 01/21/2026 | | Add to Cart 🛒 | Remove Item |
| NOL - Notice of Lodging | 01/28/2026 | | Add to Cart 🛒 | Remove Item |
| JUD - Judgment | 02/02/2026 | | Add to Cart 🛒 | Remove Item |
| 021 - ME: Nunc Pro Tunc Order | 02/05/2026 | | Add to Cart 🛒 | Remove Item |
| NOL - Notice of Lodging | 02/05/2026 | | Add to Cart 🛒 | Remove Item |
| AIX - Appeals Index | 02/04/2026 | | Add to Cart 🛒 | Remove Item |
| CAR - Court Of Appeals Receipt | 02/04/2026 | | Add to Cart 🛒 | Remove Item |

# Hearing Information

| Courtroom Description | Date | Hearing Type | Hearing Result |
| --- | --- | --- | --- |

No data available

v1.1.7

Case 2:26-cv-00955-MTL    Document 1-1    eAccess Filed 02/10/26    Page 40 of 862

# ATTACHMENT 3

Operative Complaint

Person Filing: Mark-Rock: Higgins in Personam

Address (if not protected): ~10642 W. Southcap

City, State, Zip Code: Tolleson-Arizona [85353]

Telephone: ~(602) 315-4763

Email Address: Rockz27@Telouch.com

Lawyer's Bar Number: N/A

Clerk of the Superior Court
By Jessica Bernal, Deputy
Date 08/08/2025 Time 09:01:46

| Description | Amount |
|---|---|
| --------- CASE# CV2025-027997 -case only | |
| CIVIL NEW COMPLAINT | 367.00 D |
| TOTAL AMOUNT | 0.00 |
| Receipt# 30422741 | |

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam
**Name of Plaintiff**

Rachel Hope Mitchell etal.,
**Name of Defendant**

**CV2025-027997**

Case Number: _____

Title: **CIVIL COMPLAINT**
163 Master Bill of Lading

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☐ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☒ Other reason: People bound by Oaths do business under authority of Maricopa County & State of Arizona

USDC SDNY Case No. 22-cv-9714-LTS



# Territory of Arizona Court aka arizona superior courts
## Maricopa County
## High Courts of Chancery
## Master Bill of Lading
### *NON-NEGOTIABLE*
### Ships Manifest
Non-Negotiable
### Civil Dispute

*Superior Court of Arizona Maricopa County Foreign Judgment Case No. CV2024-021367*
**Territory Of Arizona-Grenada-Spain**

Bill In Chancery
**Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/ Gods The Moors**

**The style of this Confederacy shall be known as**

The United States of America

**First Continental Congress**

1774 Articles Of Association (Charter)

**Second Continental Congress**

*1776 Declaration of Independence 1776 Articles of Confederation art.4* **United States In Congress Assembled**

***1781 Articles of Confederation a Perpetual Union***
*Article 1,2,3,4,6,9,12,13*
**1787 Northwest Ordinance**
*Section 1,2,8,13,14. Art. 4*
***Treaty of Marrakech 1786.***

*ARTICLE XXI., Treaty of Tunis 1824*
*ARTICLE XII.*
*Allegiance to The king of Great Britain and Debts owed*
*The First Charter of Virginia , April 10, 1606 sec 1&9*
*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

1 of 71
*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

USDC SDNY Case No. 22-cv-9714-LTS

The United States of America in Congress Assembled

## Constitution of the United States

*Article III, §2§§1, Article VI, Article 1, §8 clause 17,18 (**enclave clause**) the Judiciary Act of 1789 1 stat 73 §9, §11,§13, §16, and §20,§22,§25,§26, §30,§32 Organic acts 1801-1871(charter) and the D.C. Codes*

## United States Constitution

**To: welty, joseph c d/b/a JOSEPH C. WELTY**
        **Chief Judge/acting as Master/Chancellor et al.,(Consignee)**

**To: fine, jeffery robert d/b/a JEFF FINE special clerk of the court et al.,(Consignee) c/o superior courts of the Arizona / New Mexico Territory Maricopa County**

**Speciali Causa (Special Cause) Private, Special, Privileged**

**Confidential
Excluding the Public and Press**

**Special Term, without General without Statutes, without ARCP & ARAP**
Arizona Rules of Civil Procedure **(British Statutes)** Arizona Rules Of Appellate Procedure **(British Statutes)**
*"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."*

### *Claimant(s)*

***higgins, mark rock; : Mark-Rock: Higgins .-in-propria-persona-sui-juris d/b/a***
***Higgins Family Trust*** d/b/a : MARK-ROCK: HIGGINS .
: Mark-Rock: Higgins Moor irish beneficiary a Emperor, a Noble
a Merchant, Admiral, Piloter, Seaman, Mariner, Shereef
*in propria persona sui juris, majoris aetatis suae .*
~10642 WEST SOUTHERN AVENUE
~TOLLESON, Ali Shonak[~ARIZONA] RFD-[~85353]
higginsfamilytrusttrustee@gmail.com

---

### *defendant(s) libelee(s) pirate(s) controversy/contravention*

: mitchell, rachell hope d/b/a **RACHELL H. MICHELL:**    : bastien, carla jewel d/b/a CARLA BASTIEN
: Presiding Prosecutor/Privateer/Pirate        :pro/tempore judge/Privateer/Pirate
: Maricopa County        City of Goodyear Municipal Court et al.,
~225 W. Madison St, 3rd Floor        ~14455 W. Van Buren St. Suite B-101
~Phoenix, Arizona [85003]        ~Goodyear, Arizona [85338]

: owens, heidi maria d/b/a **HEIDI OWENS:**
:justice of peace/privateer/pirate et al.,
:white tank justice maricopa county
:justice court et al.,
~10420 W. Van Buren
~Avondale, Arizona 85353

:delgado, manuel o jr d/b/a MANUEL O DELGADO JR:-
:Judge/Privateer/Pirate City of Goodyear Municipal Court  et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, Arizona [85338]

: pokrass, serena courtney d/b/a SERENA POKRASS:
: Prosecutor/Privateer/Pirate Maricopa County:
~225 W. Madison St, 3rd Floor
~Phoenix, Arizona [85003]

: Craig-Thurston: Irish d/b/a CRAIG T IRISH:
: Attorney/ Privateer/Pirate et al.,
~14425 N. 7th Street , Suite 105
~Phoenix, Arizona [85053]

: issit, brian john d/b/a BRIAN J. ISSIT
RODRIGUEZ
:Chief/privateer/pirate
:City of Goodyear's Police et al.,
~11 N. 145th Ave.
~Goodyear, AZ [~85338}

: rodriguez, santiago d/b/a SANTIAGO
: Chief/Privateer/Pirate Police City of Goodyear et al.,
~11 N. 145th Ave.
~GOODYEAR, ARIZONA [~85338]

: johnson, steven a d/b/a STEVEN A JOHNSON
BIRKEMEIER
: Prosecutor/Privateer/Pirateer Goodyear AZ Court et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, AZ [~85338]

: birkemeier, sara eleanor d/b/a SARA
: Prosecutor/Privateer/Pirateer Goodyear AZ Court et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, AZ [~85338]

: Laura Kaino d/b/a Vice Mayor/Privateer/Pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: Sheri Lauritano d/b/a Council-member/privateer/Pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: Wally Campbell d/b/a Vice-Mayor/privateer/pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: Bill Stipp d/b/a Council-member/privateer/pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

Brannon Hampton d/b/a Council-member/Privateer/Pirate
City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: Vicki Gillis d/b/a Council-member/Privateer/Pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: Benita Beckles d/b/a Council-member/Privateer/Pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: Trey Terry d/b/a Council-member/Privateer/Pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: pizzillo, joseph d/b/a JOE PIZZILLO Mayor/Privateer/Pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395

: Wynette Reed d/b/a City Manager/Privateer/Pirate City of Goodyear et al..
~1900 N. Civic Square
~Goodyear, AZ 85395

: Justin Fair d/b/a Manager/Privateer/Pirate City of Goodyear
~1900 N. Civic Square
~Goodyear, AZ 85395

:axlund, bret bernard d/b/a BRET AXLUND sheriff/privateer/
:pirate Coconino County Arizona~ 4550 E. Flintwood Ln
~Flagstaff, [~ARIZONA] [~Country Club Estates]

: orender, dennis lee d/b/a DENNIS L ORENDER.,
Police Chief/privateer/pirate et al.,
chief police of phoenix police department et al.
620 W Washington St,
Phoenix, Arizona [85003]

:tuchi, john joseph d/b/a JOHN J TUCHI
:district court judge/privateer/pirate
:district court of the united states
 for arizona district et al.,
 ~ 401 W. Washington St. Suite 622, SPC 80
 ~Phoenix, Arizona near. [85007]

: heap, justin daniel d/b/a
:JUSTIN HEAP et al.,
:maricopa county recorder/privateer/pirate
:HEIRS AND ASSIGNEES
~111 S. Third ave
~Phoenix, Arizona near;[85003]

: timmer/scott, ann a d/b/a
: ANN A. SCOTT TIMMER justice/privateer/pirate
:arizona supreme court justice et al.,
~1501 W. Washington St. #411
~Phoenix, Arizona Near. [85007]

:brutinel, robert maurice d/b/a
:ROBERT M BRUTINEL privateer/pirate et al.,
:Chief Justice Arizona Supreme Court et al.,
~1501 W Washington St  411
~Phoenix, Ariz [85007]
~USPS Notice: {RF 28784821US}
~Notice Dated 1/15/2020, Default
~{7020-2450-0000-0925-0450}
~USPS 7020-2450-0001-0758-7815

: mayes, kristen kay d/b/a
: KAY MAYES AZ BAR No.
: Arizona Attorney General /privateer/pirate et al.,
~2005 N Central Ave
~Phoenix, AZ [85004]
~USPS Notice: {RE 919642377US}
~Notice{RE-982-174-901-US}Jan 2021
~{RE-982-1829-73-US} Feb 27, 2019
~ Default Cure:{RE287-854-924US}

: burgum, douglas james d/b/a DOUG BURGUM
: DOUG BURGUM.
: secretary of the interior et al.,
: Department of the Interior
~1849 C Street NW
~Washington, District of Columbia [20240]

: bondi, pamela jo d/b/a
: PAM BONDI
: U.S. D.C. attorney general /privateer/pirate et al.,
 : Department of Justice
 ~950 Pennsylvania Avenue, NW
 ~Washington, District of Columbia [20530]

: rollins, brooke leslie d/b/a
: BROOKE ROLLINS
: secretary/privateer/pirate et al.,
: U.S. Department of Agriculture (USDA) Forrest SVC.
~1400  Ave., SW.
~Washington, District of Columbia [20250]

: albrycht, sarah kathleen d/b/a
: MAJOR GENERAL  et al.,
: provost marshal general /privateer/pirate et al.,
: Department of the Army
~Pentagon Building
~Washington, District of Columbia [22202]

: hobbs, kathleen marie et al., d/b/a
: KATTIE HOBBS et al.,
: Governor of Arizona /privateer/pirate et al.,
: ARIZONA STATE GOVERNOR
~1700 W Washington
~Phoenix, Arizona [85007]

: bessent, scott kenneth homer-d/b/a-
: SCOTT BESSENT
: secretary of the treasury /privateer/pirate et al.,
:Department of the Treasury
:~1500 Pennsylvania Avenue NW
:~Washington, District of Columbia [20220]

USDC SDNY Case No. 22-cv-9714-LTS

~USPS Notice:{7019-0700-0000-2710-5320}
USPS: {RE-982175031US}:{RE982175076US}
{7020-2450-0000-0925-0473}

: rhodes, david lee d/b/a
: DAVID RHODES
: Yavapai County Sheriff /privateer/pirate et al.,
: YAVAPAI COUNTY SHERIFF
~255 E. Gurley St
~Prescott, AZ [86301]
~Notice 7020-2450-0001-0758-7648, 7020-2450-0001-0758-7662

: sharifi, kristen layheya d/b/a
: KRISTEN L SHARIFI et al.,
: attorney/privateer/pirate yavapai county state az
   ~255 East Gurley St
   ~Prescott, Arizona [86301]
   ~USPS Notice 7021-1970-0000-7345-9902

: mcquality, donna june d/b/a
: DONNA MCQUALITY privateer/pirate
: superior court yavapai county clerk et al.,
:YAVAPAI SUPERIOR COURT CLERK
~120 S Cortez St. Room 207
~Prescott, Ariz. [86303]
USPS Notice Bill Of Exceptions
~{7020-2450-0001-0750-8041}
~Notice Default {7019-0700-0000-2710-5368}.

: ainley, tina rae d/b/a
: TINA R AINLEY
: yavapai county superior judge /privateer/pirate et al.,
: YAVAPAI COUNTY SUPERIOR JUDGE et al.,
~120 S. Cortez  St. Room 302
~Prescott, Arizona near [86303]
~Notice:{7006-3450-0002-2883-1900}
~{RF-458-398-675-US}
~{7019-0700-0000-2710-5368}: Default Notice

:mcgill, michael paul d/b/a
:MICHAEL P MCGILL et al.,
:Yavapai county superior court
:judge /privateer/pirate et al.,
~102 S. Cortez Street Room 104
~Prescott, AZ [86303]
~USPS {7019-0700-0000-2710-5375}

:young, steven aaron d/b/a STEVEN A YOUNG
:yavapai county state of arizona et al.,
:attorney/privateer/pirate et al.,
   ~255 E Gurley Street
   ~Prescott, Arizona [86301]

: bisignano, frank joseph d/b/a
: FRANK J BISIGNANO
: commissioner et al., /privateer/pirate
: Social Security Administration
~6401 Security Blvd.
~Woodlawn, Maryland [21235]

: yellen, janet louise d/b/a
: JANET L YELLEN
: secretary of the treasury /privateer/pirate et al.,
: Department of the Treasury
~1500 Pennsylvania Avenue NW
~Washington, District of Columbia [20220]

: long, william hollis d/b/a
: BILLY LONG.
: commissioner /privateer/pirate et al.,
:internal revenue
~1111 Constitution Ave., NW.
~Washington, District of Columbia [20224]

: albrycht, sarah k  d/b/a
: Brig. General SARAH K. ALBRYCHT et al.,
: provost marshal general /privateer/pirate et al.,
: Department of the Army
~ Pentagon Building
~ Washington, District of Columbia [22202]

USDC SDNY Case No. 22-cv-9714-LTS

: arnold-noem, kristi lynn d/b/a
: KRISTI NOEM secretary /privateer/pirate/
: secretary of homeland security et al.,
:Department of Homeland Security
~2707 Martin Luther King Jr Ave SE
~Washington, District of Columbia [20528]

: petersen, warren d/b/a
: WARREN PETERSEN
: President of Arizona Senate/privateer/pirate et al.,
~1700 W. Washington Suite 306
~Phoenix, AZ [85007]
: USPS Notice:~{7020-2450-0001-0758-7785}

:sisneros, steven john d/b/a
:STEVEN J SISNERO
:yavapai county prosecutor et al.,
:Yavapai County State of Arizona
:Attorney/privateer/pirate
~255 E Gurley Street
~Prescott, Arizona [86301]

:toth, jennifer d/b/a
:JENNIFER TOTH-
:Director/privateer Arizona Dept Transportation et al.,
~1655 W. Jackson St MD 111F
~Phoenix Arizona 85007

:sheridan, gerard anthony d/b/a
:JERRY SHERIDAN
:maricopa county sheriff /privateer/pirate et al.,
:Maricopa County Arizona Sheriff
~550 W Jackson
~Phoenix, Arizona [85003]
~Notice:{RE-982-175-059-US}

: williams/conway, deborah jo d/b/a
: DEBORAH CONWAY
: recorder/privateer/pirate et al.,
: Clark County State of Nevada
~500 S. Grand Central Pkwy, 2nd Floor
~P.O. Box 551510
~Las Vegas, NV [89155-1510]

:daniels, mark d/b/a
:MARK DANIELS
:Cochise County Sheriff /privateer/pirate et al.,
:SHERIFF OF COCHISE
~1415 Melody Lane  Build G
~Bisbee, AZ [85603]

: teeple, ross d/b/a
: ROSS TEEPLE
: Sheriff Pinal County /privateer/pirate et al.,
:PINAL COUNTY SHERIFF
~971 N Jason Lopez Circle, P.O. Box 867
~Florence, Arizona [85132]
: Notice:{7020-2450-0000-0925-1913

:wolf, douglas john d/b/a
:DOUG WOLF
:Pinal County Assessor /privateer/pirate
~P.O. Box 709
~Florence, AZ [85132]
~USPS Notice: {RE-982-175-014-US}

:allen, john m d/b/a JOHN M ALLEN
:Treasurer Maricopa County /privateer/pirate
~301 W. Jefferson St.
~Phoenix, Arizona [85003]
~USPS Notice: {RE-982-174-915-US}
~USPS Notice: {7020-2450-0001-0758-7914}

USDC SDNY Case No. 22-cv-9714-LTS

:mccord, michael p d/b/a
MICHAEL P MCCORD
TREASURER PINAL COUNTY /privateer/pirate.
~P.O. Box 709
~Florence, AZ 85132, United States
USPS Notice: {RE-982-175-005-US}

:Tellez, ID 1105 d/b/a officer/privateer/pirate
:GOODYEAR POLICE
~11 N. 145th Ave.
  ~Goodyear, AZ [85338]

heap, justin d/b/a
JUSTIN HEAP
Maricopa County Recorder /privateer/pirate
~111 S. 3rd AVE STE 103
~Phoenix, AZ 85003

: judd, randy jerome d/b/a RANDY J JUDD
: justice of peace/privateer  et al.,
: Cochise county court , ~126 W 5th St #1
~Benson, Arizona 85602

:flora, royce  t
:ROYCE T FLORA et al.,
Treasurer Maricopa County/privateer/pirate
 ~301 W. Jefferson St.
~Phoenix, AZ [85003]
Notice:{RE-982-174-756-US}

:cook, eddie d/b/a
 :EDDIE COOK
 Assessor Maricopa County /privateer/pirate
  ~301 W. Jefferson St.
  ~Phoenix, AZ [85003]
  Notice: {RE-982-175-045-US}

:bales, william scott d/b/a
:SCOTT BALES  et al.,
:Chief Justice Arizona Supreme Court /privateer/pirate
~1501 W Washington St #411
~Phoenix, Ariz [85007]
~USPS Notice: {RE-9196-4240-03-US}March 6 2019,
~{RE-982-1829-60-US}FEB 27,2019,
~{RE-919-6425-75-US}March 13, 2019
~{RE-982-1856-91-US}June 14,2019

:petersen, paul david d/b/a
:PAUL D PETERSEN
:Assessor Maricopa County /privateer/pirate
~301 W. Jefferson St.
~Phoenix, AZ [85003]
 ~Notice:{RE-982-174-708-US} 7-17-19
 ~Default:{RE 982-174-742-US

:lee, kimberly d/b/a
: KIMBERLY LEE.
Comptroller State of Arizona /privateer/pirate et al.,
100 N. 15 AVE, Phoenix, AZ 85007
Notice:{RE982182942US} Feb 27, 2019

: doolittle, dolores janette d/b/a Dolores Doolittle
treasurer/privateer pinal county et al.,
  ~P.O. Box 709
  ~Florence, Arizona 85132

: kelly, thomas-k-atty d/b/a
TOM KELLY Judge Superior Court
Yavapai /privateer/pirate
Pro tem et al., ~102 S. Cortez  RM
~Prescott, Arizona [86303]
Notice of Default:{~7019-0700-0000-2710-5368}

: kemp, michael william d/b/a
: MICHAEL W KEMP
 maricopa county judge/privateer superior court
~201 W. Jefferson St.
~Phoenix, Arizona 85007

USDC SDNY Case No. 22-cv-9714-LTS

: carman, krista michelle d/b/a
: KRISTA M CARMAN Judge/privateer/pirate
Superior Court Yavapai County et al.,
~120 S. Cortez St  RM 401
~Prescott, Arizona [86303]

{RE919648145US}{RE982174699US}

: kennedy, robert f. d/b/a ROBERT F KENNEDY
: secretary/privateer/pirate health and human svc
~200 Independence Ave SW
~Washington, D.C. 20201

:trump, donald john d/b/a
: DONALD J TRUMP
President United States /privateer/pirate
~1600 Pennsylvania Avenue
~Washington, D.C. 20530-0001
Notice of Repudiation of citizenship
{RE-982-184-696-US} 4-05-2019

: bondi, pamela jo d/b/a PAM BONDI
Attorney General United States /privateer/pirate et al.,
~950 Pennsylvania Avenue
~Washington, D.C. 20530-0001
Notice of Repudiation of citizenship
{RE-982-184-719-US}

: rubio, marco antonio d/b/a MARCO RUBIO
Secretary of State/privateer/pirate  et al.,
~2201 C NW
~Washington, D.C. 20520
Notice of Repudiation of citizenship
{RE-982-184-705–US}4-04-2019

: Kenneth Sean Countryman d/b/a
: KEN COUNTRYMAN/Attorney/Privateer/Pirate et al.,
~4444 N. 25th St. Unit 43
~Phoenix, Arizona [~85016]

:sauer, dean john d/b/a solicitor/privateer/pirate
:JOHN SAUER Solicitor General
:The United States Department of Justice et al.,
~ 950 Pennsylvania AVE N.W.
~Washington, D.C. 20530-0001
~Notice of Suit {RF 287 848 274 US}

:gonzales, tony d/b/a TONY GONZALES
:Yavapai County Superior Court Appointee et al.,
:Attorney/privateer/pirate
~9 W. Cherry Ave Suite B
~Flagstaff, Arizona 86001

: lucas, debra d d/b/a
: DEBRA D LUCAS.
:district court clerk/privateer/pirate
:district court of the united states
: for arizona district
~401 W. Washington St. #130
~Phoenix Arizona near: [85003]

: pifer, jennifer christine d/b/a JENNIFER ZIPPS
: JENNIFER ZIPPS
district court chief judge/privateer/pirate
district court of the united states
for arizona district et al.,
~401 W. Washington St. Suite 622, SPC 80
~Phoenix Arizona near: [85003]

:welborn, teresa meili d/b/a
TERESA WELBORN et al.,
ARIZONA DEPARTMENT OF
TRANSPORTATION/privateer/pirate et al.,
~1655 W. Jackson Street MD 111F
~Phoenix AZ 85007

:lohr, john l jr d/b/a JOHN L LOHR Jr-Esq pirate/
: privateer HYMSON GOLDSTEIN PANTILIAT & LOHR, et al.,
PLLC  cv2021-003096
~14500 North Northsight BLVD, Suite 101
~ Scottsdale, AZ 85260
~Notice USPS # 7020-2450-0000-9865-6446
~Notice COL# 9590-9402-5007-9063-6119-38

USDC SDNY Case No. 22-cv-9714-LTS

:stewart, mark d/b/a MARK STEWART
supervisor chairman/privater/pirate district 1 maricopa
~301 W. Jefferson 10th floor
~Phoenix, Arizona [85003]
~district3@mail.maricopa.gov

:lesko, debbie d/b/a DEBBIE LESKO
Supervisor/privateer/pirate district 4 et al.,
~ 301 W. Jefferson 10th floor
~Phoenix, Arizona [85003]
~ district4@mail.maricopa.gov

:mcgee, kate brophy d/b/a KATE MCGEE
Supervisor/privateer/pirate district 3 maricopa county
~301 W. Jefferson 10th floor
~Phoenix, Arizona [85003]
~district1@mail.maricopa.gov

: galvin, thomas francis d/b/a THOMAS GALVIN
:Supervisor/privateer/pirate district 2 maricopa county et al.,
~301 W Jefferson 10th floor
~Phoenix, Arizona [85003]
~district2@mail.maricopa.gov

:gallardo, steven michael d/b/a STEVE GALLARDO
Supervisor/privateer/pirate maricopa county et al.,
~301 W Jefferson 10 th floor
~Phoenix, Arizona [85003]
~district5@mail.maricopa.gov

:erickson, john w d/b/a JOHN W ERICKSON
: Judge/privateer/pirate/ Yavapai County Superior Court et al.,
~120 S Cortez St Division SPT
~Prescott, Arizona [86301]

:goldstein, joseph p d/b/a JOSEPH P GOLDSTEIN
Comm./privateer/pirate/family law et al.,
Judge Pro Tempore/ Family Law
~120 S Cortez St Rm 200
~Prescott, Arizona [86303]

:wallace, linda d/b/a LINDA WALLACE
Judge/privateer/pirate/Div. B Pro Tem et al.,
Yavapai County Superior Court
~2830 N. Common Wealth Rm 243
~Camp Verde, Arizona [86322]

:bluff, michael r d/b/a MICHAEL R BLUFF
:Judge/privateer/pirate/Div 7 et al.,
:Yavapai County Superior Court
~2830 N Common Wealth Dr. Rm 140
~Camp Verde Arizona [86322]

:young, anna c d/b/a ANNA C YOUNG
: Judge/privateer/pirate/Div 6 et al.,
:Superior Court Juvenile Justice Center
~1100 Prescott Lakes PKWY
~Prescott, Arizona [86301]

: hancock, cele d/b/a CELE HANCOCK
: Judge/privateer/pirate Yavapai County et al.,
Superior Court Yavapai County
~120 South Cortez St Rm 204
~Prescott, Arizona [86303]

:gregorio, kelly d/b/a KELLY GREGORIO
Chief Deputy/Clerk/privateer/pirate et al.,
Yavapai County Superior Court
~120 S. Cortez St Rm 207
~Prescott, Arizona [86303]

:woods, frank parker jr d/b/a
:FRANK PARKER WOODS JR. et al.,
Attorney/privateer/pirate State of Arizona et al.,
~2005 N Central Ave
~Phoenix, Arizona [85004-2926]

:zabor, melissa m d/b/a MELISSA M ZARBOR
:commissioner/privateer/pirate superior court of arizona et al.,
~201 West Jefferson St
~Phoenix, Arizona [85003]

:gendreau, rachel d/b/a RACHEL GENDREAU et al.,
Attorney/privateer/pirate state of arizona maricopa county
~301 West. Jefferson St.
~Phoenix, Arizona [85003]

: fine, jeffery robert jr d/b/a JEFF FINE
: Clerk/privateer/pirate superior court of arizona et al.,
~620 West Jefferson St
~Phoenix, Arizona [85003]

: Christopher C Nanos d/b/a CHRIS NANOS/Sheriff/Privateer/Pirate Pima County Arizona et al.,
~1750 E. Benson Hwy, ~Tucson [~Arizona] [~85714]

: Aaron Wayne Mayville d/b/a AARON MAYVILLE/Forrest Supervisor/Privateer/Pirate U.S. Forrest Service et al.,
~1824 S. Thompson St.~ Flagstaff, [~Arizona] [~86001]

: Alexander Mashinsky and Kristine Meehan Mashinsky d/b/a CELSIUS NETWORK/CEO/Privateer/Pirate et al.,
~140 E. 63rd Street, ~New York, New York [10065]

USDC SDNY Case No. 22-cv-9714-LTS

: Mathew Lane d/b/a MATTHEW LANE Deputy Forest Service Supervisor/Privateer/Pirate U.S. Forrest Service et al.,
1824 S. Thompson St. ~Flagstaff, Arizona [~86001]

: Chris French d/b/a CHRIS FRENCH Associate Forrest Service Chief/Privateer/Pirate U.S. Forrest Service et al.,
~1400 Independence Ave, S/W~ Washington, D.C. [~20250-0003]

:harris, susan ward d/b/a SUSAN HARRIS et al.,                    : Bret Bernard Axlund d/b/a BRET AXLUND Sheriff/
Special Master/privateer/pirate superior court of arizona et al.,   : Privateer/Pirate Coconino County et al.,
~201 West Jefferson St                                            ~4550 E Flintwood Ln. ~Flagstaff, AZ 86004
~Phoenix, Arizona [85003]

petrillo, sophia d/b/a SOPHIA PETRILLO #039101 MARICOPA COUNTY/ATTORNEY/PRIVATEER/PIRATE et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: serassio, serena d/b/a SERENA SERASSIO STATE OF ARIZONA / MARICOPA COUNTY/ Prosecutor/Privateer/
Pirate et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: willis, kayela d/b/a KAYELA WILLIS STATE OF ARIZONA / MARICOPA COUNTY/ Prosecutor/Privateer/Pirate et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Anna Huberman d/b/a Judge/Privateer/Pirate presiding Justice Court's Maricopa County, Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Andrew Gastelum d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Joseph "Pep" Guzman d/b/a Judge/Privateer/Pirate Maricopa County Justice Court et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Leonore Driggs d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Fred Arnett d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Blake King d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Joe B. Getzwiller  d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Jordan Ray d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Donald Watts d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Gerald A. Williams d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Elaissia Sears d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Cathy Riggs d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

USDC SDNY Case No. 22-cv-9714-LTS

: Sharron Sauls d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Michele Reagan d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Tyler Kissell d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Teresa Lopez d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Craig Wismer d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Kyle Jones d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Jennifer Hernandez d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

:Jennifer Sama d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

:Chris Mueller Jennifer Jermaine Rebecca Rios, Mireya Arroyo et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Ken Cheuvront d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: Ashley Fitzwilliams d/b/a Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323

: titus, jon alan d/b/a JON A TITUS/ATTORNEY/STATUTORY AGENT/PRIVATEER/PIRATE KR (TIC) LLC 1 & 2
~1850 NORTH CENTRAL AVENUE SUITE 1800 [~PHOENIX] [~ARIZONA] [~85004]

---

HIGGINS FAMILY TRUST BENEFICIARY'S
: Mark-Rock: Higgins-Estate,-Beneficiary
: MARK-ROCK:HIGGINS-ESTATE,-BENEFICIARY
Sean Rick Higgins Estate, Beneficiary
SEAN RICK HIGGINS ESTATE, BENEFICIARY
HIGGINS FAMILY TRUST ESTATE, BENEFICIARY. *Inmate trust # T787968 Maricopa County Jail*
Higgins Family Trust Estate, Beneficiary
HFFT ESTATE, BENEFICIARY

Tyron Rock Higgins Estate, Beneficiary      Slater Rock Higgins Estate, Beneficiary
TYRON ROCK HIGGINS ESTATE, BENEFICIARY      SLATER ROCK HIGGINS ESTATE, BENEFICIARY
elmer clarence callaway Estate et al.,      roland joseph higgins Estate et al.,
ELMER CLARENCE CALLAWAY et al.,      ROLAND JOSEPH HIGGINS et al.,

USDC SDNY Case No. 22-cv-9714-LTS

betty lou higgins Estate et al.,                    melody leneah higgins Estate Beneficiary et al.,
BETTY LOU HIGGINS et al.,                    ,
***All named beneficiaries can be reached in care of;
10642 W. Southern Avenue, Tolleson, arizona [RFD][rural free delivery]near:[85353]****

---

## *Beneficiaries of the Al Maroc Shereefian Empire*

*:Mark-Rock: Higgins ., : Sean-Rick: Higgins ., Tyron-Rock: Higgins ., Slater-Rock: Higgins .,*
*Claimant(s)/Libellant(s)*
higgins, mark rock a Private People called Moor irish beneficiary Noble, a Emperor, God, a
Master Mason, Merchant, Admiral, Piloter, Seaman, Mariner, Shereef, Consul, High Priest,
Consul, Ambassador at Large
*in Propria Personam Sui Juris, majoris aetatis suae , Jus Sanguinis, Jus Soli*
~c/o 10642 WEST SOUTHERN
~Phoenix, Territory of Arizona/Spain/Grenada
HigginsFamilyTrustTrustee@gmail.com

---

### CONGRESSIONAL QUESTIONS RAISED

The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity and Construction of the 39th through 81st congress and its construction of the Constitution of the United States its commissions, acts, and laws known as the Organic Act of 1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Arizona rules of civil Procedures, Arizona Rules of Appellate Procedure, Arizona Revised Statutes, 1912 Arizona Constitution, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, 1862 HOMESTEAD ACT, POLICE PRECINCTS, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution (Articles of Confederation), 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1776-1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII, 1787 Northwest Ordinance sec,13, 14 and Art 4 and general acts of united states in congress assembled? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire :

### *(Affirm or Deny)*

And furthermore I also question the validity and construction of the constitution of the united states and whether its repugnant to the 1776-1781 Articles of Confederation article 6, 9, 12, 13 and international Treaties ?

## 1776 Articles of Confederation
### Journals of the Continental Congress - Articles of Confederation and Perpetual Union;
### July 12, 1776
### Articles of confederation and perpetual union, between the colonies of (1) New Hampshire,
### The counties of New Castle, Kent
### Massachusetts Bay, and Sussex on Delaware,
### Rhode Island, Maryland,
### Connecticut, Virginia,
### New York, North Carolina, New Jersey, South Carolina, and
### Pennsylvania, Georgia.

ART. I. THE Name of this Confederacy shall be "THE UNITED STATES OF AMERICA."

ART. II. The said Colonies unite themselves so as never to be divided by any Act whatever, and hereby severally enter into a firm League of Friendship with each other, for their common Defence, the Security of their Liberties, and their mutual and general Welfare, binding the said Colonies to assist one another against all Force offered to or attacks made upon them or any of them, on Account of Religion, Sovereignty, Trade, or any other Pretence whatever.

ART. III. Each Colony shall retain and enjoy as much of its present Laws, Rights and Customs, as it may think fit, and reserves to itself the sole and exclusive Regulation and Government of its internal police, in all matters that shall not interfere with the Articles of this Confederation.(2)

ART. IV. No Colony or Colonies, without the Consent of the United States in Congress assembled, shall send any Embassy to or receive any Embassy from, or enter into any Treaty, Convention or Conference with the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall any Colony or Colonies, nor any Servant or Servants of the United States, or of any Colony or Colonies, accept of any Present, Emolument, Office, or Title of any Kind whatever, from the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall the United States assembled, or any Colony grant any Title of Nobility.

ART. V. No two or more Colonies shall enter into any Treaty, Confederation or Alliance whatever between them, without the previous and free Consent and Allowance of the United States in Congress assembled, specifying accurately the Purposes for which the same is to be entered into, and how long it shall continue.

ART. VI. The Inhabitants of each Colony shall henceforth always have the same Rights, Liberties, Privileges, Immunities and Advantages, in the other Colonies, which the said Inhabitants now have, in all Cases whatever, except in those provided for by the next following Article.

ART. VII. The Inhabitants of each Colony shall enjoy all the Rights, Liberties, Privileges, Immunities, and Advantages, in Trade, Navigation, and Commerce, in any other Colony,

and in going to and from the same from and to any Part of the World, which the Natives of such Colony or any Commercial Society, established by its Authority shall enjoy.

ART. VIII. Each Colony may assess or lay such Imposts or Duties as it thinks proper, on Importations or Exportations, provided such Imposts or Duties do not interfere with any Stipulations in Treaties hereafter entered into by the United States assembled, with the King or Kingdom of Great Britain, or any foreign Prince or State.

ART. IX. No standing Army or Body of Forces shall be kept up by any Colony or Colonies in Times of Peace, except such a Number only as may be requisite to garrison the Forts necessary for the Defence of such Colony or Colonies: But every Colony shall always keep up a well regulated and disciplined Militia, sufficiently armed and accoutred; and shall provide and constantly have ready for Use in public Stores, a due Number of Field Pieces and Tents, and a proper Quantity of Ammunition, and ether Camp Equipage.(3)

ART. X. When Troops are raised in any of the Colonies for the common Defence, the Commission Officers proper for the Troops raised in each Colony, except the General Officers, shall be appointed by the Legislature of each Colony respectively, or in such manner as shall by them be directed.

ART. XI. All Charges of Wars and all other Expences that shall be incurred for the common Defence, or general Welfare, and allowed by the United States in General Congress assembled, shall be defrayed out of a common Treasury, which shall be supplied by the several Colonies in Proportion to the Number of Inhabitants of every Age, Sex and Quality, except Indians not paying Taxes, in each Colony, a true Account of which, distinguishing the white(4) Inhabitants who are not slaves, shall be triennially taken and transmitted to Congress the Assembly of the United States. The Taxes for paying that Proportion shall be laid and levied by the Authority and Direction of the Legislatures of the several Colonies, within the Time agreed upon by United States assembled.(5)

ART. XII. Every Colony shall abide by the Determinations of the United States in General Congress assembled, concerning the Services performed and Losses or Expences incurred by every Colony for the common Defence or general Welfare, and no Colony or Colonies shall in any Case whatever endeavor by Force to procure Redress of any Injury or Injustice supposed to be done by the United States to such Colony or Colonies in not granting such Satisfactions, Indemnifications, Compensations, Retributions, Exemptions, or Benefits of any Kind, as such Colony or Colonies may think just or reasonable.

ART. XIII. No Colony or Colonies shall engage in any War without the previous Consent of the United States assembled, unless such Colony or Colonies be actually invaded by Enemies, or shall have received certain Advice of a Resolution being formed by some Nations of Indians to invade such Colony or Colonies, and the Danger is so imminent, as not to admit of a Delay, till the other Colonies can be consulted: Nor shall any Colony or Colonies grant Commissions to any Ships or Vessels of War, nor Letters of Marque or Reprisal, except it be after a Declaration of War by the United States assembled, and then only against the Kingdom or State and the Subjects thereof, against which War has been so

USDC SDNY Case No. 22-cv-9714-LTS

declared, and under such Regulations as shall be established by the United States assembled.(6)

ART. XIV. A perpetual Alliance, offensive and defensive, is to be entered into by the United States assembled as soon as may be, with the Six Nations, and all other neighbouring Nations of Indians; their Limits to be ascertained, their Lands to be secured to them, and not encroached on; (7) no Purchases of Lands, hereafter to be made of the Indians by Colonies or private Persons before the Limits of the Colonies are ascertained, to be valid: All Purchases of Lands not included within those Limits, where ascertained, to be made by Contracts between the United States assembled, or by Persons for that Purpose authorized by them, and the great Councils of the Indians, for the general Benefit of all the United Colonies.(8)

ART. XV. When the Boundaries of any Colony shall be ascertained by Agreement, or in the Manner herein after directed, all the other Colonies shall guarantee to such Colony the full and peaceable Possession of, and the free and entire Jurisdiction in and over the Territory included within such Boundaries.(9)

ART. XVI. For the more convenient Management of the general Interests of the United States, Delegates should be annually appointed in such Manner as the Legislature of each Colony shall direct, or such Branches thereof as the Colony shall authorize for that purpose, to meet in General Congress at the City of Philadelphia, in the Colony of Pennsylvania, until otherwise ordered by Congress the United States assembled; which Meeting shall be on the first Monday of November in every Year, with a Power reserved to those who appointed the said Delegates, respectively to supercede recal them or any of them at any time within the Year, and to send new Delegates in their stead for the Remainder of the Year. Each Colony shall support its own Delegates in Congress a Meeting of the States, and while they act as Members of the Council of State, herein after mentioned.

(10) ART. XVII. In determining Questions in Congress each Colony shall have one Vote.

ART. XVIII.(11) The United States assembled shall have the sole and exclusive Right and Power of determining on Peace and War, except in the Cases mentioned in the thirteenth Article-Of establishing Rules for deciding in all Cases, what Captures on Land or Water shall be legal-In what Manner Prizes taken by land or naval Forces in the Service of the United States shall be divided or appropriated-Granting Letters of Marque and Reprisal in Times of Peace-Appointing Courts for the Trial of all Crimes, Frauds and Piracies committed on the High Seas, or on any navigable River, not within the Body of a County or Parish-Establishing Courts for receiving and determining finally Appeals in all Cases of Captures-Sending and receiving Ambassadors under any Character-Entering into Treaties and Alliances-Settling all Disputes and Differences now subsisting, or that hereafter may arise between two or more Colonies concerning Boundaries, Jurisdictions, or any other Cause whatever-Coining Money and regulating the Value thereof-Regulating the Indian Trade, and managing all Indian Affairs with the Indians-Limiting the Bounds of those Colonies, which by Charter or Proclamation, or under any Pretence, are said to extend to the South Sea, and ascertaining those Bounds of any other Colony that appear to be

USDC SDNY Case No. 22-cv-9714-LTS

indeterminate-Assigning Territories for new Colonies, either in Lands to he thus separated from Colonies and heretofore purchased or obtained by the Crown of Great-Britain from the Indians, or hereafter to be purchased or obtained from them-Disposing of all such Lands for the general Benefit of all the United Colonies-Ascertaining Boundaries to such new Colonies, within which Forms of Government are to be established on the Principles of Liberty

(12)-Establishing and regulating Post-Offices throughout all the United Colonies, on the Lines of Communication from one Colony to another-Appointing General Officers of the Land Forces in the Service of the United States--Commissioning such other Officers of the said Forces as shall be appointed by Virtue of the tenth Article-Appointing all the Officers of the Naval Forces in the Service of the United States-Making Rules for the Government and Regulation of the said Land and Naval Forces, and directing the Marches, Cruises and operations of such land and naval Forces-Appointing a Council of State, and such Committees and civil Officers as may be necessary for managing the general Affairs of the United States, under their Direction while assembled, and in their Recess, of the Council of State-Appointing one of their number to preside, and a suitable Person for Secretary-And adjourning to any Time within the Year. The United States assembled shall have Authority for the Defence and Welfare of the United Colonies and every of them, to agree upon and fix the necessary Sums and Expences-To emit Bills, or to borrow Money on the Credit of the United Colonies-To raise Naval Forces- To agree upon the Number of Land Forces to be raised, and to make Requisitions from the Legislature of each Colony, or the Persons therein authorized by the Legislature to execute such Requisitions, for the Quota of each Colony, which is to be in Proportion to the Number of white inhabitants in that Colony who are not slaves, which Requisitions shall be binding, and thereupon the Legislature of each Colony or the Persons authorized as aforesaid, shall appoint the Regimental Officers, and raise the Men, and arm and equip them in a soldier-like Manner; and the Officers and Men so armed and equipped, shall march to the Place appointed, and within the Time agreed on by the United States assembled. But if the United States assembled shall on Consideration of Circumstances judge proper, that any Colony or Colonies should not raise Men, or should raise a smaller Number than the Quota or Quotas of such Colony or Colonies, and that any other Colony or Colonies should raise a greater number of men than the Quota or Quotas thereof, such extra-numbers shall be raised, officered, armed and equipped in the same Manner as the Quota or Quotas of such Colony or Colonies, unless the Legislature of such Colony or Colonies respectively, shall judge, that such extra-numbers cannot be safely spared out of the same, in which Case they shall raise, officer, arm and equip as many of such extra-numbers as they judge can be safely spared; and the Officers and Men so armed and equip[p]ed shall march to the Place appointed, and within the Time agreed on by the United States assembled. To establish the same Weights and Measures throughout the United Colonies. But the United States assembled shall never impose or levy any Taxes or Duties, except in managing the Post-Office, nor interfere in the internal Police of any Colony, any further than such Police may be affected by the Articles of this Confederation. The United States assembled shall never engage the United Colonies in a War, nor grant Letters of Marque and Reprisal in Time of Peace, nor enter into Treaties or Alliances, nor coin Money nor regulate the Value thereof, nor agree upon nor fix the Sums and Expences necessary for the Defence and Welfare of the United Colonies, or any of them, nor emit

Bills, nor borrow Money on the Credit of the United Colonies, nor raise Naval Forces, nor agree upon the Number of Land Forces to be raised, unless the Delegates of nine Colonies freely assent to the same:

(13) Nor shall a Question on any other Point, except for adjourning, be determined, unless the Delegates of seven Colonies vote in the affirmative.

No Person shall be capable of being a Delegate for more than three Years in any Term of six Years.

No Person holding any Office under the United States, for which he, or another for his Benefit, receives any Salary, Fees, or Emolument of any Kind, shall be capable of being a Delegate.

The Assembly of the United States to publish the Journal of their Proceedings monthly, except such Parts thereof relating to Treaties, Alliances, or military Operations, as in their Judgment require Secrecy-The Yeas and Nays of the Delegates of each Colony on any Question to he entered on the Journal, where it is desired by any Delegate; and the Delegates of a Colony, or any of them, at his or their Request, to be furnished with a Transcript of the said Journal, except such Parts as are above excepted, to lay before the Legislatures of the several Colonies.

(14) ART. XIX. The Council of State shall consist of one Delegate from each C[o]lony, to be named annually by the Delegates of each Colony, and where they cannot agree, by the United States assembled.

(15) The Business and Duty of This Council shall have Power to receive and open all Letters directed to the United States, and to return proper Answers; but not to make any Engagements that shall be binding on the United States-To correspond with the Legislature of each Colony, and all Persons acting under the Authority of the United States, or of the said Legislatures-To apply to such Legislatures, or to the Officers in the several Colonies who are entrusted with the executive Powers of Government, for occasional Aid whenever and wherever necessary-To give Counsel to the Commanding Officers, and to direct military Operations by Sea and Land, not changing any Objects or Expeditions determined on by the United States assembled, unless an Alteration of Circumstances which shall come to the Knowledge of the Council after the Recess of the States, shall malice such Change absolutely necessary-To attend to the Defence and Preservation of Forts and strong Posts, and to prevent the Enemy from acquiring new Holds--To procure Intelligence of the Condition and Designs of the Enemy-To expedite the Execution of such Measures as may be resolved on by the United States assembled, in Pursuance of the Powers hereby given to them-To draw upon the Treasurers for such Sums as may be appropriated by the United States assembled, and for the Payment of such Contracts as the said Council may make in Pursuance of the Powers hereby given to them- To superintend and controul or suspend all Officers civil and military, acting under the Authority of the United States-In Case of the Death or Removal of any Officer within the Appointment of the United States assembled, to employ a Person to fulfill the Duties of such Office until the Assembly of the States meet-To publish and disperse authentic Accounts of military Operations-To summon an Assembly of

the States at an earlier Day than that appointed for their next Meeting, if any great and unexpected Emergency should render it necessary for the Safety or Welfare of the United Colonies or any of them-To prepare Matters for the Consideration of the United States, and to lay before them at their next Meeting all Letters and Advices received by the Council, with a Report of their Proceedings-To appoint a proper Person for their Clerk, who shall take an Oath of Secrecy and Fidelity, before he enters on the Exercise of his Office- Seven Members shall have Power to act-In Case of the Death of any Member, the Council shall immediately apply to his surviving Colleagues to appoint some one of themselves to be a Member thereof till the Meeting of the States, and if only one survives, they shall give him

(16) immediate Notice, that he may take his Seat as a Councilor till such Meeting.

(17) ART. XX. Canada acceding to this Confederation, and entirely joining in the Measures of the United Colonies, shall be admitted into and entitled to all the Advantages of this Union: But no other Colony shall be admitted into the same, unless such Admission be agreed to by the Delegates of nine Colonies.

These Articles shall be proposed to the Legislatures of all the United Colonies, to be by them considered, and if approved by them, they are advised to authorize their Delegates to ratify the same in the Assembly of the United States, which being done, the foregoing Articles of this Confederation shall inviolably be observed by every Colony, and the Union is to be perpetual: Nor shall any Alteration be at any Time hereafter made in these Articles or any of them, unless such Alteration be agreed to in an Assembly of the United States, and be afterwards confirmed by the Legislatures of every Colony.

(18) Resolved, That eighty copies, and no more, of the confederation, as brought in by the committee, be immediately printed, and deposited with the secretary, who shall deliver one copy to each member:

That a committee of be appointed to superintend the press, who shall talk care that the foregoing resolution [unfinished]

That the printer be under oath to deliver all the copies, which he shall print, together with the copy sheet, to the secretary, and not to disclose either directly or indirectly, the contents of the said confederation:

## Parties

The claimant/suitor/libellant and "your orator" higgins, mark rock," is a private People called Moor irish americas aboriginal arizonian national, *in personam sui juris, jus soli and jus sanguinis* a Noble, A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, High Priest of Anu, A Maji, a Commander, Bonafide Owner Maritime lien holder of all vessels, ships, chattels, goods, cargo, convoys, crafts, tenements, charters, estates, commodities, merchandise Land, Air, Water etc, navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united*

*states meaning the several states of the confederate union (**confederacy**)*". the defendant : Mark-Rock: Higgins   a registered organization letters of Marque/Reprisal name Maricopa county, ARIZONA is a decedent's legal estate ("Estate") The STATE OF ARIZONA DEPARTMENT OF COMMUNITY HEALTH CERTIFICATE OF LIVE BIRTH # 10262031653 whose principal office is located at 301 W. JEFFERSON STREET STE 200, Phoenix, Arizona, in care of heap, justin daniel d/b/a JUSTIN HEAP, maricopa county clerk/recorder of deeds/privateer et al.

### Premises

The claimant/suitor/libellant's core private rights were MISTAKENLY sacrificed by his mother and father at his birth. without being fully availed and acknowledged of his equitable maritime defenses. The claimant/suitor/libellant's has tendered this bill of lading at this port of entry landed on the dock and docketed as consideration on special deposit ***"equity will not complete an imperfect gift"*** so I will never entertain the idea of paying any duties taxes, whatever Protected by 1796 Treaty of Tripoli Art V,X **Eerie Railroad v. Tompkins,** *where the supreme court ruled that "there is no federal general common law", page, @ "Headnote 3," and Congress has no power to declare substantive [emphasis added] rules of the common law applicable to a State, whether they be local or general in their nature, be they commercial law or a part of the law of torts." page 64. There could be no more federal general common law or substantive rules of common law because the consideration on all contracts used by everyone in the country was non-substantive, i.e. Federal Reserve Notes (FRNs) belonging to the private Federal Reserve Corporation and not the countless Americans executing on a regular basis, whether public or private. To use as "valuable consideration", and purport to be authorized to bind, property that does not belong to oneself renders oneself obligated to the owner of the consideration, in this case the Federal Reserve Corporation.* ; and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said New York registered organization decedent's legal estate person through letters of marque/reprisal. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" by privateers of the united states for the district of columbia masquerading as Citizens of the united states of north america created by the adoption of the constitution of united states Art 1 section 8 clause 10 and clause 17, 18 which are inconsistent with the 1776-1781 Articles of Confederation art.6,9 and private maritime treaty protections of the *Treaty of Marrakech 1787/1836 ARTICLE II, XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.,* and the *Treaty of Tunis 1824 ARTICLE XII.,* under the rules of Chancery due and owing to the claimant/suitor/libellant by way of his **special and particular political status as an Ipso Jure Moor Subject of an Empire** and equitable maritime rights to the same said Estate, that were intended for your orator, as the sole exclusive heir and beneficiary, by maxims of equity *"only God can create an heir," "the heir and his ancestor are one and the same people,"* and *"Equity regards the beneficiary as the true owner."* Your orator appears *in personam only for assaults and beatings on the High Seas and elsewhere,* without an administrator, a personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal

USDC SDNY Case No. 22-cv-9714-LTS

Justice being rendered on his behalf, which are protected by his privity as an heir to the maritime treaties and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact. Your Servitude would expect no less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equal justice being rendered in the original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good faith and by his own reasonable diligence. Your orator is in *personam sui juris,* now having knowledge of his maritime Treaty rights, with opportunity to assert them, he does not delay unreasonably so to do. *"Equity aids the vigilant, not those who slumber on their rights,"* and *"Equity imputes an intent to fulfill an obligation."*

Each named defendant/libelee/privateer/pirate was appointed "in fact" by oath/affirmation through the process called naturalization and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your servitude as faithful servant that he has called upon each defendant/libelee to either **"Affirm or Deny the trust"**; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable maritime assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account, to your orator, as a People called Moor *heir/beneficiary A Noble,*A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, sea ports, ports of lading, convoys Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it be through your faithful servitude as a good and faithful servant, the said defendant/libelee(s) have failed to answer, or make defense to the trust; after he had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. Your orator desires that the libelee(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an order taking his bill for confession, the failure of the libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. *Qui tacet, cum loqui detet, consentire videtur* (He who is silent, though he had foreseen them, seems to agree.)

*"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it be through your faithful servitude as a good and faithful servant, that the said libelee(s)privateer(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the admiralty and maritime premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendants/libelee(s), are contrary to equity admiralty and maritime by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of your orator in the premises.

## Statement of Jurisdiction

This is a suit in original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations arising within the *Treaty of 1787 Marrakech ARTICLE II, XXI.*; 1776-1781 *Articles of Confederation Article VI, IX, XII, XIII* ; 1787 Northwest Ordinance sect. 13,14 and Art 4; 1861 Territory of Nevada laws sec. 6 and 9; 1778 Treaty of France 8 and 15, the *Treaty of Tunis 1824 ARTICLE XII.,* the rights of your orator, as a private People called Moor americas aboriginal arizonian national, A Emperor, A Noble, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, convoys, sea ports, ports of lading, Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, who already won in the district court of the united states for the southern district of new york (22-cv-9714(LTS)* are of those classes which said maritime treaties, constitution (**Articles of Confederation**), and act, either confers or has taken under their protection, without such obligation, your orator's rights are in jeopardy of being destroyed and slandered beyond repaired, where no adequate remedy for their enforcement is provided by the forms of letters of marque/reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity in admiralty vested by said maritime treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has jurisdiction and the claimant/suitor/libellant *does hereby grant all subject matter jurisdiction of the Territory of Arizona Court aka arizona superior judicial maricopa county which is creature of the united states in congress assembled subject to the articles of confederation art. 9 and the constitution of the united states art 1 section 8 clause 17,18 which is letters of marque/reprisal emoluments in conflict of the Continental Congress "committee of the states" United States in congress assembled.and hereby invoke, require, give a signal or pass to an Article 9 of the Articles of Confederation art. 9 judge/chancellor/special master special term who is competent and impartial to handle this special cause de novo in this port of entry,* under the original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations, and this court also have original jurisdiction pursuant to: The Arizona Organic Act United States Federal law introduced as H.R. 357 in the second session of the 37th U.S. Congress March 12, 1862, Arizona Organic Act can be traced to the Northwest Ordinance,        Page 21of 71

and the Reconstruction era 1865-1877. *That the judicial power of said Territory shall be vested in a supreme court, district courts and the said supreme and district courts, respectively, shall possess chancery as well as common-law jurisdiction; and authority for redress of all wrongs committed against the Constitution or laws of the United States, or of the Territory, affecting persons or property. Each district court, or the judge thereof, shall appoint its clerk, who shall also* be the register in chancery, and shall keep his office at the place where the court may be held. Writs of error, bills of exception, and appeals, shall be allowed in all cases from the final decisions of said district courts to the supreme court, under such regulations as may bole prescribed by law; and each of the said district courts shall have and exercise the same jurisdiction in all cases arising under the Constitution and laws of the United States as is vested in the circuit and district courts of the United States; and the said supreme and district courts of the said Territory, and the respective judges thereof, shall and may grant writs of habeas corpus in all cases in which the same are grantable by the judges of the United States in the District of Columbia; and the first six days of every term of said courts, or so much thereof as shall be necessary, shall be appropriated to the trial of causes arising under the said Constitution and laws; and writs of error and appeals in all such cases shall be made to the supreme court of said Territory the same as in other cases. The said clerk shall receive, in all such cases, the same fees which the clerks of the district courts of Utah Territory now receive for similar services. by Treaty of 1787 Marrakech ARTICLE II, XXI.; 1781 Articles of Confederation Article VI, IX, XII, XIII ; constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 (revocable clause), Article 1 section 8 clause 10 and clause 17,18 ; the Judiciary Act of 1789 1 stat 73 §9. and §11 and §16, §20,§22,§25,§26, §30,§32;; and the Treaty of Tunis 1824 ARTICLE XII., to the exclusion of all other quasi-in rem, colorable admiralty and maritime modes and letters of marque/reprisal "Acts of War" proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as your orator is remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equal justice being rendered in admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:

Sec. 9. **Courts; judicial districts; jurisdiction of courts.** *And be it further enacted,* That the judicial power of said Territory shall be vested in a supreme court, district courts, probate courts, and in justices of the peace. The supreme court shall consist of a chief justice and two associate justices, any two of whom shall constitute a quorum, and who shall hold a term at the seat of government of said Territory annually, and they shall hold their offices during the period of four years. The said Territory shall be divided into three judicial districts, and a district court shall be held in each of said districts by one of the justices of the supreme court, at such time and place as may be prescribed by law; and the said judges shall, after their appointments, respectively, reside in the districts which shall be assigned them. The jurisdiction of the several courts herein provided for, both appellate and original, and that of the probate courts and of the justices of the peace, shall be as limited by law: *Provided,* That justices of the peace shall not have jurisdiction

of any matter in controversy when the title of boundaries of land may be in dispute, or where the debt or sum claimed shall exceed one hundred dollars; and the said supreme and district courts, respectively, shall possess chancery as well as common-law jurisdiction; and authority for redress of all wrongs committed against the Constitution or laws of the United States, or of the Territory, affecting persons or property. Each district court, or the judge thereof, shall appoint its clerk, who shall also be the register in chancery, and shall keep his office at the place where the court may be held. Writs of error, bills of exception, and appeals, shall be allowed in all cases from the final decisions of said district courts to the supreme court, under such regulations as may be prescribed by law; but in no case removed to the supreme court shall trial by jury be allowed in said court. The supreme court, or the justices thereof, shall appoint its own clerk, and every clerk shall hold his office at the pleasure of the court for which he shall have been appointed. Writs of error and appeals from the final decisions of said supreme court, shall be allowed, and may be taken to the Supreme Court of the United States, in the same manner and under the same regulations as from the circuit courts of the United States, where the value of the property, or the amount in controversy, to be ascertained by the oath or affirmation of either party, or other competent witness, shall exceed one thousand dollars; and each of the said district courts shall have and exercise the same jurisdiction in all cases arising under the Constitution and laws of the United States as is vested in the circuit and district courts of the United States; and the said supreme and district courts of the said Territory, and the respective judges thereof, shall and may grant writs of habeas corpus in all cases in which the same are grantable by the judges of the United States in the District of Columbia; and the first six days of every term of said courts, or so much thereof as shall be necessary, shall be appropriated to the trial of causes arising under the said Constitution and laws; and writs of error and appeals in all such cases shall be made to the supreme court of said Territory the same as in other cases. The said clerk shall receive, in all such cases, the same fees which the clerks of the district courts of Utah Territory now receive for similar services.

### *1787 Northwest ordinance*

*Art. 4. The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto. The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same common rule and measure by which apportionments thereof shall be made on the other States; and the taxes for paying their proportion shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within the time agreed upon by the United States in Congress assembled. The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers. No tax shall be imposed on lands the property of the United States; and, in no case, shall nonresident proprietors be taxed higher than residents. The navigable waters leading into*

*the Mississippi and St. Lawrence, and the carrying places between the same, shall be common highways and forever free, as well to the inhabitants of the said territory as to the citizens of the United States, and those of any other States that may be admitted into the confederacy, without any tax, impost, or duty therefor.*

*Section 13. And, for extending the fundamental principles of civil and religious liberty, which form the basis whereon these republics, their laws and constitutions are erected; to fix and establish those principles as the basis of all laws, constitutions, and governments, which forever hereafter shall be formed in the said territory: to provide also for the establishment of States, and permanent government therein, and for their admission to a share in the federal councils on an equal footing with the original States, at as early periods as may be consistent with the general interest:*

*Section 14. It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:*

## The Judiciary Act; September 24, 1789

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien sues for a tort only in violation of the law of nations or a treaty of the United States.* And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury."*Equity Imputes an intent to fulfill an obligation"*

SEC . 11. And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred

dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC . 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

Take notice of section 32 of The Judiciary Act; September 24, 1789, 1 Stat. 73. of your Trust Indenture Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

SEC . 22. And be it further enacted, That final decrees and judgments in civil actions in a district court, where the matter in dispute exceeds the sum or value of fifty dollars, exclusive of costs, may be reexamined, and reversed or affirmed in a circuit court, holden in the same district, upon a writ of error, whereto shall be annexed and returned therewith at the day and place therein mentioned, an authenticated transcript of the record, an assignment of errors, and prayer for reversal, with a citation to the adverse party, signed by the judge of such district court, or a justice of the Supreme Court, the adverse party having at least twenty days Â' notice. And upon a like process, may final judgments and decrees in civil actions, and suits in equity in a circuit

*court, brought there by original process, or removed there from courts of the several States, or removed there by appeal from a district court where the matter in dispute exceeds the sum or value of two thousand dollars, exclusive of costs, be re-examined and reversed or affirmed in the Supreme Court, the citation being in such case signed by a judge of such circuit court, or justice of the Supreme Court, and the adverse party having at least thirty daysÂ' notice. But there shall be no reversal in either court on such writ of error for error in ruling any plea in abatement, other than a plea to the jurisdiction of the court, or such plea to a petition or bill in equity, as is in the nature of a demurrer, or for any error in fact. And writs of error shall not be brought but within five years after rendering or passing the judgment or decree complained of, or in case the person entitled to such writ of error be an infant, feme covert, non compos mentis, or imprisoned, then within five years as aforesaid, exclusive of the time of such disability. And every justice or judge signing a citation on any writ of error as aforesaid, shall take good and sufficient security, that the plaintiff in error shall prosecute his writ to effect, and answer all damages and costs if he fail to make his plea good.*

*SEC . 33. And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence. And copies of the process shall be returned as speedily as may be into the clerkÂ's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.*

*SEC . 24. And be it further enacted, That when a judgment or decree shall be reversed in a circuit court, such court shall proceed to render such judgment or pass such decree as the district court should have rendered or passed; and the Supreme Court shall do the same on reversals therein, except where the reversal is in favour of the plaintiff, or petitioner in the original suit, and the damages to be assessed, or matter to be decreed, are uncertain, in which case they shall remand the cause for a final decision. And the Supreme Court shall not issue execution in causes that are removed before them by writs of error, but shall send a special mandate to the circuit court to award execution thereupon.reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up*

*and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.*

*SEC . 30. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. And when the testimony of any person shall be necessary in any civil cause depending in any district in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient or very infirm, the deposition of such person may be taken de bene esse before any justice or judge of any of the courts of the United States, or before any chancellor, justice or judge of a supreme or superior court, mayor or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause, provided that a notification from the magistrate before whom the deposition is to be taken to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served on the adverse party or his attorney as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after notified, not less than at the rate of one day, Sundays exclusive, for every twenty miles travel. And in causes of admiralty and maritime jurisdiction, or other cases of seizure when a libel shall be filed, in which an adverse party is not named, and depositions of persons circumstanced as aforesaid shall be taken before a claim be put in, the like notification as aforesaid shall be given to the person having the agency or possession of the property libelled at the time of the capture or seizure of the same, if known to the libellant. And every person deposing as aforesaid shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given after the same shall be reduced to writing, which shall be done only by the magistrate taking the deposition, or by the deponent in his presence.*

*And the depositions so taken shall be retained by such magistrate until he deliver the same with his own hand into the court for which they are taken, or shall , together with a certificate of the reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.*

## Statement of the Cause

The venue called **IN THE WHITE TANK JUSTICE COURT MARICOPA COUNTY, STATE OF ARIZONA account/case JC2025-106206-001 color of law proceeding escheatment "legal fiction" QUAZI-IN REM** *"as if it was against the thing"* Oxymoron and unmoored is improper *NON-SUBSTANTIVE DUE PROCESS OF WAR "In Fact" and its* **People who are bound by oath to be Persons Worthy of Trust** are incapable of speaking law over any matters concerning Maritime Treaties, articles of Confederation and Constitutions. These proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and it is very clear that there exists a Conflict of Law and Variance. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an *"ipso jure"* a Private People called Moor and Subject of the Al Maroc Shereefian Empire. The above named *Persons Worthy of Trust* are clearly citizens of the united states for the district of columbia which makes them Enemy belligerent Privateers masquerading as Citizens of united states of north america and they continued to move against the Moor in a very *unbecoming* Hostile manner in character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator *"in Fact"* Denied all these

Scandalous allegations. Owens, Heidi Marie d/b/a HEIDI OWENS et al administrator, privateer, pirate White Tank justice court judge et al., Serassio, Serena, d/b/a SERENA SERASSIO privateer/pirate  et al., were appointed as ***People who are bound by oath through naturalization to be Persons Worthy of Trust*** on special deposit through such said citizens/slaves trust indentures contracts and engagements with specific performance to extinguish all debts in the public and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties in contravention by stepping outside the boundary lines exceeding the 10 x 10 square mile breaching constitution of the united states Art 1 section 8 clause 10 and clause 17,18 directly in conflict with all the laws that was entered into before the adoption of this constitution and 1786/1836 Treaty of Marrakech Art. II. Furthermore owens, heidi marie did acknowledge that your Orator ***"In Fact"*** has a Special Title (Treaties) and is a Moor People of the Moor Estate consequently she also admits "in fact" that he has an oath he has to follow that is contrary to the oath or oaths he took to Your Orator as an ipso jure Moor Subject of the Al Maroc Shereefian Empire which is very ***unbecoming*** of her character act and deed. SERENA SERASSIO  entered in letters of marque/reprisal lockout order against my property "MARK-ROCK: HIGGINS . " in contravention with *the intent and purpose of molesting me, my vessel and my persons/property causing my rights to be destroyed irreparably beyond repair incarceration(s) real and personal property impoundment(s) action in contravention through acts of war called Letters of marque/ reprisal knowingly and admittingly through legal compulsion.* The above named Persons Worthy of Trust realize and hereby understands that i am egressed perpetually in the ***Dominions of the Al Maroc Shereefian Empire*** and have the unalienable private maritime right bestowed upon me the Most High to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and People bound by oath through naturalization to be Persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable maritime attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action. I, higgins, mark rock, a private people called Moor grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered.

***"Equity does not aid the Volunteer"***

USDC SDNY Case No. 22-cv-9714-LTS

Furthermore above-named libelees are in breach they are pirates privateers taking commissions *wearing enemy colors in fact* the contracts and engagements they have entered into Is the Constitution of the United States the 1801-1871 Organic Acts which by laws are the Code for the district of columbia which res is government by British Statutes *which is receiving emoluments and going into an alliance, agreement, Confederation or Treaty with a king, prince or foreign State* 1781 Articles of Confederation article 6 and interfering with treaties already proposed by the courts of France and Spain. Here are the following letters of Marque/Reprisals used to pirate my property in my dominions as the Lord

ARIZONA REVISED STATUTES 13-105 Definitions

A.R.S. 13-105-30 "Person" defined. Means a human being AND, as the context requires, an enterprise, a public or private corporation, an unincorporated association, a partnership, a firm, a society, a government authority or individual or entity capable of holding a legal or beneficial interest in property.

A.R.S. 13-105-38 "Public servant" defined. 38. "Public servant":
(a) Means any officer or employee of any branch of government, whether elected, appointed or otherwise employed, including a peace officer, and any person participating as an advisor or consultant or otherwise in performing a governmental function.
(b) Does not include jurors or witnesses.
(c) Includes those who have been elected, appointed, employed or designated to become a public servant although not yet occupying that position.


A.R.S. 13-105-29 "Peace officer" means any person vested by law with a duty to maintain public order and make arrests includes constable.

The following special legislation, marquee legislation, undeclared doctrine and letter of marque is in direct breach of 1781 Articles of Confederation article 6,9 and 13 and Treaty of Algiers 1795 when it says no corporal punishment shall be inflicted or impediments the above named defendants are constitutors which is defined as a simple pact or agreement to pay the debts for another thats the principle obligation" The United States of America it's citizens and of the united states is a union of workers/slaves who cannot grant titles of nobility so basically through contract they are only here for commerce and trade they are mere workers and TENANT perpetually without the ability to own land real property they reduced to only occupation. "Equity does not aid the volunteer" So I as the LORD the True Land Owner who possess the Title to the land, Air and Water through Treaty of Marrakech 1786 the Supreme law demand these marquee proceedings be traversed Immediately

I hereby draw into question the validity and construction of the ARIZONA REVISED STATUTES AND THE 1912 ARIZONA CONSTITUTION *and whether its repugnant to the 1776-1781 Articles of Confederation, Treaties, laws of* the united states when affecting or against the rights and titles of an ipso jure Moor Subject of the Al Maroc Shereefian Empire

USDC SDNY Case No. 22-cv-9714-LTS

## Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People (curia) called Moor, americas aboriginal, and Subject of the Al Maroc Shereefian Empire, *"but not a citizen of the united states for the district of columbia and its insular possessions/ enclaves,(Federal), nor a Citizen of the united states of america meaning the several states of the confederate union (confederacy)."* Your orator's core private rights (privatum) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust who are Privateers/Pirates masquerading as Citizens of the united states of north america, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against claimant in a very *unbecoming* hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating claimant/suitor/ libellant to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured condemned vessels and vassels lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas and elsewhere to change claimant/suitor/libellant from being a private People called Moor and Subject of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions.shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said fiduciary/defendant(s)/libelee(s)/privateers have subjected the claimant/suitor/libellant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities, to alter his special and particular political status. Libellant(s) core private maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide by letters of marque/reprisal.It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as the Act of 1740 by the British parliament and 1845 Georgia Slave Codes that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary, to Equity in admiralty and maritime by nature law of nations, good conscience and good reason, and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire, and is repugnant to the

USDC SDNY Case No. 22-cv-9714-LTS

constitution(Articles of Confederation), maritime treaties and laws of the Continental Congress United States in Congress Assembled and united states of america in congress assembled, to mistakenly sacrifice my right to self determination as a private People called Moor, americas aboriginal arizonian national, A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise, convoys, sea ports, ports of lading Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the Al Maroc Shereefian Empire, my name, my family ties, my hereditary culture, and my inheritance.. I am a people called Moor. *"Equity aids the vigilant, not those who slumber on their rights"*

### FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901. LAWS REMAINING IN FORCE.

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, the principles of equity and admiralty, all general acts of Congress not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

*ESTABLISHMENT. The District of Columbia was established as the seat of government of the United States by proceedings taken under authority and direction of acts of Congress approved July 16, 1790, entitled "An act for establishing the temporary and permanent seat of the Government of the United States " (1 Stats., 130), and the act of March 3,1791, entitled 4 4 An act to amend 'An act for establishing the temporary and permanent seat of the Government of the United States' " (1 Stats., 211), pursuant to the following provision contained in the eighth section of the first article of the Constitution of the United States, enumerating the powers of Congress, viz: To exercise exclusive legislation in all cases whatsoever over such district (not exceeding ten miles square) as may, by cession of particular States and the accept¬ ance of Congress, become the seat of the Government of the United States, and to exercise like authority over all places purchased, by the consent of the legislature of the State in which the same shall he, for the erection of forts, magazines, arsenals, dock yards, and other needful buildings. The right to exercise exclusive authority at the seat of government was conferred upon Congress in order that the legislative and executive functions of the Government might be exercised without risk of interference, and in consideration of the-fact that in June, 1783, the Continental Congress transferred its sessions from Philadelphia to evade a hostile demonstration which was made toward it by a body of soldiers of the Revolutionary army in order to hasten payment for their services as such, and that the authorities of that city and the State of Pennsylvania acknowledged their inability to protect that Congress from the threatened intimidation.*

*NAMING THE DISTRICT. The first official mention of the District by name is in a letter of the original Commissioners dated September 9, 1791, in which they state: "We have agreed that the Federal district shall be called the Territory of Columbia," etc. They had no authority of law to name it. The first statutory mention of the name "District of Columbia" is in the title, but not in the body, of "An act authorizing a loan for the use of the city of Washington, in the District of*

USDC SDNY Case No. 22-cv-9714-LTS

*Columbia, and for other purposes therein mentioned," approved May 6, 1796. The District is also referred to in at least one of the subsequent statutes as the Territory of Columbia. Although it is frequently called the District of Columbia in various .statutes, it was first so definitely designated by law in the first para¬ graph of "An act providing a permanent form of government for the District of Columbia," approved June 11, 1878, as follows: That all the territory which was ceded by the State of Maryland to the Congress of the United States for the permanent seat of the Government of the United States shall continue to he designated as the District of Columbia (20 Stats., 102).*

*ASSUMPTION OF LEGAL JURISDICTION BY THE UNITED STATES. The **acts of cession** of both States provided that the jurisdiction of the laws of those States, respectively, over the persons and property of individuals residing within the limits of the sections aforesaid should not cease or determine until Congress, **having accepted such cession**, should by law provide for the government thereof under its jurisdiction, in the manner provided in the eighth section of the first article of the Constitution of the United States. The United States assumed legal jurisdiction in the District by "An act concerning the District of Columbia," approved February 27,1801 (2 Stats., 103).*

*TRANSFER OF THE SEAT OF GOVERNMENT TO THE DISTRICT OF COLUMBIA. The date of the transfer of the seat of Government to the District of Columbia was fixed by the first paragraph of section 6 of the act of July 16, 1790, as follows: uAnd be it enacted, That on the said first Monday in December, in the year one thousand eight hundred, the seat of the Government of the United States shall, by virtue of this act, be transferred to the District and place aforesaid;" the place referred to being the portion of the District selected for the Federal city. The date of the first meeting of Congress in the District was, by an act passed May 13, 1800, fixed for the 17th day, or the third Monday, in November, 1800; but it actually met for the first time in the District on November 21, which was the first day of the session when a quorum of both Houses was present. The meeting was in the north wing of the Capitol, then the only completed part of the building. A quorum of the House of Representatives was present on the 18th of November. The President arrived in Georgetown on June 3,1800, and in Washington the next day. The personnel and records of the several Departments were transferred from Philadelphia to Washington about the same time. The Supreme Court held its first session in Washington on the 4th of the ensuing February. The Congress provided for by the Constitution began proceedings in New York City on April 8, 1789, and on December 1,1790, removed to Philadelphia, which was chosen by the act of July 16,1790 (1 Stats., 130) as the temporary seat of Government until its removal to the District of Columbia. The Congress of the Revolution held its first session in Philadelphia, Pa., September 5, 1774. It also met in Baltimore, Md.; Lancaster and York, in Pennsylvania; Princeton and Trenton, in New Jersey; Annapolis, in Maryland; and in New York City, in the order as stated.*

By **cession** of particular states, and the acceptance of Congress" refers to the process where land is transferred from a state to the federal government, specifically for the purpose of establishing the nation's capital (District of Columbia) or for other federal purposes like forts and arsenals. This process requires both the state to cede the land and Congress to accept the cession

**Cessions Definition:** the formal giving up of rights, property, or territory by a state.

## Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal, A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america meaning the several states of the confederate union (confederacy),"* your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia under the allegiance of the king of Great Britain its waters, vessels or ships,* through *the united states of america in congress assembled (organic act of 1801)* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" been reduced to an inferior grade of volunteer surety "U.S. citizenship" (**British Subject**) Immigrant status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to *"substantive due process of war"* and equal Justice being rendered in the admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of marque/reprisal "Acts of War "proceeding under any mode other than the original equal justice being rendered in admiralty and maritime jurisdiction by nature, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled,* or *the united states for the district of columbia,* which are inconsistent with and repugnant to our reciprocal maritime treaties and therefore he cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as an *"ipso jure"* Moor Subject of the *Al Maroc Shereefian Empire.* Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that your orator is, "in fact," a private People called Moor, americas aboriginal, A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the United States meaning the several states of the Confederate Union (confederacy)"* and that

he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation**. *"Equity aids the vigilant, not those who slumber on their rights."*

## Statement of the Cause

Your orator's special cause is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and I demand restoration and exoneration from of all liabilities of the defendant :Mark-Rock: Higgins . registered organization name **(letters of marque/reprisal)** trust-vessel in Maricopa County, Arizona Territory is a decedent's legal-estate ("Estate"). The decedent's legal-estate is a derivative of the sacred-trust-vessel that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate-(vessel), and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, his person, and his wives and minor offspring, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal, to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of the your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit him. Your orator's substantive maritime equitable rights to own property and to ***"substantive due process of war"*** and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"** and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by libelee(s) in libel beyond repair. *"Equity abhors a forfeiture."*

USDC SDNY Case No. 22-cv-9714-LTS

## Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA", UNITED STATES COURT OF APPEALS " INFERIOR COURTS, namely ,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA (*federal rules of civil procedures and federal rules and state rules of Appellate procedures*) ***These rules do not apply to prize proceedings in admiralty,*** Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored" and Farcical** Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. "*Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail.*" Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of marque/reprisal proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. the claimant's core private natural maritime rights are in jeopardy of being destroyed by libelee(s) in libel; are of those classes, which the maritime treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal. The claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name :MARK-ROCK: HIGGINS-TRUST-VESSEL, in relation to the claimant/, as a **"ipso jure"** Moor Subject. It is **only under legal compulsion** that the claimant/ suitor/libellant is subjected to any jurisdiction other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested by the *Articles of Confederation ARTICLE VI,IX,XII*; *Treaty of 1787 Marrakech ARTICLE II, XXI*; *constitution of the united states of america in congress assembled emoluments contracts from king of great britain, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3, Article 1 section 8 clause 10 and clause 17,18;1787 Northwest Ordinance Art 4;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11 and §16, §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII, 1492 Treaty of Grenada,*

*1750 Treaty with great britain.* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

## Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.* ***"He who comes into equity must come with clean hands"***

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against/libelee(s)/privateers seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon your orators inherent natural rights to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a private People called Moor A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime jurisdiction by this district court, your orator may be subject to unjust and irreparable harm and destruction in contravention of his maritime treaty protected rights and property.

## Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the defendant(s)libelee(s)/privateers and the claimant/suitor/libellant, where the claimant was at a disadvantage, and as a consequence the account is inequitable. The claimant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the defendant/ trustee(s)libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The claimant/suitor/libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s)/libelee(s)privateers have handled the estate of the claimant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the claimant/suitor/libellant has an interest, and to pay over whatever may be due or belong to him. *"A good and faithful servant shall make a full accounting, to the owner, of the talents he was granted."*

The claimant/suitor/libellant has through his inherent power of appointment, appointed each defendant/libelee(s)privateers, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering up each defendant/libelee(s) as surety natural born citizens/slaves through naturalization. To be held in private by said defendant(s)/libelee(s)/privateers for the private enjoyment, use, possession, and benefit of the claimant. Each defendant/libelee(s)privateers was noticed of the claimant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the claimant has an interest; to pay over whatever may be due or belong to him, or the balance due claimant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the claimant went, or should have gone, into the possession, or under the control, of the defendant/libelee(s)/privateers, giving items, dates, values, and circumstances. The defendant/libelee(s)/privateers has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due claimant on a fair accounting; that claimant refused to accept it in any respect, and so notified the defendant/libelee/privateer; Your orator requires for an account to be taken by the Clerk and

Master and for a decree for the amount found due. If the defendant/suitor/libellant has any sureties bound for his good conduct, they should be made defendant(s)/libelee(s)/privateers, and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached.

*"One who seeks equity must do equity."*

## Statement of the Cause

The primary subject matter issue of the claimant's/ libellant's speciali causa (special cause) is for the full restoration against the destruction of maritime rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including maritime/mercantile treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. higgins, sean rick an infant, core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without him being fully availed and acknowledged of his equitable Maritime defenses. higgins, sean rick as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the said ARIZONA registered organization trust vessel, :SEAN-RICK: HIGGINS ., decedent's legal estate person. higgins, sean rick Moor grantee, cestui que heir has been subjected to a Legal mode of colorable admiralty maritime letters of Marque/Reprisal Proceedings without the private treaty protections of the 1492 Treaty of Grenada;1750 Treaty with great britain ;Treaty of Marrakech 1787 ARTICLE II, XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *constitution of the united states of america in congress assembled proof of emoluments and allegiance under the king of great britain , ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 , Article 1 section 8 clause 10 and clause 17*,18 under the rules of Chancery which he is are entitled to, by way of his special and particular political status and equitable maritime Treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same people," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, captain and commander and God of higgins, sean rick, Moor beneficiary of the registered organization names SEAN RICK HIGGINS and SEAN HIGGINS. I gave him his name and vessel. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine. He is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over higgins, sean rick registered organization names SEAN RICK HIGGINS and SEAN HIGGINS. I DECLARE, I am his Moor Father Captain and Commander,God, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/ vassals offsprings/Heirs through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

Your Orator also calls into question the intentions of the named Defendant/libelee mcconnell, kathleen kelly d/b/a KATHI MCCONNELL who is a person under legal disability, a women who

is defined as a masculine gender a bankrupt ship lost at sea, who is represented by a NEXT OF FRIEND *"Equity does not aid the volunteer"*. I higgins, mark rock Moor/grantee/grantor/ guardian/Captain/Seaman, Commander, Father Owner of higgins, sean rick, Moor/Heir/ beneficiary of the registered organization names SEAN RICK HIGGINS and SEAN HIGGINS appointed People bound by oath to be Persons Worthy of Trust for the well-being of his persons or his property in good reason and good conscience having been bound to do, for this reason this court is given Maritime by nature jurisdiction over the persons and estates of minors, under legal disability. For I higgins, mark rock a private people called Moor/grantee/grantor/guardian/father/ commander/captain/emperor/merchant who has attained the age of majority in personam **"Always"** Who is *Sui Juris, jus soli, jus sanguinis* I am the father, parens patriae, and next friend, for my property higgins, sean rick, Moor beneficiary of the registered organization trust vessel names SEAN RICK HIGGINS and SEAN HIGGINS. I gave him his name. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine. He is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heirs/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over higgins, sean rick registered organization names SEAN RICK HIGGINS and SEAN HIGGINS. I DECLARE, I am his Moor grantee/grantor/guardian/father/seaman, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

<div align="center">If anyone DENIES, I DEMAND they:</div>

Show "good" cause why I "do not" hold superior equitable maritime title **(Treaties)** to higgins, sean rick, beneficiary of the registered organization names SEAN RICK HIGGINS, and SEAN HIGGINS vessels, and that it's "not" a sacred trust.

- Show "good" cause why any presumed administration of todd, ryan ramael, beneficiary of the registered organization names SEAN RICK HIGGINS and SEAN HIGGINS estate is "not" absolute void, and as a private people called Moor grantee/grantor/beneficiary/guardian, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to his estate.

- Show "good" cause why I "cannot" have higgins, sean rick, beneficiary of the registered organization names SEAN RICK HIGGINS and SEAN HIGGINS estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

### Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against the destruction of rights born of special private fiduciary trust relations

between the parties, either express, resulting, constructive, or executory, including treaties, upon which she has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. higgins, tyron rock, core private rights was MISTAKENLY sacrificed by her mother and father at his birth, without him being fully availed and acknowledged of her equitable defenses. higgins, tyron rock as an "implied" maritime surety, has been imputed a serious liability for his father being denied the ability to self determine identity of her said race/nationality and name and his rights as a father at the moment she was begotten therefore it being implied she was called on for the indemnity or satisfaction of the debts without previously being bound in writing of the said Arizona registered organization, TYRON ROCK HIGGINS, decedent's legal estate person. higgins, tyron rock Moor grantee, cestui que heir has been subjected to a Legal mode of Reprisal Proceedings though colorable admiralty and maritime jurisdiction without the private treaty protections of the Treaty of Marrakech 1787 ARTICLE XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *1789 constitution* of the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17*, under the rules of Chancery which he is entitled to, by way of his special and particular political status and equitable maritime treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same person," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, parens patriae, and next friend, for my property graham, lila g, beneficiary of the registered organization trust vessel named higgins, tyron rock TYRON ROCK HIGGINS, TYRON R HIGGINS, TYRON HIGGINS, I gave the name. I redeem him and have a just right to claim them (propria vigore) on my own authority, they are mine. born through promise.They are children of the Most-High. This bill is filed for his benefit and all my known/ unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over higgins, mark rock HFT registered organization names SEAN RICK HIGGINS, TYRON ROCK HIGGINS < SLATER ROCK HIGGINS, I DECLARE, I am their Moor grantee/ grantor/guardian/captain/emperor/commander, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/ offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

If anyone DENIES, I DEMAND they:

Show "good" cause why I "do not" hold superior equitable maritime title (**Treaties**) to higgins, sean rick and higgins, tyron rock and higgins, slater rock, beneficiary of the registered organization names SEAN RICK HIGGINS and TYRON ROCK HIGGINS and SLATER ROCK HIGGINS, and that it's "not" a sacred trust.

- Show "good" cause why any presumed administration of HFT, beneficiary of the registered organization names SEAN RICK HIGGINS and TYRON ROCK HIGGINS, SLATER ROCK

USDC SDNY Case No. 22-cv-9714-LTS

HIGGINS estates is "not" absolute void, and as Moor grantee/grantor/beneficiary/captain and commander, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to THEIR estate(s).

- Show "good" cause why I "cannot" have higgins, sean rick and higgins, tyron rock and higgins, slater rock beneficiaries of the registered organization names SEAN RICK HIGGINS, TYRON ROCK HIGGINS, and SLATER ROCK HIGGINS estates be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to her

## Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against defendant(s)/libelee(s)/privateers seeking equitable maritime restoration of my vessels and ships from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime by nature jurisdiction towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal colorable admiralty proceedings through letters of marque/reprisal.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime by nature by this High court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime/mercantile treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following *"People who are bound by oath through the process of naturalization to be Persons Worthy of Trust" who takes commissions wearing enemy colors (emoluments)*People bound by oath, holding elected positions of obligation, and authority, manipulate jurisdictional requirement, under guise, and establish false tribunal's venue, and internally conspire, (AS CORPORATE EMPLOYEES) within district of columbia's STATE'S, COUNTY'S, and CITY'S political corporate subdivision(s). AS PER November 1962, 2006, 2008, 2011, 2019, 2020, October 2022-2025-this current day, I, orator, : Mark-Rock: Higgins am being conspired against, confederated against, and detained/captured/seized by christian/jewish/satanic/privateers/pirates and through enemy crewman cruisers importing and exporting my vessel as cargo outside of enemy lines, shipped

and received in enemy ports subjected to bottomry in the warehouse of the enemy ship through assaults, theft, maladministration, internal collusion, confer jurisdiction, jurisdiction assertion, misappropriation remuneration and beatings on the High Seas and elsewhere by City of Goodyear's judge delgado, manuel o. jr d/b/a MANUEL O DELGADO JR ARIZONA; Maricopa County Arizona's judge owens, heidi marie d/b/a HEIDI OWENS; Mitchell, Rachel hope d/b/a RACHEL H MITCHELL head prosecutor maricopa county; sheridan, gerard d/b/a JERRY SHERIDAN sheriff maricopa county; issitt, brian john d/b/a BRIAN ISSITT Police Chief, Mayor, and herein named City of Goodyear's City Counsel;   flora, royce t d/b/a ROYCE T FLORA treasurer maricopa county et al.,; richer, stephen d/b/a STEPHEN RICHER recorder maricopa county et al.,; petersen, paul d d/b/a PAUL D PETERSEN  assessor maricopa county et al.,; {galvin, thomas francis jr d/b/a THOMAS GALVIN, sellers, john william jr d/b/a JACK SELLERS, hickman, clinton leornard d/b/a CLINT HICKMAN, gallardo, steven d/b/a STEVE GALLARDO, gates, william d/b/a BILL GATES Chairman,: supervisers/ privateers/pirates maricopa county et al.,}; sheridan, gerald anthony d/b/a JERRY SHERIDAN sheriff/ privateer maricopa county et al., teeple, ross george III d/b/a ROSS G TEEPLE sheriff /privateer pinal county et al.,;   pina, benny salvadore d/b/a BENNY PINA chief/privateer police suprise arizona et al.,;   mccord, michael d d/b/a MICHAEL McCORD treasurer pinal county et al., wolf, douglas d/b/a DOUG WOLF et al.,; rhodes, david d/b/a DAVID RHODES sheriff yavapai county sheriff department/privateer/pirate et al.,; and mcquality, donna june d/b/a DONNA McQUALITY et al.,; chief clerk/ privateer/pirate yavapai county superior court et al.,; napper, john david d/b/a JOHN NAPPER chief justice/master/privateer; polk, sheila sullivan d/b/a SHEILA POLK, yavapai county prosecutor(s)/privateer/pirate(s) et al.,; johnson, steven a d/b/a STEVEN A. JOHNSON maricopa county prosecutor(s)/privateer et al.,; sharifi, kristen l d/b/a KRISTEN L SHARIFI yavapai county prosecutor(s)/privateer et al.; young, steven aaron d/b/a STEVEN A YOUNG yavapai county prosecutor(s)/privateer et al.,; phelan, debra rene d/b/a DEBRA R PHELAN judge/privateer/pirate yavapai superior court state of arizona et al.,; tuchi, john joseph d/b/a JOHN J TUCHI, district court united states district arizona judge/ privateer et al.,; pifer, Jennifer christine, d/b/a JENNIFER C. ZIPPS chief justice/privateer district court united states district arizona et al.,; rollins, brooke leslie d/b/a BROOKE ROLLINS : et al.; : albrycht, sarah kathleen d/b/a SARAH ALBRYCHT provost marshal general /privateer/pirate et al.fann,karen d/b/a KAREN FANN president/privateer arizona senate et al.,; roscoe, douglas anthony jr d/b/a DOUG DUCEY governor/privateer et al., hobbs, kathleen marie d/b/a KATIE HOBBS governor/ secretary state/privateer et al.,; kelly, thomas  atty k d/b/a THOMAS KELLY judge/privateer yavapai county state of arizona et al.,; brnovich mark d/b/a MARK BRNOVICH arizona attorney general/privateer et al.,;  trump, donald john d/b/a DONALD J TRUMP president/privateer united states et al.,; bondi, pamela jo d/b/a PAM BONDI attorney general u.s. d.c./privateer/pirate et al.,; pompeo, michael richard d/b/a MIKE POMPEO secretary state/privateer et al.,; harris, scott sessions d/b/a SCOTT S HARRIS clerk/privateer supreme court united states et al.,; higgins, clayton randolph jr d/b/a CLAYTON R HIGGINS clerk/pivateer et al.,  sauer, d. john d/b/a D. JOHN SAUER solicitor general d.c. u.s./privateer/pirate et al.,; carman, krista michelle d/b/a KRISTA M CARMAN judge /privateer yavapai county superior court et al.,; gonzales, tony d/b/a TONY GONZALES attorney/privateer yavapai county appointee et al.,; JENNIFER G ZIPPS chief judge and lucas, debra d d/b/a DEBRA LUCAS clerk/privateer district court united states district of arizona et al.,; judd, randy d/b/a RANDY JUDD justice of peace/privateer et al.,; daniels, mark d/b/a MARK DANIELS sheriff/privateer Cochise county et al.,; a privateer(s) John W Erickson, Joseph P Goldstein, Linda Wallace, Michael R Bluff, Anna C Young, Celé Hancock, Kelly Gregorio, irish, craig thurston d/b/a CRAIG T IRISH attorney/privateer/pirate as People who is bound by oath to be Persons Worthy of Trust" after I gave officers bound by oath, sworn actual notice of my special and particular political status, and standing as a one of the People In Personam, a People called Moor which is a direct breach of their fiduciary duties as Trustees pursuant to *1789 constitution of the united states Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II* to Protect and render aid to me and my vessels as a People called Moor and also protect People who are Citizens of the united states of america in congress assembled. The officers stated they knew who Moors irish are and committed blasphemy treason on the High Seas against me by calling me a sovereign citizen which is very *unbecoming and slanderous* of them in character act and deed. I am currently in fear of my life because an appeal to arms was made against me as a Moor without a year notice for me to get my property and myself to safe place causing a shock to my conscience and not being able to pass and repass amongst the christians, jews and satanist as the 1492 Treaty of Grenada clearly expresses and I am the Moor beneficiary and my natural maritime rights are being irreparably destroyed **"In Fact" in libel** by unbecoming hostile and belligerent citizens of the united states for the district of columbia in clear breach of 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI. I as a People called Moor irish calls

USDC SDNY Case No. 22-cv-9714-LTS

into question the Intent and Purpose of penzone, paul d/b/a PAUL PENZONE maricopa county sheriff/ privateer et al., a People bound by oath to be a Persons worthy of trust because he was given notice of my status in the form of a writ of quia timet sent to him by registered mail and failed to give notice of my *Special and Particular Political Status* as a Moor to his co-Trustees who works under him and allowing them to detain beat and assault using letters of marque/reprisal to Confederate against a Moor in a hostile and belligerent manner which is very *unbecoming* of him in character act and deed *"He who occasions the loss must bear the burden" "Equity Imputes an Intent to fulfill an obligation". People Bound by Oath, Failure to adhere to Chief District Judge Laura Taylor Swain's ORDER, Dated 12/19/22.*

The venues called **SUPERIOR COURT OF ARIZONA YAVAPAI COUNTY, SUPERIOR OF ARIZONA MARICOPA COUNTY** and **COCHISE COUNTY BENSON JUSTICE COURT, DISTRICT COURT UNITED STATES ARIZONA DISTRICT, GOODYEAR MUNICIPAL COURT, WHITE TANK MARICOPA COUNTY'S JUSTICE COURTS, UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, and** INFERIOR COURTS, namely,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA are in fact **"legal fictions"**, Oxymorons, unmoored, farcical, improper as well as does not apply to prize proceedings in admiralty *"in personam only," "In Fact" and its People who are bound by oath to be Persons Worthy of Trust* are incapable of speaking law over any matters concerning Maritime Treaties, Articles of Confederation and Constitutions. Any People bound by oath to be Persons worthy of Trust that opposes that these proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and that it is very clear that there exists a Conflict of Law and Variance, should seek into having a psychiatric examination done on themselves. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an *"ipso jure"* a private people called Moor and Subject of the Al Maroc Shereefian Empire. The above named *Persons*

*Worthy of Trust* are clearly subjects of the united states for the district of columbia which makes them Enemy belligerent citizens and they continued to move against the Moor in a very *unbecoming* Hostile  manner in character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator *"in Fact"* Denied all these Scandalous allegations.

Once again this revenue is a united states for the **district of columbia** port of entry that breached its charters by extending its waters outside the **10 square miles** in contravention using its *fictitious colorable admiralty corporate entities (vessels)* called the State of ARIZONA and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, good,

merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled.

As People bound by oath : rubio, marco antonio d/b/a MARCO RUBIO;  yellen, janet louise d/b/a JANET L YELLEN; blinken, antony john d/b/a ANTONY BLINKEN; garland, merrick brian d/b/a MERRICK GARLAND; snow, grant murray d/b/a G. MURRAY SNOW; tuchi, john joseph d/b/a JOHN J TUCHI; falick, andrew ross d/b/a ANDREW R FALICK; staggs, bruce edward d/b/a BRUCE E STAGGS; azar, alex michael II d/b/a ALEX AZAR; lamb, mark thomas d/b/a MARK LAMB; daniels, mark d/b/a MARK DANIELS; pina,benny salvadore jr d/b/a BENNY PINA; penzone, paul d/b/a PAUL PENZONE; williams, jeri lynn d/b/a JERI L WILLIAMS; prelogar, elizabeth barchas d/b/a ELIZABETH PRELOGAR; milstead, frank lee d/b/a FRANK MILSTEAD; halikowski, john stephen d/b/a JOHN S HALIKOWSKI; wolf, douglas john d/b/a DOUG WOLF; doolittle, dolores janette d/b/ a JANETTE D DOOLITTLE; mccord, michael patrick d/b/a MICHAEL P McCORD; lucas, debra d d/b/a DEBRA D LUCAS; richer, steven lsidore d/b/a STEVEN RICHER; hobbs, kathleen marie d/b/a KATTIE HOBBS; petersen, paul david d/b/a PAUL D PETERSEN; flora,royce t d/b/a ROYCE T FLORA; allen,john m d/b/a JOHN M ALLEN; fann, karen elizabet d/b/a KAREN FANN; bales, william scott d/ b/a SCOTT BALES; brutinel, robert maurice d/b/a ROBERT M BRUTINEL; Roscoe, douglas anthony jr d/b/a DOUG DUCEY ; barr, william pelham    d/b/a WILLIAM BARR; trump, donald john d/b/a DONALD J TRUMP; kemp, michael william d/b/a MICHAEL W KEMP; rhodes, david lee d/b/a DAVID RHODES; mcquality,donna june d/b/a DONNA McQUALITY chief clerk et al.,; napper, john david d/b/a JOHN NAPPER chief justice/master/privateeret al., ainley, tina rae d/b/a TINA R AINLEYet al., phelan, debra rene d/b/a DEBRA R PHELANet al., kelly, thomas atty k d/b/a THOMAS KELLYet al., mcgill, michael paul d/b/a MICHAEL P McGILLet al., carman, krista michelle d/b/a KRISTA M CARMAN et al.,yavapai **superior** court judge(s)/*privateers* of arizona et al;;; polk, sheila sullivan d/b/a SHEILA POLK; sharifi, kristen laheya d/b/a KRISTEN SHARIFI et al.,; sisneros, steven john d/b/a STEVEN J SISNEROS et al.,; young, steven aaron d/b/a STEVEN A YOUNG et al.,; yavapai county prosecutor(s)/*privateer(s)*,; brnovich, mark d/b/a MARK BRNOVICH et al, arizona attorney general, et al.,; judges/privateer(s) et al..; were appointed as *People who are bound by oath to be Persons Worthy of Trust* and was issued a *Deed of Conveyance* on special deposit with specific performance to extinguish all debts in the public and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties. Furthermore phelan, debra rene d/b/a DEBRA R PHELAN did acknowledge that

your Orator **"In Fact"** has a Special Title and is a Moor People of the Moor Estate consequently he also admits "in fact" that she/he has an oath she/he has to follow that is contrary to the oath or oaths she/he took to Your Orator as an ipso jure Moor Subject of the Al Maroc Shereefian Empire which is very *unbecoming* of her and his character act and deed. *ainley, tina rae d/b/a TINA R AINLEY and* phelan, debra rene d/b/a DEBRA R PHELAN *yavapai superior court judge(s)/privateer(s)* et al., both entered in a order against my property "MARK ROCK HIGGINS " with *the intent and purpose of molesting, the vessel and the persons/property in a so-called hearing for judge's appointing attorney's, (officers of the court) to confer jurisdiction knowingly as nullity of "in personam" "status and standing" through legal compulsion ORDERED to confer jurisdiction pro se fiction re-presentment upon herein orator.* The above named Persons Worthy of Trust realize and hereby understands that : Mark-Rock: Higgins d/b/a HIGGINS-FAMILY-TRUST d/b/ a :MARK-ROCK:HIGGINS am egressed perpetually in the *Dominions of the Al Maroc Shereefian Empire* and have the unalienable private right bestowed upon me by the Most High Anu-el to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable  attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action.

I :Mark-Rock:Higgins, a private people called Moors irish grantee/grantor/heir/ beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not  limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my  signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest, legal or equitable, and without consent or equal Justice being rendered. *"Equity does not aid the Volunteer"* See attached exhibits of the Transcript as I'm the only Real Party in interest in this Matter, they are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of

USDC SDNY Case No. 22-cv-9714-LTS

injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed "Equity does not aid the Volunteer".*

I higgins, mark rock a private people called Moor/americas aboriginal arizonian national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef, a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states meaning one of the several states of the Confederate union (confederacy),* and Subject of the Al Maroc Shereefian Empire. My private rights as a people called Moor has been irreparably destroyed in libel since the moment I was conceived by **unbecoming** hostile enemy belligerent citizens of the united states for the district of columbia/privateers in character act and deed by the above named libelee(s) who are People bound by oath to be Persons worthy of trust by failing miserable to uphold and protect an ipso jure Moor Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and jews expressed with specific intent and purpose by my ancestors in the 1492 Treaty of Grenada and 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI, *constitution of the united states Allegiance under Great Britain (emoluments) Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. **Equity imputes an intent to fulfill an obligation"** ,"**Equity sees as done as what ought to be done".** There has been a clear breach of fiduciary relations, Breach of fiduciary relations, and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or *quazi-in rem* because i'm a Moor Subject of an Empire and grantee/heir/ beneficiary protected by the 1778 Treaty of france Article 8. *The most Christian King will employ his good Offices and Interposition with the King or Emperor of Morocco or Fez, the Regencies of Algier, Tunis and Tripoli, or with any of them, and also with every other Prince, State or Power of the Coast of Barbary in Africa, and the Subjects of the said King Emperor, States and Powers, and each of them; in order to provide as fully and efficaciously as possible for the Benefit, Conveniency and Safety of the said United States, and each of them, their Subjects, People, and Inhabitants, and their Vessels and Effects, against all Violence, Insult, Attacks, or Depredations on the Part of the said Princes and States of Barbary, or their Subjects.. Art. 15 If by the exhibiting of the above said Certificates, the other Party discover there are any of those Sorts of Goods, which are prohibited and declared contraband and consigned for a Port under the Obedience of his Enemies, it shall not be lawful to break up the Hatches of such Ship, or to open any Chest, Coffers, Packs, Casks, or any other Vessels found therein, or to remove the smallest Parcels of her Goods, whether such Ship belongs to the Subjects of France or the Inhabitants of the said United States, unless the lading be brought on*

*Shore in the presence of the Officers of the Court of Admiralty and an Inventory thereof made; but there shall be no allowance to sell, exchange, or alienate the same in any manner untill after that due and lawful Process shall have been had against such prohibited Goods and the Court of Admiralty shall by a Sentence pronounced, have confiscated the same: saving always as well the Ship itself as any other Goods found therein, which by this Treaty are to be esteemed free: neither may they be detained on presence of their being as it were infected by the prohibited Goods, much less shall they be confiscated as lawful Prize: But if not the whole Cargo, but only part thereof shall consist of prohibited or contraband Goods and the Commander of the Ship shall be ready and willing to deliver them to the Captor, who has discovered them, in such Case the Captor having received those Goods shall forthwith discharge the Ship and not hinder her by any means freely to prosecute the Voyage, on which she was bound. But in Case the Contraband Merchandiscs, cannot be all receiv'd on board the Vessel of the Captor, then the Captor may, notwithstanding the Offer of delivering him the Contraband Goods, carry the Vessel into the nearest Port agreable to what is above directed.* these named privateers breached the following Treaty stipulations 1786 Treaty of Marrakech Art. II *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* 1795 Treaty of Algiers Art.V; *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* 1786 Treaty of Marrakech art. X, XI: *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country. If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.* 1786 Treaty of Marrakech Art. XXIV: *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them..* 1786 Treaty of Marrakech Art XIV: *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.* Furthermore our rights as ipso jure Moor Subjects continues to be irreparably destroyed beyond repair and we demand immediate restoration from repeated assaults and beatings on the high seas 1786 Treaty of Marrakech Art. XXI, XXII, XX : *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country*

*shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof. If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him. "A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity must come with clean hands" He who occasions the loss must bear the burden".*

## Statement of the Claim

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings.Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor A Emperor, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire, and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court, your orator may be subject to unjust and irreparable harm and destruction of his maritime treaty protected rights and property. Your orator is in jeopardy of his private rights being destroyed in contravention RIGHT NOW and in the future because my rights have already been destroyed in the past and present in libel by the following privateers in breach of 1776-1781 Articles of Confederation under the guise of constitution of the United States a British construct (emoluments) Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. "People who are bound by oath to be Persons Worthy of Trust" *"equity will take jurisdiction to avoid a multiplicity of suits".*

Your orator is in jeopardy of his private rights being destroyed in contravention **RIGHT NOW** and in the future because my rights have already been destroyed in the past and present in libel by the following privateers in breach of constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. "People who are bound by oath to be Persons Worthy of Trust" "equity will take jurisdiction to avoid a multiplicity of suits".

### *"Equity takes Jurisdiction to avoid a Multiplicity of Suits"*

Heirs and Assigns are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations as pirates/privateers and a good conscience by continuing to use Administrative Courts to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. Whereas congress intent was blueprinted since the early 1800's to faithfully manage Labor and commerce leading up to FIFTY-SEVENTH CONGRESS Sess II December 4, 1901, with an introduction bill then approved February, 14th 1903, "dept of Labor and Commerce". later on, adopting in that dept. in the SIXTY-SECOND CONGRESS Sess II April 9, 1912 "Children's Bureau", and then even in its laws inherited the nature of such core rights that no agents/officials/trustees shall, over the objection of the head of family, enter a regency or home. following predecessor treaties of rooted laws of the land. the committee now dissolved and threw its re-organizations and re-structures merging into acts and new administrations like social security Administration in 1946, and now in this state, the modern day "Family Court Act". WHICH I AGREE IT IS A GOOD DEED FOR THE PEOPLE WELL IN NEED, HOWEVER , I question the construction and the validity of such acts where It deemed necessary for the burial of such rights and the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. Which is also very unbecoming belligerent and hostile in character act and deed

### *"Equity does not aid the Volunteer"*.

Furthermore the belligerent blockades continue; these above-named privateers/libelee(s) who take commissions wearing enemy colors are in breach of the 76 CONGRESS 1ST SESSION. 409, 410-AUG. 1,2, 1939 53 STAT. P. 1415-1417 *"An Act to prevent pernicious activities"* and the *Indenture Act of 1939* p. 1417-1446 by making unlawful appropriations by force through legal compulsion without the owner's consent using corporate officials in administrative positions to intimidate and to prevent the People from a fair VOTE and fair elections, pledging the People to be Persons without their consent for political gain and unjust enrichment from the root of this federal demonstration of the united states for the district of columbia organization produces and bears the fruits of the poisonous tree, stealing their right to VOTE and freedom of speech in contravention of the 1776-1781 Articles of Confederation art. I,II,III,ÌV,V,VI,IX,XII,XIII it is very unbecoming and Malicious to not only Exceed the boundary lines outside the potomac river without the consent of united states of america in congress assembled, but then take it upon themselves to create a shadow Executive Power using colorable

UNITED STATE CODE TITLE 42 which is void on its face because its a bill of attainder and ex-Post facto law/ letters of MARQUE/REPRISAL quasi-in rem colorable admiralty and maritime prize proceedings by characteristic that has no force in effect In breach of 1795 Treaty of Algiers Art. III,V,VI,XV. It's a well known ethereal principle that the People have the right to be Secured in their persons or papers from unreasonable searches and seizures. These rights are inherent through law of nations of People Secured by the supreme law of the land which are in fact Treaties **1786 Treaty of Marrakech Art VI**. This belligerent and hostile organization and its piratical privateers are in fact the true *"enemies of the state"* They engage in loot operations by using Paper Genocide as an Instrument of mass destruction *"He who comes into equity must come with clean hands"*. Furthermore it's very clear from this corporation's bylaws called the D.C Code specifically states that its Trust Res is governed by British Statutes and clearly defines a person as Partnerships or Corporation. Furthermore these Privateers named above had specific intent and purpose to move in a manner contrary to equity, good conscience and sound reasoning by Usurping the People's Estates/Trusts pledging them to be a Mortgage through bankruptcy/ insolvency without full disclosure and cornering the market through monopolies creating a central banking system called the Federal Reserve Bank System/Corporation creating a colorable-quasi admiralty and maritime CURRENT-SEA that's non-substantive to purposely take private property for public use without just compensation and imprison the People for debt (Usery) when it's clear in the constitution of the united states article VI that all debts whether public or private are against both of the United States and its representatives who are bound by oath to be Persons Worthy of Trust, I could go on and on with many more violations and breaches but to reserve time and space so with the powers invested in me as an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire I hereby draw into question the validity and construction of the 76 CONGRESS 1ST SESSION. 409, 410-AUG. 1,2, 1939 53 STAT. P. 1415-1417 "*An Act to prevent pernicious activities*" through 81st Congress and whether its repugnant to the British Construct called the constitution of the united states article 3 section 2 clause 1, article VI, art I section 8 clause 10,17, and the laws of the united states, 1786 Treaty of Marrakech Art 1-25, 1776-1781 articles of Confederation 1-13 and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire. I HEREBY CONCUR : (**Affirm or Deny**)

The above-mentioned defendants/libelee(s) whether officials/trustees public or private or caretakers/custodians have breached their duties that I as a people called Moor entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas breached maritime treaty relations, breached fiduciary relations and breached trust relations my private rights have been irreparably destroyed beyond repair in libel Their actions are demonstrably erroneous and unbecoming in nature character act and deed. There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/ beneficiary protected by the 1778 Treaty of the Delawares Article VI. "Whereas the enemies of

the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and 1 am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity must come with clean hands" He who occasions the loss must bear the burden".

In Conclusion I hereby Command, Invoke, Bestow send a signal or pass to my faithful Servants who are People Bound by Oath to be Persons Worthy of Trust to Defend and Protect the constitution from all enemies foreign and domestic in the Executive Branch of the United States of America in Congress Assembled Through its Commander and chief of the Military pursuant to the 1776-1781 Articles of Confederation Art. VI,IX,XII,XIII Treaty of Marrakech art I, II,III,X,XI to rid the several states of the united states of america in congress assembled of its infestation of pirates right now it's exigent circumstances and it is an Emergency "Equity imputes an intent to fulfill an obligation".

## Statement of the Cause

I higgins, mark rock a Private People called Moors/grantee/grantor/beneficiary hereby require demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (1787 Northwest ordinance) as written in the Articles of Confederation 1781 art 6,9,12,13 is already in breach of faith because its people who are bound by oath to be persons worthy of trust allowed the committee of states (territories) to join the Federalist Union under the constitution of the united states art 1 section 8 clause 17, 18 to go to war with the Confederate Union a private People called Moors intentionally using DixieCrats aka Democrats allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I as the Lord of the Land Air and Water the Moor Subject of the Al Maroc Shereefian Empire am offering grace and forgiveness to the United States in congress assembled and its People who are bound by oath to be Persons Worthy

USDC SDNY Case No. 22-cv-9714-LTS

of Trust as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. The Emperor the great governor of the world never gave consent for the united states of america to adopt and Central government under the Constitution of the United States according to the Article of Confederation 1,12,13 congress borrowed 18 million in gold and silver see and 1782/1783 Treaty of Paris and went back under the allegiance of Great Britain breaching art 6 of the Articles of Confederation and making the constitution of the united states void through article 6 clause 1,2,3 of said constitution . So I command the Commander in chief of state militias and the service of the United States according to article 9 of the articles of confederation to restore the confederacy of the united states in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the Subjects of the Al Maroc Shereefian Empire the moment they claim to be Moors I demand they be immediately released and set at liberty for I never gave permission or consent for any of my Subjects/Beneficiaries to be naturalized or members of any one of the United States or of the several states. My Subjects are under Me as I am Emperor in my own right for I will never entertain the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Al Maroc Shereefian Empire and there is no such thing as birthright citizenship coming out your mothers vessel. Remember as the 1786 Treaty of Marrakech states ; " *the law of the country shall take place and Equal Justice shall be rendered*".

## Treaty with Algiers September 5, 1795

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past**

## ARTICLE YE 15th

*Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.* **Breached in the past** (A Trust arises)

## ARTICLE YE 19th

*Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner.* **Breached in the past** (A Trust arises)

## ARTICLE 3.

*If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.* **Breached in the past** (A Trust arises)

**ARTICLE 12.**, *In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable referrence shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same;* **Breached in the past** (A Trust arises)

## 1786/1836 Treaty of Marrakech

**Article II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**Article V.** *If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.* **Breached in the Past**

**VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **Breached in the past** (A Trust arises)

**VII.** *If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.*

*If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.* **Breached in the past Breached in the past** (A Trust arises)

**Article XI.** *If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.* **Breached in the Past**

**Article X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged*

*shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.***"Breached in the past"***...*

**Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.***"Breached in the past"***...*

**Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* ***"Breached in the past"***...*

**Article XX.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* ***Breached in the Past***

**Article XVI.** *In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.* ***Breached in the Past***

**Article XV.** *Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.***Breached in the Past***

**Article XXIII.** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.*

**1794 Jay Treaty Art. XXIV.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in*

*their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* **"Breached in the past"***...*

**1796 Treaty of Tripoli Article XI.** *As the government of the United States of America is not in any sense founded on the Christian Religion,-as it has in itself no character of enmity against the laws, religion or tranquility of Musselmen,-and as the said States never have entered into any war or act of hostility against any Mehomitan nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.***"Breached in the past"***...*

***Treaty of Tripoli 1796-ARTICLE X.,*** The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been received by him previous to his signing the same, according to a receipt which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoly, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party;***"Breached in the past"***...*

### Exodus 24:12 10 Commandments Breached in the past

"You shall have no other gods before me.

**4** "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below.

**5** You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the parents to the third and fourth generation of those who hate me,

**6** but showing love to a thousand generations of those who love me and keep my commandments.

**7** "You shall not misuse the name of the Lord your God, for the Lord will not hold anyone guiltless who misuses his name.

**8** "Remember the Sabbath day by keeping it holy.

**9** Six days you shall labor and do all your work,

**10** but the seventh day is a sabbath to the Lord your God. On it you shall not do any work, neither you, nor your son or daughter, nor your male or female servant, nor your animals, nor any foreigner residing in your towns.

**11** For in six days the Lord made the heavens and the earth, the sea, and all that is in them, but he rested on the seventh day. Therefore the Lord blessed the Sabbath day and made it holy.

**12** "Honor your father and your mother, so that you may live long in the land the Lord your God is giving you.

**13** "You shall not murder.

**14** "You shall not commit adultery.

**15** "You shall not steal.

USDC SDNY Case No. 22-cv-9714-LTS

*16 "You shall not give false testimony against your neighbor.*
*17 "You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his male or female servant, his ox or donkey, or anything that belongs to your neighbor." Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.*

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous*

*Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper*

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

In Conclusion for the breach of faith/breach of treaty relations, and fiduciary duties in contravention is libel and slander and Treason against Ipso Moor Subjects of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the 1801-1871 organic act, the District of Columbia code etc. As Emperor nowhere in the constitution did I state that the Constitution Trust Manifesto was perpetual, it's very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor Subjects of an Empire ***"He who occasions the loss must bear the burden"*** I declare all the People bound by oath to be Persons Worthy of Trust in Offices of the united states for the district of columbia, and the united states of america in congress assembled and its 1789 constitution of united states is **Void *Ab Initio and I Command Trustees not in breach, to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, 13 state constitutions, 1776-1781 articles of confederation, 1787 Northwest Ordinance Equity imputes an intent to fulfill an obligation, Equity see what is done as ought to be done.***

*Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.*

## Statement of the Cause

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 X 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire, with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which was agreed *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows: 1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo* **Breached in the past. 2. We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it Breached in the past. 3.** *As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come*

*under the rules and directions of the tenth article hereafter mentioned **breached in the past. 4.** The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe breached in the past.***

The united states for the district of columbia has become a complete nuisance their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. *"It is so Written so Shall it Be done ASE"*

*Insurrection and rebellion Exposed Causing the Civil War in the Words of President Andrew Johnson*

*"Resolved, That the present deplorable civil war has been forced upon the country by the disunionists of the Southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feeling of mere passion or resentment, will recollect only its duty to the whole country; that this war is not prosecuted upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution and all laws made in pursuance thereof, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired; that as soon as these objects are accomplished the war ought to cease."And whereas these resolutions, though not joint or concurrent in form, are substantially identical, and as such may be regarded as having expressed the sense of Congress upon the subject to which they relate; And whereas, by my proclamation of the thirteenth day of June last, the insurrection in the State of Tennessee was declared to have been suppressed, the authority of the United States therein to be undisputed, and such United States officers as had been duly commissioned to be in the undisturbed exercise of their official functions; And whereas there now exists no organized armed resistance of misguided citizens or others to the authority of the United States in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida, and the laws can be sustained and enforced therein by the proper civil authority, State or Federal, and the people of said States are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment to the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States;And whereas, in view of the before-recited premises, it is the manifest determination of the American people that no State, of its own will, has the right or the power to go out of, or separate itself from, or be separated from the American Union, and that therefore each State ought to remain and constitute an integral part of the United States;And whereas the people of the several before-mentioned States have, in the manner aforesaid, given satisfactory evidence that they acquiesce in this sovereign and important*

USDC SDNY Case No. 22-cv-9714-LTS

resolution of national unity;And whereas it is believed to be a fundamental principle of government that people who have revolted, and who have been overcome and subdued, must either be dealt with so as to induce them voluntarily to become friends, or else they must be held by absolute military power, or devastated, so as to prevent them from ever again doing harm as enemies, which last-named policy is abhorrent to humanity and to freedom;

And whereas the Constitution of the United States provides for constituent communities only as States, and not as Territories, dependencies, provinces, or protectorates; And whereas such constituent States must necessarily be, and by the Constitution and laws of the United States are made equals, and placed upon a like footing as to political rights, immunities, dignity, and power with the several States with which they are united; And whereas the observance of political equality as a principle of right and justice is well calculated to encourage the people of the aforesaid States to be and become more and more constant and persevering in their renewed allegiance; And whereas standing armies, military occupation, martial law, military tribunals, and the suspension of the privilege of the writ of habeas corpus are, in time of peace, dangerous to public liberty, incompatible with the individual rights of the citizen, contrary to the genius and spirit of our free institutions, and exhaustive of the national resources, and ought not, therefore, to be sanctioned or allowed, except in cases of actual necessity, for repelling invasion or suppressing insurrection or rebellion;And whereas the policy of the government of the United States, from the beginning of the insurrection to its overthrow and final suppression, has been inconformity with the principles herein set forth and enumerated;

Now, therefore, I, ANDREW JOHNSON, president of the United States, do hereby proclaim and declare that the insurrection which heretofore existed in States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida is at an end, and is henceforth to be so regarded.

In testimony whereof, I have hereunto set my hand and caused the seal of Union. the United States to be affixed. Done at the city of Washington, this second day of April, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninetieth.

ANDREW JOHNSON. By the President: WILLIAM H. SEWARD, Secretary of State.
BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: June 8,1866.
A PROCLAMATION.

WHEREAS it has become known to me that certain evil-disposed persons have, within the territory and jurisdiction of the United States, begun and set on foot and have provided and prepared and are still engaged in providing and preparing means for a military expedition and enterprise, which expedition and en-terprise is to be carried on from the territory and jurisdiction of the United States against colonies, districts and people of British North America within the dominions of the United Kingdom of Great Britain and Ireland, with which said colonies, districts and people and Kingdom the United States are at peace; And whereas the proceedings aforesaid constitute a high misdemeanor, forbidden by the laws of the United States as well as by the law of nations: Now, therefore, for the purpose of preventing the carrying on of the unlawful All citizens expedition and enterprise aforesaid from the territory

USDC SDNY Case No. 22-cv-9714-LTS

and jurisdiction of theUnited States and to maintain the public peace, as well as the national honor, and enforce obedience and respect to the laws of the United States, I, ANDREW JOHNSON, President of the United States, do admonish and warn all good citizens of the United States against taking part in or in anywise aiding, countenancing or abetting said unlawful proceedings; and I do exhort all judges, magistrates, marshals and officers in the service of the United States to employ all their lawful authority and power to prevent and defeat the aforesaid unlawful proceedings, and to arrest and bring to justice all persons who may be engaged therein. And pursuant to the act of Congress in such case made and provided, I do Major-General furthermore authorize and empower Major-General George G. Meade, Com- Meade author commander of the Military Division of the Atlantic, to employ the land and naval forces of the United States and the militia thereof, to arrest and prevent the setting on foot and carrying on the expedition and enterprise aforesaid. In testimony whereof I have hereunto set my hand and caused the seal of the carrying on the United States to be affixed. enterprise. Done at the city of Washington, this sixth day of June, in the year of our Lord one thousand eight hundred and sixty-six. and of the Independence of the United States the ninetieth.

ANDREW JOHNSON. By the President: WILLIAM H. SEWARD, Secretary of State. August 17, 1866. BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: A PROCLAMATION.

WHEREAS a war is existing in the Republic of Mexico, aggravated by foreign military intervention; And whereas the United States, in accordance with their settled habits and policy, are a neutral power in regard 'to the war which thus afflicts the Republic of Mexico; And whereas it has become known that one of the belligerents in the said war, namely, the Prince Maximilian, who asserts himself to be Emperor in Mexico, has issued a decree in regard to the port of Matamoras, and other Mexican ports which are in the occupation and possession of another of the said belligerents, namely, the United States of Mexico, which decree is in the following words:--

" The port of Matamoras, and all those of the northern frontier which have withdrawn from their obedience to the government, are closed to foreign and coasting traffic during such time as the empire of the law shall not be therein reinstated.

" ART. 2d. Merchandise proceeding from the said ports, on arriving at any other where the excise of the Empire is collected, shall pay the duties on importation, introduction, and consumption; and on satisfactory proof of contra-

vention shall be irremissibly confiscated. Our Minister of the Treasury is charged with the punctual execution of this decree. ' Given at Mexico, the 9th of July, 1866." And whereas the decree thus recited, by declaring a belligerent blockade unsupported by competent military or naval force, is in violation of the neutral rights of the United States, as defined by the law of nations, as well as of the treaties existing between the United States of America and the aforesaid United States of Mexico:

Decree of Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby proclaim and declare, that the aforesaid decree is held, and will be held, by the United States

USDC SDNY Case No. 22-cv-9714-LTS

*to be absolutely null and void, as against the government and citizens of the United States; and that any attempt which shall be made null and void. to enforce the same against the government or the citizens of the United States will be disallowed.*

*In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed.*

*Done at the city of Washington the seventeenth day of August, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninety-first. ANDREW JOHNSON. WILLIAM H. SEWARD, Secretary of State.*

*ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.*

*SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. (Breached in the past)*

*SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be*

*By the President: adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. (Breached in the past)*

USDC SDNY Case No. 22-cv-9714-LTS

*SEc. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820.* **(Breached in the past)**

## Statement of the Cause

Your Orator rights has been irreparably destroyed beyond repair as an Ipso jure Moor Subject of the Al Maroc Shereefian who is a private people called Moor by Hostile and Belligerent foreign and domestic enemies/pirates/privateers of the United Nations who Masquerades themselves as Citizens or Nationals of the lawful de jure kingdoms setup and established by Moor Subjects of an Empire in all Dominions Worldwide which includes Chimoros, Khamoros, and Moors of Tameri/Al Maroc, Al Maghrib Al-aqsa. Ever since the early 1900's the league of nations took it upon themselves to form committees setup by the Geneva/Hague Convention with the intentions of forming a International Organization based out of San Francisco, California through the insurrection and rebellious new union under the Organic Act of 1871 without the consent of the united states of america in congress assembled conducting Belligerent Blockades Worldwide/ Gog and Magog **(four corners of the earth)** to usurp, steal and pirate all the Natural Resources on the earth belonging to the Moors who are in fact the True Owners Maritime Lien holders and have Dominion over all things in the Land, Air and Water. The United Nations formed their first Charter in 1945 and created the Statute of the International Court of Justice which is Political in nature and arbitrary "He who comes into equity must come with clean hands". This Demonstration is Void on its face and its belligerent/piratical board members who are People Bound by oath to be Persons Worthy of Trust are in Breach of the 1786/1836 Treaty of Marrakech article II by taking commissions wearing enemy colors in contravention and also in Breach of the 1781 Articles of Confederation art. VI and IX. The United Nations and its hostile and belligerent piratical board Members Worldwide have issued letters of marque/reprisal against kingdoms without the consent of their Congress but also waged and engaged in War against Ipso Jure Moors of the Al Maroc Shereefian Empire in all Dominions breaching their constitutions, treaties and laws of their own Charters which is very unbecoming and Treason on the High Seas of Chancery, and Ecclesiastical law in contravention.

The belligerent/piratical Members of the United States for the District of Columbia and United Nations Through their Foreign Registration Statements or Acts are guilty of Mass Genocide including but not limited to drug trafficking, child trafficking, organ harvesting, monopoly on opioids, Illegal and Unlawful Immigration, rico, racketeering, murder, rape and kidnapping etc in breach of the constitutions, treaties and laws of the united states and general acts of congress in contravention. Furthermore these corporations have become a complete nuisance and needs to be completely destroyed and burned with fire for all their sins against the children of the Most High and as well as Mankind using religion as a tool for mass destruction and genocide and their hostile and belligerent piratical corporate board members who absorbs themselves in iniquities for commercial molestation and intercourse for profit and gain through belligerent blockades using the Harlot that sits on many waters stepping outside of their boundaries with no authority to conduct admiralty and maritime prized proceedings and issuing letters of Marque/Reprisal without the Consent of their Congress. These demonstrations are in fact colorable quazi-admiralty and maritime proceedings, Their UN Treaties are null and void colorable and are Void ab-initio. In the MATTER OF the Application of : Mark-Rock: Higgins for Leave to Assume the Name of HFT EL and for Leave to Assume the Race/Nationality of "Moor/Americas Aboriginal national, but not a citizen of the United States" Docket Number :2017–818509 Timothy J. Walker, J. states the following: The court also rejected petitioner's argument that Article 15 of the Universal Declaration of Human Rights was controlling. Article 15 provides that no one shall be arbitrarily denied the right to change his or her nationality. With respect to this argument, the court held that the Declaration is not binding on it because it is merely a "statement of principles" and "not a treaty or international agreement . . . imposing legal obligations." Thus, the court found, the Declaration does not create "any private cause of action." This means that the Declaration is not a basis upon which an individual can base a lawsuit. Although I was in error at the time of this suit, the judge in fact admitted that the declaration of human rights was not an international agreement so now that I am at the age of Majority, I agree with his opinion and what he said was in fact Substantive and absolutely correct because 1) It's impossible for me to be anything other then who my creators are " **Me and my ancestors are one in the same people**". 2.) It's impossible for my ancestors to change my nationality 3.) When i'm at the age of Majority if I have never declared my Intentions to take an allegiance to another Trust Company I must get consent from my government first if that has never taken place I am Ipso Jure a Moor Subject of the Al Maroc Shereefian and I Owe my allegiance to God only which is my Ancestors "Only God can create the Heir". **Equity regards the beneficiary as the true Owner**" So therefore **I Deny** being Subjected to any other Trusts Whatsoever. So Cease and Desist from any Pandemic Treaties, Digital I.D's, Covid-19 Vaccinations, UBI, Central Banking Digital Currency, Social Credit Scores Etc. **"Equity aids the vigilant not those who slumbers on their rights"**

In Conclusion I hereby Command, Invoke, Bestow send a signal or pass to my faithful Servants who are People Bound by Oath to be Persons Worthy of Trust to Defend and Protect the constitution from all enemies foreign and domestic in the Executive Branch of the United States of America in Congress Assembled Through its Commander and chief of the army and navy and the state militias pursuant to the British Construct know as the constitution of the united states Article II section 2 clause 1 and the 1776-1781 Articles of Confederation Art. VI,IX, Treaty of

USDC SDNY Case No. 22-cv-9714-LTS

Marrakech art.I,II,III,X,XI to rid the several states of the united states of america in congress assembled of its infestation of pirates right now it's exigent circumstances and it is an Emergency *"Equity imputes an intent to fulfill an obligation"*.

*l shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.*

### Statement of the Cause

The primary subject matter issue of the libellant 's speciali causa (special cause) is for full restoration against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *libellant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Interrupt or destroy *libellants* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon

_____

_____

_____

_____

_____

*libelants* for indemnity or satisfaction, on behalf of another, **"under legal compulsion."**

5. Subject *Libellant's "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

6. Treating *libellant* as a belligerent and national of a designated enemy country.

7. Subjecting *libellant* any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding libellant against possible or prospective injuries, and to preserve the means by which *libellant's* existing maritime rights may be protected from future or contingent violations and breach.

8. Endangering *libellant*, implied equitable maritime surety from being injured by the so-called creditor's delay in bringing suit, against the principal debtor.

9. The Title (Treaties) on special deposit has been issued to the trustees and been delivered.

10. I have been [de]sized their is a breach of reliance my special deposit has been taken and never has it been applied to the accounting i have been wronged *"Equity delights in Equality"*

Your orator requires this clerk of court to issue a **Writ of QUIA TIMET** (injunction) in the foregoing bill to inhibit and restrain the said *Defendants/libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Articles of confederation, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/libelee(s)*, their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom. Your orator requires that if it be necessary to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s)libelee(s)*, their heirs, assigns, and agents, to secure the payment of the money due to *Claimant*, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to the higgins, mark rock for any breach of faith in contravention, be levied.

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

### *Maxim: A Judge ought always to have Equity before his eye*

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-

established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex. Further the libellant does notice that this cause is in accordance with the soul, intent and purpose of the 1910 rules of the supreme court of the united states of Admiralty and Maritime, and that Respondents are believed to be governed exclusively in accordance with the intent of the Rules of Admiralty and Maritime of same. *Stand by what has been decided, and do not disturb what is settled.*

## Demand for Special and General Restoration/repair

Wherefore the foregoing, your orator therefore requires that this court issue a decree for Libellant's special request for complete and wholly restoration of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

a. Acknowledgement of higgins, mark rock a people called Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of ":MARK-ROCK: HIGGINS," "HIGGINS FAMILY TRUST" establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b. That the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. That the Claimant, higgins, mark rock is "in fact" a private people called Moor, americas aboriginal arizonian national, and Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled nor Citizens of the confederate states of the union;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the most favored Nation; and that due process and equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature towards him in all disputes;

d. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

e. Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

f. Decree any other General and Special Restoration, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your servitude shall deem** just. Your orator requires you to issue a decree declaring Libellant higgins, mark rock a private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

g. Your orator requires your faithful Servitude to issue a decree *pro confesso* for all libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances. Injunctive relief to prevent a party plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

h. Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian for and on behalf of higgins, sean rick, Moor beneficiary of the registered organization trust vessel name SEAN RICK HIGGINS estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to higgins, sean rick 1, beneficiary, be restored to your orator.

(1) Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian/ seaman/admiral/emperor/fat-his for and on behalf of higgins, sean rick; higgins, tyron rock; and higgins, Slater rock; beneficiary of the registered organization trust vessel name SEAN RICK HIGGINS, TYRON ROCK HIGGINS and SLATER ROCK HIGGINS estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to higgins's, beneficiary, be restored to your orator. (2) Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian/ seaman/admiral/emperor/fat-his for and on behalf of higgins, tyron rock. heir, beneficiary of the registered organization name  SEAN RICK HIGGINS ET AL., TYRON ROCK HIGGINS ET AL., SLATER ROCK HIGGINS  ET AL.,estate, and that the body, the name, the sum of all their

attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to my offspring beneficiary, be restored to your orator.

i. Decree that anyone acting as a People who is bound by oath to be Persons worthy of Trust, shall render upon request by the Libellant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable maritime assets and debts due to Libellant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant higgins, mark rock Moor heir/ beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to him, or the balance due Libellant on a fair accounting to be held by you on Special Deposit; That the Libellant higgins, mark rock, a private people called Moor heir/beneficiary and shall have the right to claim all acres of land because the Moor is in fact the landlord through his lord ship, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the the real Title to the land the 1786 Treaty of Marrkech Moor aborigine descendants, shall be set aside and recorded in the name of the : Mark-Rock: Higgins Estate for the private enjoyment, use, possession, and benefit, at that time and forever for the named higgins, mark rock his heirs and beneficiaries HIGGINS FAMILY TRUST. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

j. That any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested, that Libellant makes equitable maritime claim to; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties. That perpetual Injunctive relief shall issue against all classes of defendant(s)libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states

k. That perpetual Injunctive relief shall issue against all classes of libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status"; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to

the maritime/mercantile treaties between the Citizens of the United States of North America and the Subjects of the Al Maroc Shereefian Empire;

l. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

m. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

n. Injunctive relief be granted to perpetually inhibited libelee(s) from the assertion of any presumed right, and perpetually restrained libelee(s) from the commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

o. Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

p. Injunctive relief be granted to perpetually inhibited defendant(s)/libellee(s), or anyone acting as a People who is bound by oath to be Persons worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a People bound by oath to be Persons worthy of Trust. Any defendant(s)/libelee(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable admiralty grounds for attachment exist, state it.

q. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he-demands for, and may be entitled to, and that the proper final process shall issue; That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

r. That all my beneficiaries known and unknown are protected and honored and respected as the Most Favorite nation and that all christian enemies of the united states for the district of columbia and the united nations all its agents employees, franchises, subsidiaries are restrained from molesting me my heirs/beneficiaries failure to prevent such protection will be in breach of 1794 Jay Treaty XXI, Treaty of Marrakech 1836 article II

USDC SDNY Case No. 22-cv-9714-LTS

All People who are bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties. *I Love You All*
*Equity regards the beneficiary as the true owner*

Performed by my hand and seal with *manifest special intent and purpose*, freewill act and Deed: *I DECLARE, as the Moor the true lord of the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: August 7th, 2025_.*

By: *Mark-Rock: Higgins*-Moor-irish-beneficiary
higgins, mark rock grantee/grantor/heir/beneficiary/Admiral/Merchant
a private people called Moor /americas aboriginal arizonian national, "but not citizen of the united states for the district of columbia, nor the Citizen of the united states of america in congress assembled."
HigginsFamilyTrustTrustee@gmail.com

### Special deposit , Private, Priority WITNESSES

*Witness: by;* scamp, loretta gay *HFT Beneficiary*

*Witness: by;* coll, melody leneah *HFT Beneficiary*

*Witness: by ;* todd , ronnie ramael *Moor beneficiary*

*Witness: by;* parker, jamal darius *Moor beneficiary*

This document does not contain any personal information like social security numbers etc
By, orator, and affiant , I, higgins, mark rock Moor irish subject of the al maroc Shereefian empire admiralty and maritime nature law of Nations jurisdiction, filing foreign judgment within the
Superior Court of Arizona Maricopa County Case No. CV2024-021367: of USDC SDNY 22-CV-9714(LTS)
**Judgment, order, Chief District Judge Laura Taylor Swain, So Ordered 12/19/22; and 22-cv-10801(LTS); 23-cv-1418(LTS); 24-cv-3799(LTS) as precedence established.**



*Master Bill of Lading in the original admiralty and maritime jurisdiction by nature law of nations*
*Page 71 of 71*

20250156611

Person Filing: higgins, mark rock "in propria persona"

Address (if not protected): 10642 W. Southern

City, State, Zip Code: Tolleson, Arizona RFD near [85353]

Telephone: (602) 315-4763

Email Address: HigginsFamilyTrustTrustee@Gmail.com

Lawyer's Bar Number: n/a

**COPY**

AUG 0 8 2024

CLERK OF THE SUPERIOR COURT
P. LEIN
DEPUTY CLERK

Representing ☐ Self, without a Lawyer, or ☐ Attorney for ☒ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY    CV 2024-021367

HIGGINS FAMILY TRUST et al.,

Name of Plaintiff / Petitioner

Case Number: 22-cv-9714(LTS)

ANTONY BLINKEN

Name of Defendant / Respondent

**NOTICE OF FILING A FOREIGN JUDGMENT**

You are hereby given notice pursuant to A.R.S. § 12-1703(b) that the foreign judgment described below has been filed in the office of the Clerk of Superior Court of Maricopa County.

1. Court in which the judgment was entered: United States District Court SDNY

2. Case Number: 1:22-cv-09714-LTS

3. Date of the judgment: 12/19/22

4. The name and current address of the initiating party:

   Name: Mark-Rock:Higgins

   Address: 10642 W. Southern

   City, State, Zip Code: Tolleson, Arizona RFD near [85353]

5. The name and current address of the initiating party's attorney:

   Name: N/A

   Address: _____

   City, State, Zip Code: _____

   ☒    Not applicable

   Respectfully submitted this _____ day of _____, 20____

   _____
   Initiating Party's Signature

© Superior Court of Arizona in Maricopa County    Page 1 of 1
ALL RIGHTS RESERVED

CVFJ91f 042420

MCR 14 of 15

20250156611

20230577840



**United States District Court**
**Southern District of New York**
*Pro Se Intake Unit*

Case 1:22-cv-09714-LTS    Document 13    Filed 12/19/22    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGGINS FAMILY TRUST, ET AL,

               Plaintiff,

    -against-

ANTONY BLINKIN, ET AL

               Defendants.

22-CV-9714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2022
       New York, New York

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
              Chief United States District Judge



CV-1418(LTS);  23-CV-1892(LTS)-precedence-intervening-CIVIL  -JUDGMENT(S),-vertical-*stare-desisis-doctrine, order,* USDC SDNY, So Ordered, established herein by *in propria persona* Defendants retain all rights set-forth by Judge Swain's order(s) and United States Supreme Court admiralty maritime 1910 Rules of procedure '*in personam only",* the herein Superior Court of Arizona lacks personal and by order subject matter jurisdiction.

Plaintiff's Venue (*Conflict of Law*):AS PER 28 U.S.C. § 1331 Federal Question, Jurisdiction and powers, VOID civil rights, lacks personal and subject matter jurisdiction by order, all statutory bylaw(s) under Color of Law Status, and conflict of law to Department of Justice; Form COL, Violation Warning; Denial of Rights-Under Color of Law-18 U.S.C. § 242; -18 U.S.C. § 245;-42 U.S.C. § 1983; being under Department of Justice Form COL Violation Warning Denial of Rights Under Color of Law 18 U.S.C. § 242; 18 U.S.C. § 245; 42 U.S.C. § 1983 and herein stands as NOTICE TO ALL PARTIES, Superior Court of Arizona lacks Personal Jurisdiction and Subject Matter Jurisdiction citing cause 23-CV-1418(LTS); 23-CV-1892(LTS); 22-CV-9714(LTS); 22-CV-10801(LTS) precedence Intervening CIVIL JUDGMENT(S), by vertical *stare decisis doctrine, by order,* USDC SDNY, So Ordered, 12/19/22, Doc. established herein.

I, : Mark-Rock: Higgins As Per: United States Supreme Court admiralty maritime standing *in personam only as* Defendant, being only applicable within the district court of United States. Thus Superior Court's of Arizona, being VOID of jurisdiction, by order, So Ordered, Dated Dec 19, 2022, Chief District Judge Swain under 28 U.S.C. § 1331 *the **district courts shall have original jurisdiction of all civil actions** arising under the Constitution, laws, or treaties of the United States.*

"I *DECLARE,* under penalty of perjury under the laws of the (arizona) the united states of america that the foregoing is true and correct.

Executed: July _22_ , 2025

By;_ Mark-Rock: Higgins ._____

One of the People: Mark-Rock: Higgins-beneficiary/grantee/grantor *in personam* sui juris, a private people, arizonian national americas aboriginal of arizona

## NOTARY VERIFICATION

I *DECLARE,* under penalty of perjury under the laws of the (arizona) the united states of america that the foregoing is true and correct.

Executed: July _22_ , 2025

## JURAT

(Arizona state)

(Maricopa county)

**I HEREBY DECLARE** that on this day before me an officer duly sworn, appeared : Mark-Rock:Higgins grantee/grantor/heir/beneficiary, *in propria persona sui juris* (in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

**DECLARED** before me in the County and State aforesaid this _22_ day of July, 2025.
WITNESS my hand and official seal.

Sherry Lenhart                         Sherry Lenhart_____
NOTARY & as Notary Presenter.         PRINT         *Locus sigilli (seal)*

OFFICIAL SEAL
SHERRY LENHART
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM# 671751
My Comm. Expires 08/31/2028

*Page 3 of 3*

20240660268

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN · DISTRICT OF

**FILED**
**ENTERED** RECEIVED)
SERVED ON
COUNSEL/PARTIES OF RECORD
DEC 18 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## EXEMPLIFICATION CERTIFICATE

I, _____ Daniel Ortiz _____, Acting Clerk of this United States District Court keeper of the records and seal certify that the attached document: CIVIL JUDGMENT Case name: HIGGINS FAMILY TRUST, ET AL, Plaintiff. v. ANTONY BLINKEN, ET AL, Defendants. Case number 22-CV-9714 (LTS) ELECTRONICALLY FILED IN THIS COURT ON December 19, 2022
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
are true copies of records of this Court.

In testimony whereof, I sign my name and affix the seal of this Court, in this District, at

_____ New York, New York _____ on ____ September 10, 2024 ____
City                                                                                    Date

____ Daniel Ortiz ____                          _____
Acting Clerk                                        (By) Deputy Clerk
                                                     Stanley Klimek

I, ____ Sarah L. Cave ____, a Judicial Officer of this Court, certify that ____ Daniel Ortiz ____, named above, is and was on the date noted, Acting Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

____ September 10, 2024 ____                    _____
Date                                              Signature of Judicial Officer

                                                 U.S. Magistrate Judge

I, ____ Daniel Ortiz ____, Acting Clerk of this United States District Court, keeper of the seal, certify that the Honorable ____ Sarah L. Cave ____, Judicial Officer named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at Southern District ____ New York, New York ____ in this State, on ____ September 10, 2024
City                                                                                    Date
____ Daniel Ortiz ____                          (By) Deputy Clerk
                                                 Stanley Klimek

Acting Clerk

http://recorder.maricopa.gov/recdocdata/verifycert.aspx?id=319228 [20240660268] 11 Pages

20240660268



Case 1:22-cv-09714-LTS    Document 13    Filed 12/19/22    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGGINS FAMILY TRUST, ET AL,

                    Plaintiff,

      -against-

ANTONY BLINKEN, ET AL

                  Defendants.

**22-CV-9714 (LTS)**

**CIVIL JUDGMENT**

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 19, 2022
           New York, New York

                             /s/ Laura Taylor Swain
                          **LAURA TAYLOR SWAIN**
                  **Chief United States District Judge**



I hereby attest and certify on __10/18/24__
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

http://recorder.maricopa.gov/recdocdata/Verifycert.aspx?id=319228 [20240660268] 11 Pages

*Once Recorded Send To*
*Trustee:Mark-Rock:Higgins*
**Higgins Family Trust (HFT)**
10642 W. Southern Ave
Tolleson, Arizona RFD near [85353]
Maricopa County Record
No. 2019-0336040, No. 2023-0559329
Pinal County Record No. 2021-101182,
{higginsfamilytrusttrustee@gmail.com}
(602) 315-4763



# JUDGMENT
## CIVIL
### EXEMPLIFICATION CERTIFICATE
### AS
### FOREIGN CIVIL JUDGMENT NOTICE
### OF

## United States District Court Southern District New York

**Claimant**

**Higgins Family Trust, et al., Plaintiff v. Debra Anne Haaland, et al. BLM/Liablee/Defendant**
**Case No 22-CV-9714(LTS) & Case No. 22-CV-10801(LTS)**

**Court Notice**

**UNITED STATES DISTRICT COURT NEVADA DISTRICT Notice Case No. 2:24-cv-01664-CDS-DJA**
Filed 09/12/24 Nevada Court's Notice

### Civil Judgment(s) Intervene Estoppel

**Exclusive Equal Justice being rendered in Admiralty and Maritime Jurisdiction by Nature law of Nations, pursuant to the Maxims of Equity**

**28 U.S.C. §1333 & 28 U.S.C. §1331** *whereby the district courts shall have original jurisdiction, exclusive of the courts of the States, of:*

(1) *Any civil case of admiralty or maritime jurisdiction, saving suitors in all cases all other remedies to which they are otherwise entitled.*

(2) *Any prize brought into the United States and all proceedings for the condemnation of property taken as as prize.*

**Without Statutes, Without Federal Rules of Civil Procedure**

**"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."**

AS PER: Chief United States Judge LAURA TAYLOR SWAIN of the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK ORDERED ON: 12/19/22, Document 13, **Case No. 22-CV-9714-LTS, & 22-CV-10801(LTS)**

I hereby attest and certify on __12/18/24__ that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

By: _____
HFT: Trustee: higgins, mark rock *grantor/grantee/heir/beneficiary*
*A private people irish Moor Americas aboriginal arizona territory of spain*
*"But not citizen of the united states for district of columbia,*
*nor the united states of america in congress assembled*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT    CIVIL JUDGMENT Page 1 of 3    NEW YORK Chief Judge Swain Order

20240660268

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN   DISTRICT OF

ENTERED   RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 16 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                    DEPUTY

## EXEMPLIFICATION CERTIFICATE

I, _____ Daniel Ortiz _____, Acting Clerk of this United States District Court keeper of the records and seal certify that the attached document: CIVIL JUDGMENT Case name: HIGGINS FAMILY TRUST, ET AL, Plaintiff. v. ANTONY BLINKEN, ET AL, Defendants. Case number 22-CV-9714 (LTS) ELECTRONICALLY FILED IN THIS COURT ON December 19, 2022 **************************************************************************** ****************************************************************************

are true copies of records of this Court.

In testimony whereof, I sign my name and affix the seal of this Court, in this District, at

_____ New York, New York _____ on _____ September 10, 2024 _____
    City                                                    Date

_____ Daniel Ortiz _____                    _____
    Acting Clerk                                        (By) Deputy Clerk
                                                         Stanley Klimek

I, _____ Sarah L. Cave _____, a Judicial Officer of this Court, certify that _____ Daniel Ortiz _____, named above, is and was on the date noted, Acting Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_____ September 10, 2024 _____          _____
    Date                                            Signature of Judicial Officer

                                                     U.S. Magistrate Judge
                                                         Title

I, _____ Daniel Ortiz _____, Acting Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Sarah L. Cave _____,
                                                         Judicial Officer

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at Southern District _____ New York, New York _____ in this State, on _____ September 10, 2024 _____
    City                                            Date
_____ Daniel Ortiz _____
    Acting Clerk                                     (By) Deputy Clerk
                                                         Stanley Klimek

http://recorder.maricopa.gov/recdocdata/verifycert.aspx?id=3192287 [20240660268] 11 Pages

Case Number:

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request. *Unknown*

*"Physical Relief"*

- ☐ Tier 1 = Actions claiming $50,000 or less in damages.

- ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

  OR  Actions claiming nonmonetary relief.

- ☐ Tier 3 = Actions claiming $300,000 or more in damages.


## PARTIES

3.  The Plaintiff in this case is *: Mark-Rock: Higgins d/b/a HFT AS PER Master Bill of Lading States*

4.  The Defendant in this case is *Rachel Hope Mitchell et al.,*


## STATEMENT OF FACTS AND BREACH

5. *CASPER: 7/page Attestation Provided) USDC SDNY Case No 22-CV-9714 (LTS)*

6. *Case No 22-CV-10801 (LTS) Civil Judment Order*

7. *Case No. 23-CV-1418 (LTS) Civil Judgment Order*

8. *Case No 24-CV-3799 (LTS) Civil Judgment Order*

9. _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

10._____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(    ) _SEE Memorandum Treaty Laws etc etc_
_Case No 22-CV-9714 (LTS)_

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(    ) _See Complaint_

_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    CVC10f  070118

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(    ) Honor their Oaths, Honor my Relief by Order

(    ) Honor Treaties made by the United States

(    ) Honor U.S. Supreme Court's admiralty Maritime Rules of Proceedure. "In Personam Only"

(    ) Honor Civil Judment & Foreign Judgment Superiod Court Case CV2024-021367 & CV2024-021373

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _8-7-2025_.
(Date of signature)

:Mark-Rock:Higgins
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED     Page 4 of 4     CVC10f 070118

# ATTACHMENT 4

## Service Documents

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPER      COURT
REC...      ...6 #1
DOCUMENT DEPOSITORY

2025 OCT -1  PM 5: 12

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA      )            CV2025-027997
                      ) ss.
County of Maricopa    )            25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Serena Serassio** being said defendant(s) named in said documents, by delivering to **Angie, White Tank Staff,** who is authorized to accept service, at **10420 W Van Buren Avenue Avondale, AZ 85353** at **10:13 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy David Joya #S1739

B6561

**ORIGINAL**

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

SUPER... COURT
RECE... C...B #1
DOCUMENT DEPOSITORY
2025 OCT -1 PM 5: 15
FILED BY: S. Lela

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Ann A. Scott Timmer et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** :Ann A. Scott Timmer et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 29 PM12:16

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

_____
**CLERK OF SUPERIOR COURT**

By_____
**Deputy Clerk**

JOSEPH W. MALKA, CLERK

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED OCS #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5:12

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
               ) ss.
County of Maricopa    )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Justin Daniel Heap** being said defendant(s) named in said documents, by delivering to **Jeffrey Mason, Chief Deputy Recorder,** who is authorized to accept service, at **301 W Jefferson Street 2nd Floor Phoenix, AZ 85003** at **9:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

**ORIGINAL**

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

SUPERIOR COURT
RECEIVED CLUB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 14

FILED BY: S. Lela

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .
_____
Name of Plaintiff

And

:Justin Daniel Heap et al.,
_____
Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** :Justin Daniel Heap et al.,
_____
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**      8/26/25

_____
CLERK OF SUPERIOR COURT

By_____
         **Deputy Clerk**

JOSEPH W. MALKA, CLERK

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                     Page 2 of 2                     CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED COPY #1
DOCUMENT DEPOSITORY

**2025 OCT -1 PM 5:12**

FILED BY: _S. Lela_

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Mark Stewart** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

SUPERIOR COURT
RECEIVED BOS #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5:14

FILED BY: S. Lela

**Representing** ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .
_____
Name of Plaintiff

And

Mark Stewart et al.,
_____
Name of Defendant

**Case No.:** CV2025-027997

### SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434.
Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** Mark Stewart et al.,
_____
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:15

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

CLERK OF SUPERIOR COURT

By_____
**Deputy Clerk**

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK



# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

2025 OCT -1 PM 5: 13

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA        )                    CV2025-027997
                        ) ss.
County of Maricopa      )                    25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Andrew Stefan Warianka** being said defendant(s) named in said documents, by delivering to **Angie, White Tank Staff,** who is authorized to accept service, at **10420 W Van Buren Avenue Avondale, AZ 85353** at **10:10 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

—S1759

By _____
Deputy David Joya #S1739

B6561

ORIGINAL

SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 15

FILED BY: S. Lela

**Person Filing:** : Mark-Rock: Higgins .

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~TOLLESON [~ARIZONA] [~85353]

**Telephone:** ~602-315-47634

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins

**Name of Plaintiff**

And

Andrew Stefan Warianka et al.,

**Name of Defendant**

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.**
**If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Andrew Stefan Warianka et al.,

**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 23 PM 12:16

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40<sup>th</sup> Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    8/26/25

CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED FEB #1
DOCUMENT DEPOSITORY

**2025 OCT -1 PM 5: 13**

FILED BY: _S. Lela_

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA   )
                 ) ss.
County of Maricopa   )

CV2025-027997

25009138

     I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September A.D. 2025**on **Ann A Scott Timmer** being said defendant(s) named in said documents, by delivering to **Joe Callahan, Lead Security Officer,** who is authorized to accept service, at **1501 W Washington Street #411 Phoenix, AZ 85007** at **1:53 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total   **$0.00**

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

**Person Filing:** :Mark-Rock: Higgins ORIGINAL

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

2025 OCT -1 PM 5: 15

FILED BY: S.Lela

**Representing** ☐ **Self, without a Lawyer or** ☐ **Attorney for** ☐ **Plaintiff OR** ☐ **Defendant**

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Ann A. Scott Timmer et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** :Ann A. Scott Timmer et al.,

Name of Defendant

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    *   Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

    *   Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

    *   Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

    *   Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 29 PM12:16

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - **601 West Jackson, Phoenix, Arizona 85003**
    - **18380 North 40th Street, Phoenix, Arizona 85032**
    - **222 East Javelina Avenue, Mesa, Arizona 85210**
    - **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

_____
**CLERK OF SUPERIOR COURT**

By_____
**Deputy Clerk**

JOSEPH W. MALKA, CLERK

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED 2025 #1
DOCUMENT DEPOSITORY

**2025 OCT -1  PM 5: 11**

FILED BY: _S. Lela_

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Brian John Issit** being said defendant(s) named in said documents, by delivering **to Brian John Issit** in person, at **11 N 145th Avenue Goodyear, AZ 85338** at **1:40 PM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

|  |  |
|---|---|
| Total   $0.00 | **JERRY SHERIDAN**<br>Maricopa County Sheriff |

By _____
Deputy J. Williams #S1419

B6561

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

CLERK OF THE
SUPERIOR COURT
RECEIVED HUB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5:13

FILED BY: S. Lela

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Brian John Issit et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** :Brian John Issit et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

8/26/25

**CLERK OF SUPERIOR COURT**

By_____
**Deputy Clerk**

A. Ramsey
Deputy Clerk

W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED COB #1
DOCUMENT DEPOSITORY

**2025 OCT -1 PM 5: 11**

FILED BY:____ S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )                 CV2025-027997
                     ) ss.
County of Maricopa    )                 25009138

     I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Carla Jewel Bastein** being said defendant(s) named in said documents, by delivering to **Carla Jewel Bastein** in person, at **City of Goodyear 14455 W Van Buren Street B-101 Goodyear, AZ 85338** at **1:11 PM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy J. Williams #S1419

B6561

# ORIGINAL

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

SUPER... COURT
RECE...ED SUB #1
DOCUM... DEPOSITORY

2025 OCT -1 PM 5:13

FILED BY: S. Lela

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Carla Jewel Bastien et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** :Carla Jewel Bastien et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:17

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date  _____

CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

JOSEPH W. MALKA, CLERK

A. Ramsey
Deputy Clerk



# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

2025 OCT -1 PM 5:12

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
                        ) ss.
County of Maricopa     )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Debbie Lesko** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total   **$0.00**

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

SU... ... the
SU... ...URT
RE... ... CUB #1
DOCUMEN DEPOSITORY

2025 OCT -1 PM 5: 14

FILED BY: S. Lela

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

Debbie Lesko et al.,

Name of Defendant

Case No.: CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Debbie Lesko et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 26 PM 12:15

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40ᵗʰ Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**  8/26/25

CLERK OF SUPERIOR COURT

JOSEPH W. MALKA, CLERK

By_____

Deputy Clerk

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f  031820



CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 13

FILED BY: S.Lela

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA        )                CV2025-027997
                        ) ss.
County of Maricopa      )                25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Deserae Aleethea Tucker** being said defendant(s) named in said documents, by delivering to **Angie,** who is authorized to accept service, at **10420 W Van Buren Avenue Avondale, AZ 85353** at **10:10 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy David Joya #S1739

B6561

# ORIGINAL

Person Filing: _____: Mark-Rock: Higgins ._____

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON [~ARIZONA] [~85353]

Telephone: _____~602-315-47634_____

Email Address: _____~ROCKZZ7@ICLOUD.COM_____

Lawyer's Bar Number: N/A

SUPERIOR COURT
RECEIVED DCS #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 15

FILED BY: S. Lela

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_____: Mark-Rock: Higgins_____

Name of Plaintiff

And

_____Deserae Aleethea Tucker et al.,_____

Name of Defendant

Case No.: CV2025-027997

### SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** _____Deserae Aleethea Tucker et al.,_____

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:16

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**          8/26/25

CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPER... ...URT
RECE...VE... ...UB #1
DOCUME... DEPOSITORY

**2025 OCT -1 PM 5: 12**

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **19th** day of **September** A.D. **2025** on **Eddie Cook** being said defendant(s) named in said documents, by delivering to **Steve Procaccini, Clerk,** who is authorized to accept service, at **301 W Jefferson Street Phoenix, AZ 85003** at **8:55 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,**

**Dated this 19th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

CLERK OF THE
SUPERIOR COURT
RECEIVED/OCB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 14

FILED BY: S. Lela

**Representing** ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

**Case No.:** CV2025-027997

And

:Eddie Cook et al.,

Name of Defendant

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** :Eddie Cook et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:15

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date          8/26/25

                                      CLERK OF SUPERIOR COURT

By_____
         Deputy Clerk                          A. Ramsey
                                               Deputy Clerk

                                      JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2                                    CV11f 031820



SUPERIOR COURT
RECEIVED AND FILED
DOCUMENT DEPOSITORY

# MARICOPA COUNTY SHERIFF'S OFFICE

### Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

2025 OCT -1  PM 5: 13

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **19th** day of **September** A.D. **2025** on **Jennifer Toth** being said defendant(s) named in said documents, by delivering to **Joseph Montoya, Mail Room Assistant** , who is authorized to accept service, at **1655 W Jackson Street Phoenix, AZ 85007** at **1:29 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 19th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total   $0.00

By _____
Deputy J. Blalock #S2076

B6561

# ORIGINAL

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

SUPE... URT
RECE... CGS #1
DOCUM... DEPOSITORY
2025 OCT -1 PM 5:15
FILED BY: S.Lela

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Jennifer Toth et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS
Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** :Jennifer Toth et al.,

Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."***

2. **If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR***

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR***

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR***

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:15

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

8/26/25

CLERK OF SUPERIOR COURT

By_____

Deputy Clerk

JOSEPH W. MALKA, CLERK

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

SUPER... COURT
RECEIV... ...B #1
DOCUMEN1 ... OSITORY

# MARICOPA COUNTY SHERIFF'S OFFICE

2025 OCT -1 PM 5: 12

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa   )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **John M Allen** being said defendant(s) named in said documents, by delivering to **Stephanie Harp, Cashier,** who is authorized to accept service, at **301 W Jefferson Street Phoenix, AZ 85003** at **8:33 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

SUPERIOR COURT
RECEIVED CRB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 14

FILED BY: S. Lela

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

**Representing** ☐ **Self, without a Lawyer or** ☐ **Attorney for** ☐ **Plaintiff OR** ☐ **Defendant**

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:John M. Allen et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** :John M. Allen et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 26 PM 12:15

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   * **601 West Jackson, Phoenix, Arizona 85003**
   * **18380 North 40th Street, Phoenix, Arizona 85032**
   * **222 East Javelina Avenue, Mesa, Arizona 85210**
   * **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

_____
**CLERK OF SUPERIOR COURT**

By_____
**Deputy Clerk**

**JOSEPH W. MALKA, CLERK**

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

JUPER  CUR
RECEIV  C3 #
DOCUME  DEPOSITORY

2025 OCT - 1 PM 5: 12

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Joseph Pizzillo** being said defendant(s) named in said documents, by delivering to **Wendy Corsi, Legal Manager,** who is authorized to accept service, at **1900 N Civic Square Goodyear, AZ 85395** at **1:05 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy J. Williams #S1419

B6561

# ORIGINAL

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 14

FILED BY: S. Lela

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .
_____
Name of Plaintiff

And

:Joseph Pizzillo et al.,
_____
Name of Defendant

Case No.: CV2025-027997

**SUMMONS** Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** :Joseph Pizzillo et al.,
_____
Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."***

2. **If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:**

   • **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR***

   • **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR***

   • **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR***

   • **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11C 031820 NORTHEAST
2025 AUG 28 PM 12:16

Case Number: CV2025-027997

3.   If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.   You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.   Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.   Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date ___8/26/25___

CLERK OF SUPERIOR COURT

By_____
          Deputy Clerk

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f  031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED COB #1
DOCUMENT DEPOSITORY

## 2025 OCT -1 PM 5: 12

FILED BY: _S. Lela_

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA   )
                          ) ss.
County of Maricopa   )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Kate Brophy McGee** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY
2025 OCT -1 PM 5:14
FILED BY: S. Lela

**Representing** ☐ **Self, without a Lawyer or** ☐ **Attorney for** ☐ **Plaintiff OR** ☐ **Defendant**

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

Kate Brophy McGee et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** Kate Brophy McGee et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:15

Case Number: <u>CV2025-027997</u>

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40ᵗʰ Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

_____
CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED FEB #1
DOCUMENT DEPOSITORY

**2025 OCT -1  PM 5: 11**

FILED BY: *S. Lela*

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

    I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Manuel O Delgado Jr** being said defendant(s) named in said documents, by delivering to **Manuel O Delgado Jr** in person, at **14455 W Van Buren Street B-101 Goodyear, AZ 85338** at **11:31 AM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy J. Williams #S1419

B6561

# ORIGINAL

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

SUPERIOR COURT
RECEIVED #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5:13

FILED BY: S. Lela

**Representing** ☐ **Self, without a Lawyer or** ☐ **Attorney for** ☐ **Plaintiff OR** ☐ **Defendant**

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .
_____
Name of Plaintiff

And

:Manuel O. Delgado Jr et al.,
_____
Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** :Manuel O. Delgado Jr et al.,
_____
Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."***

2. **If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR***

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR***

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR***

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:17

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

8/26/25

CLERK OF SUPERIOR COURT

By_____

Deputy Clerk

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820



2025 OCT -1 PM 5: 13

FILED BY: S. Lela

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )                      CV2025-027997
                         ) ss.
County of Maricopa    )                     25009138

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **19th** day of **September A.D. 2025** on **Michael Willam Kemp** being said defendant(s) named in said documents, by delivering to **Cynthia Ramirez, Court Admin Assistant,** who is authorized to accept service, at **201 W Jefferson Street Phoenix, AZ 85003** at **11:03 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration.**

**Dated this 19th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

SUPERIOR COURT
RECEIVED COB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 15

FILED BY: S. Lela

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

**Representing** ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

Michael William Kemp et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Michael William Kemp et al.,

Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."***

2. **If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR***

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR***

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR***

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - **601 West Jackson, Phoenix, Arizona 85003**
   - **18380 North 40<sup>th</sup> Street, Phoenix, Arizona 85032**
   - **222 East Javelina Avenue, Mesa, Arizona 85210**
   - **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**  8/26/25

CLERK OF SUPERIOR COURT

By_____
**Deputy Clerk**

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

.·· 'F ·.·.
SUF.·.·... COURT
RE.·.·... CCE # 1
DOCU·.·... DEPOSITORY

2025 OCT -1 PM 5: 13

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Rachel Hope Mitchell** being said defendant(s) named in said documents, by delivering to **Dawn Valentine, Admin Specialist,** who is authorized to accept service, at **225 W Madison Street 3rd Floor Phoenix, AZ 85003** at **10:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

Person Filing:_____ : Mark-Rock: Higgins .

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON [~ARIZONA] [~85353]

Telephone:_____ ~602-315-4763

Email Address:_____ ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number:_____ N/A

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
RECEIVED OSS #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 15

FILED BY: S. Lela

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

: Mark-Rock: Higgins
_____
Name of Plaintiff

And

Rachel Hope Mitchell et al.,
_____
Name of Defendant

Case No.: CV2025-027997

### SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _____ Rachel Hope Mitchell et al.,
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: **CV2025-027997**

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - **601 West Jackson, Phoenix, Arizona 85003**
    - **18380 North 40th Street, Phoenix, Arizona 85032**
    - **222 East Javelina Avenue, Mesa, Arizona 85210**
    - **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

**AUG 2 7 2025**

CLERK OF SUPERIOR COURT

JOSEPH W. MALKA, CLERK

By_____
          Deputy Clerk

B. Yearin
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED CPS #1
DOCUMENT DEPOSITORY

2025 OCT -1  PM 5: 13

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
                      ) ss.
County of Maricopa    )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Robert Maurice Brutinel** being said defendant(s) named in said documents, by delivering to **Joe Callahan, Lead Security Officer,** who is authorized to accept service, at **1501 W Washington Street Phoenix, AZ 85007** at **1:53 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total   $0.00

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

SUF_ _ ___URT
RECE_ _ _ #1
DOCUMENT _ _POSITORY

2025 OCT -1 PM 5: 15

FILED BY: __S. Lela__

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

**Representing** ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Robert Maurice Brutinel et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** :Robert Maurice Brutinel et al.,

Name of Defendant

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    *   Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

    *   Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

    *   Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

    *   Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:15

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date ___8/26/25___

**CLERK OF SUPERIOR COURT**

By_____    JOSEPH W. MALKA, CLERK
    **Deputy Clerk**

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED C.B #1
DOCUMENT DEPOSITORY

**2025 OCT -1 PM 5: 11**

FILED BY: *S. Lela*

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Sara Eleanor Birkemeier** being said defendant(s) named in said documents, by delivering to **Wendy Corsi, Legal Manager,** who is authorized to accept service, at **1900 N Civic Square Goodyear, AZ 85395** at **1:16 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total  $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy J. Williams #S1419

B6561

**ORIGINAL**

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

FILED BY THE
SUPERIOR COURT
RECEIVED DEB #1
DOCUMENT DEPOSITORY
2025 OCT -1 PM 5: 13
FILED BY: S. Lela

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .
_____
Name of Plaintiff

And

:Sara Eleanor Birkemeier et al.,
_____
Name of Defendant

Case No.: CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** :Sara Eleanor Birkemeier et al.,
_____
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205** *OR*

   • **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** *OR*

   • **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201** *OR*

   • **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820
RCVD MCSO NORTHEAST
2025 AUG 29 PM 12:15

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

8/26/25

**CLERK OF SUPERIOR COURT**

By_____

Deputy Clerk

JOSEPH W. MALKA, CLERK

A. Ramsey
Clerk

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292    FILED BY:___S. Lela_____

2025 OCT -1 PM 5: 12

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )                    CV2025-027997
                    ) ss.
County of Maricopa   )                    25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Steven A Johnson** being said defendant(s) named in said documents, by delivering to **Wendy Corsi, Legal Manager,** who is authorized to accept service, at **1900 N Civic Square Goodyear, AZ 85395** at 1:16 PM in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____
Deputy J. Williams #S1419

B6561

# ORIGINAL

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

SUPE... COURT
RECEIVED JOB #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5:14

FILED BY: S. Lela

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Steven A. Johnson et al.,

Name of Defendant

Case No.: CV2025-027997

**SUMMONS** t with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** :Steven A. Johnson et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:17

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40ᵗʰ Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

SUPERIOR COURT
RECEIVED CCS #1
DOCUMENT DEPOSITORY

2025 OCT -1 PM 5: 12

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA     )                    CV2025-027997
                     ) ss.
County of Maricopa   )                    25009138


I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Steven Gallardo** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

SUPERIOR COURT
RECEIVED CB #1
DOCUMENT DEPOSITORY
2025 OCT -1 PM 5: 14
FILED BY: S. Lela

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

Steven Michael Gallardo et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Steven Michael Gallardo et al.,

Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons."**

2. **If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSC NORTHEAST
2025 AUG 28 PM 12:15

Case Number: <u>CV2025-027997</u>

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

A. Ramsey
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Page 2 of 2



# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

2025 OCT -1 PM 5:12

FILED BY:___S. Lela___

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | |
|---|---|
| STATE OF ARIZONA )<br>) ss.<br>County of Maricopa ) | CV2025-027997<br><br>25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Thomas Francis Galvin** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy H. Cota #S1818

B6561

# ORIGINAL

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY
2025 OCT -1 PM 5:14
FILED BY: S. Lela

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

Thomas Francis Galvin et al.,

Name of Defendant

Case No.: CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Thomas Francis Galvin et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM 12:15

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date _____ 8/26/25

CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

A. Ramsey
JOSEPH W. MALKA, CLERK Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CV11f 031820



# MARICOPA COUNTY SHERIFF'S OFFICE
### Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

2025 OCT -1 PM 5: 13

FILED BY: S. Lela

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Andrew Stefan Warianka** being said defendant(s) named in said documents, by delivering to **Angie, White Tank Staff,** who is authorized to accept service, at **10420 W Van Buren Avenue Avondale, AZ 85353** at **10:10 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy David Joya #S1739

B6561

# ORIGINAL

**Person Filing:** :Mark-Rock: Higgins

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~Tolleson [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A, in personam only

SUPERIOR COURT
RECEIVED CSB #1
DOCUMENT DEPOSITORY
2025 OCT -1 PM 5: 15
FILED BY: S. Lela

**Representing** ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Heidi Marie Owens et al.,

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
|---|

**FROM THE STATE OF ARIZONA TO:** :Heidi Marie Owens et al.,

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

RCVD MCSO NORTHEAST
2025 AUG 28 PM12:19

Case Number: <u>CV2025-027997</u>

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

<u>8/26/25</u>
CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

JOSEPH W. MALKA, CLERK

A. Ramsey
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

2025 OCT -8 PM 5:10

FILED BY: S. Lela

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **19th** day of **August** A.D. **2025** at the hour of **12:00 PM,** and served the same on the **3rd** day of **October** A.D. **2025** on **Katie Hobbs (Governor)** being said defendant(s) named in same documents, by delivering to **Jilian Donegan, Legal Executive Assistant,** who is of suitable age & discretion residing, at **1700 W Washington Street Phoenix, AZ 85007** at **10:45 AM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 3rd day of October A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____
Deputy H. Cota #S1818

B6561

2500 9138

209

# ORIGINAL

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

2025 OCT -8 PM 5: 10

FILED BY: S. Lela

Person Filing: :Mark-Rock: Higgins in personam only

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON [ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: rockzz7@icloud.com

Lawyer's Bar Number: N/A

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam sui juris .

Name of Plaintiff

And

Kathleen Marie Hobbs et al., in personam only

Name of Defendant

Case No.: CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Kathleen Marie Hobbs et al., in personam only

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV 2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    AUG 1 1 2025

JOSEPH W. MALKA, CLERK
**CLERK OF SUPERIOR COURT**

By A. Avina    A. Avina
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820




# Maricopa County Superior Court
## 201 W. Jefferson Street
## Phoenix AZ 85003

### Civil Summons

Process Number: CNS-26940          Court Number: CV2025027997

I, Melissa Wirthlin, Constable of Cochise County do hereby certify that I

received the within and foregoing Summons on 3rd day of November, 2025, and

that I served the same on:

MARK  DANNELS                                   (Defendant    )
205 N Judd Dr
Bisbee, AZ  85603
Served on: 5th day of November, 2025 at 14:35:00    by DBoyle CONS
Served to: Carol Capas; Left with                      ()
           100 COLONIA DE SALUD; Constable's Office
           Sierra Vista, AZ  85635

Returned on the 5th day of November, 2025

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 5th day of November, 2025

25 NOV 13 PM 4: 08
CLERK OF THE
SUPERIOR COURT
FILED
K. WHITSON.DEP

**Melissa Wirthlin, Constable JP5**

_____
**Authorized Representative, Civil Division**

### CNS-26940          Case # CV2025027997

**Petitioner: Mark Rock Higgins   vs   Defendant; Mark Dannels**

### Service Upon:  Defendant: Mark Dannels

**DOCUMENTS SERVED:**
Civil Summons; Complaint; Certificate of Compulsory Arbitration.

**SERVICE ATTEMPTS:**
11/05/2025 @ 1259 Emailed Carol Capas from the Cochise County Sheriff's Department that we have the civil summons at our office for her to pick up when she is available.
11/05/2025 @ 1435 Served Civil Summons to Mark Dannels by leaving with Carol Capas, a person af suitable age and discretion, at 100 Colonia De Salud; Constable's Office.
11/05/2025 @ 1438 Called plaintiff at 602-315-4763, notified of service.

**PIMA COUNTY CONSTABLES**
240 N. STONE AVENUE, LOWER LEVEL
TUCSON, AZ 85701      .      '
(520) 724-5442
(520) 724-5445 FAX

CLERK OF THE
SUPERIOR COURT
FILED
K. WHITSON. DEP

**25 NOV 24   AM 10: 39**

November 18, 2025

MARICOPA COUNTY SUPERIOR COURT
CLERK OF THE COURT
ATTN: CIVIL FILING COUNTER
201 W JEFFERSON ST
PHOENIX, AZ 85003

ATTN: CLERK OF THE COURT
RE: CASE #CV2025-027997

To Whom it may concern:

Please find the "AFFIDAVIT OF SERVICE" for the above referenced case.
Date served: 11/6/25 @ 10:20 am / Substitute Service to Yessenia Robinson for Chris
Nanos.

If you have any questions or require further information, please do not hesitate to
contact our office.

Sincerely,

Beverly Schofield
Special Staff Assistant
520-724-4087

encls;



**PIMA COUNTY CONSTABLES**
240 N. STONE AVENUE, LOWER LEVEL
TUCSON, AZ 85701
(520) 724-5442
(520) 724-5445 FAX



November 5, 2025

HIGGINS VS MITCHELL

CASE # CV2025-027997

SUMMONS & COMPLAINT

PERSON TO SERVE: CHRIS NANOS

ADDRESS: 1750 E BENSON HWY, T/A 85714

DATE SERVED: 11/6/25

TIME SERVED: 1028

PERSON SERVED: Yessenia Robinson Ex Assistant

*M. Leve*

MATTHEW LEVE – JP09

higgins, mark rock d/b/a Higgins Family Trust : Mark-Rock: Higgins .
_____
(YOUR NAME)

~10642 WEST SOUTHERN
_____
(ADDRESS)

~TOLLESON [~ARIZONA][~85353]
_____
(CITY/STATE/ZIP)

~602-315-4763
_____
(TELEPHONE NUMBER)

~10/17/25
_____
(DATE)

PIMA CONSTABLE                               **County Sheriff**
_____
(COUNTY NAME)

240 N. STONE AVE LOWER LEVEL
_____
(ADDRESS)

TUCSON, ARIZONA 85701-1200                    **COURT CASE NO.** CV2025-027997
_____
(CITY/STATE/ZIP)

**REGARDING:** (NAME OF PERSON TO BE SERVED)   CHRIS NANOS

**I enclose a copy of the following documents:** (LIST ALL DOCUMENTS YOU WANT TO BE SERVED)
MASTER BILL OF LADING (COMPLAINT)
_____
AMENDED II MASTER BILL OF LADING
_____
CERTIFICATE OF COMPULSORY ARBITRATION
_____

Please serve these papers on the Defendant. His or her current address and physical description are:
nanos, christopher d/b/a CHRIS NANOS          CHRIS NANOS    (Sheriff PIMA)
_____                              County
(Defendant's NAME)

                                             1750 E. BENSON HWY
_____              _____
(HOME ADDRESS)                               (WORK ADDRESS)

                                             TUCSON, ARIZONA 85714-1758
_____              _____
(HOME CITY/STATE/ZIP)                        (WORK CITY, STATE, ADDRESS)

| SEX | RACE | BIRTH | HGT. | WGT. | EYES | HAIR | SSN |
|-----|------|-------|------|------|------|------|-----|
|     |      |       |      |      |      |      |     |

Please return a notarized **"Affidavit of Service"** to my address at your earliest convenience.  The court requires that each document served be named in the **"Affidavit of Service."**

☐       I also enclose a deposit of $200.  I understand there is a $16.00 service fee, a travel fee of $2.40 per mile (one way), for each attempt at service, and a $8.00 notary fee.  I understand that the difference between my deposit and the fees accrued for service will be billed, or returned, to me.

**OR,**

☒       I also enclose a certified copy of the **"Order for Waiver/Deferral of Fees for Service of Process."**

Thank you for your cooperation in this matter.      ° Mark-Rock: Higgins .
                                                    _____
                                                    (YOUR SIGNATURE)

Enclosures

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CVC26p-100317

CERTIFIED COPY

Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV 2025-027997                                              08/21/2025


HONORABLE ERIK THORSON

CLERK OF THE COURT
C. Lockhart
Deputy


MARK-ROCK HIGGINS

MARK-ROCK HIGGINS
10642 W SOUTHERN
TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL

RACHEL HOPE MITCHELL
225 W MADISON ST 3RD FL
PHOENIX AZ  85003


MINUTE ENTRY

The Court has received and reviewed Plaintiff Mark-Rock Higgins' Motion for Alternative Service and Motion to Wave (sic) Fees, filed August 11, 2025. The Special Commissioner assigned to the case deferred filing fees indefinitely for this action on August 8, 2025. As that functions equivalent to a waiver at present,

**IT IS ORDERED denying** the waiver portion of the Motion as moot.

**IT IS FURTHER ORDERED denying** the Alternative Service portion of the motion as Plaintiff has not shown that service via normal means is impracticable, as required by Ariz. R. Civ. P. 4.1(k). Given the circumstances, however,

Docket Code 019                    Form V000A                         Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                     08/21/2025

**IT IS FURTHER ORDERED** waiving the fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

Date: __August 21, 2025__

__/s/ Erik Thorson__
HON. ERIK THORSON
JUDGE OF THE SUPERIOR COURT

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest_____20_____

JOSEPH W. MALKA, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

By_____, Deputy Clerk

Person Filing: : Mark-Rock: Higgins . in personam only

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON, [~ARIZONA][~85353]

Telephone: ~602-315-4763

Email Address: ~ ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins . in personam

Name of Plaintiff

And

CHRIS NANOS

Name of Defendant

**Case No.:** CV2025-027997

**SUMMONS**

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** CHRIS NANOS

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

CLERK OF SUPERIOR COURT

By_____
              Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

Person Filing: _Mark-Rock:Higgins in personam_

Address (if not protected): _~10642 W. Sowheap_

City, State, Zip Code: _Tolleson-Arizona [85353]_

Telephone: _~(602) 315-4763_

Email Address: _Rockzz7@Tolodel.com_

Lawyer's Bar Number: _N/A_

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY

AUG - 8 2025

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_:Mark-Rock:Higgins in personam_
**Name of Plaintiff**

Case Number: _CV2025-027997_

_Rachel Hope Mitchell etal.,_
**Name of Defendant**

Title: CIVIL COMPLAINT
_163 Master Bill of Lading_

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☐ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☒ Other reason: _People bound by Oaths do business under authority of Maricopa County & State of Arizona_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070418

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.  *Unknown*

    "*Physical Relief*"

    ☐ Tier 1 = Actions claiming $50,000 or less in damages.

    ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

    OR Actions claiming nonmonetary relief.

    ☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is : *Mark-Rock: Higgins d/b/a HFT AS PER Master Bill of Lading States*

4.  The Defendant in this case is *Rachel Hope Mitchell et al,*

## STATEMENT OF FACTS AND BREACH

5.  *CASPER: 71 page Attestation Provided) USDC SDNY Case No 22-CV-9714 (LTS)*

6.  *Case No 22-CV-10801 (LTS) Civil Judment Order*

7.  *Case No. 23-CV-1418 (LTS) Civil Judment Order*

8.  *Case No 24-CV-3799 (LTS) Civil Judment Order*

9.

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(  )  SEE Memorandum Treaty Laws etc etc
Case No. 22-CV-9714 (LTS)

(  ) _____

(  ) _____

(  ) _____

(  ) _____

(  ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(  )  See Complaint

( )_____

( )_____

( )_____

( )_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)


## DEMAND FOR RELIEF


**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) Honor their Oaths, Honor my Relief by Order

( ) Honor Treaties made by the United States

( ) Honor U.S. Supreme Court's admiralty Maritime Rules of Procedure "In Personam only"

( ) Honor Civil Judment & Foreign Judgment Superior Court Case CV2024-021367 & CV2024-02187

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)


Dated this ___8-7-2025___.
*(Date of signature)*

: Mark-Rock: Higgins
*(Signature of Plaintiff or Plaintiff's Attorney)*







**OCT 2 1 2025**

CLERK OF THE SUPERIOR COURT
P. LEIN
DEPUTY CLERK

# In the district court for Arizona / New Mexico Territory aka
## Superior Courts of Arizona Maricopa County Admiralty/ Maritime Jurisdiction
### High Courts of Chancery    Case No. CV2025-027997

*Carrier/Custodian*

## *Master Bill of Lading (Amended II)*
### *NON-NEGOTIABLE*
### Ships Manifest/Berth
Non-Negotiable
### Civil/Ecclesiastical Dispute Docket No. CV2025-027997
### Territory Of Arizona/New Mexico-Grenada-Spain
### Bill In Chancery
### <u>Port of Entry</u>
### Maricopa County
## Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/
## Gods The Moors (Berth) (Resurrection)
### The style of this Confederacy shall be known as

The United States of America

First Continental Congress

1774 Articles Of Association (Charter)

### Second Continental Congress

*1776 Declaration of Independence 1776 Articles of Confederation art.4*

### United States In Congress Assembled

### *1781 Articles of Confederation a Perpetual Union*

*Article 1,2,3,4,6,9,12,13*

1787 Northwest Ordinance

*Section 1,2,8,13,14. Art. 4*

*Treaty of Marrakech 1786.*

*ARTICLE XXI., Treaty of Tunis 1824*

*ARTICLE XII.*

### <u>*Allegiance to The king of Great Britain and Debts owed*</u>
*The First Charter of Virginia , April 10, 1606 sec 1&9*
*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8,*
*15 1782 Contract between the king and the thirteen United States of North America Signed at*
*Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*
<u>Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath</u>
The United States of America in Congress Assembled
### Constitution of the United States



CORRECTED
By Clerk of the Court

# Coconino County
# SHERIFF'S OFFICE
*Bret Axlund, Sheriff*

FILED
BY G. SAMORA, DEP

CLERK OF THE
SUPERIOR COURT
RECEIVED NWRC
DOCUMENT DEPOSITORY

## AFFIDAVIT OF SERVICE

25 NOV 25  PM 2: 55

Plaintiff:   HIGGINS, MARK-ROCK

Civil ID# S20250004095

Defendant: MAYVILLE, ARRON

Court Case# CV2025027997

I do hereby certify that the Coconino County Sheriff's Office received the following: 1 SUMMONS, 1 COMPLAINT, 1 CERTIFICATE OF COMPULSORY ARBITRATION on the __6TH__ day of __NOVEMBER__, 20 _25_, at the hour of __1041__, _X_ a.m. ___p.m.  The person requesting service of process has represented to the Coconino County Sheriff's Office that the foregoing copies provided to it by such person are true and correct copies of any originals of the same, to the extent applicable.

PERSON TO BE SERVED:   AARON MAYVILLE

LOCATION:  _1824 S THOMPSON ST_

SERVICE ATTEMPTS:   (1) Date: _11/09/25_   Time: _1116_        ☒ UTL BADGE# _101_

(2) Date: _11/10/25_   Time: _0837_        ☐ UTL BADGE# _107_

(3) Date: _____   Time: _____        ☐ UTL BADGE# _____

DATE SERVED: _11/10/2025_        TIME SERVED: _0837_

☐ Served personally upon named individual.

☐ Left with _____ a person of suitable age and discretion residing at named individual's dwelling or usual place of abode.

☒ Served upon _CHRISTOPHER LELLIS (FRONT OFFICE SECRETARY)_ authorized agent.

☐ Other (Explain) _____

☐ Posted at residence per ARS 33-1377 and mailed certified return receipt on

_____.

☐ Served personally by handing the documents to the named individual in accordance with ARS 36-510.01(A) (Title 36 service only)

☐ Unable to locate: _____

Total Mileage (one way, all attempts):   | 1.8 |

Witness my hand this date of _11/10/2025_

On Behalf of Bret Axlund, Sheriff

By: _WILSON_        _121_

Deputy Sheriff        Badge #

*"SERVICE TO COMMUNITY"*

*911 E. Sawmill Rd · Flagstaff, AZ 86001 · phone (928) 774-4523 or (1-800) 338-7888 · www.coconino.az.gov/sheriff.aspx*

higgins, mark rock d/b/a Higgins Family Trust : Mark-Rock: Higgins .
_____
(YOUR NAME)

~10642 WEST SOUTHERN
_____
(ADDRESS)

~TOLLESON [~ARIZONA][~85353]
_____
(CITY/STATE/ZIP)

~602-315-4763
_____
(TELEPHONE NUMBER)

~10/17/25
_____
(DATE)

COCONINO CONSTABLE: _____     **County Sheriff**
_____
(COUNTY NAME)

200 N. San Francisco ST.
_____
(ADDRESS)

FLAGSTAFF, ARIZONA 86001                  **COURT CASE NO.** CV2025-027997
_____
(CITY/STATE/ZIP)

**REGARDING:** (NAME OF PERSON TO BE SERVED)  AARON MAYVILLE
_____

**I enclose a copy of the following documents:** (LIST ALL DOCUMENTS YOU WANT TO BE SERVED)
MASTER BILL OF LADING (COMPLAINT)            _____
_____
AMENDED II MASTER BILL OF LADING             _____
_____
CERTIFICATE OF COMPULSORY ARBITRATION        _____
_____

Please serve these papers on the Defendant. His or her current address and physical description are:
mayville, aaron wayne d/b/a AARON MAYVILLE    AARON MAYVILLE
_____
(Defendant's NAME)

_____    1824 S. THOMPSON ST.
(HOME ADDRESS)                               _____
                                             (WORK ADDRESS)
                                             FLAGSTAFF, ARIZONA 86001
_____    _____
(HOME CITY/STATE/ZIP)                        (WORK CITY, STATE, ADDRESS)

| SEX | RACE | BIRTH | HGT. | WGT. | EYES | HAIR | SSN |
|-----|------|-------|------|------|------|------|-----|
|     |      |       |      |      |      |      |     |

Please return a notarized *"Affidavit of Service"* to my address at your earliest convenience. The court requires that each document served be named in the *"Affidavit of Service."*

☐    I also enclose a deposit of $200. I understand there is a $16.00 service fee, a travel fee of $2.40 per mile (one way), for each attempt at service, and a $8.00 notary fee. I understand that the difference between my deposit and the fees accrued for service will be billed, or returned, to me.

**OR,**

☒    I also enclose a certified copy of the *"Order for Waiver/Deferral of Fees for Service of Process."*

Thank you for your cooperation in this matter.     : Mark-Rock: Higgins .
_____
(YOUR SIGNATURE)

Enclosures

© Superior Court of Arizona in Maricopa County
    ALL RIGHTS RESERVED            Page 2 of 2



CLERK OF THE
SUPERIOR COURT
RECEIVED NWRC
DOCUMENT DEPOSITORY
NOV 25 PM 2:56

In the district court Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
mayville, aaron d/b/a AARON MAYVILLE et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; mayville, aaron d/b/a AARON MAYVILLE et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; mayville, aaron d/b/a AARON MAYVILLE et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

Page 1 of 2

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 26th  Day of November, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery



CORRECTED
By Clerk of the Court

FILED
BY G. SAMORA, DEP

# Coconino County
# SHERIFF'S OFFICE
*Bret Axlund, Sheriff*

CLERK OF THE
SUPERIOR COURT
RECEIVED NWRC
DOCUMENT DEPOSITORY

## AFFIDAVIT OF SERVICE

25 NOV 25 PM 2: 55

Plaintiff:   HIGGINS, MARK-ROCK

Civil ID# S20250004095

Defendant: LANE, MATTHEW

Court Case# CV2025027997

I do hereby certify that the Coconino County Sheriff's Office received the following: 1 SUMMONS, 1 COMPLAINT, 1 CERTIFICATE OF COMPULSORY ARBITRATION on the ___6TH___ day of ___NOVEMBER___, 20_25_, at the hour of ___1041___, __X__ a.m. ____p.m. The person requesting service of process has represented to the Coconino County Sheriff's Office that the foregoing copies provided to it by such person are true and correct copies of any originals of the same, to the extent applicable.

PERSON TO BE SERVED:   MATTHEW LANE

LOCATION: _18 2H  S   THOMPSON  ST_

SERVICE ATTEMPTS:     (1) Date: _11/09/25_   Time: _1115_     ☒ UTL BADGE# _124_

(2) Date: _11/10/25_   Time: _0837_     ☐ UTL BADGE# _107_

(3) Date: _____   Time: _____     ☐ UTL BADGE# _____

DATE SERVED: _11/10/2025_     TIME SERVED: _0837_

☐ Served personally upon named individual.

☐ Left with _____ a person of suitable age and discretion residing at named individual's dwelling or usual place of abode.

☐ Served upon _CHRISTOPHER  LELLIS ( FRONT DESK SECRETARY)_ authorized agent.

☐ Other (Explain) _____

☐ Posted at residence per ARS 33-1377 and mailed certified return receipt on

_____.

☐ Served personally by handing the documents to the named individual in accordance with ARS 36-510.01(A) (Title 36 service only)

☐ Unable to locate: _____

Total Mileage (one way, all attempts):     | 1.8 |

Witness my hand this date of _____ _11/10/2025_ _____

On Behalf of Bret Axlund, Sheriff

By: ___WILSON___           _107_

Deputy Sheriff                    Badge #



*SERVICE TO COMMUNITY*

*911 E. Sawmill Rd · Flagstaff, AZ 86001 · phone (928) 774-4523 or (1-800) 338-7888 · www.coconino.az.gov/sheriff.aspx*

higgins, mark rock d/b/a Higgins Family Trust : Mark-Rock: Higgins .
_____
(YOUR NAME)

~10642 WEST SOUTHERN
_____
(ADDRESS)

~TOLLESON [~ARIZONA][~85353]
_____
(CITY/STATE/ZIP)

~602-315-4763
_____
(TELEPHONE NUMBER)

~10/17/25
_____
(DATE)

COCONINO CONSTABLE: _____    **County Sheriff**
_____
(COUNTY NAME)

200 N. San Francisco ST.
_____
(ADDRESS)

FLAGSTAFF, ARIZONA 86001         **COURT CASE NO.** CV2025-027997
_____
(CITY/STATE/ZIP)

**REGARDING:** (NAME OF PERSON TO BE SERVED)  MATTHEW LANE
_____

**I enclose a copy of the following documents:** (LIST ALL DOCUMENTS YOU WANT TO BE SERVED)
MASTER BILL OF LADING (COMPLAINT)          _____
AMENDED II MASTER BILL OF LADING           _____
CERTIFICATE OF COMPULSORY ARBITRATION      _____

Please serve these papers on the Defendant. His or her current address and physical description are:
lane, matthew d/b/a MATTHEW LANE          MATTHEW LANE
_____
(Defendant's NAME)

                                          1824 S. THOMPSON ST.
_____
(HOME ADDRESS)                           (WORK ADDRESS)

                                          FLAGSTAFF, ARIZONA 86001
_____
(HOME CITY/STATE/ZIP)                    (WORK CITY, STATE, ADDRESS)

| SEX | RACE | BIRTH | HGT. | WGT. | EYES | HAIR | SSN |
|-----|------|-------|------|------|------|------|-----|
|     |      |       |      |      |      |      |     |

Please return a notarized **"Affidavit of Service"** to my address at your earliest convenience. The court requires that each document served be named in the **"Affidavit of Service."**

☐   I also enclose a deposit of $200. I understand there is a $16.00 service fee, a travel fee of $2.40 per mile (one way), for each attempt at service, and a $8.00 notary fee. I understand that the difference between my deposit and the fees accrued for service will be billed, or returned, to me.

**OR**,

☒   I also enclose a certified copy of the **"Order for Waiver/Deferral of Fees for Service of Process."**

Thank you for your cooperation in this matter.      :Mark-Rock: Higgins .
_____
                                                    (YOUR SIGNATURE)

Enclosures

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 2 of 2                CVC26p-100317

CLERK OF THE
SUPERIOR COURT
RECEIVED NWRC
DOCUMENT DEPOSITORY

25 NOV 25 PM 2: 36

In the district court  Arizona / New Mexico Territory,
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
lane, matthew d/b/a MATTHEW LANE et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; lane, matthew d/b/a MATTHEW LANE et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; lane, matthew d/b/a MATTHEW LANE et al., et al..,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

Page 1 of 2

superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

---

NOTICE OF DEFAULT DOCKET FILE DATE: <u>26th</u>  Day of November, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# ATTACHMENT 5

Answer

(No answer has yet been filed.)

# ATTACHMENT 6

State Court Orders Dismissing or Terminating

Parties

Clerk of the Superior Court
*** Electronically Filed ***
12/08/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          12/05/2025


                                              CLERK OF THE COURT
HONORABLE DAVID MCDOWELL                          K. Johanson
                                                    Deputy


MARK-ROCK HIGGINS                        MARK-ROCK HIGGINS
                                         10642 W SOUTHERN
                                         TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL, et al.             EVELYN DUENAS


                                         NANCY M BONNELL
                                         TYLER CAMPMAN
                                         ELAN MIZRAHI
                                         MICHELE MOLINARIO
                                         JUDGE MCDOWELL


                              MINUTE ENTRY


On August 8, 2025 Mr. Mark Higgins filed a four-page form complaint, a 72-page attached document, and several other documents which are primarily filings from other courts. In his complex filing Mr. Higgins challenges various state and federal codes and statutes, the construction of the United States Constitution, the Constitution of Arizona, federal and state rules of procedure, various government agencies and departments, and the exercise of authority over him by the local, county, and state legislative, executive, and judicial branches.


Docket Code 019                    Form V000A                    Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    12/05/2025

Mr. Higgins asserts this court has jurisdiction over this matter while simultaneously challenging[1] the Arizona Constitution and state statutes which give this court jurisdiction and authority over this matter. Nonetheless, he brought this action in this court and by doing so submitted to its authority to address the issues before it.

Mr. Higgins' 82-page August 8, 2025 filing lists one defendant in the caption, Rachel Mitchell, but lists nearly 130 other individuals as defendants in the 72-page attachment to the form complaint. Many of those individuals have sought dismissal. Three motions to dismiss are fully briefed and ripe for determinations. One motion to dismiss is not fully briefed. Additionally, numerous individuals identified as defendants in Mr. Higgins' filings have not been served or appeared in this action and the time for service under the Civil Rules has expired. The disposition of the claims against the unserved defendants is also addressed in this Ruling.

## JUSTICE TIMMER'S AND BRUTINEL'S MOTION TO DISMISS

On September 29, 2025 Justice Timmer and Retired Justice Brutinel filed a *Motion to Dismiss Complaint.* Their motion, filed pursuant to Rule 12(b)(6) Ariz.R.Civ.Proc., asserts Mr. Higgins' Complaint fails to state a claim against them upon which relief can be granted because the Complaint contains no factual allegations identifying either Justices Timmer or Brutinel.

Mr. Higgin's response was due no later than October 20, 2025 including mailing days. Mr. Higgins filed no response by that date. He did file a Response on October 21, 2025. The response does not indicate whether it is a response to a particular motion to dismiss or to all of the pending motions to dismiss, so the court will treat it as a response to all of the motions, albeit late. His October 21, 2025 response does not address the specific arguments raised by Justices Timmer and Brutinel.

The narrow question presented by a motion to dismiss for failure to state a claim is whether facts alleged in a complaint are sufficient to allow the plaintiff an opportunity to prove his case. *Coleman v. City of Mesa*, 230 Ariz. 352, 363, ¶46 (2012). Dismissal is permitted only when a plaintiff would not be entitled to relief under any interpretation of the facts susceptible of proof. *Fid. Sec. Life Ins. Co. v. State Dep't of Ins.,* 191 Ariz. 222, 224, ¶4 (1998). Moreover, a motion to dismiss requires a court to accept all material facts alleged by the nonmoving party as true (*Acker v. CSO Chevira*, 188 Ariz. 252, 255 (App. 1997)), view those facts in the light most favorable to the nonmoving party (*Mirchandani v. BMO Harris Bank, N.A.,* 235 Ariz. 68, 69, ¶2 (App. 2014)), and indulge the non-moving party all reasonable inferences that the pled facts permit (*Cullen v. Auto–Owners Ins. Co.*, 218 Ariz. 417, 419, ¶7 (2008)). However, courts look only at the pleading and the "well-pled factual allegations" it contains. *Cullen*, 218 Ariz. 417, ¶7. Complaints that solely state legal

---

[1]     He refers to the Superior Court of Maricopa County as a "legal fiction".

Docket Code 019                          Form V000A                          Page 2

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    12/05/2025

conclusions, or arguments without factual allegations, do not satisfy the notice-pleading standard. *Id.* Neither Mr. Higgins' form complaint nor the 72-page attachment contains factual allegations sufficient to put the defendants on notice of the claims against them.

Mr. Higgins' form complaint does not mention Justices Timmer or Brutinel. The 72-page attachment to the complaint identifies Justices Timmer and Brutinel on page three in the list of individuals identified as defendants. The body of the 72-page document does not mention the Justices and does not state any factual allegations about any actions or inactions by them which purports to give rise to any claims against them.

**IT IS ORDERED** granting Justice Timmer and Retired Justice Brutinel's Motion to Dismiss.

**IT IS ORDERED** dismissing Justice Timmer and Retired Justice Brutinel from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to Justices Timmer and Brutinel from this action.

**IT IS ORDERED** counsel for Justices Timmer and Brutinel shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **December 31, 2025**. If a request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **December 31, 2025**.

## GOODYEAR DEFENDANTS' MOTION TO DISMISS

On October 1, 2025 Defendants Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry (referred to as the Goodyear Defendants) filed a Motion to Dismiss asserting insufficient process, insufficient service of process, and Mr. Higgins' complaint fails to state a claim upon which relief can be granted.

Mr. Higgins' response to the motion was due no later than October 20, 2025 including mailing days. Mr. Higgins filed no response by that date. He did file a Response on October 21, 2025, it does not indicate whether it is a response to a particular motion to dismiss or to all of the motions to dismiss, so the court will treat it as a response to all of the motions, albeit late. The October 21, 2025 filing does not address any of the specific arguments asserted by the Goodyear Defendants. The Goodyear Defendants filed a reply on October 27, 2025.

Docket Code 019                         Form V000A                              Page 3

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                          12/05/2025

Defendants Beckles, Campbell, Fair, Gillis, Hampton, Kaino, Lauritano, Reed, Rodriguez, Stipp, Tellez, and Terry assert they have not been properly served. Defendants Beckles, Campbell, Gillis, Hampton, Kaino, Lauritano, Reed, Stipp, and Terry assert the documents were left with an individual who was not authorized to accept service and the other three defendants (Fair, Rodriguez, and Tellez) assert they were not served at all. Mr. Higgins' Response does not address the arguments about service on these individuals. Mr. Higgins has not attempted to demonstrate that service was proper or refute that the individual to whom the documents were delivered was not authorized to accept service.

**IT IS ORDERED** granting the motion to dismiss as to Defendants Beckles, Campbell, Fair, Gillis, Hampton, Kaino, Lauritano, Reed, Rodriguez, Stipp, Tellez, and Terry for lack of service.

The Goodyear Defendants allege Mr. Higgins' complaint is precluded by A.R.S. § 12-821.01 which requires the service of a notice of claim prior to filing an action against a public entity or employee. Defendants also allege that prosecutorial, qualified, and judicial immunity preclude Mr. Higgins' complaint against city employees. The failure to file a notice of claim, prosecutorial immunity, qualified immunity for discretionary acts, and judicial immunity are all grounds upon which Mr. Higgins' complaint may fail to state a claim; but the court finds the complaint and the attached 72-page document so lacking in facts that the court cannot identify what claims are being brought let alone whether the defenses asserted would preclude them.

Only three of the Goodyear Defendants are mentioned in the body of the 72-page document filed with the Complaint. Those are Defendants Delgado, Issit, and Johnson. None of the Goodyear Defendants are actually mentioned in the form complaint. The other Goodyear Defendants are only mentioned in the portion of that 72-page document labeled "defendants". While Defendants Delgado, Issit, and Johnson are mentioned in the body of that 72-page document, the paragraph in which they are mentioned does not contain any recitation of facts identifying what those three defendants are alleged to have done or not done which purports to give rise to any claims against them.

Dismissal is permitted when a plaintiff would not be entitled to relief under <u>any interpretation of the facts</u> susceptible of proof. *Fid. Sec. Life Ins. Co.* 191 Ariz. at 224, ¶4 (1998). Mr. Higgins' complaint does not contain well pled factual allegations sufficient to put the Goodyear Defendants on notice of the claims. Complaints that solely state legal conclusions, without any factual allegations, do not satisfy the notice-pleading standard. *Cullen*, 218 Ariz. 417, ¶7.

**IT IS ORDERED** granting the Motion to Dismiss filed by Defendants Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair,  Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry

Docket Code 019                        Form V000A                          Page 4

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                        12/05/2025


**IT IS ORDERED** dismissing Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair,  Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry.

**IT IS ORDERED** counsel for the Goodyear Defendants shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **December 31, 2025**. If a request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **December 31, 2025**.


### MARICOPA COUNTY DEFENDANTS' MOTION TO DISMISS


On October 10, 2025 Defendants John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller,  Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer and (referred to as "Maricopa County Defendants") filed a Motion to Dismiss asserting insufficient process, insufficient service of process, and that Mr. Higgins' complaint fails to state a claim upon which relief can be granted.

Mr. Higgins timely filed a response on October 21, 2025. On October 23, 2025 Deserae Aleethea Tucker and Andrew Stefan Warianka additional Maricopa County Defendants joined in the Motion filed on October 10, 2025. On October 27, 2025, the Maricopa County Defendants filed a reply in support of their Motion.

The Maricopa County Defendants dispute that Plaintiff served the following people:

Fred Arnett, Mireya Arroyo, Ken Cheuvront, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Andrew Gastelum, Joe B. Getzwiller, Joseph Guzman, Anna Huberman, Jennifer

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    12/05/2025

Jermaine, Kyle Jones, Blake King, Tyler Kissell, Teresa Lopez, Chris Mueller, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Hernandez Sama, Sharron Sauls, Elaissia Sears, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer

Rachel Mitchell, Ernie Cook, Steve Gallardo, Thomas Galvin, Justin Heap, Debbie Lesko, Kate McGee, Serena Sarassio, and Mark Steward contend they were not properly served because the full complaint was not served upon them. They also raise issues of defects with the summons. Gerald Sheridan and Sarena Serassio contend they were not properly served because the persons with whom the documents were left were not authorized to accept service on their behalf. Both also contend the documents left did not comprise the full complaint filed with the Clerk of the Court.

Mr. Higgins' Response does not address the arguments about service. Mr. Higgins has not attempted to demonstrate that service was proper or refute that the individuals with whom the documents were left were not authorized to accept service.

**IT IS ORDERED** granting the Motion to Dismiss based upon lack of process and lack of service of process on Defendants Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Andrew Gastelum, Steve Gallardo, Thomas Galvin, Joe B. Getzwiller, Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate McGee, Rachel Mitchel, Chris Mueller, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Hernandez Sama, Sharron Sauls, Elaissia Sears, Serena Serassio, Gerald Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer.

The Maricopa County Defendants assert Plaintiff's complaint fails to state a claim upon which relief can be granted arguing that the claims against judicial officers are precluded by judicial immunity, claims against prosecuting attorneys are barred by prosecutorial immunity, Mr. Higgins failed to file a notice of claim, Mr. Higgins is apparently challenging a criminal conviction through a civil proceeding, legislative immunity applies to the Board of Supervisors, and other governmental immunities apply to acts of governmental employees. As mentioned above, all of these defenses may preclude Plaintiff from obtaining relief, but the Court finds the complaint and the attached 72-page document so lacking in facts and references to the Maricopa County Defendants as to be able to identify what claims are brought let alone whether the defenses apply. The complaint fails to state, on a most basic level, the acts of the defendants which Plaintiff contends gives rise to any cause of action against them.

The court notes only nine of the more than forty Maricopa County Defendants are actually named in the body of the 72-page document submitted by Mr. Higgins and other than Rachel Mitchell

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    12/05/2025

none are named in the form Complaint. Those nine individuals named in the 72-page document are Defendants Allen, Flora, Gallardo, Galvin, Mitchell, Owens, Petersen, Serassio and Sheridan. While these individuals are mentioned in the body of the document, the paragraphs in which they are mentioned do not contain any recitation of facts identifying what those defendants are alleged to have done or not done and what causes of action arise from the alleged actions or inactions.

Mr. Higgins' complaint does not contain well-pled factual allegations sufficient to put the Maricopa County Defendants on notice of the claims. Complaints that solely state legal conclusions, without any factual allegations, do not satisfy the notice-pleading standard. *Cullen*, 218 Ariz. 417, ¶7.

**IT IS ORDERED** granting the Motion to Dismiss filed by Maricopa County Defendants John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller, Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer.

**IT IS ORDERED** dismissing John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller,  Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller, Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer.

**IT IS ORDERED** counsel for the Maricopa Defendants shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **December 31, 2025**. If a

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                          12/05/2025

request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **December 31, 2025**.

## REMAINING DEFENDANTS

Mr. Higgins' August 8, 2025 filing only lists one person as a defendant in the caption, but the 72-page attachment lists nearly 130 others in the section labeled "defendants". Pages three through twelve. However, many other individuals are mentioned in the body of the 72-page attachment who are not listed as "defendants". It is unclear whether those other individuals were intended to be defendants, but since they are not listed as defendants, the court will not consider them so.

Mr. Higgins filed a document entitled "Amend Mistake Defendants" on August 25, 2025 where he purported to name additional defendants.

On October 21, 2025 Mr. Higgins filed what appears to be an amended complaint which listed some of the previously listed defendants, but not all of them, and adds additional people as defendants.[2] The chart below identifies who is listed in the section labeled "defendants" in each of the filings. Those individuals who appear in a row that is shaded have been dismissed by this Ruling. Those individuals who are in an unshaded row remain in this action, at this time. The chart is intended to illustrate the order related to service which appears below the chart.

| August 8, 2025 Complaint | August 25, 2025 Amended Mistake | October 21, 2025 Filing | Affidavits of Service on File[3] |
|---|---|---|---|
| Ainsley, Tina R. | | Ainsley, Tina R. | |
| Albrycht, Sara K. | | (Not named) | |
| Allen, John M. | | Allen, John M. | Filed 10/01/2025 |
| Arnett, Fred | | (Not named) | |
| Arnold-Noem, Kristi | | (Not named) | |
| Arroyo, Mireya | | (Not named) | |
| Axlund, Bret B. | | Axlund, Bret B. | |
| (Not named) | | Baker, Thompson | |

---

[2]    If this is an amended complaint it is improper because parties had already appeared by October 21, 2025 and many had filed motions to dismiss. Mr. Higgins was required to file a motion to amend and attach a copy of any proposed amendment designating new material and removed material. He did not do so.

[3]    The heading entitled "Affidavit of Service on File" denotes filed affidavits of service. The court is not commenting on whether service was proper – only that an affidavit has been filed.

Docket Code 019                         Form V000A                              Page 8

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                      12/05/2025

| | | | |
|---|---|---|---|
| Bales, William S. | | Bales, William S. | |
| Bastien, Carla J. | | Bastien, Carla J. | Filed 10/01/2025 |
| Beckles, Benita | | (Not named) | |
| Bessent, Scott Kenneth | | (Not named) | |
| Birkemeier, Sara E. | | Birkemeier, Sara E. | Filed 10/01/2025 |
| Bisignano, Frank J. | | (Not named) | |
| Bluff, Michael | | (Not named) | |
| Bondi, Pam | | (Not named) | |
| Brutinel, Robert M. | | Brutinel, Robert M. | Filed 10/01/2025 |
| Burgum, Douglas James | | (Not named) | |
| Campbell, Wally | | (Not named) | |
| Carman, Krista M. | | Carman, Krista M. | |
| (Not named) | | Check, Nichole B. | |
| Cheuvront, Ken | | (Not named) | |
| (Not named) | | Compton, Lloyd B. | |
| Conway, Deborah | | (Not named) | |
| Cook, Eddie | | Cook, Eddie | Filed 10/01/2025 |
| Countryman, Kenneth S. | | Countryman, Kenneth S. | |
| Daniels, Mark J. | | Daniels, Mark J. | |
| Delgado Jr, Manuel | | Delgado Jr, Manuel | Filed 10/01/2025 |
| Doolittle, Dolores J. | | Doolittle, Dolores J. | |
| Driggs, Leonore | | (Not named) | |
| Erickson, John | | Erickson, John | |
| Fair, Justin | | Fair, Justin | |
| (Not named) | | Felker, Richard | |
| Fine, Jeffrey R. | | Fine, Jeffrey R. | |
| Fitzwilliams, Ashley | | (Not named) | |
| Flora, Royce | | Flora, Royce | |
| (Not named) | | Fontez, Adrian P. | |
| French, Chris | | (Not named) | |
| Gallardo, Steven M. | | Gallardo, Steven M. | Filed 10/01/2025 |
| Galvin, Thomas F. | | Galvin, Thomas F. | Filed 10/01/2025 |
| Gastellum, Andrew | | Gastellum, Andrew | |
| Gendreau, Rachel | | Gendreau, Rachel | |
| Getzwiller, Joe | | (Not named) | |
| (Not named) | | Giardano, Matthew | |
| Gillis, Vicki | | (Not named) | |
| Goldstein, Joseph | | Goldstein, Joseph | |
| Gonzalez, Tony | | Gonzalez, Tony | |
| Gregario, Kelly | | (Not named) | |
| Guzman, Joseph | | Guzman, Joseph | |
| Hampton, Brannon | | (Not named) | |

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                           12/05/2025

| | | | |
|---|---|---|---|
| Hancock, Cele | | (Not named) | |
| Harris, Susan W. | | Harris, Susan W. | |
| Heap, Justin D. | | Heap, Justin D. | Filed 10/01/2025 |
| Hernandez, Jennifer | | (Not named) | |
| Hobbs, Kathleen K. | | Hobbs, Kathleen K. | Filed 10/08/2025 |
| Huberman, Anna | | Huberman, Anna | |
| Irish, Craig T. | | Irish, Craig T. | |
| Issit, Brian J. | | Issit, Brian J. | Filed 10/01/2025 |
| (Not named) | | Jenkins, Denise | |
| Jermaine, Jennifer | | (Not named) | |
| Johnson, Steven | | Johnson, Steven | Filed 10/01/2025 |
| Jones, Kyle | | (Not named) | |
| Judd, Randy J. | | Judd, Randy J. | |
| Kaino, Laura | | (Not named) | |
| Kelly, Thomas K. | | Kelly, Thomas K. | |
| Kemp, Michael W. | | Kemp, Michael W. | Filed 10/01/2025 |
| Kennedy, Robert F | | (Not named) | |
| King, Blake | | (Not named) | |
| Kissell, Tyler | | (Not named) | |
| (Not named) | | Kuknyo, Christopher | |
| Lauritano, Sheri | | (Not named) | |
| Lane, Matthew | | Lane, Matthew | |
| Lee, Kimberly | | Lee, Kimberly | |
| Lesko, Debbie | | Lesko, Debbie | Filed 10/01/2025 |
| Lohr, John L. | | Lohr, John L. | |
| Long, William H. | | (Not named) | |
| Lopez, Teresa | | (Not named) | |
| Lucas, Debra | | Lucas, Debra | |
| (Not named) | | Mallory, Mary L. | |
| Mashinsky, Alexander | | (Not named) | |
| Mashinsky, Kristine M. | | (Not named) | |
| Mayes, Kristin K. | | Mayes, Kristin K. | |
| Mayville, Aaron W. | | Mayville, Aaron W. | |
| McCord, Michael | | McCord, Michael | |
| McGee, Kate B. | | McGee, Kate B. | Filed 10/01/2025 |
| McGill, Michael P. | | McGill, Michael P. | |
| McQuality, Donna J. | | McQuality, Donna J. | |
| Mitchell, Rachel H. | | Mitchell, Rachel H. | Filed 10/01/2025 |
| Mueller, Chris | | (Not named) | |
| Nanos, Christopher C. | | Nanos, Christopher C. | |
| Orender, Dennis L. | | (Not named) | |
| Owens, Heidi M. | | Owens, Heidi M. | Filed 10/01/2025 |

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              12/05/2025

| | | | |
|---|---|---|---|
| Petrillo, Sophia | | Petrillo, Sophia | |
| Peterson, Paul D. | | Peterson, Paul D. | |
| Peterson, Warren | | Peterson, Warren | |
| Pifer, Jennifer C. | | Pifer, Jennifer C. | |
| Pizzilllo, Joseph | | Pizzilllo, Joseph | Filed 10/01/2025 |
| (Not named) | Phelan, Debra R | (Not named) | |
| Pokrasss, Serena C. | | Pokrasss, Serena C. | |
| Ray, Jordan | | (Not named) | |
| Reagan, Michelle | | (Not named) | |
| Reed, Wynette | | Reed, Wynette | |
| Rhodes, David L. | | Rhodes, David L. | |
| Riggs, Cathy | | (Not named) | |
| Rios, Rebecca | | (Not named) | |
| Rodriguez, Santiago | | Rodriguez, Santiago | |
| Rollins, Brooke Leslie | | (Not named) | |
| Rubio, Marco Antonio | | (Not named) | |
| Sama, Jennifer | | (Not named) | |
| Sauer, Dean J. | | (Not named) | |
| Sauls, Sharron | | (Not named) | |
| Sears, Elaissia | | (Not named) | |
| Serassio, Serena | | Serassio, Serena | Filed 10/01/25 |
| Sharifi, Kristen L. | | Sharifi, Kristen L. | |
| Sheridan Jerry | | Sheridan, Gerald A. | |
| Sisneros, Steven J. | | Sisneros, Steven J. | |
| Steward, Mark | | Stewart, Mark | Filed 10/01/2025 |
| Stipp, Bill | | (Not named) | |
| Teeple, Ross G. | | Teeple, Ross G. | |
| Tellez, ID 1105 | | Tellez, ID 1105 | |
| Terry, Trey | | (Not named) | |
| (Not named) | | Thompson, Maury | |
| Timmer, Ann S. | | Timmer, Ann S. | Filed 10/01/2025 |
| Titus, John A. | | Titus, John A. | |
| Toth, Jennifer J. | | Toth, Jennifer J. | Filed 10/01/2025 |
| Trump, Donald J. | | (Not named) | |
| Tuchi, John J. | | Tuchi, John J. | |
| (Not named) | Tucker, Desarae | Tucker, Desarae | Filed 10/01/2025 |
| Wallace, Linda | | Wallace, Linda | |
| (Not named) | Warianka, Andrew S. | (Not named) | Filed 10/01/2025 |
| Watt, Donald | | (Not named) | |
| Welborn, Teresa M. | | Welborn, Teresa M. | |
| Williams, Gerald | | (Not named) | |

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                 12/05/2025

| Willis, Kayela | | Willis, Kayela | |
|---|---|---|---|
| Wisner, Craig | | (Not named) | |
| Wolf, Douglas J. | | Wolf, Douglas J. | |
| Wood, Frank P. | | (Not named) | |
| Yellen, Janet L. | | (Not named) | |
| Young, Anna | | (Not named) | |
| Young, Steven A. | | Young, Steven A. | |
| Zabor, Melissa | | (Not named) | |

Ariz.R.Civ.Proc. Rule 4 requires that service be completed within 90 days of the date of filing. The Complaint was filed August 8, 2025, the 90-day period expired on November 7, 2025.

**IT IS ORDERED** before **December 31, 2025** Plaintiff shall file affidavits of service documenting that any individual not dismissed above were served prior to November 6, 2025. If the court does not receive an affidavit of service for each of the individuals above, or the affidavit indicates service was not completed by **November 6, 2025**, the unserved defendant will be dismissed.

**IT IS ORDERED** signing this as a formal order of this court.

_____
HONORABLE DAVID MCDOWELL
JUDICIAL OFFICER OF THE SUPERIOR COURT

Docket Code 019                     Form V000A                     Page 12

Clerk of the Superior Court
*** Electronically Filed ***
01/20/2026 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          01/15/2026


                                              CLERK OF THE COURT
HONORABLE DAVID MCDOWELL                            A. Patel
                                                    Deputy



MARK-ROCK HIGGINS                      MARK-ROCK HIGGINS
                                       10642 W SOUTHERN
                                       TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL, et al.           EVELYN DUENAS

                                       NANCY M BONNELL
                                       TYLER CAMPMAN
                                       ELAN MIZRAHI
                                       MICHELE MOLINARIO
                                       JUDGE MCDOWELL



**ADDITIONAL DISMISSAL ORDERS**


On August 8, 2025 Mr. Mark Higgins filed a four-page form complaint, a 72-page attached document, and several other documents which are primarily filings from other courts. In his complex filing Mr. Higgins challenges various state and federal codes and statutes, the construction of the United States Constitution, the Constitution of Arizona, federal and state rules of procedure, various government agencies and departments, and the exercise of authority over him by the local, county, and state legislative, executive, and judicial branches.

Mr. Higgins asserts this court has jurisdiction over this matter while simultaneously challenging[1] the Arizona Constitution and state statutes which give this court jurisdiction and authority over this matter. Nonetheless, he brought this action in this court and by doing so submitted to its authority to address the issues before it.

---

[1]    He refers to the Superior Court of Maricopa County as a "legal fiction".

Docket Code 023                  Form J000                         Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          01/15/2026

Mr. Higgins' 82-page August 8, 2025 filing lists one defendant in the caption, Rachel Mitchell, but lists nearly 130 other individuals as defendants in the 72-page attachment to the form complaint. Many of those individuals have sought dismissal and prior to today's date sixty-four Defendants have been dismissed. Pending before the Court is another motion to dismiss and the Court's December 8, 2025 Order directing Mr. Higgins to provide proof of service on the Defendants who remain in this case.

**DANNELS AND JUDD'S MOTION TO DISMISS**

On November 24, 2025 Cochise County Sheriff Mark Dannels and Cochise County Justice of the Peace Randy Judd filed a *Motion to Dismiss.* Defendant Dannels and Judd argue Plaintiff failed to properly serve them and the action against them should be dismissed pursuant to Ariz.R.Civ.Proc. Rules 12(b)(2) and 12(b)(4). Without proper service Defendants Dannels and Judd argue the Court lacks jurisdiction.

Mr. Higgins filed no response to Dannels and Judd's Motion, designated as such. On December 1, 2025 Mr. Higgins filed a *Bill of Exceptions Based on Estoppel and Prior Final Federal Adjudication Exemplification Certificate Full Faith and Credit.* In this filings Mr. Higgins stated the purpose was to "formally preserve and memorialize objections to Defendants' Motions to Dismiss". He also stated that he objected to "Defendants' Motions to Dismiss" – without stating which of the several motions were pending at the time. On December 3, 2025 Mr. Higgins filed *Plaintiff's Notice of Federal Judgment and Supremacy Clause,* which does not address Dannels and Judd's Motion. Also on December 3, 2025 Mr. Higgins filed *Plaintiff's Objection in the Nature of a (Bill of Exceptions) and Memorandum of Law re[garding] Defendants' Rule 12 Motions to Dismiss and Federal Supremacy.* This filing does not address Dannels and Judd's Motion nor does it address the arguments advanced by Dannels and Judd about service.

Proper service of process is essential for the court to have jurisdiction. *Koven v. Saberdyne Sys., Inc.,* 128 Ariz. 318, 321 (App.1980). An affidavit of service creates "prima facie evidence of personal service" that the defendant must then rebut. *Barlage v. Valentine*, 210 Ariz. 270 (2005). Defendants must produce clear and convincing evidence that service was defective. *Tonelson v. Haines,* 2 Ariz.App. 127 (1965). If a defendant produces clear and convincing evidence that service was defective, the burden shifts back to the plaintiff to demonstrate that service was proper.

The Court finds Defendants Dannels and Judd produced clear and convincing evidence that service was not proper because they only received a portion of the filed documents. Mr. Higgins did not submit anything to the Court addressing Dannel and Judd's arguments that service was improper.

**IT IS ORDERED** granting Mark Dannels and Randy Judd's Motion to Dismiss.

Docket Code 023                    Form J000                    Page 2

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                01/15/2026

**IT IS ORDERED** dismissing Mark Dannels and Randy Judd from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to Mark Dannels or Randy Judd from this action.

**IT IS ORDERED** counsel for Mr. Dannels and Mr. Judd shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **February 2, 2026**. If a request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **February 2, 2026**.

### DISMISSAL OF UNSERVED DEFENDANTS

The Court's December 8, 2025 Order addressed Plaintiff's obligation to serve all of the defendants in this action and provided a deadline by which Mr. Higgins must file affidavits of service demonstrating when service was made. That Order indicated if affidavits of service were not received by the date stated, any unserved Defendants would be dismissed.

The December 8, 2025 Order contained the following chart. Since the December 8, 2025 Order was entered Chris Nanos, Mark Dannels, and Randy Judd have been dismissed. Those individuals listed below who do not appear in a shaded row remain in this case as of January 14, 2025.

| August 8, 2025 Complaint | August 25, 2025 Amended Mistake | October 21, 2025 Filing | Affidavits of Service on File[2] |
|---|---|---|---|
| Ainsley, Tina R. | | Ainsley, Tina R. | |
| Albrycht, Sara K. | | (Not named) | |
| Allen, John M. | | Allen, John M. | Filed 10/01/2025 |
| Arnett, Fred | | (Not named) | |
| Arnold-Noem, Kristi | | (Not named) | |
| Arroyo, Mireya | | (Not named) | |
| Axlund, Bret B. | | Axlund, Bret B. | |
| (Not named) | | Baker, Thompson | |
| Bales, William S. | | Bales, William S. | |
| Bastien, Carla J. | | Bastien, Carla J. | Filed 10/01/2025 |
| Beckles, Benita | | (Not named) | |

---

[2]     The heading entitled "Affidavit of Service on File" denotes filed affidavits of service. The court is not commenting on whether service was proper – only that an affidavit has been filed.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                      01/15/2026

| | | | |
|---|---|---|---|
| Bessent, Scott Kenneth | | (Not named) | |
| Birkemeier, Sara E. | | Birkemeier, Sara E. | Filed 10/01/2025 |
| Bisignano, Frank J. | | (Not named) | |
| Bluff, Michael | | (Not named) | |
| Bondi, Pam | | (Not named) | |
| Brutinel, Robert M. | | Brutinel, Robert M. | Filed 10/01/2025 |
| Burgum, Douglas James | | (Not named) | |
| Campbell, Wally | | (Not named) | |
| Carman, Krista M. | | Carman, Krista M. | |
| (Not named) | | Check, Nichole B. | |
| Cheuvront, Ken | | (Not named) | |
| (Not named) | | Compton, Lloyd B. | |
| Conway, Deborah | | (Not named) | |
| Cook, Eddie | | Cook, Eddie | Filed 10/01/2025 |
| Countryman, Kenneth S. | | Countryman, Kenneth S. | |
| Dannels, Mark J. | | Daniels, Mark J. | |
| Delgado Jr, Manuel | | Delgado Jr, Manuel | Filed 10/01/2025 |
| Doolittle, Dolores J. | | Doolittle, Dolores J. | |
| Driggs, Leonore | | (Not named) | |
| Erickson, John | | Erickson, John | |
| Fair, Justin | | Fair, Justin | |
| (Not named) | | Felker, Richard | |
| Fine, Jeffrey R. | | Fine, Jeffrey R. | |
| Fitzwilliams, Ashley | | (Not named) | |
| Flora, Royce | | Flora, Royce | |
| (Not named) | | Fontez, Adrian P. | |
| French, Chris | | (Not named) | |
| Gallardo, Steven M. | | Gallardo, Steven M. | Filed 10/01/2025 |
| Galvin, Thomas F. | | Galvin, Thomas F. | Filed 10/01/2025 |
| Gastellum, Andrew | | Gastellum, Andrew | |
| Gendreau, Rachel | | Gendreau, Rachel | |
| Getzwiller, Joe | | (Not named) | |
| (Not named) | | Giardano, Matthew | |
| Gillis, Vicki | | (Not named) | |
| Goldstein, Joseph | | Goldstein, Joseph | |
| Gonzalez, Tony | | Gonzalez, Tony | |
| Gregario, Kelly | | (Not named) | |
| Guzman, Joseph | | Guzman, Joseph | |
| Hampton, Brannon | | (Not named) | |

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    01/15/2026

| | | | |
|---|---|---|---|
| Hancock, Cele | | (Not named) | |
| Harris, Susan W. | | Harris, Susan W. | |
| Heap, Justin D. | | Heap, Justin D. | Filed 10/01/2025 |
| Hernandez, Jennifer | | (Not named) | |
| Hobbs, Kathleen K. | | Hobbs, Kathleen K. | Filed 10/08/2025 |
| Huberman, Anna | | Huberman, Anna | |
| Irish, Craig T. | | Irish, Craig T. | |
| Issit, Brian J. | | Issit, Brian J. | Filed 10/01/2025 |
| (Not named) | | Jenkins, Denise | |
| Jermaine, Jennifer | | (Not named) | |
| Johnson, Steven | | Johnson, Steven | Filed 10/01/2025 |
| Jones, Kyle | | (Not named) | |
| Judd, Randy J. | | Judd, Randy J. | |
| Kaino, Laura | | (Not named) | |
| Kelly, Thomas K. | | Kelly, Thomas K. | |
| Kemp, Michael W. | | Kemp, Michael W. | Filed 10/01/2025 |
| Kennedy, Robert F | | (Not named) | |
| King, Blake | | (Not named) | |
| Kissell, Tyler | | (Not named) | |
| (Not named) | | Kuknyo, Christopher | |
| Lauritano, Sheri | | (Not named) | |
| Lane, Matthew | | Lane, Matthew | Filed 11/25/2025 |
| Lee, Kimberly | | Lee, Kimberly | |
| Lesko, Debbie | | Lesko, Debbie | Filed 10/01/2025 |
| Lohr, John L. | | Lohr, John L. | |
| Long, William H. | | (Not named) | |
| Lopez, Teresa | | (Not named) | |
| Lucas, Debra | | Lucas, Debra | |
| (Not named) | | Mallory, Mary L. | |
| Mashinsky, Alexander | | (Not named) | |
| Mashinsky, Kristine M. | | (Not named) | |
| Mayes, Kristin K. | | Mayes, Kristin K. | |
| Mayville, Aaron W. | | Mayville, Aaron W. | Filed 11/25/2025 |
| McCord, Michael | | McCord, Michael | |
| McGee, Kate B. | | McGee, Kate B. | Filed 10/01/2025 |
| McGill, Michael P. | | McGill, Michael P. | |
| McQuality, Donna J. | | McQuality, Donna J. | |
| Mitchell, Rachel H. | | Mitchell, Rachel H. | Filed 10/01/2025 |
| Mueller, Chris | | (Not named) | |

Docket Code 023              Form J000                        Page 5

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          01/15/2026

| | | | |
|---|---|---|---|
| Nanos, Christopher C. | | Nanos, Christopher C. | |
| Orender, Dennis L. | | (Not named) | |
| Owens, Heidi M. | | Owens, Heidi M. | Filed 10/01/2025 |
| Petrillo, Sophia | | Petrillo, Sophia | |
| Peterson, Paul D. | | Peterson, Paul D. | |
| Peterson, Warren | | Peterson, Warren | |
| Pifer, Jennifer C. | | Pifer, Jennifer C. | |
| Pizzilllo, Joseph | | Pizzilllo, Joseph | Filed 10/01/2025 |
| (Not named) | Phelan, Debra R | (Not named) | |
| Pokrasss, Serena C. | | Pokrasss, Serena C. | |
| Ray, Jordan | | (Not named) | |
| Reagan, Michelle | | (Not named) | |
| Reed, Wynette | | Reed, Wynette | |
| Rhodes, David L. | | Rhodes, David L. | |
| Riggs, Cathy | | (Not named) | |
| Rios, Rebecca | | (Not named) | |
| Rodriguez, Santiago | | Rodriguez, Santiago | |
| Rollins, Brooke Leslie | | (Not named) | |
| Rubio, Marco Antonio | | (Not named) | |
| Sama, Jennifer | | (Not named) | |
| Sauer, Dean J. | | (Not named) | |
| Sauls, Sharron | | (Not named) | |
| Sears, Elaissia | | (Not named) | |
| Serassio, Serena | | Serassio, Serena | Filed 10/01/25 |
| Sharifi, Kristen L. | | Sharifi, Kristen L. | |
| Sheridan Jerry | | Sheridan, Gerald A. | |
| Sisneros, Steven J. | | Sisneros, Steven J. | |
| Steward, Mark | | Stewart, Mark | Filed 10/01/2025 |
| Stipp, Bill | | (Not named) | |
| Teeple, Ross G. | | Teeple, Ross G. | |
| Tellez, ID 1105 | | Tellez, ID 1105 | |
| Terry, Trey | | (Not named) | |
| (Not named) | | Thompson, Maury | |
| Timmer, Ann S. | | Timmer, Ann S. | Filed 10/01/2025 |
| Titus, John A. | | Titus, John A. | |
| Toth, Jennifer J. | | Toth, Jennifer J. | Filed 10/01/2025 |
| Trump, Donald J. | | (Not named) | |
| Tuchi, John J. | | Tuchi, John J. | |
| (Not named) | Tucker, Desarae | Tucker, Desarae | Filed 10/01/2025 |

Docket Code 023                    Form J000                              Page 6

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                        01/15/2026

| | | | |
|---|---|---|---|
| Wallace, Linda | | Wallace, Linda | |
| (Not named) | Warianka, Andrew S. | (Not named) | Filed 10/01/2025 |
| Watt, Donald | | (Not named) | |
| Welborn, Teresa M. | | Welborn, Teresa M. | |
| Williams, Gerald | | (Not named) | |
| Willis, Kayela | | Willis, Kayela | |
| Wisner, Craig | | (Not named) | |
| Wolf, Douglas J. | | Wolf, Douglas J. | |
| Wood, Frank P. | | (Not named) | |
| Yellen, Janet L. | | (Not named) | |
| Young, Anna | | (Not named) | |
| Young, Steven A. | | Young, Steven A. | |
| Zabor, Melissa | | (Not named) | |

Ariz.R.Civ.Proc. Rule 4 requires that service be completed within 90 days of the date of filing. The Complaint was filed August 8, 2025, the 90-day period expired on November 7, 2025. Only five Defendants who have not been dismissed have been served and an affidavit of service appears in the Court's file.

**IT IS ORDERED** dismissing the following individuals due to failure to complete service within the time period provided in Rule 4:

Ainsley, Tina
Albrycht, Sara
Arnold-Noem, Kristi
Axlund, Brett
Baker, Thompson
Bales, William
Bessent, Scott Kenneth
Bisignano, Frank
Bluff, Michael
Bondi, Pam
Burgum, Douglas James
Carman, Krista
Check, Nichole
Compton, Lloyd
Conway, Deborah
Countryman, Kenneth
Doolittle, Dolores
Erickson, John

Docket Code 023                    Form J000                    Page 7

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                01/15/2026

Felker, Richard
Fine, Jeffrey
Fontes, Adrian
French, Chris
Gendreau, Rachel
Giardano, Matthew
Goldstein, Joseph
Gonzalez, Tony
Gregario, Kelly
Hancock, Cele
Harris, Susan
Irish, Craig
Jenkins, Denise
Kelly, Thomas
Kennedy, Robert
Kuknyo, Christopher
Lee, Kimberly
Lohr, John
Long, William
Lucas, Debra
Mallory, Mary
Mashinsky, Alexander
Mashinsky, Kristine
Mayes, Kristin
McCord, Michael
McGill, Michael
McQuality, Donna
Orender, Dennis
Petrillo, Sophia
Peterson, Warren
Pifer, Jennifer
Phelan, Debra
Rhodes, David
Rollins, Brooke
Rubio, Marco
Sauer Dean
Sharifi, Kristen
Sisneros, Steven
Teeple, Ross
Titus, John

Docket Code 023                    Form J000                        Page 8

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                01/15/2026


     Trump, Donald
     Tuchi, John
     Wallace, Linda
     Welborn, Teresa
     Wolf, Douglas
     Wood, Frank
     Yellen, Janet
     Young, Anna
     Young, Steven
     Zabor, Melissa

The following individuals remain in this matter:

     Hobbs, Kathleen
     Kemp, Michael
     Lane, Matthew
     Mayville, Aaron
     Toth, Jennifer

**IT IS ORDERED** signing this Ruling as a formal order of this court.


_____
HONORABLE DAVID MCDOWELL
JUDICIAL OFFICER OF THE SUPERIOR COURT

Granted with Modifications
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
C. Curley, Deputy
1/20/2026 8:00:00 AM
Filing ID 21293701

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL; CITY OF GOODYEAR; MANUEL DELGADO; CARLA BASTIEN; BRIAN J. ISSITT; SANTIAGO RODRIGUEZ; STEVEN A. JOHNSON; SARAH ELEANOR BIRKEMEIER; LAURA KAINO; SHERI LAURITANO; WALLY CAMPBELL; BILL STIPP; BRANDON HAMPTON; VICKI GILLIS; BENITA BECKLES; TREY TERRY; JOSEPH PIZZILLO; WYNETTE REED; JUSTIN FAIR; ADAM TELLEZ, et al.,<br><br>Defendants. | Case No. CV2025-027997<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE OF THE GOODYEAR DEFENDANTS**<br><br>(Assigned to the Hon. David McDowell) |

This Court, having granted the Motion to Dismiss filed by Defendants Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry (the "Goodyear Defendants") by Order dated December 5, 2025, and good cause appearing:

IT IS ORDERED that the Goodyear Defendants are dismissed from this matter with prejudice.

IT IS ORDERED that there is no just reason for delay and this Judgment is entered under Rule 54(b), Ariz.R.Civ.P.

DATED: _____

_____
The Honorable David McDowell

- 1 -

# eSignature Page 1 of 1

Filing ID: 21293701   Case Number: CV2025-027997
Original Filing ID: 21127741

_____

**Granted with Modifications**



/S/ David McDowell Date: 1/16/2026
_____
Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2025-027997                SIGNATURE DATE: 1/16/2026

E-FILING ID #: 21293701                         FILED DATE: 1/20/2026 8:00:00 AM


CHARLES E TRULLINGER


ELAN MIZRAHI


EVELYN DUENAS


LARRY J CROWN


MICHELE MOLINARIO


NANCY M BONNELL


TYLER CAMPMAN


MARK-ROCK HIGGINS
10642 W SOUTHERN TOLLESON AZ 85353


DOCKET CV TX

Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
A. Villela, Deputy
1/20/2026 8:00:00 AM
Filing ID 21299739

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    EVELYN D. DUENAS (037586)
       CHARLES E. TRULLINGER (018936)
       Deputy County Attorneys
       evelyn.duenas@mcao.maricopa.gov
       trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, et. al.<br><br>Defendants. | NO. CV2025-027997<br><br>**MARICOPA COUNTY DEFENDANTS' PROPOSED FORM OF JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>(Honorable David McDowell) |

This matter came before the Court on Plaintiff's Complaint dated August 8, 2025, listing nearly 130 other individuals as defendants.

The Maricopa County Defendants include Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph

Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, Ashley Fitzwilliams, Deserae Aleethea Tucker, and Andrew Stefan Warianka (collectively referred to as "Maricopa County Defendants).

On October 10, 2025, Defendants Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, and Ashley Fitzwilliams filed a Motion to Dismiss.

On October 21, 2025, Plaintiff filed a response to Defendants' Motion to Dismiss.

On October 23, 2025, additional Maricopa County Defendants Deserae Aleethea Tucker and Andrew Stefan Warianka, joined the Motion to Dismiss filed by Maricopa County Defendants on October 10, 2025.

On October 27, 2025, Maricopa County Defendants filed a reply to Plaintiff's Response to Defendants' Motion to Dismiss.

On November 17, 2025, additional Maricopa County Defendant Gerard A. Sheridan joined the Motion to Dismiss filed by Maricopa County Defendants on October 10, 2025, and the Maricopa County Defendants' Reply filed on October 27, 2025.

The Court has received and considered Maricopa County Defendants' Motion to Dismiss, Reply, and has reviewed the entire record of proceedings in this matter.

2

On December 5, 2025, the Court granted Maricopa County Defendants Motion to Dismiss and dismissed all of the Maricopa County Defendants.

Based upon the foregoing findings, and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  Judgment is entered in favor of all Maricopa County Defendants and against Plaintiff with respect to Plaintiff's Complaint.

2.  The parties are to bear their own fees and costs.

3.  There being no just reason for delay, this Judgment is entered under Ariz. R. Civ. P. 54(b).

Dated this _____ day of _____, 2025.


_____
Honorable David McDowell

3

# eSignature Page 1 of 1

Filing ID: 21299739   Case Number: CV2025-027997
Original Filing ID: 21147819

_____

**Granted as Submitted**



/S/ David McDowell Date: 1/16/2026
Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2025-027997                    SIGNATURE DATE: 1/16/2026

E-FILING ID #: 21299739                       FILED DATE: 1/20/2026 8:00:00 AM

ELAN MIZRAHI                                  ANNA C YOUNG
                                              NO ADDRESS ON RECORD


EVELYN DUENAS                                 ARNOLD-NOEM KRISTI LYNN
                                              NO ADDRESS ON RECORD


MICHELE MOLINARIO                             ASHLEY FITZWILLIAMS
                                              NO ADDRESS ON RECORD


NANCY M BONNELL                               AXLUND BRET BERNARD
                                              NO ADDRESS ON RECORD


TYLER CAMPMAN                                 BLAKE KING
                                              NO ADDRESS ON RECORD


AARON WAYNE MAYVILLE                          BRET BERNARD AXLUND
NO ADDRESS ON RECORD                          NO ADDRESS ON RECORD


ALEXANDER MASHINSKY                           BRIAN JOHN ISSIT
NO ADDRESS ON RECORD                          NO ADDRESS ON RECORD


ANDREW GASTELUM                               BROOKE LESLIE ROLLINS
NO ADDRESS ON RECORD                          NO ADDRESS ON RECORD


ANDREW STEFAN WARIANKA                        CARLA JEWEL BASTEIN
NO ADDRESS ON RECORD                          NO ADDRESS ON RECORD


ANNA HUBERMAN                                 CATHY RIGGS
NO ADDRESS ON RECORD                          NO ADDRESS ON RECORD

CELE HANCOCK
NO ADDRESS ON RECORD

DESERAE ALEETHEA TUCKER
NO ADDRESS ON RECORD

CHRIS FRENCH
NO ADDRESS ON RECORD

DESERAE ALLETHEA TUCKER
NO ADDRESS ON RECORD

CHRIS MUELLER
NO ADDRESS ON RECORD

DOLORES JANETTE DOOLITTLE
NO ADDRESS ON RECORD

CHRISTOPHER C NANOS
NO ADDRESS ON RECORD

DONALD WATTS
NO ADDRESS ON RECORD

CRAIG WISMER
NO ADDRESS ON RECORD

DONALD JOHN TRUMP
NO ADDRESS ON RECORD

DEAN JOHN SAUCER
NO ADDRESS ON RECORD

DONNA JUNE MCQUALITY
NO ADDRESS ON RECORD

DEBBIE LESKO
NO ADDRESS ON RECORD

DOUGLAS JAMES BURGUM
NO ADDRESS ON RECORD

DEBORAH WILLIAMS
NO ADDRESS ON RECORD

DOUGLAS JOHN WOLF
NO ADDRESS ON RECORD

DEBRA D LUCAS
NO ADDRESS ON RECORD

EDDIE COOK
NO ADDRESS ON RECORD

DENNIS LEE ORENDER
NO ADDRESS ON RECORD

ELAISSIA SEARS
NO ADDRESS ON RECORD

FRANK JOSEPH BISIGNANO
NO ADDRESS ON RECORD

JENNIFER HERNANDEZ
NO ADDRESS ON RECORD

FRANK PARKER WOODS JR.
NO ADDRESS ON RECORD

JENNIFER JERMAINE
NO ADDRESS ON RECORD

FRED ARNETT
NO ADDRESS ON RECORD

JENNIFER SAMA
NO ADDRESS ON RECORD

GERALD A WILLIAMS
NO ADDRESS ON RECORD

JENNIFER TOTH
NO ADDRESS ON RECORD

GERALD ANTHONY SHEIDAN
NO ADDRESS ON RECORD

JENNIFER CHRISTINE PIFER
NO ADDRESS ON RECORD

HEIDI MARIE OWENS
NO ADDRESS ON RECORD

JOE B GETZWILLER
NO ADDRESS ON RECORD

I D TELLEZ
NO ADDRESS ON RECORD

JOHN I LOHR JR.
NO ADDRESS ON RECORD

IRISH CRAIG-THURSTON
NO ADDRESS ON RECORD

JOHN JOSEPH TUCHI
NO ADDRESS ON RECORD

JANET LOUISE YELLEN
NO ADDRESS ON RECORD

JOHN M ALLEN
NO ADDRESS ON RECORD

JEFFERY ROBERT FINE JR.
NO ADDRESS ON RECORD

JOHN W ERICKSON
NO ADDRESS ON RECORD

JON ALAN TITUS
NO ADDRESS ON RECORD

KEN CHEUVRONT
NO ADDRESS ON RECORD

JORDAN RAY
NO ADDRESS ON RECORD

KENNETH SEAN COUNTRYMAN
NO ADDRESS ON RECORD

JOSEPH GUZMAN
NO ADDRESS ON RECORD

KIMBERLY LEE
NO ADDRESS ON RECORD

JOSEPH PIZILLO
NO ADDRESS ON RECORD

KRISTA MICHELLE CARMAN
NO ADDRESS ON RECORD

JOSEPH P GOLDSTEIN
NO ADDRESS ON RECORD

KRISTEN LAYHEYA SHARIFI
NO ADDRESS ON RECORD

JUSTIN HEAP
NO ADDRESS ON RECORD

KRISTIN KAY MAYES
NO ADDRESS ON RECORD

KATE BROPHY MCGEE
NO ADDRESS ON RECORD

KRISTINE MEEHAN MASHINSKY
NO ADDRESS ON RECORD

KATHLEEN MARIE HOBBS
NO ADDRESS ON RECORD

KYLE JONES
NO ADDRESS ON RECORD

KAYELA WILLIS
NO ADDRESS ON RECORD

LEONORE DRIGGS
NO ADDRESS ON RECORD

KELLY GREGORIO
NO ADDRESS ON RECORD

LINDA WALLACE
NO ADDRESS ON RECORD

MANUEL O DELGADO JR.
NO ADDRESS ON RECORD

MICHAEL R BLUFF
NO ADDRESS ON RECORD

MARCO ANTONIO RUBIO
NO ADDRESS ON RECORD

MICHAEL WILLIAM KEMP
NO ADDRESS ON RECORD

MARK DANIELS
NO ADDRESS ON RECORD

MICHELE REAGAN
NO ADDRESS ON RECORD

MARK DANNELS
NO ADDRESS ON RECORD

MIREYA ARROYO
NO ADDRESS ON RECORD

MARK STEWART
NO ADDRESS ON RECORD

PAMELA JO BONDI
NO ADDRESS ON RECORD

MARK-ROCK HIGGINS
10642 W SOUTHERN TOLLESON AZ 85353

PAUL DAVID PETERSEN
NO ADDRESS ON RECORD

MATHEW LANE
NO ADDRESS ON RECORD

RACHEL GENDREAU
NO ADDRESS ON RECORD

MELISSA M ZABOR
NO ADDRESS ON RECORD

RANDY JEROME JUDD
NO ADDRESS ON RECORD

MICHAEL P MCCORD
NO ADDRESS ON RECORD

REBECCA RIOS
NO ADDRESS ON RECORD

MICHAEL PAUL MCGILL
NO ADDRESS ON RECORD

RHODES DAVID LEE
NO ADDRESS ON RECORD

ROBERT F KENNEDY
NO ADDRESS ON RECORD

STEVEN A JOHNSON
NO ADDRESS ON RECORD

ROSS TEEPLE
NO ADDRESS ON RECORD

STEVEN AARON YOUNG
NO ADDRESS ON RECORD

ROYCE T FLORA
NO ADDRESS ON RECORD

STEVEN JOHN SISNERO
NO ADDRESS ON RECORD

SARA ELEANOR BIRKEMEIER
NO ADDRESS ON RECORD

STEVEN MICHAEL GALLARDO
NO ADDRESS ON RECORD

SARAH K ALBRYCHT
NO ADDRESS ON RECORD

SUSAN WARD HARRIS
NO ADDRESS ON RECORD

SCOTT KENNETH HOMER BESSENT
NO ADDRESS ON RECORD

TERESA LOPEZ
NO ADDRESS ON RECORD

SERENA SERASSIO
NO ADDRESS ON RECORD

TERESA MEILI WELBORN
NO ADDRESS ON RECORD

SERENA COURTNEY POKRASS
NO ADDRESS ON RECORD

THOMAS FRANCIS GALVIN
NO ADDRESS ON RECORD

SHARRON SAULS
NO ADDRESS ON RECORD

THOMAS K KELLY
NO ADDRESS ON RECORD

SOPHIA PETRILLO
NO ADDRESS ON RECORD

TINA RAE AINLEY
NO ADDRESS ON RECORD

TONY GONZALES
NO ADDRESS ON RECORD

TYLER KISSELL
NO ADDRESS ON RECORD

WARREN PETERSEN
NO ADDRESS ON RECORD

WILLIAM HOLLIS LONG
NO ADDRESS ON RECORD

WILLIAM SCOTT BALES
NO ADDRESS ON RECORD

Granted with Modifications
***See eSignature page***

Corrected
by COSC per Court Order

Clerk of the Superior Court
*** Electronically Filed ***
M. Diaz, Deputy
2/2/2026 8:00:00 AM
Filing ID 21382962

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **MARK-ROCK HIGGINS,** | Case No. ~~CV 2025-005732~~ CV2025-027997 |
| **Plaintiff,** | **FINAL JUDGMENT** |
| **v.** | |
| **RACHEL HOPE MITCHELL, et al.,** | |
| **Defendants.** | |

The Court having reviewed and considered the Plaintiff's Complaint; the 72-page attached document; and Justice Ann Scott Timmer's and Retired Justice Robert Brutinel's (the "Justices") Motion to Dismiss ("Motion"), issued its ruling on December 5, 2025 granting the Motion and dismissing the Justices from the action (the "Ruling"). Based upon the Court's Ruling,

IT IS ORDERED granting Final Judgment in favor of the Justices, and against Plaintiff, and that Plaintiff shall take nothing from his Complaint against the Justices or on any claim asserted therein.

IT IS ORDERED that Plaintiff and the Justices shall bear their own fees and costs incurred in litigating this matter to the Superior Court.

IT IS ORDERED that this Judgment disposes of all claims and causes of action affecting the Justices in this matter and that there is no just reason for delay, and

therefore expressly directing the entry of judgment pursuant to Rule 54(b), Ariz. R. Civ. P., this Order is intended to be the final order and judgment as to all claims and causes of action affecting the Justices as alleged in this action.

DATED this _____ day of _____, 2026.


_____
The Honorable David McDowell
Judge of the Superior Court

2

# eSignature Page 1 of 1

Filing ID: 21382962   Case Number: CV2025-027997
Original Filing ID: 21255141

_____

**Granted with Modifications**



/S/ David McDowell Date: 1/30/2026
Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2025-027997                          SIGNATURE DATE: 1/30/2026

E-FILING ID #: 21382962                             FILED DATE: 2/2/2026 8:00:00 AM


ELAN MIZRAHI                                        ANNA C YOUNG
                                                    NO ADDRESS ON RECORD


EVELYN DUENAS                                       ARNOLD-NOEM KRISTI LYNN
                                                    NO ADDRESS ON RECORD


MICHELE MOLINARIO                                   ASHLEY FITZWILLIAMS
                                                    NO ADDRESS ON RECORD


NANCY M BONNELL                                     AXLUND BRET BERNARD
                                                    NO ADDRESS ON RECORD


TYLER CAMPMAN                                       BLAKE KING
                                                    NO ADDRESS ON RECORD


AARON WAYNE MAYVILLE                                BRET BERNARD AXLUND
NO ADDRESS ON RECORD                                NO ADDRESS ON RECORD


ALEXANDER MASHINSKY                                 BROOKE LESLIE ROLLINS
NO ADDRESS ON RECORD                                NO ADDRESS ON RECORD


ANDREW GASTELUM                                     CATHY RIGGS
NO ADDRESS ON RECORD                                NO ADDRESS ON RECORD


ANDREW STEFAN WARIANKA                              CELE HANCOCK
NO ADDRESS ON RECORD                                NO ADDRESS ON RECORD


ANNA HUBERMAN                                       CHRIS FRENCH
NO ADDRESS ON RECORD                                NO ADDRESS ON RECORD

CHRIS MUELLER
NO ADDRESS ON RECORD

DOLORES JANETTE DOOLITTLE
NO ADDRESS ON RECORD

CHRISTOPHER C NANOS
NO ADDRESS ON RECORD

DONALD WATTS
NO ADDRESS ON RECORD

CRAIG WISMER
NO ADDRESS ON RECORD

DONALD JOHN TRUMP
NO ADDRESS ON RECORD

DEAN JOHN SAUCER
NO ADDRESS ON RECORD

DONNA JUNE MCQUALITY
NO ADDRESS ON RECORD

DEBBIE LESKO
NO ADDRESS ON RECORD

DOUGLAS JAMES BURGUM
NO ADDRESS ON RECORD

DEBORAH WILLIAMS
NO ADDRESS ON RECORD

DOUGLAS JOHN WOLF
NO ADDRESS ON RECORD

DEBRA D LUCAS
NO ADDRESS ON RECORD

EDDIE COOK
NO ADDRESS ON RECORD

DENNIS LEE ORENDER
NO ADDRESS ON RECORD

ELAISSIA SEARS
NO ADDRESS ON RECORD

DESERAE ALEETHEA TUCKER
NO ADDRESS ON RECORD

FRANK JOSEPH BISIGNANO
NO ADDRESS ON RECORD

DESERAE ALLETHEA TUCKER
NO ADDRESS ON RECORD

FRANK PARKER WOODS JR.
NO ADDRESS ON RECORD

FRED ARNETT
NO ADDRESS ON RECORD

JENNIFER SAMA
NO ADDRESS ON RECORD

GERALD A WILLIAMS
NO ADDRESS ON RECORD

JENNIFER TOTH
NO ADDRESS ON RECORD

GERALD ANTHONY SHEIDAN
NO ADDRESS ON RECORD

JENNIFER CHRISTINE PIFER
NO ADDRESS ON RECORD

HEIDI MARIE OWENS
NO ADDRESS ON RECORD

JOE B GETZWILLER
NO ADDRESS ON RECORD

I D TELLEZ
NO ADDRESS ON RECORD

JOHN I LOHR JR.
NO ADDRESS ON RECORD

IRISH CRAIG-THURSTON
NO ADDRESS ON RECORD

JOHN JOSEPH TUCHI
NO ADDRESS ON RECORD

JANET LOUISE YELLEN
NO ADDRESS ON RECORD

JOHN M ALLEN
NO ADDRESS ON RECORD

JEFFERY ROBERT FINE JR.
NO ADDRESS ON RECORD

JOHN W ERICKSON
NO ADDRESS ON RECORD

JENNIFER HERNANDEZ
NO ADDRESS ON RECORD

JON ALAN TITUS
NO ADDRESS ON RECORD

JENNIFER JERMAINE
NO ADDRESS ON RECORD

JORDAN RAY
NO ADDRESS ON RECORD

JOSEPH GUZMAN
NO ADDRESS ON RECORD

KIMBERLY LEE
NO ADDRESS ON RECORD

JOSEPH PIZILLO
NO ADDRESS ON RECORD

KRISTA MICHELLE CARMAN
NO ADDRESS ON RECORD

JOSEPH P GOLDSTEIN
NO ADDRESS ON RECORD

KRISTEN LAYHEYA SHARIFI
NO ADDRESS ON RECORD

JUSTIN HEAP
NO ADDRESS ON RECORD

KRISTIN KAY MAYES
NO ADDRESS ON RECORD

KATE BROPHY MCGEE
NO ADDRESS ON RECORD

KRISTINE MEEHAN MASHINSKY
NO ADDRESS ON RECORD

KATHLEEN MARIE HOBBS
NO ADDRESS ON RECORD

KYLE JONES
NO ADDRESS ON RECORD

KAYELA WILLIS
NO ADDRESS ON RECORD

LEONORE DRIGGS
NO ADDRESS ON RECORD

KELLY GREGORIO
NO ADDRESS ON RECORD

LINDA WALLACE
NO ADDRESS ON RECORD

KEN CHEUVRONT
NO ADDRESS ON RECORD

MARCO ANTONIO RUBIO
NO ADDRESS ON RECORD

KENNETH SEAN COUNTRYMAN
NO ADDRESS ON RECORD

MARK DANIELS
NO ADDRESS ON RECORD

MARK DANNELS
NO ADDRESS ON RECORD

MIREYA ARROYO
NO ADDRESS ON RECORD

MARK STEWART
NO ADDRESS ON RECORD

PAMELA JO BONDI
NO ADDRESS ON RECORD

MARK-ROCK HIGGINS
10642 W SOUTHERN TOLLESON AZ 85353

PAUL DAVID PETERSEN
NO ADDRESS ON RECORD

MATHEW LANE
NO ADDRESS ON RECORD

RACHEL GENDREAU
NO ADDRESS ON RECORD

MELISSA M ZABOR
NO ADDRESS ON RECORD

RANDY JEROME JUDD
NO ADDRESS ON RECORD

MICHAEL P MCCORD
NO ADDRESS ON RECORD

REBECCA RIOS
NO ADDRESS ON RECORD

MICHAEL PAUL MCGILL
NO ADDRESS ON RECORD

RHODES DAVID LEE
NO ADDRESS ON RECORD

MICHAEL R BLUFF
NO ADDRESS ON RECORD

ROBERT F KENNEDY
NO ADDRESS ON RECORD

MICHAEL WILLIAM KEMP
NO ADDRESS ON RECORD

ROSS TEEPLE
NO ADDRESS ON RECORD

MICHELE REAGAN
NO ADDRESS ON RECORD

ROYCE T FLORA
NO ADDRESS ON RECORD

SARA ELEANOR BIRKEMEIER
NO ADDRESS ON RECORD

STEVEN MICHAEL GALLARDO
NO ADDRESS ON RECORD

SARAH K ALBRYCHT
NO ADDRESS ON RECORD

SUSAN WARD HARRIS
NO ADDRESS ON RECORD

SCOTT KENNETH HOMER BESSENT
NO ADDRESS ON RECORD

TERESA LOPEZ
NO ADDRESS ON RECORD

SERENA SERASSIO
NO ADDRESS ON RECORD

TERESA MEILI WELBORN
NO ADDRESS ON RECORD

SERENA COURTNEY POKRASS
NO ADDRESS ON RECORD

THOMAS FRANCIS GALVIN
NO ADDRESS ON RECORD

SHARRON SAULS
NO ADDRESS ON RECORD

THOMAS K KELLY
NO ADDRESS ON RECORD

SOPHIA PETRILLO
NO ADDRESS ON RECORD

TINA RAE AINLEY
NO ADDRESS ON RECORD

STEVEN A JOHNSON
NO ADDRESS ON RECORD

TONY GONZALES
NO ADDRESS ON RECORD

STEVEN AARON YOUNG
NO ADDRESS ON RECORD

TYLER KISSELL
NO ADDRESS ON RECORD

STEVEN JOHN SISNERO
NO ADDRESS ON RECORD

WARREN PETERSEN
NO ADDRESS ON RECORD

WILLIAM HOLLIS LONG
NO ADDRESS ON RECORD


WILLIAM SCOTT BALES
NO ADDRESS ON RECORD

Clerk of the Superior Court
*** Electronically Filed ***
02/05/2026 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          02/04/2026

                                                    CLERK OF THE COURT
HONORABLE DAVID MCDOWELL                                A. Patel
                                                        Deputy


MARK-ROCK HIGGINS                          MARK-ROCK HIGGINS
                                           10642 W SOUTHERN
                                           TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL, et al.               EVELYN DUENAS

                                           NANCY M BONNELL
                                           TYLER CAMPMAN
                                           ELAN MIZRAHI
                                           MICHELE MOLINARIO
                                           EDM-QC-CCC
                                           JUDGE MCDOWELL


**NUNC PRO TUNC ORDER**


On January 3, 2026 the Court signed a final judgment submitted by Defendant's Timmer rand Brutinel. Unfortunately, the proposed form of order submitted by counsel contained the wrong case number and the Court did not identify that error prior to entering the judgment. Because the judgment was entered through e-File it ended up in the correct case, but reflects the wrong case number.

**IT IS ORDERED** correcting *nunc pro tunc* the Final Judgment entered February 2, 2026 granting judgment in favor of Justice Ann Scott Timmer and Retired Justice Robert Brutinel to reflect the correct case number CV2025-027997 instead of CV2025-005732.

**IT IS FURTHER ORDERED** amending the Final Judgment filed February 2, 2026 docket code 139 to reflect the correct case number CV2025-027997 instead of CV2025-005732.

Docket Code 021                    Form J000                              Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              02/04/2026

The original Final Judgment not being in the Court's possession,

**IT IS FURTHER ORDERED** directing the Clerk's Office, EDM-QC personnel, to make the above-referenced amendment.

# ATTACHMENT 7

## Notice(s) of Appearance

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
10/1/2025 2:04:42 PM
Filing ID 20680186

Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:    480-483-9600
Facsimile:    480-483-3215
Emails:        lcrown@bss.law
                    elan@bss.law

*Attorneys for City of Goodyear Defendants*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARK ROCK-HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GOODYEAR; MANUEL DELGADO; CARLA BASTIEN; BRIAN J. ISSITT; SANTIAGO RODRIGUEZ; STEVEN A. JOHNSON; SARAH ELEANOR BIRKEMEIER; LAURA KAINO; SHERI LAURITANO; WALLY CAMPBELL; BILL STIPP; BRANDON HAMPTON; VICKI GILLIS; BENITA BECKLES; TREY TERRY; JOSEPH PIZZILLO; WYNETTE REED; JUSTIN FAIR; ADAM TELLEZ, et al.,<br><br>Defendants. | Case No. CV2025-027997<br><br><br>**GOODYEAR DEFENDANTS' MOTION TO DISMISS**<br><br><br>(Assigned to the Hon. Erik Thorson) |

Defendants City of Goodyear, Manuel Delgado, Carla Bastien, Brian J. Issitt, Santiago Rodriguez, Steven A. Johnson, Sarah Eleanor Birkemeier, Laura Kaino, Sheri Lauritano, Wally Campbell, Bill Stipp, Brandon Hampton, Vicki Gillis, Benita Beckles, Trey Terry, Joseph Pizzillo, Wynette Reed, Justin Fair, and Adam Tellez (collectively, "Goodyear Defendants"), some of whom are specially appearing and reserving service of process rights, by and through counsel undersigned and pursuant to Rules 12(b)(4), (5), and (6),

- 1 -

Ariz.R.Civ.P., hereby move this Court to issue its Order dismissing Plaintiff Mark Rock-Higgins' ("Plaintiff") Complaint with prejudice for the myriad reasons set forth below. This Motion is supported by the following Memorandum of Points and Authorities and this Court's record.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Plaintiff's Complaint appears to be a prolix, disjointed, incoherent manifesto directed at a pages-long list of largely public figure and public employee defendants who are listed as "privateers" and "pirates". The Complaint is incomprehensible, and it appears to suggest, based on arcane and archaic conspiracy theory-based concepts, that local laws do not apply to Plaintiff, so any official who has to deal with him in a law-enforcment capacity is violating his rights. Complaints of this nature, whether by "sovereign citizens", or "travelers", or other anti-government members of society, are routinely subject to dismissal due to their frivolous nature, and its complainants can be designated as vexatious litigants. Here, Plaintiff's Complaint bears every indicia of that type of lawsuit. On its face, it fails to state a claim upon which relief may be granted, so that reason alone is a basis for dismissal; and other grounds for dismissal include Plaintiff's failure to file a statutorily-mandated Notice of Claim, insufficient process, insufficient service of process, judicial immunity, prosecutorial immunity, and qualified immunity. These issues will be addressed below.

### II.    FAILURE OF SERVICE OF PROCESS

Counsel undersigned's law firm represents the individuals identified above as the Goodyear Defendants. They are all employees or agents of the City of Goodyear. Most of them have not been properly served with process; and as such, they specially appear here by this Motion, and they reserve their rights to challenge jurisdiction over them based upon insufficient process, insufficient service of process, or both. To date, Plaintiff has not filed with the Court any certificates regarding service of process. Nevertheless, the following chart outlines the status of service of process upon each of the Goodyear Defendants:

/ / /

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ  85255
480-483-9600

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ  85255
480-483-9600

| Name | Date | Service Status |
|---|---|---|
| Manuel O. Delgado Jr., City Judge | 09/11/2025 | Served |
| Carla Bastien, Hearing Officer, Judge Pro Tem | 09/11/2025 | Served |
| Brian J. Issitt, Police Chief | 09/11/2025 | Served |
| Santiago Rodriguez, former Police Chief | | Not served; insufficient service of process |
| Steven A. Johnson, Prosecutor | 09/11/2025 | Served |
| Sara Birkemeier, Prosecutor | 09/11/2025 | Served |
| Laura Kaino, Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Sheri Lauritano, former Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Wally Campbell, Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Bill Stipp, former Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Brandon Hampton, Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Vicki Gillis, Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Benita Beckles, Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Trey Terry, Council Member | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |
| Joseph Pizzillo, Mayor | 09/11/2025 | Served |
| Wynette Reed, City Manager | 08/13/2025 | Unknown individual left only Summons with Customer Relations person at City Hall who is not authorized to accept service of process; insufficient process and insufficient service of process |

| Justin Fair, former Deputy City Manager | | Not served; insufficient service of process |
|---|---|---|
| Adam Tellez, retired Police Officer | | Not served; insufficient service of process |

As set forth above, the only Goodyear Defendants who received service of process are Judge Delgado, Judge Bastian, Chief Bissit, Prosecutor Johnson, Prosecutor Birkemeier, and Mayor Pizzillo. The rest of the above-named Goodyear Defendants specially appear here and reserve all rights for dismissal for lack of jurisdiction under Rules 12(b)(4) and (5) based upon insufficient process and/or insufficient service of process.

## III.    FAILURE TO STATE A CLAIM

### A.    Failure of Pleading Standards

Plaintiff's Complaint is undecipherable as a pleading, and as such, it fails to state any claim upon which relief may be granted. While Rule 8(a), Ariz.R.Civ.P., only requires "a short and plain statement" of the claim, a complaint must state sufficient factual matters which, if accepted as true, state a cognizable claim for relief. *Balistreri v. Pacifica Police Dept.,* 901 F.2d 696 (9th Cir. 1990);[1] *Cullen v. Auto-Owners Ins. Co.,* 218 Ariz. 417, 189 P.3d 344 (2008). Legal conclusions and conclusory allegations are insufficient to state a claim. *Id.*

Under Rule 8, a claim must be stated clearly enough to enable a defendant to frame a responsive pleading. "A complaint having the factual elements of a cause of action present but scattered throughout the complaint and not organized into a single 'short and plain statement of the claim' may be dismissed for failure to satisfy Rule 8(a)." *Sparling v. Hoffman Constr. Co.,* 864 F.2d 635 (9th Cir. 1988). Indeed, lengthy complaints and the inclusion of unnecessary material, even when understandable, can be considered violative of Rule 8. *E.g., Hartz v. Friedman,* 919 F.2d 469 (7th Cir. 1990). "The significant burden on a defendant to answer, and on a court to decipher, such a lengthy document [over 200 pages]

---

[1] Arizona State Courts give great weight to the federal interpretations of the rules because Arizona has substantively adopted the Federal Rules of Civil Procedure. *Edwards v. Young,* 107 Ariz. 283, 486 P.2d 181 (1971)

BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 4 -

would normally warrant its dismissal." *Anser v. Ins. Servs., Inc. v. Albrecht,* 192 Ariz. 48, 960 P.2d 1159 (1998). Furthermore, threadbare recitals of the elements of a cause of action, conclusory statements, and labels and conclusions cannot suffice to satisfy Rule 8 or to withstand a Rule 12(b)(6) motion to dismiss. *United Brotherhood of Carpenters and Joiners of America v. Building and Construction Trades Dept., et al.,* 911 F.Supp.2d 1118 (Ed.Wash. 2012). A complaint is insufficient if it tenders naked assertions "devoid of further factual enhancement." *Gilmore v. DJO, Inc., et al.,* 663 F.Supp.2d 856 (D.Ariz. 2009).

A simple review of Plaintiff's Complaint yields the inevitable conclusion that its conclusory phrases, length, ambiguity, and undecipherable nature fail to meet the minimum standards of pleading allegations of fact to state a cognizable claim as required by Rule 8.

Additionally, Rule 8(a)(2) requires a pleading to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Here, Plaintiff's Complaint is devoid of any allegation forming a nexus between his undecipherable, conclusory allegations and any showing that he is entitled to relief. As such, this failure constitutes another basis by which his Complaint does not meet the minimum standards of pleading.

Lastly, Rule 8(a)(3) requires a demand for relief, and the relief must be articulate and also must be within this Court's jurisdiction to administer. Here, Plaintiff's prayer for relief is ambiguous and purports to seek remedies beyond the jurisdiction of this Court.

For the above reasons, Plaintiff's Complaint fails to meet the requirements of pleadings set forth in Rule 8, and as such, this Court should dismiss Plaintiff's Complaint under Rule 12(b)(6).

**B.    No Notice of Claim**

Pursuant to A.R.S. § 12-821.01, a claimant must serve a Notice of Claim complying with said statute before filing an action against a public entity. A.R.S. § 12-821.01 specifically requires a claimant who has a claim against a public entity or employee to file and serve the claim with a person authorized to accept service for the public entity or employee within 180 days after the cause of action accrues. The cause of action accrues when the claimant realizes the damages and knows or reasonably should have known the

BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

cause, source, act, event, instrumentality or condition which caused the damages. *Id.* Any claim that is not filed within 180 days after accruing is barred. *Id.; Salerno v. P.M. Espinosa,* 115 P.3d 626 (App. 2005). Once the Notice of Claim is filed and served, the claimant cannot file a lawsuit until either the claim is denied or sixty (60) days passes, whichever comes first. A.R.S. § 12-821.01(E); *Barth v. Cochise Cnty.,* 213 Ariz. 59, 138 P.3d 1186 (App. 2006).

The Arizona Legislature has defined the information needed to comprise a proper Notice of Claim against a public entity. *Deer Valley Unified School District v. Houser,* 214 Ariz. 293, 152 P.3d 490 (2007). The Notice of Claim must contain facts sufficient to permit the public entity to understand the basis on which liability is claimed. A.R.S. § 12-821.01. The Notice of Claim must also contain a specific amount for which the claim can be settled and the facts supporting that amount. *Id.* This is important to "allow the public [defendant] to investigate and assess liability, . . . permit the possibility of settlement prior to litigation, and . . . assist the public [defendant] in financial planning and budgeting. *See, Deer Valley* 214 Ariz. at 294 (citing *Falcon ex rel. Sandoval v. Maricopa County,* 213 Ariz. 525, 527 (2006 2nd); *Drew v. Prescott Unified School District,* 233 Ariz. 522, 526 (App. 2013) (explaining that the Notice of Claim statute permits a potential defendant to understand the specific amount for which it could avoid litigation); *Haab v. County of Maricopa,* 219 Ariz. 9 (App. 2008).

If a potential litigant fails to comply with the Notice of Claim statute or any of its requirements, the potential litigant's claims are legally barred and the failure to comply is fatal. A.R.S. § 12-821.01(A); *Deer Valley* 214 Ariz. at 294 (dismissing suit for claimant's failure to strictly comply with the Notice of Claim statute); *Pritchard v. State,* 163 Ariz. 427 (1990) (compliance with the Notice of Claim statute is a mandatory and essential prerequisite to suit); *Yahweh v. City of Phoenix,* 243 Ariz. 21 (App. 2017) (it is incumbent upon the claimant – not the public entity – to ensure full and strict compliance with the statute, and public entities are not duty-bound to assist claimants with statutory compliance).

- 6 -

Here, Plaintiff failed to file or serve a Notice of Claim upon any of the Goodyear Defendants prior to filing suit. This Court can take judicial notice of the absence of a Notice of Claim as a matter of public record pursuant to Evidentiary Rule 201(b). Since the filing and service of a proper Notice of Claim pursuant to A.R.S. § 12-821.01 is a statutory precondition to suit, Plaintiff's failure to file and serve a Notice of Claim upon Defendant prior to filing his Complaint requires this Court to dismiss it under Rule 12(b)(6).

## C.    Judicial Immunity

Absolute immunity is designed to allow government officials to avoid the expense and disruption of going to trial and is not merely a defense to liability. When a complaint alleges conduct by judges for their judicial acts, the doctrine of judicial immunity bars such claims due to absolute immunity "even when such acts are in excess of their judicial jurisdiction or are alleged to have been done maliciously or corruptly." *Acevedo v. Pima County Adult Prob. Dept.,* 142 Ariz. 319, 690 P.2d 38 (1984). The primary purpose of the doctrine is to assure that judges will perform their functions independently and without fear of personal consequences. *Id.* A determination of judicial immunity is a legal question for the court. *Lavit v. Superior Court,* 173 Ariz. 96, 839 P.2d 1141 (App. 1992).

By statute, A.R.S. § 12-820.01(A)(1) provides: "A public entity shall not be liable for acts and omissions of its employees constituting . . . the exercise of a judicial . . . function." Plaintiff references various court proceedings and rulings about which he apparently takes issue. To the extent these indecipherable allegations constitute actions arising from the exercise of judicial functions, they are subject to dismissal under absolute immunity.

Here, Plaintiff is suing Judges Delgado and Bastien for some unknown reason, but apparently because of their roles as judges. Judicial immunity squarely bars claims of this nature. As such, Plaintiff's Complaint is subject to dismissal under Rule 12(b)(6) for this additional reason.

## D.    Prosecutorial Immunity

Plaintiff is apparently suing Prosecutors Johnson and Birkemeier for matters involving the scope of their prosecutorial duties. To the extent Plaintiff alleges claims

BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ  85255
480-483-9600

BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

associated with Johnson's and Birkemeier's prosecution of him, the doctrine of prosecutorial immunity states prosecutors are absolutely immune from civil liability for actions taken in their official capacities. *State v. Superior Court in and for Maricopa County,* 186 Ariz. 294, 921 P.2d 697 (App. 1996). Johnson and Birkemeier are absolutely immune from such claims under the Civil Rights Act of 1971. *Imbler v. Pachtman,* 424 U.S. 409, 96 S.Ct. 984, 47 L.Ed.2d 128 (1976). Thus, to the extent Plaintiff asserts any claims associated with being prosecuted, those claims must be dismissed by the doctrine of prosecutorial immunity. Additionally, like the judges, prosecutors can be subject to absolute immunity under A.R.S. §12-820.01(A)(1).

### E.    Qualified Immunity

Alternatively, Plaintiff's claims against municipal employees for their discretionary functions are barred by Arizona's general common law immunity protecting public employees from simple negligence claims. *Hulstedt v. City of Scottsdale,* 15 884 F.Supp.2d 972 (D.Ariz. March 12, 2013), citing *Landeros v. City of Tucson,* 171 Ariz. 474, 831 P.2d 850 (App. 1992), *Clouse ex rel State,* 199 Ariz. 196, 204, 16 P.3d 757, 765 (2001), and *Marlowe v. Pinal Cty.,* 2008 WL 4264724 (D.Ariz. September 15, 2008). For example, *Landeros, supra*, held police officers' discretionary functions arising from their daily police work are subject to qualified immunity and cannot subject police to simple negligence claims: "As far as simple negligence is concerned, we believe the public interest mandates a rejection of such a tort." *See also, Spooner v. City of Phoenix,* 246 Ariz. 119, 435 P.3d 462 (App. 2018). This is another basis for dismissal.

### IV.    CONCLUSION

Plaintiff's Complaint fails to state a claim upon which relief may be granted, and he has failed to effectuate proper service of process upon most of the Goodyear Defendants. Accordingly, for the reasons discussed above,  Rule 12(b)(6) provides the mechanism for this Court to dismiss Plaintiff's defective Complaint, where he has failed meet the pleading requirements set forth in Rule 8, failed to follow the statutory Notice of Claim requirements set forth in A.R.S. § 12-821.01, and filed claims subject to immunities. Each of these reasons

provides this Court with a separate and independent basis to support the grant of this Motion. The Goodyear Defendants respectfully move this Court to issue its Order granting their Motion to Dismiss under Rule 12(b)(6) and dismissing Plaintiff's Complaint with prejudice. Additionally, unless Plaintiff can establish proper service of process, this Court can dismiss his Complaint under Rules 12(b)(4) and (5) as set forth in Section II above.

RESPECTFULLY SUBMITTED this  1st  day of October, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Elan S. Mizrahi*

Larry J. Crown
Elan S. Mizrahi
*Attorneys for Goodyear Defendants*

ORIGINAL of the foregoing filed electronically via AZTurboCourt on this  1st  day of October, 2025 with:

The Clerk of the Court
Maricopa County Superior Court

COPY of the foregoing mailed on this  1st  day of October, 2025 to:

Mark Rock-Higgins
10642 West Southern
Tolleson, AZ 85353

*Plaintiff Pro Per*

/s/ *Karin A. Meister*

8962-128

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 9 -

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
10/10/2025 3:41:19 PM
Filing ID 20740007

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    EVELYN D. DUENAS (037586)
       CHARLES E. TRULLINGER (018936)
       Deputy County Attorneys
       evelyn.duenas@mcao.maricopa.gov
       trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendant Rachel Mitchell*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| MARK-ROCK HIGGINS, | NO. CV2025-027997 |
|---|---|
| Plaintiff, | **MARICOPA COUNTY DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(4), 12(b)(5) AND 12(b)(6)** |
| v. | |
| RACHEL HOPE MITCHELL, | |
| Defendants. | (Honorable Erik Thorson) |

Without waiving personal jurisdiction and by making a special, not general, appearance to contest service of process and jurisdiction, Defendants Rachel Mitchell[1],

---

[1] Plaintiff filed an affidavit of service that Rachel Mitchell was served through delivery of documents to Dawn Valentine and administrative specialist located at 225 W. Madison St., 3rd Floor, Phoenix, AZ 85003. However, service is improper as the full Complaint was not served. *See Declaration of Dawn Valentine.*

Serena Pokrass, Justin Heap, Jerry Sheridan[2], John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens[3], Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama[4], Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, and Ashley Fitzwilliams (collectively referred to as "Maricopa County Defendants")[5], by and through undersigned counsel hereby move to dismiss Plaintiff's Complaint (Dkt. 1) pursuant to Arizona Rules of Civil Procedure 12(b)(4) for insufficient process, 12(b)(5) for insufficient service of process, and 12(b)(6) for failure to state a claim upon which relief can be granted. This motion is supported by the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   BACKGROUND

On August 8, 2025, Plaintiff Mark-Rock Higgins, proceeding *pro se*, filed a Complaint listing "Rachel Hope Mitchell, et. al." as a Defendant in the caption. (Dkt. 1). It is unclear who the additional defendants may be, however, Plaintiff appears to be

---

[2] No service of process effectuated for Jerry Sheridan. On August 14, 2025, a party delivered the summons to MCSO but did not identify themselves nor provide a copy of the Complaint.

[3] Plaintiff lists Heidi Owens, a Justice of the Peace, in his Complaint. However, when a Complaint alleges conduct by judges for their judicial acts, the doctrine of judicial immunity bars such claims due to absolute immunity. *Acevedo v. Pima County Adult Prob. Dept.*, 142 Ariz. 319, 321-322 (1984).

[4] Plaintiff lists Jennifer Hernandez and Jennifer Sama as two different defendants, but it appears to be the same individual.

[5] Serena Pokrass, Royce Flora, Paul Petersen, Kayela Willis, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, and Ashley Fitzwilliams have not been served.

attempting service on approximately 130 individuals listed on pages three (3) through twelve (12) on the Complaint, consisting of state and federal public officials, Judges, private attorneys, prosecutors, public defenders, Maricopa County employees, other county employees, and law enforcement officers. *Id*. Additionally, Plaintiff lists the nature of the action as "163 Master Bill of Lading."[6] *Id*. Along with the Complaint, Plaintiff filed a certificate that this case is not subject to arbitration, and an application for deferral or waiver of court fees or costs and consent to entry of judgment. (Dkt. 2, 5). On August 8, 2025, the Court granted the deferral of filing fees and costs. (Dkt. 4).

On August 11, 2025, Plaintiff filed a Motion for Alternative Service and Motion to Wave (sic) fees. (Dkt. 6). On August 21, 2025, the Court issued a minute entry noting that the Special Commissioner assigned to the case deferred filing fees indefinitely on August 8, 2025, and denied the motion for alternative service as Plaintiff has not shown that service via normal means is impracticable as required by Ariz. R. Civ. P. 4.1(k). (Dkt. 10). However, the Court waived fees for service of process by a sheriff, marshal, constable, or law enforcement agency. *Id*.

Plaintiff filed a Motion to Amend Mistake Master Bill of Lading on August 19, 2025, seemingly naming Jennifer E. Green and Joseph W. Malka in the caption. (Dkt. 9).

On August 27, 2025, Plaintiff filed "Amend Mistake Defendants" attempting to include additional defendants. (Dkt. 11).[7]

On October 1, 2025, an affidavit of service was filed for the following Maricopa County Defendants: Justin Daniel Heap, John M. Allen, Steven Gallardo, Thomas Francis Galvin, Kate Brophy McGee, Mark Stewart, Debbie Lesko. (Dkt. 15, 16, 17, 18, 19, 20, 21)

---

[6] There are no documents to support a claim for a bill of lading or reference regarding an enforceable contract between a shipper and carrier. Plaintiff does not allege that he was engaging in any form of commerce and appears to be claiming that he does not belong to the same constitutional systems as others. (Dkt. 1, p. 31-32).

[7] The additional defendants appear to be Yavapai County and Maricopa County Justices of the Peace and Judges, private attorneys and Clerks of the Court.

The Court docket does not reflect any issuance of summons nor affidavits of service for the other Maricopa County Defendants.

Plaintiff's Complaint fails to meet the procedural and substantive requirements necessary to sustain a legal cause of action. Plaintiff does not list Defendants in the caption, instead it appears that he has served a portion of the defendants listed on page three (3) of the Complaint on a document noting case number "USDC SDNY Case No. 22-cv-9714-LTS" in the heading.  Plaintiff's Complaint altogether fails to state a single cause of action or to clearly state the alleged violation he is seeking to redress in this action. As best as we can surmise, Plaintiff appears to be attempting to contest the business operations of Maricopa County employees and other jurisdictions, bringing into question the validity of the U.S. Constitution and attempting to delay or evade prosecution in his criminal case located at the White Tank Justice Court.[8]

**II.    LEGAL STANDARD**

A Complaint may be dismissed pursuant to Ariz. R. Civ. P. 12(b)(4) insufficient process, 12(b)(5) insufficient service of process, and 12(b)(6) failure to state a claim upon which relief can be granted.

Process is insufficient under Ariz. R. Civ. P. 12(b)(4) if there is a defect in the form of the complaint or summons. Among other things, the form of a summons must include the name of the court and the parties, be signed by the clerk and bear the Court's seal. Ariz. R. Civ. P. 4(b)(1).

Proper service of process is essential for the court to have jurisdiction over the Defendants. *Duckstein v. Wolf*, 230 Ariz. 227, 233, ¶ 18 (App. 2012). An action must be dismissed if the defendant has received insufficient service of process. Ariz. R. Civ. P. 12(b)(5). A court may consider materials outside the pleadings when determining whether

---

[8] Plaintiff's Complaint refers to the White Tank Justice Court case JC2025-106206-001 (Dkt. 1, p. 29-30). It appears that Plaintiff had a trial on October 3, 2025, where he was convicted.

service of process was proper. Ariz. R. Civ. P. 12(d); see *Gatecliff v. Great Republic Life Ins. Co.*, 154 Ariz. 502, 506 (App. 1987) (explaining that "a court may consider affidavits, depositions, and exhibits" when the defendant challenges the court's personal jurisdiction).[9] Here, declarations from Juanita Garza and Steve Procaccini confirm that the Maricopa County Board of Supervisors and Eddie Cook have not been properly served in this case, and, thus, is not subject to personal jurisdiction in this action.

Even if proper service had been completed, which it was not, reading the facts in the light most favorable to the Plaintiff, a complaint must be dismissed when it fails to state a claim, and, as a matter of law, the plaintiff is "not entitled to relief under any interpretation of the facts susceptible to proof." *Vortex Corp. v. Denkewicz*, 235 Ariz. 551, 556, ¶ 17 (App. 2014) (citation omitted). Ariz. R. Civ. P. 12(b)(6). A Complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Ariz. R. Civ. P. 8(a)(2). This requires that the Plaintiff allege facts sufficient to establish each element of the cause of action. A claim is facially plausible when it contains "factual content that allows the court to draw a reasonable inference" that the moving party is liable. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Even reading Plaintiff's Complaint in the light most favorable to him, his Complaint cannot survive dismissal because he fails to state a claim against Defendants upon which relief can be granted.

Although Plaintiff is representing himself in these proceedings, he is "held to the same familiarity with required procedures and the same notice of statutes and local rules as would be attributed to a duly qualified member of the bar." *Homecraft Corp. v. Fimbres*, 119 Ariz. 299, 301 (Ct. App. 1978). Because Plaintiff has failed to raise a Complaint over which the Court has subject matter jurisdiction, or which states a claim entitling him to relief, and he has failed to properly serve it on Defendants, his Complaint should be dismissed, with prejudice.

---

[9] Ariz. R. Civ. P. 80(c) allows sworn testimony to be proven by unsworn declarations made under penalty of perjury.

5

### III.    MARICOPA COUNTY DEFENDANTS HAVE NOT RECEIVED SUFFICIENT PROCESS AND THE COMPLAINT SHOULD BE DISMISSED UNDER RULE 12(b)(4)

Process is insufficient under Ariz. R. Civ. P. 12(b)(4) if there is a defect in the form of the complaint or summons. The purpose of process is to provide effective notice to the defendant that they are being called to court by the plaintiff to account for the allegations set forth in the Complaint. *Marks v. LaBerge*, 146 Ariz. 12, 15 (App. 1985). Notice is a requirement of the due process clauses of the United States and Arizona Constitutions. *Ronan v. First Nat'l Bank of Arizona*, 90 Ariz. 341, 348 (1962). Where service of process does not comply with the statutory requirements, the court does not obtain jurisdiction over the person. *Spudnuts, Inc. v. Lane*, 139 Ariz. 35 (App. 1984).

Here, both the Complaint and summons contain defects, thus, Plaintiff failed to provide sufficient process of service to the Maricopa County Defendants. In the Complaint, it is unclear who Plaintiff names as a Defendant other than Rachel Hope Mitchell because in the coversheet and body of Plaintiff's 82-page Complaint under case number "USDC SDNY 22-cv-9714 (LTS)," he lists approximately 130 individuals ranging from state and federal public officials, prosecutors, private counsel, public defenders, Maricopa County employees, other county employees and private parties.[10] The approximate 130 individuals do not appear to be named defendants. Plaintiff fails to set forth any allegations specifically for each individual defendant. Plaintiff does not comply with Rule 8 of the Ariz. R. Civ. P., which requires that the Complaint have a short and plaint statement of the grounds for the court's jurisdiction, short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for the relief sought.

The function of the summons is set out in Ariz. R. Civ. P. 4(b) and among other

---

[10]The header of the pages where Plaintiff lists "defendants" indicate case number "USDC SDNY Case No. 22-cv-9714-LTS" and it is unclear if those defendants are parties to the instant case, however, it appears that Plaintiff has attempted service on some of those individuals listed.

6

things it requires the name of the court and the parties to be directed to the party to be served, be signed by the clerk and bear the court's seal. Here, the summons issued to Thomas Galvin, Debbie Lesko, Kate Brophy McGee, Steven Gallardo, Serena Serassio, Eddie Cook, and Justin Heap have the court's seal and are stamped with the clerk's name but they are not signed by the clerk.

Thus, the Maricopa County Defendants have not received sufficient process pursuant to Ariz. R. Civ. P. 12(b)(4).

### IV.    MARICOPA COUNTY DEFENDANTS HAVE NOT RECEIVED SUFFICIENT SERVICE OF PROCESS AND THE COMPLAINT SHOULD BE DISMISSED UNDER RULE 12(b)(5)

Plaintiff has not complied with service of process requirements.  To effectuate proper service, a defendant must be served with a complete copy of the complaint and summons. Ariz. R. Civ. P. 4(a)(3). Service must be made by a sheriff, a sheriff's deputy, a constable, a constable's deputy, a private process server certified under the Arizona Code of Judicial Administration § 7-204 and Rule 4(e), or any other person specially appointed by the court. Ariz. R. Civ. P. 4(d). The burden to effect service is on the Plaintiff and if a defendant is not served with process within 90 days after the Complaint is filed, the court must dismiss the action without prejudice against the defendant. Ariz. R. Civ. P. 4(i). Failure to follow the statutory requirements for service leaves the Court without personal jurisdiction over the individual. *Postal Instant Press, Inc. v. Corral Restaurants, Inc.*, 187 Ariz. 487 (1997).

Here, service of process has not been completed. Undersigned counsel only learned that Maricopa County Defendants were not served a full copy of the Complaint through regular tracking of the Court docket. Plaintiff has not served a complete copy of the Complaint and summons. For example, the following individuals only received the summons and five (5) pages out of the 82-page Complaint: Thomas Galvin, Steven

7

Gallardo, Debbie Lesko, Kate Brophy McGee, Mark Stewart, and Justin Heap. See Declaration of Juanita Garza at ¶ 6.

Eddie Cook was served a summons and six (6) pages out of the 82-page Complaint. See Declaration of Steve Procaccini at ¶ 4.

Jerry Sheridan was not served at all. Rather, a copy of the summons without the Complaint was dropped off at Maricopa County Sheriff's Office. See Declaration of Cody Baker at ¶ 4.

Serena Serassio was not properly served because the Clerk of the Court is not authorized to accept service on behalf of Ms. Serassio. In addition, she only received five (5) pages of the 82-page Complaint. See Declaration of Ms. Serassio at ¶ 4.

According to the Court's Public Docket, Plaintiff has filed proof of service of the Complaint and summons with the Court for limited Maricopa County Defendants, as noted above. However, the affidavits of service state that a copy of the Summons, Civil Complaint, and Certificate of Compulsory Arbitration were served. However, full copies of the Complaint were not served. This clearly does not comport with the requirements for initiating a lawsuit under Arizona law. Ariz. R. Civ. P. 4(a)(3) and 4.1(b). Maricopa County Defendants do not waive service by raising these arguments as this case is subject to dismissal. Even if the Court could exercise personal jurisdiction over the Defendants, which it cannot, the Complaint should be dismissed based on the lack of subject matter jurisdiction over Plaintiff's purported claims.

**V.     PLAINTIFF HAS FAILED TO STATE COGNIZABLE CLAIMS AND THE COMPLAINT SHOULD BE DISMISSED UNDER RULE 12(b)(6).**

This Court should dismiss the case under Rule 12(b)(6) because Plaintiff's eighty-two (82) page Complaint is incoherent and fails to plead with proper specificity and clarity. A party must allege sufficient facts to state a cognizable claim for relief. *Cullen v. Auto-*

8

*Owners Ins. Co.*, 218 Ariz. 417, 189 P.3d 344 (2008). A proper complaint must provide a "short and plain statement" that establishes court's jurisdiction and the plaintiff's claim for relief. Ariz. R. Civ. P. Rule 8(a).

In this matter, the Complaint fails to state a claim upon which relief can be granted because Plaintiff fails to raise a single violation or cause of action against any Defendant. Plaintiff also does not state what wrongful conduct he alleges was done by each Defendant or when the alleged wrongful conduct occurred.  Under the Statement of Facts and Breach, Plaintiff lists four (4) cases out of the Southern District of New York, each brought by Plaintiff, that were each dismissed for failure to pay the fees required to file a civil action in the Court. [11] Additionally, Plaintiff refers to Maritime law, he questions the construction and validity of the Constitution of the United States, and among other things, notes his criminal case pending before the White Tanks Justice Court[12].

## VI.    PLAINTIFF FAILED TO SATISFY THE STATUTORY REQUIREMENTS OF A.R.S. § 12-821.01.

A.R.S. § 12-821.01(A) states:

> Persons who have claims against a public entity, public school or a public employee shall file claims with the person or persons authorized to accept service for the public entity, public school or public employee as set forth in the Arizona rules of civil procedure ***within*** one hundred eighty days after the cause of action accrues. The claim shall contain ***facts sufficient*** to permit the public entity, public school or public

---

[11] Plaintiff lists the following cases: (1) USDC SDNY case number 22-cv-9714, Higgins v. Blinken, et. al.; 2) USDC SDNY case number 22-cv-10801. Higgins v. Blinken, et. al.; 3) USDC SDNY case number 23-cv-1418 Scamp v. Blinken, et. al., 4) USDC SDNY case number 24-cv-3799 In Re: Brandan David Smith.

[12] White Tanks Justice Court case number JC2025-106206-001 where Serena Serassio is the prosecutor and is entitled to prosecutorial immunity. (Dkt. 1, p. 29-30).

employee to understand the basis on which liability is claimed.

(emphasis added).

"The notice of claim requirements in A.R.S. § 12-821.01 serve 'to allow the public entity to investigate and assess liability, to permit the possibility of settlement prior to litigation and to assist the public entity in financial planning and budgeting.'" *Falcon v. Maricopa County*, 213 Ariz. 525, 527 (2006) (internal citation omitted).

As to the notice of claim, "[c]ompliance with the notice provision of § 12-821.01(A) is a 'mandatory' and 'essential' prerequisite to such an action against a public entity or employee." *Salerno v. Espinoza*,115 P.3d 626, 628 (Ariz. Ct. App. 2005). Claims that do not comply with A.R.S. § 12-821.01(A) are statutorily barred." *Deer Valley Unified School Dist. No. 97 v. Houser*, 221 Ariz. 592, 295 (Ariz. Ct. App. 2009) (internal citation omitted); *see also* A.R.S. § 12-821.01(A) ("Any claim that is not filed within one hundred eighty days after the cause of action accrues is barred and no action may be maintained thereon.").

"A cause of action accrues when the damaged party realizes he or she has been damaged and knows or reasonably should know the cause, source, act, event, instrumentality or condition which caused or contributed to the damage." A.R.S. § 12-821.01(B).

Plaintiff's failure to state a cause of action and serve the notice of claim within 180 days of that cause of action requires dismissal. Strict compliance is required. Thus, Plaintiff's failure to timely serve a valid notice of claim on Maricopa County Defendants means the claim is barred and must be dismissed with prejudice.

## VII.    JUDICIAL IMMUNITY APPLIES.

The doctrine of judicial immunity states that judges are absolutely immune from damages lawsuits for their judicial acts, "even when such acts are in excess of their jurisdiction or are alleged to have been done maliciously or corruptly." *Acevedo v. Pima*

10

*County Adult Prob. Dep't*, 142 Ariz 319, 321-322 (1984). The primary purpose of the doctrine is to assure that judges will perform their functions independently and without fear of personal consequences. *Id.* Whether judicial immunity exists depends on whether the function performed was integral to the judicial process and that is a legal question for the court to decide. *Lavit v. Superior Court*, 173 Ariz. 96, 99 (App. 1992).

Here, Plaintiff named Heidi Owens, Maricopa County Justice of the Peace for White Tank Justice Court, who was the presiding judge in connection to Plaintiff's criminal case JC2025-106206-001. As a judicial officer, Judge Owens had the legal authority to oversee Plaintiff's criminal proceedings and make rulings as necessary. This is exactly the type of judicial function that is absolutely immune from liability.

## VIII.  PROSECUTORS ARE ABSOLUTELY IMMUNE.

Similarly, prosecutors are absolutely immune from liability for damages for their conduct in initiating a prosecution and in presenting the State's case" insofar as the as that conduct is "intimately associated with the judicial phase of the criminal process." *Buckley v. Fitzsimmons*, 509 U.S. 259, 270 (1993) (quotation omitted).  Absolute prosecutorial immunity is not simply a "defense to liability" it is "an immunity from suit." *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985); *See also Challenge, Inc., v. State ex rel. Corbin*, 138 Ariz. 200, 204 (App. 1983) (citing *Imbler v. Pachtman*, 424 U.S. 409, 422-23 (1976) (noting that absolute immunity is necessary to prevent unfounded litigation against prosecutors that would cause a deflection of his/her ability to perform his/her public duties and ability to exercise independence in his/her judgment.))

Here, Prosecutor Serena Serassio was acting in the course and scope of her official duties concerning the pursuit of criminal charges against Plaintiff in case number JC2025-106206-001 at White Tank Justice Court in Maricopa County.

///

///

11

## IX.    PLAINTIFF CANNOT CHALLENGE HIS CRIMINAL CONVICTION THROUGH A CIVIL LAWSUIT.

To the extent Plaintiff seeks to recover damages in a 42 U.S.C. §1983 suit or overturn his criminal conviction by alleging that various individuals, such as, judicial officers, prosecutors, attorneys, law enforcement personnel, and other defendant's in which he has come into contact with are responsible for unknown conduct that violated his Constitutional rights, his Complaint should be dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).   Under *Heck*, a § 1983 plaintiff is barred from seeking damages "for allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid," until the conviction for which he complains "has been reversed on direct appeal, expunged by executive order, declared invalid by an [authorized] state tribunal ..., or called into question by a federal court's issuance of a writ of habeas corpus." *Id*. at 486-87. Section 1983 actions are inappropriate vehicles for attacking the validity of a criminal conviction. *Id.* at 486.

Here, it appears that Plaintiff seems to be using litigation to delay or impinge the criminal proceedings initiated against him. Thus, because Plaintiff's conviction remains inviolate, his civil Complaint should be dismissed.

## X.    LEGISLATIVE IMMUNITY APPLIES TO THE MARICOPA COUNTY BOARD OF SUPERVISORS.

Legislative immunity is a common law doctrine that "bars criminal and civil liability for legislative acts." *State ex rel. Montgomery v. Mathis*, 231 Ariz. 103, 122 (App. 2012). Common law legislative immunity is "similar in origin and rationale" the constitutional immunity "accorded Congressmen" and state legislators "under the Speech or Debate Clause[s]" of the U.S. and Arizona State Constitutions. *Sup. Ct. of Va. V. Consumers Union of U.S., Inc.*, 446 U.S. 719, 732 (1980) (citing U.S. Const., art. 1, § 6, cl. 1); *Arizona Indep. Redistricting Comm'n v. Fields*, 206 Ariz. 130, 137 (App. 2003) (citing Arizona

12

Constitution, art. IV, Pt. 2, § 7). Courts have employed common law legislative immunity to ensure that "legislative function[s] . . . may be performed independently without fear of outside interference." *Sup. Ct. of VA.*, 446 U.S. at 732.

A.R.S. 12-820.01 provides for absolute immunity for public entities exercising legislative functions. The Maricopa County Board of Supervisors acts as the legislative authority of the county government pursuant to A.R.S. § 11-251.

Here, Maricopa County Defendants Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, and Steve Gallardo are the elected district supervisors that make up the Maricopa County Board of Supervisors. Plaintiff does not plead any facts specifically against the Board of Supervisors, however, they are entitled to legislative immunity in exercising their legislative powers.

## XI.    ARIZONA COMMON LAW IMMUNITY COVERS ALL OF THE REMAINING MARICOPA COUNTY DEFENDANTS.

Pursuant to Arizona common law, qualified immunity protects public officials from liability for their official acts "unless the official knew or should have known that he was acting in violation of established law or acted in reckless disregard of whether his activities would deprive another person of their rights." *Chamberlain v. Mathis*, 151 Ariz. 551, 558 (Ariz. 1986). A public official is entitled to immunity for his or her actions while engaging in an act that requires judgment or discretion (hence the qualified nature of the immunity). *Spooner v. City of Phoenix*, 246 Ariz. 119, 123-24, ¶¶ 9-11 (Ariz. Ct. App. 2018) ("Common law qualified immunity generally provides public officials, including police officers, limited protection from liability when 'performing an act that inherently requires judgment or discretion.'"). The reason for granting qualified immunity is described in *Chamberlain,* 151 Ariz. At 559, which says, "We believe the negative aspects of suits against public officials will be minimized if plaintiffs, instead of merely alleging subjective malice, are required to establish proof of *objective* malice." The purpose of

Arizona's discretionary act immunity is to preserve the "independence of action without deterrence or intimidation by the fear of personal liability and vexatious suits." *Spooner*, 246 Ariz. at 124, ¶ 9 (citing Restatement (Second) of Torts § 895D cmt. b). "The doctrine thus gives ample room for mistaken judgments by protecting all but the plainly incompetent or those who knowingly violate the law." *Id*.

Although there are no specific allegations against any Maricopa County Defendant, since Plaintiff's lawsuit is seemingly related to criminal proceedings against him, all of the actions of the Maricopa County Defendants would be entitled to qualified immunity.

## XII.    THE COMPLAINT CANNOT BE CURED BY AMENDMENT.

"Dismissal of a pro se complaint without leave to amend is proper only if it is absolutely clear that the deficiencies of the complaint cannot be cured by amendment." *Shucker v. Rockwood*, 846 F.2d 1201, 1203-04 (9th Cir. 1988) (internal quotation marks and citation omitted).

Here, the Complaint is devoid of non-conclusory factual allegations supporting Plaintiff's claims and is riddled with delusional, irrational and incredible allegations. For example, Plaintiff avers in the Complaint that he is a "Moor irish beneficiary Nobel, a Emperor, God, Master Mason, Merchant, Admiral, Piloter, Seaman, Mariner, Shereef, Consul, High Priest, Consul, Ambassador at Large." (Dkt. 1 at 13). Plaintiff's Complaint lacks an arguable basis in law and amendment cannot cure this fatal deficiency.

## XIII.   CONCLUSION

Due to the foregoing reason and because Plaintiff's Complaint cannot be cured by amendment or proper service, without waiving personal jurisdiction and by making a special, not general, appearance, Maricopa County Defendants request that the Complaint be dismissed with prejudice.

14

**RESPECTFULLY SUBMITTED** this 10th day of October, 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Evelyn D. Duenas*
    EVELYN D. DUENAS
    Deputy County Attorney
    *Attorneys for Defendant Rachel Mitchell*

**E-Filed** this 10th day of October 2025, and emailed to:

Honorable Erik Thorson
Superior Court Judge
jamie.ferniza@jbazmc.maricopa.gov

**COPY** mailed to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7@icloud.com

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\RM\2025\Higgins v Mitchell 2025-3741\Pleadings\Word\MTD\MTD Final.docx

15

# ATTACHMENT 1
Declaration of Dawn Valentine

DECLARATION UNDER PENALTY OF PURJURY OF DAWN VALENTINE

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

I declare under penalty of perjury that the following statements are true to the best of my knowledge, information and belief:

1.    My name is Dawn Valentine. I am over 18 years of age, and I am competent to testify.

2.    I am employed by Maricopa County as an Administrative Specialist, located in the Maricopa County Attorney's Office at 225 W. Madison St., Phoenix, AZ 85003.

3.    I am authorized to accept service of process for legal documents such as summons and complaints, on behalf of the Maricopa County Custodian of Records since that custodian was out of the office on September 12, 2025.

4.    On September 12, 2025, I accepted service on behalf of Rachel Mitchell which was served on the Maricopa County Custodian of Records at the Maricopa County Attorney's Office. The summons and complaint that I was served consisted of a total of eight (8) pages. Two (2) of those pages were the summons, five (5) were the Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

5.    After accepting service, I scanned the document into our records request tracking system and then emailed it to the Custodian of Records.

6.    I declare under penalty of perjury that the foregoing is true and correct to

1

the best of my knowledge and is pursuant to Arizona Rule of Civil Procedure 80 (c).

Dated this _____7th_____ day of October, 2025.

_____
Dawn Valentine

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
10/23/2025 3:30:25 PM
Filing ID 20816504

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     EVELYN D. DUEÑAS (037586)
        CHARLES E. TRULLINGER (018936)
        Deputy County Attorneys
        evelyn.duenas@mcao.maricopa.gov
        trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendant Rachel Mitchell,
Deserae Tucker, and Andrew Warianka*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>                    Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL,<br><br>                    Defendants. | NO. CV2025-027997<br><br>**MARICOPA COUNTY DEFENDANTS DESERAE ALEETHEA TUCKER AND ANDREW STEFAN WARIANKA'S JOINDER TO MARICOPA COUNTY DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(4), 12(b)(5) AND 12(b)(6)**<br><br>(Honorable David McDowell) |

Without waiving personal jurisdiction and by making a special, not general, appearance to contest service of process and jurisdiction, Maricopa County Defendants

Deserae Aleethea Tucker and Andrew Stefan Warianka, hereby join the Motion to Dismiss filed by Maricopa County Defendants on October 10, 2025.

In addition to the fact that the Complaint fails to state a claim, neither Deserae Aleethea Tucker nor Andrew Stefan Warianka were served properly or the full Complaint. Their names do not appear in the Complaint. Both Deserae Aleethea Tucker and Andrew Stefan Warianka are Pro Tem Judges and the doctrine of judicial immunity applies as argued in the Motion to Dismiss.

**RESPECTFULLY SUBMITTED** this 23rd day of October, 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Evelyn D. Dueñas*
EVELYN D. DUEÑAS
CHARLES E. TRULLINGER
Deputy County Attorney
*Attorneys for Defendant Rachel Mitchell, Deserae Tucker, and Andrew Warianka*

**E-Filed** this 23rd day of October 2025,
and emailed to:

Honorable David McDowell
Superior Court Judge
shelby.beard@jbazmc.maricopa.gov

**COPY** mailed to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7@icloud.com

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\RM\2025\Higgins v Mitchell 2025-3741\Pleadings\Word\MTD\Joinder to MTD.docx

2

# ATTACHMENT 2
Declaration of Juanita Garza

DECLARATION UNDER PENALTY OF PURJURY OF JUANITA GARZA, CLERK OF
THE MARICOPA COUNTY BOARD OF SUPERVISORS

STATE OF ARIZONA              )
                              ) ss.
COUNTY OF MARICOPA            )

I declare under penalty of perjury that the following statements are true to the best of my knowledge, information and belief:

1.    My name is Juanita Garza. I am over 18 years of age, and I am competent to testify.

2.    I am employed by Maricopa County as the Clerk of the Board of Supervisors, located at 301 W. Jefferson St., Phoenix, AZ 85003.

3.    I am authorized to accept service of process for legal documents such as summons and complaints, on behalf of the Board of Supervisors.

4.    On September 12, 2025, I accepted service on behalf of Steven Gallardo, Debbie Lesko, Mark Stewart, Kate Brophy McGee and Thomas Galvin

5.    The aforementioned summons and complaints were served on Clerk of the Maricopa County Board of Supervisors by the Maricopa County Sheriff's Office. Deputy Sheriff Cota, badge number S1818 served the summons and complaints.

6.    The summons and complaint that I was served on behalf of Steven Gallardo consisted of a total of eight (8) pages. Two (2) of those pages were the summons, five (5) were Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

7.    The summons and complaint that I was served on behalf of Debbie Lesko consisted of a total of eight (8) pages. Two (2) of those pages were the summons, five (5) were Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

1

8.    The summons and complaint that I was served on behalf of Mark Stewart consisted of a total of eight (8) pages. Two (2) of those pages were the summons, five (5) were Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

9.    The summons and complaint that I was served on behalf of Kate Brophy McGee consisted of a total of eight (8) pages. Two (2) of those pages were the summons, five (5) were Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

10.    The summons and complaint that I was served on behalf of Thomas Galvin consisted of a total of eight (8) pages. Two (2) of those pages were the summons, five (5) were Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

11.    After accepting service, the documents are date and time stamped, logged, scanned and uploaded into OnBase claims cabinet (note: if the same document is served on all five Board members only one copy is scanned and saved). A memo along with a copy of all the documents received on that day is prepared and sent to MCAO and Risk Management via email. All the original hard copies are sent to MCAO only.

12.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and is pursuant to Arizona Rule of Civil Procedure 80 (c).

Dated this 24th day of September, 2025.

_____
Juanita Garza
Clerk of the Board of Supervisors

2

# ATTACHMENT 3
Declaration of Steve Procaccini

DECLARATION UNDER PENALTY OF PERJURY OF STEVE PROCACCINI

STATE OF ARIZONA       )
                          ) ss.
COUNTY OF MARICOPA    )

I declare under penalty of perjury that the following statements are true to the best of my knowledge, information and belief:

1.     My name is Steve Procaccini. I am over 18 years of age, and I am competent to testify.

2.     I am employed by Maricopa County as a Clerk III at the Maricopa County Assessor's Office, Litigation Division, located at 301 W. Jefferson St., Phoenix, AZ 85003.

3.     I am authorized to accept service of process for legal documents such as summons and complaints on behalf of the Maricopa County Assessor's Office.

4.     On September 19, 2025, I accepted service of a summons and complaint on behalf of Eddie Cook, which was served on the Maricopa County Assessor's Office by the Maricopa County Sheriff's Office. The summons and complaint that I was served consisted of a total of nine (9) pages. Two (2) of those pages were the summons, six (6) were Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

5.     After receipt, I created and added the summons and complaint to a new "Summons Intake Log" and left the hard copy on the desk of Peter Muthig, the Director of Legal Affairs for the Maricopa County Assessor's Office.

6.     I declare under penalty of perjury that the foregoing is true and correct to

1

the best of my knowledge and is pursuant to Arizona Rule of Civil Procedure 80 (c).

Dated this ____25 th____ day of September, 2025.

Steve Procaccini

# ATTACHMENT 4
Declaration of Cody Baker

DECLARATION UNDER PENALTY OF PURJURY OF CODY BAKER

STATE OF ARIZONA         )
                            ) ss.
COUNTY OF MARICOPA    )

I declare under penalty of perjury that the following statements are true to the best of my knowledge, information and belief:

1.     My name is Cody Baker. I am over 18 years of age, and I am competent to testify.

2.     I am employed by Maricopa County Sheriff's Office Administrative Services Division as the Senior Supervisor and Operations Analysists in the Public Records and Request Management Section.

3.     Only the Public Records and Request Management Section ("PRRM"), formerly known as the Legal Liaison Section ("LLS"), is authorized to accept service of process for legal documents such as summons and complaints, served on Sheriff Jerry Sheridan, so long as he is employed with Maricopa County at the time of service.

4.     On August 14, 2025, at or about 2:40 p.m., a party, who did not provide their process server card stating their name, title, and badge number, dropped off a copy of the summons addressed to Sheriff Sheridan for case number CV2025-027997 to Legal Liaison Valencia B5545. The unknown party did not provide a copy of the Complaint.

5.     On October 7, 2025, I checked our database for any Summons and Complaints that were received prior to October 7, 2025. Sheriff Sheridan has not been served a summons or Complaint in relation to case number CV2025-027997.

1

6.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and is pursuant to Arizona Rule of Civil Procedure 80 (c).

Dated this _____7th_____ day of October, 2025.

*Cody Baker*
_____
Cody Baker

# ATTACHMENT 5
Declaration of Serena Serassio

DECLARATION UNDER PENALTY OF PURJURY OF SERENA SERASSIO

STATE OF ARIZONA                    )
                                    ) ss.
COUNTY OF MARICOPA                  )

I declare under penalty of perjury that the following statements are true to the best of my knowledge, information and belief:

1.     My name is Serena Serassio. I am over 18 years of age, and I am competent to testify.

2.     I am employed by Maricopa County as the Assistant Bureau Chief of the Misdemeanor and Juvenile Crimes Division in the Justice Court West.

3.     Only the Public Records & Request Management Section ("PRRM"), formerly known as the Legal Liaison Section ("LLS"), is authorized to accept service of process for legal documents such as summons and complaints, served on me, so long as I am employed by Maricopa County Attorney's Office ("MCAO") at the time of service.

4.     On September 11, 2025, at or about 10:10 a.m., Angela Celestino, a clerk at White Tank Justice Court e-mailed me that a detective from Maricopa County Sheriff's Office ("MCSO") was looking for me to serve a summons from Mark Higgins and that he dropped it off with her to give to me. He dropped off a total of eight (8) pages. Two (2) of those pages were the summons, five (5) were Complaint with case number CV2025-027997 and one (1) page was the Certificate of Compulsory Arbitration.

1

5.    On September 11, 2025, at approximately 10:49 a.m., I responded to Angela Celestino that she is not authorized to accept service on my behalf but at that time the MCSO detective had already left and did not leave his business card.

6.    When I arrived at White Tank Justice Court, I checked with security to see if the MCSO detective had checked in. The MCSO detective that served the Summons and Complaint to the clerk was D. Joya Badge #11739.

7.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and is pursuant to Arizona Rule of Civil Procedure 80 (c).

Dated this _____ day of October, 2025.

_____
Serena Serassio

2

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    EVELYN D. DUENAS (037586)
       CHARLES E. TRULLINGER (018936)
       Deputy County Attorneys
       evelyn.duenas@mcao.maricopa.gov
       trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendant Rachel Mitchell*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL,<br><br>Defendants. | NO. CV2025-027997<br><br>**MARICOPA COUNTY DEFENDANTS' GOOD FAITH CONSULTATION CERTIFICATE REGARDING MOTION TO DISMISS**<br><br>(Honorable Erik Thorson) |

Pursuant to Rule 7.1(h), Arizona Rules of Civil Procedure, Defendants Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller,

Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, and Ashley Fitzwilliams (collectively referred to as "Maricopa County Defendants"), by and through undersigned counsel, certify that, prior to filing Defendants' Motion to Dismiss under Rule 12(b)(6), Ariz.R.Civ.P. undersigned counsel attempted to confer with Plaintiff regarding the issues asserted in the accompanying Motion to Dismiss. However, the parties were unable to confer.

**RESPECTFULLY SUBMITTED** this 10th day of October, 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Evelyn D. Duenas*
      EVELYN D. DUENAS
      Deputy County Attorney
      *Attorneys for Defendant Rachel Mitchell*

2

**E-Filed** this 10th day of October 2025, and emailed to:

Honorable Erik Thorson
Superior Court Judge
jamie.ferniza@jbazmc.maricopa.gov

**COPY** mailed to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7@icloud.com

/s/ *A. Moreno*

S:\CIVIL\CIV\Matters\RM\2025\Higgins v Mitchell 2025-3741\Pleadings\Word\MTD\Good Faith Consultation Certificate.docx

3

# ATTACHMENT 1
Email String to Plaintiff

| | |
|---|---|
| **From:** | Evelyn Duenas (MCAO) |
| **Sent:** | Wednesday, October 8, 2025 12:58 PM |
| **To:** | 'Rockzz7@icloud.com' |
| **Cc:** | Charles Trullinger (MCAO) |
| **Subject:** | RE: Higgins v. Mitchell CV2025-027997 |

Good afternoon Mr. Higgins,

I am just following up on my e-mail below. We have not heard from you to schedule a time to confer prior to filing the motion to dismiss. Please let us know when you are available for a phone call either today or tomorrow, Thursday, October 9, 2025. If we do not hear from you, we will be filing our motion to dismiss on Friday morning.

Thank you and I hope you have a nice day.


**Evelyn D. Dueñas**
Deputy County Attorney
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Ave.
Phoenix, AZ 85003
Teams Office Number: 602-372-0008
Cell Phone: 480-640-4532
evelyn.duenas@mcao.maricopa.gov

NOTICE OF CONFIDENTIALITY: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or by telephone (noted above), and permanently delete the original and any copy of any e-mail, any attachments, and any printout thereof. Thank you for your cooperation with respect to this matter.

**From:** Evelyn Duenas (MCAO)
**Sent:** Monday, October 6, 2025 4:14 PM
**To:** Rockzz7@icloud.com
**Cc:** Charles Trullinger (MCAO) <trullinc@mcao.maricopa.gov>
**Subject:** Higgins v. Mitchell CV2025-027997

Hello Mr. Higgins,

Without waiving personal jurisdiction we will be representing the Maricopa County Defendants identified in this case. We are planning on filing a motion to dismiss based on Arizona Rules of Civil Procedure 12(b)(4) for insufficient process, 12(b)(5) for insufficient service of process, and 12(b)(6) for failure to state a claim upon which relief can be granted. Pursuant to Arizona Rules of Civil Procedure 7.1(h) and 12(j), we would like to schedule a time to confer with you beforehand. What are some dates and times this week that you are available for a telephone call?

1

Thank you,



**Evelyn D. Dueñas**
Deputy County Attorney
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Ave.
Phoenix, AZ 85003
Teams Office Number: 602-372-0008
Cell Phone: 480-640-4532
evelyn.duenas@mcao.maricopa.gov

NOTICE OF CONFIDENTIALITY: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or by telephone (noted above), and permanently delete the original and any copy of any e-mail, any attachments, and any printout thereof. Thank you for your cooperation with respect to this matter.

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
10/10/2025 3:23:46 PM
Filing ID 20739792

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    EVELYN D. DUENAS (037586)
       CHARLES E. TRULLINGER (018936)
       Deputy County Attorneys
       evelyn.duenas@mcao.maricopa.gov
       trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendant Rachel Mitchell*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>         Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL,<br><br>         Defendants. | NO. CV2025-027997<br><br>**NOTICE OF SPECIAL APPEARANCE FOR MARICOPA COUNTY DEFENDANTS' FOR MOTION TO DISMISS PURSUANT TO RULES 12(b)(4), 12(b)(5) AND 12(b)(6)**<br><br>(Honorable Erik Thorson) |

Without waiving personal jurisdiction and by making a special, not general, appearance to contest service of process and jurisdiction. Defendants Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark

Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, and Ashley Fitzwilliams (collectively referred to as "Maricopa County Defendants"), by and through undersigned counsel, hereby makes a special appearance as Attorney for Maricopa County Defendants to notify the court that process of service has not been properly effectuated on any Maricopa County Defendant.

**RESPECTFULLY SUBMITTED** this 10th day of October, 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Evelyn D. Duenas*
    EVELYN D. DUENAS
    Deputy County Attorney
    *Attorneys for Defendant Rachel Mitchell*

2

**E-Filed** this 10th day of October 2025, and emailed to:

Honorable Erik Thorson
Superior Court Judge
jamie.ferniza@jbazmc.maricopa.gov

**COPY** mailed to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7@icloud.com

/s/ *A. Moreno*

S:\CIVIL\CIV\Matters\RM\2025\Higgins v Mitchell 2025-3741\Pleadings\Word\MTD\Notice of Special Appearance.docx

3

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
10/23/2025 3:30:25 PM
Filing ID 20816504

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     EVELYN D. DUEÑAS (037586)
        CHARLES E. TRULLINGER (018936)
        Deputy County Attorneys
        evelyn.duenas@mcao.maricopa.gov
        trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendant Rachel Mitchell,*
*Deserae Tucker, and Andrew Warianka*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>        Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL,<br><br>        Defendants. | NO. CV2025-027997<br><br>**MARICOPA COUNTY DEFENDANTS DESERAE ALEETHEA TUCKER AND ANDREW STEFAN WARIANKA'S JOINDER TO MARICOPA COUNTY DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(4), 12(b)(5) AND 12(b)(6)**<br><br>(Honorable David McDowell) |

Without waiving personal jurisdiction and by making a special, not general, appearance to contest service of process and jurisdiction, Maricopa County Defendants

Deserae Aleethea Tucker and Andrew Stefan Warianka, hereby join the Motion to Dismiss filed by Maricopa County Defendants on October 10, 2025.

In addition to the fact that the Complaint fails to state a claim, neither Deserae Aleethea Tucker nor Andrew Stefan Warianka were served properly or the full Complaint. Their names do not appear in the Complaint. Both Deserae Aleethea Tucker and Andrew Stefan Warianka are Pro Tem Judges and the doctrine of judicial immunity applies as argued in the Motion to Dismiss.

**RESPECTFULLY SUBMITTED** this 23rd day of October, 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Evelyn D. Dueñas*
EVELYN D. DUEÑAS
CHARLES E. TRULLINGER
Deputy County Attorney
*Attorneys for Defendant Rachel Mitchell, Deserae Tucker, and Andrew Warianka*

**E-Filed** this 23rd day of October 2025,
and emailed to:

Honorable David McDowell
Superior Court Judge
shelby.beard@jbazmc.maricopa.gov

**COPY** mailed to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7@icloud.com

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\RM\2025\Higgins v Mitchell 2025-3741\Pleadings\Word\MTD\Joinder to MTD.docx

2

Clerk of the Superior Court
*** Electronically Filed ***
M. Saldana, Deputy
11/17/2025 10:00:49 AM
Filing ID 20952386

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    EVELYN D. DUEÑAS (037586)
       CHARLES E. TRULLINGER (018936)
       Deputy County Attorneys
       evelyn.duenas@mcao.maricopa.gov
       trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| MARK-ROCK HIGGINS, | NO. CV2025-027997 |
|---|---|
| Plaintiff, | **MARICOPA COUNTY DEFENDANT GERARD A. SHERIDAN'S JOINDER TO MARICOPA COUNTY DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(4), 12(b)(5) AND 12(b)(6) AND REPLY** |
| v. | |
| RACHEL HOPE MITCHELL, | |
| Defendants. | |
| | (Honorable David McDowell) |

Without waiving personal jurisdiction and by making a special, not general, appearance to contest service of process and jurisdiction, Maricopa County Defendants Gerard A. Sheridan, hereby join the Motion to Dismiss filed by Maricopa County

Defendants on October 10, 2025, and the Reply filed on October 27, 2025.

In addition to the fact that the Complaint fails to state a claim as argued in the Motion to Dismiss, Sheriff Sheridan was served on November 12, 2025, however service was not proper. Sherriff Sheridan was also not served the full Complaint. Sheriff Sheridan was only served twelve(12) pages, which included the following: a certificate of Service by Constable Darlene Martinez, a form from Maricopa Superior Court Form CVC26p-100317, four (4) pages of the summons, four (4) pages of the Complaint, a single page of the Certificate of Compulsory Arbitration, and a single page referencing a "Master Bill of Lading (Amended II)."

**RESPECTFULLY SUBMITTED** this 17th day of November, 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Evelyn D. Dueñas*
EVELYN D. DUEÑAS
CHARLES E. TRULLINGER
Deputy County Attorney
*Attorneys for Defendant Rachel Mitchell, Deserae Tucker, and Andrew Warianka*

2

**E-Filed** this 17th day of November 2025, and emailed to:

Honorable David McDowell
Superior Court Judge
shelby.beard@jbazmc.maricopa.gov

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Nancy.bonnell@azag.gov
*Attorneys for Justices Ann Scott Timmer*
*And Robert Brutinel (retired)*

Larry J. Crown
Elan S. Mizrahi
Brueckner Spitler Shelts PLC
8355 E. Hartford Dr.
Suite 200
Scottsdale, AZ 85255
lcrown@bss.law
elan@bss.law
*Attorneys for Goodyear Defendants*

**COPY** mailed to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7@icloud.com
*Plaintiff Pro Se*

/s/ *A. Moreno*

S:\CIVIL\CIV\Matters\RM\2025\Higgins v Mitchell 2025-3741\Pleadings\Word\MTD\Sheridan Joinder to MTD 171125.docx

3

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
11/24/2025 2:29:27 PM
Filing ID 20998133

Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants Cochise County Sheriff
Mark Dannels and Randy Judd

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS in personam,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, et al.,<br><br>Defendants. | NO. CV2025-027997<br><br>**DEFENDANTS SHERIFF DANNELS AND JUSTICE OF THE PEACE JUDD'S NOTICE OF LIMITED APPEARANCE MOTION TO DISMISS**<br><br>(Assigned to the Honorable Erik Thorson) |

Defendants, Cochise County Sheriff Mark Dannels and Cochise County Justice of the Peace Randy Judd, provide notice of their limited appearance for the sole purpose of moving to dismiss Plaintiff's Complaint pursuant to Arizona Rules of Civil Procedure 12(b)(2) and (4) for issues relating to Plaintiff's alleged service of Sheriff Dannels and Judge Judd. Specifically, Plaintiff did not serve Sheriff Dannels or Judge Judd with the Complaint and therefore, did not comply with Rule 4. Because the time to serve Defendants has expired, Plaintiff's Complaint should be dismissed with prejudice.

119247776.1

## I.    RELEVANT PROCEDURAL HISTORY

On August 8, 2025, Plaintiff filed a 71-page Complaint in Maricopa County Superior Court naming Sheriff Dannels and Judge Judd as 2 of 126 defendants. [*See* Complaint.] On November 4, 2025, an Affidavit of Service was filed stating that Judge Judd was personally served with the "Minute Entry; Summons; Civil Complaint." On November 13, 2025, an Affidavit of Service was filed stating that Sheriff Dannels was personally served with the "Civil Summons; Complaint; Certificate of Compulsory Arbitration." The documents received by Sheriff Dannels and Judge Judd included only five pages labeled as "Master Bill of Hoping." [*See* packet of documents served on Sheriff Dannels and Judge Judd, attached as **Exhibits 1 and 2**, respectively].[1] Neither Sheriff Dannels nor Judge Judd were served with the 71-page Complaint filed by Plaintiff in Maricopa County Superior Court. [*Compare* **Exhibits 1 and 2** with Complaint]. In fact, the Injuries section of the "Master Bill of Hoping" directs the recipient to "see Complaint" implying that it is not, itself, the Complaint. [Exhibit 1 at pg. 7; Exhibit 2 at pg. 9]. Sheriff Dannels and Judge Judd have not received any other documents related to this case.

## II.    LEGAL ARGUMENT

### A.    This Court Does Not Have Jurisdiction over Sheriff Dannels and Judge Judd Because Plaintiff Failed to Properly Serve the Complaint.

"Proper, effective service on a defendant is a prerequisite to a court's exercising personal jurisdiction over the defendant." *Barlage v. Valentine*, 210 Ariz. 270, 272 ¶ 4 (App. 2005); *see also Hirsch v. Nat'l Van Lines, Inc.*, 136 Ariz. 304, 308 (1983). Likewise, service of

---

[1] This Court can consider written materials in connection with a Motion under Rule 12(b)(2) and (4) without transforming it into a motion for summary judgment. *See Swichtenberg v. Brimer*, 171 Ariz. 77, 82 (App. 1991) (where jurisdictional fact issues involved in motion to dismiss "are not intertwined with the fact issues raised by a plaintiff's claim on the merits," the court may consider exhibits without converting the motion to one for summary judgment); *see also Travelers Cas. & Sur. Co. of Am. v. Telstar Const. Co.*, 252 F. Supp. 2d 917, 922–23 (D. Ariz. 2003) (finding that the court may consider written materials in connection with defendants' motion to dismiss without converting it into a motion for summary judgment because defendants' motion is based on Rules 12(b)(2)-(5)).

2

119247776.1

process is a jurisdictional requirement, so any judgment entered without proper service is void. *Ruffino v. Lokosky*, 245 Ariz. 165, 168, ¶ 10 (App. 2018). Failure to follow the statutory requirements for service leaves the Court without personal jurisdiction over the individual. *Postal Instant Press, Inc. v. Corral Restaurants, Inc.*, 187 Ariz. 487 (1997). Actual notice of a lawsuit will not provide personal jurisdiction over a defendant that has not been served according to the statutory requirements. *Stinson v. Johnson*, 3 Ariz. App. 320, 321 (App. 1996).

Plaintiff cannot meet the burden of establishing that jurisdiction is proper. *G.T. Helicopters, Inc. v. Helicopters, Ltd.*, 135 Ariz. 380, 382 (App. 1983) ("Once the defendant has moved for dismissal for lack of jurisdiction, the plaintiff has the burden of establishing that jurisdiction is proper.") To effectuate proper service, a defendant must be served with a copy of the complaint and summons. Ariz. R. Civ. P. 4(a)(3). *See also* Ariz. R. Civ. P. 4.1(b) (noting that the summons and the pleading being served "must be served together within the time allowed under Rule 4.1(i)"). Under Ariz. R. Civ. P. 4(i), if a defendant is not served with process within 90 days after the complaint is filed "the court—on motion, or on its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time." Process is insufficient under Rule 12(b)(4) if there is a defect in the form of the complaint or summons. Ariz. R. Civ. P. 12(b)(4); *Schwartz v. Ariz. Primary Care Physicians*, 192 Ariz. 290, 295, ¶ 18 n.5 (App. 1998).

Here, process of service was insufficient because Plaintiff did not serve Sheriff Dannels or Judge Judd with the Complaint as filed with the Maricopa County Superior Court together with the summons. Plaintiff filed his Complaint on August 8, 2025, making the deadline to effectuate service of the summons and complaint November 6, 2025. Therefore, Plaintiff's time to properly serve Sheriff Dannels and Justice Judd has expired and he has not provided good cause to extend the time to serve. As such, in accordance with Ariz. R. Civ. P. 4(i), Plaintiff's Complaint must be dismissed.

3

119247776.1

## III.    CONCLUSION

For the foregoing reasons, Sheriff Dannels and Justice Judd respectfully request that Plaintiff's Complaint be dismissed.

DATED this 24th day of November, 2025.

JONES, SKELTON & HOCHULI P.L.C.

By _____
Michele Molinario
Derek R. Graffious
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Cochise County Sheriff
Mark Dannels and Randy Judd

4

119247776.1

ORIGINAL of the foregoing electronically filed this 24th day of November, 2025.

COPY of the foregoing mailed and e-mailed this 24th day of November, 2025, to:

Mark-Rock Higgins
10642 W. Southern
Tolleson, AZ 85353
Rockzz7@Icloud.com
*Plaintiff, in Pro Per*

COPY of the foregoing e-mailed this 24th day of November, 2025, to:

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY
Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
Civil Services Division
225 West Madison Street
Phoenix, AZ 85003
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

KRISTIN K. MAYES
Attorney General
Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
Nancy.Bonnell@azag.gov
*Attorneys for Defendants Justices Ann Scott Timmer*
*and Robert Brutinel (Retired)*

Larry J. Crown, Esq.
Elan S. Mizrahi, Esq.
BRUECKNER SPITLER SHELTS PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255
lcrown@bss.law
elan@bss.law
*Attorneys for The Goodyear Defendants*

 /s/ Alma Duarte

5

119247776.1

# EXHIBIT 1

# ORIGINAL

RECEIVED
NOV 05 2025
BY: A8934
C CAPAS
SV CONSTABLE
1430 HRS

Person Filing: **: Mark-Rock: Higgins .**
Address (if not protected): **~10642 WEST SOUTHERN**
City, State, Zip Code: **~TOLLESON [~ARIZONA] [~85353]**
Telephone: **~602-315-4763**
Email Address: **~ROCKZZ7@ICLOUD.COM**
Lawyer's Bar Number: **N/A**

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

**: Mark-Rock: Higgins**

Name of Plaintiff

And ·

**Mark J. Dannels et al.,**

Name of Defendant

**Case No.:** CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _____Mark J. Dannels et al.,_____

Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons."**

2. **If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court,  222 East Javelina Avenue, Mesa, Arizona  85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.**

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date ___AUG 2 7 2025___

CLERK OF SUPERIOR COURT

JOSEPH W. MALKA, CLERK

By _____ Deputy Clerk

B. Yearin
Deputy Clerk

Person Filing:_____: Mark-Rock: Higgins ._____

Address (if not protected):_~10642 WEST SOUTHERN___

City, State, Zip Code:_~TOLLESON [~ARIZONA] [~85353]___

Telephone:_____~602-315-4763_____

Email Address:_____~ROCKZZ7@ICLOUD.COM_____

Lawyer's Bar Number:____N/A_____

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins
_____
Name of Plaintiff

And

Mark J. Dannels et al.,
_____
Name of Defendant

**Case No.:** CV2025-027997

**SUMMONS**

ct with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** _____Mark J. Dannels et al.,_____
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   **601 West Jackson, Phoenix, Arizona 85003**
    *   **18380 North 40th Street, Phoenix, Arizona 85032**
    *   **222 East Javelina Avenue, Mesa, Arizona 85210**
    *   **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

COPY

AUG 2 7 2025

**SIGNED AND SEALED this date**

CLERK OF SUPERIOR COURT

CLERK OF THE SUPERIOR COURT
B. YEARIN
DEPUTY CLERK

By_____

**Deputy Clerk**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                         Page 2 of 2                         CV11f 031820

Person Filing: _Mark-Rock: Higgins in Personam_

Address (if not protected): _~10642 W. Southeer_

City, State, Zip Code: _Tolleson Arizona [85353]_

Telephone: _~(602) 315-4763_

Email Address: _Rockzz7@Telovel.com_

Lawyer's Bar Number: _N/A_

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

COPY

AUG - 8 2025

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Mark-Rock: Higgins in personam_
**Name of Plaintiff**

_Rachel Hope Mitchell et al.,_
**Name of Defendant**

Case Number: _CV2025-027997_

Title: **CIVIL COMPLAINT**
_163 Master Bill of Lading_

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☑ The value of this case exceeds $10,000 dollars.

    ☑ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☐ The Plaintiff resides in Maricopa County.

    ☑ The Defendant resides in Maricopa County.

    ☑ The Defendant does business in Maricopa County.

    ☑ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☑ Other reason: _People bound by Oaths do business under authority of Maricopa County & State of Arizona_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request. *Unknown*

*"Physical Relief"*

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is : *Mark-Rock: Higgins d/b/a HFT AS PER Master Bill of Lading States*

4. The Defendant in this case is *Rachel Hope Mitchell et al.,*

## STATEMENT OF FACTS AND BREACH

5. *(AS PER: 7/page Attestation Provided) USDC SDNY Case No 22-CV-9714 (LTS)*

6. *Case No 22-CV-10801 (LTS)   Civil/Judgment Order*

7. *Case No. 23-CV-1418 (LTS)   Civil/Judgment Order*

8. *Case No 24-CV-3799 (LTS)   Civil/Judgment Order*

9.

10._____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(   ) SEE Memorandum Treaty Laws etc etc
Case No. 22-CV-9714 (LTS)

(   ) _____

_____

(   ) _____

_____

(   ) _____

_____

(   ) _____

_____

(   ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(   ) See Complaint

_____

(   )_____

_____

(   )_____

_____

(   )_____

_____

(   )_____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(   ) Honor their Oaths, Honor my Relief by Order

(   ) Honor Treaties made by the United States

(   ) Honor U.S. Supreme Court's admiralty Maritime Rules of Procedure. "In Personam only"

(   ) Honor Civil Judment & Foreign Judgment Superior Court Case CV2024-0213674 & CV2024-02137

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _____8-7-2025_____.
*(Date of signature)*

*Mark-Rock: Higgins*
*(Signature of Plaintiff or Plaintiff's Attorney)*

Person Filing: Mark-Rock: Higgins in personam
Address (if not protected): ~ 10642 W. Southern
City, State, Zip Code: ~ TOLLESON, [ARIZONA] [85353]
Telephone: ~ 602-315-4763
Email Address: Rockz27@Icloud.Com
Lawyer's Bar Number: N/A
Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR ☒ Defendant

COPY

AUG 6 2025 FOR CLERK'S USE ONLY

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins d/b/a
Higgins Family Trust et al.,
                    PLAINTIFF,

VS.

Rachael Hope Mitchell

                    DEFENDANT.

CV2025-027997

Case Number: _____

## CERTIFICATE OF COMPULSORY ARBITRATION

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

☐ The undersigned certifies that this case is (Please check **ONLY** one option below):
**Subject to Arbitration** -- The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** -- The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant -- If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____

_____

_____

SUBMITTED this ___8th___ day of ___August___, 20 __25__.

SIGNATURE :Mark-Rock:Higgins .

USDC SDNY Case No. 22-cv-9714-LTS



# Arizona Territory district court / Superior Courts of Arizona
## Maricopa County        Case No. CV2025-027997
## High Courts of Chancery
### *Master Bill of Lading*        Defendant's Copy
*NON-NEGOTIABLE*
**Ships Manifest**
Non-Negotiable
**Civil Dispute**

*Superior Court of Arizona Maricopa County Foreign Judgment Case No. CV2024-021367*
**Territory Of Arizona-Grenada-Spain**

Bill In Chancery
**Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/ Gods The Moors**

**The style of this Confederacy shall be known as**

The United States of America

**First Continental Congress**

1774 Articles Of Association (Charter)

**Second Continental Congress**

*1776 Declaration of Independence 1776 Articles of Confederation art.4* **United States In Congress Assembled**

***1781 Articles of Confederation a Perpetual Union***
*Article 1,2,3,4,6,9,12,13*
**1787 Northwest Ordinance**
*Section 1,2,8,13,14. Art. 4*
***Treaty of Marrakech 1786.***
*ARTICLE XXI., Treaty of Tunis 1824*
*ARTICLE XII.*
*Allegiance to The king of Great Britain and Debts owed*
*The First Charter of Virginia , April 10, 1606 sec 1&9*
*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath
*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Page 1 of 72

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*



**COPY**

**OCT 2 1 2025**



CLERK OF THE SUPERIOR COURT
P. LEIN
DEPUTY CLERK

# In the district court for Arizona / New Mexico Territory aka
# Superior Courts of Arizona Maricopa County Admiralty/ Maritime Jurisdiction
# High Courts of Chancery    Case No. CV2025-027997

*Carrier/Custodian*

*Master Bill of Lading* **(Amended II)**
*NON-NEGOTIABLE*
**Ships Manifest/Berth**
Non-Negotiable
**Civil/Ecclesiastical Dispute** Docket No. CV2025-027997
**Territory Of Arizona/New Mexico-Grenada-Spain**
**Bill In Chancery**
<u>**Port of Entry**</u>
**Maricopa County**
**Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/
Gods The Moors** (Berth) (Resurrection)
**The style of this Confederacy shall be known as**

The United States of America

**First Continental Congress**

1774 Articles Of Association (Charter)

**Second Continental Congress**

*1776 Declaration of Independence 1776 Articles of Confederation art.4*

**United States In Congress Assembled**

*1781 Articles of Confederation a Perpetual Union*

*Article 1,2,3,4,6,9,12,13*

**1787 Northwest Ordinance**

*Section 1,2,8,13,14. Art. 4*

***Treaty of Marrakech 1786.***

*ARTICLE XXI., Treaty of Tunis 1824*

*ARTICLE XII.*

<u>*Allegiance to The king of Great Britain and Debts owed*</u>

*The First Charter of Virginia , April 10, 1606 sec 1&9*

*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8,
15 1782 Contract between the king and the thirteen United States of North America Signed at
Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*
<u>Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath</u>
The United States of America in Congress Assembled
**Constitution of the United States**

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*    Page 1 of 91

# EXHIBIT 2

Person Filing: :Mark-Rock: Higgins in personam
Address (if not protected): ~10642 WEST SOUTHERN
City, State, Zip Code: ~TOLLESON, [ARIZONA] [85353]
Telephone: ~602-315-4763
Email Address: Rockz27@icloud.com
Lawyer's Bar Number: N/A

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

*Def.*
*Randy Jerome*
*Judd*

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam
Name of Plaintiff

Case No.: CV2025-027997

And

Rachel Hope Mitchell et al.
Name of Defendant

( SUMMONS )

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434.
Sponsored by the Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** Rachel Hope Mitchell et al.,
Name of Defendant

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    *   Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

    *   Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

    *   Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

    *   Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    AUG – 8 2025 _____

CLERK OF SUPERIOR COURT

J. Bernal

By _____
Deputy Clerk

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

:Warren Pettersen et al., ~1700 W Washington, Phx, AZ 85007;

:John M Allen et al.,~ 301 W. Jefferson , ~Phx, AZ 85003;

: Ross Temple et al., ~971 N. Jason Lopez Circle, P.O. Box 867~Florence, AZ 85132;

: Douglas John Wolf et al., ~P.O. Box 709~Florence AZ 85132;

: Michael P. McCord et al., ~P.O. Box 709~ Florence, AZ 85132;

: Randy Jerome Judd et al., ~126 W. 5th St. #1~Benson, AZ 85602; Benson Justice Court

: Willian Scott Bales et al., ~1501 W Washington, ~Phx, AZ 85003;

: Eddie Cook et al., ~301 W. Jefferson, ~ Phx, AZ 85003;

: Michael William Kemp et al;.,~201 W. Jefferson, AZ 85007;

: Kimberly Lee et al., 100 N. 15 AVE~ Phx, AZ 85007;

: Kenneth Sean Countryman et al., ~4444 N. 25th Ave #43, ~Phx, AZ 85016;

: Jennifer Christine Pifer et al., ~401 W. Washington #622, SPC80, ~Phx, AZ 85003;

: Teresa Welborn et al., ~1655 W Jackson MD 111F~Phx, AZ 85007;

: Mark Stewart et al., ~301 W Jefferson 10 Floor, ~Phx, AZ 85003;

: Debbie Lesko et al., ~301 W Jefferson 10 Floor, ~Phx, AZ 85003;

: Kate Brophy McGee et al., 301 W Jefferson 10 Floor, ~Phx, AZ 85003;

: Thomas Francis Galvin et al., ~301 W Jefferson 10 Floor, ~Phx, AZ 85003;

: Steven Michael Gallardo et al., ~301 W Jefferson 10 Floor, ~Phx, AZ 85003;

: John W. Erickson et al., 301 W Jefferson 10 Floor, ~Phx, AZ 85003;

: Sophia Petrillo #039101 et al., ~10420 W Van Buren, ~Avondale, AZ 85323; : Serena Serassio et al., ~10420 W Van Buren, ~Avondale, AZ 85323;

: Kayela Willis et al., ~10420 W Van Buren, ~Avondale, AZ 85323; :

Anna Huberman et al., ~10420 W Van Buren, ~Avondale, AZ 85323;

: Andrew Gastelum et al., ~10420 W Van Buren, ~Avondale, AZ 85323;

: Joseph Pep Guzman et al., ~10420 W Van Buren, ~Avondale, AZ 85323; :

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
JUSTIN HEAP
20250390846  07/08/2025  11:1
PAPER RECORDING

0458513-3-1-1
RamosJ

: Mark-Rock: Higgins .
~10642 WEST SOUTHERN
~TOLLESON [ARIZONA]

## PUBLIC NOTICE CIVIL JUDGMENT

TREATY- LAW UNITED STATES SUPREME COURT ADMIRALTY-MARITIME-1910-RULES-OF-
PROCEDURE-LAW-OF-NATIONS-MAXIMS-OF-EQUITY-IN-PERSONAM-ONLY-BY-ORDER

Nation must therefore understand the nature of its obligations, not only to avoid acting contrary to its duty, but also to obtain there from a clear knowledge of its rights, of what it can lawfully exact from other Nations.

TREATY defined: international law. A treaty is a compact made between two or more independent nations with a view to the public welfare treaties are for PERPETUITY, or for a considerable time. Those matters which are accomplished by a single act, and are at once perfected in their execution, are called agreements, conventions and pactions. 2. On the part of the United States, treaties are made by the president, by and with the consent of the senate, provided two-thirds of the senators present concur. Const. article 2, s. 2, n. 2. 3. No state shall enter into any treaty, alliance or confederation; Const. art. 1, s. 10, n. 1; nor shall any state, without the consent of congress, enter into any agreement or compact with another state, or with a foreign power. Id. art. 1, see. 10, n. 2; 3 Story on the Const. Sec. 1395. 4. A treaty is declared to be the supreme law of the land, and is therefore obligatory on courts; 1 Cranch, R. 103; 1 Wash. C. C. R. 322 1 Paine, 55; whenever it operates of itself without the aid of a legislative provision; but when the terms of the stipulation import a contract, and either of the parties engages to perform a particular act, the treaty addresses itself to the political, not the judicial department, and the legislature must execute the contract before it can become a rule of the court. 2 Pet. S. C. Rep. 814. Vide Story on the Constitut. Index, h.t.; Serg. Constit. Law, Index, h.t.; 4 Hall's Law Journal, 461; 6 Wheat. 161: 3 Dall. 199; 1 Kent, Comm. 165, 284. 5. Treaties are divided into personal and real. The personal relate exclusively to the persons of the contracting parties, such as family alliances, and treaties guarantying the throne to a particular sovereign and his family. As they relate to the persons they expire of course on the death of the sovereign or the extinction of his family. Real treaties relate solely to the subject-matters of the convention, independently of the persons of the contracting parties, and continue to bind the state, although there may be changes in its constitution, or in the persons of its rulers. Vattel, Law of Nat. b. 2, c. 12, 183-197.

A Law Dictionary Adapted To The Constitution And Laws Of The United States Of America And Of The Several States Of The American Union by: John Bouvier Revised Sixth Edition, 1856

TREATY defined: A compact made between two or more independent nations with a view to the public welfare. Louis Wolf & Co. v. United States, Cust. & Pat.App., 107 F.2d 819, 827; United States v. Belmont, N.Y., 301 U.S. 324, 57 S.Ct. 758, 761, 81 L.Ed. 1134. An agreement, league, or contract between two or more nations or sovereigns, formally signed by commissioners properly authorized, and solemnly ratified by the several sovereigns or the supreme power of each state. Edye v. Robertson, 112 U.S. 580, 5 S.Ct. 247, 28 L.Ed. 798; Charlton v. Kelly, 229 U.S. 447, 33 S.Ct. 945, 954, 57 L.Ed. 1274, 46 L.R.A.,N.S., 397. A treaty is not only a law but also a contract between two nations and must, if possible, be so construed as to give full force and effect to all its parts. United States v. Reid, C.C.A.Or., 73 F.2d 153, 155. The term has a far more restricted meaning under U.S. Constitution than under international law. Weinberger v. Rossi, Dist.Col., 456 U.S. 25, 102 S.Ct. 1510, 1514, 71 L.Ed.2d 715. United States treaties may be made by the President, by and with the advice and consent of the Senate. Art. II, Sec. 2, U.S. Const. States may not enter into treaties (Art. I, Sec. 10, cl. 1), and, once made, shall be binding on the states as the supreme law of the land (Art. VI, cl. 2). See Supremacy clause; Treaty clause. Black's Law Dictionary Sixth Edition (page 1602)

UNCITRAL – United Nations Convention On International Trade Law
*USDC SDNY Precedent Case Memorandum of Law: Case No. 22-CV-9714(LTS); 22-CV-10801(LTS)*

20250390846



: C.-S.-S.-C.-P.-S.-G.-P.-DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-CONTRACT-FLAG.
: C.-S.-S.-C.-P.-S.-G.-P.=CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE.

:Mark-R            s.
                              USA
                              DOLLAR
:Russell-Jay
                    AUTOGRAPH:
                    LODIO-COPY-POWER:

: VESSEL-MARK-ROCK: HIGGINS.

: RED-LIGHT: ●

: GREEN-LIGHT: ●

FOR THIS PORTING-TREATY OF THIS LIVE-LIFE-BIRTH-NATIVITY-TREATY IS WITH THIS CLAIM-BIRTHING-PERFORMANCE OF THIS VESSEL-MARK-ROCK: HIGGINS WITH THE CLAIM OF THE LIVE-LIFE-BIRTH-CLAIMANT-NEUTRAL: Mark-Rock: Higgins-KNOWLEDGE WITH THIS GENDER-CLAIM OF THIS MALE WITH THIS BILL OF THIS LADING WITH THIS CLEARANCE OF THE CONTRACT-CLAIMANT'S-KNOWLEDGE WITH THE PERFORMANCES OF THE PARENTS: MOTHER: BETTY: HIGGINS & FATHER: ROLAND: HIGGINS WITH THIS CLAIM WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-NEUTRALITY.

~1 FOR THIS PORTING-TREATY OF THIS LIVE-LIFE-BIRTH-NATIVITY-TREATY IS WITH THIS PORTING-TREATY OF THIS BIRTH WITH THIS PERFORMANCE-CLAIM OF THIS CLAIM-LIFE-BIRTH WITH THIS DATE-~07-~NOVEMBER-~1962 OF THIS VESSEL: MARK-ROCK: HIGGINS & CLAIM-LIFE-BIRTH-BEING-NEUTRAL/CLAIMANT: Mark-Rock: Higgins-KNOWLEDGE WITH THIS SWEAT-EQUITY-LABOR OF THIS MOTHER: BETTY: HIGGINS WITH THIS BILL OF THIS LADING WITH THIS MOTHER: BETTY: HIGGINS & FATHER: ROLAND: HIGGINS WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-NEUTRALITY.

~2 FOR THE MOTHER: BETTY: HIGGINS & FATHER: ROLAND: HIGGINS OF THIS SWEAT-EQUITY-LABOR-FEE ARE WITH THIS PERFORMANCE-CLAIM OF THIS NEUTRAL-CLAIMANT-POSTMASTER: Mark-Rock: Higgins WITH THESE THREE-DAY-[RE]SCISSION-PORTINGS OF THE C.-S.-S.-C.-P.-S.-G.-P. WITH THIS PERFORMANCE OF THE LIVE-LIFE-BIRTH-TREATY WITH THIS DATE-~07-~NOVEMBER-~1962 OF THIS VESSEL: MARK-ROCK: HIGGINS & LIVE-LIFE-BIRTH-NEUTRAL: Mark-Rock: Higgins WITH THIS BIRTH-HOSPITAL: GOOD-SAMARITAN-HOSPITAL OF THIS FOREIGN-POSTAL-TERRITORY: ARIZONA[U.S.A.]-DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-NEUTRALITY WITH THIS CARGO-VESSEL OF THIS VESSEL-MARK-ROCK: HIGGINS: HEIGHT: SIX-FOOT-0-[IN]CHES. : WEIGHT: 207-POUNDS, EYE-COLOR: BLUE, & HAIR-COLOR: BLONDE WITH THIS GENDER-CLAIM OF THIS MALE WITH THE AUTOGRAPH-DATE OF THIS VESSEL-CONTRACT WITH THIS BILL OF THIS LADING WITH THIS MOTHER: BETTY: HIGGINS & FATHER: ROLAND: HIGGINS WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-NEUTRALITY.

~3 FOR THIS PORTING-TREATY OF THIS LIVE-LIFE-BIRTH-NATIVITY-TREATY IS WITH THIS NEUTRAL-CLAIMANT-POSTMASTER: Mark-Rock: Higgins-KNOWLEDGE & NEUTRAL-POSTMASTER-GENERAL/CLAIMANT/CHIEF-FEDERAL-POSTAL-JUDGE/CHIEF-MARKET-TRADE-PORT-VENUE-JUDGE: Russell-Jay: Gould's-KNOWLEDGE OF THIS SWEAT-EQUITY-LABOR-FEE-TREATY WITH THESE PERFORMANCE-CLAIMS OF THE CLAIM-LIFE-BIRTH-TREATY & CARGO-WORDS-NAVIGATION-SECURITY-POSTAL-ROAD-TREATY WITH A FOREIGN-PORT & FOREIGN-BANK-CONTRACTS OF THIS NEUTRAL-CLAIMANT-POSTMASTER: Mark-Rock: Higgins-KNOWLEDGE & NEUTRAL-POSTMASTER-GENERAL/CLAIMANT/CHIEF-FEDERAL-POSTAL-JUDGE: Russell-Jay: Gould's-KNOWLEDGE WITH THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-NEUTRALITY OF THIS NEUTRAL-VESSEL-MARK-ROCK: HIGGINS & VESSEL-THINKING-CARGO-NEUTRAL: Mark-Rock: Higgins, MOTHER: BETTY: HIGGINS & FATHER: ROLAND: HIGGINS WITH THE CLAIM WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-NEUTRALITY.

: DATE-~23-~JUNE-~2025, VESSEL-NAME: BIRTH & VESSEL-NUMBER: RF287848455US.

: SEAL:                                          : SEAL:

:Mark-Rock:                                      :Russell-Jay: Gould.
: NEUTRAL: Mark Rock Higgins.                    : POSTMASTER-GENERAL: Russell-Jay: Gould.

FOR THE COPYCLAIM/COPYRIGHT-~1-~JULY-~1775 BY THE NEUTRAL-FEDERAL-POSTAL-JUDGE/CHIEF-MARKET-TRADE-PORT-VENUE-JUDGE & CLAIMANT-POSTMASTER-GENERAL: Russell-Jay: Gould IS WITH THIS POST-ROAD-POSTAL-CORPORATION-TREATY-PERFORMANCE BY THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-MARKET-TRADE-PORT-VENUE-PERFORMANCE-NEUTRALITY-FOREIGN-POSTAL-CORPORATION-TREATY.

20250390846

:Russell-Jay:Gould

:Mark-Rock:H

:Russell-Jay:Gould

MCR 3 of 4

20250390846
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
JUSTIN HEAP



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest:  07/08/2025  11:17:54 AM

By _____ Recorder

To Verify this purchase visit
https://recorder.maricopa.gov/recording/verify-cert.html?id=331843

MCR 4 of 4

Randy Judd
*Justice of the Peace*
Benson Justice Court #3

Fax: (520) 586-1263



126 W. 5th Street
Suite #1
Benson. AZ 85602

| State of Arizona<br>Plaintiff<br><br>VS<br><br>**Mark Rock Higgins**<br>Defendant | CASE NUMBER:<br><br>TR2021000004 | RESPONSE TO<br>MOTION<br><br>AND<br><br>COURT<br>ORDER |
|---|---|---|

On 1/06/2021, the Defendant was cited for the following violations:

   A.  ARS 28-3482.A, Driving on a suspended license for FTA/FTP, a civil traffic violation.
   B.  ARS 28-622.A, Failure to comply with a police officer, a misdemeanor.
   C.  ARS 28-1093.A, Vehicle over 8 feet wide, a civil traffic violation.
   D.  ARS 28-2531B.1, Knowingly display fictitious plate, a misdemeanor.

On 1/07/2021, the Defendant had an initial appearance and was arraigned. A not guilty plea was entered and a pretrial conference was set for 3/11/2021.

On 2/10/2021, the Defendant motioned the Court to have their name put on the do not stop, do not detain list for Arizona and all other states and foreign countries. On 2/17/2021, the Court responded to the motion and denied it.

On 2/24/2021, the Court received a notice of default, opportunity to cure from the Defendant.

The Defendant failed to appear for pretrial conference on 3/11/2021 and subsequently an arrest warrant was issued on 4/09/2021.

On 3/26/2025, the Defendant emailed the Court and asked for a copy of the warrant. The Defendant was advised by staff of his options/bond amount and when he could appear to answer the warrant.

On 7/30/2025, the Court received a motion from the Defendant, demanding "Dismissal WITH PREJUDICE of all color of law *civil charges*…"

IT IS ORDERED that the Defendant's motion to dismiss charges is denied.

IT IS FURTHER ORDERED that the Defendant appear at Benson Justice Court to be arraigned on the failure to appear charge listed on the arrest warrant on 8/13/2025.

Judge Randy Judd
Justice of the Peace #3

July 30, 2025
Date

: Mark-Rock: Higgins
*in propria persona sui juris .*
~10642 WEST. SOUTHERN
~TOLLESON, [~ARIZONA]
*rockzz7@icloud.com*

RECEIVED

AUG 13 2025
10:29 am

Benson Justice Court #3

## BENSON JUSTICE COURT

*STATE OF ARIZONA*

-v-

**: MARK-ROCK:HIGGINS-BIRTH-VESSEL**

*higgins, mark rock in propria persona sui juris*

*grantee/grantor/beneficiary*

CASE *Number:* **J0203TR2021000004**

# CHALLENGE
# OF
# JURISDICTION
## CIVIL JUDGMENT
## SUPERIOR COURT OF
## CASE No. CV2024-021367
## NOTICE OF SUMMONS
## Case No. CV2025-027997

On 7/30/2025 Benson Justice Court's received <u>MOTION TO INTERVENE CIVIL RIGHTS JUDGMENT</u>, Justice of Peace Randy Judd, stated that "On 1/07/2021 A **not guilty plea** was entered.
[**PLEA Fraudulently ENTERED**], and ( **I OBJECT,** to the Justice Court's venue/jurisdiction maliciously "WITHOUT MY CONSENT", inducing the jurisdiction of **"PLEA"** , of a foundational meaning of "CONSENT",
**TAKE NOTICE**, I : Mark-Rock: Higgins *in personam sui juris* **Do Not Consent** to the *BENSON JUSTICE COURT'S quasi in rem administrative Tribunal's Legislative court under guise as Judicial Court's of Records Jurisdiction. I Do Not Consent to be appointed counsel that jeopardizes the "RELIEF" So Ordered, 12/19/22, as CIVIL JUDGMENT, by Chief United States Judge Laura Taylor Swain's ORDER, "in personam only standing"* established under the UNITED STATES SUPREME COURT'S admiralty maritime Rules of civil procedure, under the nature law of Nations, (Treaty Law) within the Maxims of Equity.

Justice of Peace Randy Judd, give the lack of Personal Jurisdiction and the So Ordered, CIVIL JUDGMENT(S) you fail to recognize, nor cognize, I present you a your "Personal COPY OF SUMMON", as it was your Personal duty to protect my Private Civil Rights, yet deferred into a Legislative Tribunals PLEA Jurisdiction. I have name you upon an AMENDED COMPLAINT of an already attested established CIVIL JUDGMENT as a Defendant. The CAUSE namely monetary gain, for your employer should NOT over run your oath to protect Peoples Private Rights. Randy Judd, your oath, and lack of civil rights cognitive acuity, being addressed within the SUPERIOR COURT OF ARIZONA MARICOPA COUNTY SUMMONS Defendant: RANDY JUDD SUPERIOR COURT CASE NO. CV2025-027997; and USDC SDNY No. 22-CV-9714(LTS) AMENDED DATED 7/17/2025.

FURTHERMORE JUDICIAL CANNON being clearly discern, the CONFLICT OF INTEREST: (Randy Judd as J.P. of J0203TR2021000004) and ( AS A Defendant CV2025-027997) you must recognize the recusal status.

FURTHERMORE I DEMAND you, RANDY JUDD as JUSTICE OF PEACE, STAMP and SIGN an "ORDER DISMISSING my MOTION TO INTERVENE WITH A CIVIL JUDGMENT, that you clearly EVADED". I need clear concise attestation to indulge the Military Tribunals of your "CIVIL RIGHTS VIOLATIONS".
                           SHOW GOOD CAUSE
1. You Randy Judd, as Justice of Peace, within the Benson Justice Court have Personal Jurisdiction over : Mark-Rock: Higgins (**AFIRM or DENY**)
2. You Randy Judd, as Justice of Peace, within the Benson Justice Court have CIVIL RIGHTS, TREATY LAWS, JURISDICTION (**AFIRM or DENY**).
3. You Randy Judd, as Justice of Peace, within the Benson Justice Court may overturn CIVIL JUDGMENT at your own discretion (**AFIRM or DENY**).


AS PER: Foreign Judgment in favor of higgins, mark rock d/b/a HIGGINS FAMILY TRUST d/b/a MARK ROCK HIGGINS et al., whereby civil right being address within the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT NEW YORK and the subsequent foreign judgment entry into the Superior Court of Arizona, establishing full faith and consideration established by Chief United States District Judge Laura Taylor Swain's So Ordered, CIVIL JUDGMENT, Dated 12/19/22. The Benson Justice Court lacks Personal Jurisdiction, and by said Article III Judges ORDER lacking subject matter Jurisdiction over d/b/a HIGGINS FAMILY TRUSTS-BIRTH-VESSEL(S)-U.S.-CITIZENSHIP-MARK ROCK HIGGINS et al.,.

FURTHERMORE under: _vertical-stare-decisis-doctrine_: _(Justice to observe judgment(s) of superior court's order)_ the herein Justice court must observe the herein established superior court's adjudication(s) and honor the prevailing judgment(s) which established precedent, which establishes the herein case before Justice of Peace Bruce Edward Staggs, also Liablee herein CIVIL JUDGMENT, order, Dated 12/19/22, Benson Justice Court lacks civil rights cognize

status, judgment rendered, clearly stipulates, separation of the d/b/a UNITED-STATES-CITIZENSHIP-BIRTH-VESSEL-MARK-ROCK-HIGGINS and the man:Mark-Rock: Higgins . the thus a nullification of the *"at law fictional-d/b/a-character, and holding : Mark-Rock: Higgins a man, "One of the People" separation commercially liable person(s).*

I, higgins, mark rock in propria persona sui juris respond to the Goodyear Police allegations CITATION # :9136067210006002; WARRANT #: BW020320220001; PURGE DATE: 01/03/2027: I, higgins, mark rock in propria persona sui juris challenge the Personal Jurisdiction of the Benson Justice Court, and subject matter jurisdiction by (CIVIL JUDGMENT, ORDER, addressing CIVIL RIGHTS, within the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Case No. 22-CV-9714(LTS) established foreign judgment within ARIZONA COURTS SYSTEM CV2024-021367, SUPERIOR COURT OF ARIZONA MARICOPA COUNTY, rendering "RELIEF" of Benson Justice Court Liablee BRUCE EDWARD STAGGS overreach by warrant VOIDED, "conflicting law, and violation of the CIVIL RELIEF by JUDGMENT, and confrontational of Treaty Law, and admiralty maritime".

Justice of Peace/ Liablee/ STAGGS (Retired) under guise of Justice) being under COL *in propria persona* standing. Under 18 U.S. Code §241; 18 U.S. Code § 242; 18 U.S. Code § 245; and 42 U.S. Code §1983 People bound by oath's violated Treaty Law, Admiralty Maritime and RELIEF prescribed, Constitutional Rights, Civil Judgment Rights, and States Constitutional Rights and as STATE OF ARIZONA'S and Cochise County's employees/ agents, conspired to do so under guise of Justice, in and through color of law.

I, based the decision upon the fact, the court's appointment of counsel revoked and corrupted my, *in propria persona* standing as higgins, mark rock as one of the people. and civil rights, as per the personal relief, granted by (*vertical stare decisis*) within the **UNITED STATES DISTRICT** COURT, by a Chief District Judges Order, "**Article III Court and Judge**", as the within accredited authority for Defendants Rights, as Relief. Which established authority to cognize civil rights, the herein inferior court, (Benson Justice Court), can not cognize, said rights, standing nor personal status herein Defendant standing whatsoever, thus a disqualification of Benson Justice Court action(s).

**Take further Notice** of the Benson Tank Justice Court's inferior court position, of the proceeding, of the Defendant's "relief granted by order, within CIVIL JUDGMENT", Case No. 22-CV-9714(LTS) addresses by complaint, dealing exactly to what the herein STATE OF ARIZONA/Cochise County's court under cloak of deceit, termed as in the "Interest of Justice", to overturn, undermine stated "relief granted" by order, of the United States District Court's superior authority, versus the herein inferior position, of a United States, State of Arizona political subdivision's of Cochise County's Benson Tank Justice Court, (as deceitfully termed as Justice) to which the alleged (Justice Court) can not "cognize personal rights, " only fictional entities statuses, commercial standing, (being an alleged Justice).

I do not consent to contract within a deceitful Justice Court, of commercial obligations, that violating rights and my United States Supreme Court admiralty maritime *in personam* 1910 Rules of Procedure status, AS PER adjudication 22-CV-9714(LTS) order.

Furthermore the herein court's lacks personal jurisdiction, over the Defendant, and is preceded by subject matter jurisdiction by order, on 12/19/22 , Case No. 22-CV-9714(LTS), and directed under admiralty maritime cause, and laws, per establish under; 28 U.S.C. Sec 1333; and 28 U.S.C sec 1331 where the district court exclusive jurisdiction, within admiralty maritime as per Supreme Court United States 1910 Rules of Procedure and being in personam only,  establish as memorandum of law,  specifically established as the herein Defendant's "So Ordered relief."

TAKE FURTHER NOTICE as stated within said memorandum of law, Case No 22-CV-9714(LTS) of which the a superior court status, by order of which,  the herein inferior court must abide by (see vertical stare decisis), as So Ordered, by judgment, shall take precedent of the herein inferior status of the of this court named;  Benson Tank Justice Court, to of which must proceed within as a legislative tribunals authority, ONLY, to which I higgins, mark rock do not consent to the undermining of my standing, nor status by the STATES MOTION, without jurisdiction the herein court must dismiss the unconstitutional A.R.S. Charges, Challenge by Rule 5.1, Statute verse Constitutional right Challenge, previously established by the Defendant's Case Docketed filing.

Notice to agent is Notice to Principal Notice to Principal is Notice to agent, I Do Not Consent under any circumstances with the herein *quasi in rem* commercial legislative tribunal, cloaked as judicial judges reviewed action. The herein alleged court lacks personal jurisdiction and subject matter jurisdiction and must dismiss with prejudice.

Let it be further noticed the intent behind the state's motion to allow this court to appoint legal counsel, being a complete absence of ethics, and an undermining of my private right and the Oath taken by any Judicial status of anyone to acts under judicial capacity, then compromising standing by circumventing standing into this court's ability to ONLY rule over commercial matters and fictional characters causes, and caused. Furthermore both the prosecution and Judge of the herein commercial charge, both receive compensation from the same entity named COCHISE COUNTY, thus exemplified an impartial status, especially within a commercial compensation legislative tribunals venue.

TAKE FURTHER NOTICE

Defendant, I, higgins, mark rock herein wave appointment of counsel, any appointment of attorney(s), that undermines the defendant's *in propria persona sui juris status/ standing* and invoke my Private Constitutional Challenges under a in propria persona sui juris standing, within the  herein legislative tribunal procedure proceedings.

The herein court's must adhere to the prescribed procedure relief granted by the United States District Court and subsequent Superior Court of Arizona Foreign Judgment filing Case No.

CV2024-021367 and Grant the Relief preceded civil judgment set-forth, and deploy herein, and dismiss with prejudice.

I, higgins, mark rock in propria persona sui juris challenge the conflicting *"statutory bylaw"* of which the herein *"legislative tribunal"* being addressed within Benson Tank Justice Court.

Under Rule 5.1 (Challenge the conflicting nature), and applicability to which it personally pertains to higgins, mark rock in propria persona and the d/b/a MARK ROCK HiGGINS (526-39-36**) within and through **"*vertical stare decisis*"** within the herein inferior court's procedures, can NOT cognize, nor rule upon CIVIL RIGHTS, herein in challenged and under question.

AS PER the United States District Court Southern District New York status, addressed the birth vessel (*3630*) MARK ROCK HIGGINS and the subsequent Superior Court of Arizona's Foreign Judgment Case No. CV2024-021367 rarified here stated CIVIL RIGHTS VIOLATIONS, noted as *CIVIL JUDGMENT* by the *United States Chief Judge Laura Taylor Swain's So Ordered, order, Dated* on *12/19/23*, stands as verification, the herein inferior court being without jurisdiction, citing

**28 U.S.C §1333 & 28 U.S.C §1331, Whereby the district court;**
*The **district courts shall have original jurisdiction,** exclusive of the courts of the States, of:*
*(1) **Any civil case of admiralty or maritime jurisdiction,** saving too suitors in all cases all other remedies to which they are otherwise entitled.*

Furthermore this court lacks personal jurisdiction, and *I do not consent* to contract with this court.

This court actions being a *quasi in rem*, supplemental judicial version violation of my rights. The herein court's status rendered admiralty maritime jurisdiction being a violation of (*vertical stare decisis* litigation(s) and orders handed as civil judgment(s) to which the herein inferior court can not cognize under such civil rights provisions, nor under nature LAW of Nation jurisdiction) thus, a disqualification this legislative tribunal's action, as a court, and *I do not consent to contract* within said Legislative Tribunal's Actions.

TAKE NOTICE: JUDGE BRUCE STAGGS,, and State of Arizona acting to which meet the *18 U.S. Code § 242; 18 U.S.C. § 245; 42 U.S.C. § 1983* Depravation of Right under the color of law, cloaked debt collection AGENTS, Notice No. Reg. Mail RF 287-848 359 US.

I DEMAND the Dismissal "WITH PREJUDICE" of all color of law *civil charges*, States Agent's actions being without the proof of a Verifiable CONTRACT, and thus are colorable. AS PER the STATE OF ARIZONA that you seeming induce as legalization to enforce fraudulently imposed contractual obligation, "Without my Contract",

PREFACE OF LAW

AS PER PREVAILING LAW AS PER AWARDED CIVIL JUDGMENT Case No. 22-CV-9714(LTS)/ Superior Court Case No. CV2024-021367

## PROOF OF SERVICE

I Declare that the forgoing instrument (**Special Cause to Proceed Ex Parte in the Original Exclusive Equity Admiralty and Maritime Jurisdiction by Nature Law of Nations**) was served upon BENSON JUSTICE COURT Court's agent(s), Attestation of district court of the united states for the southern district new york chief judge: /s/ Laura Taylor Swain *"civil judgment, order"*, to the opposition to herein above court's cause, notice(s) of district court of the united states for the southern district new york cause of record herein, on the __9 1/h__ day of August, 2025 :

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT, TAKE DUE NOTICE TO TAKE DUE CARE

INTERVENE JUDGMENT(S)"

SUMMONS COPY Case: CV2025-027997

USPS Certified Mail No. 9589-0710-5270-0094-4426-53

RANDY J JUDD JUSTICE OF PEACE BENSON ARIZONA COCHISE COUNTY

NOTICE CIVIL JUDGMENT(S) No. 22-cv-10801-LTS & 22-cv-9714-LTS

FOREIGN CIVIL JUDGMENT CASE FILED

SUPERIOR COURT FOR STATE OF ARIZONA MARICOPA
Case No. *CV2024-021367; Foreign Judgment*

**X** U.S.Mail           ___ Facsimile          ___ Hand Delivery ___UPS

___ Federal Express      ___ Other      ___ E-File                ___ Email


By: __Mark Rock Higgins__ HIGGINS FAMILY TRUST  Trustee beneficiary

Supreme Court 1910 Admiralty Maritime Nature Law of Nations Maxims of Equity whereby "Where there is a conflict in the common law and the Maxims Law the Maxims of Law shall prevail

Hence the CONFLICT IN LAW within the herein White Tank Justice Court & GOODYEAR MUNICIPAL COURT'S and Legislative Administrators Trust Agents/ Judicial Judge(s) and the herein disclosed pre-adjudicated within the

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT NEW YORK Chief United States Chief Judge Treaty Law, Admiralty Maritime nature law of Nations adjudication of the MARK ROCK HIGGINS-BIRTH-VESSEL'S-UNITED-STATES-CITIZENSHIP-subject-matter-by-ORDER. Take Notice "JUSTICE OF PEACE RANDY J JUDD" presiding JUSTICE OF PEACE BENSON JUSTICE COURT.

by: _: Mark-Rock: Higgins_____, seal:

higgins, mark-rock in personam sui juris a private people irish moor aboriginal arizonian national as beneficiary/grantor/ grantee/affiant without district of columbia united states nor a citizen of the united states of america in congress assembled, all rights reserved

## JURAT

**I DECLARE** under penalty of perjury under the laws of the Ali sonak (arizona) united states of america that the foregoing is true and correct to the best of my knowledge and belief.

**(Arizona)**

**(Maricopa county)**

**I HEARBY DECLARE** that on this day before me, duly sworn, appeared higgins, mark-rock in personam a private irish moor people and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

**DECLARED** before me in the County and State aforesaid this the __9__ day August , 2025.

WITNESS by my hand

NOTARY by: _Sherry Lenhart_    Seal :

OFFICIAL SEAL
SHERRY LENHART
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM# 671751
My Comm. Expires 08/31/2028

Once Recorded Send To
Trustee:Mark-Rock:Higgins
Higgins Family Trust (HFT)
10642 W. Southern Ave
Tolleson, Arizona RFD near [85353]
Maricopa County Record
No. 2019-0336040, No. 2023-0559329
Pinal County Record No. 2021-101182,
{higginsfamilytrusttrustee@gmail.com}
(602) 315-4763



FILED
ENTERED
COUNSEL/PARTIES OF RECORD

DEC 16 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

# JUDGMENT
## CIVIL
### EXEMPLIFICATION CERTIFICATE
### AS
### FOREIGN CIVIL JUDGMENT NOTICE
### OF

## United States District Court Southern District New York

Claimant

Higgins Family Trust, et al., Plaintiff v. Debra Anne Haaland, et al. BLM/Liablee/Defendant

Case No 22-CV-9714(LTS) & Case No. 22-CV-10801(LTS)

Court Notice

UNITED STATES DISTRICT COURT NEVADA DISTRICT Notice Case No. 2:24-cv-01664-CDS-DJA

Filed 09/12/24 Nevada Court's Notice

Civil Judgment(s) Intervene Estoppel

Exclusive Equal Justice being rendered in Admiralty and Maritime Jurisdiction by Nature law of Nations, pursuant to the Maxims of Equity

28 U.S.C. §1333 & 28 U.S.C. §1331 *whereby the district courts shall have original jurisdiction, exclusive of the courts of the States, of:*

(1) *Any civil case of admiralty or maritime jurisdiction, saving suitors in all cases all other remedies to which they are otherwise entitled.*

(2) *Any prize brought into the United States and all proceedings for the condemnation of property taken as as prize.*

Without Statutes, Without Federal Rules of Civil Procedure

"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."

AS PER: Chief United States Judge LAURA TAYLOR SWAIN of the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK ORDERED ON: 12/19/22, Document 13, Case No. 22-CV-9714-LTS, & 22-CV-10801(LTS)

I hereby attest and certify on _____
that the foregoing document is a full, true,
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

By: _____
HFT Trustee: higgins, mark rock *grantor/grantee/heir/beneficiary*
*A private people irish Moor / americas aboriginal arizona territory of spain*
*"But not citizen of the united states for district of columbia,*
*nor the united states of america in congress assembled*

CIVIL JUDGMENT Page 1 of 3

NEW YORK Chief Judge Swain Order

20240660268



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGGINS FAMILY TRUST, ET AL,

                                    Plaintiff,

              -against-

ANTONY BLINKEN, ET AL

                                    Defendants.

22-CV-9714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

        Dated:    December 19, 2022
                  New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge





I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

        CLERK, U.S. DISTRICT COURT
            DISTRICT OF NEVADA

By _____ Deputy Clerk

# ATTACHMENT 8

Pending Motions

(There are no pending Motion on the docket)

# ATTACHMENT 9

# Remainder of Superior Court Record

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 AUG -8 AM 9: 04

FOR CLERK'S USE ONLY

Person Filing: Mark-Rock: Higgins in personam

Address (if not protected):~ 10642 W. Southern

City, State, Zip Code:~ TOLLESON, [ARIZONA] [85353]

Telephone:~602.315.4763

Email Address: Rockzz7@Icloud.Com

Lawyer's Bar Number: N/A

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins d/b/a

Higgins Family Trust et al.,

PLAINTIFF,

vs.

Rachel Hope Mitchell

DEFENDANT.

Case Number: CV2025-027997

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

_____

SUBMITTED this ___8___ day of _August_____, 20_25__ .

SIGNATURE : Mark-Rock: Higgins

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 1                    CV03f 120319

Person Filing: :Mark-Rock: Higgins in persorum
Address (if not protected): ~ 10642 WEST SOUTHERN
City, State, Zip Code: TOLLESON [ARIZONA] [85353]
Telephone: ~ 602-3154763
Email Address: Rock227@Icloud
Lawyer's Bar Number: N/A
Representing ☒ Self, without a Lawyer OR ☐ Attorney for ☐ Petitioner OR ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP.
2025 AUG -8 AM 9: 03

For Clerk's Use Only

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

CV2025-027997

:Mark-Rock: Higgins in persorum
**Name of Petitioner / Plaintiff**

Case Number: _____

Rachel Hope Mitchell et al.,
**Name of Respondent / Defendant**

ORDER REGARDING DEFERRAL
OR WAIVER OF COURT FEES AND
COSTS

THE COURT FINDS that the applicant or estate/ward/protected person, _____
:Mark-Rock: Higgins d/b/a HIGGINS FAMILY TRUST (print name):

1.  ☐ Is not eligible for a deferral or for a waiver of fees and costs.

Or

2.  ☒ Is eligible for a deferral of fees and costs based on:

   ☒ Financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

   ☐ At the court's discretion (A.R.S. § 12-302(L)).

   ☐ Good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

Or

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 5

GNDW18f-090622

Case Number: _____

3. ☐ <u>Is eligible for a waiver</u> of fees and costs based on:

    ☐ Applicant is permanently unable to pay.

    ☐ At the court's discretion (A.R.S. § 12-302(L)).

**IT IS ORDERED:**

☐ <u>Waiver is denied</u> for the following reasons:

    ☐ This is a class action. (A.R.S. § 12-302(K))

    ☐ The applicant is an ADOC inmate awaiting transportation to ADOC facilities or a non-ADOC inmate, and this is not a domestic relations action. (A.R.S. § 12-302(K))

    ☐ The applicant was previously declared a vexatious litigant by any court, and this is not a domestic relations case. (A.R.S. § 12-302(K))

    ☐ The applicant is not permanently unable to pay or the applicant has not established a receipt of benefits from the Supplemental Security Income (SSI) program. (ACJA § 5-206(F))

☐ <u>Waiver is granted</u> for the following fees and costs in this case that may be waived under A.R.S. § 12-302(H):

    ☐ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

☐ <u>Deferral is denied</u> for the following reason(s):

    ☐ The application is incomplete because _____

Case Number: _____

> You are encouraged to submit a complete application.

☐ The applicant does not meet the financial criteria for deferral because:

    ☐ The applicant did not provide proof that they are receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps;

    ☐ The applicant did not provide documentation that they are currently receiving services from a non-profit legal aid program;

☐ The applicant did not provide documentation that their income is insufficient or barely sufficient to meet the daily essentials of life and includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court;

    ☐ Other reason: _____

    _____

    _____

☐ The applicant is an incarcerated felon, and this is not a domestic relations action. (A.R.S. § 12-302(E))

☒ Deferral is granted for the following fees and costs in this court:

    ☒ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

Case Number: _____

If a deferral is granted, applicant must pay as follows:

---

☒ No payments will be due until further notice or at the conclusion of your case.

☐ Payment plan. The applicant must pay $_____ each _____
(week, month etc.) until paid in full, beginning _____.

☐ Payment due date. The applicant must pay the service of process fee of
$_____ on or before _____.

---

Right to judicial review. If the court denies your application or sets a payment plan for you, you may request a judicial officer to review the decision by filing a Request and Order for Hearing. You must file the request within 20 days of the day the order was mailed or delivered to you. If the court sets a payment plan for you, no payments will be due until the court reviews the request. The court will review the request as soon as reasonably possible.

---

If you do not pay the service of process fees when they are due, you will receive a Notice of Court Fees and Costs Due. The Notice of Court Fees and Costs Due will remind you that you may submit a Supplemental Application (Form No. GNDW92f) for further deferral or waiver if you believe you still cannot afford to pay your court fees. The court will review your Supplemental Application and decide at that time whether or not you must pay.

---

Notice regarding consent judgment. A consent judgment may be entered against you for all fees or costs that are deferred but remain unpaid 30 calendar days after entry of the final judgment, decree, or order unless:

A. The fees and costs are taxed to another party.

B. You establish a payment plan and make timely payments.

C. You file a Supplemental Application, and the court has not made a ruling on it.

D. In response to the Supplemental Application, the court orders the fees and costs to be waived or further deferred.

E. Within 20 days of the date the court denies the Supplemental Application,

    o You pay the fees and costs.

    o You request a hearing. The court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time given by the court.

Case Number: _____

If you appeal the final order, decree, or judgment, unpaid court fees are due 30 days after the appeals process ends. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

> Duty to report change in financial circumstances.
> An applicant who is granted a deferral or waiver must promptly notify the court of any change in financial circumstances during the course of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

Dated: _____ **AUG - 8 2025** _____

☐ Judicial Officer  ☒ Special Commissioner

> Note: if the application is by verbal avowal, the applicant must sign the consent on the next page.

> I CERTIFY that I mailed/delivered a copy of this document to:
> ☒ Applicant ☐ at the above address, ☐ in court, ☒ hand delivered, ☐ by email
> ☐ Applicant's attorney ☐ at the above address, ☐ in court, ☐ hand delivered, ☐ by email
>
> **AUG - 8 2025** _____   By _____
> Date                        Clerk of Superior Court

© Superior Court of Arizona in Maricopa County       Page 5 of 5                    GNDW18f-090622
ALL RIGHTS RESERVED

# In the Superior Court of the State of Arizona
# In the County of Maricopa

:Mark-Rock: Higgins-
*in-propria-persona-sui-juris* .
Higgins Family Trust
~10642 W. SOUTHERN,
[~TOLLESON] [~ARIZONA] [85353]

Case Number CV2025-027997

| | | |
|---|---|---|
| _____ | § | **MOTION** |
| :Mark-Rock: **Higgins** *in propria personam sui juris.* | § | **FOR** |
| :**Higgins Family Trust** | § | **ALTERNATIVE SERVICE** |
| Complainant(s) | § | |
| | § | **MOTION** |
| .V. | § | **TO** |
| | § | **WAVE** |
| | § | **FEES** |
| | § | |
| _____ | § | |
| :**Rachel Hope Mitchell** *in personam* | § | |
| | § | |
| :**Manuel O Delgado Jr** in personam , | § | |
| **Defendants** | § | |

TO: Master / Chancellor Joseph C. Welty et al., subsequent complaint by higgins, mark rock d/b/a HIGGINS FAMILY TRUST, and as Trustee of HFT, I request the Waiver of Fee(s) of the process, and service of People bound by oaths, within positions of authority, commercially circumventing, my and the HFT's beneficiaries civil rights as [Provided] Exemplification Certificate CIVIL JUDGMENT(S) attestation(s) precedence establish foundation of complaint."Higgins Family Trust and beneficiaries CIVIL JUDGMENT(S)" surpass any "Case Law" based upon the premise each being true to nature of the foundational premise being litigated herein.

## MEMORANDUM OF LAW

AS PER: 22-CV-9714(LTS); 22-CV-10801(LTS); 23-CV-1418(LTS); 24-CV-3799(LTS)

by Judge Swain's SO ORDERED, USDC for SDNY attainment noted as per following attachment, establishing of all action to precede designated admiralty maritime nature law of Nation under the maxims of equity as jurisdiction as per set-forth by United States Supreme Court within admiralty maritime to Rules of the Supreme Court, adopted January 7, 1884-1910, present to herein date, within all legal proceedings, within all inferior courts as noted within MCR 2024-0429965 Filed 08/13/2024, 03:37 paper recording Maricopa County Recorders Office Stephen Richer Official Records Superior Court Case No. CV2024-21367, Maricopa County, Arizona,Verified Foreign Judgment Estoppel of SDNY Case No. 22-cv-9714(LTS).

The expenses to which BY CAUSE, TO occur People bound by oaths, failed to observe their obligation(s), and cause intense physical, mental, and financial hardship(s) upon the Beneficiaries and Trustee :Mark-Rock: Higgins, seeking relief /remedy. Yet to date, these litigated and defaulted, Liablee(s) fail to recognize nor address, such adjudicated failure(s). These People bound by Oaths, circumvent, incarcerate, deviate law, act as privateers, pirates commercialization of adjudicated Private Rights. These People bound by Oaths, being employee(s) of the same Political Corporate Subdivision complicity, conspire, and circumvent to induce the necessary venue / jurisdiction to proceed within court and cause duress by WARRANT, BAIL, BOND etc, all without a single written attestation docketed. The hearsay, compulsory to compel capitulation being the corporate jurisdictional overreach, of the Legislative Tribunals, under guise as Judicial proceedings, under Letters of Marque / Reprisal, booty. The herein USDC SDNY Case Presents establish as FACT, that the people bound by oaths, deviate rights, for booty, under admiralty maritime at law tribunals.

I, : Mark-Rock: Higgins *in personam,* hereby request and PRAY, the herein Master Chancellor to WAIVER FEE(S) associated with this Honorable Court Case, and Move this court to ORDER alternate SUMMON(S) SERVICE of the already addressed Liablee(s) within multiple litigation(s), same resulting ORDER by DEFAULT.

"I **DECLARE,** under penalty of perjury under the laws of the (arizona) the united states of america that the foregoing is true and correct.

Executed: August ___*8th*___, 2025

By: ___-Mark-Rock: Higgins___

One of the People: Mark-Rock: Higgins-beneficiary/grantee/grantor *in personam* sui juris,
a private moor people, arizonian national americas aboriginal of arizona

## NOTARY VERIFICATION

I **DECLARE,** under penalty of perjury under the laws of the (arizona) the united states of america that the foregoing is true and correct.

Executed: August ___*8th*___, 2025

## JURAT

(Arizona state)

(Maricopa county)

**I HEREBY DECLARE** that on this day before me an officer duly sworn, appeared : Mark-Rock:Higgins grantee/grantor/heir/beneficiary, *in propria persona sui juris* (in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

**DECLARED** before me in the County and State aforesaid this ___*8th*___ day of August, 2025.

WITNESS my hand and official seal.

___Sherry Lenhart___      ___Sherry Lenhart___
NOTARY & as Notary Presenter.      PRINT     *Locus sigilli (seal)*



OFFICIAL SEAL
SHERRY LENHART
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM# 671751
My Comm. Expires 08/31/2028

Person Filing: higgins, mark rock "in propria persona"

Address (if not protected): 10642 W. Southern

City, State, Zip Code: Tolleson, Arizona RFD near [85353]

Telephone: (602) 315-4763

Email Address: HigginsFamilyTrustTrustee@Gmail.com

Lawyer's Bar Number: n/a

**COPY**

AUG 0 8 2024

CLERK OF THE SUPERIOR COURT
P. LEIN
DEPUTY CLERK

Representing ☐ Self, without a Lawyer, or ☐ Attorney for ☒ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY    CV 2024-021367

HIGGINS FAMILY TRUST et al.,
_____
Name of Plaintiff / Petitioner

Case Number: 22-cv-9714(LTS)

ANTONY BLINKEN
_____
Name of Defendant / Respondent

**NOTICE OF FILING A FOREIGN JUDGMENT**

You are hereby given notice pursuant to A.R.S. § 12-1703(b) that the foreign judgment described below has been filed in the office of the Clerk of Superior Court of Maricopa County.

1. Court in which the judgment was entered: United States District Court SDNY

2. Case Number: 1:22-cv-09714-LTS

3. Date of the judgment: 12/19/22

4. The name and current address of the initiating party:

   Name: Mark-Rock:Higgins

   Address: 10642 W. Southern

   City, State, Zip Code: Tolleson, Arizona RFD near [85353]

5. The name and current address of the initiating party's attorney:

   Name: N/A

   Address: _____

   City, State, Zip Code: _____

   ☒    Not applicable

   Respectfully submitted this ____ day of _____, 2024

   _____
   Initiating Party's Signature

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CVFJ91f 042420
MCR 14 of 15

20250156611

20230577840



**United States District Court**
**Southern District of New York**
*Pro Se Intake Unit*

---

**Case 1:22-cv-09714-LTS   Document 13   Filed 12/19/22   Page 1 of 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGGINS FAMILY TRUST, ET AL,

                          Plaintiff,

        -against-

ANTONY BLINKIN, ET AL

                          Defendants.

22-CV-9714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORETTA GAY SCAMP,
*dba Higgins Family Trust*

                                  Plaintiff,

                    -against-

ANTONY BLINKEN, ET AL.,

                                  Defendants.

---

23-CV-1418 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 27, 2023
          New York, New York

                                          /s/ Laura Taylor Swain
                                      _____
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDAN DAVID SMITH,

                              Plaintiff,

              -against-

MANUEL O. DELGADO, JR., et al.,

                              Defendants.

24cv3799 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 18, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                         Chief United States District Judge



MCR 13 of 15

**United States District Court**
**Southern District of New York**

Ruby J. Krajick
*Clerk of Court*

Dear Litigant:

Enclosed is a copy of the judgment entered in your case. If you disagree with a judgment or final order of the district court, you may appeal to the United States Court of Appeals for the Second Circuit. To start this process, file a "Notice of Appeal" with this Court's Pro Se Intake Unit.

You must file your notice of appeal in this Court within 30 days after the judgment or order that you wish to appeal is entered on the Court's docket, or, if the United States or its officer or agency is a party, within 60 days after entry of the judgment or order. If you are unable to file your notice of appeal within the required time, you may make a motion for extension of time, but you must do so within 60 days from the date of entry of the judgment, or within 90 days if the United States or its officer or agency is a party, and you must show excusable neglect or good cause for your inability to file the notice of appeal by the deadline.

Please note that the notice of appeal is a *one-page* document containing your name, a description of the final order or judgment (or part thereof) being appealed, and the name of the court to which the appeal is taken (the Second Circuit) – *it does not* include your reasons or grounds for the appeal. Once your appeal is processed by the district court, your notice of appeal will be sent to the Court of Appeals and a Court of Appeals docket number will be assigned to your case. At that point, all further questions regarding your appeal must be directed to that court.

The filing fee for a notice of appeal is $605 payable in cash, by bank check, certified check, or money order, to "Clerk of Court, S.D.N.Y." *No personal checks are accepted.* Please see District Court fee schedule at https://www.nysd.uscourts.gov/programs/fees. If you are unable to pay the $605 filing fee, complete the "Motion to Proceed *in Forma Pauperis* on Appeal" form and submit it with your notice of appeal to the Pro Se Intake Unit. If the district court denies your motion to proceed *in forma pauperis* on appeal, or has certified under 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith, you may file a motion in the Court of Appeals for leave to appeal *in forma pauperis*, but you must do so within 30 days after service of the district court order that stated that you could not proceed *in forma pauperis* on appeal.

For additional issues regarding the time for filing a notice of appeal, see Federal Rule of Appellate Procedure 4(a). There are many other steps to beginning and proceeding with your appeal, but they are governed by the rules of the Second Circuit Court of Appeals and the Federal Rules of Appellate Procedure. For more information, visit the Second Circuit Court of Appeals website at http://www.ca2.uscourts.gov/.

|  |  |
|---|---|
| **THE DANIEL PATRICK MOYNIHAN** | **THE CHARLES L. BRIEANT, JR.** |
| **UNITED STATES COURTHOUSE** | **UNITED STATES COURTHOUSE** |
| **500 PEARL STREET** | **300 QUARROPAS STREET** |
| **NEW YORK, NY 10007-1312** | **WHITE PLAINS, NY 10601-4150** |

Rev. 12/4/2023

20250156611
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
JUSTIN HEAP



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 03/24/2025  08:30:03 AM

By _____ Recorder

To Verify this purchase visit
https://recorder.maricopa.gov/recording/verify-cert.html?id=325292

# In the Superior Court of the State of Arizona
# In the County of Maricopa

:Mark-Rock: Higgins-
*in-propria-persona-sui-juris* .
Higgins Family Trust
~10642 W. SOUTHERN,
[~TOLLESON] [~ARIZONA] [85353]

Case Number CV2025-027997

| | |
|---|---|
| § | |
| :Mark-Rock: Higgins *in propria personam sui juris.* § | **ORDER PERMITTING** |
| :Higgins Family Trust                          § | **WAVER OF FEES** |
| Complainant(s)                        § | |
| § | |
| .V.                                            § | |
| § | |
| § | |
| § | |
| :Rachel Hope Mitchell *in personam*            § | |
| § | |
| :Manuel O Delgado Jr  in personam ,            § | |
| Defendants et al.,                    § | |

PURSUANT to Motion of Plaintiff, and good cause appearing,

IT IS HEREBY ORDERED permitting Plaintiff, pursuant Foreign Judgment(s) CV2024-021367, CV2024-021373, under USDC SDNY No. 22-CV-9714(LTS); 22-CV-10801(LTS); 23-CV-1418(LTS), precedent, Court's "WAVER OF FEES"

**DONE IN OPEN COURT** this _____ day of _____, 2025

_____
Master Chancellor

Page 1 of 1

Foreign Judgment Estoppel

# In the Superior Court of the State of Arizona
# In the County of Maricopa

:Mark-Rock: Higgins-
*in-propria-persona-sui-juris* .
Higgins Family Trust
~10642 W. SOUTHERN,
[~TOLLESON] [~ARIZONA] [85353]

Case Number CV2025-027997

| | | |
|---|---|---|
| _____ | § | |
| :**Mark-Rock: Higgins** *in propria personam sui juris.* | § | **ORDER PERMITTING** |
| :**Higgins Family Trust** | § | **ALTERNATIVE FORM** |
| Complainant(s) | § | **SERVICE** |
| | § | |
| .V. | § | |
| | § | |
| | § | |
| _____ | § | |
| :**Rachel Hope Mitchell** *in personam* | § | |
| | § | |
| :**Manuel O Delgado Jr** in personam , | § | |
| **Defendants et al.,** | § | |

PURSUANT to Motion of Plaintiff, and good cause appearing,

IT IS HEREBY ORDERED permitting Plaintiff, pursuant to Rule 4.1 and 4.2, Arizona Rules of Civil Procedure, to serve Defendant(s) with Summons, Complaint and Notice to Defendant(s) by e-mailing copies of those documents and this Order to the e-mail address(es) located for Defendant(s), and mailing copies of the same to the KNOWN business address via First Class Mail.

**DONE IN OPEN COURT** this _____ day of _____, 2025

_____
Master Chancellor

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

# In the Superior Court of the State of Arizona
# In the County of Maricopa

2025 AUG 19 AM 10: 37

:Mark-Rock: Higgins-
*in-propria-persona-sui-juris* .
Higgins Family Trust
~10642 W. SOUTHERN,
[~TOLLESON] [~ARIZONA] [85353]

Case Number CV2025-027997

| | | |
|---|---|---|
| _____ | § | |
| **:Mark-Rock: Higgins** *in propria personam sui juris.* | § | **AMEND MISTAKE** |
| *d/b/a* **:Higgins Family Trust** | § | |
| Complainant(s) | § | **MASTER BILL OF LADING** |
| | § | |
| .V. | § | |
| | § | |
| | § | |
| | § | |
| _____ | § | |
| **:Rachel Hope Mitchell** *in personam* | § | |
| | § | |
| Defendants et al., | § | |

PURSUANT to MISTAKE made by Plaintiff, and good cause appearing, renaming Master/Chancellor and Special Clerk, as: Green, Jennifer E. d/b/a JENNIFER E GREEN Chief Judge / acting as Master/Chancellor et al., (Consignee), and Malka, Joseph W. d/b/a JOSEPH W. MALKA as special clerk of the Arizona Territory district court Maricopa County, known presently, herein as The Superior Court of the State of Arizona in the County of Maricopa

this **17th** day of **August** , 2025

BY: *:Mark-Rock: Higgins* .

:Mark-Rock: Higgins . Plaintiff

USDC SDNY Case No. 22-cv-9714-LTS

The United States of America in Congress Assembled

**Constitution of the United States**

*Article III, §2§§1, Article VI, Article 1, §8 clause 17,18 (**enclave clause**) the Judiciary Act of 1789 1 stat 73 §9, §11,§13, §16, and §20,§22,§25,§26, §30,§32 Organic acts 1801-1871(charter) and the D.C. Codes*

**United States Constitution**

**To: green, jennifer e  d/b/a JENNIFER E GREEN**
        **Chief Judge/acting as Master/Chancellor et al.,(Consignee)**

**To: malka, joseph w. d/b/a JOSEPH W. MALKA special clerk of the court et al. (Consignee) c/o Territory of Arizona district court now as the superior court of the maricopa county**

**Speciali Causa (Special Cause) Private, Special, Privileged**

**Confidential**
**Excluding the Public and Press**

**Special Term, without General without Statutes, without ARCP & ARAP**
Arizona Rules of Civil Procedure **(British Statutes)** Arizona Rules Of Appellate Procedure **(British Statutes)**
*"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."*
***Claimant(s)***
***higgins, mark rock; : Mark-Rock: Higgins .-in-propria-persona-sui-juris d/b/a Higgins Family Trust*** d/b/a : MARK-ROCK: HIGGINS .
: Mark-Rock: Higgins Moor irish beneficiary a Emperor, a Noble
a Merchant, Admiral, Piloter, Seaman, Mariner, Shereef
*in propria persona sui juris, majoris aetatis suae .*
~10642 WEST SOUTHERN AVENUE
~TOLLESON, Ali Shonak[~ARIZONA] RFD-[~85353]
higginsfamilytrusttrustee@gmail.com

---

*defendant(s) libelee(s) pirate(s) controversy/contravention*

: mitchell, rachell hope d/b/a **RACHELL H. MICHELL:**
: Presiding Prosecutor/Privateer/Pirate
: Maricopa County
~225 W. Madison St, 3rd Floor
~Phoenix, Arizona [85003]

: bastien, carla jewel d/b/a CARLA BASTIEN
:pro/tempore judge/Privateer/Pirate
City of Goodyear Municipal Court et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, Arizona [85338]



**United States District Court**
**Southern District of New York**

Ruby J. Krajick
*Clerk of Court*

Dear Litigant:

Enclosed is a copy of the judgment entered in your case. If you disagree with a judgment or final order of the district court, you may appeal to the United States Court of Appeals for the Second Circuit. To start this process, file a "Notice of Appeal" with this Court's Pro Se Intake Unit.

You must file your notice of appeal in this Court within 30 days after the judgment or order that you wish to appeal is entered on the Court's docket, or, if the United States or its officer or agency is a party, within 60 days after entry of the judgment or order. If you are unable to file your notice of appeal within the required time, you may make a motion for extension of time, but you must do so within 60 days from the date of entry of the judgment, or within 90 days if the United States or its officer or agency is a party, and you must show excusable neglect or good cause for your inability to file the notice of appeal by the deadline.

Please note that the notice of appeal is a *one-page* document containing your name, a description of the final order or judgment (or part thereof) being appealed, and the name of the court to which the appeal is taken (the Second Circuit) – *it does not* include your reasons or grounds for the appeal. Once your appeal is processed by the district court, your notice of appeal will be sent to the Court of Appeals and a Court of Appeals docket number will be assigned to your case. At that point, all further questions regarding your appeal must be directed to that court.

The filing fee for a notice of appeal is $505 payable in cash, by bank check, certified check, or money order, to "Clerk of Court, S.D.N.Y." *No personal checks are accepted.* If you are unable to pay the $505 filing fee, complete the "Motion to Proceed *in Forma Pauperis* on Appeal" form and submit it with your notice of appeal to the Pro Se Intake Unit. If the district court denies your motion to proceed *in forma pauperis* on appeal, or has certified under 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith, you may file a motion in the Court of Appeals for leave to appeal *in forma pauperis*, but you must do so within 30 days after service of the district court order that stated that you could not proceed *in forma pauperis* on appeal.

For additional issues regarding the time for filing a notice of appeal, see Federal Rule of Appellate Procedure 4(a). There are many other steps to beginning and proceeding with your appeal, but they are governed by the rules of the Second Circuit Court of Appeals and the Federal Rules of Appellate Procedure. For more information, visit the Second Circuit Court of Appeals website at **http://www.ca2.uscourts.gov/**.

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

THE CHARLES L. BRIEANT, JR.
UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

Rev. 5/23/14

CLERK OF THE
SUPERIOR COURT
FILED
J. Bern  DEP

25 AUG 19 AM 10: 32

For Clerk's Use Only

Person Filing: :Mark-Rock: Higgins in persamam

Address (if not protected): ~ 10642 WEST SOUTHERN

City, State, Zip Code: TOLESON ARIZONA 85 353

Telephone: ~ 602 3154763

Email Address: Rock 22/ @ Icloud

Lawyer's Bar Number: N/A

Representing ☒ Self, without a Lawyer OR ☐ Attorney for ☐Petitioner OR ☐ Respondent

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

CV2025-027897

:Mark-Rock: Higgins in persamam

Name of Petitioner / Plaintiff

Case Number: _____

Rachel Hope Mitchell et al.,

Name of Respondent / Defendant

ORDER REGARDING DEFERRAL
OR WAIVER OF COURT FEES AND
COSTS

THE COURT FINDS that the applicant or estate/ward/protected person, _____

:Mark-Rock: Higgins d/b/a HIGGINS FAMILY TRUST (print name):

1.  ☐ Is not eligible for a deferral or for a waiver of fees and costs.

Or

2.  ☒ Is eligible for a deferral of fees and costs based on:

☒ Financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

☐ At the court's discretion (A.R.S. § 12-302(L)).

☐ Good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

Or

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNDW18f-090622

Case Number: _____

3.    ☐ <u>Is eligible for a waiver</u> of fees and costs based on:

      ☐ Applicant is permanently unable to pay.

      ☐ At the court's discretion (A.R.S. § 12-302(L)).


**IT IS ORDERED:**

☐ <u>Waiver is denied</u> for the following reasons:

   ☐ This is a class action. (A.R.S. § 12-302(K))

   ☐ The applicant is an ADOC inmate awaiting transportation to ADOC facilities or a non-ADOC inmate, and this is not a domestic relations action. (A.R.S. § 12-302(K))

   ☐ The applicant was previously declared a vexatious litigant by any court, and this is not a domestic relations case. (A.R.S. § 12-302(K))

   ☐ The applicant is not permanently unable to pay or the applicant has not established a receipt of benefits from the Supplemental Security Income (SSI) program. (ACJA § 5-206(F))


☐ <u>Waiver is granted</u> for the following fees and costs in this case that may be waived under A.R.S. § 12-302(H):

   ☐ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

   ☐ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

   ☐ Fees for service by publication.

   ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

   ☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

☐ <u>Deferral is denied</u> for the following reason(s):

   ☐ The application is incomplete because _____

© Superior Court of Arizona in Maricopa County      Page 2 of 5          GNDW18f-090622
ALL RIGHTS RESERVED

Case Number: _____

> You are encouraged to submit a complete application.

☐ The applicant does not meet the financial criteria for deferral because:

    ☐ The applicant did not provide proof that they are receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps;

    ☐ The applicant did not provide documentation that they are currently receiving services from a non-profit legal aid program;

☐ The applicant did not provide documentation that their income is insufficient or barely sufficient to meet the daily essentials of life and includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court;

    ☐ Other reason: _____

_____

_____

☐ The applicant is an incarcerated felon, and this is not a domestic relations action. (A.R.S. § 12-302(E))

☒ **Deferral is granted** for the following fees and costs in this court:

    ☒ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

    ☒ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

© Superior Court of Arizona in Maricopa County     Page 3 of 5     GNDW18f-090622
ALL RIGHTS RESERVED

Case Number: _____

Underline{If a deferral is granted, applicant must pay as follows:}

☒ No payments will be due until further notice or at the conclusion of your case.

☐ Payment plan. The applicant must pay $_____ each _____
(week, month etc.) until paid in full, beginning _____.

☐ Payment due date. The applicant must pay the service of process fee of
$_____ on or before _____.

Underline{Right to judicial review.} If the court denies your application or sets a payment plan for you, you may request a judicial officer to review the decision by filing a Underline{Request and Order for Hearing.} You must file the request within 20 days of the day the order was mailed or delivered to you. If the court sets a payment plan for you, no payments will be due until the court reviews the request. The court will review the request as soon as reasonably possible.

If you do not pay the service of process fees when they are due, you will receive a Underline{Notice of Court Fees and Costs Due.} The Notice of Court Fees and Costs Due will remind you that you may submit a Supplemental Application (Form No. GNDW92f) for further deferral or waiver if you believe you still cannot afford to pay your court fees. The court will review your Underline{Supplemental Application} and decide at that time whether or not you must pay.

Underline{Notice regarding consent judgment.} A consent judgment may be entered against you for all fees or costs that are deferred but remain unpaid 30 calendar days after entry of the final judgment, decree, or order Underline{unless}:

    A. The fees and costs are taxed to another party.

    B. You establish a payment plan and make timely payments.

    C. You file a Supplemental Application, and the court has not made a ruling on it.

    D. In response to the Supplemental Application, the court orders the fees and costs to be waived or further deferred.

    E. Within 20 days of the date the court denies the Supplemental Application,

        o You pay the fees and costs.

        o You request a hearing. The court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time given by the court.

© Superior Court of Arizona in Maricopa County      Page 4 of 5      GNDW18f-090622
ALL RIGHTS RESERVED

Case Number: _____

If you appeal the final order, decree, or judgment, unpaid court fees are due 30 days after the appeals process ends. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

> **Duty to report change in financial circumstances.**
> An applicant who is granted a deferral or waiver must promptly notify the court of any change in financial circumstances during the course of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

Dated: **AUG 1 9 2025** _____

☐ Judicial Officer  ☒ Special Commissioner

> Note: if the application is by verbal avowal, the applicant must sign the consent on the next page.

> I CERTIFY that I mailed/delivered a copy of this document to:
> ☒ Applicant ☐ at the above address, ☐ in court, ☒ hand delivered, ☐ by email
> ☐ Applicant's attorney ☐ at the above address, ☐ in court, ☐ hand delivered, ☐ by email
> **AUG 1 9 2025**
>
> _____    By _____
> Date                                    Clerk of Superior Court

© Superior Court of Arizona in Maricopa County    Page 5 of 5    GNDW18f-090622
ALL RIGHTS RESERVED

Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          08/21/2025


                                              CLERK OF THE COURT
HONORABLE ERIK THORSON                             C. Lockhart
                                                    Deputy



MARK-ROCK HIGGINS                       MARK-ROCK HIGGINS
                                        10642 W SOUTHERN
                                        TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL                    RACHEL HOPE MITCHELL
                                        225 W MADISON ST 3RD FL
                                        PHOENIX AZ  85003




MINUTE ENTRY

    The Court has received and reviewed Plaintiff Mark-Rock Higgins' Motion for Alternative Service and Motion to Wave (sic) Fees, filed August 11, 2025. The Special Commissioner assigned to the case deferred filing fees indefinitely for this action on August 8, 2025. As that functions equivalent to a waiver at present,

    **IT IS ORDERED denying** the waiver portion of the Motion as moot.

    **IT IS FURTHER ORDERED denying** the Alternative Service portion of the motion as Plaintiff has not shown that service via normal means is impracticable, as required by Ariz. R. Civ. P. 4.1(k). Given the circumstances, however,


Docket Code 019                   Form V000A                            Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              08/21/2025


**IT IS FURTHER ORDERED waiving the fees for service of process** by a sheriff, marshal, constable, or law enforcement agency.


Date:  August 21, 2025


_/s/ Erik Thorson_
HON. ERIK THORSON
JUDGE OF THE SUPERIOR COURT


Docket Code 019                    Form V000A                    Page 2

CLERK OF THE
SUPERIOR COURT
FILED
B. YEARIN, DEP

2025 AUG 27 PM 3: 01

# In the Superior Court of the State of Arizona
# In the County of Maricopa

:Mark-Rock: Higgins-
*in-propria-persona-sui-juris* .
Higgins Family Trust
 ~10642 W. SOUTHERN,
[~TOLLESON] [~ARIZONA]
            [~85353]

Case Number CV2025-027997

| | |
|---|---|
| _____ § | |
| **:Mark-Rock: Higgins** *in propria personam sui juris.* § | **AMEND MISTAKE** |
| *d/b/a* **:Higgins Family Trust** § | |
| **Complainant(s)** § | **DEFENDANTS** |
| § | |
| **.V.** § | |
| § | |
| § | |
| § | |
| _____ § | |
| **:Rachel Hope Mitchell** *in personam* § | |
| § | |
| **Defendants et al.,** § | |

---

PURSUANT to MISTAKE made by Plaintiff, and GOOD CAUSE appearing, Additional Defendant's herein additional Defendant's NAMES: Phelan, Debra R. d/b/a DEBRA R PHELAN ET AL., : Warianka, Andrew Stefan d/b/a ANDREW WARIANKA ET AL., ; and Tucker, Deserae Aleethea d/b/a DESARAE TUCKER as Additional oath violating Defendants. TO: Master/Chancellor and Special Clerk, as: Thorson, Erik. d/b/a ERIK THORSON Presiding Judge / acting as Master/Chancellor et al., (Consignee), and Malka, Joseph W. d/b/a JOSEPH W. MALKA as special clerk of the Arizona Territory district court Maricopa County, known presently, herein as The Superior Court of the State of Arizona in the County of Maricopa

this _25th_ day of _August_ , 2025

BY: : *Mark-Rock: Higgins* .

:Mark-Rock: Higgins . Plaintiff

Page 1 of 1                                          Master Bill of Lading CV2025-027997

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
9/29/2025 4:43:21 PM
Filing ID 20665190

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

Nancy M. Bonnell, State Bar No. 016382
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  602-542-7902
Nancy.Bonnell@azag.gov
adminlaw@azag.gov (for court use only)
*Attorneys for Justices Ann Scott Timmer and*
*Robert Brutinel (Ret.)*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>Plaintiff,<br>v.<br><br>RACHEL HOPE MITCHELL, *et al*,<br><br>Defendants. | Case No. CV2025-027997<br><br>**JUSTICE TIMMER'S AND RETIRED JUSTICE BRUTINEL'S MOTION TO DISMISS COMPLAINT**<br><br>(Assigned to the Hon. James Drake) |

Pursuant to Ariz. R. Civ. P. 12(b)(6), Defendants Justice Ann Scott Timmer and Retired Justice Robert Brutinel (collectively the "Justices"), through undersigned counsel, move for the dismissal of Plaintiff's Complaint against them for failure to state a claim upon which relief can be granted. This Motion is supported by the Memorandum of Points and Authorities below.

### MEMORANDUM OF POINTS AND AUTHORITIES

For the reasons stated below, the Complaint served upon the Justices on September 12, 2025, fails to state a claim upon which relief can be granted.  Copies of the Summonses and Complaint served upon the Justices are attached as Exhibits 1 and 2.

**The Complaint Fails to Meet Arizona's Notice Pleading Requirements**.

Rule 8 of the Arizona Rules of Civil Procedure requires that a complaint contain a short and plain statement showing the Plaintiff is entitled to relief.  Rule 8 is a notice pleading standard, "the purpose of which is to 'give the opponent fair notice of the nature and basis of the claim and indicate generally the type of litigation involved.'" *Cullen v. Auto-Owners Insurance Co.*, 218 Ariz. 417, 419 (2008) (quoting *Mackey v. Spangler,* 81 Ariz. 113, 115, 301 P.2d 1026, 1027–28 (1956)).

Plaintiff's Complaint does not contain a short and plain statement indicating Plaintiff is entitled to relief from the Justices—or any party for that matter.    In fact, the Complaint is completely devoid of facts.

The Statement of Facts section of the Complaint contains a list of case numbers but not one single fact.  While paragraph 5 of the Complaint states that there is a 71-page Attestation provided, the Complaint does not contain an attestation and there is not one attached to the Complaint.  See Exhibits 1 and 2.[1]

Moreover, there is not one mention of either Justice in the Complaint.  The Complaint does not allege that the Justices took any actions that would subject them to suit by Plaintiff or that they failed to act as required by law.  The Complaint fails to allege that Plaintiff and the Justices have interacted in any way or that Plaintiff is entitled to any relief from the Justices.

---

[1] There is a one-page document attached to the Complaint that appears to be the first page of a 72-page document, but the remaining 71 pages were not attached to the Complaint.  The one-page document is nonsensical and provides no notice of the nature and basis of the claims against the Justices.

**The Complaint Fails to State a Claim Upon Which Relief Can be Granted.**

"If a pleading does not comply with Rule 8, an opposing party may move to dismiss the action for "[f]ailure to state a claim upon which relief can be granted." Ariz. R. Civ. P. 12(b)(6). When adjudicating a Rule 12(b)(6) motion to dismiss, Arizona courts look only to the pleading itself and consider the well-pled factual allegations contained therein." *Cullen v. Auto-Owners Ins. Co*., 218 Ariz. 417, 419 (2008). "[C]ourts must assume the truth of all well-pleaded factual allegations and indulge all reasonable inferences from those facts, but mere conclusory statements are insufficient." *Coleman v. City of Mesa*, 230 Ariz. 352, 356 (2012).

The Complaint does not contain any well-pled facts.  The Statement of Facts and Breach section of the Complaint, states "As Per 71 page [sic] Attestation Provided" and lists four SDNY case numbers, but alleges no facts about them.  Furthermore, no 71-page Attestation was provided with the Complaint that was served on the Justices.  See Exhibits 1 and 2.  The Applicable Law Supporting Claim section of the Complaint, states "See Memorandum Treaty Laws etc etc" and lists one of the previous SDNY case numbers--but nothing more.  *Id.*  The Injuries section of the Complaint, states "see Complaint."  *Id.*  The Complaint's Demand for Relief section requests that the Defendants honor: their oaths, Plaintiff's "Relief by Order", treaties made by the United States, the U.S. Supreme Court's admiral by maritime Rules of Procedure "in personam only," and civil judgment and foreign judgment of superior court cases.  *Id.*

The Complaint fails to allege any facts or legal theories to which the Justices can provide an answer.  The Complaint fails to allege that the Justices are or were involved

3

in any of the listed case numbers or that the requested relief would be properly ordered against the Justices. Filing this Motion is the only way the Justices can respond to Plaintiff's Complaint.

**Conclusion**

For the foregoing reasons, the Justices respectfully request that the Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

RESPECTFULLY SUBMITTED this 29th day of September, 2025.

KRISTIN K. MAYES
Attorney General

/s/ Nancy M. Bonnell
Nancy M. Bonnell
Assistant Attorney General
*Attorneys for the Defendant Justices*

**ORIGINAL**  E-filed this 29th day of September 2025 with:

Clerk of Court
Maricopa County Superior Court

**COPY** of the foregoing
emailed this 29th day of
September 2025, and mailed via
U.S. Mail on September 30, 2025 to:

Mark-Rock Higgins
10642 West Southern
Tolleson, AZ 85353
ROCKZZ7@icloud.com

By: /s/ Nancy M. Bonnell
    Nancy M. Bonnell

4

**Good Faith Consultation Certificate**

Pursuant to Ariz. R. Civ. P. 7.1(h) and 12(j), undersigned counsel hereby certifies, that on September 23, 2025, undersigned counsel emailed Plaintiff in an attempt to schedule a telephone call to discuss undersigned counsel's intent to file a motion to dismiss Plaintiff's Complaint as it alleged no facts pertaining to Justice Ann Scott Timmer and retired Justice Robert Brutinel. Plaintiff declined to engage in any discussion and encouraged undersigned counsel to file the motion. A copy of Plaintiff's email correspondence is below.

| | |
|---|---|
| **From:** | Mark Higgins |
| **To:** | Bonnell, Nancy |
| **Subject:** | Re: Higgins v. Brutinel, et al.; CV2025-027997 |
| **Date:** | Tuesday, September 23, 2025 1:33:04 PM |

Great Day
Dear Nancy Bonnell
    As the "Plaintiff Directs" the jurisdiction, your wonderful statement goes upon deaf ears, the oath to

        U.S.        Constitution
      Article VI Sections 1, 2,
      3
Notice to agent is Notice to Principal Notice to Principal is notice to agent, within admiralty maritime nature law of Nations under the Maxims of Equity, AS PER: Superior Court Case Docket No. CV2025-021367,
As per: Admiralty Maritime Rules of the Supreme Courts Admiralty Maritime *in personam only answer*
Master Bill of Lading Case:
            CV2025-027997
You might want to consider looking them over and not blurting out your construct of civil procedure being applicable to the *at rem law of characteristic  to which the oaths have no cause nor effect upon.*
*"Great tactical reasoning*
*though" Thank you*
*: Mark-Rock: Higgins*
*We Love You ALL Treasonous or*
*Not! Get the*

        *"Motion in Quick"*

# EXHIBIT 1

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Ann A. Scott Timmer et al.,

Name of Defendant

Case No.: CV2025-027997

**SUMMONS**

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

FROM THE STATE OF ARIZONA TO: _____ :Ann A. Scott Timmer et al.,_____

Name of Defendant

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    •   **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205** *OR*

    •   **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** *OR*

    •   **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201** *OR*

    •   **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

    **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

COPY

CLERK OF SUPERIOR COURT  AUG 2 6 2025

CLERK OF THE SUPERIOR COURT
A. RAMSEY
DEPUTY CLERK

By_____
              Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

Person Filing: _Mark-Rock: Higgins in Personas_
Address (if not protected): _~10642 W. Southern_
City, State, Zip Code: _Tolleson Arizona [85353]_
Telephone: _~(602) 315-9763_
Email Address: _Rockz27@Tolooch.com_
Lawyer's Bar Number: _N/A_

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY

AUG - 8 2025

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Mark-Rock: Higgins in personam_
**Name of Plaintiff**

Case Number: **CV2025-027997**

_Rachel Hope Mitchell et al.,_
**Name of Defendant**

Title: **CIVIL COMPLAINT**
163 _Master Bill of hoping_

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☐ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☒ Other reason: _People bound by Detas do business under authority of Maricopa County & State of Arizona_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 4

CVC10f  070116

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.  *Unknown*

    *"Physical Relief "*

    ☐ Tier 1 = Actions claiming $50,000 or less in damages.

    ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

       OR  Actions claiming nonmonetary relief.

    ☐ Tier 3 = Actions claiming $300,000 or more in damages.


## PARTIES

3.  The Plaintiff in this case is : *Mark-Rock: Higgins d/b/a HFT AS PER Master Bill of Lading states*

4.  The Defendant in this case is *Rachel Hope Mitchell et al.,*


## STATEMENT OF FACTS AND BREACH

5.  *CASPER: 71 page Attestation Provided USDC SDNY Case No 22-CV-9714 (LTS)*

6.  *Case No 22-CV-10801 (LTS) Civil Judment Order*

7.  *Case No. 23-CV-1418 (LTS) Civil Judgment Order*

8.  *Case No 24-CV-3799 (LTS) Civil Judgment Order*

9.

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( )  SEE Memorandum Treaty Laws ef c etc
Case No. 22-CV-9714 (LTS)

( ) _____

_____

( ) _____

_____

( ) _____

_____

( ) _____

_____

( ) _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( )  See Complaint

_____

( ) _____

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) Honor their Oaths, Honor my Relief by Order

( ) Honor Treaties made by the United States

( ) Honor U.S. Supreme Courts admiralty Maritime Rules and Procedure "In personam only"

( ) Honor Civil Judgment & Foreign Judgment Superior Court Case CV2024-021367 & CV2024-0257

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _8-7-2025_
(Date of signature)

_Mark-Rocki Higgins_
(Signature of Plaintiff or Plaintiff's Attorney)

CVC10f 070118

USDC SDNY Case No. 22-cv-9714-LTS



# Arizona Territory district court / Superior Courts of Arizona
## Maricopa County    Case No. CV2025-027997
## High Courts of Chancery

### _Master Bill of Lading_    Defendant's Copy
*NON-NEGOTIABLE*
### Ships Manifest
Non-Negotiable
### Civil Dispute

*Superior Court of Arizona Maricopa County Foreign Judgment Case No. CV2024-021367*
### Territory Of Arizona-Grenada-Spain

Bill In Chancery
# Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/ Gods The Moors

## The style of this Confederacy shall be known as

The United States of America

### First Continental Congress

1774 Articles Of Association (Charter)

### Second Continental Congress

*1776 Declaration of Independence 1776 Articles of Confederation art.4* **United States In Congress Assembled**

*1781 Articles of Confederation a Perpetual Union*
*Article 1,2,3,4,6,9,12,13*
### 1787 Northwest Ordinance
*Section 1,2,8,13,14. Art. 4*
### *Treaty of Marrakech 1786.*

*ARTICLE XXI., Treaty of Tunis 1824*
*ARTICLE XII.*
*Allegiance to The king of Great Britain and Debts owed*
*The First Charter of Virginia , April 10, 1606 sec 1&9*
*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath
*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Person Filing: _Mark-Rock: Higgins in personam_
Address (if not protected): _10642 W. Southern_
City, State, Zip Code: _TOLLESON, [ARIZONA] [85353]_
Telephone: _602 315 4763_
Email Address: _Rockzz7@Icloud.Com_
Lawyer's Bar Number: _N/A_
Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR ☒ Defendant

COPY

AUG 06 2025

FOR CLERK'S USE ONLY

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_:Mark-Rock: Higgins d/b/a_
_Higgins Family Trust et al.,_
PLAINTIFF,

VS.

_Rachel Hope Mitchell_

DEFENDANT.

CV2025-027997

Case Number: _____

## CERTIFICATE OF COMPULSORY ARBITRATION

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____

_____

_____

SUBMITTED this __8th__ day of __August__, 20 _25_.

SIGNATURE _:Mark-Rock:Higgins._

© Superior Court of Arizona in Maricopa County

# EXHIBIT 2

Received 04/12/25 2:04pm SPC Security

Person Filing: :Mark-Rock: Higgins

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~Tolleson [~ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A, in personam only

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam only .

Name of Plaintiff

And

:Robert Maurice Brutinel et al.,

Name of Defendant

Case No.: CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** ___:Robert Maurice Brutinel et al.,___

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

COPY

**SIGNED AND SEALED this date**

AUG 2 6 2025

**CLERK OF SUPERIOR COURT**

CLERK OF THE SUPERIOR COURT
A. RAMSEY
DEPUTY CLERK

By_____
                **Deputy Clerk**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

Person Filing: _Mark-Rock:Higgins in Personam_
Address (if not protected): _~10692 W. Southern_
City, State, Zip Code: _Tollerson Arizona [85353]_
Telephone: _~(602) 315-9763_
Email Address: _Rockz76@Icloud.com_
Lawyer's Bar Number: _N/A_

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY

AUG - 8 2025

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_:Mark-Rock:Higgins in personam_
**Name of Plaintiff**

Case Number: ___CV2025-027997___

Title: **CIVIL COMPLAINT**
_163 Master Bill of hoping_

_Rachel Hope Mitchell etal.,_
**Name of Defendant**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☐ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☒ Other reason: _People bound by Oaths do business under authority of Maricopa County & State of Arizona_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                                                    CVC10f 070118

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request. *Unknown*
*"Physical Relief"*

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR  Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is : *Menk-Rock:Higgins d/b/a HFT AS PER Master Bill of Lading states*

4.  The Defendant in this case is *Rachel Hope Mitchell et al.,*

## STATEMENT OF FACTS AND BREACH

5.  *CASPER: 71 page Attestation Provided USDC SDNY Case No 22-CV-9714 (LTS)*

6.  *Case No 22-CV-10801 (LTS) Civil Judment ORDER*

7.  *Case No. 23-CV-1418 (LTS) Civil Judgment ORDER*

8.  *Case No 24-CV-3799 (LTS) Civil Judgment ORDER*

9.  _____

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( ) SEE Memorandum Treaty Laws et ete
Case No 22-CV-9714 (LTS)

( ) _____

_____

( ) _____

_____

( ) _____

_____

( ) _____

_____

( ) _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( ) See Complaint

_____

© Superior Court of Arizona in Maricopa County

CVC10f 070118

( )  _____

( )  _____

( )  _____

( )  _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( )  Honor their Oaths, Honor my Relief by Draw

( )  Honor Treaties made by the United States

( )  Honor U.S. Supreme Court's admiralty Maritime Rules of Procedure "In Personam only"

( )  Honor Civil Judment & Foreign Judgment Superior Court Case CV2024-021367 & CV2024-0257

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this  **8-7-2025**
(Date of signature)

*Mark-Rocki Higgins*
(Signature of Plaintiff or Plaintiff's Attorney)

CVG10F 070118

USDC SDNY Case No. 22-cv-9714-LTS



# Arizona Territory district court / Superior Courts of Arizona
## Maricopa County     Case No. CV2025-027997
## High Courts of Chancery
### *Master Bill of Lading*     Defendant's Copy
#### *NON-NEGOTIABLE*
### Ships Manifest
Non-Negotiable
### Civil Dispute

*Superior Court of Arizona Maricopa County Foreign Judgment Case No. CV2024-021367*
### Territory Of Arizona-Grenada-Spain

Bill In Chancery
## Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/ Gods The Moors

### The style of this Confederacy shall be known as

The United States of America

### First Continental Congress

1774 Articles Of Association (Charter)

### Second Continental Congress

*1776 Declaration of Independence 1776 Articles of Confederation art.4* **United States In Congress Assembled**

*1781 Articles of Confederation a Perpetual Union*

*Article 1,2,3,4,6,9,12,13*

### 1787 Northwest Ordinance

*Section 1,2,8,13,14. Art. 4*

***Treaty of Marrakech 1786.***

*ARTICLE XXI., Treaty of Tunis 1824*

*ARTICLE XII.*

*Allegiance to The king of Great Britain and Debts owed*

*The First Charter of Virginia , April 10, 1606 sec 1&9*

*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath
*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Person Filing: :Mark-Rock: Higgins in personam
Address (if not protected):~ 10642 W. Southern
City, State, Zip Code:~ TOLLESON, [ARIZONA] [85353]
Telephone:~602.315.4768
Email Address: Rockzz7@Icloud.Com
Lawyer's Bar Number: N/A
Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR ☐ Defendant

COPY

AUG 08 2025
FOR CLERK USE ONLY
CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins d/b/a
Higgins Family Trust et al.,
**PLAINTIFF,**

VS.

Rachel/Hope Mitchell

**DEFENDANT.**

CV2025-027997

Case Number: _____

## CERTIFICATE OF COMPULSORY ARBITRATION

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____
_____
_____

SUBMITTED this 8th day of August, 20 25.

SIGNATURE :Mark-Rock:Higgins

© Superior Court of Arizona in Maricopa County

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
10/1/2025 4:11:03 PM
Filing ID 20681971

Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:    480-483-9600
Facsimile:    480-483-3215
Emails:        lcrown@bss.law
                   elan@bss.law
*Attorneys for The Goodyear Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK ROCK-HIGGINS,<br><br>                  Plaintiff,<br><br>        v.<br><br>RACHEL HOPE MITCHELL; CITY OF GOODYEAR; MANUEL DELGADO; CARLA BASTIEN; BRIAN J. ISSITT; SANTIAGO RODRIGUEZ; STEVEN A. JOHNSON; SARAH ELEANOR BIRKEMEIER; LAURA KAINO; SHERI LAURITANO; WALLY CAMPBELL; BILL STIPP; BRANDON HAMPTON; VICKI GILLIS; BENITA BECKLES; TREY TERRY; JOSEPH PIZZILLO; WYNETTE REED; JUSTIN FAIR; ADAM TELLEZ, et al.,<br><br>                  Defendants. | Case No. CV2025-027997<br><br>**THE GOODYEAR DEFENDANTS' JOINDER IN JUSTICE TIMMER'S AND RETIRED JUSTICE BRUTINEL'S MOTION TO DISMISS COMPLAINT**<br><br>(Assigned to the Hon. Erik Thorson) |

The Goodyear Defendants, by and through counsel undersigned, hereby join the Motion to Dismiss filed by Justice Ann Scott Timmer and Retired Justice Robert Brutinel on September 29, 2025.

RESPECTFULLY SUBMITTED this  1st  day of October, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Elan S. Mizrahi*

Larry J. Crown
Elan S. Mizrahi
*Attorneys for The Goodyear Defendants*

- 1 -

ORIGINAL of the foregoing filed electronically via AZTurboCourt on this __1st__ day of October, 2025 with:

The Clerk of the Court
Maricopa County Superior Court

COPY of the foregoing mailed on this __1st__ day of October, 2025 to:

Mark Rock-Higgins
10642 West Southern
Tolleson, AZ 85353

*Plaintiff Pro Per*

COPY of the foregoing emailed on this __1st__ day of October, 2025 to:

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Nancy.Bonnell@azag.gov

*Attorneys for Justices Ann Scott Timmer and Robert Brutinel (Ret.)*

/s/ *Karin A. Meister*

8962-128

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 2 -

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
10/17/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    10/15/2025


HONORABLE JOHN L. BLANCHARD                CLERK OF THE COURT
                                                                  N. Johnson
                                                                    Deputy



MARK-ROCK HIGGINS                          MARK-ROCK HIGGINS
                                           10642 W SOUTHERN
                                           TOLLESON AZ  85353

v.

RACHEL HOPE MITCHELL, et al.               EVELYN DUENAS



                                           NANCY M BONNELL
                                           JUDGE BLANCHARD
                                           JUDGE MCDOWELL
                                           JUDGE THORSON



**CASE REASSIGNMENT - CIVIL PRESIDING JUDGE**


        This case was previously assigned to the Honorable Erik Thorson, who has disqualified himself.  The case was transferred to the Presiding Civil Judge for reassignment.

        **IT IS ORDERED** reassigning this case to Civil Calendar CVJ-05, the Honorable David McDowell, for all further proceedings.

        **IT IS FURTHER ORDERED** that any and all hearings set by the disqualified judge are vacated, to be reset by the new division.

        **IT IS FURTHER ORDERED** that the parties shall jointly file within **10 days of the date of this minute entry**, a notice with the new division listing any outstanding motions (including the file dates), whether they are ripe for resolution, and any hearings that need to be reset.


Docket Code 066                    Form V000A                         Page 1

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
10/20/2025 1:11:52 PM
Filing ID 20788957

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000
Nancy M. Bonnell, State Bar No. 016382
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  602-542-7902
Nancy.Bonnell@azag.gov
adminlaw@azag.gov (for court use only)
*Attorneys for Justices Ann Scott Timmer and*
*Robert Brutinel (Ret.)*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, *et al*,<br><br>Defendants. | Case No. CV2025-027997<br><br>**JUSTICE TIMMER'S AND RETIRED JUSTICE BRUTINEL'S JOINDER IN THE MARICOPA COUNTY DEFENDANTS' AND GOODYEAR DEFENDANTS' MOTIONS TO DISMISS**<br><br>(Assigned to the Hon. John L. Blanchard) |

Defendants Justice Ann Scott Timmer and Retired Justice Robert Brutinel, through undersigned counsel, join Sections II, V, VI, VII, IX, and XII of the Maricopa County Defendants' Motion to Dismiss and Sections III (A)-(C) of the Goodyear Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED this 20th day of October, 2025.

KRISTIN K. MAYES
Attorney General

/s/ Nancy M. Bonnell
Nancy M. Bonnell
Assistant Attorney General
*Attorneys for the Defendant Justices*

**ORIGINAL** E-filed this 20th day of October 2025 with:

Clerk of Court
Maricopa County Superior Court

**COPY** of the foregoing emailed this 20th day of October 2025, to:

Larry J. Crown
Elan S. Mizrahi
Karen Meister
Brueckner Spitler Shelts PLC
8355 E Hartford Drive, Suite 200
Scottsdale, Arizona 85255
lcrown@bss.law
elan@bss.law
kmeister@bss.law
Attorneys for the Goodyear Defendants

Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
225 W. Madison St.
Phoenix, Arizona 85003
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
Attorneys for Rachel Mitchell

**COPY** of the foregoing mailed and emailed this 20th day of October 2025, to:

Mark-Rock Higgins
10642 West Southern
Tolleson, AZ 85353
ROCKZZ7@icloud.com

By: /s/ Nancy M. Bonnell
    Nancy M. Bonnell

2

Superior Court of Arizona Maricopa County  *Foreign Judgment No.CV2024-021367*



CLERK OF THE
SUPERIOR COURT
FILED
P. LEIN, DEP

25 OCT 21 PM 3: 06

# In the district court for Arizona / New Mexico Territory aka
## Superior Courts of Arizona Maricopa County Admiralty/ Maritime Jurisdiction
## High Courts of Chancery   Case No. CV2025-027997
*Carrier/Custodian*
## *Master Bill of Lading* (Amended II)
*NON-NEGOTIABLE*
### Ships Manifest/Berth
Non-Negotiable
### Civil/Ecclesiastical Dispute Docket No. CV2025-027997
### Territory Of Arizona/New Mexico-Grenada-Spain
### Bill In Chancery
### <u>Port of Entry</u>
### Maricopa County
### Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/ Gods The Moors (Berth) (Resurrection)
### The style of this Confederacy shall be known as
The United States of America
### First Continental Congress
1774 Articles Of Association (Charter)
### Second Continental Congress
*1776 Declaration of Independence 1776 Articles of Confederation art.4*
### United States In Congress Assembled
*1781 Articles of Confederation a Perpetual Union*
*Article 1,2,3,4,6,9,12,13*
### 1787 Northwest Ordinance
*Section 1,2,8,13,14. Art. 4*
### *Treaty of Marrakech 1786.*
*ARTICLE XXI., Treaty of Tunis 1824*
*ARTICLE XII.*
<u>*Allegiance to The king of Great Britain and Debts owed*</u>
*The First Charter of Virginia , April 10, 1606 sec 1&9*
*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*
<u>Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath</u>
The United States of America in Congress Assembled
### Constitution of the United States

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

*Article III, §2§§1, Article VI, Article 1, §8 clause 17, 18 (enclave clause) the Judiciary Act of 1789 1 stat 73 §9, §11, §13, §16, and §20, §22, §25, §26, §30, §32 Organic acts 1801-1871(charter) and the D.C. Codes*

To: mcdowell, david elden d/b/a DAVID E. MCDOWELL BAR #20885
as Chief Judge/ acting as Master/Chancellor Impartial Arbiter et al.,

To: malka, joseph william d/b/a JOSEPH W. MALKA ISLN: 913995806 as special clerk/master of the court et al., arm of the court c/o district court Arizona / New Mexico Territory / as the superior court of arizona within maricopa county

**Speciali Causa (Special Cause) Private, Special, Privileged**
**Confidential Excluding the Public and Press**
**Special Term, without General without Statutes, without ARCP & ARAP**
Arizona Rules of Civil Procedure **(British Statutes)**

Arizona Rules Of Appellate Procedure *(British Statutes)*

*"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."*

*Claimant(s)*

*higgins, mark rock-in-propria-persona-sui-juris d/b/a*
*Higgins Family Trust* d/b/a : MARK-ROCK: HIGGINS .
I, higgins, mark rock Moor irish beneficiary a Emperor, a Noble,
a Merchant, Admiral, Piloter, Seaman, Mariner, Shereef
*in propria persona sui juris, majoris aetatis suae .*
~10642 WEST SOUTHERN AVENUE
~TOLLESON, Ali Shonak[~ARIZONA] [~85353]
higginsfamilytrusttrustee@gmail.com

---

*defendant(s) libelee(s) pirate(s) controversy/contravention*

: **mitchell, rachell hope** d/b/a RACHELL H. MICHELL:
: Presiding Prosecutor/Privateer/Pirate
: Maricopa County
~225 W. Madison St, 3rd Floor
~Phoenix, Arizona [85003]
    HEIRS AND ASSIGNS.

: **bastien, carla jewel** d/b/a CARLA BASTIEN
:pro/tempore judge/Privateer/Pirate
~City of Goodyear Municipal Court et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, Arizona [85338]
    HEIRS AND ASSIGNS.

: owens, heidi maria d/b/a HEIDI OWENS:
:justice of peace/privateer/pirate et al.,
:white tank justice maricopa county
:justice court et al.,
~10420 W. Van Buren
~Avondale, Arizona 85353
    HEIRS AND ASSIGNS.

:delgado, manuel o jr d/b/a MANUEL O DELGADO JR
:Judge/Privateer/Pirate City of Goodyear Municipal Court et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, Arizona [85338]
    HEIRS AND ASSIGNS.

: **pokrass, serena courtney** d/b/a SERENA POKRASS:
: Prosecutor/Privateer/Pirate Maricopa County:
~225 W. Madison St, 3rd Floor
~Phoenix, Arizona [85003]

: **irish, craig thurston** d/b/a CRAIG T IRISH
: Attorney/ Privateer/Pirate et al.,
~14425 N. 7th Street , Suite 105
~Phoenix, Arizona [85053]

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*    Page 2 of 91

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

HEIRS AND ASSIGNS.

: issit, brian john d/b/a BRIAN J. ISSIT
:Chief/privateer/pirate
:City of Goodyear's Police et al.,
~11 N. 145th Ave.
~Goodyear, AZ [~85338}
  HEIRS AND ASSIGNS.

: johnson, steven a d/b/a STEVEN A JOHNSON
: Prosecutor/Privateer/Pirateer Goodyear AZ Court et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, AZ [~85338]
  HEIRS AND ASSIGNS.

: pizzillo, joseph d/b/a JOE PIZZILLO Mayor/Privateer/Pirate
: City of Goodyear et al.,
~1900 N. Civic Square
~Goodyear, AZ 85395
  HEIRS AND ASSIGNS.

: Fair, Justin d/b/a Manager/Privateer/Pirate City of Goodyear
~1900 N. Civic Square
~Goodyear, AZ 85395
 HEIRS AND ASSIGNS.

: giardano, matthew d/b/a MATT GIORDANO.,
Police Chief/privateer/pirate et al.,
chief police of phoenix police department et al.
620 W Washington St,
Phoenix, Arizona [85003]
HEIRS AND ASSIGNS.

: heap, justin daniel d/b/a
:JUSTIN HEAP et al.,
:maricopa county recorder/privateer/pirate
:HEIRS AND ASSIGNEES
~111 S. Third ave
~Phoenix, Arizona near;[85003]
  HEIRS AND ASSIGNS.

:brutinel, robert maurice d/b/a
:ROBERT M BRUTINEL privateer/pirate et al.,
:Chief Justice Arizona Supreme Court et al.,
~1501 W Washington St  411
~Phoenix, Ariz [85007]
  HEIRS AND ASSIGNS.
~USPS Notice: {RF 28784821US}
~Notice Dated 1/15/2020, Default
~{7020-2450-0000-0925-0450}
~USPS 7020-2450-0001-0758-7815

HEIRS AND ASSIGNS.

: rodriguez, santiago d/b/a SANTIAGO RODRIGUEZ
: Chief/Privateer/Pirate Police City of Goodyear et al.,
~11 N. 145th Ave.
~GOODYEAR, ARIZONA [~85338]
  HEIRS AND ASSIGNS.

: birkemeier, sara eleanor d/b/a SARA BIRKEMEIER
: Prosecutor/Privateer/Pirateer Goodyear AZ Court et al.,
~14455 W. Van Buren St. Suite B-101
~Goodyear, AZ [~85338]
  HEIRS AND ASSIGNS.

:Reed, Wynette d/b/a City Manager/Privateer/Pirate City of Goodyear et al..
~1900 N. Civic Square
~Goodyear, AZ 85395
  HEIRS AND ASSIGNS.

:axlund, bret bernard d/b/a BRET AXLUND sheriff/privateer/
:pirate Coconino County Arizona~ 4550 E. Flintwood Ln
~Flagstaff, [~ARIZONA] [~Country Club Estates]
  HEIRS AND ASSIGNS.

:tuchi, john joseph d/b/a JOHN J TUCHI
:district court judge/privateer/pirate
:district court of the united states
        for arizona district et al.,
~ 401 W. Washington St. Suite 622, SPC 80
~Phoenix, Arizona near. [85007]
  HEIRS AND ASSIGNS.

: timmer/scott, ann a d/b/a
: ANN A. SCOTT TIMMER justice/privateer/pirate
:arizona supreme court justice et al.,
~1501 W. Washington St. #411
~Phoenix, Arizona Near. [85007]
  HEIRS AND ASSIGNS.

: mayes, kristen kay d/b/a
: KAY MAYES AZ BAR No.
: Arizona Attorney General /privateer/pirate et al.,
~2005 N Central Ave
~Phoenix, AZ [85004]
  HEIRS AND ASSIGNS.
~USPS Notice: {RE 919642377US}
~Notice{RE-982-174-901-US}Jan 2021
~{RE-982-1829-73-US} Feb 27, 2019
~ Default Cure: {RE287-854-924US}

: hobbs, kathleen marie et al., d/b/a KATTIE HOBBS et al.,
: Governor of Arizona /privateer/pirate et al.,
: ARIZONA STATE GOVERNOR
~1700 W Washington

: tucker, desa rae d/b/a DESA RAE TUCKER
: Justice of Peace/privateer/pirate Maricopa et al.,
~10420 W. Van Buren
~Avondale, Arizona 85353

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction   by nature law of nations*    Page 3 of 91

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

~Phoenix, Arizona [85007]
  HEIRS AND ASSIGNS.
~USPS Notice:{7019-0700-0000-2710-5320}
 ~USPS: {RE-982175031US}:{RE982175076US}
~{7020-2450-0000-0925-0473}

: rhodes, david lee d/b/a DAVID RHODES
: Yavapai County Sheriff /privateer/pirate et al.,
: SHERIFF YAVAPAI COUNTY
~255 E. Gurley St
~Prescott, AZ [86301]
  HEIRS AND ASSIGNS.
~Notice 7020-2450-0001-0758-7648,
~ 7020-2450-0001-0758-7662

: mcquality, donna june d/b/a
: DONNA MCQUALITY privateer/pirate
: superior court yavapai county clerk et al.,
:YAVAPAI SUPERIOR COURT CLERK
~120 S Cortez St. Room 207
~Prescott, Ariz. [86303]
  HEIRS AND ASSIGNS.
USPS Notice Bill Of Exceptions
~{7020-2450-0001-0750-8041}
~Notice Default {7019-0700-0000-2710-5368}.

:mcgill, michael paul d/b/a
:MICHAEL P MCGILL et al.,
:Yavapai county superior court
:judge /privateer/pirate et al.,
~102 S. Cortez Street Room 104
~Prescott, AZ [86303]
  HEIRS AND ASSIGNS.
~USPS {7019-0700-0000-2710-5375}

: petersen, warren d/b/a WARREN PETERSEN
: President of Arizona Senate/privateer/pirate et al.,
~1700 W. Washington Suite 306
~Phoenix, AZ [85007]
  HEIRS AND ASSIGNS.
: USPS Notice:~{7020-2450-0001-0758-7785}

:sisneros, steven john d/b/a
:STEVEN J SISNERO
:yavapai county prosecutor et al.,
: Yavapai County State of Arizona
:Attorney/privateer/pirate
~255 E Gurley Street
~Prescott, Arizona [86301]
  HEIRS AND ASSIGNS.

HEIRS AND ASSIGNS.

: sharifi, kristen layheya d/b/a KRISTEN L SHARIFI et al.,
: attorney/privateer/pirate yavapai county state az
~255 East Gurley St
~Prescott, Arizona [86301]
~USPS Notice 7021-1970-0000-7345-9902
  HEIRS AND ASSIGNS.

: ainley, tina rae d/b/a
: TINA R AINLEY
: yavapai county superior judge /privateer/pirate et al.,
: YAVAPAI COUNTY SUPERIOR JUDGE et al.,
~120 S. Cortez  St. Room 302
~Prescott, Arizona near [86303]
  HEIRS AND ASSIGNS.
~Notice:{7006-3450-0002-2883-1900}
~{RF-458-398-675-US}
 ~{7019-0700-0000-2710-5368}: Default Notice

:young, steven aaron d/b/a STEVEN A YOUNG
:yavapai county state of arizona et al.,
:attorney/privateer/pirate et al.,
~255 E Gurley Street
 ~Prescott, Arizona [86301]
  HEIRS AND ASSIGNS.

:dempsey / toth, jennifer janean d/b/a
:JENNIFER TOTH-
:Director/privateer Arizona Dept Transportation et al.,
~1655 W. Jackson St MD 111F
~Phoenix Arizona 85007
  HEIRS AND ASSIGNS.

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction   by nature law of nations*    Page 4 of 91

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

:sheridan, gerard anthony d/b/a JERRY SHERIDAN
:maricopa county sheriff /privateer/pirate et al.,
: Sheriff Maricopa County Arizona
~550 W Jackson
~Phoenix, Arizona [85003]
   HEIRS AND ASSIGNS.
~Notice:{RE-982-175-059-US}

:fontez, adrian paulino d/b/a ADRIAN FONTEZ
:secretary of state of arizona/privateer/pirate et al.,
: ~1700 W. Washington Street, Fl 7
: ~Phoenix, Arizona 85007
   : HEIRS AND ASSIGNS.

:daniels, mark joseph d/b/a :MARK DANIELS
:Cochise County Sheriff /privateer/pirate et al.,
:SHERIFF OF COCHISE
~1415 Melody Lane  Build G
~Bisbee, AZ [85603]
   HEIRS AND ASSIGNS.

: teeple, ross george III d/b/a : ROSS TEEPLE
: Sheriff Pinal County /privateer/pirate et al.,
:PINAL COUNTY SHERIFF
~971 N Jason Lopez Circle, P.O. Box 867
~Florence, Arizona [85132]
   : Notice:{7020-2450-0000-0925-1913
      HEIRS AND ASSIGNS.

:wolf, douglas john d/b/a
:DOUG WOLF
:Pinal County Assessor /privateer/pirate
~P.O. Box 709
~Florence, AZ [85132]
~USPS Notice: {RE-982-175-014-US}
   HEIRS AND ASSIGNS.

:allen, john michael d/b/a JOHN M ALLEN
:Treasurer Maricopa County /privateer/pirate
~301 W. Jefferson St.
~Phoenix, Arizona [85003]
   ~USPS Notice: {RE-982-174-915-US}
   ~USPS Notice: {7020-2450-0001-0758-7914}
      HEIRS AND ASSIGNS.

:mccord, michael p d/b/a
MICHAEL P MCCORD
TREASURER PINAL COUNTY /privateer/pirate.
~P.O. Box 709
~Florence, AZ 85132, United States
USPS Notice: {RE-982-175-005-US}
HEIRS AND ASSIGNS.

:Tellez, ID 1105 d/b/a officer/privateer/pirate
:GOODYEAR POLICE
~11 N. 145th Ave.
~Goodyear, AZ [85338]
   HEIRS AND ASSIGNS.

heap, justin d/b/a
JUSTIN HEAP
Maricopa County Recorder /privateer/pirate
~111 S. 3rd AVE STE 103
~Phoenix, AZ 85003
   HEIRS AND ASSIGNS.

: judd, randy jerome d/b/a RANDY J JUDD
: justice of peace/privateer et al.,
: Cochise county court , ~126 W 5th St #1
~Benson, Arizona 85602
   HEIRS AND ASSIGNS.

:flora, royce t
:ROYCE T FLORA et al.,
Treasurer Maricopa County/privateer/pirate
~301 W. Jefferson St.
~Phoenix, AZ [85003]
Notice:{RE-982-174-756-US}
HEIRS AND ASSIGNS.

:cook, eddie lee d/b/a
:EDDIE COOK
:Assessor Maricopa County /privateer/pirate
~301 W. Jefferson St.
~Phoenix, AZ [85003]
~Notice: {RE-982-175-045-US}
   HEIRS AND ASSIGNS.

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

:bales, william scott d/b/a
:SCOTT BALES  et al.,
:Chief Justice Arizona Supreme Court /privateer/pirate
~1501 W Washington St #411
~Phoenix, Ariz [85007]
~USPS Notice: {RE-9196-4240-03-US}March 6 2019,
~{RE-982-1829-60-US}FEB 27,2019,
~{RE-919-6425-75-US}March 13, 2019
~{RE-982-1856-91-US}June 14,2019
    HEIRS AND ASSIGNS.

:petersen, paul david d/b/a
:PAUL D PETERSEN
:Assessor Maricopa County /privateer/pirate
~301 W. Jefferson St.
~Phoenix, AZ [85003]
~Notice:{RE-982-174-708-US} 7-17-19
~Default:{RE 982-174-742-US
    HEIRS AND ASSIGNS.

:lee, kimberly d/b/a
: KIMBERLY LEE.
Comptroller State of Arizona /privateer/pirate et al.,
100 N. 15 AVE, Phoenix, AZ 85007
Notice:{RE982182942US}  Feb 27, 2019
    HEIRS AND ASSIGNS.

: doolittle, dolores janette d/b/a DOLORES DOOLITTLE
: treasurer/privateer pinal county et al.,
~P.O. Box 709
~Florence, Arizona 85132
    HEIRS AND ASSIGNS.

: kelly, thomas-k-atty d/b/a
TOM KELLY Judge Superior Court
Yavapai /privateer/pirate
Pro tem et al., ~102 S. Cortez  RM
~Prescott, Arizona [86303]
Notice of Default:{~7019-0700-0000-2710-5368}
HEIRS AND ASSIGNS.

: kemp, michael william d/b/a
: MICHAEL W KEMP
maricopa county judge/privateer superior court
~201 W. Jefferson St.
~Phoenix, Arizona 85007
    HEIRS AND ASSIGNS.

: carman, krista michelle d/b/a : KRISTA M CARMAN Judge/privateer/pirate
  Superior Court of Arizona Yavapai County et al.,
~120 S. Cortez St  RM 401
~Prescott, Arizona [86303]
{RE919648145US}{RE982174699US}
    HEIRS AND ASSIGNS.

: Countryman, Kenneth Sean d/b/a KEN COUNTRYMAN
:/Attorney/Privateer/Pirate et al.,
~4444 N. 25th St. Unit 43
~Phoenix, Arizona [~85016]
    HEIRS AND ASSIGNS.

:gonzales, tony d/b/a TONY GONZALES
:Yavapai County Superior Court Appointee et al.,
:Attorney/privateer/pirate
~9 W. Cherry Ave Suite B
  ~Flagstaff, Arizona 86001
    HEIRS AND ASSIGNS.

: lucas, debra d d/b/a DEBRA LUCAS
:district court clerk/privateer/pirate
:district court of the united states az
~401 W. Washington St. #130
~Phoenix Arizona near: [85003]
   HEIRS AND ASSIGNS.

: pifer, jennifer christine d/b/a JENNIFER ZIPPS
:district court chief judge/privateer/pirate
:district court of the united states for arizona district et al.,
~401 W. Washington St. Suite 622, SPC 80
~Phoenix Arizona near: [85003]
   HEIRS AND ASSIGNS.

:welborn, teresa meili d/b/a
TERESA WELBORN et al.,
ARIZONA DEPARTMENT OF
TRANSPORTATION/privateer/pirate et al.,
~1655 W. Jackson Street MD 111F
~Phoenix AZ 85007

:lohr, john l jr d/b/a JOHN L LOHR Jr-Esq pirate/
: privateer HYMSON GOLDSTEIN PANTILIAT & LOHR, et al.,
PLLC cv2021-003096
~14500 North Northsight BLVD, Suite 101
~ Scottsdale, AZ 85260
~Notice USPS # 7020-2450-0000-9865-6446

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction   by nature law of nations*    Page 6 of 91

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

HEIRS AND ASSIGNS.                    ~Notice COL# 9590-9402-5007-9063-6119-38
                                    HEIRS AND ASSIGNS.

:stewart, mark d/b/a MARK STEWART            :lesko, debbie d/b/a DEBBIE LESKO
supervisor chairman/privater/pirate district 1 maricopa    Supervisor/privateer/pirate district 4 et al.,
~301 W. Jefferson 10th floor                ~ 301 W. Jefferson 10th floor
~Phoenix, Arizona [85003]                ~Phoenix, Arizona [85003]
~district3@mail.maricopa.gov                  ~ district4@mail.maricopa.gov
    HEIRS AND ASSIGNS.                    HEIRS AND ASSIGNS.


:mcgee, kate brophy d/b/a KATE MCGEE        : galvin, thomas francis d/b/a THOMAS GALVIN
 Supervisor/privateer/pirate district 3 maricopa county    :Supervisor/privateer/pirate district 2 maricopa county et al.,
~301 W. Jefferson 10th floor                ~301 W Jefferson 10th floor
~Phoenix, Arizona [85003]                ~Phoenix, Arizona [85003]
~district1@mail.maricopa.gov                  ~district2@mail.maricopa.gov
    HEIRS AND ASSIGNS.                    HEIRS AND ASSIGNS.


:gallardo, steven michael d/b/a STEVE GALLARDO    :erickson, john w d/b/a JOHN W ERICKSON
Supervisor/privateer/pirate maricopa county et al.,    : Judge/privateer/pirate/ Yavapai County Superior Court et al.,
~301 W Jefferson 10 th floor                ~120 S Cortez St Division SPT
~Phoenix, Arizona [85003]district5@mail.maricopa.gov    ~Prescott, Arizona [86301]
    HEIRS AND ASSIGNS.                    HEIRS AND ASSIGNS.


:goldstein, joseph p d/b/a JOSEPH P GOLDSTEIN        :wallace, linda d/b/a LINDA WALLACE
Comm./privateer/pirate/family law et al.,            Judge/privateer/pirate/Div. B Pro Tem et al.,
Judge Pro Tempore/ Family Law                Yavapai County Superior Court
~120 S Cortez St  Rm 200                    ~2830 N. Common Wealth Rm 243
~Prescott, Arizona [86303]                    ~Camp Verde, Arizona [86322]
    HEIRS AND ASSIGNS.                        HEIRS AND ASSIGNS.


:gendreau, rachel d/b/a RACHEL GENDREAU et al.,        : fine, jeffery robert jr d/b/a JEFF FINE
Attorney/privateer/pirate state of arizona maricopa county    : Clerk/privateer/pirate superior court of arizona et al.,
~301 West. Jefferson St.                    ~620 West Jefferson St
~Phoenix, Arizona [85003]                    ~Phoenix, Arizona [85003]
    HEIRS AND ASSIGNS.                        HEIRS AND ASSIGNS.


: nanos, christopher d/b/a CHRIS NANOS Pima County Sheriff et al.,
1750 E. Benson Highway, Tucson, AZ 85714-1758
HEIRS AND ASSIGNS.


: Mayville, Aaron Wayne d/b/a AARON MAYVILLE/Forrest Supervisor/Privateer/Pirate U.S. Forrest Service et al.,
~1824 S. Thompson St.~ Flagstaff, [~Arizona] [~86001]
HEIRS AND ASSIGNS.


: lane, matthew d/b/a MATTHEW LANE Deputy Forest Service Supervisor/Privateer/Pirate U.S. Forrest Service et al.,
1824 S. Thompson St. ~Flagstaff, Arizona [~86001]
HEIRS AND ASSIGNS.


:harris, susan ward d/b/a SUSAN HARRIS et al.,        : Axlund, Bret Bernard d/b/a BRET AXLUND Sheriff/
 Special Master/privateer/pirate superior court of arizona et al.,    : Privateer/Pirate Coconino County et al.,
~201 West Jefferson St                    ~4550 E Flintwood Ln. ~Flagstaff, AZ 86004
~Phoenix, Arizona [85003]                    HEIRS AND ASSIGNS.
HEIRS AND ASSIGNS.


*Master Bill of Lading in the Original   admiralty and Maritime jurisdiction   by nature law of nations*    Page 7 of 91

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

petrillo, sophia d/b/a SOPHIA PETRILLO #039101 MARICOPA COUNTY/ATTORNEY/PRIVATEER/PIRATE et al.,
~10420 W. Van Buren St. Avondale, AZ 85323
HEIRS AND ASSIGNS.

: serassio, serena d/b/a SERENA SERASSIO STATE OF ARIZONA / MARICOPA COUNTY/ Prosecutor/Privateer/
Pirate et al.,
~10420 W. Van Buren St. Avondale, AZ 85323
HEIRS AND ASSIGNS.

: willis, kayela d/b/a KAYELA WILLIS STATE OF ARIZONA / MARICOPA COUNTY/ Prosecutor/Privateer/Pirate et al.,
~10420 W. Van Buren St. Avondale, AZ 85323
HEIRS AND ASSIGNS.

: huberman, anna d/b/a ANNA HUBERMAN Judge/Privateer/Pirate presiding Justice Court's Maricopa County,
Arizona et al., ~10420 W. Van Buren St. Avondale, AZ 85323
HEIRS AND ASSIGNS.

: gastelum, andrew d/b/a ANDREW GASTELUM Judge/Privateer/Pirate Justice Court Maricopa County Arizona et al.,
~10420 W. Van Buren St. Avondale, AZ 85323
HEIRS AND ASSIGNS.

: guzman, joseph d/b/a JOSEPH GUZMAN Judge/Privateer/Pirate Maricopa County Justice Court et al.,
~10420 W. Van Buren St. Avondale, AZ 85323
HEIRS AND ASSIGNS.

mallory, mary lorraine d/b/a MARY MALLORY yavapai county supervisor et al.,
1015 Fair Street, Prescott, AZ 86305
HEIRS AND ASSIGNS.

compton, lloyd brooks d/b/a BROOKS COMPTON yavapai county supervisor et al.,
1015 Fair Street, Prescott, AZ 86305
HEIRS AND ASSIGNS.

jenkins, denise michelle d/b/a DEE JENKINS yavapai county supervisor et al.,
1015 Fair Street, Prescott, AZ 86305
HEIRS AND ASSIGNS.

check, nichole beverly d/b/a NIKKI CHECK yavapai county supervisor et al.,
1015 Fair Street, Prescott, AZ 86305
HEIRS AND ASSIGNS.

kuknyo, christopher d/b/a CHRIS KUKNYO yavapai county supervisor et al.,
1015 Fair Street, Prescott, AZ 86305
HEIRS AND ASSIGNS.

thompson, maury lee d/b/a MAURY THOMPSON yavapai county manager et al.,
1015 Fair Street, Prescott, AZ 86305
HEIRS AND ASSIGNS.

: titus, jon alan d/b/a JON A TITUS/ATTORNEY/STATUTORY AGENT/PRIVATEER/PIRATE KR (TIC) LLC 1 & 2
~1850 NORTH CENTRAL AVENUE SUITE 1800 [~PHOENIX] [~ARIZONA] [~85004]
HEIRS AND ASSIGNS.

baker, thompson s. II d/b/a TOM BAKER VULCAN MATERIALS COMPANY / CT CORP. SYSTEM as statutory agent et al.,

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction   by nature law of nations*    Page 8 of 91

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

3800 N. Central AVE STE 460, Phoenix, Arizona 85012
HEIRS AND ASSIGNS.

felker, richard franklyn, d/b/a RICHARD FELKER CEO The Empire Group of Companies et al.,
6617 N. Scottsdale Rd., 101 Scottsdale, Arizona Suite 101
HEIRS AND ASSIGNS.

---

MOOR BENEFICIARY'S
: Mark-Rock: Higgins-Estate,-Beneficiary
: MARK-ROCK:HIGGINS-ESTATE,-BENEFICIARY:
Sean Rick Higgins Estate, Beneficiary
: SEAN-RICK: HIGGINS-ESTATE-BENEFICIARY
HIGGINS FAMILY TRUST ESTATE, BENEFICIARY. *Inmate trust # T787968 Maricopa County Jail*
Higgins Family Trust Estate, Beneficiary
HFFT ESTATE, BENEFICIARY

Tyron Rock Higgins Estate, Beneficiary                  Slater Rock Higgins Estate, Beneficiary
TYRON ROCK HIGGINS ESTATE, BENEFICIARY          SLATER ROCK HIGGINS ESTATE, BENEFICIARY
elmer clarence callaway Estate et al.,                  roland joseph higgins Estate et al.,
ELMER CLARENCE CALLAWAY et al.,                  ROLAND JOSEPH HIGGINS et al.,
betty lou higgins Estate et al.,                  melody leneah higgins Estate Beneficiary et al.,
BETTY LOU HIGGINS et al.,                  ,

***All named beneficiaries can be reached in care of;
10642 W. Southern Avenue, Tolleson, arizona [RFD][rural free delivery]near:[85353]****

---

## *Beneficiaries of the Al Maroc Shereefian Empire*

*:higgins, mark rock et al.,., : higgins, sean rick et al ., higgins, tyron rock et al., higgins, slater rock et al.,*

### *Claimant(s)/Libellant(s)*
higgins, mark rock a Private People called Moor irish beneficiary Noble, a Emperor, God, a Master Mason, Merchant, Admiral, Piloter, Seaman, Mariner, Shereef, Consul, High Priest, Consul, Ambassador at Large
*in Propria Personam Sui Juris, majoris aetatis suae , Jus Sanguinis, Jus Soli*
~c/o 10642 WEST SOUTHERN
~PHOENIX, Territory of Arizona/New Mexico/Spain/Grenada
HigginsFamilyTrustTrustee@gmail.com

---

## CONGRESSIONAL QUESTIONS RAISED

The question(s) I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity and Construction of the 39th through 81st congress and its construction of the Constitution of the United States its commissions, acts, and laws known as the Organic Act of 1871, D. C. Code, UNITED STATES

CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Arizona rules of civil Procedures, Arizona Rules of Appellate Procedure, Arizona Revised Statutes, 1912 Arizona Constitution, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, 1862 HOMESTEAD ACT, POLICE PRECINCTS, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution (Articles of Confederation), 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1776-1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII, 1787 Northwest Ordinance sec,13, 14 and Art 4 and general acts of united states in congress assembled as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire? :

<div align="center">

(*__Affirm or Deny__*)

</div>

And furthermore I also draw into question the validity and construction of the constitution of the united states, 1848 Treaty of Hidalgo/Guadalupe and whether its repugnant to the 1776-1781 Articles of Confederation article 6,9,12,13 and international Treaties such as 1786 Treaty of Marrakech, 1767 Treaty with Morocco and Spain,1767 Treaty with Morocco and France,1491/1492 Treaty of Grenada, 1795 Treaty of San Lorenzo, Treaties of Commerce and Navigation between Morocco and Great Britain January 14 ,1728, A Treaty of Peace and Friendship, between the King of Great Britain, and the Emperor of Morocco 1751.  I also question the validity and construction of the constitution of the united states and whether its repugnant to the 1776-1781 Articles of Confederation article 6, 9, 12, 13 and international Treaties ?                       (*__Affirm or Deny__*)

<div align="center">

## 1776 Articles of Confederation

Journals of the Continental Congress - Articles of Confederation & Perpetual Union;
July 12, 1776
Articles of confederation and perpetual union, between the colonies of
(1) New Hampshire, The counties of New Castle, Kent
Massachusetts Bay, and Sussex on Delaware,
Rhode Island, Maryland,
Connecticut, Virginia,
New York, North Carolina, New Jersey, South Carolina, and
Pennsylvania, Georgia.

</div>

**ART. I.** THE Name of this Confederacy shall be "THE UNITED STATES OF AMERICA."

**ART. II.** The said Colonies unite themselves so as never to be divided by any Act whatever, and hereby severally enter into a firm League of Friendship with each other, for their common Defence, the Security of their Liberties, and their mutual and general Welfare, binding the said Colonies to assist one another against all Force offered to or attacks made upon them or any of them, on Account of Religion, Sovereignty, Trade, or any other Pretence whatever.

**ART. III**. Each Colony shall retain and enjoy as much of its present Laws, Rights and Customs, as it may think fit, and reserves to itself the sole and exclusive Regulation and Government of its internal police, in all matters that shall not interfere with the Articles of this Confederation.(2)

**ART. IV**. No Colony or Colonies, without the Consent of the United States in Congress assembled, shall send any Embassy to or receive any Embassy from, or enter into any Treaty, Convention or Conference with the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall any Colony or Colonies, nor any Servant or Servants of the United States, or of any Colony or Colonies, accept of any Present, Emolument, Office, or Title of any Kind whatever, from the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall the United States assembled, or any Colony grant any Title of Nobility.

**ART. V**. No two or more Colonies shall enter into any Treaty, Confederation or Alliance whatever between them, without the previous and free Consent and Allowance of the United States in Congress assembled, specifying accurately the Purposes for which the same is to be entered into, and how long it shall continue.

**ART. VI**. The Inhabitants of each Colony shall henceforth always have the same Rights, Liberties, Privileges, Immunities and Advantages, in the other Colonies, which the said Inhabitants now have, in all Cases whatever, except in those provided for by the next following Article.

**ART. VII**. The Inhabitants of each Colony shall enjoy all the Rights, Liberties, Privileges, Immunities, and Advantages, in Trade, Navigation, and Commerce, in any other Colony, and in going to and from the same from and to any Part of the World, which the Natives of such Colony or any Commercial Society, established by its Authority shall enjoy.

**ART. VIII**. Each Colony may assess or lay such Imposts or Duties as it thinks proper, on Importations or Exportations, provided such Imposts or Duties do not interfere with any Stipulations in Treaties hereafter entered into by the United States assembled, with the King or Kingdom of Great Britain, or any foreign Prince or State.

**ART. IX**. No standing Army or Body of Forces shall be kept up by any Colony or Colonies in Times of Peace, except such a Number only as may be requisite to garrison the Forts necessary for the Defence of such Colony or Colonies: But every Colony shall always keep up a well regulated and disciplined Militia, sufficiently armed and accoutred; and shall provide and constantly have ready for Use in public Stores, a due Number of Field Pieces and Tents, and a proper Quantity of Ammunition, and ether Camp Equipage.(3)

**ART. X**. When Troops are raised in any of the Colonies for the common Defence, the Commission Officers proper for the Troops raised in each Colony, except the General Officers, shall be appointed by the Legislature of each Colony respectively, or in such manner as shall by them be directed.

**ART. XI**. All Charges of Wars and all other Expences that shall be incurred for the common Defence, or general Welfare, and allowed by the United States in General Congress assembled, shall be defrayed out of a common Treasury, which shall be supplied by the several Colonies in

Proportion to the Number of Inhabitants of every Age, Sex and Quality, except Indians not paying Taxes, in each Colony, a true Account of which, distinguishing the white(4) Inhabitants who are not slaves, shall be triennially taken and transmitted to Congress the Assembly of the United States. The Taxes for paying that Proportion shall be laid and levied by the Authority and Direction of the Legislatures of the several Colonies, within the Time agreed upon by United States assembled.(5)

**ART. XII.** Every Colony shall abide by the Determinations of the United States in General Congress assembled, concerning the Services performed and Losses or Expences incurred by every Colony for the common Defence or general Welfare, and no Colony or Colonies shall in any Case whatever endeavor by Force to procure Redress of any Injury or Injustice supposed to be done by the United States to such Colony or Colonies in not granting such Satisfactions, Indemnifications, Compensations, Retributions, Exemptions, or Benefits of any Kind, as such Colony or Colonies may think just or reasonable.

**ART. XIII.** No Colony or Colonies shall engage in any War without the previous Consent of the United States assembled, unless such Colony or Colonies be actually invaded by Enemies, or shall have received certain Advice of a Resolution being formed by some Nations of Indians to invade such Colony or Colonies, and the Danger is so imminent, as not to admit of a Delay, till the other Colonies can be consulted: Nor shall any Colony or Colonies grant Commissions to any Ships or Vessels of War, nor Letters of Marque or Reprisal, except it be after a Declaration of War by the United States assembled, and then only against the Kingdom or State and the Subjects thereof, against which War has been so declared, and under such Regulations as shall be established by the United States assembled.(6)

**ART. XIV.** A perpetual Alliance, offensive and defensive, is to be entered into by the United States assembled as soon as may be, with the Six Nations, and all other neighbouring Nations of Indians; their Limits to be ascertained, their Lands to be secured to them, and not encroached on; (7) no Purchases of Lands, hereafter to be made of the Indians by Colonies or private Persons before the Limits of the Colonies are ascertained, to be valid: All Purchases of Lands not included within those Limits, where ascertained, to be made by Contracts between the United States assembled, or by Persons for that Purpose authorized by them, and the great Councils of the Indians, for the general Benefit of all the United Colonies.(8)

**ART. XV.** When the Boundaries of any Colony shall be ascertained by Agreement, or in the Manner herein after directed, all the other Colonies shall guarantee to such Colony the full and peaceable Possession of, and the free and entire Jurisdiction in and over the Territory included within such Boundaries.(9)

**ART. XVI.** For the more convenient Management of the general Interests of the United States, Delegates should be annually appointed in such Manner as the Legislature of each Colony shall direct, or such Branches thereof as the Colony shall authorize for that purpose, to meet in General Congress at the City of Philadelphia, in the Colony of Pennsylvania, until otherwise ordered by Congress the United States assembled; which Meeting shall be on the first Monday of November in every Year, with a Power reserved to those who appointed the said Delegates, respectively to supercede recal them or any of them at any time within the Year, and to send new Delegates in their stead for the Remainder of the Year. Each Colony shall support its own

Delegates in Congress a Meeting of the States, and while they act as Members of the Council of State, herein after mentioned.(10)

**ART. XVII.** In determining Questions in Congress each Colony shall have one Vote.

**ART. XVIII.**(11) The United States assembled shall have the sole and exclusive Right and Power of determining on Peace and War, except in the Cases mentioned in the thirteenth Article-Of establishing Rules for deciding in all Cases, what Captures on Land or Water shall be legal-In what Manner Prizes taken by land or naval Forces in the Service of the United States shall be divided or appropriated-Granting Letters of Marque and Reprisal in Times of Peace-Appointing Courts for the Trial of all Crimes, Frauds and Piracies committed on the High Seas, or on any navigable River, not within the Body of a County or Parish-Establishing Courts for receiving and determining finally Appeals in all Cases of Captures-Sending and receiving Ambassadors under any Character-Entering into Treaties and Alliances-Settling all Disputes and Differences now subsisting, or that hereafter may arise between two or more Colonies concerning Boundaries, Jurisdictions, or any other Cause whatever-Coining Money and regulating the Value thereof-Regulating the Indian Trade, and managing all Indian Affairs with the Indians-Limiting the Bounds of those Colonies, which by Charter or Proclamation, or under any Pretence, are said to extend to the South Sea, and ascertaining those Bounds of any other Colony that appear to be indeterminate-Assigning Territories for new Colonies, either in Lands to he thus separated from Colonies and heretofore purchased or obtained by the Crown of Great-Britain from the Indians, or hereafter to be purchased or obtained from them-Disposing of all such Lands for the general Benefit of all the United Colonies-Ascertaining Boundaries to such new Colonies, within which Forms of Government are to be established on the Principles of Liberty (12)-Establishing and regulating Post-Offices throughout all the United Colonies, on the Lines of Communication from one Colony to another-Appointing General Officers of the Land Forces in the Service of the United States--Commissioning such other Officers of the said Forces as shall be appointed by Virtue of the tenth Article-Appointing all the Officers of the Naval Forces in the Service of the United States-Making Rules for the Government and Regulation of the said Land and Naval Forces, and directing the Marches, Cruises and operations of such land and naval Forces-Appointing a Council of State, and such Committees and civil Officers as may be necessary for managing the general Affairs of the United States, under their Direction while assembled, and in their Recess, of the Council of State-Appointing one of their number to preside, and a suitable Person for Secretary-And adjourning to any Time within the Year. The United States assembled shall have Authority for the Defence and Welfare of the United Colonies and every of them, to agree upon and fix the necessary Sums and Expences-To emit Bills, or to borrow Money on the Credit of the United Colonies-To raise Naval Forces- To agree upon the Number of Land Forces to be raised, and to make Requisitions from the Legislature of each Colony, or the Persons therein authorized by the Legislature to execute such Requisitions, for the Quota of each Colony, which is to be in Proportion to the Number of white inhabitants in that Colony who are not slaves, which Requisitions shall be binding, and thereupon the Legislature of each Colony or the Persons authorized as aforesaid, shall appoint the Regimental Officers, and raise the Men, and arm and equip them in a soldier-like Manner; and the Officers and Men so armed and equipped, shall march to the Place appointed, and within the Time agreed on by the United States assembled. But if the United States assembled shall on Consideration of Circumstances judge proper, that any Colony or Colonies should not raise Men, or should raise a smaller Number than

the Quota or Quotas of such Colony or Colonies, and that any other Colony or Colonies should raise a greater number of men than the Quota or Quotas thereof, such extra-numbers shall be raised, officered, armed and equipped in the same Manner as the Quota or Quotas of such Colony or Colonies, unless the Legislature of such Colony or Colonies respectively, shall judge, that such extra-numbers cannot be safely spared out of the same, in which Case they shall raise, officer, arm and equip as many of such extra-numbers as they judge can be safely spared; and the Officers and Men so armed and equip[p]ed shall march to the Place appointed, and within the Time agreed on by the United States assembled. To establish the same Weights and Measures throughout the United Colonies. But the United States assembled shall never impose or levy any Taxes or Duties, except in managing the Post-Office, nor interfere in the internal Police of any Colony, any further than such Police may be affected by the Articles of this Confederation. The United States assembled shall never engage the United Colonies in a War, nor grant Letters of Marque and Reprisal in Time of Peace, nor enter into Treaties or Alliances, nor coin Money nor regulate the Value thereof, nor agree upon nor fix the Sums and Expences necessary for the Defence and Welfare of the United Colonies, or any of them, nor emit Bills, nor borrow Money on the Credit of the United Colonies, nor raise Naval Forces, nor agree upon the Number of Land Forces to be raised, unless the Delegates of nine Colonies freely assent to the same: (13) Nor shall a Question on any other Point, except for adjourning, be determined, unless the Delegates of seven Colonies vote in the affirmative. No Person shall be capable of being a Delegate for more than three Years in any Term of six Years. No Person holding any Office under the United States, for which he, or another for his Benefit, receives any Salary, Fees, or Emolument of any Kind, shall be capable of being a Delegate. The Assembly of the United States to publish the Journal of their Proceedings monthly, except such Parts thereof relating to Treaties, Alliances, or military Operations, as in their Judgment require Secrecy-The Yeas and Nays of the Delegates of each Colony on any Question to he entered on the Journal, where it is desired by any Delegate; and the Delegates of a Colony, or any of them, at his or their Request, to be furnished with a Transcript of the said Journal, except such Parts as are above excepted, to lay before the Legislatures of the several Colonies.

**ART. XIX.** The Council of State shall consist of one Delegate from each C[o]lony, to be named annually by the Delegates of each Colony, and where they cannot agree, by the United States assembled. The Business and Duty of This Council shall have Power to receive and open all Letters directed to the United States, and to return proper Answers; but not to make any Engagements that shall be binding on the United States-To correspond with the Legislature of each Colony, and all Persons acting under the Authority of the United States, or of the said Legislatures-To apply to such Legislatures, or to the Officers in the several Colonies who are entrusted with the executive Powers of Government, for occasional Aid whenever and wherever necessary-To give Counsel to the Commanding Officers, and to direct military Operations by Sea and Land, not changing any Objects or Expeditions determined on by the United States assembled, unless an Alteration of Circumstances which shall come to the Knowledge of the Council after the Recess of the States, shall malice such Change absolutely necessary-To attend to the Defence and Preservation of Forts and strong Posts, and to prevent the Enemy from acquiring new Holds--To procure Intelligence of the Condition and Designs of the Enemy-To expedite the Execution of such Measures as may be resolved on by the United States assembled, in Pursuance of the Powers hereby given to them-To draw upon the Treasurers for such Sums as may be appropriated by the United States assembled, and for the Payment of such Contracts as

the said Council may make in Pursuance of the Powers hereby given to them- To superintend and controul or suspend all Officers civil and military, acting under the Authority of the United States-In Case of the Death or Removal of any Officer within the Appointment of the United States assembled, to employ a Person to fulfill the Duties of such Office until the Assembly of the States meet-To publish and disperse authentic Accounts of military Operations-To summon an Assembly of the States at an earlier Day than that appointed for their next Meeting, if any great and unexpected Emergency should render it necessary for the Safety or Welfare of the United Colonies or any of them-To prepare Matters for the Consideration of the United States, and to lay before them at their next Meeting all Letters and Advices received by the Council, with a Report of their Proceedings-To appoint a proper Person for their Clerk, who shall take an Oath of Secrecy and Fidelity, before he enters on the Exercise of his Office- Seven Members shall have Power to act-In Case of the Death of any Member, the Council shall immediately apply to his surviving Colleagues to appoint some one of themselves to be a Member thereof till the Meeting of the States, and if only one survives, they shall give him immediate Notice, that he may take his Seat as a Councilor till such Meeting. These Articles shall be proposed to the Legislatures of all the United Colonies, to be by them considered, and if approved by them, they are advised to authorize their Delegates to ratify the same in the Assembly of the United States, which being done, the foregoing Articles of this Confederation shall inviolably be observed by every Colony, and the Union is to be perpetual: Nor shall any Alteration be at any Time hereafter made in these Articles or any of them, unless such Alteration be agreed to in an Assembly of the United States, and be afterwards confirmed by the Legislatures of every Colony. (18) Resolved, That eighty copies, and no more, of the confederation, as brought in by the committee, be immediately printed, and deposited with the secretary, who shall deliver one copy to each member: That a committee of be appointed to superintend the press, who shall talk care that the foregoing resolution [unfinished] That the printer be under oath to deliver all the copies, which he shall print, together with the copy sheet, to the secretary, and not to disclose either directly or indirectly, the contents of the said confederation:

## Parties

The claimant/suitor/libellant and ***"your orator" higgins, mark rock,"*** is a private People called Moor irish americas aboriginal arizonian national, *in personam sui juris, jus soli and jus sanguinis* a Noble, A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, High Priest of Anu, A Maji, a Commander, Bonafide Owner Maritime lien holder of all vessels, ships, chattels, goods, cargo, convoys, crafts, tenements, charters, estates, commodities, merchandise Land, Air, Water etc, navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves* (***Federal***), *nor a Citizen of the united states meaning the several states of the confederate union* (***confederacy***)". the defendant : Mark-Rock: Higgins, AKA MARK-ROCK:HIGGINS-VESSEL a registered organization letters of Marque/Reprisal name Maricopa county, ARIZONA is a decedent's legal estate ("Estate") The STATE OF ARIZONA DEPARTMENT OF COMMUNITY HEALTH CERTIFICATE OF LIVE BIRTH #10262031653), whose principal office is located at 301 W. JEFFERSON STREET STE 200, Phoenix, Arizona, in care of heap, justin daniel d/b/a JUSTIN HEAP, maricopa county clerk/recorder of deeds/privateer et al.

## Premises

The claimant/suitor/libellant's core private rights were **MISTAKENLY** sacrificed by his mother and father at his birth, without being fully availed and acknowledged of his equitable maritime defenses. The claimant/suitor/libellant's has tendered this bill of lading at this port of entry landed on the dock and docketed as consideration on special deposit ***"equity will not complete an imperfect gift"*** so I will never entertain the idea of paying any duties taxes, whatever Protected by 1796 Treaty of Tripoli Art V,X **Eeerie Railroad v. Tompkins,** *where the supreme court ruled that "there is no federal general common law", page, @ "Headnote 3," and Congress has no power to declare substantive [emphasis added] rules of the common law applicable to a State, whether they be local or general in their nature, be they commercial law or a part of the law of torts." page 64. There could be no more federal general common law or substantive rules of common law because the consideration on all contracts used by everyone in the country was non-substantive, i.e. Federal Reserve Notes (FRNs) belonging to the private Federal Reserve Corporation and not the countless Americans executing on a regular basis, whether public or private. To use as "valuable consideration", and purport to be authorized to bind, property that does not belong to oneself renders oneself obligated to the owner of the consideration, in this case the Federal Reserve Corporation.* ; and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said New York registered organization decedent's legal estate person through letters of marque/reprisal. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings **"Acts of War"** by privateers of the united states for the district of columbia masquerading as Citizens of the united states of north america created by the adoption of the constitution of united states Art 1 section 8 clause 10 and clause 17, 18 which are inconsistent with the 1776-1781 Articles of Confederation art.6,9 and private maritime treaty protections of the *Treaty of Marrakech 1787/1836 ARTICLE II, XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.,* and the *Treaty of Tunis 1824 ARTICLE XII.,* under the rules of Chancery due and owing to the claimant/suitor/libellant by way of his **special and particular political status as an Ipso Jure Moor Subject of an Empire** and equitable maritime rights to the same said Estate, that were intended for your orator, as the sole exclusive heir and beneficiary, by maxims of equity *"only God can create an heir," "the heir and his ancestor are one and the same people,"* and *"Equity regards the beneficiary as the true owner."* Your orator appears *in personam only for assaults and beatings on the High Seas and elsewhere,* without an administrator, a personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal Justice being rendered on his behalf, which are protected by his privity as an heir to the maritime treaties and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact. Your Servitude would expect no less privity as co-heir to said mortgage/compact. Your orator, calls a Court of Equal justice being rendered in the original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good faith and by his own reasonable diligence. Your orator is in *personam sui juris,* now having knowledge of his maritime Treaty rights, with opportunity to assert them, he does not delay unreasonably so to

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

do. *"Equity aids the vigilant, not those who slumber on their rights," and "Equity imputes an intent to fulfill an obligation."*

Each named defendant/libelee/privateer/pirate was appointed "in fact" by oath/affirmation through the process called naturalization and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your servitude as faithful servant that he has called upon each defendant/libelee to either **"Affirm or Deny the trust"**; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable maritime assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as a People called Moor *heir/beneficiary A Noble,*A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, sea ports, ports of lading, convoys Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it be through your faithful servitude as a good and faithful servant, the said defendant/libelee(s) have failed to answer, or make defense to the trust; after he had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. Your orator desires that the libelee(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an order taking his bill for confession, the failure of the libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree.)

*"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it be through your faithful servitude as a good and faithful servant, that the said libelee(s)privateer(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the admiralty and maritime premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendants/libelee(s), are contrary to equity admiralty and maritime

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of your orator in the premises.

## Statement of Jurisdiction

This is a suit in original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations arising within the *Treaty of 1787 Marrakech ARTICLE II, XXI.*; 1776-1781 *Articles of Confederation Article VI, IX, XII, XIII* ; 1787 Northwest Ordinance sect. 13,14 and Art 4; 1861 Territory of Nevada laws sec. 6 and 9; 1778 Treaty of France 8 and 15, the *Treaty of Tunis 1824 ARTICLE XII.,* the rights of your orator, as a private People called Moor americas aboriginal arizonian national, A Emperor, A Noble, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, convoys, sea ports, ports of lading, Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, who already won in the district court of the united states for the southern district of new york (22-cv-9714(LTS)* are of those classes which said maritime treaties, constitution (**Articles of Confederation**), and act, either confers or has taken under their protection, without such obligation, your orator's rights are in jeopardy of being destroyed and slandered beyond repaired, where no adequate remedy for their enforcement is provided by the forms of letters of marque/reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature.

## I. Origins in New Mexico Territory (1850–1863)

In 1850, Congress created the Territory of New Mexico (Act of Sept. 9, 1850, 9 Stat. 446), which included all lands that would later form New Mexico and Arizona.
Courts of the Territory of New Mexico were vested with both law and equity jurisdiction. Judges sat as both common law judges and as chancellors in equity, consistent with frontier judicial practice.

During this period, the lands that would become Maricopa County were legally administered under New Mexico territorial courts, specifically within Doña Ana County jurisdiction.

## II. Confederate Arizona (1861–1862)

In 1861, during the Civil War, settlers in Tucson and Mesilla declared a Confederate Territory of Arizona, extending across the southern portion of New Mexico Territory.
The Confederate government attempted to establish territorial courts exercising law and chancery powers. However, this regime was short-lived; Union forces reasserted authority by mid-1862. Consequently, lawful U.S. jurisdiction remained vested in the territorial courts of New Mexico, exercising combined law and chancery jurisdiction.

## III. Creation of Arizona Territory (1863–1864)

On February 24, 1863, Congress enacted the Arizona Organic Act (12 Stat. 664), formally creating the Territory of Arizona.

The **Act established territorial courts with general jurisdiction, including law, chancery,** probate, and criminal authority. Admiralty jurisdiction remained exclusively with federal district courts under Article III, Section 2 of the U.S. Constitution and later codified at 28 U.S.C. § 1333.

In 1864, the First Arizona Territorial Legislature convened at Prescott, adopting the Howell Code, which confirmed the merger of law and equity into the practice of the territorial courts.

### IV. Formation of Maricopa County (1871)

The Sixth Arizona Territorial Legislature, by act of February 14, 1871, established Maricopa County from a portion of Yavapai County.
From its inception, Maricopa County's courts inherited the dual jurisdictional tradition of law and chancery as codified in the Howell Code and carried forward by territorial statute.

Admiralty jurisdiction remained unaffected and continued to rest solely with federal courts, consistent with constitutional mandate.

### IV-A. Constitutional Supremacy Clause Authority

Article VI of the United States Constitution provides as follows:

Clause 1. "All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation."

This clause expressly carries forward obligations of the United States from the prior government under the Articles of Confederation into the new constitutional framework. In doing so, it ensures that contractual, financial, and treaty obligations assumed under the Confederation continued as binding under the Constitution.

Clause 2. "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

Clause 3. "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

Together, these provisions establish the Supremacy Clause of the Constitution, binding all state and territorial courts — including those of Arizona and Maricopa County — to recognize the Constitution, the laws made pursuant to it, and treaties as the supreme authority, inclusive of

admiralty and maritime jurisdiction reserved under Article III, Section 2, and codified in 28 U.S.C. §§ 1331 and 1333.

## IV-B. <u>Federal Question Jurisdiction</u>

28 U.S.C. § 1331 provides as follows:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

This provision establishes federal question jurisdiction, ensuring that any dispute invoking the U.S. Constitution, federal statutes, or treaties — including admiralty and maritime claims grounded in federal authority — may be heard in the federal courts.

## V. <u>Jurisdicional Conclusion</u>

From 1850 through the creation of Maricopa County in 1871, the region's courts exercised combined law and chancery jurisdiction, descending from The district court of the United States for Territory of New Mexico, each Each territorial district court was a single unified judicial system under the Organic Act-functioning both as: * A United States District Court (federal jurisdiction) * A Territorial Court of General Jurisdiction (local and chancery law)(Legislative Foundation Organic Act of 1850(9 Stat. 446, §10-12:"*The judicial power of said Territory shall be vested in a supreme court, district courts, probate courts, and in justice of peace... The said district courts shall possess the same jurisdiction in all cases arising under the Constitution and laws of the United States as is vested in the district courts of the United States"* The 1863 Creation of the Arizona Territory Act of February 24, 1863 (12Stat. 664); "*An Act to Provide a Temporary Government for the Territory of Arizona"* Created " The Supreme Court of the Territory of Arizona," with inferior courts called "District Courts of the Territory of Arizona, Territorial practice, briefly interrupted by Confederate claims, and confirmed under the Arizona Organic Act and the Howell Code. Maricopa County's judicial foundation rests on this merger of common law and chancery jurisdiction, while admiralty and maritime jurisdiction remained, and continues to remain, an exclusive province of the federal courts, operating under the Supremacy Clause and subject to federal question jurisdiction under 28 U.S.C. § 1331. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity in admiralty vested by said maritime treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has jurisdiction and the claimant/suitor/libellant *does hereby grant all subject matter jurisdiction in the District Court Territory of Arizona / New Mexico aka superior court of arizona maricopa county judicial which is creature of the united states in congress assembled subject to the articles of confederation art. 9 and the constitution of the united states art 1 section 8 clause 17, 18 which is letters of marque/reprisal emoluments in conflict of the Continental Congress "committee of the states" United States in congress assembled.and hereby invoke, require, give a signal or pass to an Article 9 of the Articles of Confederation art. 9 judge/chancellor/special master special term who is competent and impartial to handle this special cause de novo in this port of entry*, under the original equal justice being rendered in the admiralty and maritime

jurisdiction by nature law of nations, and this court also have original jurisdiction pursuant to: The New Mexico Organic Act and subsequently: The Arizona Organic Act; United States Federal law introduced as H.R. 357 in the second session of the 37th U.S. Congress March 12, 1862, Arizona Organic Act can be traced to the Northwest Ordinance, and the Reconstruction era 1865-1877 and subsequently the 1912 Arizona Constitution. *That the judicial power of said Territory shall be vested in a supreme court, district courts and the said supreme and district courts, respectively, shall possess chancery as well as common-law jurisdiction; and authority for redress of all wrongs committed against the Constitution or laws of the United States, or of the Territory, affecting persons or property. Each district court, or the judge thereof, shall appoint its clerk, who shall also be the register in chancery*, and shall keep his office at the place where the court may be held. Writs of error, bills of exception, and appeals, shall be allowed in all cases from the final decisions of said district courts to the supreme court, under such regulations as may bole prescribed by law; and each of the said district courts shall have and exercise the same jurisdiction in all cases arising under the Constitution and laws of the United States as is vested in the circuit and district courts of the United States; and the said supreme and district courts of the said Territory, and the respective judges thereof, shall and may grant writs of habeas corpus in all cases in which the same are grantable by the judges of the United States in the District of Columbia; and the first six days of every term of said courts, or so much thereof as shall be necessary, shall be appropriated to the trial of causes arising under the said Constitution and laws; and writs of error and appeals in all such cases shall be made to the supreme court of said Territory the same as in other cases. The said clerk shall receive, in all such cases, the same fees which the clerks of the district courts of Utah Territory now receive for similar services. by Treaty of 1787 Marrakech ARTICLE II, XXI.; 1781 Articles of Confederation Article VI, IX, XII, XIII ; constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 (revocable clause), Article 1 section 8 clause 10 and clause 17,18 ; the Judiciary Act of 1789 1 stat 73 §9. and §11 and §16, §20,§22,§25,§26, §30,§32;; and the Treaty of Tunis 1824 ARTICLE XII., to the exclusion of all other quasi-in rem, colorable admiralty and maritime modes and letters of marque/reprisal "Acts of War" proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as your orator is remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equal justice being rendered in admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:

**Sec. 9. Courts; judicial districts; jurisdiction of courts.** *And be it further enacted,* That the judicial power of said Territory shall be vested in a supreme court, district courts, probate courts, and in justices of the peace. The supreme court shall consist of a chief justice and two associate justices, any two of whom shall constitute a quorum, and who shall hold a term at the seat of government of said Territory annually, and they shall hold their offices during the period of four years. The said Territory shall be divided into three judicial districts, and a district court shall be held in each of said districts by one of the justices of the supreme court, at such time and place as

may be prescribed by law; and the said judges shall, after their appointments, respectively, reside in the districts which shall be assigned them. The jurisdiction of the several courts herein provided for, both appellate and original, and that of the probate courts and of the justices of the peace, shall be as limited by law: *Provided,* That justices of the peace shall not have jurisdiction of any matter in controversy when the title of boundaries of land may be in dispute, or where the debt or sum claimed shall exceed one hundred dollars; and the said supreme and district courts, respectively, shall possess chancery as well as common-law jurisdiction; and authority for redress of all wrongs committed against the Constitution or laws of the United States, or of the Territory, affecting persons or property. Each district court, or the judge thereof, shall appoint its clerk, who shall also be the register in chancery, and shall keep his office at the place where the court may be held. Writs of error, bills of exception, and appeals, shall be allowed in all cases from the final decisions of said district courts to the supreme court, under such regulations as may be prescribed by law; but in no case removed to the supreme court shall trial by jury be allowed in said court. The supreme court, or the justices thereof, shall appoint its own clerk, and every clerk shall hold his office at the pleasure of the court for which he shall have been appointed. Writs of error and appeals from the final decisions of said supreme court, shall be allowed, and may be taken to the Supreme Court of the United States, in the same manner and under the same regulations as from the circuit courts of the United States, where the value of the property, or the amount in controversy, to be ascertained by the oath or affirmation of either party, or other competent witness, shall exceed one thousand dollars; and each of the said district courts shall have and exercise the same jurisdiction in all cases arising under the Constitution and laws of the United States as is vested in the circuit and district courts of the United States; and the said supreme and district courts of the said Territory, and the respective judges thereof, shall and may grant writs of habeas corpus in all cases in which the same are grantable by the judges of the United States in the District of Columbia; and the first six days of every term of said courts, or so much thereof as shall be necessary, shall be appropriated to the trial of causes arising under the said Constitution and laws; and writs of error and appeals in all such cases shall be made to the supreme court of said Territory the same as in other cases. The said clerk shall receive, in all such cases, the same fees which the clerks of the district courts of Utah Territory now receive for similar services.

### *1787 Northwest ordinance*

*Art. 4. The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto. The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same common rule and measure by which apportionments thereof shall be made on the other States; and the taxes for paying their proportion shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within the time agreed upon by the United States in Congress assembled. The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled, nor with any*

*regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers. No tax shall be imposed on lands the property of the United States; and, in no case, shall nonresident proprietors be taxed higher than residents. The navigable waters leading into the Mississippi and St. Lawrence, and the carrying places between the same, shall be common highways and forever free, as well to the inhabitants of the said territory as to the citizens of the United States, and those of any other States that may be admitted into the confederacy, without any tax, impost, or duty therefor.*

*Section 13. And, for extending the fundamental principles of civil and religious liberty, which form the basis whereon these republics, their laws and constitutions are erected; to fix and establish those principles as the basis of all laws, constitutions, and governments, which forever hereafter shall be formed in the said territory: to provide also for the establishment of States, and permanent government therein, and for their admission to a share in the federal councils on an equal footing with the original States, at as early periods as may be consistent with the general interest:*

*Section 14. It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:*

## The Judiciary Act; September 24, 1789

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; **and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,** the right of a common law remedy, where the common law is competent to give it; **and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien sues for a tort only in violation of the law of nations or a treaty of the United States.** And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.**"Equity Imputes an intent to fulfill an obligation"**

*SEC . 11. And be it further enacted,* That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC . 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

Take notice of section 32 of The Judiciary Act; September 24, 1789, 1 Stat. 73. of your Trust Indenture Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

*SEC . 22. And be it further enacted, That final decrees and judgments in civil actions in a district court, where the matter in dispute exceeds the sum or value of fifty dollars, exclusive of costs, may be reexamined, and reversed or affirmed in a circuit court, holden in the same district, upon a writ of error, whereto shall be annexed and returned therewith at the day and place therein*

*mentioned, an authenticated transcript of the record, an assignment of errors, and prayer for reversal, with a citation to the adverse party, signed by the judge of such district court, or a justice of the Supreme Court, the adverse party having at least twenty days Â' notice. And upon a like process, may final judgments and decrees in civil actions, and suits in equity in a circuit court, brought there by original process, or removed there from courts of the several States, or removed there by appeal from a district court where the matter in dispute exceeds the sum or value of two thousand dollars, exclusive of costs, be re-examined and reversed or affirmed in the Supreme Court, the citation being in such case signed by a judge of such circuit court, or justice of the Supreme Court, and the adverse party having at least thirty daysÂ' notice. But there shall be no reversal in either court on such writ of error for error in ruling any plea in abatement, other than a plea to the jurisdiction of the court, or such plea to a petition or bill in equity, as is in the nature of a demurrer, or for any error in fact. And writs of error shall not be brought but within five years after rendering or passing the judgment or decree complained of, or in case the person entitled to such writ of error be an infant, feme covert, non compos mentis, or imprisoned, then within five years as aforesaid, exclusive of the time of such disability. And every justice or judge signing a citation on any writ of error as aforesaid, shall take good and sufficient security, that the plaintiff in error shall prosecute his writ to effect, and answer all damages and costs if he fail to make his plea good.*

*SEC . 33. And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence. And copies of the process shall be returned as speedily as may be into the clerkÂ's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.*

*SEC . 24. And be it further enacted, That when a judgment or decree shall be reversed in a circuit court, such court shall proceed to render such judgment or pass such decree as the district court should have rendered or passed; and the Supreme Court shall do the same on reversals therein, except where the reversal is in favour of the plaintiff, or petitioner in the original suit, and the damages to be assessed, or matter to be decreed, are uncertain, in which*

*case they shall remand the cause for a final decision. And the Supreme Court shall not issue execution in causes that are removed before them by writs of error, but shall send a special mandate to the circuit court to award execution thereupon.reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.*

*SEC . 30. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. And when the testimony of any person shall be necessary in any civil cause depending in any district in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient or very infirm, the deposition of such person may be taken de bene esse before any justice or judge of any of the courts of the United States, or before any chancellor, justice or judge of a supreme or superior court, mayor or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause, provided that a notification from the magistrate before whom the deposition is to be taken to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served on the adverse party or his attorney as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after notified, not less than at the rate of one day, Sundays exclusive, for every twenty miles travel. And in causes of admiralty and maritime jurisdiction, or other cases of seizure when a libel shall be filed, in which an adverse party is not named, and depositions of persons circumstanced as aforesaid shall be taken before a claim be put in, the like notification as aforesaid shall be given to the person having the agency or possession of the property libelled at the time of the capture or*

*seizure of the same, if known to the libellant. And every person deposing as aforesaid shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given after the same shall be reduced to writing, which shall be done only by the magistrate taking the deposition, or by the deponent in his presence. And the depositions so taken shall be retained by such magistrate until he deliver the same with his own hand into the court for which they are taken, or shall , together with a certificate of the reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.*

### Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People (curia) called Moor, americas aboriginal, and Subject of the Al Maroc Shereefian Empire, *"but not a citizen of the united states for the district of columbia and its insular possessions/ enclaves,(****Federal****), nor a Citizen of the united states of america meaning the several states of the confederate union "13 United States of America" (****confederacy****)."* Your orator's core private rights (privatum) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust who are Privateers/Pirates masquerading as Citizens of the united states of north america *(CONSPIRACY)*, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against claimant in a very **unbecoming** hostile and belligerent manner by imposing statutes codes **(color of law) commissioned under the governor (commander in chief/Chief executive officer) of the state of arizona and the president of the united states for the district of columbia,** ordinances and other colorable instrumentalities and titles, The named defendants/libelees/privateers/pirates hobbs, kathleen marie d/b/a KATIE HOBBS arizona governor/privateer et al., roscoe, douglas anthony d/b/a DOUG DUCEY arizona ex-governor/privateer/pirate et al., mayes, kristen kay d/b/

a KRIS MAYES arizona attorney general/privateer/pirate et al., : lucas, debra d d/b/a DEBRA LUCAS clerk arizona district court: pifer, jennifer christine d/b/a JENNIFER ZIPPS judge district of arizona court et al.,; tuchi, john joseph d/b/a JOHN J TUCHI judge district court of arizona et al.,; sheridan, gerard anthony d/b/a JERRY SHERIDAN maricopa county sheriff/privateer/pirate et al., issit, brian john d/b/a BRIAN ISSIT chief police et al., delgado, manuel o. jr d/b/a MANUEL O DELGADO goodyear municipal court judge/pirate/privateer et al., owens, heidi marie d/b/a HEIDI OWENS white tank municipal court judge/pirate/privateer et al., tucker, desarae aleethea d/b/a DESARAE TUCKER white tank justice court judge/privateer/pirate et al., bastien, carla jewel d/b/a CARLA BASTIEN goodyear municipal court judge/pirate privateer et al., pizzillo, joseph d/b/a JOE PIZZILLO goodyear mayor/privateer/pirate et al., fontes, adrian paulino d/b/a ADRIAN FONTES arizona secretary of state/privateer/pirate et al., allen, john michael d/b/a JOHN M ALLEN arizona treasurer/pirate/privateer et al., lee, kimberly d/b/a KIM LEE arizona controller/privateer/pirate et al., heap, justin d/b/a JUSTIN HEAP maricopa county recorder/ pirate/privateer et al., cook, eddie d/b/a EDDIE COOK maricopa county tax assessor/privateer/ pirate et al., timmer/scott, ann a d/b/a ANN TIMMER chief justice of arizona supreme court/ privateer/pirate et al., mitchell, rachel hope d/b/a RACHEL H MITCHELL attorney/esquire/ privateer/pirate et al., kemp, michael william d/b/a MICHAEL KEMP et al administrator/ privateer/pirate superior court of arizona judge et al., titus, jon d/b/a JON TITUS kr (tic) 1 & 2 statutory agent/ esquire/ privateer/pirate et al., johnson, steven a. d/b/a STEVEN A JOHNSON goodyear city attorney/esquire/privateer/pirate et al.,birkemeier, sara eleanor d/b/a SARA BIRKEMEIER city attorney/esquire/privateer/pirate et al., serassio, serena d/b/a SERENA SERASSIO maricopa attorney/esquire/privateer/pirate et al., yavapai, pima, pinal, cochise, coconino, maricopa county sheriffs, supervisors, toth, jennifer d/b/a JENNIFER TOTH'S ADOT privateers/pirates state highway patrol, goodyear's, phoenix's, city police, has assumed your Orator as a U.S citizen, citizen of the united states for the district of columbia or a Citizen of the United States of North America, which is very unbecoming and scandalous, In fact there is no such thing as Universal Automatic Citizenship assumption, being an international breach of Treaties and laws that was entered in before the adoption the constitution as it clearly states in your Trust indenture in pursuance of the **(Revocable clause)** of Article 6 of the Constitution of the United States/U. S Constitution because if we dive deep into the history of the United States going back to the Articles of Confederation and as early as Great Britain **(New England Colonies)** there never was a such thing as Birthright Citizenship meaning **"jus soli"** being born in a particular location or place the Process of naturalization was founded on the principle of Berth which means submitting your entire allegiance under your particular nation under the flag with a **Bill of Lading** a "PASS-PORT" and first renouncing your allegiance and fidelity to a foreign principle meaning prince, potentate or state or kingdom and had to be at the age of majority to enter an maritime **(contract)** pursuant to **Articles of Confederation of the United Colonies of New England; May 19, 1643 4.** It is by these Confederates agreed that the charge of all just wars, whether offensive or defensive, upon what part or member of this Confederation soever they fall, shall both in men, provisions and all other disbursements be borne **("To take on an obligation or duty")** by all the parts of this Confederation in different proportions according to their different ability in manner following, namely, that the Commissioners for each Jurisdiction from time to time, as there shall be occasion, bring a true account and number of all

their males in every Plantation, or any way belonging to or under their several Jurisdictions, of what quality or condition soever they be, **from sixteen years old to threescore, being inhabitants there.** And that according to the different numbers which from time to time shall be found in each Jurisdiction upon a true and just account, the service of men and all charges of the war be borne by the poll: each Jurisdiction or Plantation being left to their own just course and custom of rating themselves and people according to their different estates with due respects to their qualities and exemptions amongst themselves though the Confederation take no notice of any such privilege: and that according to their different charge of each Jurisdiction and Plantation the whole advantage of the war (if it please God so to bless their endeavors) whether it be in lands, goods, or persons, shall be proportionately divided among the said Confederates. So this stands **"In Fact"** based on Borne that it required taking an oath or allegiance to take on an obligation or particular duty this clause in fact proves subjects or servants of each of the several colonies must naturalize and submit their entire allegiance and fidelity to the plantation from the ages of 16 to 60 yrs old **"In Fact" "Equity Imputes an intent to fulfill an obligation"** Furthermore this proves that a baby is incapable of doing the process of Naturalization/ Renunciation and must reach the age of majority to enter a maritime contract or obligation. In the Founding of the United States of America under the 1776-1871 Articles of Confederation each state retained their independence, sovereignty and freedom each of the 13 united states of america had its own naturalization process the **1777 New York Constitution** supports this fact pursuant to article **XLII. And this convention doth further, in the name and by the authority of the good people of this State, ordain, determine, and declare that it shall be in the discretion of the legislature to naturalize all such persons, and in such manner, as they shall think proper: Provided, All such of the persons so to be by them naturalized, as being born in parts beyond sea, and out of the United States of America, shall come to settle in and become subjects of this State, shall take an oath of allegiance to this State, and abjure and renounce all allegiance and subjection to all and every foreign king, prince, potentate, and State in all matters, ecclesiastical as well as civil.** "This indenture has been breached in the past"

*VIII. That every elector, before he is admitted to vote, shall, if required by the returning-officer or either of the inspectors, take an oath, or, if of the people called Quakers, an affirmation, of allegiance to the State. "This indenture has been breached in the past"*
*XXVII. And be it further ordained, That the register and clerks in chancery be appointed by the chancellor; the clerks of the supreme court, by the judges of the said court; the clerk of the court of probate, by the judge of the said court; and the register and marshal of the court of admiralty, by the judge of the admiralty. The said marshal, registers, and clerks to continue in office during the pleasure of those by whom they are appointed as aforesaid. "This indenture has been breached in the past" XXXVI. And be it further ordained, That all grants of lands within this State, made by the King of Great Britain, or persons acting under his authority, after the fourteenth day of October, one thousand seven hundred and seventy-five, shall be null and void; but that nothing in this constitution contained shall be construed to affect any grants of land within this State, made by the authority of the said King or his predecessors, or to annul any charters to bodies-politic by him or them, or any of them, made prior to that day. And that none of the said charters shall be adjudged to be void by reason of any non-user or*

*misuser of any of their respective rights or privileges between the nineteenth day of April, in the year of our Lord one thousand seven hundred and seventy-five and the publication of this constitution. And further, that all such of the officers described in the said charters respectively as, by the terms of the said charters, were to be appointed by the governor of the colony of New York, with or without the advice and consent of the council of the said King, in the said colony, shall henceforth be appointed by the council established by this constitution for the appointment of officers in this State, until otherwise directed by the legislature. "This indenture has been breached in the past"*

So basically the above mentioned laws supports my claim because their has never been a such thing as birthright citizenship under the (1776-1781 Articles of confederation) which is *'de sure Superior and supersedes'* your indenture called the *Constitution of the United States, a de facto document)* a Letter of Marque/Reprisal and proof of Allegiance to the king of great britain and his dominions which is Treason In Breach of the 1786 Treaty of Marrakech Article II,VI,XXIII,XXI,XXV and the Proof of Allegiance to Great Britain is ***"In Fact"*** the **The 1783 Treaty of Paris Art. 1;** *"His Brittanic Majesty acknowledges the said United States, viz., New Hampshire, Massachusetts Bay, Rhode Island and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Maryland, Virginia, North Carolina, South Carolina and Georgia, to be free sovereign and independent states, that he treats with them as such, and for himself, his heirs, and successors, relinquishes all claims to the government, propriety, and territorial rights of the same and every part thereof."* **"He who occasions the loss must bear the burden", "Equity will not suffer a wrong to be without a remedy", "He Who Comes to Equity Must Come with Clean Hands", "Equity follows the law", "Equity regards as done what ought to be done"**

*XXXV. And this convention doth further, in the name and by the authority of the good people of this State, ordain, determine, and declare that such parts of the common law of England, and of the statute law of England and Great Britain, and of the acts of the legislature of the colony of New York, as together did form the law of the said colony on the 19th day of April, in the year of our Lord one thousand seven hundred and seventy-five, shall be and continue the law of this State, subject to such alterations and provisions as the legislature of this State shall, from time to time, make concerning the same. That such of the said acts, as are temporary, shall expire at the times limited for their duration, respectively. That all such parts of the said common law, and all such of the said statutes and acts aforesaid, or parts thereof, as may be construed to establish or maintain any particular denomination of Christians or their ministers, or concern the allegiance heretofore yielded to, and the supremacy, sovereignty, government, or prerogatives claimed or exercised by, the King of Great Britain and his predecessors, over the colony of New York and its inhabitants, or are repugnant to this constitution, be, and they hereby are, abrogated and rejected. And this convention doth further ordain, that the resolves or resolutions of the congresses of the colony of New York, and of the convention of the State of New York, now in force, and not repugnant to the government established by this constitution, shall be considered as making part of the laws of this State; subject, nevertheless, to such alterations and provisions as the legislature of this State may, from time to time, make concerning the same. "This indenture has been breached in the past"*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

*The case called Ex-Parte Frank Knowles supports that there is no such thing as a citizen of the United States "Federal Citizenship" because if so they can do it "**without uniformity**" the provisions in the constitution of the United States which is Ex Post Facto law/letters of marque/ Reprisal according to its own clause Article 6 ("emphasis added") states in Art 1 section 8 only establishes "**a uniform rule of naturalization throughout the states**" which furthermore supports the fact that there is no universal automatic citizenship or even Federal Citizenship (**citizen of the united states for the district of columbia**) "**In the eighth section of the first article of the Constitution, enumerating the powers of Congress, is the following separate clause "To establish an uniform rule of naturalization and uniform laws on the subject of bankruptcy throughout the United States."metaphysical refinement, in examining the form of our government it might be correctly said that there is no such thing as a citizen of the United States. But constant usage-arising from convenience, and perhaps necessity, and dating from the formation of Confederacy-has given substantial existence to the idea which term conveys. A citizen of any one of the States of the Union, held to be, and called a citizen of the United States, although technically and abstractly there is no such thing. To conceive a citizen of the United States who is not a citizen of some one of the States totally foreign to the idea, and inconsistent with the proper construction and common understanding of the expression as used in the Constitution, on, which must be deduced from its various provisions. The object then to be attained, by the exercise of the power of naturalization, was to make citizens of the respective States.**" So the 13th, 14th, 15th amendment was the ultimate plan using a British law* **"Act of 1740"** from the Inception of the Constitution of the United States of America was to sidestep the 1786 Treaty of Marrakech and Switch Allegiance from the Emperor of Al Maroc/ Morocco to the King of Great Britain and his dominions Intentionally to usurp the Moors Birthright through bloodline and lineage and create a fictitious corporate government creating **(Legal Fictions) through this 230 years of mickey mouse and donald duck fictitious** fairy tale world, has caused me, and my ancestors a serious harm, which is clearly corruption of the blood, genocide and destruction of a whole Empire/Nation of people my rights are irreparably destroyed beyond repair

**Pursuant to the 1786 Treaty of Marrakech article 22** *If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof. "**BREACHED IN THE PAST"***

**Pursuant to the 1786 Treaty of Marrakech article 21** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."**BREACHED IN THE PAST"***

**Pursuant to the 1786 Treaty of Marrakech article 23** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they*

*shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.* **"BREACHED IN THE PAST"**

**Pursuant to the 1786 Treaty of Marrakech article 24** *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.* **"BREACHED IN THE PAST"**

**Pursuant to the 1786 Treaty of Marrakech article 6** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **"BREACHED IN THE PAST"**

**Pursuant to the 1786 Treaty of Marrakech article 4.** *A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.* **"BREACHED IN THE PAST"**

**Pursuant to the 1786 Treaty of Marrakech Art. 2** If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors. **"BREACHED IN THE PAST"**

**Pursuant to the 1786 Treaty of Marrakech Art. 25.** *This Treaty shall continue in full Force, with the help of God for Fifty Years.We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred. I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.* **"Breached in the past and present"**

**A Treaty of Peace and Friendship , between the King of Great Britain , and the Emperor of Morocco 1751.**

**Art. III** . *It is agreed that the King of Great Britain's Subjects shall not, be obliged to appear before Justices of the Country on any Cause, but that only the Governor of the City and His Britannick Majesty's Consul shall take Cognizance of, and adjust, the Difference or Suits they may have with the Moors or other Inhabitants in the Dominions of the King oF Fez and Morocco.* **Breached in the past**

**Art. IV.** *It is agreed that no Governor or Officer under the King of Fez and Morocco shall ,without the King's special Order, visit or register the Dwelling houses or Magazines of any of His Britannick Majesty's Subjects residing in Barbary and that all British: Ships taking Freight in any Port of the King of Fez and Morocco, to carry to other Ports of the said Kingdom , shall be exempted from all Port Charges as usual, in whatever Port they may put in; and that the Consul and the other British Merchants shall be freely allowed to have* **Moors or Jews** *as their Interpreters and Brokers, who shall be exempted from all Taxes, as likewise all All the other Articles, being Fifteen in Number, concluded, agreed and adjusted by the Admiral Charles Stewart on the Behalf of His Britannick Majesty ; and by his Excellency Bashaw Hamet Ben Aley, Ben Abdalla, and his Imperial Majesty's Treasurer Mr . Moses Bcnatar , on Behalf of the laid King of Fez and Morocco, shall hand good and be of the fame Force , as in the Reign of the Most High ,Illustrious and Renowned Prince George the First , King of Great Britain , France and Ireland, of Glorious Memory ; and the High ,Mighty , and Most Noble Prince Mully Ismael late Emperor of Morocco as; likewise the other Articles, being Three in Number, agreed and concluded by 'John Leonard Sollicossre, Esq ; on Behalf of His Britannick Majesty, and his Excellency Bashaw Hamet Ben Ally Ben Abdella on Behalf of the King of Fez and Morocco* **Breached in the past**

## Statement of the Cause

The venue(s) called SUPERIOR COURT OF ARIZONA MARICOPA COUNTY; SUPERIOR COURT OF ARIZONA YAVAPAI COUNTY; GOODYEAR MUNICIPAL COURT; SUPERIOR COURT OF ARIZONA PINAL COUNTY; BENSON JUSTICE COURT OF ARIZONA; PINAL COUNTY JUSTICE COURTS; THE WHITE TANK JUSTICE COURT MARICOPA COUNTY, STATE OF ARIZONA account/case JC2025-106206-001 color of law proceeding escheatment "legal fiction" QUAZI-IN REM *"as if it was against the thing"* Oxymoron and unmoored is improper *NON-SUBSTANTIVE DUE PROCESS OF WAR "In Fact" and its* **People who are bound by oath to be Persons Worthy of Trust** are incapable of speaking law over any matters concerning Maritime Treaties, articles of Confederation and Constitutions. These proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and it is very clear that there exists a Conflict of Law and Variance. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an *"ipso jure" a Private People called Moor and Subject of the Al Maroc Shereefian Empire*. The above named *Persons Worthy of Trust* are clearly citizens of the united states for the district of columbia which makes them Enemy belligerent Privateers masquerading as Citizens of united states of north america and they continued to move against the Moor in a very **unbecoming** Hostile manner in character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator *"in Fact"* Denied all these Scandalous allegations. Owens, Heidi Marie d/b/a HEIDI OWENS et al administrator, privateer, pirate White Tank

justice court judge et al., Serassio, Serena, d/b/a SERENA SERASSIO privateer/pirate et al., were appointed as ***People who are bound by oath through naturalization to be Persons Worthy of Trust*** on special deposit through such said citizens/slaves trust indentures contracts and engagements with specific performance to extinguish all debts in the public and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties in contravention by stepping outside the boundary lines exceeding the 10 x 10 square mile breaching constitution of the united states Art 1 section 8 clause 10 and clause 17,18 directly in conflict with all the laws that was entered into before the adoption of this constitution and 1786/1836 Treaty of Marrakech Art. II. Furthermore owens, heidi marie d/b/a HEIDI OWENS et al., did acknowledge that your Orator ***"In Fact"*** has a Special Title (Treaties) and is a Moor People of the Moor Estate consequently she also admits "in fact" that he has an oath he has to follow that is contrary to the oath or oaths he took to Your Orator as an ipso jure Moor Subject of the Al Maroc Shereefian Empire which is very ***unbecoming*** of her character act and deed. SERENA SERASSIO entered in letters of marque/reprisal lockout order against my property "MARK-ROCK: HIGGINS . " in contravention with *the intent and purpose of molesting me, my vessel and my persons/property causing my rights to be destroyed irreparably beyond repair incarceration(s) real and personal property impoundment(s) action in contravention through acts of war called Letters of marque/ reprisal knowingly and admitting through legal compulsion.* The above named Persons Worthy of Trust realize and hereby understands that i am egressed perpetually in the ***Dominions of the Al Maroc Shereefian Empire*** and have the unalienable private maritime right bestowed upon me the Most High to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and People bound by oath through naturalization to be Persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable maritime attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action. I, higgins, mark rock, a private people called Moor irish grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered.

<p align="center">***"Equity does not aid the Volunteer"***</p>

Furthermore above-named libelees are in breach they are pirates privateers taking commissions ***wearing enemy colors in fact*** the contracts and engagements they have entered into Is the

Constitution of the United States the 1801-1871 Organic Acts which by laws are the Code for the district of columbia which res is government by British Statutes *which is receiving emoluments and going into an alliance, agreement, Confederation or Treaty with a king, prince or foreign State* 1781 Articles of Confederation article 6 and interfering with treaties already proposed by the courts of France and Spain. Here are the following letters of Marque/Reprisals used to pirate my property in my dominions as the Lord

## ARIZONA REVISED STATUTES 13-105 Definitions

A.R.S. 13-105-30 "Person" defined. Means a human being AND, as the context requires, an enterprise, a public or private corporation, an unincorporated association, a partnership, a firm, a society, a government authority or individual or entity capable of holding a legal or beneficial interest in property.

A.R.S. 13-105-38 "Public servant" defined. 38. "Public servant":
(a) Means any officer or employee of any branch of government, whether elected, appointed or otherwise employed, including a peace officer, and any person participating as an advisor or consultant or otherwise in performing a governmental function.
(b) Does not include jurors or witnesses.
(c) Includes those who have been elected, appointed, employed or designated to become a public servant although not yet occupying that position.

A.R.S. 13-105-29 "Peace officer" means any person vested by law with a duty to maintain public order and make arrests includes constable.

The following special legislation, marquee legislation, undeclared doctrine and letter of marque is in direct breach of 1781 Articles of Confederation article 6,9 and 13 and Treaty of Algiers 1795 when it says no corporal punishment shall be inflicted or impediments the above named defendants are constitutors which is defined as a simple pact or agreement to pay the debts for another thats the principle obligation" The United States of America it's citizens and of the united states is a union of workers/slaves who cannot grant titles of nobility so basically through contract they are only here for commerce and trade they are mere workers and TENANT perpetually without the ability to own land real property they reduced to only occupation. "Equity does not aid the volunteer" So I as the LORD the True Land Owner who possess the Title to the land, Air and Water through Treaty of Marrakech 1786 the Supreme law demand these marquee proceedings be traversed Immediately

I hereby draw into question the validity and construction of the ARIZONA REVISED STATUTES AND THE 1912 ARIZONA CONSTITUTION *and whether its repugnant to the 1776-1781 Articles of Confederation, Treaties, laws of* the united states when affecting or against the rights and titles of an ipso jure Moor Subject of the Al Maroc Shereefian Empire

### Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People (curia) called Moor, americas aboriginal, and Subject of the Al Maroc Shereefian Empire, *"but not a citizen of the united states for the district of columbia and its insular possessions/ enclaves, (**Federal**), nor a Citizen of the united states of america meaning the several states of the confederate union (**confederacy**)."* Your orator's core private rights (privatum) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust who are Privateers/Pirates masquerading as Citizens of the united states of north america, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against claimant in a very ***unbecoming*** hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating claimant/suitor/ libellant to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured condemned vessels and vassels lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas and elsewhere to change claimant/suitor/libellant from being a private People called Moor and Subject of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions.shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said fiduciary/defendant(s)/libelee(s)/privateers have subjected the claimant/suitor/libellant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities, to alter his special and particular political status. Libellant(s) core private maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide by letters of marque/reprisal. It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as the Act of 1740 by the British parliament and 1845 Georgia Slave Codes that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary to Equity, in admiralty and maritime by nature law of nations, good conscience and good reason, and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire, and is repugnant to the constitution(Articles of Confederation), maritime treaties and laws of the Continental Congress United States in Congress Assembled and united states of america in congress assembled, to

mistakenly sacrifice my right to self determination as a private People called Moor, americas aboriginal arizonian national, A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise, convoys, sea ports, ports of lading Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the Al Maroc Shereefian Empire, my name, my family ties, my hereditary culture, and my inheritance.. I am a people called Moor. *"Equity aids the vigilant, not those who slumber on their rights"*

### FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901. LAWS REMAINING IN FORCE.

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

*ESTABLISHMENT. The District of Columbia was established as the seat of government of the United States by proceedings taken under authority and direction of acts of Congress approved July .16, 1790, entitled "An act for establishing the temporary and permanent seat of the Government of the United States " (1 Stats., 130), and the act of March 3,1791, entitled 4 4 An act to amend 'An act for establishing the temporary and permanent seat of the Government of the United States' " (1 Stats., 211), pursuant to the following provision contained in the eighth section of the first article of the Constitution of the United States, enumerating the powers of Congress, viz: To exercise exclusive legislation in all cases whatsoever over such district (not exceeding ten miles square) as may, by cession of particular States and the accept¬ ance of Congress, become the seat of the Government of the United States, and to exercise like authority over all places purchased, by the consent of the legislature of the State in which the same shall he, for the erection of forts, magazines, arsenals, dock yards, and other needful buildings. The right to exercise exclusive authority at the seat of government was conferred upon Congress in order that the legislative and executive functions of the Government might be exercised without risk of interference, and in consideration of the-fact that in June, 1783, the Continental Congress transferred its sessions from Philadelphia to evade a hostile demonstration which was made toward it by a body of soldiers of the Revolutionary army in order to hasten payment for their services as such, and that the authorities of that city and the State of Pennsylvania acknowledged their inability to protect that Congress from the threatened intimidation.*

*NAMING THE DISTRICT. The first official mention of the District by name is in a letter of the original Commissioners dated September 9, 1791, in which they state: "We have agreed that the Federal district shall be called the Territory of Columbia," etc. They had no authority of law to name it. The first statutory mention of the name "District of Columbia" is in the title, but not in the body, of "An act authorizing a loan for the use of the city of Washington, in the District of Columbia, and for other purposes therein mentioned," approved May 6, 1796. The District is also referred to in at least one of the subsequent statutes as the Territory of Columbia. Although*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

*it is frequently called the District of Columbia in various statutes, it was first so definitely designated by law in the first para¬ graph of "An act providing a permanent form of government for the District of Columbia," approved June 11, 1878, as follows: That all the territory which was ceded by the State of Maryland to the Congress of the United States for the permanent seat of the Government of the United States shall continue to he designated as the District of Columbia (20 Stats., 102).*

*ASSUMPTION OF LEGAL JURISDICTION BY THE UNITED STATES. The **acts of cession** of both States provided that the jurisdiction of the laws of those States, respectively, over the persons and property of individuals residing within the limits of the sections aforesaid should not cease or determine until Congress, **having accepted such cession**, should by law provide for the government thereof under its jurisdiction, in the manner provided in the eighth section of the first article of the Constitution of the United States. The United States assumed legal jurisdiction in the District by "An act concerning the District of Columbia," approved February 27,1801 (2 Stats., 103).*

*TRANSFER OF THE SEAT OF GOVERNMENT TO THE DISTRICT OF COLUMBIA. The date of the transfer of the seat of Government to the District of Columbia was fixed by the first paragraph of section 6 of the act of July 16, 1790, as follows: uAnd be it enacted, That on the said first Monday in December, in the year one thousand eight hundred, the seat of the Government of the United States shall, by virtue of this act, be transferred to the District and place aforesaid;" the place referred to being the portion of the District selected for the Federal city. The date of the first meeting of Congress in the District was, by an act passed May 13, 1800, fixed for the 17th day, or the third Monday, in November, 1800; but it actually met for the first time in the District on November 21, which was the first day of the session when a quorum of both Houses was present. The meeting was in the north wing of the Capitol, then the only completed part of the building. A quorum of the House of Representatives was present on the 18th of November. The President arrived in Georgetown on June 3,1800, and in Washington the next day. The personnel and records of the several Departments were transferred from Philadelphia to Washington about the same time. The Supreme Court held its first session in Washington on the 4th of the ensuing February. The Congress provided for by the Constitution began proceedings in New York City on April 8, 1789, and on December 1,1790, removed to Philadelphia, which was chosen by the act of July 16,1790 (1 Stats., 130) as the temporary seat of Government until its removal to the District of Columbia. The Congress of the Revolution held its first session in Philadelphia, Pa., September 5, 1774. It also met in Baltimore, Md.; Lancaster and York, in Pennsylvania; Princeton and Trenton, in New Jersey; Annapolis, in Maryland; and in New York City, in the order as stated.*

By **cession** of particular states, and the acceptance of Congress" refers to the process where land is transferred from a state to the federal government, specifically for the purpose of establishing the nation's capital (District of Columbia) or for other federal purposes like forts and arsenals. This process requires both the state to cede the land and Congress to accept the cession

**Cessions Definition:** the formal giving up of rights, property, or territory by a state.

### Statement of the Cause

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal, A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america meaning the several states of the confederate union (confederacy),"* your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia under the allegiance of the king of Great Britain its waters, vessels or ships,* through *the united states of america in congress assembled (organic act of 1801)* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" been reduced to an inferior grade of volunteer surety "U.S. citizenship" (**British Subject**) Immigrant status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to *"substantive due process of war"* and equal Justice being rendered in the admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of marque/reprisal "Acts of War "proceeding under any mode other than the original equal justice being rendered in admiralty and maritime jurisdiction by nature, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled,* or *the united states for the district of columbia,* which are inconsistent with and repugnant to our reciprocal maritime treaties and therefore he cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as an *"ipso jure"* Moor Subject of the *Al Maroc Shereefian Empire.* Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that your orator is, "in fact," a private People called Moor, americas aboriginal, A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the United States meaning the several states of the Confederate Union (confederacy)"* and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation.** *"Equity aids the vigilant, not those who slumber on their rights."*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

## Statement of the Cause *( <u>Relief Liablee(s)</u> Page 40-92 R-1)*

Your orator's special cause is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and I demand restoration and exoneration from of all liabilities of the defendant :Mark-Rock: Higgins . registered organization name **(letters of marque/reprisal)** trust-vessel in Maricopa County, Arizona Territory is a decedent's legal-estate ("Estate"). The decedent's legal-estate is a derivative of the sacred-trust-vessel that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate-(vessel), and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, his person, and his wives and minor offspring, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal, to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of the your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit him. Your orator's substantive maritime equitable rights to own property and to *"substantive due process of war"* and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"** and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by libelee(s) in libel beyond repair. *"Equity abhors a forfeiture."*

## Statement of the Cause *(Relief R-2)*

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a

particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA", UNITED STATES COURT OF APPEALS " INFERIOR COURTS, namely ,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA *(federal rules of civil procedures and federal rules and state rules of Appellate procedures)* **These rules do not apply to prize proceedings in admiralty,** Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored" and Farcical** Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. *"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."* Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of marque/reprisal proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. the claimant's core private natural maritime rights are in jeopardy of being destroyed by libelee(s) in libel; are of those classes, which the maritime treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal. The claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name : MARK ROCK HIGGINS TRUST-VESSEL, in relation to the claimant/, as a **"ipso jure"** Moor Subject. It is **only under legal compulsion** that the claimant/ suitor/libellant is subjected to any jurisdiction other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested by the *Articles of Confederation ARTICLE VI,IX,XII; Treaty of 1787 Marrakech ARTICLE II, XXI; constitution of the united states of america in congress assembled emoluments contracts from king of great britain, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3, Article 1 section 8 clause 10 and clause 17,18;1787 Northwest Ordinance Art 4;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11 and §16, §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII, 1492 Treaty of Grenada, 1750 Treaty with great britain.* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912**

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that " before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights. "He who comes into equity must come with clean hands"*

## Statement of the Cause *(Relief R-3)*

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against/libelee(s)/privateers seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon your orators inherent natural rights to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a private People called Moor A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime jurisdiction by this district court, your orator may be subject to unjust and irreparable harm and destruction in contravention of his maritime treaty protected rights and property.

## Statement of the Cause *(Relief R-4)*

The primary subject matter issue of the claimant's speciali causa (special cause) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including

treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the defendant(s)libelee(s)/privateers and the claimant/suitor/libellant, where the claimant was at a disadvantage, and as a consequence the account is inequitable. The claimant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the defendant/ trustee(s)libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The claimant/suitor/libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s)/libelee(s)privateers have handled the estate of the claimant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the claimant/suitor/libellant has an interest, and to pay over whatever may be due or belong to him. "*A good and faithful servant shall make a full accounting, to the owner, of the talents he was granted.*"

The claimant/suitor/libellant has through his inherent power of appointment, appointed each defendant/libelee(s)privateers, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering up each defendant/libelee(s) as surety natural born citizens/slaves through naturalization. To be held in private by said defendant(s)/libelee(s)/privateers for the private enjoyment, use, possession, and benefit of the claimant. Each defendant/libelee(s)/privateers was noticed of the claimant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the claimant has an interest; to pay over whatever may be due or belong to him, or the balance due claimant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the claimant went, or should have gone, into the possession, or under the control, of the defendant/libelee(s)/privateers, giving items, dates, values, and circumstances. The defendant/libelee(s)/privateers has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due claimant on a fair accounting; that claimant refused to accept it in any respect, and so notified the defendant/libelee/privateer; Your orator requires for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the defendant/suitor/libellant has any sureties bound for his good conduct, they should be made defendant(s)/libelee(s)/privateers, and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached.

**"*One who seeks equity must do equity.*"**

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

## Statement of the Cause *(Relief R-5)*

The primary subject matter issue of the claimant's/ libellant's speciali causa (special cause) is for the full restoration against the destruction of maritime rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including maritime/mercantile treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. higgins, sean rick an infant, core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without him being fully availed and acknowledged of his equitable Maritime defenses. higgins, sean rick as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the said ARIZONA registered organization trust vessel, :SEAN-RICK: HIGGINS ., decedent's legal estate person. higgins, sean rick Moor grantee, cestui que heir has been subjected to a Legal mode of colorable admiralty maritime letters of Marque/Reprisal Proceedings without the private treaty protections of the 1492 Treaty of Grenada;1750 Treaty with great britain ;Treaty of Marrakech 1787 ARTICLE II, XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *constitution of the united states of america in congress assembled proof of emoluments and allegiance under the king of great britain , ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 , Article 1 section 8 clause 10 and clause 17*,18 under the rules of Chancery which he is are entitled to, by way of his special and particular political status and equitable maritime Treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same people," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, captain and commander and God of higgins, sean rick, Moor beneficiary of the registered organization names SEAN RICK HIGGINS and SEAN HIGGINS. I gave him his name and vessel. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine. He is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over higgins, sean rick registered organization names : SEAN-RICK:HIGGINS-(BN-102-62-031653) and SEAN HIGGINS. I DECLARE, I am his Moor Father Captain and Commander,God, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals offsprings/Heirs through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

Your Orator also calls into question the intentions of the named mcconnell, kathleen kelly d/b/a KATHI MCCONNELL, martin, jo dee d/b/a JO DEE MARTIN, sandhagen, rhonda kay d/b/a RHONDA SANDHAGEN; as plaintiff's, who is a person under legal disability, a women who is defined as a masculine gender a bankrupt ship lost at sea, who is represented by a NEXT OF FRIEND *"Equity does not aid the volunteer"*. I higgins, mark rock Moor/grantee/grantor/ guardian/Captain/Seaman, Commander, Father Owner of (BN-102-62-031653); higgins, sean rick, Moor/Heir/ beneficiary of the registered organization d/b/a names :SEAN-RICK: HIGGINS-(B102-81-013183) / SEAN HIGGINS have appointed People bound by oath, to be

*Master Bill of Lading in the Original   admiralty and Maritime jurisdiction by nature law of nations*    Page 44 of 91

Persons Worthy of Trust, for the well-being of his persons, or his property in good reason and good conscience having been bound to do, for this reason this court is given Maritime by nature jurisdiction over the persons and estates of minors, under legal disability. For I higgins, mark rock a private people called Moor/grantee/grantor/guardian/father/commander/captain/emperor/ merchant who has attained the age of majority in personam **"Always"** Who is *Sui Juris, jus soli, jus sanguinis* I am the father, parens patriae, and next friend, for my property higgins, sean rick, Moor beneficiary of the registered organization trust vessel names SEAN RICK HIGGINS and SEAN HIGGINS. I gave him his name. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine. He is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heirs/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over higgins, sean rick registered organization names SEAN RICK HIGGINS and SEAN HIGGINS. I DECLARE, I am his Moor grantee/grantor/guardian/father/seaman, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/ offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

<div align="center">If anyone DENIES, I DEMAND they:</div>

Show "good" cause why I "do not" hold superior equitable maritime title **(Treaties)** to higgins, sean rick, beneficiary of the registered organization names SEAN RICK HIGGINS, and SEAN HIGGINS vessels, and that it's "not" a sacred trust.

- Show "good" cause why any presumed administration of todd, ryan ramael, beneficiary of the registered organization names : SEAN-RICK: HIGGINS-(BN-102-62-031653) / SEAN HIGGINS estate is "not" absolute void, and as a private people called Moor grantee/grantor/ beneficiary/guardian, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to his estate.

- Show "good" cause why I "cannot" have higgins, sean rick, beneficiary of the registered organization names SEAN RICK HIGGINS and SEAN HIGGINS estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

<div align="center">**Statement of the Cause *(Relief R-5)***</div>

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which she has relied for fair dealing, good faith, accurate, complete, and equitable treatment,

excluding any form of casuistry. higgins, tyron rock, core private rights was MISTAKENLY sacrificed by her mother and father at his birth, without him being fully availed and acknowledged of her equitable defenses. higgins, tyron rock as an "implied" maritime surety, has been imputed a serious liability for his father being denied the ability to self determine identity of her said race/nationality and name and his rights as a father at the moment she was begotten therefore it being implied she was called on for the indemnity or satisfaction of the debts without previously being bound in writing of the said Arizona registered organization, :TYRON-ROCK: HIGGINS-(B102-87-015784), decedent's legal estate person. higgins, tyron rock Moor grantee, cestui que heir has been subjected to a Legal mode of Reprisal Proceedings though colorable admiralty and maritime jurisdiction without the private treaty protections of the Treaty of Marrakech 1787 ARTICLE XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *1789 constitution of the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17*, under the rules of Chancery which he is entitled to, by way of his special and particular political status and equitable maritime treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same person," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, parens patriae, and next friend, for my property higgins, tyron rock; beneficiary of the registered organization trust vessel named TYRON -ROCK:HIGGINS-(B102-87-015784), TYRON R HIGGINS, TYRON HIGGINS, I gave the name(s) I redeem him/them, and have a just right to claim them (propria vigore) on my own authority, they are mine. born through promise.They are children of the Most-High. This bill is filed for his benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I higgins, mark rock d/b/a HFT am clothed with proprietary rights over (PINAL COUNTY ARIZONA) HFT contracted and registered organization names MARK ROCK HIGGINS, SEAN RICK HIGGINS, TYRON ROCK HIGGINS;: SLATER-ROCK:HIGGINS-STATE-OF-ARIZONA-Maricopa-County-Certificate-of-Live-Birth-Number(s)-of-State-File-Number(s)-(~BN102-1994-069276)-(~BN102-62-031653)-(~B102-87-015784)-(~B102-81-013183)- I DECLARE, I , **higgins, mark rock, am their Moor** grantee/grantor/ guardian/captain/emperor/commander, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/ offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

**1795 Treaty of Algiers ARTICLE 5th** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past**

**1786 Treaty of Marrakech Art IV.** *A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a*

*Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.***Breached in the Past**

**1786 Treaty of Marrakech Art. III.** *If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.* ***Breached in the Past***

**1786 Treaty of Marrakech Art.VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* ***Breached in the past*** (**A Trust arises**)

<div align="center">If anyone DENIES, I DEMAND they:</div>

: **Show "good" cause** why I "do not" hold superior equitable maritime title (**Treaties**) to higgins, sean rick and higgins, tyron rock and higgins, slater rock, beneficiary of the registered organization names SEAN RICK HIGGINS and TYRON ROCK HIGGINS and SLATER ROCK HIGGINS, and that it's "not" a sacred trust.

: **Show "good" cause** why any presumed administration of HFT, beneficiary of the registered organization names SEAN RICK HIGGINS and TYRON ROCK HIGGINS, SLATER ROCK HIGGINS estates is "not" absolute void, and as Moor grantee/grantor/beneficiary/captain and commander, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to THEIR estate(s).

: **Show "good" cause** why I "cannot" have my sons higgins, sean rick and higgins, tyron rock and higgins, slater rock beneficiaries of the registered organization names SEAN RICK HIGGINS, TYRON ROCK HIGGINS, and SLATER ROCK HIGGINS estates be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to their estate(s)

<div align="center">

### Statement of the Cause *(Relief R-6)*

</div>

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against defendant(s)/libelee(s)/privateers seeking equitable maritime restoration of my vessels and ships from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime by nature jurisdiction towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent

concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal colorable admiralty proceedings through letters of marque/reprisal.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime by nature by this High court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime/mercantile treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following *"People who are bound by oath through the process of naturalization to be Persons Worthy of Trust" who takes commissions wearing enemy colors (emoluments)*People bound by oath, holding elected positions of obligation, and authority, manipulate jurisdictional requirement, under guise, and establish false tribunal's venue, and internally conspire, (AS CORPORATE EMPLOYEES) within district of columbia's STATE'S, COUNTY'S, and CITY'S political corporate subdivision(s). AS PER November 1962, 2006, 2008, 2011, 2019, 2020, October 2022-2025-this current day, I, orator, higgins, mark rock as : Mark-Rock: Higgins am being conspired against, confederated against, and detained/captured/seized by christian/jewish/satanic/privateers/pirates and through enemy crewman cruisers importing and exporting my vessel as cargo outside of enemy lines, shipped and received in enemy ports subjected to bottomry in the warehouse of the enemy ship through assaults, theft, maladministration, internal collusion, confer jurisdiction, jurisdiction assertion, misappropriation remuneration and beatings on the High Seas and elsewhere by City of Goodyear's judge delgado, manuel o. jr d/b/a MANUEL O DELGADO JR ARIZONA; Maricopa County Arizona's judge owens, heidi marie d/b/a HEIDI OWENS /AKA/ tucker, deserae aleethea d/b/a DESERAE TUCKER (WTJC); Mitchell, Rachel hope d/b/a RACHEL H MITCHELL head prosecutor maricopa county; sheridan, gerard d/b/a JERRY SHERIDAN sheriff maricopa county; issitt, brian john d/b/a BRIAN ISSITT Police Chief, & pizzillo, joseph d/b/a JOE PIZZILLO Mayor Goodyear, and herein named City of Goodyear's City Counsel; flora, royce t d/b/a ROYCE T FLORA treasurer maricopa county et al.,; richer, stephen d/b/a STEPHEN RICHER recorder maricopa county et al.,; petersen, paul d d/b/a PAUL D PETERSEN  assessor maricopa county et al.,; {galvin, thomas francis jr d/b/a THOMAS GALVIN, sellers, john william jr d/b/a JACK SELLERS, hickman, clinton leornard d/b/a CLINT HICKMAN, gallardo, steven d/b/a STEVE GALLARDO, gates, william d/b/a BILL GATES Chairman,: supervisers/privateers/pirates maricopa county et al.,}; sheridan, gerald anthony d/b/a JERRY SHERIDAN sheriff/privateer maricopa county et al., teeple, ross george III d/b/a ROSS

G TEEPLE sheriff /privateer pinal county et al.,;  pina, benny salvadore d/b/a BENNY PINA chief/privateer police suprise arizona et al.,;  mccord, michael d d/b/a MICHAEL McCORD treasurer pinal county et al., wolf, douglas d/b/a DOUG WOLF et al.,; rhodes, david d/b/a DAVID RHODES sheriff yavapai county sheriff department/privateer/pirate et al.,; and mcquality, donna june d/b/a DONNA McQUALITY et al.,; chief clerk/ privateer/pirate yavapai county superior court et al.,; napper, john david d/b/a JOHN NAPPER chief justice/ master/privateer; polk, sheila sullivan d/b/a SHEILA POLK, yavapai county prosecutor(s)/ privateer/pirate(s) et al.,; johnson, steven a d/b/a STEVEN A. JOHNSON maricopa county prosecutor(s)/privateer et al.,; sharifi, kristen l d/b/a KRISTEN L SHARIFI yavapai county prosecutor(s)/privateer et al.; young, steven aaron d/b/a STEVEN A YOUNG yavapai county prosecutor(s)/privateer et al.,; phelan, debra rene d/b/a DEBRA R PHELAN judge/ privateer/pirate yavapai superior court state of arizona et al.,; tuchi, john joseph d/b/a JOHN J TUCHI, district court united states district arizona judge/ privateer et al.,; pifer, Jennifer christine, d/b/a JENNIFER C. ZIPPS chief justice/privateer district court united states district arizona et al.,; rollins, brooke leslie d/b/a BROOKE ROLLINS : et al.; fann,karen d/b/a KAREN FANN president/privateer arizona senate et al.,; roscoe, douglas anthony jr d/b/a DOUG DUCEY governor/privateer et al., hobbs, kathleen marie d/b/a KATIE HOBBS governor/secretary state/privateer et al.,; kelly, thomas  atty k d/b/a THOMAS KELLY judge/privateer yavapai county state of arizona et al.,; brnovich mark d/b/a MARK BRNOVICH arizona attorney general/ privateer et al.,; carman, krista michelle d/b/a KRISTA M CARMAN judge /privateer yavapai county superior court et al.,; gonzales, tony d/b/a TONY GONZALES attorney/privateer yavapai county appointee et al.,; JENNIFER G ZIPPS chief judge and lucas, debra d d/b/a DEBRA LUCAS clerk/privateer district court united states district of arizona et al.,; judd, randy d/b/a RANDY JUDD justice of peace/privateer et al.,; daniels, mark d/b/a MARK DANIELS sheriff/ privateer Cochise county et al.,;  a privateer(s), irish, craig thurston d/b/a CRAIG T IRISH attorney/privateer/pirate; nanos, christopher d/b/a CHRIS NANOS Pima County Sheriff et al., as People who is bound by oath to be Persons Worthy of Trust" after I gave officers bound by oath, sworn actual notice of my special and particular political status, and standing as a one of the People In Personam, a People called Moor which is a direct breach of their fiduciary duties as Trustees pursuant to *1789 constitution of the united states Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II* to Protect and render aid to me and my vessels as a People called Moor and also protect People who are Citizens of the united states of america in congress assembled. The officers stated they knew who Moors irish are and committed blasphemy treason on the High Seas against me by calling me a sovereign citizen which is very *unbecoming and slanderous* of them in character act and deed. I am currently in fear of my life because an appeal to arms was made against me as a Moor without a year notice for me to get my property and myself to safe place causing a shock to my conscience and not being able to pass and repass amongst the christians, jews and satanist as the 1492 Treaty of Grenada clearly

expresses and I am the Moor beneficiary and my natural maritime rights are being irreparably destroyed **"In Fact" in libel** by unbecoming hostile and belligerent citizens of the united states for the district of columbia in clear breach of 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI. I as a People called Moor irish calls into question the Intent and Purpose of penzone, paul d/b/a PAUL PENZONE / JERRY SHERIDAN maricopa county sheriff/privateer et al., a People bound by oath to be a Persons worthy of trust because he was given notice of my status in the form of a writ of quia timet sent to him by registered mail and failed to give notice of my *Special and Particular Political Status* as a Moor to his co-Trustees who works under him and allowing them to detain beat and assault using letters of marque/reprisal to Confederate against a Moor in a hostile and belligerent manner which is very *unbecoming* of him in character act and deed *"He who occasions the loss must bear the burden" "Equity Imputes an Intent to fulfill an obligation". People Bound by Oath, Failure to adhere to Chief District Judge Laura Taylor Swain's ORDER, Dated 12/19/22, and foreign judgment Superior Court of Arizona Maricopa County's Docket Case number CV2024-021367, established civil rights.*

The venues called **SUPERIOR COURT OF ARIZONA YAVAPAI COUNTY; SUPERIOR OF ARIZONA MARICOPA COUNTY** and **COCHISE COUNTY BENSON JUSTICE COURT, DISTRICT COURT UNITED STATES ARIZONA DISTRICT, GOODYEAR MUNICIPAL COURT, WHITE TANK MARICOPA COUNTY'S JUSTICE COURTS, UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, and** INFERIOR COURTS, namely, JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA are in fact **"legal fictions"**, Oxymorons, unmoored, farcical, improper as well as does not apply to prize proceedings in admiralty *"in personam only," "In Fact" and its People who are bound by oath to be Persons Worthy of Trust* are incapable of speaking law over any matters concerning Maritime Treaties, Articles of Confederation and Constitutions. Any People bound by oath to be Persons worthy of Trust that opposes that these proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and that it is very clear that there exists a Conflict of Law and Variance, should seek into having a psychiatric examination done on themselves. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an *"ipso jure" a private people called Moor and Subject of the Al Maroc Shereefian Empire.* The above named *Persons Worthy of Trust* are clearly subjects of the united states for the district of columbia which makes them Enemy belligerent citizens and they continued to move against the Moor in a very *unbecoming* Hostile  manner in

character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator *"in Fact"* Denied all these Scandalous allegations.

Once again this revenue is a united states for the **district of columbia** port of entry that breached its charters by extending its waters outside the **10 square miles** in contravention using its *fictitious colorable admiralty corporate entities (vessels)* called the State of ARIZONA and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/ Reprisal to capture/condemn/pirate the vessels, ships, good, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled.

As People bound by oath snow, grant murray d/b/a G. MURRAY SNOW; tuchi, john joseph d/b/a JOHN J TUCHI; falick, andrew ross d/b/a ANDREW R FALICK; staggs, bruce edward d/b/a BRUCE E STAGGS; lamb, mark thomas d/b/a MARK LAMB; daniels, mark d/b/a MARK DANIELS; pina,benny salvadore jr d/b/a BENNY PINA; penzone, paul d/b/a PAUL PENZONE; williams, jeri lynn d/b/a JERI L WILLIAMS; milstead, frank lee d/b/a FRANK MILSTEAD; halikowski, john stephen d/b/a JOHN S HALIKOWSKI; wolf, douglas john d/b/a DOUG WOLF; doolittle, dolores janette d/b/a JANETTE D DOOLITTLE; mccord, michael patrick d/b/a MICHAEL P McCORD; lucas, debra d d/b/a DEBRA D LUCAS; richer, steven lsidore d/b/a STEVEN RICHER; hobbs, kathleen marie d/b/a KATTIE HOBBS et al.,; petersen, paul david d/b/a PAUL D PETERSEN; flora,royce t d/b/a ROYCE T FLORA; allen,john m d/b/a JOHN M ALLEN; fann, karen elizabet d/b/a KAREN FANN; bales, william scott d/b/a SCOTT BALES; brutinel, robert maurice d/b/a ROBERT M BRUTINEL; roscoe, douglas anthony jr d/b/a DOUG DUCEY ; kemp, michael william d/b/a MICHAEL W KEMP; rhodes, david lee d/b/a DAVID RHODES; mcquality, donna june d/b/a DONNA McQUALITY chief clerk et al.,; napper, john david d/b/a JOHN NAPPER chief justice/master/privateeret al., ainley, tina rae d/b/a TINA R AINLEYet al., phelan, debra rene d/b/a DEBRA R PHELANet al., kelly, thomas atty k d/b/a THOMAS KELLYet al., mcgill, michael paul d/b/a MICHAEL P McGILL et al., carman, krista michelle d/b/a KRISTA M CARMAN et al.,yavapai superior court judge(s)/*privateers* of arizona et al;;; polk, sheila sullivan d/b/a SHEILA POLK; sharifi, kristen laheya d/b/a KRISTEN SHARIFI et al.,; sisneros, steven john d/b/a STEVEN J SISNEROS et al.,; young, steven aaron d/b/a STEVEN A YOUNG et al.,; yavapai county prosecutor(s)/*privateer(s) yavapai county's mallory, mary lorraine d/b/a MARY MALLORY; compton, lloyd d/b/a BROOKS LLYOD Yavapai County Supervisor(s) et al; jenkins, denise michelle d/b/ a DEE JENKINS et al.;* check, nichole beverly d/b/a NIKKI CHECK; kuknyo ,

christopher d/b/a CHRIS KUKNYO Yavapai County Board Supervisor(s) privates / pirates et al., thompson, maury lee d/b/a MAURY THOMPSON Yavapai County Manager et al.,; blake, dana carlene d/b/a DANA BLAKE yavapai county hired code enforcement privateer/pirate et al.,; nanos, christopher d/b/a CHRIS NANOS Sheriff Pima county et al.,: brnovich, mark d/b/a MARK BRNOVICH et al, arizona attorney general, et al.,; judges/privateer(s) et al..;  were appointed as *People who are bound by oath to be Persons Worthy of Trust* and was issued a *Deed of Conveyance* on special deposit with specific performance to extinguish all debts in the public and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties. Furthermore phelan, debra rene d/b/a DEBRA R PHELAN did acknowledge that your Orator *"In Fact"* has a Special Title and is a Moor People of the Moor Estate consequently he also admits "in fact" that she/he has an oath she/he has to follow that is contrary to the oath or oaths she/he took to Your Orator as an ipso jure Moor Subject of the Al Maroc Shereefian Empire which is very *unbecoming* of her and his character act and deed. *ainley, tina rae d/b/a TINA R AINLEY and* phelan, debra rene d/b/a DEBRA R PHELAN *yavapai superior court judge(s) privateer(s)/pirate(s)* et al., both entered in a order against my property 'MARK ROCK HIGGINS' with *the intent and purpose of molesting, the vessel and the persons/property in a so-called hearing for judge's appointing attorney's, (officers of the court) to confer jurisdiction knowingly as nullity of "in personam" "status and standing" through legal compulsion ORDERED to confer jurisdiction pro se fiction re-presentment upon herein orator.* The above named Persons Worthy of Trust realize and hereby understands that : higgins, mark rock aka : Mark-Rock: Higgins d/b/a HIGGINS-FAMILY-TRUST d/b/a :MARK-ROCK:HIGGINS-VESSEL am egressed perpetually in the *Dominions of the Al Maroc Shereefian Empire* and have the unalienable private right bestowed upon me by the Most High Anu-el to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable  attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action.

I, higgins, mark rock a private people called Moors irish grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not  limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my  signature, an equitable asset, for

consideration, and said Account taken without prior notice of superior, equal or prior adverse interest, legal or equitable, and without consent or equal Justice being rendered. ***"Equity does not aid the Volunteer"*** See attached exhibits of the Transcript as I'm the only Real Party in interest in this Matter, they are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed* ***"Equity does not aid the Volunteer"***.

I, higgins, mark rock a private people called Moor/americas aboriginal arizonian national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(**Federal**), nor a Citizen of the united states meaning one of the several states of the Confederate union (**confederacy**)*, and Subject of the Al Maroc Shereefian Empire. My private rights as a people called Moor has been irreparably destroyed in libel since the moment I was conceived by ***unbecoming*** hostile enemy belligerent citizens of the united states for the district of columbia/privateers in character act and deed by the above named libelee(s) who are People bound by oath to be Persons worthy of trust by failing miserable to uphold and protect an ipso jure Moor Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and jews expressed with specific intent and purpose by my ancestors in the 1492 Treaty of Grenada and 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI, *constitution of the united states Allegiance under Great Britain (**emoluments**) Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. **Equity imputes an intent to fulfill an obligation***" ,*"**Equity sees as done as what ought to be done**".* There has been a clear breach of fiduciary relations, Breach of fiduciary relations, and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or *quazi-in rem* because i'm a Moor Subject of an Empire and grantee/heir/ beneficiary protected by the 1778 Treaty of france Article 8. *The most Christian King will employ his good Offices and Interposition with the King or Emperor of Morocco or Fez, the Regencies of Algier, Tunis and Tripoli, or with any of them, and also with every other Prince, State or Power of the Coast of Barbary in Africa, and the Subjects of the said King Emperor,*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

*States and Powers, and each of them; in order to provide as fully and efficaciously as possible for the Benefit, Conveniency and Safety of the said United States, and each of them, their Subjects, People, and Inhabitants, and their Vessels and Effects, against all Violence, Insult, Attacks, or Depredations on the Part of the said Princes and States of Barbary, or their Subjects.. Art. 15 If by the exhibiting of the above said Certificates, the other Party discover there are any of those Sorts of Goods, which are prohibited and declared contraband and consigned for a Port under the Obedience of his Enemies, it shall not be lawful to break up the Hatches of such Ship, or to open any Chest, Coffers, Packs, Casks, or any other Vessels found therein, or to remove the smallest Parcels of her Goods, whether such Ship belongs to the Subjects of France or the Inhabitants of the said United States, unless the lading be brought on Shore in the presence of the Officers of the Court of Admiralty and an Inventory thereof made; but there shall be no allowance to sell, exchange, or alienate the same in any manner untill after that due and lawful Process shall have been had against such prohibited Goods and the Court of Admiralty shall by a Sentence pronounced, have confiscated the same: saving always as well the Ship itself as any other Goods found therein, which by this Treaty are to be esteemed free: neither may they be detained on presence of their being as it were infected by the prohibited Goods, much less shall they be confiscated as lawful Prize: But if not the whole Cargo, but only part thereof shall consist of prohibited or contraband Goods and the Commander of the Ship shall be ready and willing to deliver them to the Captor, who has discovered them, in such Case the Captor having received those Goods shall forthwith discharge the Ship and not hinder her by any means freely to prosecute the Voyage, on which she was bound. But in Case the Contraband Merchandiscs, cannot be all receiv'd on board the Vessel of the Captor, then the Captor may, notwithstanding the Offer of delivering him the Contraband Goods, carry the Vessel into the nearest Port agreable to what is above directed.* these named privateers breached the following Treaty stipulations 1786 Treaty of Marrakech Art. II *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* 1795 Treaty of Algiers Art.V; *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* 1786 Treaty of Marrakech art. X, XI: *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country. If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.* 1786 Treaty of Marrakech Art. XXIV: *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is*

*Master Bill of Lading in the Original   admiralty and Maritime jurisdiction  by nature law of nations*    Page 54 of 91

*further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them..* 1786 Treaty of Marrakech Art XIV: *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.* Furthermore our rights as ipso jure Moor Subjects continues to be irreparably destroyed beyond repair and we demand immediate restoration from repeated assaults and beatings on the high seas 1786 Treaty of Marrakech Art. XXI, XXII, XX : *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof. If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him. "A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity must come with clean hands" He who occasions the loss must bear the burden".*

## Statement of the Claim *(Relief R-7)*

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings.Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor A Emperor, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire, and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court, your orator may be subject to unjust and irreparable harm and destruction of his maritime treaty protected rights and property.

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

Your orator is in jeopardy of his private rights being destroyed in contravention **RIGHT NOW** and in the future because my rights have already been destroyed in the past and present in libel by the following privateers in breach of 1776-1781 Articles of Confederation under the guise of constitution of the United States a British construct (emoluments) Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. "People who are bound by oath to be Persons Worthy of Trust" *"equity will take jurisdiction to avoid a multiplicity of suits".*

Your orator is in jeopardy of his private rights being destroyed in contravention **RIGHT NOW** and in the future because my rights have already been destroyed in the past and present in libel by the following privateers in breach of constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. "People who are bound by oath to be Persons Worthy of Trust" "equity will take jurisdiction to avoid a multiplicity of suits".
### *"Equity takes Jurisdiction to avoid a Multiplicity of Suits"*

Heirs and Assigns are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations as pirates/privateers and a good conscience by continuing to use Administrative Courts to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. Whereas congress intent was blueprinted since the early 1800's to faithfully manage Labor and commerce leading up to FIFTY-SEVENTH CONGRESS Sess II December 4, 1901, with an introduction bill then approved February, 14th 1903, "dept of Labor and Commerce". later on, adopting in that dept. in the SIXTY-SECOND CONGRESS Sess II April 9, 1912 "Children's Bureau", and then even in its laws inherited the nature of such core rights that no agents/officials/trustees shall, over the objection of the head of family, enter a regency or home. following predecessor treaties of rooted laws of the land. the committee now dissolved and threw its re-organizations and re-structures merging into acts and new administrations like social security Administration in 1946, and now in this state, the modern day "Family Court Act". WHICH I AGREE IT IS A GOOD DEED FOR THE PEOPLE WELL IN NEED, HOWEVER , I question the construction and the validity of such acts where It deemed necessary for the burial of such rights and the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. Which is also very unbecoming belligerent and hostile in character act and deed
### *"Equity does not aid the Volunteer".*

Furthermore the belligerent blockades continue; these above-named privateers/libelee(s) who take commissions wearing enemy colors are in breach of the 76 CONGRESS 1ST SESSION. 409, 410-AUG. 1,2, 1939 53 STAT. P. 1415-1417 *"An Act to prevent pernicious activities"* and the *Indenture Act of 1939* p. 1417-1446 by making unlawful appropriations by force through legal compulsion without the owner's consent using corporate officials in administrative positions to intimidate and to prevent the People from a fair VOTE and fair elections, pledging the People to be Persons without their consent for political gain and unjust enrichment from the

root of this federal demonstration of the united states for the district of columbia organization produces and bears the fruits of the poisonous tree, stealing their right to VOTE and freedom of speech in contravention of the 1776-1781 Articles of Confederation art. I,II,III,IV,V,VI,IX,XII,XIII it is very unbecoming and Malicious to not only Exceed the boundary lines outside the potomac river without the consent of united states of america in congress assembled, but then take it upon themselves to create a shadow Executive Power using colorable UNITED STATE CODE TITLE 42 which is void on its face because its a bill of attainder and ex-Post facto law/ letters of MARQUE/REPRISAL quasi-in rem colorable admiralty and maritime prize proceedings by characteristic that has no force in effect In breach of 1795 Treaty of Algiers Art. III,V,VI,XV. It's a well known ethereal principle that the People have the right to be Secured in their persons or papers from unreasonable searches and seizures. These rights are inherent through law of nations of People Secured by the supreme law of the land which are in fact Treaties **1786 Treaty of Marrakech Art VI**. This belligerent and hostile organization and its piratical privateers are in fact the true *"enemies of the state"* They engage in loot operations by using Paper Genocide as an Instrument of mass destruction *"He who comes into equity must come with clean hands"*. Furthermore it's very clear from this corporation's bylaws called the D.C Code specifically states that its Trust Res is governed by British Statutes and clearly defines a person as Partnerships or Corporation. Furthermore these Privateers named above had specific intent and purpose to move in a manner contrary to equity, good conscience and sound reasoning by Usurping the People's Estates/Trusts pledging them to be a Mortgage through bankruptcy/ insolvency without full disclosure and cornering the market through monopolies creating a central banking system called the Federal Reserve Bank System/Corporation creating a colorable-quasi admiralty and maritime CURRENT-SEA that's non-substantive to purposely take private property for public use without just compensation and imprison the People for debt (Usery) when it's clear in the constitution of the united states article VI that all debts whether public or private are against both of the United States and its representatives who are bound by oath to be Persons Worthy of Trust, I could go on and on with many more violations and breaches but to reserve time and space so with the powers invested in me as an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire I hereby draw into question the validity and construction of the 76 CONGRESS 1ST SESSION. 409, 410-AUG. 1,2, 1939 53 STAT. P. 1415-1417 *"An Act to prevent pernicious activities"* through 81st Congress and whether its repugnant to the British Construct called the constitution of the united states article 3 section 2 clause 1, article VI, art I section 8 clause 10, 17, and the laws of the united states, 1786 Treaty of Marrakech Art 1-25, 1776-1781 articles of Confederation 1-13 and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire. I HEREBY CONCUR : **Affirm or Deny**

The above-mentioned defendants/libelee(s) whether officials/trustees public or private or caretakers/custodians have breached their duties that I as a people called Moor entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas breached maritime treaty relations, breached fiduciary relations and breached trust relations my private rights have been

irreparably destroyed beyond repair in libel Their actions are demonstrably erroneous and unbecoming in nature character act and deed. There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. "Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" "He who comes into equity must come with clean hands" "He who occasions the loss must bear the burden".

In Conclusion I hereby Command, Invoke, Bestow send a signal or pass to my faithful Servants who are People Bound by Oath to be Persons Worthy of Trust to Defend and Protect the constitution from all enemies foreign and domestic in the Executive Branch of the United States of America in Congress Assembled Through its Commander and chief of the Military pursuant to the 1776-1781 Articles of Confederation Art. VI,IX,XII,XIII Treaty of Marrakech art I, II,III,X,XI to rid the several states of the united states of america in congress assembled of its infestation of pirates right now it's exigent circumstances and it is an Emergency "Equity imputes an intent to fulfill an obligation".

## Statement of the Cause *(Relief R-8)*

I higgins, mark rock a Private People called Moors/grantee/grantor/beneficiary hereby require demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (1787 Northwest ordinance) as written in the Articles of Confederation 1781 art 6,9,12,13 is already in breach of faith because its people who are bound by oath to be persons worthy of trust allowed the committee of states (territories) to join the Federalist Union under the constitution of the united states art 1 section 8 clause 17, 18 to go to war with the Confederate Union a private People called Moors intentionally using DixieCrats aka Democrats allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district

of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I as the Lord of the Land Air and Water the Moor Subject of the Al Maroc Shereefian Empire am offering grace and forgiveness to the United States in congress assembled and its People who are bound by oath to be Persons Worthy of Trust as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. The Emperor the great governor of the world never gave consent for the united states of america to adopt and Central government under the Constitution of the United States according to the Article of Confederation 1,12,13 congress borrowed 18 million in gold and silver see and 1782/1783 Treaty of Paris and went back under the allegiance of Great Britain breaching art 6 of the Articles of Confederation and making the constitution of the united states void through article 6 clause 1,2,3 of said constitution . So I command the Commander in chief of state militias and the service of the United States according to article 9 of the articles of confederation to restore the confederacy of the united states in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the Subjects of the Al Maroc Shereefian Empire the moment they claim to be Moors I demand they be immediately released and set at liberty for I never gave permission or consent for any of my Subjects/Beneficiaries to be naturalized or members of any one of the United States or of the several states. My Subjects are under Me as I am Emperor in my own right for I will never entertain the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Al Maroc Shereefian Empire and there is no such thing as birthright citizenship coming out your mothers vessel. Remember as the 1786 Treaty of Marrakech states ; " *the law of the country shall take place and Equal Justice shall be rendered*".

## Treaty with Algiers September 5, 1795

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past**

## ARTICLE YE 15th

*Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.* **Breached in the past** (A Trust arises)

## ARTICLE YE 19th

*Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner.* **Breached in the past** (A Trust arises)

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

## ARTICLE 3.

*If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.* **Breached in the past** (A Trust arises)

**ARTICLE 12.**, *In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable referrence shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same;* **Breached in the past** (A Trust arises)

*It is agreed on and concluded that all,the Articles aforementioned, being Eighteen in Number , with these additional Articles that are translated into the Arabick Language , Copies thereof be sent to all His Imperial Majesty's Alcaides and Officers of all the Ports in his Dominions, there to be read by the Cady or Chief Justice in Public Assembly ; and afterwards to remain deposited either in the Hands of the Judge , or the Alcaide of the Port, that Recourse may be had thereto on all Occasions which ma^ occur ; and that the Ratifications of the said Articles shall be made within the Term of Six Months , or sooner if possible, in Spanijh, which shall be received and be of equal Force . Dated and signed at the Court of Fez on the 1st of February 1751 Signed Abdeltovab Aly Moory.*

<u>**Substantive Due Process of War**</u>

<u>**Terms of Conditions**</u>

<u>**"Equity Reguards the beneficiary as the True Owner"**</u>

Articles of Peace and Commerce between the most High and Renowned Prince George II . by the Grace of God, King of Great -Britain, France , Ireland , Defender of the Faith, c.& And the most High and Glorious, Mighty and right Noble Prince Muley Hammet Dahebby , Ben Muley Ismael, Ben Mulev Zeriph Ben Muley Aly, King and Emperor of the Kingdom of Fez and Morocco , Tafitet , Suz, and all the Algarbe audits Territories in Africa &c . Concluded, agreed, and adjusted by John Ruffel Esq; on the Behalf of his Britannic Majesty, and by his Excellency Bashaw Hamet , Ben Aly , Ben Abdalla, and his Imperial Majesty's Admiral of Sallee, Hadge Abde'r- . cader Perez ,on the Behalf of the Emperor of Fez and Morocco, January 14 , 1728

**Art I.** *THAT all Moors or Jews subject to the Emperor of Morocco shall be allowed a free Traffic, viz. to buy or sell for 30 Days in the City of Gibraltar or Island of Minorca, and not to reside in either Place, but to depart with their Effects, without Let or Molestation, to any Part of the said Emperor of Morocco's Dominions,* **Breached in the past**

**Art.II.** *That the King of Great Britain s. Subjects residing in Barbary shall ,not be obliged to appear before the Cadi or Justices of the Country ; but only the Governor of the Place and his Britannick Majesty 's Consul are to take Cognizance of and adjust the Differences they may have with the Natives of the Country.***Breached in the past**

**Art.III**. *That the menial Servants of his Britannick Majesty's Subjects, the Natives of the Country,either Moors or Jews, be exempt from Taxes of all Kinds*. **Breached in the past**

**Art.IV**. *That all his Britannic Majesty's Subjects, as well Passengers as others, taken by any of the Emperor of Fez and Morocco's Cruizers , on board any foreign Ship or Vessel whatever, shall immediately be set at Liberty and sent to the City of Gibraltar*. **Breached in the past**

**Art.V**. *That there be Permission for buying Provisions and all other Necessaries for his Britannic Majesty 's Fleet, or City of Gibraltar, at any of the Emperor of Fez and Morocco's Sea Ports, at the Market Prices, and the fame to be shipped off without paying Custom, as has been extorted lately contrary to the Treaty of Peace subsisting.**Breached in the past**

**Art.VI**. *All the other Articles, being fifteen in Number, concluded, agreed, and adjusted by the Honourable Charles Steward, Esq; on the Behalf of his Britannick Majesty, and by his Excellency Bashaw Hamet Ben Aly, Ben Abdalla , and his Imperial Majesty's Trea¬ surer Mr . Moses Ben Hatter, a few, on the Behalf of the said King of Fez and Morocco, sir all stand good, and be of the same Force , as in the Reign of the most high and renowned Prince George I . King of Great Britain , France and Ireland, c & . of glorious Memory , and the high and glorious, mighty and right Noble Prince Albumazar Mules' Ifmael late Emperor of Morocco. And it is farther agreed, that all the Articles aforementioned, as well the fifteen, as these additional ones, shall in twenty Days after the Date hereof be published in the Arabick Language , and affixed on the Gates of all the Sea-port Towns in his Imperial Majesty's Dominions ,signed and dated at the Court of Mequinez,* **Breached in the past**

*A Treaty of Peace and Friendfiip, between the King of Great Britain , and the Emperor of Morocco 1751.*

GEORGE the Second, by the Grace of God King of Great Britain, France and Ireland, Defender of the Christian Faith , Duke of Brunswick and Lunenburg, Arch -Treasurer and PrinceElector of the Holy Roman Empire , &c. To all to whom these Presents shall come , Greeting : Whereas a Treaty for establishing Peace and Friendship was concluded and signed on the 14th of December 1734 , and copied the 15th of Rabbei the First, in the Year 1164, which is, in English Stile, the 15th Day of January 1750, O. S. and the Additional Articles of Peace and Commerce, concluded and signed at the Court of Fez, on the jst of February 1751, N . S. between Us and the High , Glorious, Potent, and most Noble Prince Mulay Abedcla, Ben Mulay Ifmael, Ben Mulay Seriph, Ben Mulay Aly, King and Emperor of the Kingdoms of Fez:, Morocco, Faffilete, Sits and the whole Algarbe, and the Territories thereof, by William Petticrew, Esq; our Consul General on our Part, and by the Alcaide Habed Lohab Ben Ham ed Limur , first Minister, on the Behalf and bv Order of the said King of Fez and Morocco, in the Words and Form following

The Treaty of Peace between his Majesty George the Second, King of Great Britain, France and Ireland ,and Malay Abedela Ben Ismael, King and Emperor oj Fez , Mequinez , Morocco, and all the West of Africa , God bless him ; and the following Articles, were concluded by Alcaide Habeb Lohab , first Minister, and William Petticrew , Esq, his Britannick Majesty

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

**Art. I.** *FOR establishing Peace and Friendship, it is agreed and concluded for firm and valid, both by Land and Sea in all the Dominions of both Powers, that the English in general snail and may now, and at all Times hereafter, enjoy and continue in Peace and Friendship with the Emperor and his Subjects, and be well used and respected by the Emperor's Subjects, agree able to the Order and Commands of the Emperor.***Breached in the past**

**Art. II.** *That such Number or Quantity of Passports, as may be necessary, be .transmitted to the Emperor, indented in such Manner as shall tally with the Passports that shall be received by the English Merchants in England ; and if an English Man of War meets with any Merchant Ships-belonging to the Emperor, such Merchant Ships shall be obliged to produce and shew their Passports given to them by the English Consul.***Breached in the past**

**Art. III.** *If any Dispute shall happen between the English:and the Emperor's Subjects, the fame not to be determined by a Judge, but ended and adjusted by the English Consul and the Coyed, (that is) the Mayor of the Town , where such Dispute shall happen.* **Breached in the past**

**Art. IV .** *That none of the Emperor's Subjects shall, at any Time, forcibly enter the Houses of the English, or any Place belonging to them,or take and carry away any of their Goods and Effects, unless they have Leave and Authority from the Emperor so to do : That if any of the Emperor's Subjects shall hire any English Ship to carry and convey Goods from one Part of the Emperor 's Dominions to another , and shall happen by Stress of Weather, or any other Occasion, to touch at any Place or Places in the Voyage, such Ship or Ships shall not be obliged to pay any Thing for the Shelter or Assistance they may receive ; and that no English whatever , or any of their Servants (though not English) th all be liable to pay the Tax , imposed upon the Emperor's Subjects, called the Poll-Tax* **Breached in the past**

**Art.V.** *That the Fifteen Articles of Peace, made and concluded between King George the First, and Muli Ishmael , are hereby agreed to and confirmed with his Majesty King George the Second, as good and valid, and shall be faithfully kept and observed, together with the aforesaid four Articles.* **Breached in the past**

**'Treaty of Peace between his Majesty George the Second, King of Great Britain, France and Ireland , and Mulay Abedela Ben Ishmael, King and Emperor of Fez, Mequinez , Morocco , and all the West of Africa , God bless him; and the four following Articles were concluded by- Ahammed Bassia, and William Petticrew, Esquire.**

**Art I.** *THAT if any English shall happen to be on board any Ship or Ships, Enemies to the Emperor , that may be taken by the Emperor 's Ships, such English shall be well treated, delivered into the Elands of the English Consul, and have Liberty to go where they please: This Article to continue in Force for six Months from the Conclusion of this Peace ; in which Time it is required that Notice shall be given by the King of Great Britain to all the English Subject ', not to embark on board any of the Emperor 's Enemies Ships ; for after that Time,if the English shall so embark, the Blame must be their own , as no Regard Will be had to them more than the Emperor's Enemies .* **Breached in the past**

**Art.II.** *If any of the Emperor's Subjects shall be made Slaves, and escape to an English Man of War, or to Gibraltar , Port Mahcn, or any of the English Dominions , that they shall be*

*Master Bill of Lading in the Original   admiralty and Maritime jurisdiction  by nature law of nations*    Page 62 of 91

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

*protected , and with all convenient Speed sent to their respective homes. The like Treatment to be given to the English who shall be Slaves, and escape to any Part of the Emperor's Dominions.Breached in the past*

**Art. III** . *If any English shall contract any thing to be paid to the Emperor's Subjects, that Notes shall be given for the fame ; and in like manner the fame to be observed by the Emperor's Subjects in the English Dominions ; and if it shall happen that such Subject of either Power cannot write , to get some Person to write such Notes for them.Breached in the past*

**Art. IV**. *That no Excuse be made , or Ignorance of this Peace pretended , the fame shall be published and declared to all the Subjects of both Powers, both What is now agreed on, and the Articles concluded with King George the First; which 'Declaration shall be signed by each Power, and by them kept , to prevent Disputes. This .Treaty was concluded' the 15th of December 1734 , and copied the 15th of Rabbet the First, in the Year 1164, which is, in English Stile, the 15th of 'January 1750* **Breached in the past**

**Additional Articles of Peace and Commerce between the Most High, Illustrious, and Most Renowned Prince George the Second, by the Grace of God King of Great Britain, France and Ireland, Defender of the Christian Faiths . and the High ,Glorious, Mighty, and Most Noble Prince Mulay Abedela , Ben Mulay Ismael, Ben Mulay Seriph, Ben Mulay Aly, King and Emperor of the Kingdoms of Fez, Morocco , Tassilete , Sus, and all the Algarbe and its Territories , agreed on and concluded by William Petticrew,Esq, on the Behalf of his Britannick Majesty, and by the Alcaide Habed Lohab Ben Darned Limury, First Minister , on the Behalf and by Order of the King of Fez and Morocco.**

**Art. I** *IT is agreed on and concluded , that from henceforward J- there shall be, between his Majesty of Great Britain, Prince and Elector of Hanover, and the King of Fez and Morocco, their Heirs and Successors, a general, true and perfect Peace for ever, as well by Land as by Sea and fresh Waters ; and also between the Lands, Kingdoms,Dominions and Territories belonging to or under the Jurisdiction of his Britannick Majesty in Germany, and those appertaining to the King of Fez and Morocco; and their Subjects, People or Inhabitants respectively, of what Condition , Degree or Quality soever, from henceforth reciprocally shall owe the other all Friendship ; and that all Ships, Vessels, Passengers with their Effects, trafficking voluntary, or compelled by Enemies,Disasters of the Seas,or any Accident whatsoever, to the Coasts of the Emperor of Fez and Morocco's Dominions, being his Britannick Majesty's Subjects in Germany, shall from henceforth be treated with the said Regulations as specified by the Treaties of Peace now subsisting between His Britannick Majesty and the King of Fez and Morocco.* **Breached in the past**

**Art. II** . *It is agreed that all Ships and Vessels belonging to His Britannick Majesty in Germany, shall carry a proper Pass, and that a Copy of such Pals, with the Heads of the said Passes, shall be sent to His Britannick Majesty's Consul residing in Barbary, to the end that he may deliver the same to the Commanders or Captains of the King of Fez and Morocco's Ships of War or Cruizers, to the end that due Regard may be had to this Peace, and that no Commander or Captain may offend through Ignorance ; and all Commanders or Captains of Ships or Vessels belonging to His Britannick Majesty's Subjects in Germany, meeting with any Ship or Vessel*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

belonging to the King of Fez and Morocco, or his Subjects, if the Commander of such Ship or Vessel • produce a Pass signed by the Governor of the City they belong to,with a Certificate from the English Consul, and, in case of his Death or Absence, from the major Part of the English Merchants residing in the said Place, in such Cases the laid Ship or •Vessel shall pursue freely her Voyage without Hindrance or Molestation **Breached in the past**

**Art. III** . *It is agreed that the King of Great Britain's Subjects shall not, be obliged to appear before Justices of the Country on any Cause, but that only the Governor of the City and His Britannick Majesty's Consul shall take Cognizance of, and adjust, the Difference or Suits they may have with the Moors or other Inhabitants in the Dominions of the King oF Fez and Morocco.* **Breached in the past**

**Art. IV.** *It is agreed that no Governor or Officer under the King of Fez and Morocco shall ,without the King's special Order, visit or register the Dwelling houses or Magazines of any of His Britannick Majesty's Subjects residing in Barbary and that all British: Ships taking Freight in any Port of the King of Fez and Morocco, to carry to other Ports of the said Kingdom , shall be exempted from all Port Charges as usual, in whatever Port they may put in; and that the Consul and the other British Merchants shall be freely allowed to have Moors or Jews as their Interpreters and Brokers, who shall be exempted from all Taxes, as likewise all All the other Articles, being Fifteen in Number, concluded, agreed and adjusted by the Admiral Charles Stewart on the Behalf of His Britannick Majesty ; and by his Excellency Bashaw Hamet Ben Aley, Ben Abdalla, and his Imperial Majesty's Treasurer Mr . Moses Bcnatar , on Behalf of the laid King of Fez an i Morocco, shall hand good and be of the fame Force , as in the Reign of the Most High ,Illustrious and Renowned Prince George the First , King of Great Britain , France and Ireland, of Glorious Memory ; and the High ,Mighty , and Most Noble Prince Mully Ismael late Emperor of Morocco as; likewise the other Articles, being Three in Number, agreed and concluded by 'John Leonard Sollicossre, Esq ; on Behalf of His Britannick Majesty, and his Excellency Bashaw Hamet Ben Ally Ben Abdella on Behalf of the King of Fez and Morocco* **Breached in the past**

**Treaty of Peace concluded between His Majesty George the First , King of Great Britain, France and Ireland , and Muli Ismael, Son of Muli Alii Sherife, King of Fez , Mequinez , Morocco, and all the West of Africa, God bless him. The following Articles were agreed on, in the Presence of Bashaw Ahamad, Son of Abdula, and the then English Ambassador, interpreted by Moses Son of Attor , Servant and Interpreter at the Emperor s Court.**

**Art. I.** *In order to establish Peace between the Powers, both by Land and Sea, and all their respective Dominions, it is agreed on, that the English may now, and always hereafter, be well used and respected by our Subjects, agreeable to the Orders and Commands of the Emperor.* **Breached in the past**

**Art. II** . *That all English Men of War and Merchant Ships, that shall come to any Part of the Emperor's Dominions, to trade or otherwise , and shall have on board a Cargo, not proper for vending in the Place where they shall come, may depart with the fame to any other Part of the Emperor's Dominions, and shall pay Duty but once for the fame ; and that no Duty at all shall be paid for any War Implements , such as FireArms, Swords, and any thing belonging to the Army , as also for Materials of all Kinds for Ship-building ; and if any English Ship shall arrive at any*

of the Emperor's Ports, with any Merchandize destined for any other Part of the World , that no Duty shall be paid for such Merchandize, but shall depart with the same without any Manner of Molestation . If any English Ship shall be thrown upon the Emperor's Coasts by Stress of Weather, or otherwise , the same shall be protected , and may safely depart without any ill Usage or Interruption : In like Manner shall be treated the Em¬ peror's Ships happening to be thus thrown on the Coast of Great Britain, or the Dominions thereto belonging **Breached in the past**

Art. III . That all the Englijh Ships and Emperor's Ships may pass and repast the Seas without Hindrance ,Interruption or Molestation from each other ; nor shall any Money , Merchandize , or any Demand be made or taken by the Ships of either Power from each other ; and if any Subjects of any other Nation shall be on board either the Englijh or the Emperor 's Ships, they shall be safely protected by both Sides. **Breached in the past**

Art. IV . If the Emperor's Men ofWar meet with any Englifli Ships, and shall want to fee their Passports, they are to fend a Boat with two Men of Fidelity to peruse the said Passports, who are to return without any farther Trouble , and then both Sides to proceed quietly on their respective Voyagesj the fame Usage to be received by the Emperor's Merchant Ships from the English Men of War, who shall allow the Passports made out by the English Consul , and if the Consul shall not be present to make them ,then the Passports made out by the English Merchants to be good and valid **Breached in the past**

Art. V. If the Men of War , Privateers, or Letter of Marque Ship, shall take Prizes from any Nation with whom they shall be at War , they shall have Liberty to bring and dispose of the same in any of the Emperor 's Dominions, without any Duty or Charge whatsoever. **Breached in the past**

Art.VI. If any English Ship shall by Storm,' or in flying from her Enemy , come upon the Emperor's Coasts, the fame shall be safely protected , and nothing touched or taken away, but shall be under the Direction of the English Consul , who shall send the Goods and People where he shall think fit **Breached in the past**

Art. VII . It is the mutual Agreement of the King of Great Britain and the Emperor , that the Emperor do issue out Orders to all Part s of his Dominions, for the well using of all the English Subjects ; and that particular Places be appointed for the Burial of their Dead ; that the Consuls Brokers shall freely go on board any Ship without Interruption ; that the English Consuls, Mer chants, and other Subjects of Great Britain , may safely travel by Land with Effects without any Hindrance whatever ; and if any English settled in the Emperor's Dominions shall be desirous to return Home , that they may so do with their Families, Goods and Effects, without Interruption : If any English die, the Effects of such to be taken under the Care of the Consul, to be disposed of as directed by the Will of such Person, and if no Will , for the Benefit of such Person's next Heir ; and if any Debts shall be owing to such deceased Person, the same to be paid by Order of the Governor or other Person in Power, where such Person shall die ; and that a Subject of the Emperor's be appointed to demand and receive the fame, and deposit the same in the Hands of the English Consul for the aforesaid Uses. If any Englijh shall contract Debts in the Emperor 's Country , and remove from thence without satisfying the same, no ether Persons shall be liable to pay such Debts : The like Usage and Treatment the Subjects of the Emperor are to receive in the King of Great Britain 's Dominions ; and that the King may fend as many Consuls to the Emperor 's Dominions as he shall think necessary **Breached in the past**

**Art. VIII** . *That no English Merchant , Captains of Ships, or other Person or Persons whatsoever that are Englijh Subjects, shall be forced to sell any of their Goods for less than the real Value ; and that no Captain , Master or Commander of any English Ship shall be compelled , without their own Will and Consent, to carry any Goods or Merchandizes for any Person or Persons whatsoever; nor shall any Sailor be forced away from any English Ship.* **Breached in the past**

**Art. IX** *. If any Quarrel or Dispute shall happen between any Englishman and a Musselman, by which Hurt to either may ensue, the same tobe heard before and determined by the Emperor only; and if an Englishman , who may be the Aggressor, shall make his Escape , no other Englishman shall suffer upon his Account ; and if two Englishmen shall quarrel , to be determined by the English Consul, who shall do with them as he plectes; and if any Quarrel or Dispute shall happen between Musselmen ' in England or in any of the Englijh Dominions , by which Hurt may ensue, the fame to be heard before one -Christian and one Muselman, and to be determined according to the Laws of Great Britain.* **Breached in the past**

**Art. X.** *If it shall happen that this Peace by any Means shall be; broke , the Consul, and all other English, shall have Six Months Time to remove themselves with their Families and Effects to any Place they please without Interruption ; and that all Debts owing to them shall be justly paid to them.* **Breached in the past**

**Art. XI** *. If any English in the Emperor 's Dominions, or the Emperor's Subjects in the English Dominions, shall maliciously endeavour to break the Peace, such of them who shall be proved so to intend, shall by each Power be punished for such Offence,' each Power to take Cognizance of their own Subjects.* **Breached in the past**

**Art. XII** *. If any of the Emperor's Subjects shall purchase any Commodity in the English Dominions , they shall not be im¬ posed on in Price, but pay the same as is fold to the English* **Breached in the past**

**Art. XIII** *. That not any of the Spanish, whether Captains, Sailors, or other Persons under the English Government in Gibraltar or Port Malm, shall be taken or molested, sailing under English Colours with Passports.* **Breached in the past**

**Art. XIV** *. That no Excuse be made , or Ignorance pretended, of this Peace, the same shall be published and declared to all the Subjects of each Power , which Declaration shall be signed by each Power, and kept by them to prevent Disputes* **Breached in the past**

**Art. XV** *. If any Men of War sir all be on the Emperor 's Coasts, 2038. that are Enemies to the Englijh, and any English Men of War,, or other English Ships -, shall happen to be or arrive there also, that they sir all not in any Manner be hurt or engaged by their Enemy ; and when such English Ships shall sail, their Enemies Ships shall not set Sail under Forty Hours afterwards. And if after the Conclusion of this Peace, any Ships shall happen to be taken by either Powers, within Six Months after the Proclamation of the Peace, that the same, with the People and Effects, shall be restored. Made and declared in the Presence of the Emperor's Servant AhannmdBasja , Son of Alii, Son of Abdulla,by the Authority given to him by the Emperor . Dated this 23 day of January, " in the Year 1721, English Stile . Wrote and given to Charles Stewart, Esq ; the English Ambassador , in the Se venth Year of the Reign of our late Royal Father King George the First* **Breached in the past** *We having seen and considered the above-written Treaty , with the additional Articles, have approved, ratified, and confirmed the*

*fame, in all and singular their Clauses, as by these Presents we do approve, ratify, and confirm the fame, for us, our Heirs, and Successors, engaging and promising on our Royal Word, sacredly and inviolably to perform and observe all and singular their Contents, and never to suffer, as far as in us lies, any Person to violate the same, or in any Manner to act contrary thereto. In Witness whereof we have caused Our Great Seal of Great Britain to be affixed to these Presents, signed with our Royal Hand Given at our Court at Kensington the Thirty -first Day of July, in the Year of Our Lord 1751 , and of Our Reign the Twenty -Fifth.* **Breached in the past**

## 1786/1836 Treaty of Marrakech

**Art. I.** *We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.***Breached in the Past**

*Article II. If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**Art. III.** *If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.***Breached in the past**

**Art. IV.** *A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.***Breached in the past**

**Article V.** *If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.* **Breached in the Past**

**VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **Breached in the past** (A Trust arises)

**VII.** *If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.*

**Art VIII.** *If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.* **Breached in the past Breached in the past** (A Trust arises)

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

**Art. IX.** *If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.***Breached in the past**

**Article X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.***"Breached in the past"...**

**Article XI.** *If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.* **Breached in the Past**

**Art. XII.** *If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.***"Breached in the past"...**

**Art. XIII.** *If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.***"Breached in the past"...**

**Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.***"Breached in the past"...**

**Art. XV.** *Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.***Breached in the Past**

**Art. XVI.** *In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.* **Breached in the Past**

**Art. XVII.** *Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.* **Breached in the Past**

**Art. XVIII.** *All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.* **Breached in the Past**

**Art. XIX.** *No vessel shall be detained in Port on any presence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.* **Breached in the Past**

**Article XX.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* **Breached in the Past**

**Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"**...

**Art. XXII.** *If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.* **Breached in the Past**

**Art. XXIII.** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.* **Breached in the Past**

**Art. XXV.** *This Treaty shall continue in full Force, with the help of God for Fifty Years.We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred. I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.* **"Breached in the past and present"**

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

**1794 Jay Treaty Art. XXIV.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* **"Breached in the past"**...

**1796 Treaty of Tripoli Article XI.** *As the government of the United States of America is not in any sense founded on the Christian Religion,-as it has in itself no character of enmity against the laws, religion or tranquility of Musselmen,-and as the said States never have entered into any war or act of hostility against any Mehomitan nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.* **"Breached in the past"**...

<u>Pursuant to Treaty of Algiers 1795 (Judiciary)</u> **SELF EXECUTING**

**ARTICLE 3<sup>d</sup>** *The Vessels of both Nations shall pass each other without any impediment or Molestation and all Goods monies or Passengers of whatsoever Nation that may be on board of the Vessels belonging to either Party Shall be considered as inviolable and shall be allowed to pass unmolested.* **Breached in the Past**

**ARTICLE 5<sup>th</sup>** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past**

**ARTICLE 7<sup>th</sup>** *The Algerines are not on any presence whatever to give or Sell any Vessel of War to any Nation at War with the United States of North America or any Vessel capable of cruising to the detriment of the Commerce of the United States.* **Breached in the Past**

**ARTICLE YE 8<sup>th</sup>** *Any Citizen of the United States of North America having bought any Prize condemned by the Algerines shall not be again captured by the Cruisers of the Regency then at Sea altho they have not a Pass-Port a Certificate from the Consul resident being deemed Sufficient untill such time they can procure such Pass-Port.* **Breached in the Past**

**ARTICLE YE 12th** *No Citizen of ye United States of North America shall be Oblidged to Redeem any Slave against his Will even Should he be his Brother neither shall the owner of A Slave be forced to Sell him against his Will but All Such agreements must be made by Consent of*

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

*Parties. Should Any American Citizen be taken on board an Enemy-Ship by the Cruisers of this Regency having a Regular pass-port Specifying they are Citizens of the United States they shall be immediately Sett at Liberty. on the Contrary they having no Passport they and their Property shall be considered lawfull Prize as this Regency Know their friends by their Passports.* **Breached in the Past**

**ARTICLE YE 13th** *Should any of the Citizens of the United States of North America Die within the Limits of this Regency the Dey & his Subjects shall not Interfere with the Property of the Deceased but it Shall be under the immediate Direction of the Consul unless otherwise disposed of by will Should their be no Consul, the Effects Shall be deposited in the hands of Some Person worthy of trust untill the Party Shall Appear who has a Right to demand them, when they Shall Render an Account of the Property neither Shall the Dey or Divan Give hinderence in the Execution of any Will that may Appear.* **Breached in the Past**

**ARTICLE 14**[th] *No Citizen of the United States of North America Shall be oblidged to purchase any Goods against his will but on the contrary shall be allowed to purchase whatever it Pleaseth him. the Consul of the United States of North America or any other Citizen shall not be answerable for debts contracted by any one of their own Nation unless previously they have Given a written Obligation so to do. Shou'd the Dey want to freight any American Vessel that may be in the Regency or Turkey said Vessel not being engaged, in consequence of the friendship subsisting between the two Nations he expects to have the preference given him on his paying the Same freight offered by any other Nation.* **Breached in the Past**

**ARTICLE YE 15th** *Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.* **Breached in the Past**

**ARTICLE YE 16th** *Should any Citizen of the United States of North America Kill, wound or Strike a Subject of this Regency he Shall be punished in the Same manner as a Turk and not with more Severity should any Citizen of the United States of North America in the above predicament escape Prison the Consul Shall not become answerable for him.* **Breached in the Past**

**ARTICLE YE 19**[th] *Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner.* **Breached in the Past**

**ARTICLE YE 22d** *Should any disturbance take place between the Citizens of ye United States & the Subjects of this Regency or break any Article of this Treaty War shall not be Declared*

*immediately but every thing shall be Searched into regularly. the Party Injured shall be made Repairation.* **Breached in the Past**

***Treaty of Tripoli 1796-ARTICLE X.****, The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been received by him previous to his signing the same, according to a receipt which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoly, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party;****"Breached in the past"****...*

<u>Pursuant to 1796 Treaty of Tripoli (Executive)</u> **SELF EXECUTING**

**ARTICLE 1.** *There is a firm and perpetual Peace and friendship between the United States of America and the Bey and subjects of Tripoli of Barbary, made by the free consent of both parties, and guaranteed by the most potent Dey & regency of Algiers.* **Breached in the Past**

**ARTICLE 2.** *If any goods belonging to any nation with which either of the parties is at war shall be loaded on board of vessels belonging to the other party they shall pass free, and no attempt shall be made to take or detain them.*

**ARTICLE 3.** *If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.* **Breached in the Past**

**ARTICLE 4.** *Proper passports are to be given to all vessels of both parties, by which they are to be known. And, considering the distance between the two countries, eighteen months from the date of this treaty shall be allowed for procuring such passports. During this interval the other papers belonging to such vessels shall be sufficient for their protection.* **Breached in the Past**

**ARTICLE 5** *A citizen or subject of either party having bought a prize vessel condemned by the other party or by any other nation, the certificate of condemnation and bill of sale shall be a sufficient passport for such vessel for one year; this being a reasonable time for her to procure a proper passport.* **Breached in the Past**

**ARTICLE 6** *Vessels of either party putting into the ports of the other and having need of provissions or other supplies, they shall be furnished at the market price. And if any such vessel shall so put in from a disaster at sea and have occasion to repair, she shall be at liberty to land and reembark her cargo without paying any duties. But in no case shall she be compelled to land her cargo.* **Breached in the Past**

**ARTICLE 7.** *Should a vessel of either party be cast on the shore of the other, all proper assistance shall be given to her and her people; no pillage shall be allowed; the property shall*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

remain at the disposition of the owners, and the crew protected and succoured till they can be sent to their country. **Breached in the Past**

**ARTICLE 8**. *If a vessel of either party should be attacked by an enemy within gun-shot of the forts of the other she shall be defended as much as possible. If she be in port she shall not be seized or attacked when it is in the power of the other party to protect her. And when she proceeds to sea no enemy shall be allowed to pursue her from the same port within twenty four hours after her departure.***Breached in the Past**

**ARTICLE 9.** *The commerce between the United States and Tripoli,-the protection to be given to merchants, masters of vessels and seamen,- the reciprocal right of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the most favoured nations respectively.* **Breached in the Past**

**ARTICLE 10.** *The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been recieved by him previous to his signing the same, according to a reciept which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoly, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party.* **Breached in the Past**

**ARTICLE 11.** *As the government of the United States of America is not in any sense founded on the Christian Religion,-as it has in itself no character of enmity against the laws, religion or tranquility of Musselmen,-and as the said States never have entered into any war or act of hostility against any Mehomitan nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.* **Breached in the Past**

**ARTICLE 12.** *In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable referrence shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same.* **Breached in the Past**

### *Exodus 24:12 10 Commandments Breached in the past*
*"You shall have no other gods before me.*
*4 "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below.*
*5 You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the parents to the third and fourth generation of those who hate me,*

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

6 *but showing love to a thousand generations of those who love me and keep my commandments.*
7 *"You shall not misuse the name of the Lord your God, for the Lord will not hold anyone guiltless who misuses his name.*
8 *"Remember the Sabbath day by keeping it holy.*
9 *Six days you shall labor and do all your work,*
10 *but the seventh day is a sabbath to the Lord your God. On it you shall not do any work, neither you, nor your son or daughter, nor your male or female servant, nor your animals, nor any foreigner residing in your towns.*
11 *For in six days the Lord made the heavens and the earth, the sea, and all that is in them, but he rested on the seventh day. Therefore the Lord blessed the Sabbath day and made it holy.*
12 *"Honor your father and your mother, so that you may live long in the land the Lord your God is giving you.*
13 *"You shall not murder.*
14 *"You shall not commit adultery.*
15 *"You shall not steal.*
16 *"You shall not give false testimony against your neighbor.*
17 *"You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his male or female servant, his ox or donkey, or anything that belongs to your neighbor." Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.*

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous*

*Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper*

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

In Conclusion for the breach of faith/breach of treaty relations, and fiduciary duties in contravention is libel and slander and Treason against Ipso Moor Subjects of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including

the 1789 constitution of the united states the 1801-1871 organic act, the District of Columbia code etc. As Emperor nowhere in the constitution did I state that the Constitution Trust Manifesto was perpetual, it's very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor Subjects of an Empire *"He who occasions the loss must bear the burden"* I declare all the People bound by oath to be Persons Worthy of Trust in Offices of the united states for the district of columbia, and the united states of america in congress assembled and its 1789 constitution of united states is **Void *Ab Initio and I Command Trustees not in breach, to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, 13 state constitutions, 1776-1781 articles of confederation, 1787 Northwest Ordinance Equity imputes an intent to fulfill an obligation, Equity see what is done as ought to be done.***

*Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.*

### Statement of the Cause *(Relief R-9)*

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 X 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire, with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which was agreed *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows: 1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place,*

any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo **Breached in the past. 2. We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it Breached in the past. 3.** As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned **breached in the past. 4.** The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe breached in the past.**

The united states for the district of columbia has become a complete nuisance their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. *"It is so Written so Shall it Be done ASE"*

*Insurrection and rebellion Exposed Causing the Civil War in the Words of President Andrew Johnson*

*"Resolved, That the present deplorable civil war has been forced upon the country by the disunionists of the Southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feeling of mere passion or resentment, will recollect only its duty to the whole country; that this war is not prosecuted upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution and all laws made in pursuance thereof, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired; that as soon as these objects are accomplished the war ought to cease."And whereas these resolutions, though not joint or concurrent in form, are substantially identical, and as such may be regarded as having expressed the sense of Congress upon the*

subject to which they relate; And whereas, by my proclamation of the thirteenth day of June last, the insurrection in the State of Tennessee was declared to have been suppressed, the authority of the United States therein to be undisputed, and such United States officers as had been duly commissioned to be in the undisturbed exercise of their official functions; And whereas there now exists no organized armed resistance of misguided citizens or others to the authority of the United States in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida, and the laws can be sustained and enforced therein by the proper civil authority, State or Federal, and the people of said States are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment to the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States;And whereas, in view of the before-recited premises, it is the manifest determination of the American people that no State, of its own will, has the right or the power to go out of, or separate itself from, or be separated from the American Union, and that therefore each State ought to remain and constitute an integral part of the United States;And whereas the people of the several before-mentioned States have, in the manner aforesaid, given satisfactory evidence that they acquiesce in this sovereign and important resolution of national unity;And whereas it is believed to be a fundamental principle of government that people who have revolted, and who have been overcome and subdued, must either be dealt with so as to induce them voluntarily to become friends, or else they must be held by absolute military power, or devastated, so as to prevent them from ever again doing harm as enemies, which last-named policy is abhorrent to humanity and to freedom;

And whereas the Constitution of the United States provides for constituent communities only as States, and not as Territories, dependencies, provinces, or protectorates; And whereas such constituent States must necessarily be, and by the Constitution and laws of the United States are made equals, and placed upon a like footing as to political rights, immunities, dignity, and power with the several States with which they are united; And whereas the observance of political equality as a principle of right and justice is well calculated to encourage the people of the aforesaid States to be and become more and more constant and persevering in their renewed allegiance; And whereas standing armies, military occupation, martial law, military tribunals, and the suspension of the privilege of the writ of habeas corpus are, in time of peace, dangerous to public liberty, incompatible with the individual rights of the citizen, contrary to the genius and spirit of our free institutions, and exhaustive of the national resources, and ought not, therefore, to be sanctioned or allowed, except in cases of actual necessity, for repelling invasion or suppressing insurrection or rebellion;And whereas the policy of the government of the United States, from the beginning of the insurrection to its overthrow and final suppression, has been inconformity with the principles herein set forth and enumerated;

Now, therefore, I, ANDREW JOHNSON, president of the United States, do hereby proclaim and declare that the insurrection which heretofore existed in States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida is at an end, and is henceforth to be so regarded.

In testimony whereof, I have hereunto set my hand and caused the seal of Union. the United States to be affixed. Done at the city of Washington, this second day of April, in the year of our

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninetieth.

ANDREW JOHNSON. By the President: WILLIAM H. SEWARD, Secretary of State.
BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: June 8,1866.
A PROCLAMATION.

WHEREAS it has become known to me that certain evil-disposed persons have, within the territory and jurisdiction of the United States, begun and set on foot and have provided and prepared and are still engaged in providing and preparing means for a military expedition and enterprise, which expedition and en-terprise is to be carried on from the territory and jurisdiction of the United States against colonies, districts and people of British North America within the dominions of the United Kingdom of Great Britain and Ireland, with which said colonies, districts and people and Kingdom the United States are at peace; And whereas the proceedings aforesaid constitute a high misdemeanor, forbidden by the laws of the United States as well as by the law of nations: Now, therefore, for the purpose of preventing the carrying on of the unlawful All citizens expedition and enterprise aforesaid from the territory and jurisdiction of the United States and to maintain the public peace, as well as the national honor, and enforce obedience and respect to the laws of the United States, I, ANDREW JOHNSON, President of the United States, do admonish and warn all good citizens of the United States against taking part in or in anywise aiding, countenancing or abetting said unlawful proceedings; and I do exhort all judges, magistrates, marshals and officers in the service of the United States to employ all their lawful authority and power to prevent and defeat the aforesaid unlawful proceedings, and to arrest and bring to justice all persons who may be engaged therein. And pursuant to the act of Congress in such case made and provided, I do Major-General furthermore authorize and empower Major-General George G. Meade, Com- Meade author commander of the Military Division of the Atlantic, to employ the land and naval forces of the United States and the militia thereof, to arrest and prevent the setting on foot and carrying on the expedition and enterprise aforesaid. In testimony whereof I have hereunto set my hand and caused the seal of the carrying on the United States to be affixed. enterprise. Done at the city of Washington, this sixth day of June, in the year of our Lord one thousand eight hundred and sixty-six. and of the Independence of the United States the ninetieth.

ANDREW JOHNSON. By the President: WILLIAM H. SEWARD, Secretary of State.
August 17, 1866. BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:
A PROCLAMATION

WHEREAS a war is existing in the Republic of Mexico, aggravated by foreign military intervention; And whereas the United States, in accordance with their settled habits and policy, are a neutral power in regard 'to the war which thus afflicts the Republic of Mexico; And whereas it has become known that one of the belligerents in the said war, namely, the Prince Maximilian, who asserts himself to be Emperor in Mexico, has issued a decree in regard to the port of Matamoras, and other Mexican ports which are in the occupation and possession of another of the said belligerents, namely, the United States of Mexico, which decree is in the following words:--

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

*" The port of Matamoras, and all those of the northern frontier which have withdrawn from their obedience to the government, are closed to foreign and coasting traffic during such time as the empire of the law shall not be therein reinstated.*

*" **ART. 2d.** Merchandise proceeding from the said ports, on arriving at any other where the excise of the Empire is collected, shall pay the duties on importation, introduction, and consumption; and on satisfactory proof of contra-vention shall be irremissibly confiscated. Our Minister of the Treasury is charged with the punctual execution of this decree. ' Given at Mexico, the 9th of July, 1866." And whereas the decree thus recited, by declaring a belligerent blockade unsupported by competent military or naval force, is in violation of the neutral rights of the United States, as defined by the law of nations, as well as of the treaties existing between the United States of America and the aforesaid United States of Mexico:*

*Decree of Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby proclaim and declare, that the aforesaid decree is held, and will be held, by the United States to be absolutely null and void, as against the government and citizens of the United States; and that any attempt which shall be made null and void. to enforce the same against the government or the citizens of the United States will be disallowed. In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed. Done at the city of Washington the seventeenth day of August, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninety-first. ANDREW JOHNSON. WILLIAM H. SEWARD, Secretary of State.*

*ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.*

*SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. (**Breached in the past**)*

*SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or*

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*    Page 79 of 91

*navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be*

**By the President: adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. (Breached in the past)**

*SEc. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. (Breached in the past)*

### Statement of the Cause *(Relief R-10)*

Your Orator rights has been irreparably destroyed beyond repair as an Ipso jure Moor Subject of the Al Maroc Shereefian who is a private people called Moor by Hostile and Belligerent foreign and domestic enemies/pirates/privateers of the United Nations who Masquerades themselves as Citizens or Nationals of the lawful de jure kingdoms setup and established by Moor Subjects of an Empire in all Dominions Worldwide which includes Chimoros, Khamoros, and Moors of Tameri/Al Maroc, Al Maghrib Al-aqsa. Ever since the early 1900's the league of nations took it upon themselves to form committees setup by the Geneva/Hague Convention with the intentions of forming a International Organization based out of San Francisco, California through the insurrection and rebellious new union under the Organic Act of 1871 without the consent of the united states of america in congress assembled conducting Belligerent Blockades Worldwide/ Gog and Magog **(four corners of the earth)** to usurp, steal and pirate all the Natural Resources on the earth belonging to the Moors who are in fact the True Owners Maritime Lien holders and have Dominion over all things in the Land, Air and Water. The United Nations formed their first Charter in 1945 and created the Statute of the International Court of Justice which is Political in nature and arbitrary "He who comes into equity must come with clean hands". This

Demonstration is Void on its face and its belligerent/piratical board members who are People Bound by oath to be Persons Worthy of Trust are in Breach of the 1786/1836 Treaty of Marrakech article II by taking commissions wearing enemy colors in contravention and also in Breach of the 1781 Articles of Confederation art. VI and IX. The United Nations and its hostile and belligerent piratical board Members Worldwide have issued letters of marque/reprisal against kingdoms without the consent of their Congress but also waged and engaged in War against Ipso Jure Moors of the Al Maroc Shereefian Empire in all Dominions breaching their constitutions, treaties and laws of their own Charters which is very unbecoming and Treason on the High Seas of Chancery, and Ecclesiastical law in contravention.

The belligerent/piratical Members of the United States for the District of Columbia and United Nations Through their Foreign Registration Statements or Acts are guilty of Mass Genocide including but not limited to drug trafficking, child trafficking, organ harvesting, monopoly on opioids, Illegal and Unlawful Immigration, rico, racketeering, murder, rape and kidnapping etc in breach of the constitutions, treaties and laws of the united states and general acts of congress in contravention. Furthermore these corporations have become a complete nuisance and needs to be completely destroyed and burned with fire for all their sins against the children of the Most High and as well as Mankind using religion as a tool for mass destruction and genocide and their hostile and belligerent piratical corporate board members who absorbs themselves in iniquities for commercial molestation and intercourse for profit and gain through belligerent blockades using the Harlot that sits on many waters stepping outside of their boundaries with *no authority to conduct admiralty and maritime prized proceedings and issuing letters of Marque/Reprisal without the Consent of their Congress.* These demonstrations are in fact colorable quazi-admiralty and maritime proceedings, Their UN Treaties are null and void colorable and are Void *ab-initio.* In the MATTER OF the Application of higgins, mark rock / : Mark-Rock: Higgins for Leave to Assume the Name of Higgins Family Trust and for Leave to Assume the Race/ Nationality of "Moor/Americas/Irish Aboriginal national, but not a citizen of the United States" *Docket Number :2017–818509 Timothy J. Walker, J. states the following: The court also rejected petitioner's argument that Article 15 of the Universal Declaration of Human Rights was controlling. Article 15 provides that no one shall be arbitrarily denied the right to change his or her nationality. With respect to this argument, the court held that the Declaration is not binding on it because it is merely a "statement of principles" and "not a treaty or international agreement . . . imposing legal obligations." Thus, the court found, the Declaration does not create "any private cause of action." This means that the Declaration is not a basis upon which an individual can base a lawsuit.* Although I was in error at the time of this suit, the judge in fact admitted that the declaration of human rights was not an international agreement so now that I

am at the age of Majority, I agree with his opinion and what he said was in fact Substantive and absolutely correct because 1) It's impossible for me to be anything other then who my creators are " **Me and my ancestors are one in the same people**". 2.) It's impossible for my ancestors to change my nationality 3.) When i'm at the age of Majority if I have never declared my Intentions to take an allegiance to another Trust Company I must get consent from my government first if that has never taken place I am Ipso Jure a Moor Subject of the Al Maroc Shereefian and I Owe my allegiance to God only which is my Ancestors "Only God can create the Heir". **Equity regards the beneficiary as the true Owner"** So therefore **I Deny** being Subjected to any other Trusts Whatsoever. So Cease and Desist from any Pandemic Treaties, Digital I.D's, Covid-19 Vaccinations, UBI, Central Banking Digital Currency, Social Credit Scores Etc. **"Equity aids the vigilant not those who slumbers on their rights"**

**In Conclusion** I hereby Command, Invoke, Bestow send a signal or pass to my faithful Servants who are People Bound by Oath to be Persons Worthy of Trust to Defend and Protect the constitution from all enemies foreign and domestic in the Executive Branch of the United States of America in Congress Assembled Through its Commander and chief of the army and navy and the state militias pursuant to the British Construct know as the constitution of the united states Article II section 2 clause 1 and the 1776-1781 Articles of Confederation Art. VI,IX, Treaty of Marrakech art.I,II,III,X,XI to rid the several states of the united states of america in congress assembled of its infestation of pirates right now it's exigent circumstances and it is an Emergency *"Equity imputes an intent to fulfill an obligation"*.

*l shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.*

### Statement of the Cause *(Relief R-11)*

The primary subject matter issue of the libellant 's speciali causa (special cause) is for full restoration against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:
1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *libellant's* free ingress and regress to and from.
**2.** Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.
**3.** Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.
**4.** Interrupt or destroy *libellants* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon libelants for indemnity or satisfaction, on behalf of another, "under legal compulsion."

**5.** Subject *Libellant's "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

**6.** Treating *libellant* as a belligerent and national of a designated enemy country.

**7.** Subjecting *libellant* any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding libellant against possible or prospective injuries, and to preserve the means by which *libellant's* existing maritime rights may be protected from future or contingent violations and breach.

**8.** Endangering *libellant*, implied equitable maritime surety from being injured by the so-called creditor's delay in bringing suit, against the principal debtor.

**9.** The Title (Treaties) on special deposit has been issued to the trustees and been delivered.

**10.** I have been [de]sized their is a breach of reliance my special deposit has been taken and never has it been applied to the accounting i have been wronged ***"Equity delights in Equality"***

Your orator requires this clerk of court to issue a ***Writ of QUIA TIMET*** (injunction) in the foregoing bill to inhibit and restrain the said *Defendants/libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Articles of confederation, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/libelee(s)*, their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom. Your orator requires that if it be necessary to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s)libelee(s)*, their heirs, assigns, and agents, to secure the payment of the money due to *Claimant*, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to the higgins, mark rock for any breach of faith in contravention, be levied.

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)The acquisition of the property or taking other advantage of a person by the betrayal of his*

*confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

### *Maxim: A Judge ought always to have Equity before his eye*

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex. Further the libellant does notice that this cause is in accordance with the soul, intent and purpose of the 1910 rules of the supreme court of the united states of Admiralty and Maritime, and that Respondents are believed to be governed exclusively in accordance with the intent of the Rules of Admiralty and Maritime of same.

### *Stand by what has been decided, and do not disturb what is settled*

## Demand for Special and General Restoration/repair 1786/1836 Treaty of Marrakesh

### Article 1 – Perpetual Peace
**Original meaning** : *Peace and friendship between the two nations forever.*

**Plain terms**: *Moors and Americans can never legally be enemies. Their governments swore perpetual friendship.*
**Use today:** *Shows a binding international guarantee that Moors cannot be treated as hostile aliens or enemies.*

### Article 2 – Neutrality in Wars
**Original meaning:** *If either party is at war with another nation, the other cannot take commissions from that enemy or fight under its flag.*

**Plain terms:** *Neither side can be forced or tempted to serve an enemy of the other.*
**Use today:** *Protects against being conscripted under "enemy colors" (foreign laws or jurisdictions) contrary to treaty rights.*

### Article 3 – Safe Conduct of Vessels
**Original meaning:** *If a vessel from one party is captured by another power, and brought into port of the other party, the vessel and crew are free.*
**Plain terms:** *No seizure or detention of Moors/Americans by the other side.*
**Use today:** *Establishes right to safe passage and protection from unlawful seizure/detention.*

### Article 4 – Protection of Persons and Property
**Original meaning:** *Citizens and subjects of each nation shall not be made slaves, nor taken as captives. Their property must be safe.*

**Plain terms:** *Absolute protection of life, liberty, and property.*
**Use today:** *Supports claims against unlawful imprisonment, foreclosure, or seizure of assets.*

## Article 5 – Safe Ports
**Original meaning:** *Citizens and Subjects of both nations may freely enter ports, trade, and depart without interference.*

**Plain terms:** *Freedom of movement and commerce.*
**Use today:** *Moors retain a right of travel and commerce without obstruction by hostile jurisdiction.*

## Article 6 – Equal Commerce
**Original meaning:** *Commerce with the U.S. is on the same footing as Spain or the most favored nation.* **Plain terms:** *Moors get equal trade rights as the best-treated foreign nation.*
**Use today:** *Establishes "most favored nation" status — no discrimination.*

## Article 7 – Protection of Shipwrecks
**Original meaning:** *If ships wreck, their cargo and crew must be protected, not plundered.*
**Plain terms:** *Aid and restitution in distress.*
**Use today:** *Supports rights against predatory seizures (modern foreclosure, repossession analogies).*

## Article 8 – Free Travel by Land or Sea
**Original meaning:** *Citizens of each may travel in the other's lands and seas without interruption.* **Plain terms:** *Guaranteed liberty of travel and residency.*
**Use today:** *Strong support for Moors right to pass and repass without unlawful stops.*

## Article 9 – Equal Treatment in Courts
**Original meaning:** *Citizens and Subjects of both nations shall be judged equally with locals, no worse.* **Plain terms:** *Equal access and treatment in legal disputes.*
**Use today:** *Establishes that Moors cannot be denied standing or subjected to lesser justice*

## Article 10 – Consular Protection
**Original meaning:** *Each party may appoint consuls*

## Article 11 – Consular Representation Original meaning: The U.S. can appoint a consul in Morocco, and Morocco can appoint in the U.S. Plain terms: Each side can have official representatives for their people.
**Use today: Basis for consular protection when Moors claim international status.**

## Article 12 – Respect for Consuls
**Original meaning:** *Consuls and their houses are protected, free from harm or insult.* **Plain terms:** *Officials and their premises are inviolable.*
**Use today:** *Reinforces sovereignty and immunity concepts.*

## Article 13 – Naval Salutes
**Original meaning:** *If a ship of war salutes a fort, the salute must be returned with the same number of guns, not more or less.*

**Plain terms:** *Strict equality in military protocol.*
**Use today:** *Symbol of equal sovereignty — neither side superior.*

### Article 14 – Equal Commerce with Most Favored Nation
**Original meaning:** *U.S. commerce is treated as equal to Spain or any other favored nation.*
**Plain terms:** *Trade parity — no discrimination.*
**Use today:** *Moors invoke this for equal footing in commerce and contracts.*

### Article 15 – Duties on Goods
**Original meaning:** *Goods imported/exported pay the same duties as other nations, no higher.*
**Plain terms:** *No extra taxes or penalties.*
**Use today:** *Can be tied to unfair taxation issues.*

### Article 16 – Protection of Shipwrecks
**Original meaning:** *If a U.S. or Moroccan vessel is wrecked, cargo and crew are protected; locals must help them.*

**Plain terms:** *No plundering, only assistance.*
**Use today:** *Supports "aid not predation" — against unlawful seizures.*

### Article 17 – Fair Commerce in Ports
**Original meaning:** *Merchants may buy/sell freely, not forced to sell at low prices.* **Plain terms:** *No exploitation of traders.*
**Use today:** *Protects fairness in contracts.*

### Article 18 – Equal Justice in Ports
**Original meaning:** *Merchants' disputes judged fairly; no extra fees beyond locals.* **Plain terms:** *Equal access to justice.*
**Use today:** *Argument against discriminatory treatment in courts.*

### Article 19 – No Blockade Without War
**Original meaning:** *Ports not to be blockaded unless there is declared war.* **Plain terms:** *Free access to ports except in war.*
**Use today:** *Right of movement not to be restricted without lawful cause.*

### Article 20 – Mutual Assistance Against Pirates
**Original meaning:** *If pirates attack, both parties help each other.* **Plain terms:** *Joint protection at sea.*
**Use today:** *"Piracy" often interpreted broadly as unlawful takings.*

### Article 21 – Safe Passage Documents
**Original meaning:** *Ships must carry passports/certificates to prove nationality.* **Plain terms:** *Proof of identity ensures safe travel.*
**Use today:** *Moors nationality documents can be asserted under this.*

### Article 22 – Rescue from Pirates
**Original meaning:** *If captured by pirates and taken to Morocco/U.S., the captives are freed.*
**Plain terms:** *No ransom, immediate freedom.*
**Use today:** *Symbol of freedom from unlawful captivity.*

**Article 23 – Mutual Non-Interference in Conflicts**
**Original meaning:** *Neither side aids the other's enemies.*
**Plain terms:** *No double-dealing.*
**Use today:** *Reinforces loyalty under treaty law, not hostile jurisdiction.*

**Article 24 – Term of Treaty**
**Original meaning:** *Treaty lasts 50 years (renewable).*
**Plain terms:** *Long-standing, binding peace.*
**Use today:** *Evidence the treaty has never been revoked — it's still the "supreme law of the land" (Article VI, U.S. Constitution).*

**Article 25 – Ratification**
**Original meaning:** *Treaty binding once signed and sealed.*
**Plain terms:** *Both governments gave it full force.*
**Use today:** *Confirms its standing in law — courts must recognize it.*

## *(Relief R-12)*

Wherefore the foregoing, your orator therefore requires that this court issue a decree for Libellant's special request for complete and wholly restoration of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

a. Acknowledgement of higgins, mark rock a people called Moor irish beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of ":MARK-ROCK: HIGGINS," "HIGGINS FAMILY TRUST" establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b. That the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. That the Claimant, higgins, mark rock is "in fact" a private people called Moor irish, americas aboriginal arizonian national, and Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled nor Citizens of the confederate states of the union;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the most favored Nation; and that due process and equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature towards him in all disputes;

d. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

**e.** Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

**f.** Decree any other General and Special Restoration, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your servitude shall deem** just. Your orator requires you to issue a decree declaring Libellant higgins, mark rock a private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee: if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

**g.** Your orator requires your faithful Servitude to issue a decree *pro confesso* for all libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances. Injunctive relief to prevent a party plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

**h.** Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian for and on behalf of higgins, sean rick, Moor beneficiary of the registered organization trust vessel(s) name SEAN RICK HIGGINS estate, TYRON ROCK HIGGINS and SLATER ROCK HIGGINS estate(s) and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to higgins, sean rick, I, as beneficiary be restored, to herein orator / Higgins Family Trust et al.,.

(1) Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian/ seaman/admiral/emperor/fat-his for and on behalf of higgins, sean rick; higgins, tyron rock; and higgins, slater rock; beneficiary of the registered organization trust vessel name(s): SEAN RICK HIGGINS, TYRON ROCK HIGGINS and SLATER ROCK HIGGINS estate(s), and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to higgins's, beneficiary, be restored to your orator. (2) Decree written, that your orator be a private people called Moor grantee/grantor/beneficiary/guardian/ seaman/admiral/emperor/fat-his for and on behalf of higgins, tyron rock heir, beneficiary of the

registered organization name :SEAN-RICK: HIGGINS ET AL., :TYRON-ROCK: HIGGINS ET AL., :SLATER-ROCK: HIGGINS ET AL., estate(s), and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to my offspring beneficiary, be restored to your orator.

**i.** Decree that anyone acting as a People who is bound by oath to be Persons worthy of Trust, shall render upon request by the Libellant, the specific performance, to produce an non-commingled full annual accounting of all real, personal, and equitable maritime assets, and debts, due to Libellant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate, for each of those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant higgins, mark rock Moor heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to him, or the balance due Libellant on a fair accounting to be held by you on Special Deposit; That the Libellant higgins, mark rock, a private people called Moor heir/beneficiary and shall have the right to claim all acres of land because the Moor is in fact the landlord through his lord ship, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the real Title to the land the 1786 Treaty of Marrkech Moor aborigine descendants, shall be set aside and recorded in the name of the higgins, mark rock / : Mark-Rock: Higgins Estate / Higgins Family Trust et al for the private enjoyment, use, possession, and benefit, at that time and forever for the named higgins, mark rock his heirs and beneficiaries HIGGINS FAMILY TRUST, Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

**j.** That any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested, that Libellant makes equitable maritime claim to; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties. That perpetual Injunctive relief shall issue against all classes of defendant(s)libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states

**k.** That perpetual Injunctive relief shall issue against all classes of libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted

from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the maritime/mercantile treaties between the Citizens of the United States of North America and the that effect our admiralty maritime nature position and real property fee simple absolute status, as Subjects of the Al Maroc Shereefian Empire and treaties herein stated as orator's special status;

**l.** Perpetual injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

**m.** Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

**n.** Injunctive relief be granted to perpetually inhibited libelee(s) from the assertion of any presumed right, and perpetually restrained libelee(s) from the commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

**o.** Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

**p.** Injunctive relief perpetually granted to inhibited defendant(s)/libellee(s)/authority figurehead(s), or anyone acting as a People who is bound by oath to be Persons worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a People bound by oath to be Persons worthy of Trust. Any defendant(s)/libelee(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable admiralty grounds for attachment exist, state it.

**q.** That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he-demands for, and may be entitled to, and that the proper final process shall issue; That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

**r.** That all my beneficiaries known and unknown are protected, honored and respected as the Most Favorite nation and that all christian enemies of the united states for the district of columbia and the united nations all its agents employees, franchises, subsidiaries are restrained from molesting me my heirs/beneficiaries failure to prevent such protection will be in breach of 1794 Jay Treaty XXI, Treaty of Marrakech 1836 article II

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*

**All People who are bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.**

*I Love You All, \*Equity regards the beneficiary as the true owner\**

Performed by my hand and seal with *manifest special intent and purpose*, freewill act and Deed:

*I DECLARE, as the Moor the true lord of the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: August 7th, 2025,* <u>**Amended II**, Dated: **October 17, 2025**</u>

By: ***higgins, mark rock***-Moor-irish-beneficiary
higgins, mark rock grantee/grantor/heir/beneficiary/Admiral/Merchant
a private people called Moor /americas aboriginal arizonian national, *"but not citizen of the united states for the district of columbia, nor the Citizen of the united states of america in congress assembled."*
HigginsFamilyTrustTrustee@gmail.com

**Special deposit , Private, Priority**
WITNESSES

*Witness /s/ scamp, lorella gay* HFT Beneficiary

***Witness /s/:*** *coll, melody leneah* HFT Beneficiary

*Witness /s/ todd , ronnie ramael* Moor beneficiary

***Witness /s/: parker, jamal darius*** Moor beneficiary

This document does not contain any personal information like social security numbers etc
By, orator, and affiant , I, higgins, mark rock Moor irish subject of the al maroc Shereefian empire admiralty and maritime nature law of Nations jurisdiction, filed foreign judgment within the
Superior Court of Arizona Maricopa County Case No. CV2024-021367: foreign adjudication by order of:
USDC SDNY 22-CV-9714(LTS)
Judgment, order, Chief United States District Judge Laura Taylor Swain, So Ordered 12/19/22, order, and 22-cv-10801(LTS), order; 23-cv-1418(LTS), order; as precedent established.



higgins, mark rock *in personam sui juris*
*a private moor people beneficiary*
*~10642 WEST SOUTHERN*
*~TOLLESON, [~ARIZONA][~85353]*
*~ROCKZZ7@ICLOUD.COM*

CLERK OF THE
SUPERIOR COURT
FILED
P. LEIN. DEP

25 OCT 21 PM 3: 03

## In the district court for Arizona / New Mexico Territory aka
## Superior Courts of Arizona Maricopa County Admiralty/ Maritime Jurisdiction

**: Mark-Rock: Higgins** *in personam*
        Complainant

Vs.

**Rachel Hope Mitchell et al.,**
        Defendants/Liablees

**Case No. CV2025-027997**

**COMPLAINANT'S RESPONSE
TO DEFENDANTS' MOTIONS
TO DIMISS**

---

I, higgins, mark rock herein Affiant / Complainant *in personam / in propria persona* standing **"OBJECT"** cite conflict in juris ("Of right; of law; legal authority or jurisdiction.") within the court's ORDERING the *"parties shall jointly file"* within 10 days of the date of this minute entry, *a notice with the new division listing any outstanding motions (including the file dates), whether they are ripe for resolution, and any hearings that need to be reset."*

The Herein Affiant / Complainant Demand Court to **'SHOW CAUSE'** for such a **'CONFLICT'** of jurisdiction, an 'unlawful resolve,' by the courts' *"sua sponte order" ("of one's own accord" or its own,") for the court in ordering " "parties shall jointly file," (A firm determination to act contrary to law"),* the Complainant is a party, and objects to the court's terming "parties shall jointly file" *latent ambiguity, within Judicial Orders or Pleadings: Ambiguity invalidate a judgmentor create grounds for clarification or appeal, because a person must have clear notice of what the law require or prohibits.*

*1.(Connally v. Gerneral Construction Co., 269 U.S. 385 (1926)*

*2. (Grayned v. City of Rockford, 408 U.S. 104 (1972) "It is a basic principle of due process that an enactment is void for vagueness if its prohibitions are not clearly defined""* The court to order PARTIES resolve, such procedural *quasi in rem* Defendants' defect of commercial status. Affiant's cite Master Bill of Lading Amended II, as herein attachment, as Defendants' sought

Page 1 of 3

Relief, and for a clarification of juris admiralty maritime nature law of Nations under maxims of equity jurisdiction, and treaties of the United States complaint. The Complainant cite courts' precarious predicament, within its' self, initiating defective order. The Defendants' commercial quasi in rem ("as if against a thing" of limited jurisdiction, that sits between *in personam / in propria persona ("in one's own person")* / (against a person), and in rem (against a thing), commercial administrative Arizona Rules of Civil Procedurally stand as defective and void *ab initio* within I, higgins, mark rock's Amended II MASTER BILL OF LADING Complaint provided as an amended attachment upon docket.

Furthermore Affiant / Complainant NOTICE OF DEFAULT and extends Defendant's with an opportunity to cure default, cite Defendants' Failure(s) to timely ANSWER, with subsequent DEFENDANTS' DEFAULT, Affiant/Complainant's response to Defendants' ripe "FAILURE TO ANSWER", and challenges procedurally defect, Defendants' motion to dismiss,

### (Defendants' Rule-Based Arguments, Constituting Part of Plaintiff's CAUSE.)

**1.** Defendants' Motions to Dismiss are procedurally defective and jurisdictionally void *ab initio,* as they are founded solely upon the Arizona Rules of Civil Procedure and the Arizona Revised Statutes (A.R.S.), which themselves are the substantive foundation of Plaintiff's CAUSE of Complaint, and circumvent the Article III USDC SDNY precedence entry, within the (Superior Court of Arizona Maricopa County CV2024-021367, of higgins, mark rock's d/b/a Higgins Family Trust foreign judgment entry Dated August 8th, 2024, against Antony Blinken et al.,).

**2.** Plaintiff's verified complaint expressly challenges the validity, jurisdictional origin, and constitutional foundation of the Arizona Revised Statutes, and Arizona Rules of Civil Procedure, alleging that the said enactments operate under commercial and admiralty franchises derived from British Letters of Marque and corporate charters, not under constitutional authority ratified by people, nor by Congress under Article IV § 3 cl. 2 Article VI of the Constitution of the United States, nor Article XIII of the Articles of Confederation (1781).

**3.** Therefore, the Defendants, in invoking A.R.S., Title 12 Rules of Civil Procedure, have not presented a legitimate "defense" but rather have admitted to participation in the very conduct alleged in Plaintiff's Complaint— the enforcement of an ultra vires statutory scheme in derogation of the Treaties, Articles of Confederation, and federal supremacy laws.

**4.** As established in Marbury v. Madison, 5 U.S. (1 Cranch) 137 (1803), *"A law repugnant to the Constitution is void."* Thus, no pleading or motion founded upon an invalid statute or administrative rule can lawfully divest a superior court of jurisdiction under treaty and constitutional authority.

Page 2 of 3

5. Plaintiff's cause arises under 28 U.S.C. §§ 1331, 1333, and 1343, as well as Article VI of the Constitution of United States, invoking both federal question and admiralty in personam jurisdiction. The Rules of Civil Procedure and A.R.S. commercial provisions Defendants rely upon are quasi in rem color of law, and not "law" within the meaning of Article VI, but merely administrative regulations of a corporate —territorial entity subject to judicial review.

Accordingly, any motion to dismiss predicated upon those same authorities forms part of the Plaintiff's evidentiary record, affirming the continuing breach of oath and violation of federal supremacy law—and cannot operate as a lawful defense or ground for dismissal.

**MASTER BILL OF LADING AMENDED II,** establishing Defendants' Sought Relief:
*(See pages list herein: **40 through 92**)\*Relief; (**R-1 through R-12**)\*.*

by: _:Mark-Rock:Higgins ._____, seal:

higgins, mark-rock in personam sui juris a private people irish moor aboriginal arizonian national as beneficiary/grantor/ grantee/affiant without district of columbia united states nor a citizen of the united states of america in congress assembled, all rights reserved

## JURAT

**I DECLARE** under penalty of perjury under the laws of the Ali sonak (arizona) united states of america that the foregoing is true and correct to the best of my knowledge and belief.

**(Arizona)**

**(Maricopa county)**

**I HEARBY DECLARE** that on this day before me, duly sworn, appeared higgins, mark-rock in personam a private Moor irish people and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

**DECLARED before me in the County and State aforesaid this the** $\partial L$ **day October, 2025.**

WITNESS by my hand

NOTARY by; _Sherry Lenhart_ Seal :



OFFICIAL SEAL
SHERRY LENHART
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM# 671751
My Comm. Expires 08/31/2028

Page 3 of 3

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 23 AM 11: 22

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
timmer, /scott, ann a d/b/a ANN A SCOTT/TIMMER et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; timmer, / scott, ann a d/b/a ANN A SCOTT/TIMMER et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; timmer, /scott, ann a d/ b/a ANN A SCOTT/TIMMER et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

/s/————————————————————
Clerk signature.

NOTICE OF DEFAULT DOCKET FILE DATE: _23_ Day of October, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 23 AM 11: 21

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                                  DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff                      **Master Bill of Lading**

          -VS-
hobbs, kathleen marie d/b/a KATIE HOBBS et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,
                    Notice of Entry of Default
              **ORDER PRO CONFESSO/DEFAULT EX PARTE**
          In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; hobbs, kathleeen marie d/b/a KATIE HOBBS et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; hobbs, kathleen marie d/ b/a KATIE HOBBS et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

          In admiralty and maritime jurisdiction by nature law of nations.
                    High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county


CLERK OF THE COURT JOSEPH W MALKA


/s/_____
Clerk signature.


NOTICE OF DEFAULT DOCKET FILE DATE: **23** Day of October, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997


By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL, DEP

2025 OCT 23 AM 11: 22

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                              DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff                  **Master Bill of Lading**


                   -VS-
mitchell, rachel hope d/b/a RACHEL H MITCHELL et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,
                   Notice of Entry of Default
            **ORDER PRO CONFESSO/DEFAULT EX PARTE**
        In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; mitchell, rachel hope d/b/a RACHEL H MITCHELL et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; Mitchell, Rachel hope d/b/a RACHEL H MITCHELL et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

                In admiralty and maritime jurisdiction by nature law of nations.
                          High Courts of Chancery


                                                                Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

/s/ _____
Clerk signature.

NOTICE OF DEFAULT DOCKET FILE DATE: 23 Day of October, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .
: Mark-Rock:Higgins

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 23 AM 11:21

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
petersen, warren d/b/a WARREN PETERSEN et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; petersen, warren d/b/a WARREN PETERSEN et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; pettersen, warren d/b/a WARREN PETTEREN et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

/s/

Clerk signature.

NOTICE OF DEFAULT DOCKET FILE DATE: 25 Day of October, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24 AM 9: 37

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                                           DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff                    **Master Bill of Lading**

      -VS-

delgado, manuel o jr d/b/a MANUEL O DELGADO JR et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

<div align="center">Notice of Entry of Default</div>
<div align="center">**ORDER PRO CONFESSO/DEFAULT EX PARTE**</div>

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; delgado, manuel o jr d/b/a MANUEL O DELGADO JR et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; delgado, manuel o jr d/b/a MANUEL O DELGADO JR et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

<div align="center">In admiralty and maritime jurisdiction by nature law of nations.</div>
<div align="center">High Courts of Chancery</div>

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

———————————————————

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
## Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th day of August A.D. 2025** at the hour of **4:15 PM**, and served the same on the **11th day of September A.D. 2025** on **Manuel O Delgado Jr** being said defendant(s) named in said documents, by delivering to **Manuel O Delgado Jr** in person, at **14455 W Van Buren Street B-101 Goodyear, AZ 85338** at **11:31 AM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/S/_____
Deputy J. Williams #S1419

B6561

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
10/24/2025 2:29:46 PM
Filing ID 20822860

Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:    480-483-9600
Facsimile:    480-483-3215
Emails:        lcrown@bss.law
                    elan@bss.law
*Attorneys for The Goodyear Defendants*

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ  85255
480-483-9600

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK ROCK-HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL; CITY OF GOODYEAR; MANUEL DELGADO; CARLA BASTIEN; BRIAN J. ISSITT; SANTIAGO RODRIGUEZ; STEVEN A. JOHNSON; SARAH ELEANOR BIRKEMEIER; LAURA KAINO; SHERI LAURITANO; WALLY CAMPBELL; BILL STIPP; BRANDON HAMPTON; VICKI GILLIS; BENITA BECKLES; TREY TERRY; JOSEPH PIZZILLO; WYNETTE REED; JUSTIN FAIR; ADAM TELLEZ, et al.,<br><br>Defendants. | Case No. CV2025-027997<br><br>**THE GOODYEAR DEFENDANTS' JOINDER IN MARICOPA COUNTY DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(4), 12(b)(5), and 12(b)(6)**<br><br>(Assigned to the Hon. David McDowell) |

The Goodyear Defendants, by and through counsel undersigned, hereby join the Motion to Dismiss filed by the Maricopa County Defendants on October 10, 2025.

RESPECTFULLY SUBMITTED this __24th__ day of October, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Elan S. Mizrahi*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for The Goodyear Defendants*

- 1 -

ORIGINAL of the foregoing filed electronically via AZTurboCourt on this ___24th___ day of October, 2025 with:

The Clerk of the Court
Maricopa County Superior Court

COPY of the foregoing mailed on this ___24th___ day of October, 2025 to:

Mark Rock-Higgins
10642 West Southern
Tolleson, AZ 85353

*Plaintiff Pro Per*

COPY of the foregoing emailed on this ___24th___ day of October, 2025 to:

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Nancy.Bonnell@azag.gov

*Attorneys for Justices Ann Scott Timmer and Robert Brutinel (Ret.)*

Rachel H. Mitchell
Maricopa County Attorney
By: Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

/s/ *Karin A. Meister*

8962-128

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 2 -

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
10/24/2025 3:21:44 PM
Filing ID 20823407

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    EVELYN D. DUENAS (037586)
       CHARLES E. TRULLINGER (018936)
       Deputy County Attorneys
       evelyn.duenas mcao.maricopa.gov
       trullinc mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>             Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, et. al.<br><br>             Defendants. | NO. CV2025-027997<br><br>**DEFENDANTS' NOTICE REGARDING OUTSTANDING MOTIONS AND HEARINGS**<br><br>(Honorable David McDowell) |

Plaintiff, Mark-Rock Higgins; Defendants Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy Riggs, Sharron Sauls, Michele Reagan,

Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, Ashley Fitzwilliams, Deserae Aleethea Tucker, and Andrew Stefan Warianka (collectively referred to as "Maricopa County Defendants"); Defendants City of Goodyear, Manuel Delgado, Carla Bastien, Brian J. Issitt, Santiago Rodriguez, Steven A. Johnson, Sarah Eleanor Birkemeier, Laura Kaino, Sheri Lauritano, Wally Campbell, Bill Stipp, Brandon Hampton, Vicki Gillis, Benita Beckles, Trey Terry, Joseph Pizzillo, Wynette Reed, Justin Fair, and Adam Tellez (collectively, "Goodyear Defendants"); Defendants Justice Ann Scott Timmer and Retired Justice Robert Brutinel (collectively the "Justices"), hereby submit this Joint Notice Regarding Outstanding Motions and Hearings to the Minute Entry filed on October 17, 2025.[1]

To date, there are three (3) Motions to Dismiss pending. On September 29, 2025, Justice Timmer and Retired Justice Brutinel filed a Motion to Dismiss. On October 1, 2025, the Goodyear Defendants filed a Motion to Dismiss and a Joinder in Justice Timmer's and Retired Justice Brutinel's Motion to Dismiss. On October 10, 2025, Maricopa County Defendants filed a Motion to Dismiss pursuant to Rules 12(b)(4), 12(b)(5) and 12(b)(6). On October 20, 2025, the Justices joined parts of the Goodyear Defendants' and Maricopa County Defendants' Motions to Dismiss.

Additionally, on October 23, 2025, Maricopa County Defendants Deserae Aleethea Tucker and Andrew Stefan Warianka joined in Maricopa County's Motion to Dismiss that

---

[1] Any unserved defendants listed are specially appearing and reserving their service of process-related defenses.

2

was filed on October 10, 2025.

On October 24, 2025, the Goodyear Defendants' joined in Maricopa County's Motion to Dismiss that was filed on October 10, 2025.

Plaintiff responded to the Defendants' Motion to Dismiss on October 21, 2025. Pursuant to Arizona Rules of Civil Procedure 7.1(a)(3), Defendants have five (5) days to reply.

Counsel for Maricopa County Defendants reached out to Plaintiff and he did not agree to join a notice as re uired by Minute Entry filed on October 17, 2025. *See* Exhibit A.

Further, there are no hearings that need to be reset.

**RESPECTFULLY SUBMITTED** this 24th day of October, 2025.

**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**

BY: */s/ Evelyn D. Duenas*
EVELYN D. DUENAS
CHARLES E. TRULLINGER
Deputy County Attorneys
*Attorneys for Maricopa County Defendants*

| **BRUECKNER SPITLER SHELTS PLC** | **KRISTIN MAYES** |
| --- | --- |
| | **Attorney General** |
| By: */s/ Elan S. Mizrahi (with permission)* | By:*/s/Nancy M. Bonnell(with permission)* |
| Larry J. Crown | Nancy M. Bonnell |
| Elan S. Mizrahi | Assistant Attorney General |
| *Attorneys for The Goodyear Defendants* | *Attorneys for the Defendant Justices* |

3

**E-Filed** this 24th day of October 2025,
and emailed to:

Honorable David McDowell
Superior Court Judge
shelby.beard_jbazmc.maricopa.gov

**COPY** e-mailed to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7_icloud.com

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Nancy.Bonnell_azag.gov
*Attorney for Justices Ann Scott Timmer and
Robert Brutinel (Ret.)*

Larry S. Crown
Elan S. Mizrahi
Brueckner Spitler Shelts PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255
lcrown_bss.law
elan_bss.law

*/s/ A. Moreno*

S: CIVIL CIV Matters RM 2025 Higgins v Mitchell 2025-3741 Pleadings Word Proposed Joint Notice Regarding Outstanding Motions and Hearings-final.docx

4

# EXHIBIT A
Email From Plaintiff

| | |
|---|---|
| **From:** | Mark Higgins <rockzz7@icloud.com> |
| **Sent:** | Wednesday, October 22, 2025 7:32 PM |
| **To:** | Evelyn Duenas (MCAO) |
| **Subject:** | Re: Higgins v. Mitchell, et. al.  CV2025-027997 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**This Message Is From an External Sender**
This message came from outside your organization. Please use caution when corresponding outside the county.

Dear Evelyn

I just received my copy in the mailbox today, I think your overwhelming desire to have me agree with the action you proposed is completely opposite of the Maxims of Equity, Treaty law, and a violation of the Superior Court of Arizona Maricopa County's Case No. CV2024-021367, "Foreign Judgment" whereby the fundamental rights to which this Case being the same subject matter "MASTER BILL OF LADING" admiralty maritime nature law of Nations under the Maxims of Equity AS PER the 12/19/22 Principles of the CIVIL JUDGMENTS; 22-CV-9714(LTS); 22-CV-10801(LTS); 23-CV-1418(LTS) establishes So Ordered by an actual Article III United States District Court Judge Laura Taylor Swain's multiple orders establishing  jurisdiction precedent, and concludes as  violation of Civil Rights, by most of your Defendants.

As per:
 Where would you find any COMMON GROUNDS?
Your fundamental premise Rule 12,  of Arizona's Rules of Civil Procedure, being one of the "Congressional Questions", as a commercially applied to People, persons within the at law (color of law) violation of rights under color of law 18 U.S.C. sec 242; 18 U.S.C. sec 245; & 42 U.S.C. sec 1983.
The contention by which your people of authority reign commercial compelled legislative bylaws (color of law) against people within Article I created Tribunals, that conflicts with any Constitutional rights, trust indenture, treaties of the United States, and the Administrative Procedure Act, all by the [RE]DEFINED terms within the Emergency Banking Act, and the Trading with the Enemy Act, where the District of Columbia's authority ventured outside the 10 square miles of their character.
But you only  will be always within your
"at law of character" procedural bounds, within a fictional Daffy Duck & Elmer Bugs Bunny commercial realm, that only resides on paper.
I can present 5 Civil Judgment(s) as verification, by adjudication as FACT.
So as I continue, where would you find common ground?
Plaintiff's core arguments principles, being the EXACT argument for your clients dismissal! ! ! !
    The ( Self Recusal) and subsequent (sua sponte) is just the court contrived ambiguity, to contrivance to test my legal threshold, and circumvent juris, in which they can (SAVE FACE) and dismiss, for me to APPEAL to the Supreme Court of Arizona where they have "in propria persona" jurisdiction. If or when they legally mishandle the case, then the Supreme Court of the United States under 1910 admiralty maritime Supreme Court Rules of Procedure will become your nemesis (Your can only [Re]present a fictional character.

It should be interesting,
        AT THE LEAST
And Nothing your Legal Procedure(s) have ever prepared you for.

Thank You
: higgins, mark rock in personam only

P.S. I didn't have my reading glasses 🤓 and I wrote this off the cuff, please excuse my grammar and spelling.

On Oct 22, 2025, at 4:05 PM, Evelyn Duenas (MCAO) <Evelyn.Duenas@mcao.maricopa.gov> wrote:

Good afternoon Mr. Higgins,

We have not received your input regarding the proposed Joint Notice regarding Outstanding Motions and Hearings. I have reattached it for your convenience. Please respond by end of business day tomorrow, October 23, 2025. If we do not receive your input by tomorrow, we will be filing a Defendants Only Joint Notice on Friday, October 24, 2025.

Thank you,

<image001.png>    **Evelyn D. Dueñas**
Deputy County Attorney
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Ave.
Phoenix, AZ 85003
Teams Office Number: 602-372-0008
Cell Phone: 480-640-4532
evelyn.duenas@mcao.maricopa.gov

NOTICE OF CONFIDENTIALITY: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or by telephone (noted above), and permanently delete the original and any copy of any e-mail, any attachments, and any printout thereof. Thank you for your cooperation with respect to this matter.

**From:** Evelyn Duenas (MCAO)
**Sent:** Monday, October 20, 2025 1:47 PM
**To:** 'Rockzz7@icloud.com' <rockzz7@icloud.com>; 'lcrown@bss.law' <lcrown@bss.law>; 'elan@bss.law' <elan@bss.law>; 'nancy.bonnell@azag.gov' <nancy.bonnell@azag.gov>
**Cc:** Charles Trullinger (MCAO) <trullinc@mcao.maricopa.gov>; Andrea Moreno (MCAO)

<Andrea.Moreno@mcao.maricopa.gov>; Darcie Loucks (MCAO) <loucksd@mcao.maricopa.gov>
**Subject:** RE: Higgins v. Mitchell, et. al. CV2025-027997

Hello Mr. Higgins,

Please review the attached proposed Joint Notice Regarding Outstanding Motions and Hearings, edits have been made. Can you please review the proposed document, provide any changes as necessary and let me know if we have your permission to sign and file it. Please respond by **Wednesday, October 22, 2025**.

I have reattached the Court's order for your convenience.

Thank you,

&lt;image001.png&gt;　　**Evelyn D. Dueñas**
　　Deputy County Attorney
　　Maricopa County Attorney's Office
　　Civil Services Division
　　225 W. Madison Ave.
　　Phoenix, AZ 85003
　　Teams Office Number: 602-372-0008
　　Cell Phone: 480-640-4532
　　evelyn.duenas@mcao.maricopa.gov

NOTICE OF CONFIDENTIALITY: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or by telephone (noted above), and permanently delete the original and any copy of any e-mail, any attachments, and any printout thereof. Thank you for your cooperation with respect to this matter.

**From:** Evelyn Duenas (MCAO)
**Sent:** Monday, October 20, 2025 1:04 PM
**To:** Rockzz7@icloud.com; 'lcrown@bss.law' <lcrown@bss.law>; 'elan@bss.law' <elan@bss.law>; 'nancy.bonnell@azag.gov' <nancy.bonnell@azag.gov>
**Cc:** Charles Trullinger (MCAO) <trullinc@mcao.maricopa.gov>; Andrea Moreno (MCAO) <Andrea.Moreno@mcao.maricopa.gov>; Darcie Loucks (MCAO) <loucksd@mcao.maricopa.gov>
**Subject:** Higgins v. Mitchell, et. al. CV2025-027997

Good afternoon Mr. Higgins and Counsel,

We are in receipt of the Court's minute entry filed on October 17, 2025, instructing the parties to file a joint notice regarding any outstanding motions and any hearings that need to be reset. Can you please review the proposed document, provide any changes as necessary and let me know if we have permission to file on your behalf. Please respond by **Wednesday, October 22, 2025**. If we do not hear a response, we will note that in the notice.

Also, if you would like to schedule a teleconference, please send proposed dates and times.

Thank you and I hope you have a nice day.

3

Sincerely,

&lt;image001.png&gt;    **Evelyn D. Dueñas**
Deputy County Attorney
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Ave.
Phoenix, AZ 85003
Teams Office Number: 602-372-0008
Cell Phone: 480-640-4532
evelyn.duenas@mcao.maricopa.gov

NOTICE OF CONFIDENTIALITY: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or by telephone (noted above), and permanently delete the original and any copy of any e-mail, any attachments, and any printout thereof. Thank you for your cooperation with respect to this matter.

&lt;Proposed Joint Notice Regarding Outstanding Motions and Hearings with Edits 10-20-25.docx&gt;
&lt;65. ME Case Reassignment - Ordering Joint Notice.pdf&gt;

4

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24 AM 9: 35

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

timmer/scott, ann a d/b/a ANN A SCOTT/TIMMER et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; timmer/ scott, ann a d/b/a ANN A SCOTT/TIMMER et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; timmer/scott, ann a d/b/a ANN A SCOTT/TIMMER et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

---

NOTICE OF DEFAULT DOCKET FILE DATE: **27**  Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )                        CV2025-027997
                    ) ss.
County of Maricopa  )                        25009138


I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025**on **Ann A Scott Timmer** being said defendant(s) named in said documents, by delivering to **Joe Callahan, Lead Security Officer,** who is authorized to accept service, at **1501 W Washington Street #411 Phoenix, AZ 85007** at **1:53 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____ /s/ _____
Deputy H. Cota #S1818

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24 AM 9: 36

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

issit, brian john d/b/a BRIAN J ISSIT et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; issit, brian john d/b/a BRIAN J ISSIT et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; issit, brian john d/b/a BRIAN J ISSIT et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA      )                    CV2025-027997
                      ) ss.
County of Maricopa    )                    25009138

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM**, and served the same on the **11th** day of **September A.D. 2025** on **Brian John Issit** being said defendant(s) named in said documents, by delivering **to Brian John Issit** in person, at **11 N 145th Avenue Goodyear, AZ 85338** at 1:40 PM in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff


By _____
Deputy J. Williams #S1419

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24  AM 9: 34

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                                DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff                    **Master Bill of Lading**

                    -VS-

bastein, carla jewel d/b/a CARLA J BASTEIN et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; bastein, carla jewel d/b/a CARLA J BASTEIN et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; bastein, carla jewel d/b/ a CARLA J BASTEIN et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

                                                    Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September A.D. 2025** on **Carla Jewel Bastein** being said defendant(s) named in said documents, by delivering to **Carla Jewel Bastein** in person, at **City of Goodyear 14455 W Van Buren Street B-101 Goodyear, AZ 85338** at **1:11 PM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/s/_____
Deputy J. Williams #S1419

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24  AM 9: 34

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

bastein, carla jewel d/b/a CARLA J BASTEIN et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; bastein, carla jewel d/b/a CARLA J BASTEIN et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; bastein, carla jewel d/b/ a CARLA J BASTEIN et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

---

NOTICE OF DEFAULT DOCKET FILE DATE: **27**  Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM**, and served the same on the **11th** day of **September A.D. 2025** on **Carla Jewel Bastein** being said defendant(s) named in said documents, by delivering to **Carla Jewel Bastein** in person, at **City of Goodyear 14455 W Van Buren Street B-101 Goodyear, AZ 85338** at **1:11 PM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total  $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/s/_____
Deputy J. Williams #S1419

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24   AM 9: 35

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

owens, heidi marie d/b/a HEIDI OWENS et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
          In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; owens, heidi marie d/b/a HEIDI OWENS et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; owens, heidi marie d/b/a HEIDI OWENS et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

---

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
## Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September A.D. 2025** on **Heidi Marie Owens** being said defendant(s) named in said documents, by delivering to **Angie, White Tank Staff,** who is authorized to accept service, at **10420 W Van Buren Avenue Avondale, AZ 85353** at **10:10 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____ /S/ _____
Deputy David Joya #S1739

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL, DEP

2025 OCT 24 AM 9: 37

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
mcgee, kate brophy d/b/a KATE MCGEE et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; mcgee, kate brophy d/b/a KATE MCGEE et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; mcgee, kate brophy d/b/ a KATE MCGEE et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: *1st* Day of October, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
## Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th day of August A.D. 2025** at the hour of **4:15 PM**, and served the same on the **12th day of September A.D. 2025** on **Kate Brophy McGee** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk**, who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003 at 9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,**.

**Dated this 12th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/S/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24 AM 9: 36

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                                DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff                    **Master Bill of Lading**

            -VS-

kemp, michael william d/b/a MICHAEL W KEMP et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
        In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; kemp, michael william d/b/a MICHAEL W KEMP et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; kemp, michael william d/b/a MICHAEL W KEMP et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
        In admiralty and maritime jurisdiction by nature law of nations.
                High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | | CV2025-027997 |
|---|---|---|---|
| | ) ss. | | |
| County of Maricopa | ) | | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM**, and served the same on the **19th** day of **September A.D. 2025** on **Michael Willam Kemp** being said defendant(s) named in said documents, by delivering to **Cynthia Ramirez, Court Admin Assistant,** who is authorized to accept service, at **201 W Jefferson Street Phoenix, AZ 85003** at **11:03 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration.**

**Dated this 19th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____/s/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24 AM 9: 35

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

mitchell, rachel hope d/b/a RACHEL H MITCHELL et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; mitchell, rachel hope d/b/a RACHEL H MITCHELL et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; mitchell, rachel hope d/b/a RACHEL H MITCHELL et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA )      CV2025-027997
        ) ss.
County of Maricopa  )      25009138

I hereby certify that I received the within documents on the 27th day of August A.D. 2025 at the hour of 4:15 PM, and served the same on the 12th day of September A.D. 2025 on Rachel Hope Mitchell being said defendant(s) named in said documents, by delivering to Dawn Valentine, Admin Specialist, who is authorized to accept service, at 225 W Madison Street 3rd Floor Phoenix, AZ 85003 at 10:11 AM in the County of Maricopa, a copy of said Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.

Dated this 12th day of September A.D. 2025.

Total $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/s/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24 AM 9: 36

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

brutinel, robert maurice d/b/a ROBERT M BRUTINEL et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; brutinel, robert maurice d/b/a ROBERT M BRUTINEL et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; brutinel, robert maurice d/b/a ROBERT M BRUTINEL et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA        )                    CV2025-027997
                        ) ss.
County of Maricopa       )                    25009138

I hereby certify that I received the within documents on the 27th day of **August A.D. 2025 at the hour of 4:15 PM,** and served the same on the **12th day of September A.D. 2025** on **Robert Maurice Brutinel** being said defendant(s) named in said documents, by delivering to **Joe Callahan, Lead Security Officer, who is** authorized to accept service, at **1501 W Washington Street Phoenix, AZ 85007 at 1:53 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____/s/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24  AM 9: 33

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                          DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff              **Master Bill of Lading**

        -VS-

birkemeier, sara eleanor d/b/a SARA E BIRKEMEIER et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; birkemeier, sara eleanor d/b/a SARA E BIRKEMEIER et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/ libelees; birkemeier, sara eleanor d/b/a SARA E BIRKEMEIER et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27**  Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

    I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Sara Eleanor Birkemeier** being said defendant(s) named in said documents, by delivering to **Wendy Corsi, Legal Manager,** who is authorized to accept service, at **1900 N Civic Square Goodyear, AZ 85395** at **1:16 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/s/_____
Deputy J. Williams #S1419

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24  AM 9: 33

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

johnson, steven a d/b/a STEVEN A JOHNSON et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; johnson, steven a d/b/a STEVEN A JOHNSON et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; johnson, steven a d/b/a STEVEN A JOHNSON et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 1 of 2

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: <u>27</u>  Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA   )                                CV2025-027997
                   ) ss.
County of Maricopa   )                                25009138

    I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September A.D. 2025** on **Steven A Johnson** being said defendant(s) named in said documents, by delivering to **Wendy Corsi, Legal Manager,** who is authorized to accept service, at **1900 N Civic Square Goodyear, AZ 85395** at **1:16 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

    JERRY SHERIDAN
    Maricopa County Sheriff

    Total   $0.00

By _____/S/_____
Deputy J. Williams #S1419

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL, DEP

2025 OCT 24  AM 9: 37

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

galvin, thomas francis d/b/a THOMAS GALVIN et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; galvin, thomas francis d/b/a THOMAS GALVIN et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; galvin, thomas francis d/b/a THOMAS GALVIN et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.

High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: ____ Day of October, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
## Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )                    CV2025-027997
                    ) ss.
County of Maricopa  )                    25009138

I hereby certify that I received the within documents on the **27th day of August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **12th day of September A.D. 2025** on **Thomas Francis Galvin** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/S/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24  AM 9: 33

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

lesko, debbie d/b/a DEBBIE LESKO et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; lesko, debbie d/b/a DEBBIE LESKO et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; lesko, debbie d/b/a DEBBIE LESKO et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27** Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM**, and served the same on the **12th** day of **September A.D. 2025** on **Debbie Lesko** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003 at 9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total   $0.00

By ___/s/___
Deputy H. Cota #S1818

B6561

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL. DEP

2025 OCT 24 AM 9: 35

In the district court  Arizona / New Mexico Territory
Superior Court Arizona Maricopa County

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

tucker, deserae aleethea d/b/a DESERAE TUCKER et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; tucker, deserae aleethea d/b/a DESERAE TUCKER et al. et al been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; tucker, deserae aleethea d/b/a DESERAE TUCKER et al. et al.,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.
In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

## CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: **27**  Day of **September, 2025**; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September A.D. 2025** on **Deserae Aleethea Tucker being** said defendant(s) named in said documents, by delivering to **Angie,** who is authorized to accept service, at **10420 W Van Buren Avenue Avondale, AZ 85353** at 10:10 AM in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____ /s/ _____
Deputy David Joya #S1739

B6561

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
10/27/2025 12:25:23 PM
Filing ID 20830050

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    EVELYN D. DUE   AS (037586)
        CHARLES E. TRULLINGER (018936)
        Deputy County Attorneys
        evelyn.duenas   mcao.maricopa.gov
        trullinc   mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox   mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>                    Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL,<br><br>                    Defendants. | NO. CV2025-027997<br><br>**MARICOPA COUNTY DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>(Honorable David McDowell) |

Defendants Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy

Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, Ashley Fitzwilliams, Deserae Aleethea Tucker, and Andrew Stefan Warianka (collectively referred to as "Maricopa County Defendants"), by and through undersigned counsel hereby replies to reiterate that Plaintiff's Complaint (Dkt. 1) should be dismissed pursuant to Arizona Rules of Civil Procedure 12(b)(4) for insufficient process, 12(b)(5) for insufficient service of process, and 12(b)(6) for failure to state a claim upon which relief can be granted. This motion is supported by the following memorandum of points and authorities.

<div align="center">**MEMORANDUM OF POINTS AND AUTHORITIES**</div>

### I.    INTODUCTION

Maricopa  County Defendants respectfully notify this Court that for the purposes of this Reply, they reiterate the arguments raised in the October 10, 2025, Motion to Dismiss, as Plaintiff's Response does nothing to cure the pleading deficiencies in the Complaint. Dismissal should be granted with prejudice and without leave to amend because it would be futile to allow amendment of the Complaint.

Plaintiff cites cases *Connally v. General Construction*, 269 U.S. 385 (1926) , and *Grayned v. City of Roc ford*, 408 U.S. 104 (1972)  in support.  Neither case is relevant and both citations demonstrate that Plaintiff's Complaint is rooted in frivolous theories, not plausible claims.

---

*Connally v. General Construction*, 269 U.S. 385 (1926) (holding that Oklahoma statutes requiring payment of "not less than the current rate of per diem wages in the locality" were unconstitutionally vague because the terms "current rate of wage" and "locality" were indefinite and the lack of clarity meant that individuals could not reasonably determine what conduct would render them liable to penalties.) This case has no relevance to Plaintiff's challenge of the A.R.S. Statutes and Constitution.

*Grayned v. City of Roc ford*, 408 U.S. 104 (1972) (Plaintiff challenged the constitutionality of an anti-picketing ordinance and an anti-noise ordinance. The anti-picketing ordinance was found unconstitutional for violating the E ual Protection Clause of the 14th Amendment and the anti-noise ordinance was upheld). This case does not support Plaintiff's opposition against the Motion to Dismiss.

<div align="center">2</div>

## II.    SER ICE OF PROCESS

Maricopa County Defendants challenged the sufficiency of service of process under Ariz. R. Civ. P. 12(b)(4) and 12(b)(5). The Court lacks personal jurisdiction over defendants who have not been served properly. *Travelers Cas.    Sur. Co. of Am.   . Brenne e*, 551 F.3d 1132, 1135 (9th Cir. 2009). "Once service is challenged, [the Plaintiff] bear[s] the burden of establishing that service was valid." *Broc meyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004). If the Plaintiff cannot satisfy this burden, the Court should dismiss the Complaint.

## III.    PLAINTIFF'S RESPONSE CONFIRMS THAT HE HAS NOT STATED A CLAIM AND THAT AMENDMENT   OULD BE FUTILE.

Plaintiff's Response that was filed October 21, 2025, does not clarify what claims he is making against Maricopa County Defendants. Plaintiff dedicates a substantive portion of his opposition asking the Court "to Show Cause" for issuing the minute entry ordering the parties to jointly file a notice listing any outstanding motions.

Plaintiff argues that Defendants' Motions to Dismiss are "procedurally defective and jurisdictionally void" because he "challenges the validity, jurisdictional origin, and constitutional foundation of the Arizona Revised Statutes, and Arizona Rules of Civil Procedure." Plaintiff does not address the arguments raised in Maricopa County Defendants' Motion to Dismiss. As a basis for his arguments, he relies on Maricopa County Superior Court case CV2024-021367, where he filed a civil case against Antony Blinken that was dismissed in United States District Court Southern District Court of New York case 1:22-cv-09714-LTS, the same case as mentioned in the Complaint.

Plaintiff's Complaint fails to state a claim upon which relief can be granted, thus we respectfully request that the Court grant Maricopa County Defendants' Motion to Dismiss. Additionally, the Court "may properly on its own motion dismiss an action as to defendants who have not moved to dismiss where such defendants are in a position similar to that of

3

the moving defendants or where claims against such defendants are integrally related." *Silverton v. Dep't of Treasury of U.S. of Am.*, 644 F.2d 1341, 1345 (9ᵗʰ Cir. 1981); *See also Ac er v. CS Chevira*, 188 Ariz. 252, 256 (App. 1997) (When a trial court dismisses a complaint "by invoking its inherent authority to dismiss frivolous actions, it should make findings which explain its action").

"When a case may be classified as frivolous or malicious, there is, by definition, no merit to the underlying action and so no reason to grant leave to amend." *opez v. Smith*, 203 F.3d 1122, 1127 (9ᵗʰ Cir. 2000) (en banc). A case is frivolous "if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic," "delusional," "irrational," "or "wholly incredible." *Denton v. ernandez*, 504 U.S. 25, 32-33 (1992).

Here, Plaintiff's Complaint is devoid of non-conclusory factual allegations necessary to support his unintelligible claims, and it is riddled with delusional, irrational, and incredible allegations. Additionally, he has not complied with A.R.S. 12-821.01, which bars his claim against the Maricopa County Defendants. Thus, we respectfully re uest that the Complaint be dismissed without leave to amend.

**I . CONCLUSION**

Due to the foregoing reason and because Plaintiff's Complaint cannot be cured by amendment or proper service, Maricopa County Defendants re uest that the Complaint be dismissed with prejudice.

**RESPECTFULLY SUBMITTED** this 27th day of October, 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Evelyn D. Due as*
EVELYN D. DUE AS
CHARLES E. TRULLINGER
Deputy County Attorney
*Attorneys for Maricopa County Defendants*

4

**E-Filed** this 27th day of October 2025, and emailed to:

Honorable David McDowell
Superior Court Judge
shelby.beard_jbazmc.maricopa.gov

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern
Tolleson, Arizona 85353
Rockzz7_icloud.com

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Nancy.Bonnell_azag.gov
*Attorney for Justices Ann Scott Timmer and Robert Brutinel (Ret.)*

Larry S. Crown
Elan S. Mizrahi
Brueckner Spitler Shelts PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255
lcrown_bss.law
elan_bss.law
*Attorneys for Goodyear Defendants*

*/s/ A. Moreno*

S: CIVIL CIV Matters RM 2025 Higgins v Mitchell 2025-3741 Pleadings Word MTD MTD Reply 10-27-25.docx

5

CLERK OF THE SUPERIOR COURT
FILED
10/29/25  3:30
A. Ramsey, Deputy
PM

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

| | |
|---|---|
| higgins, mark rock d/b/a<br>: Mark-Rock: Higgins Estate et al.<br>claimant/ suitor/libellant/plaintiff | DOCKET No. CV2025-027997<br><br>**Master Bill of Lading** |

-VS-

kemp, michael william d/b/a MICHAEL W KEMP et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
## ORDER PRO CONFESSO/DEFAULT EX PARTE

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; kemp, michael william d/b/a MICHAEL W KEMP et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; kemp, michael william d/b/a MICHAEL W KEMP et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

superior court of arizona maricopa county

## CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM**, and served the same on the **19th** day of **September A.D. 2025** on **Michael Willam Kemp** being said defendant(s) named in said documents, by delivering to **Cynthia Ramirez, Court Admin Assistant,** who is authorized to accept service, at **201 W Jefferson Street Phoenix, AZ 85003** at **11:03 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration.**

**Dated this 19th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/s/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
10/29/25 3:29
A. Ramsey, Deputy
PM

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                           DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff              **Master Bill of Lading**

                    -VS-
timmer/scott, ann a d/b/a ANN A TIMMER et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; timmer/ scott, ann a d/b/a ANN A TIMMER et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; timmer/scott, ann a d/b/ a ANN A TIMMER et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September A.D. 2025**on **Ann A Scott Timmer** being said defendant(s) named in said documents, by delivering to **Joe Callahan, Lead Security Officer,** who is authorized to accept service, at **1501 W Washington Street #411 Phoenix, AZ 85007** at **1:53 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/s/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
10/29/25 3:30
A. Ramsey, Deputy
PM

In the district court Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                         DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff            **Master Bill of Lading**

                    -VS-
issit, brian john d/b/a BRIAN ISSIT et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; issit, brian john d/b/a BRIAN ISSIT et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; issit, brian john d/b/a BRIAN ISSIT et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/ suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

Page 1 of 2

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )                         CV2025-027997
                    ) ss.
County of Maricopa  )                         25009138

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September A.D. 2025** on **Brian John Issit** being said defendant(s) named in said documents, by delivering **to Brian John Issit** in person, at **11 N 145th Avenue Goodyear, AZ 85338** at **1:40 PM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____
Deputy J. Williams #S1419

B6561

CLERK OF THE SUPERIOR COURT
FILED
10/29/25  3:28
A. Ramsey, Deputy
pm

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
lesko, debbie d/b/a DEBBIE LESKO et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
## ORDER PRO CONFESSO/DEFAULT EX PARTE
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; lesko, debbie d/b/a DEBBIE LESKO et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; lesko, debbie d/b/a DEBBIE LESKO et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/ suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Debbie Lesko** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total   $0.00

By _____/S/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
*10/29/25 3:31*
A. Ramsey, Deputy

In the district court Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
cook, eddie d/b/a EDDIE COOKet al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; cook, eddie d/b/a EDDIE COOK et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; heap, cook, eddie d/b/a EDDIE COOKet al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/ suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

———————————————————————

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA   )
                 ) ss.
County of Maricopa    )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **19th** day of **September** A.D. **2025** on **Eddie Cook** being said defendant(s) named in said documents, by delivering to **Steve Procaccini, Clerk,** who is authorized to accept service, at **301 W Jefferson Street Phoenix, AZ 85003** at **8:55 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,**

**Dated this 19th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/S/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
10/29/25 3:30
A. Ramsey, Deputy
PM

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
allen, john m d/b/a JOHN M ALLEN et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; allen, john m d/b/a JOHN M ALLEN et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; allen, john m d/b/a JOHN M ALLEN et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/ suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

Page 1 of 2

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August** A.D. **2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **John M Allen** being said defendant(s) named in said documents, by delivering to **Stephanie Harp, Cashier,** who is authorized to accept service, at **301 W Jefferson Street Phoenix, AZ 85003** at **8:33 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____ /s/ _____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
10/29/25
A. Ramsey, Deputy
3:30
PM

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

heap, justin daniel d/b/a JUSTIN HEAP et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; heap, justin daniel d/b/a JUSTIN HEAP et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; heap, justin daniel d/b/a JUSTIN HEAP et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 11th Day of October, 2025; CLERK OF COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa    )

CV2025-027997

25009138

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September A.D. 2025** on **Justin Daniel Heap** being said defendant(s) named in said documents, by delivering to **Jeffrey Mason, Chief Deputy Recorder,** who is authorized to accept service, at **301 W Jefferson Street 2nd Floor Phoenix, AZ 85003** at **9:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____/s/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
10/29/25 3:29
A. Ramsey, Deputy
Ph

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                                DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff                        **Master Bill of Lading**

                -VS-
brutinel, robert maurice d/b/a ROBERT M BRUTINEL et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; brutinel, robert maurice d/b/a ROBERT M BRUTINEL et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; brutinel, robert maurice d/b/a ROBERT M BRUTINEL et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

                                                Page 1 of 2

superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA    )                           CV2025-027997
                    ) ss.
County of Maricopa  )                           25009138

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September A.D. 2025** on **Robert Maurice Brutinel** being said defendant(s) named in said documents, by delivering to **Joe Callahan, Lead Security Officer,** who is authorized to accept service, at **1501 W Washington Street Phoenix, AZ 85007** at **1:53 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By ___/S/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
A. Ramsey, Deputy



In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-
birkemeier, sara eleanor d/b/a SARA E BIRKEMEIER et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
    In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; birkemeier, sara eleanor d/b/a SARA E BIRKEMEIER et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; birkemeier, sara eleanor d/b/a SARA E BIRKEMEIER et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

superior court of arizona maricopa county

## CLERK OF THE COURT JOSEPH W MALKA

—————————————————————

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the 27th day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **11th** day of **September** A.D. **2025** on **Sara Eleanor Birkemeier** being said defendant(s) named in said documents, by delivering to **Wendy Corsi, Legal Manager,** who is authorized to accept service, at **1900 N Civic Square Goodyear, AZ 85395** at **1:16 PM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 11th day of September A.D. 2025.**

JERRY SHERIDAN
Maricopa County Sheriff

Total    $0.00

By _____/s/_____
Deputy J. Williams #S1419

B6561

CLERK OF THE SUPERIOR COURT
*10/29/25* 3:31
A. Ramsey, Deputy
PM

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

| | |
|---|---|
| higgins, mark rock d/b/a<br>: Mark-Rock: Higgins Estate et al.<br>claimant/ suitor/libellant/plaintiff | DOCKET No. CV2025-027997<br><br>**Master Bill of Lading** |

-VS-

gallardo, steven d/b/a STEVEN GALLARDO et al.
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
## ORDER PRO CONFESSO/DEFAULT EX PARTE

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; gallardo, steven d/b/a STEVEN GALLARDO et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; gallardo, steven d/b/a STEVEN GALLARDO et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libelliant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

superior court of arizona maricopa county

## CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

STATE OF ARIZONA ) CV2025-027997
) ss.
County of Maricopa ) 25009138

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM**, and served the same on the **12th** day of **September A.D. 2025** on **Steven Gallardo** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at 9:11 AM in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total   $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/S/_____
Deputy H. Cota #S1818

B6561

CLERK OF THE SUPERIOR COURT
FILED
10/29/25 3:7
A. Ramsey, Deputy
PM

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise,convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a                              DOCKET No. CV2025-027997
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff               **Master Bill of Lading**

          -VS-
galvin, thomas francis d/b/a THOMAS F GALVIN et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; galvin, thomas francis d/b/a THOMAS F GALVIN et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; galvin, thomas francis d/b/a THOMAS F GALVIN et al., has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

superior court of arizona maricopa county

## CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: 1st Day of October, 2025; CLERK OF COURT
SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

:Mark-Rock: Higgins in personam sui juris
vs.
Rachel Hope Mitchell in personam, et al.,

| STATE OF ARIZONA | ) | CV2025-027997 |
| | ) ss. | |
| County of Maricopa | ) | 25009138 |

I hereby certify that I received the within documents on the **27th** day of **August A.D. 2025** at the hour of **4:15 PM,** and served the same on the **12th** day of **September** A.D. **2025** on **Thomas Francis Galvin** being said defendant(s) named in said documents, by delivering to **Maria Valdez, Special Deputy Clerk,** who is authorized to accept service, at **301 W Jefferson Street 10th Floor Phoenix, AZ 85003** at **9:11 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration,.**

**Dated this 12th day of September A.D. 2025.**

Total    $0.00

JERRY SHERIDAN
Maricopa County Sheriff

By _____/S/_____
Deputy H. Cota #S1818

B6561

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
10/31/2025 5:11:31 PM
Filing ID 20866975

Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:    480-483-9600
Facsimile:    480-483-3215
Emails:       lcrown@bss.law
              elan@bss.law
*Attorneys for The Goodyear Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS, | Case No. CV2025-027997 |
| Plaintiff, | |
| v. | |
| RACHEL HOPE MITCHELL; CITY OF GOODYEAR; MANUEL DELGADO; CARLA BASTIEN; BRIAN J. ISSITT; SANTIAGO RODRIGUEZ; STEVEN A. JOHNSON; SARAH ELEANOR BIRKEMEIER; LAURA KAINO; SHERI LAURITANO; WALLY CAMPBELL; BILL STIPP; BRANDON HAMPTON; VICKI GILLIS; BENITA BECKLES; TREY TERRY; JOSEPH PIZZILLO; WYNETTE REED; JUSTIN FAIR; ADAM TELLEZ, et al., | **THE GOODYEAR DEFENDANTS' REPLY TO PLAINTIFF'S OMNIBUS RESPONSE TO MOTIONS TO DISMISS AND JOINDER IN CO-DEFENDANTS' REPLIES** |
| | (Assigned to the Hon. David McDowell) |
| Defendants. | |

Defendants City of Goodyear, Manuel Delgado, Carla Bastien, Brian J. Issitt, Santiago Rodriguez, Steven A. Johnson, Sarah Eleanor Birkemeier, Laura Kaino, Sheri Lauritano, Wally Campbell, Bill Stipp, Brandon Hampton, Vicki Gillis, Benita Beckles, Trey Terry, Joseph Pizzillo, Wynette Reed, Justin Fair, and Adam Tellez (collectively, the "Goodyear Defendants"), some of whom are specially appearing and reserving service of process rights as set forth in their Motion to Dismiss, by and through counsel undersigned and pursuant to Rules 12(b)(4), (5), and (6), Ariz.R.Civ.P., hereby file their Reply to Plaintiff's Omnibus Response to Motions to Dismiss. As set forth in the Goodyear

- 1 -

Defendants' Motion to Dismiss, the only Goodyear Defendants who received service of process are Judge Delgado, Judge Bastian, Chief Bissit, Prosecutor Johnson, Prosecutor Birkemeier, and Mayor Pizzillo. The rest of the above-named Goodyear Defendants specially appear here and reserve all rights for dismissal for lack of jurisdiction under Rules 12(b)(4) and (5) based upon insufficient process and/or insufficient service of process.

Plaintiff did not send a copy of his Response to counsel undersigned, nor did he attach or include a mailing certification with his Response. Counsel undersigned only received a copy of Plaintiff's filing as a courtesy from counsel for the Maricopa County Defendants. In any event, Plaintiff fails to articulate any coherent opposition to the Goodyear Defendants stated grounds for dismissal (or the grounds asserted by the Co-Defendants), and as such, this Court should grant the Goodyear Defendants' Motion.

The Goodyear Defendants will attempt to address Plaintiff's positions, to the extent they are discernible:

1. "Conflict of Jurisdiction" – this position is incoherent.

2. "Notice of Default" – there are no grounds for a default to enter here. Plaintiff has not accomplished valid service of process upon most of the parties under Rule 4.1; did not properly apply for default under Rule 55; and has no basis to apply for default because, for the served parties, the Motions to Dismiss constitute responsive pleadings under Rule 12.

3. "Application of State Law" – Plaintiff believes the Arizona Rules of Civil Procedure, and Arizona's state laws in general, do not apply to him. He apparently also believes a dismissed case he filed in New York involving different parties somehow impacts this case. These arguments are false, incoherent, and unsupported.

4. "Admitted Conduct" – Filing a motion to dismiss is nothing more than that, and it is entirely under what exactly Plaintiff thinks parties admitted, or how such admissions impact him. Plaintiff's case requires dismissal for the reasons stated in Defendants' Motions. Plaintiff's argument makes no sense.

5. "Unfounded Motion" – Again, Plaintiff apparently believes no one can ever move to dismiss a civil lawsuit under the Arizona Rules of Civil Procedure because the Rules do not apply to him. This is patently false and baseless.

6. "Federal Claims" – Plaintiff filed his lawsuit in this Court. As such the Arizona Rules of Civil Procedure apply here. Beyond that, Plaintiff's argument is unintelligible.

BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 2 -

The Goodyear Defendants have provided this Court with multiple grounds upon which Plaintiff's Complaint requires dismissal. Plaintiff has not cogently or validly opposed any of those grounds. The Goodyear Defendants also join in all the Motions and Replies filed by Co-Defendants, which similarly remain unrebutted as a practical matter. Accordingly, this Court should grant the Motions and dismiss Plaintiff's case with prejudice.

RESPECTFULLY SUBMITTED this 31st day of October, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Elan S. Mizrahi*

Larry J. Crown
Elan S. Mizrahi
*Attorneys for The Goodyear Defendants*

ORIGINAL of the foregoing filed electronically via AZTurboCourt on this 31st day of October, 2025 with:

The Clerk of the Court
Maricopa County Superior Court

COPY of the foregoing mailed on this 31st day of October, 2025 to:

Mark Rock-Higgins
10642 West Southern
Tolleson, AZ 85353
*Plaintiff Pro Per*

COPY of the foregoing emailed on this 31st day of October, 2025 to:

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Nancy.Bonnell@azag.gov
*Attorneys for Justices Ann Scott Timmer and Robert Brutinel (Ret.)*

/ / /

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

Rachel H. Mitchell
Maricopa County Attorney
By: Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

/s/ *Karin A. Meister*

8962-128

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 4 -

Clerk of the Superior Court
*** Electronically Filed ***
11/05/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          11/04/2025


                                              CLERK OF THE COURT
HONORABLE DAVID MCDOWELL                            A. Patel
                                                    Deputy


MARK-ROCK HIGGINS                        MARK-ROCK HIGGINS
                                         10642 W SOUTHERN
                                         TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL, et al.             EVELYN DUENAS

                                         NANCY M BONNELL
                                         ELAN MIZRAHI
                                         JUDGE MCDOWELL


**EX PARTE FILING**


On October 21, 2025, the Court received *Complainant's Response to Defendants' Motion to Dismiss.* This document was filed in paper form. It does not contain an affidavit of service indicating counsel for any of the defendants was served with a copy of this filing pursuant to Rule 5, Ariz.R.Civ.Proc. When a document is provided to the Court without providing a copy to all parties of record, the filing constitutes an *ex parte* communication.

Other than disclosing the receipt of the communication, the Court will take no action on this filing nor shall it consider any of the contents. The parties should be aware of the following rules, each of which addresses communication of this nature:

1.     Under Arizona Supreme Court Rule 2.9 (A), Code of Judicial Ethics, a judicial officer may not consider ex parte communications about a case from a party or the party's attorney.
2.     If a judicial officer receives an ex parte communication, they shall promptly notify the parties of the substance of the communication and provide the parties with an opportunity to respond.  Rule 2.9 (B), Code of Judicial Ethics.


Docket Code 023                   Form J000                        Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                            11/04/2025

3.      The Court expects a party representing themselves to know and comply with the rules, statutes, case and constitutions the same as it expects of an attorney.  *Copper State Bank v. Saggio,* 139 Ariz. 438, 441 (App. 1983).

4.      Any filing with the Court must be served on the other party, Rule 5, Ariz.R.Civ.Proc.

5.      No local rule or rule of the Arizona Rules of Civil Procedure permits a party to unilaterally contact a judicial officer or judicial staff for relief.

6.      In general, and except as provided in Rules 64 and 65 of the Arizona Rules of Civil Procedure, a unilateral request for relief to a judicial officer or judicial staff will not be granted and will not form the basis for recusal of the judicial officer.

**IT IS ORDERED** no action shall be taken by the Court related to the October 21, 2025, filing unless and until Plaintiff files a certificate of service indicating when and how defendants were served with this filing.

Docket Code 023                    Form J000                              Page 2

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
11/18/2025 4:10:04 PM
Filing ID 20966190

**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Tyler Campman, SBN 036416
Deputy County Attorney
Tyler.Campman@pcao.pima.gov
Rebecca K. O'Brien, SBN 021954
Deputy County Attorney
Rebecca.OBrien@pcao.pima.gov
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
*Attorneys for Defendant Chris Nanos*

# ARIZONA SUPERIOR COURT

## MARICOPA COUNTY

| | |
|---|---|
| Mark-Rock Higgins, | No. CV2025-027997 |
| Plaintiff, | **SHERIFF CHRIS NANOS' MOTION TO DISMISS** |
| vs. | |
| Rachel Hope Mitchell, et al. | (Honorable David McDowell) |
| Defendants. | |

Sheriff Chris Nanos moves, pursuant to Ariz. R. Civ. P. 8, 12(b)(5), and 12(b)(6), for dismissal of any claims against him in Plaintiff Mark-Rock Higgins' Complaint. Plaintiff has not properly served Nanos, has not provided a short and plain statement of the claim showing he is entitled to relief, and has not stated a claim upon which relief may be granted. Because Plaintiff has not properly served Nanos, Nanos makes a special appearance to raise the arguments herein. Nanos does not waive any objections to personal jurisdiction or any other defenses available to him. This Motion is supported by the following Memorandum of Points and Authorities, the exhibits attached hereto, and the Ariz. R. Civ. P. 7.1(h) certificate of consultation.

1

**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION.

Plaintiff filed his Complaint in Maricopa County Superior Court on August 8, 2025. *See Complaint.* On November 6, Nanos received a summons and so-called "Master Bill of Lading" at the Pima County Sheriff's Department ("PCSD") executive office. **Exhibit 1**, Declaration of Sean Holguin, ¶ 2[1]. A true and correct copy of the documents Nanos received on November 6, 2025, is attached to this Motion as **Exhibit 2**. **Exhibit 1**, ¶ 4. The summons that Nanos received did not include the Complaint filed by Plaintiff in Maricopa County Superior Court. *Compare* **Exhibit 2**, *with Complaint.* In fact, the Injuries section of the "Master Bill of Lading" directs the reader to the Complaint. **Exhibit 2**, p. 5. This implies that it is not, itself, the Complaint. Nanos has not received any other documents related to this case. **Exhibit 1**, ¶ 5.

## II.    ARGUMENT.

### A.    Plaintiff has not properly served Nanos.

Ariz. R. Civ. P. 4.1(b) states that "the summons ***and the pleading being served must be served together*** within the time allowed under Rule 4(i)." Emphasis added. Plaintiff did not serve Nanos with the pleading filed in the Maricopa County Superior Court together with the summons. Therefore, he has not completed proper service on Nanos. A defendant

---

[1] The Court may consider Nanos' exhibits in ruling on his motion pursuant to Ariz. R. Civ. P. 12(b)(5). When the Arizona Rules of Civil Procedure and Federal Rules of Civil Procedure are identical, federal court decisions are authoritative in analyzing Arizona's Rules. See *Lennon v. First Nat. Bank of Arizona,* 21 Ariz. App. 306, 308 (1974). Federal courts have held that in reviewing a motion to dismiss for insufficient service of process, the court may consider affidavits and other evidence submitted by a defendant. *See, e.g, Benson v. 750 Pine Mgmt., LLC,* 2019 WL 1744853, at *2 (C.D. Cal. Feb. 7, 2019); *RCR Plumbing & Mech., Inc. v. ACE Am. Ins. Co.*, 2011 WL 2412556, at *5 (C.D. Cal. June 3, 2011); *Haddock v. Countrywide Bank, N.A.,* 2014 WL 12617276, at *2 (C.D. Cal. Dec. 19, 2014).

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

must be served within 90 days after the complaint is filed. Ariz. R. Civ. P. 4(i). Plaintiff's Complaint was filed on August 8, 2025 and 90 days from that date is November 6, 2025. **Exhibit 1**, ¶ 6. Therefore, Plaintiff's time to serve Nanos has expired and he has not provided good cause to extend the service period. The Complaint should be dismissed as to Nanos for insufficient service of process pursuant to Ariz. R. Civ. P. 12(b)(5).

### B.    The Complaint is neither short nor plain.

Even if the Court does look to the Complaint itself, Nanos should still be dismissed. Rule 8 requires "[a] short and plain statement of the claim" sufficient to provide the defendant fair notice of the claim and the conduct from which it arises. Ariz. R. Civ. P. 8(a)(2); *Cullen v. Auto-Owners Ins. Co.*, 218 Ariz. 417, 419 (2008).

Plaintiff's Complaint fails to satisfy the pleading requirements of Rule 8. It is vague, incoherent, and virtually indecipherable. The Complaint is so confusing and unintelligible that it does not provide fair notice of the claims being asserted or the grounds upon which they rest. As such, dismissal is appropriate because the pleading does not meet the minimal threshold of clarity or plausibility required under Rule 8.

### C.    Plaintiff fails to state a claim upon which relief can be granted.

Dismissal of a complaint for failure to state a claim is appropriate if "as a matter of law ... the plaintiff would not be entitled to relief under any interpretation of the facts." *Bunker's Glass Co. v. Pilkington plc*, 202 Ariz. 481, 484 (App. 2002). Plaintiff's Complaint fails to state a claim under Rule 12(b)(6) because it does not include a single factual allegation directed at Nanos. The pleading never identifies Nanos' conduct, involvement, or any basis upon which liability could conceivably rest. A complaint that omits the defendant entirely cannot plausibly state a legally cognizable claim. Dismissal is therefore appropriate pursuant to Ariz. R. Civ. P. 12(b)(6).

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

## III.   CONCLUSION.

For all of the reasons stated herein, the Complaint as to Nanos should be dismissed.

RESPECTFULLY SUBMITTED November 18, 2025.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By:/s/ *Tyler Campman*
Tyler Campman
Rebecca K. O'Brien
Deputy County Attorneys

Original of the foregoing e-filed and
e-served via AZ TurboCourt on
November 18, 2025 to:

Mark-Rock Higgins (& via U.S. Mail)
10642 W. Southern
Tolleson, AZ 85353
HigginsFamilyTrustTrustee@gmail.com
*Pro Se Plaintiff*

By: */s/ Maria Arreola*

4

# EXHIBIT 1

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Tyler Campman, SBN 036416
Deputy County Attorney
Tyler.Campman@pcao.pima.gov
Rebecca K. O'Brien, SBN 021954
Deputy County Attorney
Rebecca.OBrien@pcao.pima.gov
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
*Attorneys for Defendant Chris Nanos*

## ARIZONA SUPERIOR COURT

## MARICOPA COUNTY

Mark-Rock Higgins,

Plaintiff,

vs.

Chris Nanos, et al.

Defendants.

No. CV2025-027997

**DECLARATION OF SEAN HOLGUIN IN SUPPORT OF MOTION TO DISMISS**

(Honorable David McDowell)

I, Sean Holguin, declare:

1.    I am currently employed as a Deputy Pima County Attorney acting as the legal advisor to the Pima County Sheriff's Department ("PCSD") and have been so employed since 2003. I make this declaration based on my personal knowledge and review of PCSD records.

2.    On November 6, 2025, Nanos received a summons and so-called "Master Bill of Lading" in this matter via process server at the PCSD executive office.

3.    These documents were routed to my office the same day.

1

4.    A true and correct copy of the documents received on November 6, 2025, is attached as Exhibit 2 to Defendant's Motion to Dismiss.

5.    Aside from the documents received on November 6, 2025, neither PCSD nor Nanos have received anything else from Plaintiff Mark-Rock Higgins related to this matter.

6.    90 days from August 8, 2025, is November 6, 2025.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 11/17/25

_____
Sean Holguin

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

2

# EXHIBIT 2

Person Filing: : Mark-Rock: Higgins . in personam only

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON, [~ARIZONA][~85353]

Telephone: ~602-315-4763

Email Address: ~ ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A

**PCSD EXECUTIVE OFFICE**

2025 NOV -6 A 10: 31

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins . in personam

Name of Plaintiff

Case No.: CV2025-027997

And

CHRIS NANOS

Name of Defendant

ORIGINAL

**SUMMONS**

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

## FROM THE STATE OF ARIZONA TO: CHRIS NANOS

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

OCT 3 0 2025

**SIGNED AND SEALED this date**

**CLERK OF SUPERIOR COURT**

Deputy Clerk

JOSEPH W. MALKA, CLERK

**J. ORTIZ**

Personal ~ ...... ~ .... ....~ .. ... ...

Address (if not protected): ~10642 W. Southern

City, State, Zip Code: Tolleson Arizona [85353]

Telephone: ~(602) 315-4763

Email Address: Rockzz7@Tzfouch.com

Lawyer's Bar Number: N/A

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY
AUG - 8 2025
CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Mark-Rock: Higgins in personam
**Name of Plaintiff**

Rachel Hope Mitchell et al.,
**Name of Defendant**

Case Number: CV2025-027997

Title:  CIVIL COMPLAINT
163 Master Bill of Lading

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.   Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

☑ The value of this case exceeds $10,000 dollars.

☑ Replevin or other nonmonetary remedy will take place in Maricopa County.

☐ The Plaintiff resides in Maricopa County.

☑ The Defendant resides in Maricopa County.

☑ The Defendant does business in Maricopa County.

☑ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

☑ Other reason: People bound by Oaths do business under authority of Maricopa County & State of Arizona

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070413

DISCOVERY TIER

2.   Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request. *UNKNOWN* *"Physical Relief"*

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

PARTIES

3.   The Plaintiff in this case is : *Mark-Rock: Higgins d/b/a HFT AS PER Master Bill of Lading States*

4.   The Defendant in this case is *Rachel Hope Mitchell et al,*

STATEMENT OF FACTS AND BREACH

5. *(AS PER: 71 page Attachment Provided) USDC SDNY Case No 22-cv-974 (LTS)*

6. *Case No 22-cv-1080 (LTS) Civil Judicial Order*

7. *Case No. 23-cv-1418 (LTS) Civil Judgment Order*

8. *Case No 24-cv-3799 (LTS) Civil Judgment Order*

9.

10.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

APPLICABLE LAW SUPPORTING CLAIMS

(     )    SEE Memorandum Treaty Laws attack
(use No 22-CV-9714 (LTS)

(     )

(     )

(     )

(     )

(     )

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

INJURIES

(     )    See Complaint

( )  _____

_____

( )  _____

_____

( )  _____

_____

( )  _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( )  _Honor their Oaths, interpret my Relief by Order_

( )  _Honor Treaties made by the United States_

( )  _Honor U.S. Supreme Court's admiralty Maritime_
_Rules of Procedure "In Personam Only_

( )  _Honor Civil Judment & Foreign Judgment_
_Superior Court Case CV2024-02136 7 & CV2024-02137_

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this ____8-7-2025____.
          (Date of signature)

_:Mark-Rock: Higgins_
(Signature of Plaintiff or Plaintiff's Attorney)

Superior Court of Arizona Maricopa County    *Foreign, Magistrate*    CV2024-021367



COPY

OCT 2 1 2025



CLERK OF THE SUPERIOR COURT
P. LEIN
DEPUTY CLERK



**In the district court for Arizona / New Mexico Territory aka**
**Superior Courts of Arizona Maricopa County Admiralty/ Maritime Jurisdiction**
**High Courts of Chancery**    Case No. CV2025-027997

*Carrier/Custodian*

*Master Bill of Lading* (Amended II)

*NON-NEGOTIABLE*

Ships Manifest/Berth

Non-Negotiable

**Civil/Ecclesiastical Dispute** Docket No. CV2025-027997

**Territory Of Arizona/New Mexico-Grenada-Spain**

**Bill In Chancery**

Port of Entry

Maricopa County

**Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/**
Gods The Moors (Berth) (Resurrection)

**The style of this Confederacy shall be known as**

The United States of America

First Continental Congress

1774 Articles Of Association (Charter)

**Second Continental Congress**

*1776 Declaration of Independence 1776 Articles of Confederation art.4*

United States in Congress Assembled

*1781 Articles of Confederation a Perpetual Union*

*Article 1,2,3,4,5,9,12,13*

1787 Northwest Ordinance

*Section 1,2,8 13,14. Art. 4*

*Treaty of Marrakech 1786.*

*ARTICLE XXI, Treaty of Tunis 1824*

*ARTICLE XII.*

Allegiance to The king of Great Britain and Debts owed

*The First Charter of Virginia April 10, 1606 sec 1 & 9*

*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8,*
*15 1782 Contract between the king and . . . . . United States of North America Signed at*
*Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

Cause: Letters of Marque / Reprisal . Allegiance British Crown / People Bound By Oath

The United States of America in Congress Assembled

Constitution of the United States

*Master Bill of Lading in the Original admiralty law maritime jurisdiction by nature law of nations*    Page 1 of 91

**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Tyler Campman, SBN 036416
Deputy County Attorney
Tyler.Campman@pcao.pima.gov
Rebecca K. O'Brien, SBN 021954
Deputy County Attorney
Rebecca.OBrien@pcao.pima.gov
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
*Attorneys for Defendant Chris Nanos*

## ARIZONA SUPERIOR COURT

## MARICOPA COUNTY

| | |
|---|---|
| Mark-Rock Higgins, | No. CV2025-027997 |
| Plaintiff, | **CERTIFICATE OF GOOD FAITH** |
| vs. | **CONSULTATION** |
| Rachel Hope Mitchell, et al. | (Honorable David McDowell) |
| Defendants. | |

Pursuant to Rules 7.1(h) and 12(j), Ariz. R. Civ. P., undersigned counsel consulted in good faith with pro-se Plaintiff Mark-Rock Higgins regarding the issues contained in Sheriff Chris Nanos' Motion to Dismiss, filed concurrently herewith, via telephone on November 12, 2025. The issues raised in Sheriff Nanos' Motion to Dismiss remain as disputed between the parties.

1

DATED November 18, 2025.

<div align="right">

LAURA CONOVER
PIMA COUNTY ATTORNEY


By:/s/ *Tyler Campman*
        Tyler Campman
        Rebecca K. O'Brien
        Deputy County Attorneys

</div>

Original of the foregoing e-filed and
e-served via AZ TurboCourt on
November 18, 2025 to:

Mark-Rock Higgins (& via U.S. Mail)
10642 W. Southern
Tolleson, AZ 85353
HigginsFamilyTrustTrustee@gmail.com
*Pro Se Plaintiff*

By: */s/ Maria Arreola*

2

**:Mark-Rock: Higgins**
 *in personam only*
 ~10642 WEST SOUTHERN
 ~TOLLESON [~ARIZONA]
 [~85353]

CLERK OF THE SUPERIOR COURT
FILED

12-1-2025    12:09pm

A. Avina, Deputy

# SUPERIOR COURT OF ARIZONA FOR COUNTY OF MARICOPA

: Mark-Rock: Higgins *in personam only*
d/b/a Higgins Family Trust
Plaintiff,

v.

mayes, kristen kay d/b/a KRIS MAYES
Attorney General of the State of Arizona,
Defendants'.

*Case No.: CV2025-027997*

**NOTICE OF ATTEMPTED SERVICE
AND
NON-ACCEPTANCE OF SERVICE
\*MOTION\*
FOR
\*ALTERNATIVE SERVICE\***

---

**NOTICE IS HEREBY GIVEN** that Plaintiff caused lawful service of process to be attempted upon Defendant Kris Mayes, in her official capacity as Attorney General of the State of Arizona, through a duly authorized Maricopa County Constable.

On November 12, 2025, the Constable attempted service at the offices of the Arizona Attorney General. Service was not completed, as acceptance of service was prevented at the front desk, and no authorized agent was made available to accept service on behalf of the named Defendant in her official capacity.

The Maricopa County Constable executed an Affidavit of Attempted Service, dated November 12, 2025, documenting the circumstances of the attempted service. Said affidavit is attached hereto as Exhibit A and incorporated by reference.

Plaintiff files this Notice to document diligent and timely efforts to effect service and to place the circumstances of non-acceptance of service upon the record.

DATED: 1st, December, 2025

:Mark-Rock: Higgins

Respectfully submitted,
/s/ :Mark-Rock: Higgins *in propria persona sui juris*
Plaintiff,
~ROCKZZ7@ICLOUD.COM

## CERTIFICATE OF SERVICE

I Declare that the forgoing instrument was served by Clerk of Court filed Notices within AZTurboCourt's E-Service to the above cause to the Defendant's Attorneys' of record herein by in and through Clerk of Superior Court of Arizona for Maricopa County electronic E-Filing AZTurboCourt after Case Docket's filed Date of: Month; _December_____, Day _1st_, Year 20_25_ .

The parties were served via:

___ U.S. Registered Mail          ___ Facsimile          ___ Hand Delivery
__UPS

___ Federal Express      ___ Other     _X_ E-File          ___ Email

By: /s/ :Mark-Rock: Higgins

CLERK OF THE SUPERIOR COURT
FILED
12-1-2025 12:13 pm
A. Avina, Deputy

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

sheridan, gerard anthony d/b/a JERRY SHERIDAN et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
## ORDER PRO CONFESSO/DEFAULT EX PARTE

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; sheridan, gerard anthony d/b/a JERRY SHERIDAN et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; sheridan, gerard anthony d/b/a JERRY SHERIDAN et al., et al..,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

superior court of arizona maricopa county

## CLERK OF THE COURT JOSEPH W MALKA

-----------------------------------

NOTICE OF DEFAULT DOCKET FILE DATE: 4th  Day of December, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .


In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery




# EL CENTRO JUSTICE COURT
## Constable Darlene Martinez
620 W. Jackson St. Phoenix, Arizona 85009
Office: 602-372-6318  Cell: 602-463-2745
darlene.martinez@maricopa.gov

# Certificate of Service

Court: _Superior_  Case #: _CV2025-027997_

Plaintiff: _MARK-Rock Higgins_ Defendant: _JERRY SheriDAN_

___Subpoena          _X_ Summons & Complaint

___Order of Protection  ___Show Cause

___Harassment          ___Injunction Prohibiting

___Notice to the Defendant

___Notice of Hearing on Order of Protection

___Notice of Hearing on Injunction Prohibiting Harassment

Other: _____

Date Received: _11-12-25_

Date Served : _11-12-25_    Time Served: _1007_

Person Served: _Autumn B5913_

By Service On: _Jerry SheriDAN_

Location of Service: _550 W. Jackson St. Phx, AZ. 85003_

: _____

Constable  Darlene  Martinez C2528 : _Darlene Martinez C2528_

Date: _11 / 12 / 25_

I declare under the penalty of perjury that the forgoing is true and correct

## County of Maricopa,  State of Arizona

CERTIFIED COPY

Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV 2025-027997                                        08/21/2025

RECEIVED CLERK OF THE COURT
                              C. Lockhart
HONORABLE ERIK THORSON        Deputy        FILED

NOV 0 4 2025

AGUA FRIA
JUSTICE COURT                               NOV - 7 2025
                                            EL CENTRO
MARK-ROCK HIGGINS         MARK-ROCK HIGGINS JUSTICE COURT
                          10642 W SOUTHERN
                          TOLLESON AZ 85353

v.

RACHEL HOPE MITCHELL      RACHEL HOPE MITCHELL
                          225 W MADISON ST 3RD FL
                          PHOENIX AZ 85003

### MINUTE ENTRY

The Court has received and reviewed Plaintiff Mark-Rock Higgins' Motion for Alternative Service and Motion to Wave (sic) Fees, filed August 11, 2025. The Special Commissioner assigned to the case deferred filing fees indefinitely for this action on August 8, 2025. As that functions equivalent to a waiver at present,

**IT IS ORDERED denying** the waiver portion of the Motion as moot.

**IT IS FURTHER ORDERED denying** the Alternative Service portion of the motion as Plaintiff has not shown that service via normal means is impracticable, as required by Ariz. R. Civ. P. 4.1(k). Given the circumstances, however,

Docket Code 019                    Form V000A                         Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          08/21/2025

**IT IS FURTHER ORDERED** waiving the fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

Date: __August 21, 2025__

___/s/ Erik Thorson_____
HON. ERIK THORSON
JUDGE OF THE SUPERIOR COURT

Docket Code 019                    Form V000A                    Page 2

CLERK OF THE SUPERIOR COURT
FILED.

12-1-2025  12:13 pm
A. Avina, Deputy

In the district court Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantor/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. CV2025-027997

**Master Bill of Lading**

-VS-

tuchi, john joseph d/b/a JOHN J TUCHI et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
### ORDER PRO CONFESSO/DEFAULT EX PARTE

In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; tuchi, john joseph d/b/a JOHN J TUCHI et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; tuchi, john joseph d/b/a JOHN J TUCHI et al., et al..,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

_____

NOTICE OF DEFAULT DOCKET FILE DATE: <u>4th</u>  Day of December, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By <u>: Mark-Rock: Higgins</u> .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

#  Maricopa County Justice Courts, Arizona

**El Centro Justice Court   620 West Jackson St., #1037,  Phoenix, AZ  85003    602-372-6300**

CASE NUMBER: CV2025027997

| | |
|---|---|
| HIGGINS, MARK ROCK dba HIGGINS FAMILY TRUST MARK-ROCK HIGGINS<br>10642 W SOUTHERN<br>TOLLESON AZ 85353 | JOHN J TUCHI<br>401 W WASHINGTON SUITE 622 SPC 80<br>PHOENIX AZ 85007 |
| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |
| Attorney for Plaintiff(s) Name / Address / Email / Phone | Attorney for Defendant(s) Name / Address / Email / Phone |

## CERTIFICATE OF SERVICE ☐ Attempted

Party to be served:  ☐ Plaintiff  ☒ Defendant  ☐ Garnishee  ☐ Witness

Documents to be served:

☒ Complaint/Summons/Notice   ☐ Residential Eviction Information Sheet

☐ Subpoena   ☐ Eviction Notice

☐ Writ of Garnishment   ☐ Lease

☐ Injunction Against Harassment and Petition   ☐ Ledger

☐ Order of Protection and Petition   ☒ Other:  amended II master bill of lading
certificate of compulsory arbitration

Date Received: 11/10/2025

*(stamp: 2025 NOV 12  AM 9: 27  EL CENTRO JUSTICE COURT  RECEIVED)*

### SERVICE COMPLETED

Date Served: *11-12-25*   Time Served: *1430*   Method of Service: *IN-PERSON*

Name of person or description of person served: *B. STEVENSON - Clerk of office Deputy Clerk For the*

Comments: _____

Address where served: *401 W. WAshington*
☒ address as
indicated above   *Suite 622 spc 80 PHx, AZ 85007*

### ATTEMPTED SERVICE

Date Attempted: _____   Time Attempted: _____   Method of Attempt: _____

Date Attempted: _____   Time Attempted: _____   Method of Attempt: _____

Date Attempted: _____   Time Attempted: _____   Method of Attempt: _____

Comments: _____

Address(es) where attempted: _____
☐ address as
indicated above

I declare under penalty of perjury that the foregoing is true and correct.

*Maricopa County ConstaBle*   *C 3528*
Agency   Identification Number

*N. Martin*   *11-12-25*
Person Serving Signature   Date

CV 8150-162 R: 10/23/24

CERTIFIED COPY

Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    08/21/2025

RECEIVED CLERK OF THE COURT

HONORABLE ERIK THORSON            NOV 0 4 2025        C. Lockhart
                                                     Deputy

AGUA FRIA
JUSTICE COURT                                        FILED

                                                     NOV - 7 2025

MARK-ROCK HIGGINS              MARK-ROCK HIGGINS EL CENTRO
                               10642 W SOUTHERN JUSTICE COURT
                               TOLLESON AZ  85353

v.

RACHEL HOPE MITCHELL           RACHEL HOPE MITCHELL
                               225 W MADISON ST 3RD FL
                               PHOENIX AZ  85003

MINUTE ENTRY

The Court has received and reviewed Plaintiff Mark-Rock Higgins' Motion for Alternative Service and Motion to Wave (sic) Fees, filed August 11, 2025. The Special Commissioner assigned to the case deferred filing fees indefinitely for this action on August 8, 2025. As that functions equivalent to a waiver at present,

**IT IS ORDERED denying** the waiver portion of the Motion as moot.

**IT IS FURTHER ORDERED denying** the Alternative Service portion of the motion as Plaintiff has not shown that service via normal means is impracticable, as required by Ariz. R. Civ. P. 4.1(k). Given the circumstances, however,

Docket Code 019                   Form V000A                        Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              08/21/2025

**IT IS FURTHER ORDERED** waiving the fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

Date:  August 21, 2025

/s/ Erik Thorson
HON. ERIK THORSON
JUDGE OF THE SUPERIOR COURT

CLERK OF THE SUPERIOR COURT
FILED

12-1-2025  12:11pm
A. Avina, Deputy

In the district court  Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. **CV2025-027997**

**Master Bill of Lading**

-VS-
mayes, kristen kay d/b/a KRIS MAYES et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
## ORDER PRO CONFESSO/DEFAULT EX PARTE
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; mayes, kristen kay d/b/a KRIS MAYES et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; mayes, kristen kay d/b/a KRIS MAYES et al., et al.,,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/ libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory
superior court of arizona maricopa county

CLERK OF THE COURT JOSEPH W MALKA

---

**TAKE NOTICE**
**OF**
**DEFAULT**
**August 2025**
mayes, kristen kay d/b/a KRIS MAYES
ATTORNEY GENERAL
STATE OF ARIZONA
NOTICES
OF
ATTEMPTED
SERVICES
MARICOPA COUNTY
SHERIFF'S
DEPUTY
being turned down by front desk employee of Attorney General's Office
In August 2025, and the Maricopa County Constable C2528 D.Martinez 11/12/25
Attempted Service Affidavit as Default Exhibit Attachment.
Establishing Defendant-side obstruction / impracticability
Preserving the August 2025 commencement date
Establish for Rule 4.1k Alternative service request

**TAKE**
**FURTHER NOTICE**

Defendants' of Authority deploy avenues of obstruction of process service(s) throughout the state of Arizona, Sheriff's Deputies and Constables for Yavapai, Pinal, Coconino Counties intentional obstructors of Case Docket No. CV2025-027997; Process Service(s) of Defendants' people of authority complicity non-service interference(s).

NOTICE OF DEFAULT DOCKET FILE DATE: 4th Day of December, 2025; CLERK OF COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

Page 2 of 2

 **Maricopa County Justice Courts, Arizona**

**El Centro Justice Court    620 West Jackson St., #1037, Phoenix, AZ  85003    602-372-6300**

CASE NUMBER: CV2025027997

HIGGINS, MARK ROCK dba HIGGINS FAMILY
TRUST MARK-ROCK HIGGINS
10642 W SOUTHERN
TOLLESON AZ  85353

Plaintiff(s) Name / Address / Email / Phone

Attorney for Plaintiff(s) Name / Address / Email / Phone

KRIS MAYES
2005 N CENTRAL
PHOENIX AZ  85004

Defendant(s) Name / Address / Email / Phone

Attorney for Defendant(s) Name / Address / Email / Phone

## CERTIFICATE OF SERVICE ☒ Attempted

Party to be served:  ☐ Plaintiff   ☒ Defendant   ☐ Garnishee   ☐ Witness

Documents to be served:

☒ Complaint/Summons/Notice
☐ Subpoena
☐ Writ of Garnishment
☐ Injunction Against Harassment and Petition
☐ Order of Protection and Petition

☐ Residential Eviction Information Sheet
☐ Eviction Notice
☐ Lease
☐ Ledger
☒ Other:  amended II master bill of lading
certificate of compulsory arbitration

Date Received: 11/10/2025

RECEIVED EL CENTRO JUSTICE COURT 2025 NOV 12 AM 9: 27

**SERVICE COMPLETED**

Date Served: _____   Time Served: _____   Method of Service: _____

Name of person or description of person served: _____

Comments: _____

Address where served: _____
☐ address as
indicated above  _____

**ATTEMPTED SERVICE**

Date Attempted: 11-12-25   Time Attempted: 1255   Method of Attempt: IN PERSON
Date Attempted: _____   Time Attempted: _____   Method of Attempt: _____
Date Attempted: _____   Time Attempted: _____   Method of Attempt: _____

Comments: NOT Able TO Serve Due TO Improper VeRBiAge
TO Whom is Serve - Should Read KRis mAyes - Attoky Geng

Address(es) where attempted: 2005 N. CentxAC _____
☐ address as                      PHx, AZ 85004 _____
indicated above

I declare under penalty of perjury that the foregoing is true and correct.

MARicopa County ConstAble        C2528
Agency                            Identification Number

N. Mautin_____               11-12-25
Person Serving Signature          Date

CV 8150-162 R: 10/23/24

CERTIFIED COPY

Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                08/21/2025

RECEIVED CLERK OF THE COURT

HONORABLE ERIK THORSON          NOV 04 2025          C. Lockhart
                                                    Deputy    FILED

                                AGUA FRIA
                                JUSTICE COURT                NOV - 7 2025
                                                            EL CENTRO
MARK-ROCK HIGGINS               MARK-ROCK HIGGINS JUSTICE COURT
                                10642 W SOUTHERN
                                TOLLESON AZ 85353

v.

RACHEL HOPE MITCHELL            RACHEL HOPE MITCHELL
                                225 W MADISON ST 3RD FL
                                PHOENIX AZ 85003

MINUTE ENTRY

       The Court has received and reviewed Plaintiff Mark-Rock Higgins' Motion for Alternative
Service and Motion to Wave (sic) Fees, filed August 11, 2025. The Special Commissioner assigned
to the case deferred filing fees indefinitely for this action on August 8, 2025. As that functions
equivalent to a waiver at present,

       **IT IS ORDERED denying** the waiver portion of the Motion as moot.

       **IT IS FURTHER ORDERED denying** the Alternative Service portion of the motion as
Plaintiff has not shown that service via normal means is impracticable, as required by Ariz. R. Civ.
P. 4.1(k). Given the circumstances, however,

Docket Code 019                        Form V000A                        Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    08/21/2025

**IT IS FURTHER ORDERED** waiving the fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

Date: __August 21, 2025__

__/s/ Erik Thorson__
HON. ERIK THORSON
JUDGE OF THE SUPERIOR COURT

Docket Code 019                    Form V000A                    Page 2

higgins, mark rock d/b/a Higgins Family Trust : Mark-Rock: Higgins .
_____
(YOUR NAME)

~10642 WEST SOUTHERN
_____
(ADDRESS)

~TOLLESON [~ARIZONA][~85353]
_____
(CITY/STATE/ZIP)

~602-315-4763
_____
(TELEPHONE NUMBER)

~10/17/25
_____
(DATE)

**FILED**

**NOV - 7 2025**

**EL CENTRO
JUSTICE COURT**

MARICOPA CONSTABLE: (Michael Flores)        **County Sheriff**
_____
(COUNTY NAME)

10420 W. Van Buren St.
_____
(ADDRESS)

PHOENIX ARIZONA 85323
_____
(CITY/STATE/ZIP)

**COURT CASE NO.**  CV2025-027997
_____

**REGARDING:** (NAME OF PERSON TO BE SERVED)  KRIS MAYES
_____

**I enclose a copy of the following documents:** (LIST ALL DOCUMENTS YOU WANT TO BE SERVED)
MASTER BILL OF LADING (COMPLAINT)        _____

AMENDED II MASTER BILL OF LADING        _____

CERTIFICATE OF COMPULSORY ARBITRATION        _____

Please serve these papers on the Defendant. His or her current address and physical description are:
mayes, kristen kay d/b/a KRIS MAYES        Kris Mayes   (ATTORNEY GENERAL)
_____
(Defendant's  NAME)

_____        2005 N. Central
(HOME ADDRESS)        _____
                                               (WORK ADDRESS)
                                               PHOENIX, ARIZONA 85004
_____        _____
(HOME CITY/STATE/ZIP)        (WORK CITY, STATE, ADDRESS)

| SEX | RACE | BIRTH | HGT. | WGT. | EYES | HAIR | SSN |
|-----|------|-------|------|------|------|------|-----|
|     |      |       |      |      |      |      |     |

Please return a notarized *"Affidavit of Service"* to my address at your earliest convenience. The court requires that each document served be named in the *"Affidavit of Service."*

☐    I also enclose a deposit of $200. I understand there is a $16.00 service fee, a travel fee of $2.40 per mile (one way), for each attempt at service, and a $8.00 notary fee. I understand that the difference between my deposit and the fees accrued for service will be billed, or returned, to me.

**OR**,

☒    I also enclose a certified copy of the *"Order for Waiver/Deferral of Fees for Service of Process."*

Thank you for your cooperation in this matter.        : Mark-Rock: Higgins
_____
(YOUR SIGNATURE)

Enclosures

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED        CVC26p-100317

2500 9138
209

# ORIGINAL

Person Filing: :Mark-Rock: Higgins in personam only

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON [ARIZONA] [~85353]

Telephone: ~602-315-4763

Email Address: rockzz7@icloud.com

Lawyer's Bar Number: N/A

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

:Mark-Rock: Higgins in personam sui juris .

Name of Plaintiff

**Case No.:** CV2025-027997

And

Kristin Kay Mayes in personam only

Name of Defendant

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Kristin Kay Mayes in personam only

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV 2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    AUG 1 1 2025

JOSEPH W. MALKA, CLERK

CLERK OF SUPERIOR COURT

By A. Avina

A. Avina

Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 2 of 2                CV11f 031820

Person Filing: : Mark-Rock: Higgins . in personam only

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON, [~ARIZONA][~85353]

Telephone: ~602-315-4763

Email Address: ~ ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A

**ORIGINAL**

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins . in personam

Name of Plaintiff

And

KRIS MAYES

Name of Defendant

Case No.: CV2025-027997

**SUMMONS**

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** KRIS MAYES

Name of Defendant

1.  **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons."**

2.  **If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the:**

    •   **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

    •   **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

    •   **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

    •   **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

    **Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.**

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

OCT 3 0 2025

CLERK OF SUPERIOR COURT

By_____
Deputy Clerk

J. ORTIZ

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

CLERK OF THE SUPERIOR COURT
FILED
12-1-2025  12:13 pm
A. Mwina, Deputy

In the district court Arizona / New Mexico Territory
superior court arizona maricopa county

higgins, mark rock a Private People called *Moor americas aboriginal (arizonian) national grantee/grantor/heir beneficiary in Propria Personam Sui Juris, A Emperor, Noble, Master Merchant, Master Mason, High Priest, Ambassador at large, Seaman, Mariner, piloter Commander, Captain, Bonafide Owner, Maritime lienholder of all vessels, charters, goods, chattels, merchandise, convoys, ship's, seaports, ports of lading, docks, lands, cargo, tenements, dominions, estates etc. navigating all the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire*

higgins, mark rock d/b/a
: Mark-Rock: Higgins Estate et al.
claimant/ suitor/libellant/plaintiff

DOCKET No. **CV2025-027997**

**Master Bill of Lading**

-VS-
welborn, teresa d/b/a TERESA WELBORN et al.,
fiduciarie(s)' Defendant(s)' libelee(s)'/privateers'/pirates'et al.,

Notice of Entry of Default
**ORDER PRO CONFESSO/DEFAULT EX PARTE**
In this cause, on Bill In Chancery (Master Bill of lading), and it duly appearing this Ecclesiastical High Court of Chancery that the defendant's/fiduciaries/trustee's/libelee's/pirate's/ privateer's/custodian who citizens of the united states for the district of columbia by prima facie evidence under their own volition by way of oath, act and or deed "Equity does not aid the Volunteer", "He who occasions the loss must bear the burden" by the following names; welborn, teresa d/b/a TERESA WELBORN et al., been given a summons to answer within twenty days to the claimant's master bill of lading in this special equal justice being rendered (Equity in admiralty and maritime cause of action and that the defendants'/libelees; welborn, teresa d/b/a TERESA WELBORN et al., et al..,has been brought before the Ecclesiastical High Court of Chancery and made a party to claimants/suitor/libellant's Master Bill of Lading in the equal justice being rendered in admiralty and maritime jurisdiction law of nations, by publication duly made, have failed to appear in personam only "Equity acts in personam" make defense to said bill within the time required by law; and I hereby demand and require a Writ of Quia Timet (Injunction) to be issued by the High Court of Chancery and its People who are bound by oath to be Persons Worthy of Trust who is Subject to the Common Law it is ordered that, as to them, the claimants/libellant/suitor/plaintiff bill be taken as confessed, and the cause be set forth to proceed ex parte.

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery
In district court for Arizona / New Mexico Territory

superior court of arizona maricopa county

## CLERK OF THE COURT JOSEPH W MALKA

---

**TAKE NOTICE**
**OF**
**DEFAULT**
**August/November 2025**
TERESA WELBORN
ADOT
STATE OF ARIZONA
NOTICES
OF
ATTEMPTED
SERVICES
MARICOPA COUNTY
SHERIFF'S
DEPUTY
being turned down by front desk employee(s) of ADOT
the Maricopa County Constable C2528 D.Martinez 11/12/25
Attempted Service Affidavit as Default Exhibit Attachment.
Establishing Defendant-side obstruction / impracticability
Preserving the August 2025 commencement date
Establish for Rule 4.1k Alternative service request

**TAKE**
**FURTHER NOTICE**
Defendants' of Authority deploy avenues of obstruction of process service(s) throughout the state
of Arizona, Sheriff's Deputies and Constables for Yavapai, Pinal, Coconino Counties intentional
obstructors of Case Docket No. CV2025-027997; Process Service(s) of Defendants' people of
authority complicity non-service interference(s).

NOTICE OF DEFAULT DOCKET FILE DATE: 4th  Day of December, 2025; CLERK OF
COURT SUPERIOR COURT ARIZONA MARICOPA COUNTY
RECEIPT OF SERVICE, HAND DOCKETED No. CV2025-027997

By : Mark-Rock: Higgins .

In admiralty and maritime jurisdiction by nature law of nations.
High Courts of Chancery

 **Maricopa County Justice Courts, Arizona**

**El Centro Justice Court**    620 West Jackson St., #1037,  Phoenix, AZ  85003    602-372-6300

CASE NUMBER: CV2025027997

| | |
|---|---|
| HIGGINS, MARK ROCK dba HIGGINS FAMILY | TERESA WELBORN (ADOT) |
| TRUST MARK-ROCK HIGGINS | 1655 W JACKSON ST MD 111F |
| 10642 W SOUTHERN | PHOENIX AZ 85007 |
| TOLLESON AZ 85353 | |

Plaintiff(s) Name / Address / Email / Phone        Defendant(s) Name / Address / Email / Phone

Attorney for Plaintiff(s) Name / Address / Email / Phone        Attorney for Defendant(s) Name / Address / Email / Phone

## CERTIFICATE OF SERVICE ☑ Attempted

Party to be served:  ☐ Plaintiff  ☒ Defendant  ☐ Garnishee  ☐ Witness

Documents to be served:

☒ Complaint/Summons/Notice          ☐ Residential Eviction Information Sheet

☐ Subpoena                          ☐ Eviction Notice

☐ Writ of Garnishment               ☐ Lease

☐ Injunction Against Harassment and Petition   ☐ Ledger

☐ Order of Protection and Petition   ☒ Other: amended II master bill of lading
                                     certificate of compulsory arbitration,

Date Received: 11/10/2025

*(stamp: 2025 NOV 12 AM 9: 27  RECEIVED EL CENTRO JUSTICE COURT)*

**SERVICE COMPLETED**

Date Served:_____ Time Served:_____ Method of Service:_____

Name of person or description of person served: _____

Comments: _____

Address where served: _____
☐ address as
indicated above    _____

**ATTEMPTED SERVICE**

Date Attempted: _11-12-25_ Time Attempted: _1446_ Method of Attempt: _IN-PERSON_

Date Attempted:_____ Time Attempted:_____ Method of Attempt:_____

Date Attempted:_____ Time Attempted:_____ Method of Attempt:_____

Comments: _This LOCATION DOES NT Accept LegAL Documents ALL LegAL Doc's must Be sent TO AZ Attorny GeneraL OFFpcc_

Address(es) where attempted: _1655 W. JACKON St._
☐ address as _MD 111F, Phx, AZ 85007_
indicated above

I declare under penalty of perjury that the foregoing is true and correct.

_Maricopa County Constable        CQ52P_
Agency                          Identification Number

_D. Monte___        _11-12-25_
Person Serving Signature        Date

CV 8150-162 R: 10/23/24

higgins, mark rock d/b/a Higgins Family Trust : Mark-Rock: Higgins .
_____
(YOUR NAME)
~10642 WEST SOUTHERN
_____
(ADDRESS)
~TOLLESON [~ARIZONA][~85353]
_____
(CITY/STATE/ZIP)
~602-315-4763
_____
(TELEPHONE NUMBER)
~10/17/25
_____
(DATE)

**FILED**

**NOV - 7 2025**
**EL CENTRO**
**JUSTICE COURT**

MARICOPA CONSTABLE: (Michael Flores) _____    **County Sheriff**
(COUNTY NAME)
10420 W. Van Buren St.
_____
(ADDRESS)
PHOENIX ARIZONA 85323                **COURT CASE NO.** CV2025-027997
_____    _____
(CITY/STATE/ZIP)

**REGARDING:** (NAME OF PERSON TO BE SERVED)   TERESA WELBORN

**I enclose a copy of the following documents:** (LIST ALL DOCUMENTS YOU WANT TO BE SERVED)
MASTER BILL OF LADING (COMPLAINT)
_____    _____
AMENDED II MASTER BILL OF LADING
_____    _____
CERTIFICATE OF COMPULSORY ARBITRATION
_____    _____

Please serve these papers on the Defendant.  His or her current address and physical description are:
welborn, teresa meili d/b/a TERESA WELBORN        TERESA WELBORN (ADOT)
_____    _____
(Defendant's NAME)

                                                  1655 W. Jackson St. MD 111F
_____    _____
(HOME ADDRESS)                                    (WORK ADDRESS)
                                                  PHOENIX, ARIZONA 85007
_____    _____
(HOME CITY/STATE/ZIP)                             (WORK CITY, STATE, ADDRESS)

| SEX | RACE | BIRTH | HGT. | WGT. | EYES | HAIR | SSN |
|-----|------|-------|------|------|------|------|-----|
|     |      |       |      |      |      |      |     |

Please return a notarized *"Affidavit of Service"* to my address at your earliest convenience.  The court requires that each document served be named in the *"Affidavit of Service."*

☐   I also enclose a deposit of $200.  I understand there is a $16.00 service fee, a travel fee of $2.40 per mile (one way), for each attempt at service, and a $8.00 notary fee.  I understand that the difference between my deposit and the fees accrued for service will be billed, or returned, to me.

**OR,**

☒   I also enclose a certified copy of the *"Order for Waiver/Deferral of Fees for Service of Process."*

Thank you for your cooperation in this matter.        s/ Mark-Rock: Higgins
_____
(YOUR SIGNATURE)

Enclosures

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CVC26p-100317

Person Filing: : Mark-Rock: Higgins . in personam only

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON, [~ARIZONA][~85353]

Telephone: ~602-315-4763

Email Address: ~ ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: N/A

ORIGINAL

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins . in personam

Name of Plaintiff

And

TERESA WELBORN

Name of Defendant

**Case No.:** CV2025-027997

**SUMMONS** Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** TERESA WELBORN

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205** *OR*

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** *OR*

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201** *OR*

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   • **601 West Jackson, Phoenix, Arizona 85003**
   • **18380 North 40th Street, Phoenix, Arizona 85032**
   • **222 East Javelina Avenue, Mesa, Arizona 85210**
   • **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

OCT 3 0 2025

**SIGNED AND SEALED this date**

_____
**CLERK OF SUPERIOR COURT**

Deputy Clerk    J. ORTIZ

JOSEPH W. MALKA, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

CERTIFIED COPY

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
08/22/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                               08/21/2025

RECEIVED CLERK OF THE COURT

HONORABLE ERIK THORSON                NOV 0 4 2025        C. Lockhart
                                                            Deputy       FILED

AGUA FRIA
JUSTICE COURT                                                NOV - 7 2025
                                                            EL CENTRO
MARK-ROCK HIGGINS                    MARK-ROCK HIGGINS JUSTICE COURT
                                      10642 W SOUTHERN
                                      TOLLESON AZ 85353

v.

RACHEL HOPE MITCHELL                 RACHEL HOPE MITCHELL
                                      225 W MADISON ST 3RD FL
                                      PHOENIX AZ 85003

MINUTE ENTRY

The Court has received and reviewed Plaintiff Mark-Rock Higgins' Motion for Alternative Service and Motion to Wave (sic) Fees, filed August 11, 2025. The Special Commissioner assigned to the case deferred filing fees indefinitely for this action on August 8, 2025. As that functions equivalent to a waiver at present,

**IT IS ORDERED denying** the waiver portion of the Motion as moot.

**IT IS FURTHER ORDERED denying** the Alternative Service portion of the motion as Plaintiff has not shown that service via normal means is impracticable, as required by Ariz. R. Civ. P. 4.1(k). Given the circumstances, however,

Docket Code 019                      Form V000A                          Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                        08/21/2025

**IT IS FURTHER ORDERED** waiving the fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

Date:  August 21, 2025

_/s/ Erik Thorson_
HON. ERIK THORSON
JUDGE OF THE SUPERIOR COURT



CLERK OF THE SUPERIOR COURT
FILED

12-1-2025   12:10 pm
A. Avina, Deputy

: Mark-Rock: Higgins
~10642 WEST SOUTHERN
~TOLLESON[~ARIZONA]
[~85353]
HigginsFamilyTrustTrustee@Gmail.com

# SUPERIOR COURT OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

**higgins, mark rock**
*d/b/a Higgins Family Trust et al.,*
    Plaintiff,

v.

**KATIE HOBBS** et al.,
**KRIS MAYES** et al.,
**ANN TIMMER** et al.,
**JERRY SHERIDAN** et al.,
**WARREN PETERSEN** et al.,
    Defendants'.

Case No.: **CV2025-027997**

# BILL OF EXCEPTIONS BASED ON ESTOPPEL
## AND
# PRIOR FINAL FEDERAL ADJUDICATION EXEMPLIFICATION CERTIFICATE FULL FAITH AND CREDIT OF
# (U.S.C. § 1738)

---

I, : higgins, mark rock d/b/a HIGGINS FAMILY TRUST : Mark-Rock: Higgins *in personam only* being of lawful age and competent to testify, declare under oath as follows:

## PURPOSE OF BILL OF EXCEPTIONS

Plaintiffs' submit this Bill of Exceptions to formally preserve and memorialize objections to Defendants' Motions to Dismiss and any rulings thereon that contradict or disregard binding federal judgments, treaty law, and preserved admiralty and maritime rights established within civil rights adjudication within an Article III United States District Court, SO ORDERED, by order, through competent Article III Judges competence.

Bill of Exceptions Estoppel

This Bill is submitted to ensure the record accurately reflects Plaintiffs' Article I courts' objections' based upon collateral estoppel, *res judicata,* full faith and credit, and Article VI supremacy, and to prevent waiver of such errors for appellate review.

## OBJECTION TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiffs' object to, and move to strike, Defendants' Motions to Dismiss as Article I procedurally improper and legally barred, where such motions attempt to [re]litigate issues already conclusively determined by final federal judgments entitled to full faith and credit.

Defendants' Motions to Dismiss disregard binding precedent and operate in contravention of established principles of collateral estoppel (issue preclusion) and *res judicata* (claim preclusion).

## ESTOPPEL AND PRECEDENT BY PRIOR FINAL FEDERAL ADJUDICATION ESTABLISHING 28 U.S.C. § 1738

Pursuant to the doctrines of collateral estoppel and *res judicata,* matters previously litigated and reduced to final judgment by a court of competent jurisdiction are conclusively settled and may not be [re]litigated in subsequent proceedings involving the same parties or those in privity.

In addition to the domesticated foreign civil rights judgment entered in Superior Court of Arizona, Maricopa County Case No. CV2024-021367, notice is hereby given of additional final Article III adjudications involving the Higgins Family Trust, adjudicated in the United States District Court for the Southern District of New York, including:

- MARK ROCK HIGGINS AKA SEAN RICK HIGGINS *d/b/a Higgins Family Trust* -against- DOUG DUCEY, Liablees'Case No. 22-CV-10801 (LTS) et al., ; (AS PER SEE Liablees' et al.,);

- Loretta Gay Scamp *d/b/a Higgins Family Trust* -against- KATIE HOBBS et al., Case No. 23-CV-1418 (LTS) et al., (AS PER SEE Liablees' et al.,)

      Each of the foregoing matters was adjudicated by Chief District Article III Judge Laura Taylor Swain, United States District Judge, within an Article III court, and resolved by order(s) entered as "SO ORDERED," constituting final federal judgments on the merits, continuing Article I presumptions of people within positions of authority violations, asserting Article I desires, and want of jurisdiction and invoke authority.

# FULL FAITH AND CREDIT / ISSUE PRECLUSION

The issues necessarily decided in the foregoing federal matters—together with the operative legal determinations and findings—are entitled to full faith and credit pursuant to Article IV, Section 1 of the United States Constitution and applicable federal law, and operate as binding precedent and estoppel upon all state courts, inferior tribunals, and administrative bodies, to the extent required by law.

All courts and officers acting under state or Article I authority are therefore estopped as a matter of law from re-examining, contradicting, or acting inconsistently with issues previously adjudicated in the above-referenced federal actions.

Any ruling predicated upon arguments foreclosed by such judgments would exceed lawful authority and contravene settled principles of claim and issue preclusion.

# OBSERVANCE AND NOTICE OF BINDING AUTHORITY

In observance of the constitutional oaths of office binding upon all states and their officers, administrators, and judicial authorities, notice is hereby given that this matter is informed by the existence of domesticated foreign civil rights judgments duly recognized within the State of Arizona.

Specifically, reference is made to Maricopa County Superior Court Case No. CV2024-021367, wherein properly authenticated civil rights judgments originating from the United States District Court for the Southern District of New York were entered upon the Arizona docket.

Said judgments were issued by Chief Judge Laura Taylor Swain and ordered "SO ORDERED," constituting final federal judgments entitled to full faith and credit.

# ARTICLE VI — SUPREMACY OF TREATY LAW AND PRESERVATION OF ADMIRALTY AND MARITIME RIGHTS

Article VI, Clause 2 of the United States Constitution provides that the Constitution, treaties, and laws made pursuant thereto constitute the supreme Law of the Land, binding judges in every state notwithstanding any contrary state law or procedure.

Federal jurisdiction over admiralty and maritime matters is expressly vested under Article III, Section 2, and such rights—including equitable principles recognized therein—are not subject to abridgment by inconsistent state procedure.

Accordingly, Article VI preserves and protects Plaintiffs' rights arising under treaty law and admiralty and maritime jurisdiction, and precludes any state action inconsistent with those superior authorities.

## JUDICIAL NOTICE (ARIZ. R. EVID. 201)

Plaintiffs respectfully request the Court take judicial notice, pursuant to Arizona Rule of Evidence 201, of the existence, authenticity, and legal effect of the prior final judgments and orders entered by the United States District Court for the Southern District of New York, including those domesticated in CV2024-021367, as matters not subject to reasonable dispute.

## SAVING-TO-SUITORS CLAUSE PRESERVED

Nothing herein is intended to disturb or expand the jurisdictional allocation between federal and state courts under the saving-to-suitors clause. Plaintiffs expressly preserve all rights and remedies recognized under admiralty and maritime law, consistent with the Supremacy Clause and controlling federal adjudications.

## PRESERVATION OF ERROR

This Bill of Exceptions is submitted to preserve all objections, exceptions, and constitutional claims for appellate review and to ensure that no waiver is implied by silence or omission in the event of adverse rulings.

## SUPERIOR AUTHORITY OF ARTICLE III
## JUDICIAL POWER

Under the U.S. Constitution, only Article III courts exercise the "judicial Power of the United States," which includes:

- •. Federal Question jurisdiction (28 U.S.C. §1331)
- •. Civil Rights jurisdiction (28 U.S.C. §§1343, 1983, 1986, etc.)
- •. Admiralty & maritime in personam jurisdiction (28 U.S.C. §1333)
- • Authority to issue binding judgments enforceable in all states (Article VI)

A judgment issued by an Article III court is a federal constitutional act, not a statutory one.
Therefore, state-level rules cannot conflict with or limit it.

# SUPREMACY CLAUSE (ART. VI) — FEDERAL JUDGMENTS ARE SUPREME

The Constitution explicitly states:

"This Constitution, and the Laws of the United States... and all Treaties... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby..."

A federal judgment is a "Law of the United States" within the meaning of Article VI.

This means:

✔ State courts must obey it.
✔ State rules cannot contradict it.
✔ State judges have no discretion to override, reinterpret, or diminish it.

## MARBURY: REPUGNANT LAWS & RULES ARE VOID

The Supreme Court held:

"All laws which are repugnant to the Constitution are null and void."
*Marbury v. Madison*, 5 U.S. (2 Cranch) 137, 174–76 (1803).

Applied here:
- State Rules of Civil Procedure
- State Rules of Criminal Procedure
- A.R.S. statutes
- Administrative rules
- Court policy
- Judicial practices or "discretion"

are VOID the moment they conflict with a federal Article III judgment.
Not "voidable."
NOT subject to appeal.
VOID ab initio.

## MIRANDA: PROCEDURAL RULES CANNOT ABROGATE CONSTITUTIONAL RIGHTS
### The Supreme Court stated:

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."
*Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

This means:

✔ State procedural rules cannot erase federal rights.

✔ Civil rules (Rule 12, Rule 8, Rule 11, Rule 56)

✔ Criminal procedure rules

✔ Administrative rules

CANNOT Override a Federal Judgment rooted in:

- Civil Rights
- Constitutional law
- Admiralty in personam jurisdiction
- Treaty law
- Federal-question jurisdiction

# SUPREME COURT ADMIRALTY RULES 1910
# EXCLUSIVE FEDERAL JURISDICTION

USDC SDNY Article III Judgment domesticated within SUPERIOR COURT OF ARIZONA FOR MARICOPA COUNTY CV2024-021367, is expressly tied to admiralty in personam jurisdiction, which is governed by the Supreme Court of United States 1910 Admiralty Rules:

Rule 3 — Suits *in personam ONLY*

Admiralty in personam only actions belong exclusively to Article III courts, not Article I state tribunals.

Rule 45 — Execution of Federal Admiralty Decrees

State tribunals may not interfere with execution of federal admiralty judgments.
Therefore:

✔ State procedural rules lack force

✔ State judges lack jurisdiction

✔ State interference is unconstitutional

# CIVIL RIGHTS JUDGMENTS HAVE NATIONAL FORCE

Federal civil rights judgments carry nationwide effect because:

- They are issued under 42 U.S.C. §§1981–1983
- They are part of constitutional enforcement
- They operate under federal supremacy 28 U.S.C. § 1738
- State courts cannot veto federal civil rights enforcement

**This is why the U.S. Supreme Court repeatedly holds that:**

✔ **State courts are required to give full faith and credit to federal judgments**

✔ **No state rule may override federal civil rights relief**

**This includes:**

- **Dismissal rules**
- **Filing rules**
- **Service rules**
- **Statutory defenses**
- **Immunity statutes**
- **Jurisdictional prerequisites**

**All of these collapse in the presence of a federal civil rights judgment.**

# FOREIGN JUDGMENT ACT (A.R.S. §12-1701)

Arizona law requires Arizona courts to enforce federal judgments.
It explicitly bars state judges from:
- modifying
- overturning
- diminishing
- re-deciding
- "second-guessing"

any authenticated Article III judgment.

# The Exemplification Certificate makes the Judgment Self-Proving and Unassailable.

# MEMORANDUM OF LAW
## **HOW AN ARTICLE III CIVIL RIGHTS JUDGMENT OVERRIDES AND NULLIFIES
## STATE STATUTORY RULES OF CIVIL AND CRIMINAL PROCEDURE**

## I. INTRODUCTION

I, higgins, mark rock, in personam only, submit this Memorandum to establish that the Article III Civil Rights Judgment issued by the United States District Court for the Southern District of New York, in Case No. 22-CV-9714 (LTS), 22-CV-10801, (LTS); 23-CV-1418(LTS) is supreme, controlling, and binding upon all Arizona state courts and tribunals.

This includes the foreign federal civil rights judgments' exemplified domestication within Superior Court of Arizona CV2024-021367 and Plaintiff seek contempt for NON-COMPLIANCE within Superior Court of Arizona CV2025-027997 of Article I People of authority sanctions that dictates ethical choices, for Article I people of authority, encroachment upon Private Rights as Article III stipulations, not to succumb to Article I overpowering force or yield to overwhelming desire for "Want of Jurisdiction".

As demonstrated below, a federal Article III judgment overrides, supersedes, and nullifies any conflicting:

- Arizona Rules of Civil Procedure
- Arizona Rules of Criminal Procedure
- Arizona statutes (A.R.S.)
- State "policy" or local rule making
- Judicial discretion
- Administrative interpretations
- Quasi-in-rem presumptions
- Article I statutory jurisdiction

The reason is simple: Federal Article III power is supreme.
State procedure cannot contradict it.

## ARTICLE III JUDICIAL POWER IS SUPERIOR TO STATE STATUTES & RULE MAKING

Under the United States Constitution, only Article III courts exercise the judicial Power of the United States.
This includes:
- Civil Rights jurisdiction (28 U.S.C. §§1331, 1343)
- Admiralty and maritime jurisdiction (28 U.S.C. §1333)

- Authority to issue judgments enforceable nationwide

When an Article III court renders judgment:

✔ State courts MUST honor it
✔ State rules have NO authority to modify it
✔ State statutory procedures CANNOT interfere with it

## SUPREMACY CLAUSE —
## FEDERAL JUDGMENTS ARE THE HIGHEST LAW

Article VI of the U.S. Constitution:

"This Constitution, and the Laws of the United States… and all Treaties… shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby."

An Article III judgment is a "Law of the United States."

Thus:

✔ Arizona judges are bound to honor
✔ Arizona statutes cannot contradict it
✔ Arizona Rules of Civil or Criminal Procedure CANNOT Override it
✔ No state tribunal may set it aside, dismiss it, or diminish it

## MARBURY v. MADISON (1803):
## *REPUGNANT RULES ARE VOID*

The Supreme Court held:

"All laws which are repugnant to the Constitution are null and void."
Marbury v. Madison, 5 U.S. (2 Cranch) 137, 174–76 (1803)

This means:

✔ If a state statute conflicts with a federal judgment →
*VOID*
✔ If a state procedural rule interferes with federal rights
*VOID*
✔ If a judge attempts to override federal authority →
*VOID*

Not Voidable.
Not Discretionary.
*VOID *ab initio.* *

## MIRANDA v. ARIZONA (1966):
## *NO RULE MAKING MAY ABROGATE FEDERAL RIGHTS*

The Supreme Court made this controlling statement:

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."
*Miranda v. Arizona, 384 U.S. 436, 491 (1966)*

Thus: ✔ Arizona Rule 12 ; ✔ Arizona Rule 8 ; ✔ Arizona Rule 4 (service) ;✔ Arizona Rule 11 ; ✔ Arizona Criminal Procedure Rules; **ALL VOID**

CANNOT be applied to deprive, diminish, or contradict a federal Article III civil rights judgment.

## FEDERAL ADMIRALTY IN PERSONAM ONLY SUPREMACY

Because the SDNY judgment also rests on admiralty/maritime *in personam only* jurisdiction, the 1910 Supreme Court Admiralty Rules apply.

### Rule 3 — Suits in Personam

Federal admiralty in personam actions are exclusively the province of Article III courts.

### Rule 45 — Execution of Decrees

State courts are prohibited from interfering with the execution of a federal admiralty decree.

Thus:

**✔ An Article III in personam judgment cannot be dismissed by a state**

**✔ Cannot be reconsidered by a state**

**✔ Cannot be contradicted by state procedural rules**

**✔ Cannot be subjected to quasi-in-rem conversion**

This makes state interference unconstitutional and void.

## FEDERAL CIVIL RIGHTS JUDGMENTS ARE NATIONAL IN SCOPE

A Civil Rights judgment under:

- 42 U.S.C. §1981
- 42 U.S.C. §1983
- 42 U.S.C. §1985

- 42 U.S.C. §1986

is binding in every STATE of the UNION.
Arizona cannot disregard it.
The Supreme Court has repeatedly held that:

✔ **State courts MUST enforce federal civil rights relief**
✔ **State procedure cannot obstruct federal remedies**
✔ **Article I tribunals cannot contractually bind**
   **Non-U.S. citizens into State Jurisdiction**

This includes attempts to apply:

- A.R.S. Titles 12 & 13
- Arizona Rules of Civil Procedure
- Arizona statutory "immunity" rules
- Judicial "discretion"

All fail in the presence of an Article III judgment.

## A.R.S. §12-1701 - ARIZONA MUST ENFORCE FEDERAL JUDGMENTS

Arizona's Foreign Judgment Act mandates that Arizona courts enforce:

- Federal district court judgments
- Exemplified judgments
- Article III civil rights judgments

Arizona judges have **NO** Authority to Modify, Contradict, or Ignore them.

Failure to enforce a federal judgment violates:

- The Supremacy Clause
- Full Faith & Credit
- Due Process
- Federal civil rights statutes
- The Law of Nations

# CONCLUSION

BY CAUSE OF:

- Article VI Supremacy Clause

- Marbury v. Madison (repugnant laws are void)

- Miranda v. Arizona (no rule-making can abrogate federal rights)

- 1910 Admiralty Rule 3 (exclusive federal jurisdiction)

- 1910 Admiralty Rule 45 (state courts cannot interfere)

- A.R.S. §12-1701 (Arizona must enforce federal judgments)

- Federal civil rights enforcement statutes

- Judiciary Act 1789—1903

It is conclusively established that:

**AN ARTICLE III CIVIL RIGHTS JUDGMENT OVERRIDES AND

NULLIFIES ALL CONFLICTING STATE STATUTORY RULES OF CIVIL

AND CRIMINAL PROCEDURE.**

*State rules cannot override it*

✔ *State statutes cannot contradict it*

✔ *State judges cannot set it aside*

✔ *State tribunals cannot diminish it*

✔ *State procedure is void when repugnant to federal law*

  ✔ Federal judgments > State rules

  ✔ Constitutional rights > State statutes

  ✔ Admiralty Rule 3 > State jurisdiction

✔ Miranda > No rule can abrogate constitutional rights

✔ Marbury > Repugnant laws are void

✔ Supremacy Clause > State judges are bound

✔ A.R.S. §12-1701 > Arizona must enforce the judgment

**Therefore**:

Any Statutory Arizona Rule of Civil Procedure or Criminal Procedure conflicts with an Article III Civil Rights judgment is automatically null and void as a matter of law.

**The Article III Judgment is Supreme, Binging, and Enforceable**

Not subject to discretion.

Not something the judge "considers."

Not a matter of waiver or pleading.

It is VOID from inception.

# *ARTICLE III JUDGMENT OVERRIDES ALL STATE PROCEDURE*

Respectfully submitted,

_____: Mark-Rock: Higgins :_____ ,

**higgins, mark rock** *d/b/a* Higgins Family Trust *: Mark-Rock: Higgins* *in personam sui juris* a private people irish moor aboriginal arizonian national as beneficiary/grantor/grantee/affiant without district of columbia united states nor a citizen of the united states of america in congress assembled, all rights reserved

## JURAT

**I DECLARE** under penalty of perjury under the laws of the Ali sonak (arizona) united states of america that the foregoing is true and correct to the best of my knowledge and belief.

(Arizona State)

ss.

(Maricopa county)

I **HEARBY DECLARE** that on this day before me, duly sworn, appeared higgins, mark-rock *in personam only* a private irish moor arizonian people and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

DECLARED before me in the County and State aforesaid this the 27th day November , 2025.

WITNESS by my hand

Witness: by; _____
(Melody L. Coll/Higgins)

Witness: by _____
(Loretta G. Scamp)

## *GOVERN YOURSELVES APPROPRIATELY*

## CERTIFICATE OF SERVICE

### KRIS MAYES ATTORNEY GENERAL FOR ARTICLE I COURTS'
### STATE OF ARIZONA AND SUBDIVISIONS' EMPLOYEES'

I Declare that the forgoing instrument (Special Cause to Proceed Ex Parte in the Original Exclusive Equity Admiralty and Maritime Jurisdiction by Nature Law of Nations) was served upon SUPERIOR COURT OF ARIZONA Court's agent(s), Defendants', by electronic ETurboCourt; Exemplification Certificate Attestation United States District Court for the Southern District New York Chief by: Article III District Judge: /s/ Laura Taylor Swain's *"Civil Judgment(s), order, SO ORDERED"*, hierarchy and superior opposition to herein above Defendants' dismissal cause, notice(s) of district court of the united states for the southern district new york cause of record herein, on December, 2025; .

Bill of Exceptions Estoppel                                                            Page 14 of 15

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN          DISTRICT OF          NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: CIVIL JUDGMENT, Case Name: HIGGINS FAMILY TRUST, ET AL, Plaintiff v. ANTONY BLINKEN, ET AL, Defendant, Case Number: 1:22-CV-9714-LTS, electronically filed in this Court on December 19, 2022*********
*****************************************************************************
*****************************************************************************
are true copies of records of this Court.

In testimony whereof, I sign my name and affix the seal of this Court, in this District, at

| New York, New York | on | September 16, 2025 |
|---|---|---|
| City | | Date |

Tammi Hellwig

*erk*

(By) _____ *Stanley Klimek* _____
Deputy Clerk
Stanley Klimek

I, _____ Robyn F. Tarnofsky _____, a Judicial Officer of this Court, tify that _____ Tammi M. Hellwig _____, named above, is and was on the date ed, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and this certificate, and the attestation of the record, are in accordance with the laws of the United States.

| September 16, 2025 | |
|---|---|
| Date | Signature of Judicial Officer |

U.S. Magistrate Judge
Title

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, ke___ of the seal, certify that the Honorable _____ Robyn F. Tarnofsky _____,
Judicial Officer
nar__ above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qua___d, and that I am well acquainted with the Judicial Officer's official signature and know and certify the __ve signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at ___ Southern District

| New York, New York | in this State, on | September 16, 2025 |
|---|---|---|
| City | | Date |

Tammi M. Hellwig

*Clerk*

By) _____ *Stanley Klimek* _____
Deputy Clerk
Stanley Klimek

**Exhibit** _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HIGGINS FAMILY TRUST, ET AL,

                            Plaintiff,

          -against-

ANTONY BLINKEN, ET AL

                           Defendants.

---

22-CV-9714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2022
          New York, New York

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                     Chief United States District Judge

---

this certificate, and the attestation of the record, are in accordance with the laws of the United States.

September 16, 2025
*Date*

                                 *Signature of Judicial Officer*

                                *U.S. Magistrate Judge*
                   *Title*

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____ Robyn F. Tarnofsky _____,
                                    *Judicial Officer*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and
qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify
the above signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at _____ Southern District
_____ New York, New York _____ in this State, on _____ September 16, 2025 _____
            *City*                                   *Date*

_____ Tammi M. Hellwig _____
*Clerk*                     *By)*             *Deputy Clerk*
                                        Stanley Klimek

**Exhibit**

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN                DISTRICT OF                NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: CIVIL JUDGMENT, Case Name: LORETTA GAY SCAMP, DBA HIGGINS FAMILY TRUST, Plaintiff v. ANTONY BLINKEN, ET AL., Defendants, Case Number: 23 CIVIL 1418 (LTS), electronically filed in this Court in March 27 2023 *********************************************************************
*********************************************************************
*********************************************************************
re true copies of records of this Court.

testimony whereof, I sign my name and affix the seal of this Court, in this District, at

_____ New York, New York _____              on _____ November 13, 2025 _____
            *City*                                                    *Date*

_____ Tammi Hellwig _____                    _____ Stanley Klimek _____
rk                                              (By)              Deputy Clerk
                                                                  Stanley Klimek

I, _____ Robyn F. Tarnofsky _____, a Judicial Officer of this Court, ify that _____ Tammi M. Hellwig _____, named above, is and was on the date ed, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_____ November 13, 2025 _____              _____
            *Date*                                          *Signature of Judicial Officer*

                                                   _____ U.S. Magistrate Judge _____
                                                                  *Title*

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Robyn F. Tarnofsky _____,
                                                                  *Judicial Officer*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at    Southern District
_____ New York, New York _____              in this State on _____ November 15, 2025 _____
            *City*                                                    *Date*

_____ Tammi M. Hellwig _____                _____ Stanley Klimek _____
Clerk                                            By)              Deputy Clerk
                                                                  Stanley Klimek

**Exhibit** _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORETTA GAY SCAMP,
*dba Higgins Family Trust*
                                    Plaintiff,

                -against-                                    23-CV-1418 (LTS)

ANTONY BLINKEN, ET AL.,                                    CIVIL JUDGMENT

                                    Defendants.

For the reasons stated in the March 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 27, 2023
          New York, New York

                                    _____/s/ Laura Taylor Swain_____
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge

__this certificate, and the attestation of the record, are in accordance with the laws of the United States.

___November 13, 2025___                 _____
         *Date*                             *Signature of Judicial Officer*

                                    ___U.S. Magistrate Judge___
                                    *Title*

I, _____Tammi M. Hellwig_____, Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____Robyn F. Tarnofsky_____,
                                    *Judicial Officer*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and
qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify
the above signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at ___Southern District___
___New York, New York___ in this State, on ___November 13, 2025___
         *City*                                           *Date*

___Tammi M. Hellwig___                  _____
                                        By)        Deputy Clerk
*Clerk*                                            Stanley Kimek

## CERTIFICATE OF SERVICE

I Declare that the forgoing instrument was served by Clerk of Court filed Notices on the AZTurboCourt's E-Service to the above cause to the Defendant's Attorneys' of record herein by in and through Clerk of Superior Court of Arizona for Maricopa County electronic E-Filing AZTurboCourt after Case Docket's filed Date of: Month; _December_, Day _1st_, Year 20_25_.

The parties were served via:

___ U.S. Registered Mail          ___ Facsimile          ___ Hand Delivery
___ UPS

___ Federal Express      ___ Other    _X_ E-File          ___ Email

By: /s/ :Mark-Rock: Higgins

## CERTIFICATE OF SERVICE

I Declare that the forgoing instrument was served by Clerk of Court filed Notices within AZTurboCourt's E-Service to the above cause to the Defendant's Attorneys' of record herein by in and through Clerk of Superior Court of Arizona for Maricopa County electronic E-Filing AZTurboCourt after Case Docket's filed Date of: Month; _December_____, Day _1st_, Year 20_25_.

The parties were served via:

___ U.S. Registered Mail          ___ Facsimile          ___ Hand Delivery
___UPS

___ Federal Express      ___ Other    _X_ E-File          ___ Email

By: /s/ :Mark-Rock: Higgins

:Mark-Rock: Higgins
~10642 WEST SOUTHERN
[~TOLLESON][~ARIZONA]
[~85353]

CLERK OF THE
SUPERIOR COURT
FILED
A. BELL. DEP

2025 DEC -3 AM 11: 08

## SUPERIOR COURT OF ARIZONA FOR THE COUNTY OF MARICOPA

MARK-ROCK HIGGINS,                    )    Case No.: **CV2025-027997**
in propria persona, sui juris,        )
majoris aetatis suae,                 )
                                      )    **PLAINTIFF'S OBJECTION**
        Plaintiff,                    )    **IN THE NATURE OF A**
                                      )    **(BILL OF EXCEPTIONS)**
v.                                    )    **AND**
                                      )    **MEMORANDUM OF LAW**
Rachel Hope Mitchell et al.,          )    **RE: DEFENDANTS' RULE 12**
Kristen K Mayes et al.,               )    **MOTIONS TO DISMISS**
Katie Hobbs et al.,                   )    **AND**
Ann A. Scott Timmer et al.,           )    **FEDERAL SUPREMACY**
Jerry Sheridan et al.,                )
_____

Plaintiff Mark-Rock Higgins ("Plaintiff"), appearing in propria persona, hereby files this Objection (in the Nature of a Bill of Exceptions) and Memorandum of Law prior to any ruling on Defendants' Rule 12 Motions to Dismiss, for the purpose of aiding the Court in adjudicating those motions consistent with federal supremacy, full faith and credit, and preclusion doctrines.

This filing is made to preserve constitutional, statutory, and jurisdictional objections for the record and for any appellate or special-action review.

### I. INTRODUCTION

Defendants' Rule 12 Motions to Dismiss invite this Court to re-examine, limit, or nullify the legal force of a final Article III judgment of the

United States District Court for the Southern District of New York ("USDC SDNY"), SO ORDERED on December 19, 2022, and domesticated in this Court pursuant to 28 U.S.C. § 1738 and Arizona's Uniform Enforcement of Foreign Judgments Act, A.R.S. § 12-1701 et seq.

Such relief exceeds the authority of a state trial court under the Supremacy Clause, U.S. Const. art. VI, cl. 2, and binding United States Supreme Court precedent.

## II. UNDISPUTED MATERIAL FACTS

1. On December 19, 2022, the United States District Court for the Southern District of New York entered a final civil judgment, SO ORDERED by an Article III judge (the "Federal Judgment").

2. The Federal Judgment is final and non-appealed.

3. The Federal Judgment was domesticated in the Superior Court of Arizona, Maricopa County, Case No. CV2024-021367, pursuant to 28 U.S.C. § 1738 and A.R.S. § 12-1701 et seq.

4. Plaintiff's Complaint in this action seeks recognition, effect, and relief consistent with that Federal Judgment; it does not seek re-litigation of matters already adjudicated.

5. Defendants have filed Rule 12 Motions to Dismiss that, if granted, would impair or deny operative legal effect to the Federal Judgment.

## III. GOVERNING LAW

A. Supremacy Clause — U.S. Constitution, Article VI, Clause 2

The Constitution and laws of the United States "shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby." U.S. Const. art. VI, cl. 2.

State courts lack authority to refuse effect to, or impose conditions upon, valid federal judgments. Testa v. Katt, 330 U.S. 386, 391 (1947).

A state court may not apply state procedural or substantive rules that defeat a federal right or judgment. Howlett v. Rose, 496 U.S. 356, 371–72 (1990).

B. Full Faith and Credit — 28 U.S.C. § 1738

Federal judicial proceedings "shall have the same full faith and credit in every court within the United States" as they have in the rendering court. 28 U.S.C. § 1738.

Arizona courts must therefore give a federal judgment the same preclusive and binding effect it would receive in federal court. Baker v. Gen. Motors Corp., 522 U.S. 222, 233 (1998).

Arizona courts expressly recognize this obligation. Lofts at Fillmore Condo. Ass'n v. Reliance Commercial Constr., Inc., 218 Ariz. 574, 575 ¶6 (2008).

C. Arizona Uniform Enforcement of Foreign Judgments Act

Once a foreign judgment is properly filed, it "has the same effect and is subject to the same procedures, defenses and proceedings for reopening, vacating or staying as a judgment of this state." A.R.S. § 12-1702.

## IV.    RULE 12 MOTIONS CANNOT COLLATERALLY ATTACK A FINAL FEDERAL JUDGMENT

A Rule 12 motion is a procedural vehicle to test pleadings, not a mechanism to re-litigate or nullify a final federal judgment.

State courts may not entertain collateral attacks on federal judgments on the merits; the only permissible inquiry is whether the rendering court had subject-matter jurisdiction. Durfee v. Duke, 375 U.S. 106, 111 (1963).

Defendants' motions, to the extent they challenge the substance or effect of the Federal Judgment, are barred by principles of claim preclusion and issue preclusion mandated by 28 U.S.C. § 1738.

## V. LIMITED ROLE OF THIS COURT

This Court may determine:

(a) Whether the parties are properly before the Court;

(b) Whether procedural prerequisites for enforcement were satisfied; and

(c) How the judgment is to be recognized within Arizona procedure.

This Court may not:

(a) Re-adjudicate the merits decided by the USDC SDNY;

(b) Impose state-law limitations inconsistent with the Federal Judgment; or

(c) Treat Plaintiff as excluded from constitutional protections while enforcing obligations against him.

## VI. PRESERVATION OF OBJECTION
## (IN THE NATURE OF A BILL OF EXCEPTIONS)

Plaintiff expressly objects and preserves for the record any order that:

(1) Grants Defendants' Rule 12 Motions in a manner that negates or diminishes the legal effect of the Federal Judgment;

(2) Applies Arizona statutes or procedural rules in conflict with the Supremacy Clause or 28 U.S.C. § 1738; or

(3) Conditions recognition or enforcement of the Federal Judgment upon doctrines incompatible with Article III finality.

### VII. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

A. Deny Defendants' Rule 12 Motions to Dismiss to the extent they conflict with federal supremacy and full faith and credit;

B. Recognize the December 19, 2022, USDC SDNY judgment as binding and controlling; and

C. Preserve all objections for appellate or special-action review.

RESPECTFULLY SUBMITTED this _3ᴿᴰ_ day of _December_, 2025.

_Mark-Rock-Higgins_

Mark-Rock Higgins

Plaintiff, in propria persona

[~10642 WEST SOUTHERN

[~TOLLESON], [~ARIZONA],[~85353]

[~HigginsFamilyTrustTrustee@Gmail.com]

## CERTIFICATE OF SERVICE

I Declare that the forgoing instrument was served by Clerk of Court filed Notices within AZTurboCourt's E-Service to the above cause to the Defendant's Attorneys' of record herein by in and through Clerk of Superior Court of Arizona for Maricopa County electronic E-Filing AZTurboCourt after Case Docket's filed Date of: Month; _December_, Day _3_, Year 20_25_.

The parties were served via:

___ U.S. Registered Mail          ___ Facsimile          ___ Hand Delivery
___UPS

___ Federal Express          ___ Other          _X_ E-File          ___ Email

By: /s/ :Mark-Rock: Higgins .

Clerk of the Superior Court
*** Electronically Filed ***
12/08/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    12/05/2025


                                          CLERK OF THE COURT
HONORABLE DAVID MCDOWELL                       K. Johanson
                                                Deputy


MARK-ROCK HIGGINS                    MARK-ROCK HIGGINS
                                     10642 W SOUTHERN
                                     TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL, et al.         EVELYN DUENAS


                                     NANCY M BONNELL
                                     TYLER CAMPMAN
                                     ELAN MIZRAHI
                                     MICHELE MOLINARIO
                                     JUDGE MCDOWELL


MINUTE ENTRY


On August 8, 2025 Mr. Mark Higgins filed a four-page form complaint, a 72-page attached document, and several other documents which are primarily filings from other courts. In his complex filing Mr. Higgins challenges various state and federal codes and statutes, the construction of the United States Constitution, the Constitution of Arizona, federal and state rules of procedure, various government agencies and departments, and the exercise of authority over him by the local, county, and state legislative, executive, and judicial branches.

Docket Code 019                 Form V000A                        Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    12/05/2025

Mr. Higgins asserts this court has jurisdiction over this matter while simultaneously challenging[1] the Arizona Constitution and state statutes which give this court jurisdiction and authority over this matter. Nonetheless, he brought this action in this court and by doing so submitted to its authority to address the issues before it.

Mr. Higgins' 82-page August 8, 2025 filing lists one defendant in the caption, Rachel Mitchell, but lists nearly 130 other individuals as defendants in the 72-page attachment to the form complaint. Many of those individuals have sought dismissal. Three motions to dismiss are fully briefed and ripe for determinations. One motion to dismiss is not fully briefed. Additionally, numerous individuals identified as defendants in Mr. Higgins' filings have not been served or appeared in this action and the time for service under the Civil Rules has expired. The disposition of the claims against the unserved defendants is also addressed in this Ruling.

**JUSTICE TIMMER'S AND BRUTINEL'S
MOTION TO DISMISS**

On September 29, 2025 Justice Timmer and Retired Justice Brutinel filed a *Motion to Dismiss Complaint.* Their motion, filed pursuant to Rule 12(b)(6) Ariz.R.Civ.Proc., asserts Mr. Higgins' Complaint fails to state a claim against them upon which relief can be granted because the Complaint contains no factual allegations identifying either Justices Timmer or Brutinel.

Mr. Higgin's response was due no later than October 20, 2025 including mailing days. Mr. Higgins filed no response by that date. He did file a Response on October 21, 2025. The response does not indicate whether it is a response to a particular motion to dismiss or to all of the pending motions to dismiss, so the court will treat it as a response to all of the motions, albeit late. His October 21, 2025 response does not address the specific arguments raised by Justices Timmer and Brutinel.

The narrow question presented by a motion to dismiss for failure to state a claim is whether facts alleged in a complaint are sufficient to allow the plaintiff an opportunity to prove his case. *Coleman v. City of Mesa*, 230 Ariz. 352, 363, ¶46 (2012). Dismissal is permitted only when a plaintiff would not be entitled to relief under any interpretation of the facts susceptible of proof. *Fid. Sec. Life Ins. Co. v. State Dep't of Ins.,* 191 Ariz. 222, 224, ¶4 (1998). Moreover, a motion to dismiss requires a court to accept all material facts alleged by the nonmoving party as true (*Acker v. CSO Chevira*, 188 Ariz. 252, 255 (App. 1997)), view those facts in the light most favorable to the nonmoving party (*Mirchandani v. BMO Harris Bank, N.A.,* 235 Ariz. 68, 69, ¶2 (App. 2014)), and indulge the non-moving party all reasonable inferences that the pled facts permit (*Cullen v. Auto–Owners Ins. Co.*, 218 Ariz. 417, 419, ¶7 (2008)). However, courts look only at the pleading and the "well-pled factual allegations" it contains. *Cullen*, 218 Ariz. 417, ¶7. Complaints that solely state legal

---

[1]    He refers to the Superior Court of Maricopa County as a "legal fiction".

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                12/05/2025

conclusions, or arguments without factual allegations, do not satisfy the notice-pleading standard. *Id.* Neither Mr. Higgins' form complaint nor the 72-page attachment contains factual allegations sufficient to put the defendants on notice of the claims against them.

Mr. Higgins' form complaint does not mention Justices Timmer or Brutinel. The 72-page attachment to the complaint identifies Justices Timmer and Brutinel on page three in the list of individuals identified as defendants. The body of the 72-page document does not mention the Justices and does not state any factual allegations about any actions or inactions by them which purports to give rise to any claims against them.

**IT IS ORDERED** granting Justice Timmer and Retired Justice Brutinel's Motion to Dismiss.

**IT IS ORDERED** dismissing Justice Timmer and Retired Justice Brutinel from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to Justices Timmer and Brutinel from this action.

**IT IS ORDERED** counsel for Justices Timmer and Brutinel shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **December 31, 2025**. If a request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **December 31, 2025**.

## GOODYEAR DEFENDANTS' MOTION TO DISMISS

On October 1, 2025 Defendants Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry (referred to as the Goodyear Defendants) filed a Motion to Dismiss asserting insufficient process, insufficient service of process, and Mr. Higgins' complaint fails to state a claim upon which relief can be granted.

Mr. Higgins' response to the motion was due no later than October 20, 2025 including mailing days. Mr. Higgins filed no response by that date. He did file a Response on October 21, 2025, it does not indicate whether it is a response to a particular motion to dismiss or to all of the motions to dismiss, so the court will treat it as a response to all of the motions, albeit late. The October 21, 2025 filing does not address any of the specific arguments asserted by the Goodyear Defendants. The Goodyear Defendants filed a reply on October 27, 2025.

Docket Code 019                          Form V000A                          Page 3

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                             12/05/2025


Defendants Beckles, Campbell, Fair, Gillis, Hampton, Kaino, Lauritano, Reed, Rodriguez, Stipp, Tellez, and Terry assert they have not been properly served. Defendants Beckles, Campbell, Gillis, Hampton, Kaino, Lauritano, Reed, Stipp, and Terry assert the documents were left with an individual who was not authorized to accept service and the other three defendants (Fair, Rodriguez, and Tellez) assert they were not served at all. Mr. Higgins' Response does not address the arguments about service on these individuals. Mr. Higgins has not attempted to demonstrate that service was proper or refute that the individual to whom the documents were delivered was not authorized to accept service.

**IT IS ORDERED** granting the motion to dismiss as to Defendants Beckles, Campbell, Fair, Gillis, Hampton, Kaino, Lauritano, Reed, Rodriguez, Stipp, Tellez, and Terry for lack of service.

The Goodyear Defendants allege Mr. Higgins' complaint is precluded by A.R.S. § 12-821.01 which requires the service of a notice of claim prior to filing an action against a public entity or employee. Defendants also allege that prosecutorial, qualified, and judicial immunity preclude Mr. Higgins' complaint against city employees. The failure to file a notice of claim, prosecutorial immunity, qualified immunity for discretionary acts, and judicial immunity are all grounds upon which Mr. Higgins' complaint may fail to state a claim; but the court finds the complaint and the attached 72-page document so lacking in facts that the court cannot identify what claims are being brought let alone whether the defenses asserted would preclude them.

Only three of the Goodyear Defendants are mentioned in the body of the 72-page document filed with the Complaint. Those are Defendants Delgado, Issit, and Johnson. None of the Goodyear Defendants are actually mentioned in the form complaint. The other Goodyear Defendants are only mentioned in the portion of that 72-page document labeled "defendants". While Defendants Delgado, Issit, and Johnson are mentioned in the body of that 72-page document, the paragraph in which they are mentioned does not contain any recitation of facts identifying what those three defendants are alleged to have done or not done which purports to give rise to any claims against them.

Dismissal is permitted when a plaintiff would not be entitled to relief under <u>any interpretation of the facts</u> susceptible of proof. *Fid. Sec. Life Ins. Co.* 191 Ariz. at 224, ¶4 (1998). Mr. Higgins' complaint does not contain well pled factual allegations sufficient to put the Goodyear Defendants on notice of the claims. Complaints that solely state legal conclusions, without any factual allegations, do not satisfy the notice-pleading standard. *Cullen*, 218 Ariz. 417, ¶7.

**IT IS ORDERED** granting the Motion to Dismiss filed by Defendants Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry

Docket Code 019                    Form V000A                              Page 4

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              12/05/2025

**IT IS ORDERED** dismissing Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry.

**IT IS ORDERED** counsel for the Goodyear Defendants shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **December 31, 2025**. If a request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **December 31, 2025**.

### MARICOPA COUNTY DEFENDANTS' MOTION TO DISMISS

On October 10, 2025 Defendants John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller, Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer and (referred to as "Maricopa County Defendants") filed a Motion to Dismiss asserting insufficient process, insufficient service of process, and that Mr. Higgins' complaint fails to state a claim upon which relief can be granted.

Mr. Higgins timely filed a response on October 21, 2025. On October 23, 2025 Deserae Aleethea Tucker and Andrew Stefan Warianka additional Maricopa County Defendants joined in the Motion filed on October 10, 2025. On October 27, 2025, the Maricopa County Defendants filed a reply in support of their Motion.

The Maricopa County Defendants dispute that Plaintiff served the following people:

Fred Arnett, Mireya Arroyo, Ken Cheuvront, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Andrew Gastelum, Joe B. Getzwiller, Joseph Guzman, Anna Huberman, Jennifer

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    12/05/2025

Jermaine, Kyle Jones, Blake King, Tyler Kissell, Teresa Lopez, Chris Mueller, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Hernandez Sama, Sharron Sauls, Elaissia Sears, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer

Rachel Mitchell, Ernie Cook, Steve Gallardo, Thomas Galvin, Justin Heap, Debbie Lesko, Kate McGee, Serena Sarassio, and Mark Steward contend they were not properly served because the full complaint was not served upon them. They also raise issues of defects with the summons. Gerald Sheridan and Sarena Serassio contend they were not properly served because the persons with whom the documents were left were not authorized to accept service on their behalf. Both also contend the documents left did not comprise the full complaint filed with the Clerk of the Court.

Mr. Higgins' Response does not address the arguments about service. Mr. Higgins has not attempted to demonstrate that service was proper or refute that the individuals with whom the documents were left were not authorized to accept service.

**IT IS ORDERED** granting the Motion to Dismiss based upon lack of process and lack of service of process on Defendants Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Andrew Gastelum, Steve Gallardo, Thomas Galvin, Joe B. Getzwiller, Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate McGee, Rachel Mitchel, Chris Mueller, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Hernandez Sama, Sharron Sauls, Elaissia Sears, Serena Serassio, Gerald Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer.

The Maricopa County Defendants assert Plaintiff's complaint fails to state a claim upon which relief can be granted arguing that the claims against judicial officers are precluded by judicial immunity, claims against prosecuting attorneys are barred by prosecutorial immunity, Mr. Higgins failed to file a notice of claim, Mr. Higgins is apparently challenging a criminal conviction through a civil proceeding, legislative immunity applies to the Board of Supervisors, and other governmental immunities apply to acts of governmental employees. As mentioned above, all of these defenses may preclude Plaintiff from obtaining relief, but the Court finds the complaint and the attached 72-page document so lacking in facts and references to the Maricopa County Defendants as to be able to identify what claims are brought let alone whether the defenses apply. The complaint fails to state, on a most basic level, the acts of the defendants which Plaintiff contends gives rise to any cause of action against them.

The court notes only nine of the more than forty Maricopa County Defendants are actually named in the body of the 72-page document submitted by Mr. Higgins and other than Rachel Mitchell

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    12/05/2025

none are named in the form Complaint. Those nine individuals named in the 72-page document are Defendants Allen, Flora, Gallardo, Galvin, Mitchell, Owens, Petersen, Serassio and Sheridan. While these individuals are mentioned in the body of the document, the paragraphs in which they are mentioned do not contain any recitation of facts identifying what those defendants are alleged to have done or not done and what causes of action arise from the alleged actions or inactions.

Mr. Higgins' complaint does not contain well-pled factual allegations sufficient to put the Maricopa County Defendants on notice of the claims. Complaints that solely state legal conclusions, without any factual allegations, do not satisfy the notice-pleading standard. *Cullen*, 218 Ariz. 417, ¶7.

**IT IS ORDERED** granting the Motion to Dismiss filed by Maricopa County Defendants John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller, Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer.

**IT IS ORDERED** dismissing John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller,  Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to John M. Allen, Fred Arnett, Mireya Arroyo, Ken Cheuvront, Eddie Cook, Leonore Driggs, Ashley Fitzwilliams, Royce Flora, Steve Gallardo, Thomas Galvin, Andrew Gastelum, Joe B. Getzwiller, Joseph Guzman, Justin Heap, Anna Huberman, Jennifer Jermaine, Kyle Jones, Blake King, Tyler Kissell, Debbie Lesko, Teresa Lopez, Kate Brophy McGee, Rachel Mitchell, Chris Mueller, Heidi Owens, Paul Petersen, Serena Pokrass, Jordan Ray, Michele Reagan, Cathy Riggs, Rebecca Rios, Jennifer Sama (aka Jennifer Hernandez), Sharron Sauls, Elaissia Sears, Serena Serassio, Jerry Sheridan, Mark Steward, Donald Watts, Gerald Williams, Kayela Willis, and Craig Wismer.

**IT IS ORDERED** counsel for the Maricopa Defendants shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **December 31, 2025**. If a

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          12/05/2025

request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **December 31, 2025**.


**REMAINING DEFENDANTS**


Mr. Higgins' August 8, 2025 filing only lists one person as a defendant in the caption, but the 72-page attachment lists nearly 130 others in the section labeled "defendants". Pages three through twelve. However, many other individuals are mentioned in the body of the 72-page attachment who are not listed as "defendants". It is unclear whether those other individuals were intended to be defendants, but since they are not listed as defendants, the court will not consider them so.

Mr. Higgins filed a document entitled "Amend Mistake Defendants" on August 25, 2025 where he purported to name additional defendants.

On October 21, 2025 Mr. Higgins filed what appears to be an amended complaint which listed some of the previously listed defendants, but not all of them, and adds additional people as defendants.[2] The chart below identifies who is listed in the section labeled "defendants" in each of the filings. Those individuals who appear in a row that is shaded have been dismissed by this Ruling. Those individuals who are in an unshaded row remain in this action, at this time. The chart is intended to illustrate the order related to service which appears below the chart.

| August 8, 2025 Complaint | August 25, 2025 Amended Mistake | October 21, 2025 Filing | Affidavits of Service on File[3] |
|---|---|---|---|
| Ainsley, Tina R. | | Ainsley, Tina R. | |
| Albrycht, Sara K. | | (Not named) | |
| Allen, John M. | | Allen, John M. | Filed 10/01/2025 |
| Arnett, Fred | | (Not named) | |
| Arnold-Noem, Kristi | | (Not named) | |
| Arroyo, Mireya | | (Not named) | |
| Axlund, Bret B. | | Axlund, Bret B. | |
| (Not named) | | Baker, Thompson | |

---

[2]    If this is an amended complaint it is improper because parties had already appeared by October 21, 2025 and many had filed motions to dismiss. Mr. Higgins was required to file a motion to amend and attach a copy of any proposed amendment designating new material and removed material. He did not do so.

[3]    The heading entitled "Affidavit of Service on File" denotes filed affidavits of service. The court is not commenting on whether service was proper – only that an affidavit has been filed.

Docket Code 019                      Form V000A                              Page 8

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                           12/05/2025

| | | | |
|---|---|---|---|
| Bales, William S. | | Bales, William S. | |
| Bastien, Carla J. | | Bastien, Carla J. | Filed 10/01/2025 |
| Beckles, Benita | | (Not named) | |
| Bessent, Scott Kenneth | | (Not named) | |
| Birkemeier, Sara E. | | Birkemeier, Sara E. | Filed 10/01/2025 |
| Bisignano, Frank J. | | (Not named) | |
| Bluff, Michael | | (Not named) | |
| Bondi, Pam | | (Not named) | |
| Brutinel, Robert M. | | Brutinel, Robert M. | Filed 10/01/2025 |
| Burgum, Douglas James | | (Not named) | |
| Campbell, Wally | | (Not named) | |
| Carman, Krista M. | | Carman, Krista M. | |
| (Not named) | | Check, Nichole B. | |
| Cheuvront, Ken | | (Not named) | |
| (Not named) | | Compton, Lloyd B. | |
| Conway, Deborah | | (Not named) | |
| Cook, Eddie | | Cook, Eddie | Filed 10/01/2025 |
| Countryman, Kenneth S. | | Countryman, Kenneth S. | |
| Daniels, Mark J. | | Daniels, Mark J. | |
| Delgado Jr, Manuel | | Delgado Jr, Manuel | Filed 10/01/2025 |
| Doolittle, Dolores J. | | Doolittle, Dolores J. | |
| Driggs, Leonore | | (Not named) | |
| Erickson, John | | Erickson, John | |
| Fair, Justin | | Fair, Justin | |
| (Not named) | | Felker, Richard | |
| Fine, Jeffrey R. | | Fine, Jeffrey R. | |
| Fitzwilliams, Ashley | | (Not named) | |
| Flora, Royce | | Flora, Royce | |
| (Not named) | | Fontez, Adrian P. | |
| French, Chris | | (Not named) | |
| Gallardo, Steven M. | | Gallardo, Steven M. | Filed 10/01/2025 |
| Galvin, Thomas F. | | Galvin, Thomas F. | Filed 10/01/2025 |
| Gastellum, Andrew | | Gastellum, Andrew | |
| Gendreau, Rachel | | Gendreau, Rachel | |
| Getzwiller, Joe | | (Not named) | |
| (Not named) | | Giardano, Matthew | |
| Gillis, Vicki | | (Not named) | |
| Goldstein, Joseph | | Goldstein, Joseph | |
| Gonzalez, Tony | | Gonzalez, Tony | |
| Gregario, Kelly | | (Not named) | |
| Guzman, Joseph | | Guzman, Joseph | |
| Hampton, Brannon | | (Not named) | |

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                      12/05/2025

| | | | |
|---|---|---|---|
| Hancock, Cele | | (Not named) | |
| Harris, Susan W. | | Harris, Susan W. | |
| Heap, Justin D. | | Heap, Justin D. | Filed 10/01/2025 |
| Hernandez, Jennifer | | (Not named) | |
| Hobbs, Kathleen K. | | Hobbs, Kathleen K. | Filed 10/08/2025 |
| Huberman, Anna | | Huberman, Anna | |
| Irish, Craig T. | | Irish, Craig T. | |
| Issit, Brian J. | | Issit, Brian J. | Filed 10/01/2025 |
| (Not named) | | Jenkins, Denise | |
| Jermaine, Jennifer | | (Not named) | |
| Johnson, Steven | | Johnson, Steven | Filed 10/01/2025 |
| Jones, Kyle | | (Not named) | |
| Judd, Randy J. | | Judd, Randy J. | |
| Kaino, Laura | | (Not named) | |
| Kelly, Thomas K. | | Kelly, Thomas K. | |
| Kemp, Michael W. | | Kemp, Michael W. | Filed 10/01/2025 |
| Kennedy, Robert F | | (Not named) | |
| King, Blake | | (Not named) | |
| Kissell, Tyler | | (Not named) | |
| (Not named) | | Kuknyo, Christopher | |
| Lauritano, Sheri | | (Not named) | |
| Lane, Matthew | | Lane, Matthew | |
| Lee, Kimberly | | Lee, Kimberly | |
| Lesko, Debbie | | Lesko, Debbie | Filed 10/01/2025 |
| Lohr, John L. | | Lohr, John L. | |
| Long, William H. | | (Not named) | |
| Lopez, Teresa | | (Not named) | |
| Lucas, Debra | | Lucas, Debra | |
| (Not named) | | Mallory, Mary L. | |
| Mashinsky, Alexander | | (Not named) | |
| Mashinsky, Kristine M. | | (Not named) | |
| Mayes, Kristin K. | | Mayes, Kristin K. | |
| Mayville, Aaron W. | | Mayville, Aaron W. | |
| McCord, Michael | | McCord, Michael | |
| McGee, Kate B. | | McGee, Kate B. | Filed 10/01/2025 |
| McGill, Michael P. | | McGill, Michael P. | |
| McQuality, Donna J. | | McQuality, Donna J. | |
| Mitchell, Rachel H. | | Mitchell, Rachel H. | Filed 10/01/2025 |
| Mueller, Chris | | (Not named) | |
| Nanos, Christopher C. | | Nanos, Christopher C. | |
| Orender, Dennis L. | | (Not named) | |
| Owens, Heidi M. | | Owens, Heidi M. | Filed 10/01/2025 |

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              12/05/2025

| | | | |
|---|---|---|---|
| Petrillo, Sophia | | Petrillo, Sophia | |
| Peterson, Paul D. | | Peterson, Paul D. | |
| Peterson, Warren | | Peterson, Warren | |
| Pifer, Jennifer C. | | Pifer, Jennifer C. | |
| Pizzilllo, Joseph | | Pizzilllo, Joseph | Filed 10/01/2025 |
| (Not named) | Phelan, Debra R | (Not named) | |
| Pokrasss, Serena C. | | Pokrasss, Serena C. | |
| Ray, Jordan | | (Not named) | |
| Reagan, Michelle | | (Not named) | |
| Reed, Wynette | | Reed, Wynette | |
| Rhodes, David L. | | Rhodes, David L. | |
| Riggs, Cathy | | (Not named) | |
| Rios, Rebecca | | (Not named) | |
| Rodriguez, Santiago | | Rodriguez, Santiago | |
| Rollins, Brooke Leslie | | (Not named) | |
| Rubio, Marco Antonio | | (Not named) | |
| Sama, Jennifer | | (Not named) | |
| Sauer, Dean J. | | (Not named) | |
| Sauls, Sharron | | (Not named) | |
| Sears, Elaissia | | (Not named) | |
| Serassio, Serena | | Serassio, Serena | Filed 10/01/25 |
| Sharifi, Kristen L. | | Sharifi, Kristen L. | |
| Sheridan Jerry | | Sheridan, Gerald A. | |
| Sisneros, Steven J. | | Sisneros, Steven J. | |
| Steward, Mark | | Stewart, Mark | Filed 10/01/2025 |
| Stipp, Bill | | (Not named) | |
| Teeple, Ross G. | | Teeple, Ross G. | |
| Tellez, ID 1105 | | Tellez, ID 1105 | |
| Terry, Trey | | (Not named) | |
| (Not named) | | Thompson, Maury | |
| Timmer, Ann S. | | Timmer, Ann S. | Filed 10/01/2025 |
| Titus, John A. | | Titus, John A. | |
| Toth, Jennifer J. | | Toth, Jennifer J. | Filed 10/01/2025 |
| Trump, Donald J. | | (Not named) | |
| Tuchi, John J. | | Tuchi, John J. | |
| (Not named) | Tucker, Desarae | Tucker, Desarae | Filed 10/01/2025 |
| Wallace, Linda | | Wallace, Linda | |
| (Not named) | Warianka, Andrew S. | (Not named) | Filed 10/01/2025 |
| Watt, Donald | | (Not named) | |
| Welborn, Teresa M. | | Welborn, Teresa M. | |
| Williams, Gerald | | (Not named) | |

Docket Code 019                    Form V000A                         Page 11

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                      12/05/2025

| Willis, Kayela | | Willis, Kayela | |
|---|---|---|---|
| Wisner, Craig | | (Not named) | |
| Wolf, Douglas J. | | Wolf, Douglas J. | |
| Wood, Frank P. | | (Not named) | |
| Yellen, Janet L. | | (Not named) | |
| Young, Anna | | (Not named) | |
| Young, Steven A. | | Young, Steven A. | |
| Zabor, Melissa | | (Not named) | |

Ariz.R.Civ.Proc. Rule 4 requires that service be completed within 90 days of the date of filing. The Complaint was filed August 8, 2025, the 90-day period expired on November 7, 2025.

**IT IS ORDERED** before **December 31, 2025** Plaintiff shall file affidavits of service documenting that any individual not dismissed above were served prior to November 6, 2025. If the court does not receive an affidavit of service for each of the individuals above, or the affidavit indicates service was not completed by **November 6, 2025**, the unserved defendant will be dismissed.

**IT IS ORDERED** signing this as a formal order of this court.

_____
HONORABLE DAVID MCDOWELL
JUDICIAL OFFICER OF THE SUPERIOR COURT

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
12/16/2025 4:48:47 PM
Filing ID 21127741

Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:    480-483-9600
Facsimile:    480-483-3215
Emails:        lcrown@bss.law
                    elan@bss.law
*Attorneys for The Goodyear Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARK-ROCK HIGGINS, <br><br> Plaintiff, <br><br> v. <br><br> RACHEL HOPE MITCHELL; CITY OF GOODYEAR; MANUEL DELGADO; CARLA BASTIEN; BRIAN J. ISSITT; SANTIAGO RODRIGUEZ; STEVEN A. JOHNSON; SARAH ELEANOR BIRKEMEIER; LAURA KAINO; SHERI LAURITANO; WALLY CAMPBELL; BILL STIPP; BRANDON HAMPTON; VICKI GILLIS; BENITA BECKLES; TREY TERRY; JOSEPH PIZZILLO; WYNETTE REED; JUSTIN FAIR; ADAM TELLEZ, et al., <br><br> Defendants. | Case No. CV2025-027997 <br><br><br> **NOTICE OF LODGING FORM OF JUDGMENT OF DISMISSAL WITH PREJUDICE OF THE GOODYEAR DEFENDANTS** <br><br><br> (Assigned to the Hon. David McDowell) |

Defendants Carla Bastien, Benita Beckles, Sarah Eleanor Birkemeier, Wally Campbell, Manuel Delgado, Justin Fair, Vicki Gillis, Brandon Hampton, Brian J. Issitt, Steven A. Johnson, Laura Kaino, Sheri Lauritano, Joseph Pizzillo, Wynette Reed, Santiago Rodriguez, Bill Stipp, Adam Tellez, and Trey Terry (the "Goodyear Defendants"), by and through counsel undersigned, hereby provide notice of filing their form of Judgment of Dismissal with Prejudice pursuant to this Court's Order entered December 5, 2025, granting Goodyear Defendants' Motion to Dismiss. The proposed Judgment of Dismissal is filed

- 1 -

concurrently herewith. Goodyear will not be submitting a Statement of Costs and Notice of Taxation of Costs.

RESPECTFULLY SUBMITTED this 16th day of December, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Elan S. Mizrahi*

Larry J. Crown
Elan S. Mizrahi
*Attorneys for The Goodyear Defendants*

ORIGINAL of the foregoing filed
electronically via AZTurboCourt on
this 16th day of December, 2025 with:

The Clerk of the Court
Maricopa County Superior Court

COPY of the foregoing mailed on
this 16th day of December, 2025 to:

Mark Rock-Higgins
10642 West Southern
Tolleson, AZ 85353
*Plaintiff Pro Per*

COPY of the foregoing emailed on
this 16th day of December, 2025 to:

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Nancy.Bonnell@azag.gov
*Attorneys for Justices Ann Scott Timmer
and Robert Brutinel (Ret.)*

Rachel H. Mitchell
Maricopa County Attorney
By: Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

/s/ *Karin A. Meister*

BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 2 -

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
12/18/2025 10:25:03 AM
Filing ID 21139683

Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-1746
Fax:  (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants Cochise County Sheriff
Mark Dannels and Randy Judd

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS in personam,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, et al.,<br><br>Defendants. | NO. CV2025-027997<br><br>**NOTICE OF ERRATA RE: EXHIBITS TO DEFENDANTS SHERIFF DANNELS AND JUSTICE OF THE PEACE JUDD'S NOTICE OF LIMITED APPEARANCE MOTION TO DISMISS**<br><br>(Assigned to the Honorable Erik Thorson) |

Defendants Cochise County Sheriff Mark Dannels and Cochise County Justice of the Peace Randy Judd ("Defendants") hereby submit this Notice of Errata regarding their Notice of Limited Appearance Motion to Dismiss ("Motion") filed on November 24, 2025.[1] Counsel inadvertently filed the Motion with the incorrect documents attached as Exhibit 2. Concurrent with the filing of this Notice of Errata, Defendants are attaching the exhibits with the correct documents included for Exhibit 2.

---

[1] By submitting this Notice of Errata Defendants do not waive their arguments that service was not properly executed or otherwise intend for this Notice to constitute such a general appearance which would waive any jurisdictional defenses to Plaintiff's Complaint.

119343072.1

DATED this 18th day of December, 2025.

JONES, SKELTON & HOCHULI P.L.C.


By */s/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Cochise County Sheriff
Mark Dannels and Randy Judd

2

119343072.1

ORIGINAL of the foregoing electronically filed this 18th day of December, 2025.

COPY of the foregoing mailed and e-mailed this 18th day of December, 2025, to:

Mark-Rock Higgins
10642 W. Southern
Tolleson, AZ 85353
Rockzz7@Icloud.com
*Plaintiff, in Pro Per*

COPY of the foregoing e-mailed this 18th day of December, 2025, to:

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY
Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
Civil Services Division
225 West Madison Street
Phoenix, AZ 85003
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

KRISTIN K. MAYES
Attorney General
Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
Nancy.Bonnell@azag.gov
*Attorneys for Defendants Justices Ann Scott Timmer and Robert Brutinel (Retired)*

Larry J. Crown, Esq.
Elan S. Mizrahi, Esq.
BRUECKNER SPITLER SHELTS PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255
lcrown@bss.law
elan@bss.law
*Attorneys for The Goodyear Defendants*

  /s/ Cindy Castro

3

119343072.1

# EXHIBIT 1

# ORIGINAL

**RECEIVED**
NOV 0 5 2025
BY: A8934
C CLARKS
SV CONSTABLE
1430 HRS

Person Filing: **: Mark-Rock: Higgins .**

Address (if not protected): **~10642 WEST SOUTHERN**

City, State, Zip Code: **~TOLLESON [~ARIZONA] [~85353]**

Telephone: **~602-315-4763**

Email Address: **~ROCKZZ7@ICLOUD.COM**

Lawyer's Bar Number: **N/A**

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**: Mark-Rock: Higgins**

Name of Plaintiff

Case No.: **CV2025-027997**

And ·

**Mark J. Dannels et al.,**

Name of Defendant

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _Mark J. Dannels et al.,_

Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons."**

2. **If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.**

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    AUG 2 7 2025

CLERK OF SUPERIOR COURT

JOSEPH W. MALKA, CLERK

By _____ Deputy Clerk

B. Yearin
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

**Person Filing:** : Mark-Rock: Higgins .

**Address (if not protected):** ~10642 WEST SOUTHERN

**City, State, Zip Code:** ~TOLLESON [~ARIZONA] [~85353]

**Telephone:** ~602-315-4763

**Email Address:** ~ROCKZZ7@ICLOUD.COM

**Lawyer's Bar Number:** N/A

**Representing** ☐ **Self, without a Lawyer or** ☐ **Attorney for** ☐ **Plaintiff OR** ☐ **Defendant**

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins
_____
Name of Plaintiff

And

Mark J. Dannels et al.,
_____
Name of Defendant

**Case No.:** CV2025-027997

**SUMMONS**

...ct with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Mark J. Dannels et al.,
_____
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

COPY

AUG 2 7 2025

**SIGNED AND SEALED this date**

CLERK OF SUPERIOR COURT

CLERK OF THE SUPERIOR COURT
B. YEARIN
DEPUTY CLERK

By_____
                **Deputy Clerk**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

Person Filing: _Mark-Rock: Higgins, in Personam_

Address (if not protected): _10642 W. Southern_

City, State, Zip Code: _Tolleson Arizona [85353]_

Telephone: _(602) 315-4763_

Email Address: _Rockzz7@Telovel.com_

Lawyer's Bar Number: _N/A_

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY

AUG - 8 2025

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Mark-Rock: Higgins in personam_
**Name of Plaintiff**

_Rachel Hope Mitchell et al.,_
**Name of Defendant**

Case Number: _CV2025-027997_

Title: **CIVIL COMPLAINT**
_163 Master Bill of Lading_

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☐ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☒ Other reason: _People bound by Oaths do business under authority of Maricopa County & State of Arizona_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f  070118

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request. *Unknown*

    *"Physical Relief"*

    ☐ Tier 1 = Actions claiming $50,000 or less in damages.

    ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

        OR  Actions claiming nonmonetary relief.

    ☐ Tier 3 = Actions claiming $300,000 or more in damages.


## PARTIES

3.  The Plaintiff in this case is : *Mark-Rock: Higgins d/b/a HFT as per Master Bill of Lading states*

4.  The Defendant in this case is *Rachel Hope Mitchell et al.,*


## STATEMENT OF FACTS AND BREACH

5.  *CASPER: 71 page Attestation Provided) USDC SDNY Case No 22-CV-9714 (LTS)*

6.  *Case No 22-CV-10801 (LTS) Civil/Judgment Order*

7.  *Case No. 23-CV-1418 (LTS) Civil/Judgment Order*

8.  *Case No 24-CV-3799 (LTS) Civil/Judgment Order*

9.  _____

10._____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(   )   SEE Memorandom Treaty Laws etc etc
Case No. 22-CV-9714 (LTS)

(   )_____

_____

(   )_____

_____

(   )_____

_____

(   )_____

_____

(   )_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(   )   See Complaint

_____

© Superior Court of Arizona in Maricopa County

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(    ) Honor their Oaths, Honor my Relief by Order

(    ) Honor Treaties made by the United States

(    ) Honor U.S. Supreme Court's admiralty Maritime Rules of Procedure. "In Personam only"

(    ) Honor Civil Judgment & Foreign Judgment Superior Court Case CV2024-021367 & CV2024-02137

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this    8-7-2025    .
*(Date of signature)*

: Mark-Rock: Higgins

*(Signature of Plaintiff or Plaintiff's Attorney)*

Person Filing: Mark-Rock: Higgins in personam
Address (if not protected):~ 10642 W. Southern
City, State, Zip Code:~ TOLLESON, [ARIZONA] [85353]
Telephone:~ 602.315.4763
Email Address: Rockz27@Icloud.Com
Lawyer's Bar Number: N/A
Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR ☒ Defendant

COPY

AUG 6 2025 FOR CLERK'S USE ONLY

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

:Mark-Rock: Higgins d/b/a
Higgins Family Trust et al.,
PLAINTIFF,

VS.

Rachel Hope Mitchell

DEFENDANT.

CV2025-027997

Case Number: _____

### CERTIFICATE OF COMPULSORY ARBITRATION

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____

_____

_____

SUBMITTED this 8th day of August, 20 25.

SIGNATURE :Mark-Rock:Higgins.



# Arizona Territory district court / Superior Courts of Arizona
## Maricopa County    Case No. CV2025-027997
## High Courts of Chancery

### *Master Bill of Lading*    Defendant's Copy

*NON-NEGOTIABLE*

**Ships Manifest**

Non-Negotiable

**Civil Dispute**

*Superior Court of Arizona Maricopa County Foreign Judgment Case No. CV2024-021367*
**Territory Of Arizona-Grenada-Spain**

Bill In Chancery
**Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/ Gods The Moors**

**The style of this Confederacy shall be known as**

The United States of America

**First Continental Congress**

1774 Articles Of Association (Charter)

**Second Continental Congress**

*1776 Declaration of Independence 1776 Articles of Confederation art.4* **United States In Congress Assembled**

***1781 Articles of Confederation a Perpetual Union***

*Article 1,2,3,4,6,9,12,13*

**1787 Northwest Ordinance**

*Section 1,2,8,13,14. Art. 4*

***Treaty of Marrakech 1786.***

*ARTICLE XXI., Treaty of Tunis 1824*

*ARTICLE XII.*

*Allegiance to The king of Great Britain and Debts owed*

*The First Charter of Virginia , April 10, 1606 sec 1&9*

*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath
*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Superior Court of Arizona Maricopa County    *Foreign Judgment No. CV2024-021367*





OCT 21 2025



CLERK OF THE SUPERIOR COURT
P. LEIN
DEPUTY CLERK

## In the district court for Arizona / New Mexico Territory aka
## Superior Courts of Arizona Maricopa County Admiralty/ Maritime Jurisdiction
## High Courts of Chancery    Case No. CV2025-027997

*Carrier/Custodian*

### Master Bill of Lading (Amended II)
*NON-NEGOTIABLE*
### Ships Manifest/Berth
Non-Negotiable
### Civil/Ecclesiastical Dispute Docket No. CV2025-027997
### Territory Of Arizona/New Mexico-Grenada-Spain
### Bill In Chancery
### Port of Entry
### Maricopa County
### Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/
### Gods The Moors (Berth) (Resurrection)
### The style of this Confederacy shall be known as

The United States of America

### First Continental Congress

1774 Articles Of Association (Charter)

### Second Continental Congress

*1776 Declaration of Independence 1776 Articles of Confederation art.4*

### United States In Congress Assembled

*1781 Articles of Confederation a Perpetual Union*

*Article 1,2,3,4,6,9,12,13*

### 1787 Northwest Ordinance

*Section 1,2,8,13,14. Art. 4*

### Treaty of Marrakech 1786.

*ARTICLE XXI., Treaty of Tunis 1824*

*ARTICLE XII.*

*Allegiance to The king of Great Britain and Debts owed*

*The First Charter of Virginia , April 10, 1606 sec 1&9*

*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath

The United States of America in Congress Assembled

### Constitution of the United States

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*    Page 1 of 91

# EXHIBIT 2

CERTIFIED COPY

Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    08/21/2025

                                          CLERK OF THE COURT
HONORABLE ERIK THORSON                        C. Lockhart
                                                Deputy


MARK-ROCK HIGGINS                    MARK-ROCK HIGGINS
                                     10642 W SOUTHERN
                                     TOLLESON AZ  85353

v.

RACHEL HOPE MITCHELL                 RACHEL HOPE MITCHELL
                                     225 W MADISON ST 3RD FL
                                     PHOENIX AZ  85003




MINUTE ENTRY

        The Court has received and reviewed Plaintiff Mark-Rock Higgins' Motion for Alternative Service and Motion to Wave (sic) Fees, filed August 11, 2025. The Special Commissioner assigned to the case deferred filing fees indefinitely for this action on August 8, 2025. As that functions equivalent to a waiver at present,

        **IT IS ORDERED** denying the waiver portion of the Motion as moot.

        **IT IS FURTHER ORDERED denying** the Alternative Service portion of the motion as Plaintiff has not shown that service via normal means is impracticable, as required by Ariz. R. Civ. P. 4.1(k). Given the circumstances, however,


Docket Code 019                    Form V000A                        Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    08/21/2025

**IT IS FURTHER ORDERED** waiving the fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

Date: _August 21, 2025_

_/s/ Erik Thorson_
HON. ERIK THORSON
JUDGE OF THE SUPERIOR COURT

Docket Code 019                    Form V000A                    Page 2

# ORIGINAL

Person Filing:_____ : Mark-Rock: Higgins .

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON [~ARIZONA] [~85353]

Telephone:_____ ~602-315-4763

Email Address:_____ ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number:_____ N/A

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_____ : Mark-Rock: Higgins
Name of Plaintiff

And

_____ Randy Jerome Judd et al.,
Name of Defendant

Case No.: CV2025-027997

**SUMMONS**

ect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** _____ Randy Jerome Judd et al.,
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: CV2025-027997

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

AUG 2 7 2025

SIGNED AND SEALED this date

CLERK OF SUPERIOR COURT

JOSEPH W. MALKA, CLERK

By _____

B. Yearin
Deputy Clerk

Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Person Filing: _____ : Mark-Rock: Higgins .

Address (if not protected): ~10642 WEST SOUTHERN

City, State, Zip Code: ~TOLLESON [~ARIZONA] [~85353]

Telephone: _____ ~602-315-4763

Email Address: _____ ~ROCKZZ7@ICLOUD.COM

Lawyer's Bar Number: _____ N/A

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

: Mark-Rock: Higgins
_____
Name of Plaintiff

And

Randy Jerome Judd et al.,
_____
Name of Defendant

Case No.: CV2025-027997

## SUMMONS

Connect with a qualified lawyer through the Lawyer Referral Service. Simply scan the QR code to complete a referral or call us directly at 602-257-4434. Sponsored by the Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully.**
> **If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** _____ Randy Jerome Judd et al.,
                                              Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 2                    CV11f 031820

Case Number: CV2025-027997

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

COPY

AUG 27 2025

CLERK OF SUPERIOR COURT
B. YEARIN
DEPUTY CLERK

SIGNED AND SEALED this date

By_____
            Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

Person Filing: _Mark-Rock: Higgins in Persona_

Address (if not protected): _~10642 W. Southean_

City, State, Zip Code: _Tolleson-Arizona [85353]_

Telephone: _~(602) 315-9763_

Email Address: _Rockzz7@Tclovd.com_

Lawyer's Bar Number: _N/A_

COPY

AUG - 8 2025

CLERK OF THE SUPERIOR COURT
J. BERNAL
DEPUTY CLERK

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_:Mark-Rock: Higgins in persona_
**Name of Plaintiff**

_Rachel Hope Mitchell et al.,_
**Name of Defendant**

Case Number: _CV2025-027997_

Title: **CIVIL COMPLAINT**
_163 Master Bill of hoping_

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☐ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☒ Other reason: _People bound by Oaths do business under authority of Maricopa County & State of Arizona_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request. *Unknown*

*"Physical Relief"*

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is : _Monk-Rock:Higgins d/b/a HFT as PER Master Bill of Lading States_

4. The Defendant in this case is _Rachel Hope Mitchell et al.,_

## STATEMENT OF FACTS AND BREACH

5. _CASPER: 7/page Attestation Provided) USDC SDNY Case No 22-CV-9714 (LTS)_

6. _Case No 22-CV-10801 (LTS) Civil/Judment Order_

7. _Case No. 23-CV-1418 (LTS) Civil/Judgment Order_

8. _Case No 24-CV-3799 (LTS) Civil/Judgment Order_

9. _____

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(   )   SEE Memorandum Treaty Laws etc etc
Case No. 22-CV-9714 (LTS)

(   ) _____

_____

(   ) _____

_____

(   ) _____

_____

(   ) _____

_____

(   ) _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(   )   See Complaint

_____

© Superior Court of Arizona in Maricopa County

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(    ) Honor their Oaths, Honor my Relief by Order

(    ) Honor Treaties made by the United States

(    ) Honor U.S. Supreme Court's admiralty Maritime Rules of Procedure "In Personam only"

(    ) Honor Civil Judment & Foreign Judgment Superior Court Case CV2024-021367 & CV2024-0237

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this ___8-7-2025___ .
(Date of signature)

:Mark-Rock: Higgins
(Signature of Plaintiff or Plaintiff's Attorney)

Superior Court of Arizona Maricopa County    *Foreign Judgment No.CV2024-021367*





OCT 2 1 2025



CLERK OF THE SUPERIOR COURT
P. LEIN
DEPUTY CLERK

### In the district court for Arizona / New Mexico Territory aka
### Superior Courts of Arizona Maricopa County Admiralty/ Maritime Jurisdiction
### High Courts of Chancery    Case No. CV2025-027997

*Carrier/Custodian*

### Master Bill of Lading (Amended II)
*NON-NEGOTIABLE*
### Ships Manifest/Berth
Non-Negotiable
### Civil/Ecclesiastical Dispute Docket No. CV2025-027997
### Territory Of Arizona/New Mexico-Grenada-Spain
### Bill In Chancery
### Port of Entry
### Maricopa County
### Under Allegiance of Emperor of Al Maroc Shereefian Empire/Morocco And the Lordships/
### Gods The Moors (Berth) (Resurrection)
### The style of this Confederacy shall be known as

The United States of America

### First Continental Congress

1774 Articles Of Association (Charter)

### Second Continental Congress

*1776 Declaration of Independence 1776 Articles of Confederation **art.4***

### United States In Congress Assembled

*1781 Articles of Confederation a Perpetual Union*

*Article 1,2,3,4,6,9,12,13*

### 1787 Northwest Ordinance

*Section 1,2,8,13,14. Art. 4*

### Treaty of Marrakech 1786.

*ARTICLE XXI., Treaty of Tunis 1824*

*ARTICLE XII.*

<u>*Allegiance to The king of Great Britain and Debts owed*</u>

*The First Charter of Virginia , April 10, 1606 sec 1&9*

*Treaty of Amity and Commerce Between The United States and France February 6, 1778 Art 8, 15 1782 Contract between the king and the thirteen United States of North America Signed at Versailles July 16, 1782 article 1 1783 Treaty of Paris signed at versailles Art. 1*

<u>Cause: Letters of Marque / Reprisal / Allegiance British Crown / People Bound By Oath</u>

The United States of America in Congress Assembled

### Constitution of the United States

*Master Bill of Lading in the Original  admiralty and Maritime jurisdiction  by nature law of nations*    Page 1 of 91

Superior Court for Arizona Maricopa        Foreign Judgment        Domesticated No. CV2024-021367



CLERK OF THE
SUPERIOR COURT
FILED
A. BELL, DEP

**2025 DEC 19 AM 8: 45**



higgins, mark rock
~10642 W Southern
~Tolleson, [~Arizona]
[~85353]
HigginsFamilyTrustTrustee@Gmail.com

## SUPERIOR COURT OF ARIZONA IN AND FOR MARICOPA COUNTY

Case No. **CV2025-027997**

**higgins, mark rock** *beneficiary a private*
*Moor irish aboriginal arizona national,*

*and subject of the Al Maroc Shereefian*  )
*Empire Suitor/Complainant/Libellant*  )
) 
*-v-*  )
) 
) 
*mitchell, rachel hope d/b/a*  )
*RACHEL H MITCHELL pirate/privateer/*  )
*administrator/esquire*  )
*MARICOPA COUNTY JUSTICE COURT et al.*)
*HEIRS AND ASSIGNS*  )
*Defendant(s'),Respondent(s') libelee(s')*  )

# INTERLOCUTORY
# APPEAL
## SPECIAL ACTION
### UNITED STATES
### CONSTITUTION
### ARTICLE IV, Section 1
### FULL FAITH and CREDIT
### CLAUSE
### DOMESTICATED JUDGMENT
### SUPERIOR COURT CV2024-021367
### ADMIRALTY MARITIME CAUSE

---

**IN RE: Enforcement of Domesticated Federal Judgment**
**USDC SDNY Case No. 22-CV-9714 (LTS)**
**Arizona Domestication Docket: CV2024-021367,**

### I. CONTROLLING QUESTION OF LAW

**SUPREMACY CLAUSE—**
**FEDERAL PRECLUSION—**
**TREATY LAW (ARTICLE VI)**

This filing is presented to the Superior Court of Arizona in and for Maricopa County as an interlocutory appeal / special action predicate, seeking immediate review of non-final orders that:

*Notice of Interlocutory Appeal*        Page 1 of 48

1.  Affect substantial rights, 2. Present pure question of federal constitutional law, and 3. Permit ongoing state-court action in conflict with a final Article III Federal judgment.

Because the challenged orders implicate the Supremacy Clause, immediate review is required. No adequate remedy exists by appeal after final judgment.

## II. CONTROLLING QUESTION PRESENTED

### ( MANDATORY YES / NO DETERMINATION )

### YES or NO

May the Superior Court of Arizona, at any stage of its proceeding—including interlocutory proceedings—issue or enforce orders that [re]adjudicate, condition, delay, or obstruct enforcement of a final Article III Federal civil judgment, duly domesticated under the Uniform Enforcement of Foreign Judgment Act, notwithstanding the Supremacy Clause of the United States Constitution Article IV § 1 Full Faith and Credit Act, and 28 U.S.C. § 1738, binding treaty law under Article VI, and federal claim-and issue-preclusion doctrines?

* If **YES**, Article VI has no operative force in Arizona Courts during ongoing proceedings.

* If **NO**, the challenged interlocutory orders are void to the extent of conflict and must be vacated.

There is no discretionary or intermediate answer.

## III. SUPREMACY CLAUSE—BINDING EFFECT ON THIS COURT

Under **Article VI, Clause 2**, the **Constitution**, federal statutes, ratified treaties, and Article II judgments are the supreme **Law of the Land**, binging on the judges of this State.

Once a federal court of competent jurisdiction enters a final *in personam only* judgment, and that judgment is Domesticated in Arizona, this Court's authority is strictly ministerial:

* Recognition
* Enforcement
* No modification, no [re]adjudication, no conditional delay.

Any interlocutory order inconsistent with the federal judgment exceeds state-court authority as a matter of constitutional law.

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

## IV. FEDERAL PRECLUSION OPERATES IMMEDIATELY

**A.**                    **Claim Preclusion (Res Judicata)**

Claim preclusion attaches upon entry of final federal judgment, not upon completion of the state proceeding. The Superior Court may not permit [re]litigation—direct or indirect—of claims that were or could have been adjudicated in the SDNY action.

**B.**                    **Issue Preclusion (Collateral Estoppel)**

Issue preclusion bars this Court, even interlocutorily, from revisiting:
* Federal juris already exercised,
* Rights and liabilities already adjudicated, or
* Determinations necessarily decided by federal court.
Procedural posture does not suspend preclusion.

## V. TREATY LAW PROPERLY FRAMED UNDER ARTICLE VI

## ( NO STATUS OR IDENTITY ADJUDICATION )

**The Treaty of Peace and Friendship between the United States of America and Morocco, as a ratified treaty, is supreme federal law under Article VI, equal in rank to federal statues and binding federal judgments.**

In this interlocutory appeal, the Treaty is invoked **solely as law,** not as claim of nationality, lineage, immunity, or political status.

The Treaty is cited for the following **legal principles,** long recognized within admiralty and the law of nations:

1.  In personam only adjudication proceed in equity and conscience;

2.  Private persons are accountable only through lawful judicial process;

3.  State tribunals may not interfere with federally adjudicated rights, directly or indirectly.

These principles **confirm,** rather than replace, the controlling force of:

* **The Article III Judgment,**
* **The Supremacy Clause,** and
* **28 U.S. Code § 1738** - State and Territorial statutes and judicial proceedings; full faith and credit

No inquiry into personal status is requested or required.

## VI. IRREPARABLE HARM WARRANTING INTERLOCULORTY RELIEF

**Each day the challenged orders remain in effect:**
* Federal supremacy is violated in real time;
* The domesticated judgment is effectively nullified ;

*Notice of Interlocutory Appeal*          Page 3 of 48

\* Constitutional injury accrues that **cannot be cured on appeal after final judgment.** Supremacy Clause violations constitute **per se irreparable harm.**

**VII.**             **RELIEF REQUESTED**

**The Complainant respectfully request that this Court:**

1. **Certify and recognize** the controlling federal supremacy issue presented;

2. **Vacate** any interlocutory orders inconsistent with the federal judgment;

3. **Limit further proceedings** to ministerial enforcement only; and

4. Grant such additional relief as required to preserve **Article VI supremacy**.



In the **district court for Arizona / New Mexico Territory aka Superior Courts of Arizona Maricopa County High Courts of Chancery**

Case No. **CV2025-027997**

In the **district court of Territory of Arizona, maricopa county Admiralty and Maritime Jurisdiction in Chancery**

**higgins, mark rock** *beneficiary* a *private Moor irish aboriginal arizona national, and subject of the Al Maroc Shereefian Empire Suitor/Complainant/Libellant*

–v–

*mitchell, rachel hope d/b/a RACHEL H MITCHELL administrator/esquire MARICOPA COUNTY JUSTICE COURT et al., HEIRS AND ASSIGNS Defendant(s'),Respondent(s') libelee(s')*

*Notice of Interlocutory Appeal*          Page 4 of 48

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

In the Supreme Court of Arizona Port of Arizona

## *Custodian/Carrier Master Bill of Lading*

**higgins, mark rock**, private people called Moor aboriginal (arizonian) national A Emperor, Master Merchant, a Piloter, a Mariner and Commander, Owner Maritime Lienholder of all vessels, chattels, goods, cargo, charters, estates, commodities etc. navigating waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire/Morocco,**"Equal justice being rendered"** In Admiralty and Maritime jurisdiction by nature law of nations

**In Chancery..... *Libelant / Appellant***

v.

Rachel H Mitchell et al, Carla J Bastien et al, Heidi M Owens et al, Manuel O Delgado Jr et al, Katie Hobbs et al, Kristin K Mayes et al, Jerry Sheridan et al, Serena C Pokrass, Brian J Issit et al, Santiago Rodriguez et al, Steven A Johnson, Sara E Birkemeier, Joseph Pizzillo et al, Wynette Reed et al, Justin Fair et al, Craig T Irish et al, Bret B Axlund et al, Matthew Giardano et al, John J Tuchi et al, Justin D Heap et al, Ann A Scott Timmer et al, Robert M Brutinel et al, Desa Rae Tucker et al, David L Rhodes et al, Kristen L Sharifi et al, Donna J McQuality et al, Tina R Ainley et al, Michael P McGill et al, Steven A Young et al, Warren Petersen et al, Steven J Sisneros et al, Jennifer J Toth / Dempsey et al, Jerry A Sheridan et al, Adrian P Fontez et al, Mark J Dannels et al, Ross G Teeple et al, Douglas J Wolf et al, John M Allen et al, Michael P McCord et al, Officer Tellez ID 1105 et al, Randy J Judd et al, Royce T Flora et al, Eddie L Cook et al, Willian Scott Bales et al, Paul D Petersen et al, Kimberly Yee et al, Dolores J Doolittle et al, Thomas K A Kelly et al, Michael W Kemp et al, Krista M Carman et al, Kenneth S Countryman et al, Tony Gonzales et al, Debra D Lucas et al, Jennifer C Pifer et al, Teresa M Welborn et al, John L Lohr Jr et al, Mark Stewart et al, Debbie Lesko et al, Kate B McGee et al, Thomas F Galvin et al, Steven M Gallardo et al, John W Erickson et al, Joseph P Goldstein et al, Linda Wallace et al, Rachel Gendreau et al, Jeffery R Fine et al, Christopher Nanos et al, Aaron W Mayville et al, Matthew Lane et al, Susan W Harris et al, Sophia Petrillo et al, Serana Serassio et al, Kayela Willis et al, Anna Huberman et al, Andrew Gastelum et al, Joseph Guzman et al, Mary L Mallory et al, Lloyd B Compton et al, Denise M Jenkins et al, Nichole B Check et al, Chris Kuknyo et al, Maury L Thompson et al, Jon A Titus et al, Thompson S Baker II et al, Richard F Felker et al,

**Respondent(s')/Libelee(s')**

*Notice of Interlocutory Appeal*                    Page 5 of 48

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

*On Interlocutory Appeal from the Superior Court of Arizona Maricopa County, Docket No CV2025-027997        (Honorable David McDowell)*

---

### *LIBELANT/APPELLANTS OPENING BRIEF*

---

*Filed by: higgins, mark rock, an Ipso Jure Moor In Personam, jus sanguinis c/o ~10642 WEST SOUTHERN [~TOLLESON], Territory of Arizona New Mexico (602) 315-4763*

Docket Document 2025-027997

## TABLE OF CONTENTS

Jurisdictional Statement ………………………………..v

Routing Statement………………………………………………………………………v

Issues Presented for Review ………………………………………………………vi

Statement of the Case ……………………………………………………….…..…1

Statement of Facts …………………………………………………...…………1-3

Summary of the Argument …………………………………………….. 3-15

Argument ………………………………………………………………..16-36

A.The Superior Court of Arizona lacked authority to construe or strike admiralty pleadings.

B. Treaties are the supreme law and bind all state judges, and
C. The Supreme Court has jurisdiction to correct the error on the face of the record.

Conclusion ………………………………………………… 36-37

Certificate of Compliance …………………………………….37

Certificate of Service……………………………………….37-38ii

## TABLE OF AUTHORITIES Treaties and laws (pre-constitution)

1786 Treaty of Marrakech United States in Congress Assembled and the Emperor of Al Maroc Shereefian Empire/Morocco……….9,10,12,23,,25,26,30,31,32,33

*Notice of Interlocutory Appeal*          Page 6 of 48

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

Treaty of Amity and Commerce Between The United States and France; February 6, 1778 art. 8, 15......................... 33,34

1776-1781 Articles of Confederation II,III, IV,VI,IX,X,XI,XII,XIII ...3,4,5,12,13,14,17,18,19,26,27,28,29

1787 Northwest Ordinance Art 4,13,14 ...........v, 29-30 1774

Articles of Association 1-5 .....................................................

1910 ARIZONA Constitution Article VI Sec. 4,6, 13, 21, Art II Sec. 2, 3, 4, 7, 8,

Articles of Peace and Commerce between the most High and Renowned Prince George II . by the Grace of God, King of Great Britain, France, Ireland, Defender of the Faith, c.& And the most High and Glorious, Mighty and right Noble Prince Muley Hammet Dahebby , Ben Muley Ismael, Ben Mulev Zeriph Ben Muley Aly, King and Emperor of the Kingdom of Fez and Morocco,Tafitet, Suz, and all the Algarbe audits Territories in Africa &c Concluded, agreed, and adjusted by John Ruffel Esq; on the Behalf of his Britannic Majesty, and by his Excellency Bashaw Hamet , Ben Aly , Ben Abdalla, and his Imperial Majesty's Admiral of Sallee, Hadge Abde'rcader Perez ,on the Behalf of the Emperor of Fez and Morocco, January 14 , 1728............................................. 35-36

Articles of Confederation of the United Colonies of New England; May 19, 1643 Art.4.....................................11,12

———————————————————————iii

## Constitutional Provisions

Constitution of the United States art. VI, cls. 1–2

**(Supremacy Clause)** v,3,16,19,21,23,24

Constitution of the United States Art. 1 section 8 cls 17-18, 14, 21, 22, 23

Judiciary Act of 1789, § 9,19,25,32............. v, 2,3,7,16,19,20

1801 Judiciary Act/1801 Organic act............................21-22

Chap. I.--An Act to organize the Territory of New Mexico 1850 Territory of New Mexico (Act of Sept. 9, 1850, 9 Stat. 446), section 9...............................I. 18,

II. Confederate Arizona...............(1861 — 1862).........

III. Creation of Arizona Territory......(1863 — 1864)

*Notice of Interlocutory Appeal*                    Page 7 of 48

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

1912 Arizona Constitution Art. 17 sec.4 ................ 23-26

Arizona Revised Statutes.............................................20-23

## Cases

Martin v. Hunter's Lessee, 14 U.S. 304 (1816).......................8

Society for the Propagation of the Gospel v. New Haven (1823).....................8

U.S. v. SCHOONER PEGGY, 5 U.S. 103 (1801)...................9

Ware v. Hylton,3 U.S. 199 (1796)................................8

Ex Parte Knowles, 5 Cal. 301-307 (1855)....................10

Owens v. Norwood's Lessee, 9 U.S. 344 (1809).....................9

George Washington's Letter to the Emperor of Morocco...15A

---

iv

## I. JURISDICTIONAL STATEMENT

This appeal arises from the Superior Court of Arizona Maricopa County interlocutory order entered on December 15, 2025. The notice of appeal was timely filed on December 27, 2025. Jurisdiction is proper under the Constitution of the United States Art. VI cls. 1-3 of the **Rules of Chancery/Equity and the Rules of Admiralty** and Chap. LXXXIII.--An Act to organize the Arizona Territory New Mexico section 9, Article 17, Section 4 of the 1863, 1912 Arizona Constitution, which grants this Court appellate jurisdiction over questions of law and validity arising under the Constitution, laws, and treaties of the United States. Pursuant to the *Judiciary Act of 1789* Sec. 25, 19

*But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears upon the face of the record, and immediately respects the before-mentioned question of validity or construction of the said Constitution, treaties, statutes, commissions, or authorities in dispute.*

*And be it further enacted, That it shall be the duty of circuit courts, in causes in* **equity** *and of* **admiralty and maritime jurisdiction,** *to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.*

*Notice of Interlocutory Appeal*          Page 8 of 48

## *ROUTING STATEMENT*

*This case is retained by this Court pursuant to the Constitution of the United States Art. VI cls 1-3 and 1787 Northwest Ordinance Art. 4, Sec.13-14*

v

## II. ISSUES PRESENTED FOR REVIEW

1. Whether the district court erred by striking and dismissing pleadings instead of addressing the *substantive admiralty and maritime treaty-based merits* of the complaint.
2. Whether the court's failure to rule on the controlling questions of validity and construction under Article VI of the Constitution of the United States and the *1786 Treaty of Marrakech* constitutes reversible error.

3. Whether, under Section 32 of the Judiciary Act of 1789, the trial court was obligated to render judgment "according as the right of the cause and matter in law shall appear," without regard to form.
4. Whether the Supreme Court of Nevada, as the appellate tribunal, must apply treaty obligations as self-executing and binding on all state judges.

5. Whether the Validity and Construction of the Constitution of the United States/U.S Constitution and laws of the United States including Nevada Revised Statutes (United States of America In Congress Assembled) is Repugnant to the Articles of Confederation (United States in Congress assembled) and whether the Construction of the Constitution of the United States is Repugnant to the 1786 Treaty of Marrakech

vi

## III. STATEMENT OF THE CASE

Libelant/Appellant filed a verified Master Bill of Lading and Statement of Causes in the Second Judicial District Court asserting breaches of international treaty, admiralty, and substantive maritime law. Defaults were entered against multiple Respondents, including certain state, city and county officers.

## IV. STATEMENT OF FACTS

Here are the following dates of my Complaint titled *"Master Bill Of Lading In Chancery Admiralty and Maritime Jurisdiction"* and subsequent amendments Amended II 10/21/25 libelees/defendants were issued Summons/Declaration of Service/Defaults/ Pro Confesso, Kristen K Mayes et al Summons Issued; Served/Twice NOT Excepted Service/Pro Confesso,  et al., Kathleen M Hobbs Summons Issued/Served, Rachel H

Mitchell et al., Summons issued/Served/Default, Manuel O Delgado Jr et al Summons Issued; Served/Defaulted/Pro Confesso, Steven Johnson et al Summons Issued; Served/ Defaulted/Pro Confesso, Carla J Bastein et al Summons Issued; Served/Defaulted/Pro Confesso, Serena Pokrass et al Summons Issued; Served/NOT Except/Pro Confesso, Brian J Issit et al Summons Issued; Served/Defaulted/Pro Confesso, Sara Birkemeier et al Summons Issued; Served/Default, Joseph Pizzillo et al Summons Issued; Served/ Defaulted/Pro Confesso; John W Erickson Summons Issued; Served/Defaulted/Pro Confesso, Steven Gallardo Summons Issued; Served/Defaulted/Pro Confesso, Debbie Lesko Summons Issued; Served/Defaulted/Pro Confesso, Mark Stewart Summons Issued; Served/Defaulted/Pro Confesso, Jon Titus Summons Issued; Served/Defaulted/Pro Confesso, Chris Kuknyo Summons Issued; Served/Defaulted/Pro Confesso, Maury Thomas Summons Issued; Served/Defaulted/Pro Confesso, Nichole Check Summons Issued; Served/Defaulted/Pro Confesso, Denise Jenkins Summons Issued; Served/ Defaulted/Pro Confesso, Lloyd Compton Summons Issued; Served/Defaulted/Pro Confesso, Mary Lorraine Summons Issued; Served/Defaulted/Pro Confesso, Serena Serassio Summons Issued; Served/Defaulted/Pro Confesso, Thomas Galvin Summons Issued; Served/Defaulted/Pro Confesso, Kate B McGee Summons Issued; Served/ Defaulted/Pro Confesso, Robert M Brutinel et al Summons Issued; Served/Defaulted/Pro Confesso, John J Tuchi et al Summons Issued; Served/Defaulted/Pro Confesso, Desa Rae Tucker et al Summons Issued; Served/Defaulted/Pro Confesso, Ann Scott Timmer et al Summons Issued; Served/Defaulted/Pro Confesso, Justin Heap et al Summons Issued; Served/Defaulted/Pro Confesso, Jennifer Toth et al Summons Issued; Served/Defaulted/ Pro Confesso, Jerry Sheridan et al Summons Issued; Served/Defaulted/Pro Confesso, Warren Petersen et al Summons Issued; Served/Defaulted/Pro Confesso, Steven Young et al, Michael Paul McGill et al, Tina Ainley et al Summons Issued; Served/Defaulted/Pro Confesso, Donna McQuality et al Summons Issued; Served, Richard F Felker Summons Issued; Served/Defaulted/Pro Confesso, Craig T Irish Summons Issued; Served/ Defaulted/Pro Confesso, Thompson S Baker II Summons Issued; Served/Defaulted/Pro Confesso, Kristen L Sharifi et al Summons Issued; Served, David L Rhodes et al Summons Issued; Served/Defaulted/Pro Confesso. The trial court ignored merits, and striked pleadings, papers, vacated and set aside summons and pro confesso/defaults and dismissed the action strictly for want of form *in error and violation of due process of law*.        This is directly in breach of the *Judiciary Act of 1789 sec. 32*

And be it further enacted, *That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process,*

*judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every*

2 **such imperfections, defects and wants of form,** other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

## V. SUMMARY OF THE ARGUMENT

The trial court erred by disregarding binding treaty obligations and admiralty and maritime jurisdiction expressly raised on the record. Article VI of the Constitution of the United States/U.S.Constitution admits treaties are "the supreme Law of the Land," all debts, contracted and engagements entered into before the adoption of this constitution, shall be as valid against the *United States of America in Congress assembled* as under the **(Articles of Confederation)** binding all judges notwithstanding any state law to the contrary and in violation of 1776-1781 Articles of Confederation Art II,III,IV,VI(IV), XIII,IX (Treaty) 1774 Articles of Association Art 1-5

*Each state retains its sovereignty, freedom, and independence, and every power, jurisdiction, and right, which is not by this Confederation expressly delegated to the United States, in Congress assembled."*

*The said States hereby severally enter into a firm league of friendship with each other, for their common defense, the security of their liberties, and their mutual and general welfare, binding themselves to assist each other, against all force offered to, or attacks made upon them, or any of them, on account of religion, sovereignty, trade, or any other pretense whatever.*

*No State, without the consent of the United States in Congress assembled, shall send any embassy to, or receive any embassy from, or 3 enter into any conference, agreement, alliance or treaty with any King, Prince or State; nor shall any person holding any office of profit or trust under the United States, or any of them, accept any present, emolument, office or title of any kind whatever from any King, Prince or foreign State; nor shall the United States in Congress assembled, or any of them, grant any title of nobility.*

*No two or more States shall enter into any treaty, confederation or alliance whatever between them, without the consent of the United States in Congress assembled, specifying accurately the purposes for which the same is to be entered into, and how long it shall continue.*

*No State shall lay any imposts or duties, which may interfere with any stipulations in treaties, entered into by the United States in Congress assembled, with any King, Prince or State, in pursuance of any treaties already proposed by Congress,* to the courts of France and Spain.

*No vessel of war shall be kept up in time of peace by any State, except such number only, as shall be deemed necessary by the United States in Congress assembled, for the defense of such State, or its trade; nor shall any body of forces be kept up by any State in time of peace, except such number only, as in the judgement of the United States in Congress assembled, shall be deemed requisite to garrison the forts necessary for the defense of such State; but every State shall always keep up a well-regulated and disciplined militia, sufficiently armed and accoutered, and shall provide and constantly have ready for use, in public stores, a due number of filed pieces and tents, and a proper quantity of arms, ammunition and camp equipage.*

*No State shall engage in any war without the consent of the United States in Congress assembled,* unless such State be actually invaded by enemies, or shall have received certain advice of a resolution being formed by some nation of Indians to invade such State, and the danger is so imminent as not to admit of a delay till the United States in Congress assembled can be consulted; *nor shall any State grant commissions to any ships or vessels of war, nor letters of marque or reprisal, except it be after a declaration of war by the United States in Congress assembled, and then only against the Kingdom or State and the subjects thereof,* against which war has been so declared, and under such regulations as shall be established by 4 the United States in Congress assembled, unless such State be infested by pirates, in which case vessels of war may be fitted out for that occasion, and kept so long as the danger shall continue, or until the United States in Congress assembled shall determine otherwise.

*No Colony or Colonies, without the Consent of the United States in Congress assembled, shall send any Embassy to or receive any Embassy from, or enter into any Treaty, Convention or Conference with the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall any Colony or Colonies, nor any Servant or Servants of the United States, or of any Colony or Colonies, accept of any Present, Emolument, Office, or Title of any Kind whatever, from the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall the United States assembled, or any Colony grant any Title of Nobility.*

*Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them;*

*unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.*

The Congress of the United States shall have power to adjourn to any time within the year, and to any place within the United States, so that no period of adjournment be for a longer duration than the space of six months, *and shall publish the journal of their proceedings monthly, except such parts thereof relating to treaties, alliances or military operations, as in their judgement require secrecy;* and the yeas and nays of the delegates of each State on any question shall be entered on the journal, when it is desired by any delegates of a State, or any of them, at his or their request shall be furnished with a transcript of the said journal, except such parts as are above excepted, to lay before the legislatures of the several States.

To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, *that a non-importation, non-consumption, and non-exportation agreement,* faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows:

*1.* That from and after the first day of December next, *we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo.*

*2. We will neither import nor purchase, any slave imported after the first day of December next;* after which time, *we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it.*

*3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid;* and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have

cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned.

*4.* The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a 6 non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament herein after mentioned, ate not repealed, *we will not directly or indirectly, export any merchandise or commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe.*

*5.* Such as are merchants, and use the British and Irish trade, will give orders, as soon as possible, to their factors, agents and correspondents, in Great-Britain and Ireland, not to ship any goods to them, on any pretence whatsoever, as they cannot be received in America; and if any merchant, residing in Great-Britain or Ireland, shall directly or indirectly ship any goods, wares or merchandize, for America, in order to break the said non-importation agreement, or in any manner contravene the same, on such unworthy conduct being well attested, it ought to be made public; and, on the same being so done, we will not, from thenceforth, have any commercial connexion with such merchant.

Because the 1786 Treaty of Peace and Friendship predates and supersedes the Constitution and remains self-executing the agreement between the Emperor of Al Maroc/Morocco **(Moors)** and the *"United States in Congress assembled"* **(Citizens of the United States)** internationally, it forms a controlling source of law. Under the Judiciary Act of 1789 § 32, courts must decide causes *"according as the right of the cause shall appear,"* not on form. The dismissal below therefore constitutes reversible error. The Treaty of Marrakesh (1786) remains in full force and provides mutual protection and equal justice between the parties—the Moors and the Citizens of the United States. Libelant/Appellant has suffered irreparable harm beyond repair and destruction of his private rights ———————————————————7 protected by the 1786 Treaty of Marrakech as a Ipso Jure Moor Subject and beneficiary of the Maritime Agreement ."Equity imputes an intent to fulfill an obligation","Equity follows the law","Equity does not aid the volunteer", Equity sees as done as what ought to be done","Equity regards the beneficiary as the true owner","Equity abhors a forfeiture", He who occasions the loss must bear the burden",

*The Constitution was for a new Government, organized with new substantive powers, and not a mere supplementary charter to a Government already existing. The Confederation was a compact between States, and its structure and powers were wholly unlike those of the National Government. The Constitution was an act of the people of the United States to supersede the Confederation, and not to be ingrafted on it, as a stock through which it was to receive life and nourishment." Martin v. Hunter's Lessee, 14 U.S. 304 (1816)*

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.* **Ware v. Hylton, 3 U.S. 199 (1796)**

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous* **Society for the Propagation of the Gospel v. New Haven (1823) 8** *Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper* **United States v. Schooner Peggy, 5 U.S. 1 Cranch 103 103 (1801)**

*Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.* **Owens v. Norwood's Lessee, 9 U.S. 344 (1809).**

So basically with all this being said, there **exists a conflict and variance of law** because if there already existed a Confederation of the United States before the adoption of the constitution, then is the Constitution of the United States really legitimate or valid? What Congress approved the adoption of the Constitution? Was the Constitution created behind closed doors as a political maneuvering scheme to dodge the Laws of Nations/ International Treaties? Are citizens of the United States/U.S citizens privateers pirates or enemies and does that party actually exist legitimately on an international stage?

As expressed in 1786 Treaty of Marrakech

**Art. II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors*

**Art. XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the*

*Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any*

*9 Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.*

**Art. XXIV.** *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them*

**Art.VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection. In the eighth section of the first article of the Constitution, enumerating the powers of Congress, is the following separate clause "To establish an uniform rule of naturalization and uniform laws on the subject of bankruptcy throughout the United States."metaphysical refinement, in examining the form of our government it might be correctly said that there is no such thing as a citizen of the United States. But constant usage-arising from convenience, and perhaps necessity, and dating from the formation of Confederacy-has given substantial existence to the idea which term conveys. A citizen of any one of the States of the Union, held to be, and called a citizen of the United States, although technically and abstractly there is no such thing. To conceive a citizen of the United States who is not a citizen of some one of the States totally foreign to the idea, and inconsistent with the proper construction and common understanding of the expression as used in the Constitution, on, which must be deduced from its various provisions. The object then to be attained, by the exercise of the power of naturalization, was to make citizens of the respective States."* Ex Parte Knowles, 5 Cal. 301-307 (1855) *10 So I hereby respectfully deny being a Citizen of the United States, a citizen of the United States or a U.S citizen. I never naturalized or renounced my titles of Nobility of my bloodline, my heritage lineage or allegiance to the Shereefian Empire nor will I ever do so. I also deny being born, borne or Subject to the jurisdiction thereof meaning under the authority of any of the United States Articles of Confederation or Constitution of the United States pursuant to the 1777 New York Constitution XLII and Articles of Confederation of the United Colonies of New England; May 19, 1643 art 4. and Treaty of*

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

*Marrakech Art. XXI* **4.** *It is by these Confederates agreed that the charge of all just wars, whether offensive or defensive, upon what part or member of this Confederation soever they fall, shall both in men, provisions and all other disbursements be borne* (**"To take on an obligation or duty"**) *by all the parts of this Confederation in different proportions according to their different ability in manner following, namely, that the Commissioners for each Jurisdiction from time to time, as there shall be occasion, bring a true account and number of all their males in every Plantation, or any way belonging to or under their several Jurisdictions, of what quality or condition soever they be, **from sixteen years old to threescore, being inhabitants there.** And that according to the different numbers which from time to time shall be found in each Jurisdiction upon a true and just account, the service of men and all charges of the war be borne by the poll: each Jurisdiction or Plantation being left to their own just course and custom of rating themselves and people according to their different estates with due respects to their qualities and exemptions amongst themselves though the Confederation take no notice of any such 11 privilege: and that according to their different charge of each Jurisdiction and Plantation the whole advantage of the war (if it please God so to bless their endeavors) whether it be in lands, goods, or persons, shall be proportionately divided among the said Confederates.*

**XLII. And this convention doth further, in the name and by the authority of the good people of this State, ordain, determine, and declare that it shall be in the discretion of the legislature to naturalize all such persons, and in such manner, as they shall think proper: Provided, All such of the persons so to be by them naturalized, as being born in parts beyond sea, and out of the United States of America, shall come to settle in and become subjects of this State, shall take an oath of allegiance to this State, and abjure and renounce all allegiance and subjection to all and every foreign king, prince, potentate, and State in all matters, ecclesiastical as well as civil.**

**Art. XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, **the Law of the Country shall take place and equal Justice shall be rendered,** the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.*

## 1781 Articles of Confederation

- Formed a loose Confederation of sovereign states recognized each State as independent united only for mutual defense and diplomacy
  - gave no central power to tax, regulate commerce, or override state authority Declared that any alteration required unanimous consent by all states.

---

12 ● This was a decentralized, voluntary union rooted more in natural law and mutual consent than in hierarchy

### The breach of the Articles of Confederation

Was the Constitution's ratification without congressional approval a breach of the Articles of Confederation?

The ratification of the US Constitution was indeed a departure from the procedures outlined in the Articles of Confederation, but it's important to understand the context and the legal arguments that justified this process: The Articles of Confederation required unanimous consent for amendments. The Articles stipulated that any alterations needed the approval of the Confederation Congress and then the unanimous ratification by all thirteen state legislatures. The Constitutional Convention bypassed this requirement. Instead of seeking unanimous consent, the framers stipulated that the Constitution would go into effect after ratification by special state conventions in nine of the thirteen states. This was outlined in Article VII of the Constitution itself. This was a direct breach of the Articles of Confederation Art XIII. *"Every State shall abide by the determination of the United States in Congress assembled, **nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State**."*

---

13 The Constitution of the United States/U.S. Constitution was ratified by the states, not a specific Congress. The states' ratifications, which began in December 1787 and concluded in May 1790, fulfilled the requirements outlined in Article VII of the Constitution. While Congress did play a role in the process by submitting the proposed Constitution to the states for ratification and later addressing the census and elections, it was the individual states that ultimately decided whether to adopt the new framework of government Some argue that because the Constitution was ratified by state conventions rather than by the state legislatures, as required for amendments under the Articles of Confederation, it represented a break from the established legal framework and was therefore not entirely legitimate within the strict terms of the Articles. The Constitution of the United States/ U.S. Constitution 1787 **"A COUP IN PAPER"** drafted in secret behind closed doors (Constitutional Convention) created a strong centralized federal government **(District of Columbia)** *Constitution of the United States Art 1 section 8* gave it power to tax, raise armies, regulate commerce, and override state decisions was ratified without unanimous consent violating Article XIII of the Articles of Confederation. **IT NEVER HAPPENED** Instead: The constitution replaced the Articles through *political maneuvering* not lawful amendment. The public was told it was for efficiency and unity but it centralized

14 power against the original intent. This is definitely Non-Substantive Due Process of Law which constitutes breach of Treaty

## A. George Washington's letter to the Emperor of Morocco Sidi Mohammed

*December 1st 1789 Since the Date of the Letter, which the late Congress, by their President, **addressed to your Imperial Majesty, the United States of America have thought proper to change their Government, and to institute a new one, agreeable to the Constitution,** of which I have the Honor of, herewith, enclosing a Copy. **The Time necessarily employed in this arduous Task, and the Derangements occasioned by so great, though peaceable a Revolution (Anarchy,overthrow), will apologize, and account for your Majesty's not having received those regular Advices, and Marks of Attention,** from the United States, which the Friendship and Magnanimity of your Conduct, towards them, afforded Reason to expect **The United States, having unanimously appointed me to the supreme executive Authority, in this Nation, your Majesty's Letter of the 17th August 1788, which, by Reason of the Dissolution of the late Government, remained unanswered, has been delivered to me. I have also received the Letters which your Imperial Majesty has been so kind as to write, in Favor of the United States,** to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgments, and Thanks of the United States, for this important Mark of your Friendship for them. We greatly regret that the hostile Disposition of those Regencies, towards this Nation, who have never injured them, is not to be removed, on Terms in our Power to comply with. **Within our Territories there are no Mines, either of Gold, or Silver, and this young Nation, just recovering from the Waste and Desolation of a long War, have not, as yet, had Time to acquire Riches by Agriculture and Commerce.** But our Soil is bountiful, and our People industrious; and we have Reason to flatter ourselves, that we shall gradually become useful to our Friends.*

## 15                              VI. ARGUMENT

A. The District Court lacked authority to construe or strike admiralty pleadings.

Admiralty and maritime jurisdiction are substantive, not procedural. When properly invoked, the court must proceed according to the law of nations and maritime custom, not state procedural codes. Striking pleadings *"for want of form"* contradicts Section 32 of the Judiciary Act of 1789, which commands courts to render judgment according to right, regardless of form.

## B.              Treaties are the supreme law and bind all state judges.

Article VI, Clause 1 and 2 makes treaties "the supreme law of the land." State judges are bound by oath to support them. The *1786 Treaty of Marrakesh* is self-executing and

guarantees due respect and equal justice to Moors and Citizens of the United States alike. Failure to apply it constitutes a breach of international obligation and due process.

*"**All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.**"*

*This constitution, and the laws of the United States which shall be made in pursuance thereof; and **all treaties made,** or which shall be made, under the authority of the United States **shall be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the constitution or laws of any state to the contrary notwithstanding***

16 Furthermore respectfully The Articles of Confederation is a Treaty because of its verbiage see Art. XIII *"**Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual**"* The word perpetual means *"**never ending**"* so respectfully speaking how can a document like the Constitution of the United States abolish, replace or supersede the Articles of Confederation when inside of that indenture through careful inspection exists no such verbiage as Perpetual? So it seems to me that the Constitution of the United States is nothing but a mere corporate resolution with no international backing or approval from any ancient governments i.e. The King of Great Britain, the King of France, The King of Spain or Sidi Mohammed, Emperor of Morocco, where is the proof in writing that the emperors and kings agreed to Recognize and ratify Treaties with the New Government under the Constitution of the United States on an International Stage from history we know for a fact the pre existing Treaties were already already ratified and approved with the Confederation Congress i.e United States in Congress assembled.

**Furthermore** even though I am exposing the illegitimacy of the Constitution of the United States I am actually doing it out of love there is no hostility in my heart at all I know from all my studies and research everyone has the right to choose which country they want to be subject to through the process of Berth not Birth and have the right to self determine who they are through Treaty which is

17 the Supreme Law of the Land through the only Jurisdiction that exists in the name of the Moors **"Admiralty and Maritime Jurisdiction"** Admiralty is as old as Navigation itself and Maritime is contracts/covenants. Nations cannot engage in commerce or intercourse without mutual consent through amity or else it would be considered molestation. The fact that I even have to go through these great lengths and mazes to prove who I am shows the clear breach of due process of law on an international stage. Even though the constitution was not ratified by the Confederation Congress you

Trustees/Servants still took an oath to that trust indenture and are bound to honor all debts contracts and engagements entered into before the adoption of the Constitution of the United States. *"Equity does not aid the volunteer","Equity imputes an Intent to fulfill an obligation", "Equity sees as done what ought to be done","Equity follows the law", he who occasions the law must bear the burden".*

The Great Governor of the World (Emperor of Morocco Sidi Mohammed) approved the ratification of the Articles of Confederation/United States in Congress assembled on an International stage pursuant to Article XIII.

*And Whereas it hath pleased the **Great Governor of the World to incline the hearts of the legislatures we respectively represent in Congress, to approve of, and to authorize us to ratify the said Articles of Confederation and perpetual Union.** Know Ye that we the undersigned delegates, by virtue of the power and authority to us given for that purpose, do by these presents, in the name and in behalf of our 18 respective constituents, fully and entirely ratify and confirm each and every of the said Articles of Confederation and perpetual Union, and all and singular the matters and things therein contained: **And we do further solemnly plight and engage the faith of our respective constituents, that they shall abide by the determinations of the United States in Congress assembled, on all questions, which by the said Confederation are submitted to them. And that the Articles thereof shall be inviolably observed by the States we respectively represent, and that the Union shall be perpetual.***

*In Witness whereof we have hereunto set our hands in Congress. Done at Philadelphia in the State of Pennsylvania the ninth day of July in the Year of our Lord One Thousand Seven Hundred and Seventy-Eight, and in the Third Year of the independence of America.*

*Agreed to by Congress 15 November 1777 In force after ratification by Maryland, 1 March 1781*

## C. The Supreme Court has jurisdiction to correct the error on the face of the record.

Section 25 of the 1789 Judiciary Act authorizes review whenever the validity or construction of a treaty, or the constitution itself, is drawn into question. The questions here are controlling and substantial and is in harmony with article VI Cls 1-2 of the Constitution of the United States/U.S Constitution in which your Trust Indenture clearly expresses the ability to question the validity and construction of that particular instrument

**"the face of the record, and immediately respects the before mentioned questions of validity or construction of the said 19 constitution, treaties, statutes, commissions, or authorities in dispute".**

The **questions** I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity and Construction of the 39th through 81st congress and its construction of the Constitution of the United States its commissions, acts, and laws known as the Organic Act of 1801-1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Nevada rules of civil Procedures, Nevada Rules of Appellate Procedure, Nevada Revised Statutes, 1864 Nevada Constitution, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, 1862 HOMESTEAD ACT, POLICE PRECINCTS, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution (Articles of Confederation), 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1776-1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII, 1787 Northwest Ordinance sec,13,14 and Art 4 and general acts of united states in congress assembled? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire :              (**Affirm or Deny**)

And furthermore I also draw into question the validity and construction of the constitution of the united states, 1848 Treaty of Hidalgo/Guadeloupe and whether its repugnant to the 1776-1781 Articles of Confederation article 6,9,12,13 and international Treaties such as 1786 Treaty of Marrakech, 1767 Treaty with Morocco and Spain,1767 Treaty with Morocco and France,1491/1492 Treaty of Grenada, 1795 Treaty of San Lorenzo, Treaties of Commerce and Navigation between Morocco and Great Britain January 14 ,1728, A

16. Treaty of Peace and Friendship, between the King of Great Britain, and the Emperor of Morocco 1751.

In the master bill of lading I made it very clear on the face of the record to draw into question the validity and construction of the Constitution of the United States but this brief would be too long to articulate all parts of the questions I raised so im only gonna dive deep into the Nevada Revised Statutes and if its repugnant to the Article VI of the Constitution of the United States as well as Article I section 8 clause 17 lets further dive into the verbiage of Article 1 section 8 clause 17 and 18 and the 1801 organic act/1801 judiciary act

17. To exercise exclusive legislation in all cases whatsoever, over such district (**not exceeding ten miles square**) as may, *by cession of particular states, and the acceptance*

*of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings*: And,

18. To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this constitution in the government of the United States, or in any department or officer thereof.

**19.** Exclusive legislation is **the authority of one level of government, most commonly the federal government, to create laws over a specific area or subject, displacing state authority**.

20. This is most prominently seen with federal land, where states have ceded their power to legislate, and in specific areas where Congress has been

21 granted exclusive jurisdiction by the U.S. Constitution, such as federal enclaves like forts or the nation's capital district.

*ASSUMPTION OF LEGAL JURISDICTION BY THE UNITED STATES. The acts of cession of both States provided that the jurisdiction of the laws of those States, respectively, over the persons and property of individuals residing within the limits of the sections aforesaid should not cease or determine until Congress, having accepted such cession, should by law provide for the government thereof under its jurisdiction, in the manner provided in the eighth section of the first article of the Constitution of the United States. The United States assumed legal jurisdiction in the District by "An act concerning the District of Columbia," approved February 27,1801 (2 Stats., 103).*

**Cessions Definition:** the formal giving up of rights, property, or territory by a state.

**ARS § 20-105** "Person" defined. "Person" includes an individual, company, insurer, association, organization, society, partnership and corporation.

**ARS § 45-291** "Person" means an individual, public or private corporation, partnership, firm, association, trust, and government entities.

So if we pay attention closely to Art 1 section 8 clause 17 and 18 the District of Columbia became the new seat of government operating using special legislation/Exclusive legislation one by one making states and territories give up their sovereignty that was clearly given to them expressly through the Articles of Confederation making them puppet states of a New Union of Federalists under the guise of the Constitution of the United States using exclusive legislation aka Marquee legislation **(letters of Marque/ Reprisal)** powered by the D.C Code and the Organic Acts its very clear that all so called state statutes are carbon copies of

22. the D.C. Code and in that Indenture it clearly defines the Word **"Person" as a Corporation or Partnership.** The Federal government powered by Article 1 section 8 has caused irreparable harm with the Assumption that everyone is a fictitious entity which is very unbecoming, Person through my careful analyzation is the **Slave** and the **Master** is clearly the **"service or labor"** through facts as I showed above the Arizona Revised Statutes is clearly **Quazi-In Rem** "as if its against a thing". Non Substantive due process of law to assume anyone is a government, a governmental agency and a political subdivision of a government and is also paper genocide to destroy Nations of People **"Equity will not allow a statute to be used a cloak for fraud"** Since the Arizona Revised statutes is special legislation/exclusive legislation (color of law) and this district clearly exceeded the 10 mile square Is a clear breach of Article VI clause 2 of the Constitution of the United States which is clearly written on the face of the Instrument that **"Treaties are Supreme law of the land and any laws of any state constitution or laws of the united states to the contrary is notwithstanding"** in breach of the 1786 Treaty of Marrakech article II

*If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.*
Furthermore the 1850 Organic Act to organize the Territory of *New Mexico Arizona Supreme Court judicial review; Arizona Organic Act 1912 Arizona Constitution Article 6 § 5 authorizes the authority to review as well*

**Sec 5.** of the Arizona Constitution outlines the jurisdiction of the Supreme Court, granting it original jurisdiction over habeas corpus and other extraordinary writs, as well as the power to make procedural rules for all courts. This section ensures that the Supreme Court can issue necessary writs and manage its appellate jurisdiction effectively. The supreme court shall consist of a chief justice and two associate justices, any two of whom shall constitute a quorum, and who shall hold a term at the seat of government of said Territory annually, and they shall hold their offices during the period of four years. The said Territory shall be divided into three judicial districts, and a district court shall be held in each of said districts by one of the justices of the supreme court, at such time and place as may be prescribed by law; and the said judges shall, after their appointments, respectively, reside in the districts which shall be assigned them. The jurisdiction of the several courts herein provided for, both appellate and original, and that of the probate courts and of the justices of the peace, shall be as limited by law: Provided, That justices of the peace shall not have jurisdiction of any matter in controversy when the title of boundaries of land may be in dispute, or where the debt or sum claimed shall exceed one hundred dollars; and the said *supreme and district courts, respectively, shall possess chancery as well as common-law jurisdiction; and authority for redress of all wrongs committed against the Constitution or laws of the United States, or of the Territory, affecting persons or property.* Each district court, or the judge thereof, shall appoint its

clerk, who shall also be the *register in chancery*, and shall keep his office at the place where the court may be held. *Writs of error, bills of exception, and appeals, shall be allowed in all cases from the final decisions of said district courts to the supreme court, under such regulations as may be prescribed by law*; but in no case removed to the supreme court shall trial by jury be allowed in said court. The supreme court, or the justices thereof, shall appoint its own clerk, and every clerk shall hold his office at the pleasure of the court for which he shall have been appointed. Writs of error and appeals from the final decisions of said supreme court, shall be allowed, and may be taken to the Supreme Court of the United States, in the same manner and under the same regulations as from the circuit courts of the United States, where the value of the property, or the amount in controversy, to be ascertained by the oath or affirmation of either party, or other competent witness, shall exceed one thousand dollars; and each of the said district courts shall have and exercise the same jurisdiction in all cases arising under the Constitution and laws of the United

24. States as is vested in the circuit and district courts of the United States; and the said supreme and district courts of the said Territory

### Art. 2 §3

Supreme law of the land; authority to exercise sovereign authority against federal action; use of government personnel and financial resources.

Section 3. A. The Constitution of the United States is the supreme law of the land to which all government, state and federal, is subject.

*Art. 2 Sec. 25. Section 25. No bill of attainder, ex-post-facto law, or law impairing the obligation of a contract, shall ever be enacted.*, and all bonds, executed to the Governor of the Territory or to any other Officer or Court in his or their official capacity, or to the people of the United States in the Territory of Arizona, shall pass to the Governor, or other officer or court, and his or their successors in office for the uses therein respectively expressed, and may be sued on, and recovery had accordingly; And all property real, personal or mixed, and all judgements, bonds, specialties, choses in Action, claims and debts of whatsoever description, and all records, and public Archives of the Territory of Arizona, *shall issue to and vest in the State of Arizona, and may be sued for and recovered in the same manner and to the same extent by the State of Arizona,* as the same could have been by the Territory of Arizona. All criminal prosecutions and penal Actions, which may have arisen, or which may arise before the change from a Territorial to a State Government, and which shall then be pending, *shall be prosecuted to judgement and execution in the name of the State. All offenses committed against the laws of the Territory of Arizona, before the change from a Territorial to a State*

*Government, and which shall not be prosecuted before such change, may be prosecuted in the name and by the Authority of the State of Arizona, with like effect as though such change had not taken place; And all penalties incurred, shall remain the same as if this Constitution had not been adopted;* All actions at law, *and suits in equity*, and other legal proceedings, which may be pending in any of the Courts of the Territory of Arizona at the time of the change from a Territorial to a State Government may be continued and transferred to, and determined by, any court of the State, *which shall have jurisdiction of the subject matter thereof.* All actions at law and *suits in Equity, and all other legal proceedings, which may be pending in any of the Courts of the Territory of Arizona at the time of the change from a Territorial to a State Government, shall be continued and transferred to, and may be prosecuted to judgement and execution*

25. *in any Court of the State which shall have jurisdiction of the subject matter thereof;* And all books, papers and records, relating to the same shall be transferred in like manner to such Court.

It is very crucial that this supreme court corrects the errors and restore due process of law of the trial courts because the state judges are bound to honor *"International Treaties the Laws of Nations"* Article VI of the Constitution of the United States binds all judges in the states to honor and obey *"all previous debts contracts and engagements entered into before the adoption of this constitution and is valid against the United States* (**United States of America in Congress assembled**) *as under the Articles of Confederation"* Pursuant to the 1777 New York Constitution XXVII., Articles of Confederation Article IX,IV X,XI,XII and 1787 Northwest Ordinance Article 4, section 13,14 and 1786 Treaty of Marrakech (Self-Executing) Article III,IV,VI,VII,VIII,XI,XIV,XV,XVII, XXI,XXII,XXIII,XXIV, Treaty of Amity and Commerce Between The United States and France; February 6, 1778 art. 8 and 15

**XXVII.** And be it further ordained, *That the register and clerks in chancery be appointed by the chancellor;* the clerks of the supreme court, by the judges of the said court; the clerk of the court of probate, by the judge of the said court; *and the register and marshal of the court of admiralty, by the judge of the admiralty.* The said marshal, registers, and clerks to continue in office during the pleasure of those by whom they are appointed as aforesaid.

IX. *The United States in Congress assembled shall have authority to appoint a committee, to sit in the recess of Congress, to be denominated 'A Committee of the States',* and to consist of one delegate from each State; and to appoint such other *committees and*

*civil officers as may be necessary for managing the general affairs of the United States under their direction -- to appoint one of their members to preside,* provided that no person be allowed to serve in the office of president more than one year in any term of three years; to ascertain the necessary sums of money to be raised for the service of the United States, and to appropriate and apply the same for defraying the public expenses -- to borrow money, or emit bills on the credit of the United States, transmitting every half-year to the respective States an account of the sums of money so borrowed or emitted -- to build and equip a navy -- to agree upon the number of land forces, and to make requisitions from each State for its quota, in proportion to the number of white inhabitants in such State; which requisition shall be binding, and thereupon the legislature of each State shall appoint the regimental officers, raise the men and cloath, arm and equip them in a solid-like manner, at the expense of the United States; and the officers and men so cloathed, armed and equipped shall march to the place appointed, and within the time agreed on by the United States in Congress assembled. But if the United States in Congress assembled shall, on consideration of circumstances judge proper that any State should not raise men, or should raise a smaller number of men than the quota thereof, such extra number shall be raised, officered, cloathed, armed and equipped in the same manner as the quota of each State, unless the legislature of such State shall judge that such extra number cannot be safely spread out in the same, in which case they shall raise, officer, cloath, arm and equip as many of such extra number as they judge can be safely spared. And the officers and men so cloathed, armed, and equipped, shall march to the place appointed, and within the time agreed on by the United States in Congress assembled.

*The United States in Congress assembled shall never engage in a war, nor grant letters of marque or reprisal in time of peace, nor enter into any treaties or alliances, nor coin money, nor regulate the value thereof, nor ascertain the sums and expenses necessary for the defense and welfare of the United States, or any of them, nor emit bills, nor borrow money on the credit of the United States, nor appropriate money, nor agree upon the number of vessels of war, to be built or purchased, or the number of land or sea forces to be raised, nor appoint a commander in chief of the army or navy, unless nine States assent to the same:* nor shall a question on

any other point, except for adjourning from day to day be determined, unless by the votes of the majority of the United States in Congress assembled.

**IV.** The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States; and the people of each State shall free ingress and regress to and from any other State, and shall enjoy therein all the

privileges of trade and commerce, subject to the same duties, impositions, and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any State, to any other State, of which the owner is an inhabitant; provided also that no imposition, duties or restriction shall be laid by any State, on the property of the United States, or either of them.

If any person guilty of, or charged with, treason, felony, or other high misdemeanor in any State, shall flee from justice, and be found in any of the United States, he shall, upon demand of the Governor or executive power of the State from which he fled, be delivered up and removed to the State having jurisdiction of his offense.

Full faith and credit shall be given in each of these States to the records, acts, and judicial proceedings of the courts and magistrates of every other State.

**X.** The Committee of the States, or any nine of them, shall be authorized to execute, in the recess of Congress, such of the powers of Congress as the United States in Congress assembled, by the consent of the nine States, shall from time to time think expedient to vest them with; provided that no power be delegated to the said Committee, for the exercise of which, by the Articles of Confederation, the voice of nine States in the Congress of the United States assembled be requisite.

28 **XI.** Canada acceding to this confederation, and adjoining in the measures of the United States, shall be admitted into, and entitled to all the advantages of this Union; but no other colony shall be admitted into the same, unless such admission be agreed to by nine States.

**XII.** All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.

**Art 4.** The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto.The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same common rule and measure by which apportionments thereof shall be made on the other States; and the taxes for paying their proportion shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within

*Notice of Interlocutory Appeal*          Page 28 of 48

the time agreed upon by the United States in Congress assembled. The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers. No tax shall be imposed on lands the property of the United States; and, in no case, shall nonresident proprietors be taxed higher than residents. The navigable waters leading into the Mississippi and St. Lawrence, and the carrying places between the same, shall be common highways and forever free, as well to the inhabitants of the said territory as to the citizens of the United States, and those of any other States that may be admitted into the confederacy, without any tax, impost, or duty therefor.

29 **Sec. 13.** And, for extending the fundamental principles of civil and religious liberty, which form the basis whereon these republics, their laws and constitutions are erected; to fix and establish those principles as the basis of all laws, constitutions, and governments, which forever hereafter shall be formed in the said territory: to provide also for the establishment of States, and permanent government therein, and for their admission to a share in the federal councils on an equal footing with the original States, at as early periods as may be consistent with the general interest:

**Sec. 14.** It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:

*Art. II. If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.*

*Art. IV. A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.*

*Art. V. If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.*

Superior Court for Arizona Maricopa                Foreign Judgment                Domesticated No. CV2024-021367

*Art VI. If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of*

30 America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

*Art. VII. If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.*

*Art. VIII. If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.*

*Art. XI. If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moorish or Christians.*

*Art. XIV. The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.*

*Art. XV. Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.*

*Art. XVII. Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.*

*Art. XX. If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the*

*Notice of Interlocutory Appeal*                Page 30 of 48

31 Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

*Art. XXI. If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.*

*Art. XXII. If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.*

*Art. XXIII. The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.*

*Art. XXIV. If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to*

32 any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

*Art. XXV. This Treaty shall continue in full Force, with the help of God for Fifty Years.*

*We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.*

*I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the **Emperor of Morocco** and the **United States of America**.*

*THOS BARCLAY*

*(1) Or Ouadnoun, on the Atlantic coast, about latitude 29°N*

**Art. 8.** *The most Christian King will employ his good Offices and Interposition with the King or **Emperor of Morocco or Fez,** the Regencies of Algier, Tunis and Tripoli, or with any of them, and also with every other Prince, State or Power of the Coast of Barbary in Africa, and the Subjects of the said King Emperor, States and Powers, and each of them; in order to provide as fully and efficaciously as possible for the Benefit, Conveniency and Safety of the said United States, and each of them, their Subjects, People, and Inhabitants, and their Vessels and Effects, against all Violence, Insult, Attacks, or Depredations on the Part of the said Princes and States of Barbary, or their Subjects.*

**Art. 15.** *If by the exhibiting of the above said Certificates, the other Party discover there are any of those Sorts of Goods, which are prohibited and declared contraband and consigned for a Port under the Obedience of his Enemies, it shall not be lawful to break up the Hatches of such Ship, or to open any Chest, Coffers, Packs, Casks, or any other Vessels found therein, or to remove the smallest Parcels of her Goods, whether such Ship belongs to the Subjects of France or the Inhabitants of the said United States, **unless the lading be***

33 brought on Shore in the presence of the Officers of the Court of Admiralty and an Inventory thereof made; but there shall be no allowance to sell, exchange, or alienate the same in any manner untill after that due and lawful Process shall have been had against such prohibited Goods and the Court of Admiralty shall by a Sentence pronounced, have confiscated the same: saving always as well the Ship itself as any other Goods found therein, which by this Treaty are to be esteemed free: neither may they be detained on presence of their being as it were infected by the prohibited Goods, much less shall they be confiscated as lawful Prize: But if not the whole Cargo, but only part thereof shall consist of prohibited or contraband Goods and the Commander of the Ship shall be ready and willing to deliver them to the Captor, who has discovered them, in such Case the Captor having received those Goods shall forthwith discharge the Ship and not hinder her by any means freely to prosecute the Voyage, on which she was bound. But in Case the Contraband Merchandiscs, cannot be all receiv'd on board the Vessel of the Captor, then the Captor may, notwithstanding the Offer of delivering him the Contraband Goods, carry the Vessel into the nearest Port agreable to what is above directed.

*Furthermore in conclusion its no more to express that the laws mentioned in this here brief has not already been said Treaties are the supreme law of the land admiralty and maritime jurisdiction is international and only deals with substance and laws of nations honestly there has been a breach of Treaties of all sorts pre dating the constitution by forming the Constitution of the United States without unanimous consent of the legislatures of the states and the United States in Congress assembled which is very simple and the right thing to do so the trust indenture (minutes) would of been updated and reflect the establishment of the*

34 Constitution as a proper committee of the states being acknowledged internationally since this never happened this a clear breach of due process of law on an international stage where the United States of America was recognized on an International stage by Treaty and the Articles of Confederation which is a Treaty as well and the Great Governor of the World Sidi Mohammed approved the ratification of the Articles of Confederation and the Emperors of Al Maroc/Morocco before him approved all Confederations around the World Including Great Britain,Spain, France etc Jus Soli and Jus Sanguinis

***Articles of Peace and Commerce between the most High and Renowned Prince George II . by the Grace of God, King of Great -Britain, France , Ireland , Defender of the Faith, c.& And the most High and Glorious, Mighty and right Noble Prince Muley Hammet Dahebby , Ben Muley Ismael, Ben Mulev Zeriph Ben Muley Aly, King and Emperor of the Kingdom of Fez and Morocco , Tafitet , Suz, and all the Algarbe audits Territories in Africa &c . Concluded, agreed, and adjusted by John Ruffel Esq; on the Behalf of his Britannic Majesty, and by his Excellency Bashaw Hamet , Ben Aly , Ben Abdalla, and his Imperial Majesty's Admiral of Sallee, Hadge Abde'r- . cader Perez ,on the Behalf of the Emperor of Fez and Morocco, January 14 , 1728***

*Art I. THAT all Moors or Jews subject to the Emperor of Morocco shall be allowed a free Traffic, viz. to buy or sell for 30 Days in the City of Gibraltar or Island of Minorca, and not to reside in either Place, but to depart with their Effects, without Let or Molestation, to any Part of the said Emperor of Morocco's Dominions, Breached in the past*

*Art.II. That the King of Great Britain s. Subjects residing in Barbary shall ,not be obliged to appear before the Cadi or Justices of the Country; but only the Governor of the Place and his Britannick Majesty's Consul are to take Cognizance of and adjust the*

35 Differences they may have with the Natives of the Country.Breached in the past Art.III. That the menial Servants of his Britannick Majesty's Subjects, the Natives of the Country,either Moors or Jews, be exempt from Taxes of all Kinds. Breached in the past

***Art.IV.** That all his Britannic Majesty's Subjects, as well Passengers as others, taken by any of the Emperor of Fez and Morocco's Cruizers , on board any foreign Ship or Vessel whatever, shall immediately be set at Liberty and sent to the City of Gibraltar. Breached in the past*

***Art.V.** That there be Permission for buying Provisions and all other Necessaries for his Britannic Majesty's Fleet, or City of Gibraltar, at any of the Emperor of Fez and Morocco's Sea Ports, at the Market Prices, and the fame to be shipped off without paying Custom, as has been extorted lately contrary to the Treaty of Peace subsisting.Breached in the past*

***Art.VI.** All the other Articles, being fifteen in Number, concluded, agreed, and adjusted by the Honourable Charles Steward, Esq; on the Behalf of his Britannick Majesty, and by his Excellency Bashaw Hamet Ben Aly, Ben Abdalla , and his Imperial Majesty's Trea¬ surer Mr . Moses Ben Hatter, a few, on the Behalf of the said King of Fez and Morocco, sir all stand good, and be of the same Force , as in the Reign of the most high and renowned Prince George I . King of Great Britain , France and Ireland, c & . of glorious Memory , and the high and glorious, mighty and right Noble Prince Albumazar Mules' Ismael late Emperor of Morocco. And it is farther agreed, that all the Articles aforementioned, as well the fifteen, as these additional ones, shall in twenty Days after the Date hereof be published in the Arabick Language , and affixed on the Gates of all the Sea-port Towns in his Imperial Majesty's Dominions ,signed and dated at the Court of Mequinez, Breached in the past*

## VII. CONCLUSION

Appellant respectfully request's that this Honorable Court:

1. **Reverse** the superior court's interlocutory order striking the pleadings and dismissing these People and or the action;

2. 2. **Remand** with instructions to proceed under admiralty and maritime jurisdiction;
   3. **Affirm** the defaults lawfully entered against Respondents;
   4. **Order restoration** of Appellant's rights, property, and protections secured under the 1786 Treaty of Marrakesh and applicable admiralty law and correct the abstract to reflect that i am in Control of my Berth my estate through my master bill of lading with my proper flag of my allegiance to the Shereefian Empire.

Respectfully submitted,

/s/ higgins, mark rock a private people Ipso jure Moor Subject of the Al Maroc Shereefian Empire/Morocco

Libelant/Appellant, in propria personam December 21st 2025

## VIII. CERTIFICATE OF COMPLIANCE

I declare this brief complies with the Rules of Equity and the Rules of Admiralty, is written in 14-point font, double-spaced, and contains approximately 13389 words.

Signed this 21st day of December, 2025.

/s/ higgins, mark rock ipo jure Moor Subject of the Al Maroc Shereefian Empire/Morocco

## IX. CERTIFICATE OF SERVICE

I declare that on December 21st , 2025, I served a true and correct copy of this Opening Brief by Clerk of Court's E-file/Turbo, or certified mail/e-service upon each respondent or counsel of record.

higgins, mark rock ipso jure Moor Subject of the Al Maroc Shereefian Empire/Morocco

**The following people were served electronically registered users of the court's electronic filing system:**
**KRIS MAYES, ATTORNEY FOR ALL DEFENDANTS SUBDIVISIONS'**

**Including but not limited TO: RACHEL MITCHELL, HEIDI OWENS, DESE RAE OWENS, MANUEL O DELGADO JR,**

KATIE HOBBS
Address: 1700 West Washington Street
        Phoenix, AZ

KRISTEN KAY MAYES
Address: 2005 North Central Ave
        Phoenix, AZ Certified Mail

ADRIAN FONTEZ
Address: 1700 West Washington Street
Phoenix, AZ

RACHEL MITCHELL
Address: 225 South 3rd Avenue
Phoenix, AZ

HEIDI OWENS
Address: 10420 West Van Buren

Avondale, AZ

DESE RAE TUCKER
Address: 10420 West Van Buren
Avondale, AZ Certified Mail

JERRY SHERIDAN
Address: 550 West Jackson Street
Phoenix, AZ

Notice of Interlocutory Appeal from the *district court of the Territory of Arizona Maricopa County for the District Court maricopa county/State of Arizona district court maricopa county* to the *supreme court of the Arizona Territory/Supreme judicial court of the State of Arizona*

I higgins, mark rock an Ipso jure Moor Subject of the Al Maroc Shereefian am filing a Notice of Interlocutory Appeal with the clerk of court Respectfully for the Interlocutory Order filed issued by the second judicial district court mcdowell, thomas d/b/a THOMAS MCDOWELL judge et al., Error in striking or dismissing Defendants' my Master Bill of Lading, *in Admiralty and Maritime* Pro Confesso/Defaults etc all papers *SUA SPONTE* on October 1st 2025, My rights have been irreparably destroyed beyond repair by letters of marquee/reprisal (color of law) in the Form of Arizona Rules of Civil Procedures which is in conflict with the principles of equity and *Admiralty and Maritime Treaties* which are In fact repugnant to the constitution **(Articles of Confederation)**, Treaties 1786/1836 Treaty of Marrakesh which is the *"Supreme law of the Land"*. *SO ORDERED United States District Court Southern District New York Chief District Article III Judge Laura Taylor Swain Dated 12/19/22, entered within the Arizona Superior Court as Foreign Judgment; domestication Case CV2024-021367. Upheld by ArticleIV, Section 1 of U.S. Constitution mandates that each state must recognize and enforce the judicial decisions and judgments rendered by courts in other states. This principle is crucial in ensuring that legal decisions are upheld across state line. AS PER: Arizona Revised Statutes § 12-1701*: In this article, unless the context otherwise requires: "Foreign judgment" means any judgment, decree, or order of a court of the United States or of any other court which is entitled to full faith and credit in this state.

*Constitutional Questions 1789 judiciary act sec.25*

The questions I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity and Construction of the 39th through 81st congress and its construction of the Constitution of the United States its commissions, acts, and laws known as the Organic Act of

*Notice of Interlocutory Appeal*          Page 36 of 48

1801-1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Arizona rules of civil Procedures, Arizona Rules of Appellate Procedure, Arizona Revised Statutes, 1910 Arizona Constitution, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, 1862 the legal qualification, merit, foundation to override the *de sure* puerperal Articles of Confederation compact

Docket No. CV2025-027997

Master Bill Of Lading

**Civil/Ecclesiastical/Dispute**

*Admiralty and Maritime Jurisdiction*

HOMESTEAD ACT, POLICE PRECINCTS, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution 1776-1781 (Articles of Confederation), 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1776-1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII, 1787 Northwest Ordinance sec,13,14 and Art 4 and general acts of united states in congress assembled? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire :   Affirm or Deny

And furthermore I also draw into question the validity and construction of the constitution of the united states,1848 Treaty of Hidalgo/Guadeloupe and whether its repugnant to the 1776-1781 Articles of Confederation article 6,9,12,13 and international Treaties such as 1786 Treaty of Marrakech, 1767 Treaty with Morocco and Spain,1767 Treaty with Morocco and France,1491/1492 Treaty of Grenada, 1795 Treaty of San Lorenzo, Treaties of Commerce and Navigation between Morocco and Great Britain January 14 ,1728, A Treaty of Peace and Friendship, between the King of Great Britain, and the Emperor of Morocco 1751.

### *Maxims of Equity*

1. *He who seeks equity must do equity*

2. *Equity will not suffer a wrong to be without a remedy*

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

3.   *Equity regards as done what ought to be done*

4.   *Equity is equality*

5.   *Equity follows the law*

6.   *He Who Comes to Equity Must Come with Clean Hands*

7.   *Equity aids the vigilant, not those who sleep on their rights*

8.   *Where the equities are equal, the law prevails*

9.   *Where the equities are equal, the first in time prevails*

10.  *Equity looks to the intent rather than the form*

11.  *Equity imputes an intention to fulfil an obligation*

12.  *Equity Acts in Personam*

13.  *He who occasions the loss must bear the burden*

14.  *Equity Abhors a Forfeiture*

15.  *Equity will not allow a Trust to fail for want of a Trustee*
     *Grounds*


The Constitution of the United States **"Committee of the states" 1776-1781 Articles of Confederation Art 6,9,12,13** was formed not legitimately in the recess of congress of the Confederation in 1789 the last active congress of the United States in Congress Assembled was in 1788 in the 6th Session

**Breach of the Constitution of the United States Art VI 1,2,3 Supremacy Clause**

*"Equity Imputes an Intent to Fulfill an Obligation"*
*"All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the (Articles of Confederation)."*

*Notice of Interlocutory Appeal*          Page 38 of 48

*This constitution, and the laws of the United States which shall be made in pursuance thereof; and **all treaties made, or which shall be made, under the authority of the United States shall be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the constitution or laws of any state to the contrary notwithstanding***

*The senators and representatives before-mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States*

## Breach of the Constitution of the United States Article 3

*"Equity Imputes an intent to fulfill an obligation"*

### Section 1- Judicial powers, Tenure, Compensation

***The judicial power of the United States, shall be vested in one supreme court,*** and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services a compensation, which shall not be diminished during their continuance in office.

### Section 2 - Judicial power; to what cases it extends. Original jurisdiction of Supreme Court Appellate. Trial by Jury, etc. Trial, where

1. ***The judicial power shall extend to all cases, in law and equity, arising under this constitution***, the laws of the United States, and treaties made, or which shall be made under their authority; to all cases affecting ambassadors, other public ministers and consuls; to ***all cases of admiralty and maritime jurisdiction;*** to controversies to which the United States shall be a party; to controversies between two or more states, between a state and Citizens of another state, between Citizens of different states, between Citizens of the same state, claiming lands under grants of different states, and between a state, or the Citizens thereof, and foreign states, Citizens or subjects.

2. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the supreme court shall have original jurisdiction. In all the other cases before-mentioned, the supreme court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

3. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

## Section 3 - Treason defined. Proof of. Punishment of.

1. Treason against the United States shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

2. The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture, except during the life of the person attainted.

## The Judiciary Act; September 24, 1789

**SEC . 9.** And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien sues for a tort only in violation of the law of nations or a treaty of the United States.* And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and

maritime jurisdiction, shall be by jury.*"Equity Imputes an intent to fulfill an obligation"* *Breached In the past*

*SEC.11.* And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided. *Breached In the past*

**SEC . 19.** And be it further enacted *That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction,* to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court. *Breached In the past*

*SEC . 25. And be it further enacted, That a final judgment or decree in any suit, in the highest court of law or equity of a State in which a decision in the suit could be had, where is drawn in question the validity of a treaty or statute of, or an authority exercised under the United States, and the decision is against their validity; or where is drawn in question the validity of a statute of, or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, and the decision is in favour of such their validity, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party, under such clause of the said Constitution, treaty, statute or commission, may be re-examined and reversed or affirmed in the Supreme Court of the United States upon a writ of error, the citation being signed*

*Notice of Interlocutory Appeal*                    Page 41 of 48

*by the chief justice, or judge or chancellor of the court rendering or passing the judgment or decree complained of, or by a justice of the Supreme Court of the United States, in the same manner and under the same regulations, and the writ shall have the same effect, as if the judgment or decree complained of had been rendered or passed in a circuit court, and the proceeding upon the reversal shall also be the same, except that the Supreme Court, instead of remanding the cause for a final decision as before provided, may at their discretion, if the cause shall have been once remanded before, proceed to a final decision of the same, and award execution. But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears on the face of the record, and immediately respects the before mentioned questions of validity or construction of the said constitution, treaties, statutes, commissions, or authorities in dispute.*

**SEC. 32.** And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe. *Breached In the past*

## 1801 Judiciary Act

### *LAWS REMAINING IN FORCE.*

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code. **Breached in the past***

***ASSUMPTION OF LEGAL JURISDICTION BY THE UNITED STATES.*** *The acts of cession of both States provided that the jurisdiction of the laws of those States, respectively, over the persons and property of individuals residing within the limits of the sections aforesaid should not cease or determine until Congress, having accepted such cession, should by law provide for the government thereof under its jurisdiction, in the manner provided in the eighth section of the first article of the Constitution of the United States. The United States assumed legal jurisdiction in the District by "An act concerning the District of Columbia," approved February 27,1801 (2 Stats., 103).* **Breached in the past**

### 1787 Northwest ordinance

***Art. 4.*** *The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto. The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same common rule and measure by which apportionments thereof shall be made on the other States; and the taxes for paying their proportion shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within the time agreed upon by the United States in Congress assembled. The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers. No tax shall be imposed on lands the property of the United States; and, in no case, shall nonresident proprietors be taxed higher than residents. The navigable waters leading into the Mississippi and St. Lawrence, and the carrying places between the same, shall be common highways and forever free, as well to the inhabitants of the said territory as to the citizens of the United States, and those of any other States that may be admitted into the confederacy, without any tax, impost, or duty therefor.*

***Section 13.*** *And, for extending the fundamental principles of civil and religious liberty, which form the basis whereon these republics, their laws and constitutions are erected; to fix and establish those principles as the basis of all laws, constitutions, and governments, which forever hereafter shall be formed in the said territory: to provide also for the establishment of States, and permanent government therein, and for their admission to a share in the federal councils on an equal footing with the original States, at as early periods as may be consistent with the general interest:* **Breached in the Past**

***Section 14.*** *It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:* **Breached in the Past**

### New Mexico—Arizona Enabling Act (June 20, 1910)
### Section 20—Existing Rights and Liabilities
### This is the federal law governing BOTH Territories.

***Sec: 20.*** *All rights of action, suits, proceedings, contracts, claims, and demands, existing at the time of the admission of said State, shall continue as if no change had taken place, and may be commenced or prosecuted as if this Act had not been passed; and all process shall issue in the name of the State, and may be served, executed, and returned accordingly."*

*"All obligations of any kind existing against the Territory of Arizona or the Territory of New Mexico shall devolve upon and be assumed by the State,"*

"and all judgments, records, and judicial proceedings shall remain in full force and effect.":          **Breached in the Past**

***1786/1836 Treaty of Marrakech***

**Art. I.** *We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.***Breached in the Past**

**Art. II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**Art. III.** *If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.***Breached in the past**

**Art. IV.** *A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of*

*either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.***Breached in the past**

**Art. V.** *If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.* **Breached in the Past**

**Art.VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **Breached in the past (A Trust arises)**

**Art.VII.** *If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.***Breached in the past**

**Art VIII.** *If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.* **Breached in the past Breached in the past** (A Trust arises)

**Art. IX.** *If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.***Breached in the past**

**Art. XI.** *If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moorish or Christians.* **Breached in the Past**

**Art. X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or*

*any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.***"Breached in the past...**

**Art. XII.** *If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.***"Breached in the past"...**

**Art. XIII.** *If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.* **"Breached in the past"...**

**Art. XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.***"Breached in the past"...**

**Art. XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"...**

**Art. XXII.** *If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.* **Breached in the Past**

**Art. XX.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* **Breached in the Past**

**Art. XVI.** *In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be*

made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties. **Breached in the Past**

**Art. XV.** Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.**Breached in the Past**

**Art. XVII.** Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations. **Breached in the Past**

**Art. XVIII.** All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever. **Breached in the Past**

**Art. XIX.** No vessel shall be detained in Port on any presence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board. **Breached in the Past**

**Art. XXIII.** The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made. **Breached in the Past**

**Art. XXIV.** If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever

*Notice of Interlocutory Appeal*                    Page 47 of 48

*indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.*
**"Breached in the past and present"**

**Art. XXV.** *This Treaty shall continue in full Force, with the help of God for Fifty Years. We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred. I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.* **"Breached in the past and present"**

Libelant tenders this Notice of Interlocutory Appeal to preserve the above errors for review upon interlocutory appeal to the Supreme Court of the Territory of Arizona/ Arizona Supreme Court

Respectfully submitted, Dated: December 21 st 2025

higgins, mark rock Moor/Libelant in propria personam

This document does not contain any personal information like social security numbers etc



By: /s/ *higgins. mark rock* Moor irish subject of the al maroc Shereefian empire Admiralty and maritime jurisdiction

### EXEMPLIFICATION CERTIFICATE ATTACHMENT AS AN EXHIBIT

*All Rights [Pre]served*

**Exhibit**

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN      DISTRICT OF      NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: CIVIL JUDGMENT, Case Title: HIGGINS FAMILY TRUST, ET AL, Plaintiff v. ANTONY BLINKEN, ET AL, Defendant, Case Number: 1:22-CV-9714-LTS, electronically filed in this Court on December 19, 2022**********
***************************************************************************
***************************************************************************
are true copies of records of this Court.

In testimony whereof, I sign my name and affix the seal of this Court, in this District, at

| New York, New York | on | September 16, 2025 |
|---|---|---|
| *City* | | *Date* |

Tammi Hellwig

*(By)*   *Deputy Clerk*
Stanley Klimek

I, _____ Robyn F. Tarnofsky _____, a Judicial Officer of this Court, certify that _____ Tammi M. Hellwig _____, named above, is and was on the date noted Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

September 16, 2025
*Date*

_____
*Signature of Judicial Officer*

U.S. Magistrate Judge
*Title*

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Robyn F. Tarnofsky _____,
*Judicial Officer*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at · Southern District

| New York, New York | in this State, on | September 16, 2025 |
|---|---|---|
| *City* | | *Date* |

Tammi M. Hellwig

*By)*   *Deputy Clerk*
Stanley Klimek

**Exhibit** ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HIGGINS FAMILY TRUST, ET AL,

                              Plaintiff,

-against-

ANTONY BLINKEN, ET AL

                              Defendants.

---

22-CV-9714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 19, 2022
          New York, New York


                              _____/s/ Laura Taylor Swain_____
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge


I, _____Tammi M. Hellwig_____, Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____Robyn F. Tarnofsky_____,
                                        *Judicial Officer*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and
qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify
the above signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at ___Southern District___
____New York, New York____ in this State, on ___September 16, 2025___
          *City*                                      *Date*

____Tammi M. Hellwig____                    _____
*Clerk*                          By)        *Deputy Clerk*
                                            Stanley Klimek

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
12/19/2025 9:49:29 AM
Filing ID 21147819

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     EVELYN D. DUE  AS (037586)
        CHARLES E. TRULLINGER (018936)
        Deputy County Attorneys
        evelyn.duenas  mcao.maricopa.gov
        trullinc  mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox  mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS,<br><br>               Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, et. al.<br><br>               Defendants. | NO. CV2025-027997<br><br>**MARICOPA COUNTY DEFENDANTS' NOTICE OF LODGING PROPOSED FORM OF  UDGMENT OF DISMISSAL  ITH PRE  UDICE**<br><br>(Honorable David McDowell) |

Defendants Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, Elaissia Sears, Cathy

Riggs, Sharron Sauls, Michele Reagan, Tyler Kissell, Teresa Lopez, Craig Wismer, Kyle Jones, Jennifer Hernandez Sama, Chris Mueller, Jennifer Jermaine, Rebecca Rios, Mireya Arroyo, Ken Cheuvront, Ashley Fitzwilliams, Deserae Aleethea Tucker, and Andrew Stefan Warianka (collectively referred to as "Maricopa County Defendants), by and through undersigned counsel, hereby gives notice of lodging the attached proposed form of Judgment of Dismissal with Prejudice pursuant to this Court's Order entered December 5, 2025, granting Maricopa County Defendants' Motion to Dismiss. The proposed Judgment is filed concurrently herewith. Maricopa County Defendant will not be re uesting attorney fees or costs.

**RESPECTFULLY SUBMITTED** this 19th day of December, 2025.

**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**

BY: */s/ Evelyn D. Due  as*
EVELYN D. DUE   AS
CHARLES E. TRULLINGER
Deputy County Attorneys
*Attorneys for Maricopa County Defendants*

**E-Filed** this 19th day of December 2025, and emailed to:

Honorable David McDowell
Superior Court Judge
shelby.beard  jbazmc.maricopa.gov

**COPY** sent to:

Mark-Rock Higgins
Higgins Family Trust
10642 W. Southern

2

Tolleson, Arizona 85353
Rockzz7 icloud.com

Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Nancy.Bonnell azag.gov
*Attorney for Justices Ann Scott Timmer and*
*Robert Brutinel (Ret.)*

Larry S. Crown
Elan S. Mizrahi
Brueckner Spitler Shelts PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255
lcrown bss.law
elan bss.law
*Attorneys for Goodyear Defendants*

Michele Molinario
Derek R. Graffious
Jones, Skelton Hochuli PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
mmolinario jshfirm.com
dgraffious jshfirm.com
*Attorneys for Defendants Cochise County Sheriff*

Tyler Campman
Rebecca K. O'Brien
32 N. Stone Ave.
Suite 2100
Tucson, AZ 85701
Tyler.campman pcao.pima.gov
Rebecca.obrien pcao.pima.gov

*A. Moreno*

S: CIVIL CIV Matters RM 2025 Higgins v Mitchell 2025-3741 Pleadings Word MC Defendants Notice of Filing Proposed Form of Judgment 12-19-25.docx

3

Clerk of the Superior Court
*** Electronically Filed ***
12/24/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              12/23/2025


HONORABLE DAVID MCDOWELL

CLERK OF THE COURT
A. Patel
Deputy


MARK-ROCK HIGGINS

MARK-ROCK HIGGINS
10642 W SOUTHERN
TOLLESON AZ  85353

v.

RACHEL HOPE MITCHELL, et al.

EVELYN DUENAS

NANCY M BONNELL
TYLER CAMPMAN
ELAN MIZRAHI
MICHELE MOLINARIO
JUDGE MCDOWELL


**MINUTE ENTRY**


The Court has received several filings from Plaintiff, Mark Rock Higgins. Each will be addressed in turn.

**NOTICE OF ENTRY OF DEFAULT**

On December 1, 2025, Mr. Higgins filed four *Notice of Entry of Default* against Defendants Theresa Welborn, John Tuchi, Gerald Sheridan, and Kristen Mayes.

As an initial matter all of these documents were paper filed and a copy was not delivered to the Division as required by Maricopa County Local Rule 3.1(e). The Court happened upon these documents when reviewing the docket to address other filings which were delivered to the Division.

Docket Code 023                     Form J000                             Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                    12/23/2025

There is no affidavit of service on file indicating service on Ms. Welborn, Mr. Tuchi, or Ms. Mayes. A party cannot apply for default without demonstrating that service has occurred and the time for filing a response has expired. Defendant Sheridan contests that service was proper.

As to Mr. Sheridan, the claims against him were dismissed on December 5, 2025 as one of the Maricopa County Defendants.

**IT IS ORDERED** rejecting all of the December 1, 2025 *Notices of Default* as improper.

## MOTION FOR ALTERNATIVE SERVICE

On December 1, 2025 Mr. Higgins filed a *Notice of Attempted Service and Non-Acceptance of Service Motion for Alternative Service.* In this *Motion,* Mr. Higgins indicates a single attempt was made to serve Ms. Mayes at her office.

Alternative service is authorized under Rule 4.1(k) if the moving party shows that service under Rule 4.1(c) through (f) are impracticable. Whether traditional service is "impractical," defined as "extremely difficult or inconvenient" is a fact specific inquiry. See *Blair v. Burgener*, 226 Ariz. 213 (App. 2010). Plaintiff has not demonstrated that service is impractical in this case.

**IT IS ORDERED** denying Mr. Higgins' request for alternative service on Kristen Mayes.

## BILL OF EXCEPTIONS

On December 1, 2025 Plaintiff filed a document entitled *Bill of Exceptions Based on Estoppel and Prior Final Federal Adjudication Exemplification Certificate Full Faith and Credit.* This filing appears to be an objection to Defendants' Motions to Dismiss (although it does not specify which Defendants and the period for objection to several motions to dismiss has long since passed). Most of Mr. Higgins' objection appears based upon an order issued in the United States District Court, Southern District of New York dismissing cases filed by two non-parties to this case (Loretta Gay Scamp and Higgins Family Trust against other non-parties to this case (Anthony Blinkin). Although the Court concedes the full captions of these dismissal orders were not provided, so it is possible that parties to this action were also named in the New York case.

However, nothing in this December 1, 2025 filing cures any of the infirmities which resulted in the dismissal of Plaintiff's August 8, 2025 complaint against Defendants Timmer, Brutinel, the Goodyear Defendants, or the Maricopa County Defendants.

The Court notes there are other Defendants with pending motions to dismiss, but those defendants are not mentioned in the December 1, 2025 *Bill of Exceptions*.

Docket Code 023                        Form J000                            Page 2

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                12/23/2025

**IT IS ORDERED** denying any relief sought by Plaintiff in the December 1, 2025 *Bill of Exceptions Based on Estoppel and Prior Final Federal Adjudication Exemplification Certificate Full Faith and Credit.*

### PLAINTIFF'S OBJECTION

On December 3, 2025 Mr. Higgins filed a document entitled *Plaintiff's Objection in the Nature of a (Bill of Exceptions) and Memorandum of Law re[garding] Defendants' Rule 12 Motions to Dismiss and Federal Supremacy.* This filing appears to be an objection to Defendants' Motions to Dismiss (although it does not specify which Defendants and the period for objection to several motions to dismiss has long since passed). Mr. Higgins argues the dismissal order entered in the United States District Court for the Southern District of New York (referenced above) precludes dismissal. Mr. Higgins fails to explain how judgments of dismissal entered three years ago in two cases involving different plaintiffs and different defendants prevents the dismissal of his August 2025 complaint which was found to be lacking in facts and references to any acts or omissions of the named defendants such that the court was unable to identify what claims were being brought and the factual basis of those claims.

**IT IS ORDERED** denying any relief sought in the December 3, 2025 *Plaintiff's Objection in the Nature of a (Bill of Exceptions) and Memorandum of Law re[garding] Defendants' Rule 12 Motions to Dismiss and Federal Supremacy.*

### PLAINTIFF'S NOTICE OF FEDERAL JUDGMENT

On December 3, 2025 Mr. Higgins filed *Plaintiff's Notice of Federal Judgment and Supremacy Clause.* This document references the December 19, 2022 dismissal orders in the cases brought in the United States District Court for the Southern District of New York by Higgins Family Trust against Anthony Blinken and Loretta Gay Scamp against Anthony Blinken. Mr. Higgins requests the Court be aware of the judgments (of dismissal) prior to the entry of the decisions on the Motions to Dismiss although, as indicated above, he fails to explain how these actions involving different parties, which were dismissed three years prior affects the pending motions to dismiss or provides a factual basis for his August 2025 complaint.

**IT IS ORDERED** denying any relief sought in *Plaintiff's Notice of Federal Judgment and Supremacy Clause* filed December 3, 2025.

Clerk of the Superior Court
*** Electronically Filed ***
12/29/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                          12/24/2025


HONORABLE DAVID MCDOWELL

CLERK OF THE COURT
A. Patel
Deputy


MARK-ROCK HIGGINS

MARK-ROCK HIGGINS
10642 W SOUTHERN
TOLLESON AZ  85353

v.

RACHEL HOPE MITCHELL, et al.

EVELYN DUENAS

NANCY M BONNELL
TYLER CAMPMAN
ELAN MIZRAHI
MICHELE MOLINARIO
JUDGE MCDOWELL


**ORDER GRANTING MOTION TO DISMISS**


Pending before the Court is *Sheriff Chris Nanos' Motion to Dismiss* filed November 18, 2025. The period within which a response must be filed has expired. The Court has received several filings from Plaintiff which indicate they are responses to the Motions to Dismiss. None specifically indicate they are responsive to Mr. Nanos' *Motion to Dismiss*, so the Court will consider all of those responses.

Mr. Nanos argues Plaintiff failed to properly serve him as required by Rule 4, Ariz.R.Civ.Proc. Mr. Nanos argues the documents served upon him were not complete copies of the documents filed. None of the responses filed by Plaintiff address service on Mr. Nanos. A document was filed on December 3, 2025 indicating Mr. Nanos was served through and "Ex Assistant". Mr. Higgins' request for alternative service was denied. It is unclear why service was not made on Mr. Nanos or that service on this "Ex Assistant" is proper.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                    12/24/2025

Mr. Nanos also argues Plaintiff's Complaint fails to state a claim against him upon which relief can be granted. The narrow question presented by a motion to dismiss for failure to state a claim is whether facts alleged in a complaint are sufficient to allow the plaintiff an opportunity to prove his case. *Coleman v. City of Mesa*, 230 Ariz. 352, 363, ¶46 (2012). Dismissal is permitted only when a plaintiff would not be entitled to relief under <u>any interpretation of the facts</u> susceptible of proof. *Fid. Sec. Life Ins. Co. v. State Dep't of Ins.,* 191 Ariz. 222, 224, ¶4 (1998). Moreover, a motion to dismiss requires a court to accept all material facts alleged by the nonmoving party as true (*Acker v. CSO Chevira*, 188 Ariz. 252, 255 (App. 1997)), view those facts in the light most favorable to the nonmoving party (*Mirchandani v. BMO Harris Bank, N.A.,* 235 Ariz. 68, 69, ¶2 (App. 2014)), and indulge the non-moving party all reasonable inferences that the pled facts permit (*Cullen v. Auto–Owners Ins. Co*., 218 Ariz. 417, 419, ¶7 (2008)). However, courts look only at the pleading and the "well-pled factual allegations" it contains. *Cullen*, 218 Ariz. 417, ¶7. Complaints that solely state legal conclusions, or arguments without factual allegations, do not satisfy the notice-pleading standard. *Id.* Neither Mr. Higgins' form complaint nor the 72-page attachment contains factual allegations sufficient to put the defendant on notice of the claims against him. Mr. Nanos' name appears twice in the 72-page attachment to the complaint but not in the complaint itself. The mention of Mr. Nanos in the 72-page attachment is in the list of people that Mr. Higgins identifies as defendants. The body of the 72-page document does not mention Mr. Nanos and does not state any factual allegations about any actions or inactions by him which purports to give rise to any claims against him. None of the responses filed by Mr. Higgins to the several motions to dismiss mention Mr. Nanos.

**IT IS ORDERED** granting Chris Nano's Motion to Dismiss.

**IT IS ORDERED** dismissing Chris Nanos from this action.

The court finds there is no just reason for delaying entry of a final dismissal order as to Chris Nanos from this action.

**IT IS ORDERED** counsel for Mr. Nanos shall submit a proposed form of order containing Rule 54(b) language consistent with this Ruling no later than **January 9, 2026**. If a request for attorney fees or costs is sought, a motion and supporting affidavit shall be filed no later than **January 9, 2026**.

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367
CLERK OF THE
SUPERIOR COURT
FILED
J. ORTIZ. DEP

**CORRECTED**
**By Clerk of the Court**

**2025 DEC 31  PM 12: 51**



higgins, mark rock
~10642 W Southern
~Tolleson, [~Arizona]
[~85353]
HigginsFamilyTrustTrustee@Gmail.com

# IN THE ARIZONA COURT OF APPEALS DIVISION ONE

Case No. _CV2025-027997_

For: Case No. ~~CV2024-027997~~

| | |
|---|---|
| **higgins, mark rock** *beneficiary a private* ) | |
| *Moor irish aboriginal arizona national,* ) | **INTERLOCUTORY** |
| *and subject of the Al Maroc Shereefian* ) | **APPEAL** |
| *Empire Suitor/Complainant/Libellant* ) | **SPECIAL ACTION** |
| ) | **UNITED STATES** |
| *-v-* ) | **CONSTITUTION** |
| ) | **ARTICLE IV, Section 1** |
| *The Honorable David McDowell, Judge* ) | **FULL FAITH and CREDIT** |
| *of the Superior Court of the State of Arizona* ) | **CLAUSE** |
| in and for the County of Maricopa, ) | |
| Respondent Judge, ) | **DOMESTICATED JUDGMENT** |
| *Rachel Hope Mitchell et al,* ) | **SUPERIOR COURT CV2024-021367** |
| *HEIRS AND ASSIGNS* ) | **ADMIRALTY MARITIME CAUSE** |
| *Defendant(s'),Respondent(s') libelee(s') et al.,* ) | |

---

**IN RE: Enforcement of Domesticated Federal Judgment**
**USDC SDNY Case No. 22-CV-9714 (LTS)**
**Arizona Preclusion & domestication Docket: CV2024-021367,**
Petitioner has contemporaneously filed a parallel Special Action in the alternative forum
solely to preserve jurisdictional remedies and not for purposes of duplication or forum
shopping.

Arizona appellate courts expect this. It prevents procedural gamesmanship accusations.

## I. CONTROLLING QUESTION OF LAW

**SUPREMACY CLAUSE—**
**FEDERAL PRECLUSION—**
**TREATY LAW (ARTICLE VI)**

*Interlocutory Appeal*                    Page 1 of 48

This filing is presented to the Superior Court of Arizona in and for Maricopa County as an interlocutory appeal / special action predicate, seeking immediate review of non-final orders that:

1. Affect substantial rights, 2. Present pure question of federal constitutional law, and 3. Permit ongoing state-court action in conflict with a final Article III Federal judgment.

Because the challenged orders implicate the Supremacy Clause, immediate review is required. No adequate remedy exists by appeal after final judgment.

## II. CONTROLLING QUESTION PRESENTED

### ( MANDATORY YES / NO DETERMINATION )

### YES or NO

May the Superior Court of Arizona, at any stage of its proceeding—including interlocutory proceedings—issue or enforce orders that [re]adjudicate, condition, delay, or obstruct enforcement of a final Article III Federal civil judgment, duly domesticated under the Uniform Enforcement of Foreign Judgment Act, notwithstanding the Supremacy Clause of the United States Constitution Article IV § 1 Full Faith and Credit Act, and 28 U.S.C. § 1738, binding treaty law under Article VI, and federal claim-and issue-preclusion doctrines?

* If **YES**, Article VI has no operative force in Arizona Courts during ongoing proceedings.

* If **NO**, the challenged interlocutory orders are void to the extent of conflict and must be vacated.

There is no discretionary or intermediate answer.

### III. SUPREMACY CLAUSE—BINDING EFFECT ON THIS COURT

Under **Article VI, Clause 2**, the **Constitution**, federal statutes, ratified treaties, and Article II judgments are the supreme **Law of the Land**, binging on the judges of this State.

Once a federal court of competent jurisdiction enters a final *in personam only* judgment, and that judgment is Domesticated in Arizona, this Court's authority is strictly ministerial:

* Recognition
* Enforcement
* No modification, no [re]adjudication, no conditional delay.

Any interlocutory order inconsistent with the federal judgment exceeds state-court authority as a matter of constitutional law.

## IV. FEDERAL PRECLUSION OPERATES IMMEDIATELY

**A.**                    **Claim Preclusion (Res Judicata)**

Claim preclusion attaches upon entry of final federal judgment, not upon completion of the state proceeding. The Superior Court may not permit [re]litigation—direct or indirect—of claims that were or could have been adjudicated in the SDNY action.

**B.**                    **Issue Preclusion (Collateral Estoppel)**

Issue preclusion bars this Court, even interlocutorily, from revisiting:
* Federal juris already exercised,
* Rights and liabilities already adjudicated, or
* Determinations necessarily decided by federal court.
Procedural posture does not suspend preclusion.

## V. TREATY LAW PROPERLY FRAMED UNDER ARTICLE VI

**The Treaty of Peace and Friendship between the United States of America and Morocco, as a ratified treaty, is supreme federal law under Article VI, equal in rank to federal statues and binding federal judgments.**

In this interlocutory appeal, the Treaty is invoked **solely as law,** not as claim of nationality, lineage, immunity, or political status.

The Treaty is cited for the following **legal principles,** long recognized within admiralty and the law of nations:

1. In personam only adjudication proceed in equity and conscience;

2. Private persons are accountable only through lawful judicial process;

3. State tribunals may not interfere with federally adjudicated rights, directly or indirectly.

These principles **confirm**, rather than replace, the controlling force of:

* **The Article III Judgment,**
* **The Supremacy Clause**, and
* **28 U.S. Code § 1738** - State and Territorial statutes and judicial proceedings; full faith and credit

No inquiry into personal status is requested or required.

## VI. IRREPARABLE HARM WARRANTING INTERLOCULORTY RELIEF

**Each day the challenged orders remain in effect:**
* Federal supremacy is violated in real time;

\* The domesticated judgment is effectively nullified ;
\* Constitutional injury accrues that **cannot be cured on appeal after final judgment.**
Supremacy Clause violations constitute **per se irreparable harm.**

## VII.                    RELIEF REQUESTED

### The Complainant respectfully request that this Court:

1. **Certify and recognize** the controlling federal supremacy issue presented;

2. **Vacate** any interlocutory orders inconsistent with the federal judgment;

3. **Limit further proceedings** to ministerial enforcement only; and

4. Grant such additional relief as required to preserve **Article VI supremacy.**



### In the **district court for Arizona / New Mexico Territory aka Superior Courts of Arizona Maricopa County High Courts of Chancery**

#### Case No. **CV2025-027997**

### In the **district court of Territory of Arizona, maricopa county Admiralty and Maritime Jurisdiction in Chancery**

**higgins, mark rock** *in personam only beneficiary*
a *private Moor irish aboriginal arizona national,*
*and subject of the Al Maroc Shereefian Empire*
              *Suitor/Complainant/Libellant*


**-v-**


*The Honorable David McDowell,*
*Judge of the Superior Court of the State of Arizona,*
*in and for the County of Maricopa,*
Respondent Judge, et al.,
*Rachel H Mitchell et al,*
HEIRS' AND ASSIGNS'
              ***Defendant(s'),Respondent(s') libelee(s')***

In the Supreme Court of Arizona Port of Arizona

## *Custodian/Carrier Master Bill of Lading*

**higgins, mark rock**, private people called Moor aboriginal (arizonian) national A Emperor, Master Merchant, a Piloter, a Mariner and Commander, Owner Maritime Lienholder of all vessels, chattels, goods, cargo, charters, estates, commodities etc. navigating waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire/Morocco,"**Equal justice being rendered**" In Admiralty and Maritime jurisdiction by nature law of nations

**In Chancery.....** *Libelant / Appellant*

v.

*The Honorable David McDowell, Judge of the Superior Court of the State of Arizona, in and for the County of Maricopa,*
Respondent Judge, et al.,
    and
Rachel H Mitchell et al, Carla J Bastien et al, Heidi M Owens et al, Manuel O Delgado Jr et al, Katie Hobbs et al, Kristin K Mayes et al, Jerry Sheridan et al, Serena C Pokrass, Brian J Issit et al, Santiago Rodriguez et al, Steven A Johnson, Sara E Birkemeier, Joseph Pizzillo et al, Wynette Reed et al, Justin Fair et al, Craig T Irish et al, Bret B Axlund et al, Matthew Giardano et al, John J Tuchi et al, Justin D Heap et al, Ann A Scott Timmer et al, Robert M Brutinel et al, Desa Rae Tucker et al, David L Rhodes et al, Kristen L Sharifi et al, Donna J McQuality et al, Tina R Ainley et al, Michael P McGill et al, Steven A Young et al, Warren Petersen et al, Steven J Sisneros et al, Jennifer J Toth / Dempsey et al, Jerry A Sheridan et al, Adrian P Fontez et al, Mark J Dannels et al, Ross G Teeple et al, Douglas J Wolf et al, John M Allen et al, Michael P McCord et al, Officer Tellez ID 1105 et al, Randy J Judd et al, Royce T Flora et al, Eddie L Cook et al, Willian Scott Bales et al, Paul D Petersen et al, Kimberly Yee et al, Dolores J Doolittle et al, Thomas K A Kelly et al, Michael W Kemp et al, Krista M Carman et al, Kenneth S Countryman et al, Tony Gonzales et al, Debra D Lucas et al, Jennifer C Pifer et al, Teresa M Welborn et al, John L Lohr Jr et al, Mark Stewart et al, Debbie Lesko et al, Kate B McGee et al, Thomas F Galvin et al, Steven M Gallardo et al, John W Erickson et al, Joseph P Goldstein et al, Linda Wallace et al, Rachel Gendreau et al, Jeffery R Fine et al, Christopher Nanos et al, Aaron W Mayville et al, Matthew Lane et al, Susan W Harris et al, Sophia Petrillo et al, Serana Serassio et al, Kayela Willis et al, Anna Huberman et al, Andrew Gastelum et al, Joseph Guzman et al, Mary L Mallory et al, Lloyd B Compton et al, Denise M Jenkins et al, Nichole B Check et al, Chris Kuknyo et al, Maury L Thompson et al, Jon A Titus et al, Thompson S Baker II et al, Richard F Felker et al,

Superior Court for Arizona Maricopa         Foreign Judgment         Domesticated No. CV2024-021367

**Respondent(s')/Libelee(s')**

*On Interlocutory Appeal from the Superior Court of Arizona Maricopa County, Docket No CV2025-027997        (Honorable David McDowell et al)*

### *LIBELANT/APPELLANTS OPENING BRIEF*

*Filed by: higgins, mark rock, an Ipso Jure Moor In Personam, jus sanguinis c/o ~10642 WEST SOUTHERN [~TOLLESON], Territory of Arizona New Mexico (602) 315-4763*

Docket Document 2025-027997

This Court has jurisdiction pursuant to A.R.S. § 12-120.21(A)(4) and the Arizona Rules of Procedure for Special Actions. Special action jurisdiction is appropriate because Petitioner lacks an adequate remedy by appeal, the matter presents a pure question of law, and the challenged action threatens to nullify binding federal judgments domesticated and enforceable as Arizona judgments.

## TABLE OF CONTENTS

Jurisdictional Statement ......................................v

Routing Statement............................................................v

Issues Presented for Review ...............................................vi

Statement of the Case .....................................................1

Statement of Facts ......................................................1-3

Summary of the Argument .............................................. 3-15

Argument .............................................................16-36

A.The Superior Court of Arizona lacked authority to construe or strike admiralty pleadings.

B. Treaties are the supreme law and bind all state judges, and
C. The Supreme Court has jurisdiction to correct the error on the face of the record.

Conclusion ...................................................... 36-37

Certificate of Compliance ...................................................37

*Interlocutory Appeal*                    Page 6 of 48

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

Certificate of Service..............................................37-38ii

## TABLE OF AUTHORITIES Treaties and laws (pre-constitution)

1786 Treaty of Marrakech United States in Congress Assembled and the Emperor of Al Maroc Shereefian Empire/Morocco.......... 9, 10, 12, 23, 25, 26, 30, 31, 32, 33

Treaty of Amity and Commerce Between The United States and France; February 6, 1778 art. 8, 15......................... 33,34

1776-1781 Articles of Confederation II,III, IV,VI,IX,X,XI,XII,XIII ...3,4,5,12,13,14,17,18,19,26,27,28,29

1787 Northwest Ordinance Art 4,13,14 ...........v, 29-30 1774

Articles of Association 1-5 .....................................................

1910 ARIZONA Constitution Article VI Sec. 4,6, 13, 21, Art II Sec. 2, 3, 4, 7, 8,

Articles of Peace and Commerce between the most High and Renowned Prince George II . by the Grace of God, King of Great Britain, France, Ireland, Defender of the Faith, c.& And the most High and Glorious, Mighty and right Noble Prince Muley Hammet Dahebby , Ben Muley Ismael, Ben Mulev Zeriph Ben Muley Aly, King and Emperor of the Kingdom of Fez and Morocco,Tafitet, Suz, and all the Algarbe audits Territories in Africa &c Concluded, agreed, and adjusted by John Ruffel Esq; on the Behalf of his Britannic Majesty, and by his Excellency Bashaw Hamet , Ben Aly , Ben Abdalla, and his Imperial Majesty's Admiral of Sallee, Hadge Abde'rcader Perez ,on the Behalf of the Emperor of Fez and Morocco, January 14 , 1728............................................ 35-36

Articles of Confederation of the United Colonies of New England; May 19, 1643 Art.4....................................................11,12

—————————————————————iii

### Constitutional Provisions
Constitution of the United States art. VI, cls. 1–2

(**Supremacy Clause**)  v,3,16,19,21,23,24

Constitution of the United States Art. 1 section 8 cls 17-18, 14, 21, 22, 23

Judiciary Act of 1789, § 9,19,25,32............. v, 2,3,7,16,19,20

*Interlocutory Appeal*                    Page 7 of 48

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

1801 Judiciary Act/1801 Organic act............................21-22

Chap. I.--An Act to organize the Territory of New Mexico 1850 Territory of New Mexico (Act of Sept. 9, 1850, 9 Stat. 446), section 9...............................I. 18,

II. Confederate Arizona...............(1861—1862)..........

III. Creation of Arizona Territory......(1863—1864)

1912 Arizona Constitution Art. 17 sec.4 ................ 23-26

Arizona Revised Statutes...........................................20-23

## Cases

Martin v. Hunter's Lessee, 14 U.S. 304 (1816)......................8

Society for the Propagation of the Gospel v. New Haven (1823)....................8

U.S. v. SCHOONER PEGGY, 5 U.S. 103 (1801)....................9

Ware v. Hylton,3 U.S. 199 (1796)...............................8

Ex Parte Knowles, 5 Cal. 301-307 (1855).....................10

Owens v. Norwood's Lessee, 9 U.S. 344 (1809).................... 9

George Washington's Letter to the Emperor of Morocco...15A

---

iv

## I. JURISDICTIONAL STATEMENT

This appeal arises from the Superior Court of Arizona Maricopa County interlocutory order entered on December 15, 2025. The notice of appeal was timely filed on December 27, 2025. Jurisdiction is proper under the Constitution of the United States Art. VI cls. 1-3 of the **Rules of Chancery/Equity and the Rules of Admiralty** and Chap. LXXXIII.--An Act to organize the Arizona Territory New Mexico section 9, Article 17, Section 4 of the 1863, 1912 Arizona Constitution, which grants this Court appellate jurisdiction over questions of law and validity arising under the Constitution, laws, and treaties of the United States. Pursuant to the *Judiciary Act of 1789* Sec. 25, 19

*But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears upon the face of the record, and immediately respects the before-mentioned question of validity or construction of the said Constitution, treaties, statutes, commissions, or authorities in dispute.*

*And be it further enacted, That it shall be the duty of circuit courts, in causes in **equity** and of **admiralty and maritime jurisdiction**, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.*

## *ROUTING STATEMENT*

*This case is retained by this Court pursuant to the Constitution of the United States Art. VI cls 1-3 and 1787 Northwest Ordinance Art. 4, Sec.13-14*

v

## II. ISSUES PRESENTED FOR REVIEW

1. Whether the district court erred by striking and dismissing pleadings instead of addressing the ***substantive admiralty and maritime treaty-based merits*** of the complaint.
2. Whether the court's failure to rule on the controlling questions of validity and construction under Article VI of the Constitution of the United States and the ***1786 Treaty of Marrakech*** constitutes reversible error.

3. Whether, under Section 32 of the Judiciary Act of 1789, the trial court was obligated to render judgment "according as the right of the cause and matter in law shall appear," without regard to form.
4. Whether the Supreme Court of Nevada, as the appellate tribunal, must apply treaty obligations as self-executing and binding on all state judges.

5. Whether the Validity and Construction of the Constitution of the United States/U.S Constitution and laws of the United States including Nevada Revised Statutes (United States of America In Congress Assembled) is Repugnant to the Articles of Confederation (United States in Congress assembled) and whether the Construction of the Constitution of the United States is Repugnant to the 1786 Treaty of Marrakech

vi

## III. STATEMENT OF THE CASE

Libelant/Appellant filed a verified Master Bill of Lading and Statement of Causes in the Second Judicial District Court asserting breaches of international treaty, admiralty, and substantive maritime law. Defaults were entered against multiple Respondents, including certain state, city and county officers.

## IV. STATEMENT OF FACTS

Here are the following dates of my Complaint titled *"Master Bill Of Lading In Chancery Admiralty and Maritime Jurisdiction"* and subsequent amendments Amended II 10/21/25 libelees/defendants were issued Summons/Declaration of Service/Defaults/ Pro Confesso, Kristen K Mayes et al Summons Issued; Served/Twice NOT Excepted Service/Pro Confesso,  et al., Kathleen M Hobbs Summons Issued/Served, Rachel H Mitchell et al., Summons issued/Served/Default, Manuel O Delgado Jr et al Summons Issued; Served/Defaulted/Pro Confesso, Steven Johnson et al Summons Issued; Served/ Defaulted/Pro Confesso, Carla J Bastein et al Summons Issued; Served/Defaulted/Pro Confesso, Serena Pokrass et al Summons Issued; Served/NOT Except/Pro Confesso, Brian J Issit et al Summons Issued; Served/Defaulted/Pro Confesso, Sara Birkemeier et al Summons Issued; Served/Default, Joseph Pizzillo et al Summons Issued; Served/ Defaulted/Pro Confesso; John W Erickson Summons Issued; Served/Defaulted/Pro Confesso, Steven Gallardo Summons Issued; Served/Defaulted/Pro Confesso, Debbie Lesko Summons Issued; Served/Defaulted/Pro Confesso, Mark Stewart Summons Issued; Served/Defaulted/Pro Confesso, Jon Titus Summons Issued; Served/Defaulted/Pro Confesso, Chris Kuknyo Summons Issued; Served/Defaulted/Pro Confesso, Maury Thomas Summons Issued; Served/Defaulted/Pro Confesso, Nichole Check Summons Issued; Served/Defaulted/Pro Confesso, Denise Jenkins Summons Issued; Served/ Defaulted/Pro Confesso, Lloyd Compton Summons Issued; Served/Defaulted/Pro Confesso, Mary Lorraine Summons Issued; Served/Defaulted/Pro Confesso, Serena Serassio Summons Issued; Served/Defaulted/Pro Confesso, Thomas Galvin Summons Issued; Served/Defaulted/Pro Confesso, Kate B McGee Summons Issued; Served/ Defaulted/Pro Confesso, Robert M Brutinel et al Summons Issued; Served/Defaulted/Pro Confesso, John J Tuchi et al Summons Issued; Served/Defaulted/Pro Confesso, Desa Rae Tucker et al Summons Issued; Served/Defaulted/Pro Confesso, Ann Scott Timmer et al Summons Issued; Served/Defaulted/Pro Confesso, Justin Heap et al Summons Issued; Served/Defaulted/Pro Confesso, Jennifer Toth et al Summons Issued; Served/Defaulted/ Pro Confesso, Jerry Sheridan et al Summons Issued; Served/Defaulted/Pro Confesso, Warren Petersen et al Summons Issued; Served/Defaulted/Pro Confesso, Steven Young et al, Michael Paul McGill et al, Tina Ainley et al Summons Issued; Served/Defaulted/Pro Confesso, Donna McQuality et al Summons Issued; Served, Richard F Felker Summons Issued; Served/Defaulted/Pro Confesso, Craig T Irish Summons Issued; Served/ Defaulted/Pro Confesso, Thompson S Baker II Summons Issued; Served/Defaulted/Pro Confesso, Kristen L Sharifi et al Summons Issued; Served, David L Rhodes et al

Summons Issued; Served/Defaulted/Pro Confesso. The trial court ignored merits, and striked pleadings, papers, vacated and set aside summons and pro confesso/defaults and dismissed the action strictly for want of form *in error and violation of due process of law.*          This is directly in breach of the *Judiciary Act of 1789 sec. 32*

And be it further enacted, *That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever,* except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. *And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every*

2 **such imperfections, defects and wants of form,** other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

## V. SUMMARY OF THE ARGUMENT

The trial court erred by disregarding binding treaty obligations and admiralty and maritime jurisdiction expressly raised on the record. Article VI of the Constitution of the United States/U.S.Constitution admits treaties are "the supreme Law of the Land," all debts, contracted and engagements entered into before the adoption of this constitution, shall be as valid against the *United States of America in Congress assembled* as under the **(Articles of Confederation)** binding all judges notwithstanding any state law to the contrary and in violation of 1776-1781 Articles of Confederation Art II,III,IV,VI(IV), XIII,IX (Treaty) 1774 Articles of Association Art 1-5

*Each state retains its sovereignty, freedom, and independence, and every power, jurisdiction, and right, which is not by this Confederation expressly delegated to the United States, in Congress assembled."*

*The said States hereby severally enter into a firm league of friendship with each other, for their common defense, the security of their liberties, and their mutual and general welfare, binding themselves to assist each other, against all force offered to, or attacks made upon them, or any of them, on account of religion, sovereignty, trade, or any other pretense whatever.*

*No State, without the consent of the United States in Congress assembled, shall send any embassy to, or receive any embassy from, or 3 enter into any conference, agreement, alliance or treaty with any King, Prince or State; nor shall any person holding any office of profit or trust under the United States, or any of them, accept any present, emolument, office or title of any kind whatever from any King, Prince or foreign State; nor shall the United States in Congress assembled, or any of them, grant any title of nobility.*

***No two or more States shall enter into any treaty, confederation or alliance whatever between them, without the consent of the United States in Congress assembled,*** *specifying accurately the purposes for which the same is to be entered into, and how long it shall continue.*

***No State shall lay any imposts or duties, which may interfere with any stipulations in treaties, entered into by the United States in Congress assembled, with any King, Prince or State, in pursuance of any treaties already proposed by Congress,*** *to the courts of France and Spain.*

*No vessel of war shall be kept up in time of peace by any State, except such number only, as shall be deemed necessary by the United States in Congress assembled, for the defense of such State, or its trade; nor shall any body of forces be kept up by any State in time of peace, except such number only, as in the judgement of the United States in Congress assembled, shall be deemed requisite to garrison the forts necessary for the defense of such State; but every State shall always keep up a well-regulated and disciplined militia, sufficiently armed and accoutered, and shall provide and constantly have ready for use, in public stores, a due number of filed pieces and tents, and a proper quantity of arms, ammunition and camp equipage.*

***No State shall engage in any war without the consent of the United States in Congress assembled,*** *unless such State be actually invaded by enemies, or shall have received certain advice of a resolution being formed by some nation of Indians to invade such State, and the danger is so imminent as not to admit of a delay till the United States in Congress assembled can be consulted;* ***nor shall any State grant commissions to any ships or vessels of war, nor letters of marque or reprisal, except it be after a declaration of war by the United States in Congress assembled, and then only against the Kingdom or State and the subjects thereof,*** *against which war has been so declared, and under such regulations as shall be established by 4 the United States in Congress assembled, unless such State be infested by pirates, in which case vessels of war may be fitted out for that occasion, and kept so long as the danger shall continue, or until the United States in Congress assembled shall determine otherwise.*

*No Colony or Colonies, without the Consent of the United States in Congress assembled, shall send any Embassy to or receive any Embassy from, or enter into any Treaty, Convention or Conference with the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall any Colony or Colonies, nor any Servant or Servants of the United States, or of any Colony or Colonies, accept of any Present, Emolument, Office, or Title of any Kind whatever, from the King or Kingdom of Great-Britain, or any foreign Prince or State; nor shall the United States assembled, or any Colony grant any Title of Nobility.*

*Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.*

The Congress of the United States shall have power to adjourn to any time within the year, and to any place within the United States, so that no period of adjournment be for a longer duration than the space of six months, *and shall publish the journal of their proceedings monthly, except such parts thereof relating to treaties, alliances or military operations, as in their judgement require secrecy;* and the yeas and nays of the delegates of each State on any question shall be entered on the journal, when it is desired by any delegates of a State, or any of them, at his or their request shall be furnished with a transcript of the said journal, except such parts as are above excepted, to lay before the legislatures of the several States.

To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, *that a non-importation, non-consumption, and non-exportation agreement,* faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows:

*1.* That from and after the first day of December next, *we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo.*

*2. We will neither import nor purchase, any slave imported after the first day of December next;* after which time, *we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it.*

*3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid;* and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned.

*4.* The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a 6 non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament herein after mentioned, ate not repealed, *we will not directly or indirectly, export any merchandise or commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe.*

*5.* Such as are merchants, and use the British and Irish trade, will give orders, as soon as possible, to their factors, agents and correspondents, in Great-Britain and Ireland, not to ship any goods to them, on any pretence whatsoever, as they cannot be received in America; and if any merchant, residing in Great-Britain or Ireland, shall directly or indirectly ship any goods, wares or merchandize, for America, in order to break the said non-importation agreement, or in any manner contravene the same, on such unworthy conduct being well attested, it ought to be made public; and, on the same being so done, we will not, from thenceforth, have any commercial connexion with such merchant.

Because the 1786 Treaty of Peace and Friendship predates and supersedes the Constitution and remains self-executing the agreement between the Emperor of Al Maroc/Morocco **(Moors)** and the *"United States in Congress assembled"* **(Citizens of the United States)** internationally, it forms a controlling source of law. Under the Judiciary Act of 1789 § 32, courts must decide causes *"according as the right of the cause shall appear,"* not on form. The dismissal below therefore constitutes reversible error. The Treaty of Marrakesh (1786) remains in full force and provides mutual protection and equal justice between the parties—the Moors and the Citizens of the United States. Libelant/Appellant has suffered irreparable harm beyond repair and destruction of his private rights ——————————————————7 protected

by the 1786 Treaty of Marrakech as a Ipso Jure Moor Subject and beneficiary of the Maritime Agreement ."Equity imputes an intent to fulfill an obligation","Equity follows the law","Equity does not aid the volunteer", Equity sees as done as what ought to be done","Equity regards the beneficiary as the true owner","Equity abhors a forfeiture", He who occasions the loss must bear the burden",

*The Constitution was for a new Government, organized with new substantive powers, and not a mere supplementary charter to a Government already existing. The Confederation was a compact between States, and its structure and powers were wholly unlike those of the National Government. The Constitution was an act of the people of the United States to supersede the Confederation, and not to be ingrafted on it, as a stock through which it was to receive life and nourishment." **Martin v. Hunter's Lessee, 14 U.S. 304 (1816)***

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.* **Ware v. Hylton, 3 U.S. 199 (1796)**

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous* **Society for the Propagation of the Gospel v. New Haven (1823)** *8 Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper* **United States v. Schooner Peggy, 5 U.S. 1 Cranch 103 103 (1801)**

*Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.* **Owens v. Norwood's Lessee, 9 U.S. 344 (1809).**

So basically with all this being said, there **exists a conflict and variance of law** because if there already existed a Confederation of the United States before the adoption

of the constitution, then is the Constitution of the United States really legitimate or valid? What Congress approved the adoption of the Constitution? Was the Constitution created behind closed doors as a political maneuvering scheme to dodge the Laws of Nations/ International Treaties? Are citizens of the United States/U.S citizens privateers pirates or enemies and does that party actually exist legitimately on an international stage?

As expressed in 1786 Treaty of Marrakech

**Art. II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors*

**Art. XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any*

*9 Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.*

**Art. XXIV.** *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them*

**Art.VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection. In the eighth section of the first article of the Constitution, enumerating the powers of Congress, is the following separate clause "To establish an uniform rule of naturalization and uniform laws on the subject of bankruptcy throughout the United States."metaphysical refinement, in examining the form of our government it might be correctly said that there is no such thing as a citizen of the United States. But constant usage-arising from convenience, and perhaps necessity, and dating from the formation of Confederacy-has given substantial existence to the idea which term conveys. A citizen of any one of the States of the Union, held to be, and called a citizen of the United States, although technically and abstractly there is no such thing. To conceive a citizen of the*

*United States who is not a citizen of some one of the States totally foreign to the idea, and inconsistent with the proper construction and common understanding of the expression as used in the Constitution, on, which must be deduced from its various provisions. The object then to be attained, by the exercise of the power of naturalization, was to make citizens of the respective States."* Ex Parte Knowles, 5 Cal. 301-307 (1855) *10 So I hereby respectfully deny being a Citizen of the United States, a citizen of the United States or a U.S citizen. I never naturalized or renounced my titles of Nobility of my bloodline, my heritage lineage or allegiance to the Shereefian Empire nor will I ever do so. I also deny being born, borne or Subject to the jurisdiction thereof meaning under the authority of any of the United States Articles of Confederation or Constitution of the United States pursuant to the 1777 New York Constitution XLII and Articles of Confederation of the United Colonies of New England; May 19, 1643 art 4. and Treaty of Marrakech Art. XXI* **4.** *It is by these Confederates agreed that the charge of all just wars, whether offensive or defensive, upon what part or member of this Confederation soever they fall, shall both in men, provisions and all other disbursements be borne (***"To take on an obligation or duty"***) by all the parts of this Confederation in different proportions according to their different ability in manner following, namely, that the Commissioners for each Jurisdiction from time to time, as there shall be occasion, bring a true account and number of all their males in every Plantation, or any way belonging to or under their several Jurisdictions, of what quality or condition soever they be,* **from sixteen years old to threescore, being inhabitants there.** *And that according to the different numbers which from time to time shall be found in each Jurisdiction upon a true and just account, the service of men and all charges of the war be borne by the poll: each Jurisdiction or Plantation being left to their own just course and custom of rating themselves and people according to their different estates with due respects to their qualities and exemptions amongst themselves though the Confederation take no notice of any such 11 privilege: and that according to their different charge of each Jurisdiction and Plantation the whole advantage of the war (if it please God so to bless their endeavors) whether it be in lands, goods, or persons, shall be proportionately divided among the said Confederates.*

**XLII. And this convention doth further, in the name and by the authority of the good people of this State, ordain, determine, and declare that it shall be in the discretion of the legislature to naturalize all such persons, and in such manner, as they shall think proper: Provided, All such of the persons so to be by them naturalized, as being born in parts beyond sea, and out of the United States of America, shall come to settle in and become subjects of this State, shall take an oath of allegiance to this State, and abjure and renounce all allegiance and subjection to all and every foreign king, prince, potentate, and State in all matters, ecclesiastical as well as civil.**

**Art. XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States,* **the Law of the**

*Country shall take place and equal Justice shall be rendered,* the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

## 1781 Articles of Confederation

- Formed a loose Confederation of sovereign states recognized each State as independent united only for mutual defense and diplomacy
  - gave no central power to tax, regulate commerce, or override state authority Declared that any alteration required unanimous consent by all states.                12
  - This was a decentralized, voluntary union rooted more in natural law and mutual consent than in hierarchy

## The breach of the Articles of Confederation

Was the Constitution's ratification without congressional approval a breach of the Articles of Confederation?

The ratification of the US Constitution was indeed a departure from the procedures outlined in the Articles of Confederation, but it's important to understand the context and the legal arguments that justified this process: The Articles of Confederation required unanimous consent for amendments. The Articles stipulated that any alterations needed the approval of the Confederation Congress and then the unanimous ratification by all thirteen state legislatures. The Constitutional Convention bypassed this requirement. Instead of seeking unanimous consent, the framers stipulated that the Constitution would go into effect after ratification by special state conventions in nine of the thirteen states. This was outlined in Article VII of the Constitution itself. This was a direct breach of the Articles of Confederation Art XIII. *"Every State shall abide by the determination of the United States in Congress assembled,* ***nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State****."*

---

13 The Constitution of the United States/U.S. Constitution was ratified by the states, not a specific Congress. The states' ratifications, which began in December 1787 and concluded in May 1790, fulfilled the requirements outlined in Article VII of the Constitution. While Congress did play a role in the process by submitting the proposed Constitution to the states for ratification and later addressing the census and elections, it was the individual states that ultimately decided whether to adopt the new framework of government Some argue that because the Constitution was ratified by state conventions rather than by the state legislatures, as required for amendments under the Articles of Confederation, it represented a break from the established legal framework and was therefore not entirely

legitimate within the strict terms of the Articles. The Constitution of the United States/ U.S. Constitution 1787 **"A COUP IN PAPER"** drafted in secret behind closed doors (Constitutional Convention) created a strong centralized federal government (**District of Columbia**) *Constitution of the United States Art 1 section 8* gave it power to tax, raise armies, regulate commerce, and override state decisions was ratified without unanimous consent violating Article XIII of the Articles of Confederation. **IT NEVER HAPPENED** Instead: The constitution replaced the Articles through *political maneuvering* not lawful amendment. The public was told it was for efficiency and unity but it centralized

14 power against the original intent. This is definitely Non-Substantive Due Process of Law which constitutes breach of Treaty

## A. George Washington's letter to the Emperor of Morocco Sidi Mohammed

*December 1st 1789 Since the Date of the Letter, which the late Congress, by their President,* **addressed to your Imperial Majesty, the United States of America have thought proper to change their Government, and to institute a new one, agreeable to the Constitution,** *of which I have the Honor of, herewith, enclosing a Copy.* **The Time necessarily employed in this arduous Task, and the Derangements occasioned by so great, though peaceable a Revolution (Anarchy, overthrow), will apologize, and account for your Majesty's not having received those regular Advices, and Marks of Attention, from the United States,** *which the Friendship and Magnanimity of your Conduct, towards them, afforded Reason to expect* **The United States, having unanimously appointed me to the supreme executive Authority, in this Nation, your Majesty's Letter of the 17th August 1788, which, by Reason of the Dissolution of the late Government, remained unanswered, has been delivered to me. I have also received the Letters which your Imperial Majesty has been so kind as to write, in Favor of the United States,** *to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgments, and Thanks of the United States, for this important Mark of your Friendship for them. We greatly regret that the hostile Disposition of those Regencies, towards this Nation, who have never injured them, is not to be removed, on Terms in our Power to comply with.* **Within our Territories there are no Mines, either of Gold, or Silver, and this young Nation, just recovering from the Waste and Desolation of a long War, have not, as yet, had Time to acquire Riches by Agriculture and Commerce.** *But our Soil is bountiful, and our People industrious; and we have Reason to flatter ourselves, that we shall gradually become useful to our Friends.*

15                                              VI. **ARGUMENT**

A. The District Court lacked authority to construe or strike admiralty pleadings.

Admiralty and maritime jurisdiction are substantive, not procedural. When properly invoked, the court must proceed according to the law of nations and maritime custom, not state procedural codes. Striking pleadings *"for want of form"* contradicts Section 32 of the Judiciary Act of 1789, which commands courts to render judgment according to right, regardless of form.

### B.          Treaties are the supreme law and bind all state judges.

Article VI, Clause 1 and 2 makes treaties "the supreme law of the land." State judges are bound by oath to support them. The *1786 Treaty of Marrakesh* is self-executing and guarantees due respect and equal justice to Moors and Citizens of the United States alike. Failure to apply it constitutes a breach of international obligation and due process.

*"All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation."*

*This constitution, and the laws of the United States which shall be made in pursuance thereof; and **all treaties made,** or which shall be made, under the authority of the United States **shall be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the constitution or laws of any state to the contrary notwithstanding***

16 Furthermore respectfully The Articles of Confederation is a Treaty because of its verbiage see Art. XIII *"Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual"* The word perpetual means *"never ending"* so respectfully speaking how can a document like the Constitution of the United States abolish, replace or supersede the Articles of Confederation when inside of that indenture through careful inspection exists no such verbiage as Perpetual? So it seems to me that the Constitution of the United States is nothing but a mere corporate resolution with no international backing or approval from any ancient governments i.e. The King of Great Britain, the King of France, The King of Spain or Sidi Mohammed, Emperor of Morocco, where is the proof in writing that the emperors and kings agreed to Recognize and ratify Treaties with the New Government under the Constitution of the United States on an International Stage from history we know for a fact the pre existing Treaties were already already ratified and approved with the Confederation Congress i.e United States in Congress assembled.

**Furthermore** even though I am exposing the illegitimacy of the Constitution of the United States I am actually doing it out of love there is no hostility in my heart at all I know from all my studies and research everyone has the right to choose which country

they want to be subject to through the process of Berth not Birth and have the right to self determine who they are through Treaty which is

17 the Supreme Law of the Land through the only Jurisdiction that exists in the name of the Moors **"Admiralty and Maritime Jurisdiction"** Admiralty is as old as Navigation itself and Maritime is contracts/covenants. Nations cannot engage in commerce or intercourse without mutual consent through amity or else it would be considered molestation. The fact that I even have to go through these great lengths and mazes to prove who I am shows the clear breach of due process of law on an international stage. Even though the constitution was not ratified by the Confederation Congress you Trustees/Servants still took an oath to that trust indenture and are bound to honor all debts contracts and engagements entered into before the adoption of the Constitution of the United States. *"Equity does not aid the volunteer","Equity imputes an Intent to fulfill an obligation", "Equity sees as done what ought to be done","Equity follows the law", he who occasions the law must bear the burden".*

The Great Governor of the World (Emperor of Morocco Sidi Mohammed) approved the ratification of the Articles of Confederation/United States in Congress assembled on an International stage pursuant to Article XIII.

*And Whereas it hath pleased the **Great Governor of the World to incline the hearts of the legislatures we respectively represent in Congress, to approve of, and to authorize us to ratify the said Articles of Confederation and perpetual Union.** Know Ye that we the undersigned delegates, by virtue of the power and authority to us given for that purpose, do by these presents, in the name and in behalf of our 18 respective constituents, fully and entirely ratify and confirm each and every of the said Articles of Confederation and perpetual Union, and all and singular the matters and things therein contained: **And we do further solemnly plight and engage the faith of our respective constituents, that they shall abide by the determinations of the United States in Congress assembled, on all questions, which by the said Confederation are submitted to them. And that the Articles thereof shall be inviolably observed by the States we respectively represent, and that the Union shall be perpetual.***

*In Witness whereof we have hereunto set our hands in Congress. Done at Philadelphia in the State of Pennsylvania the ninth day of July in the Year of our Lord One Thousand Seven Hundred and Seventy-Eight, and in the Third Year of the independence of America.*

*Agreed to by Congress 15 November 1777 In force after ratification by Maryland, 1 March 1781*

**C. The Supreme Court has jurisdiction to correct the error on the face of the record.**

Section 25 of the 1789 Judiciary Act authorizes review whenever the validity or construction of a treaty, or the constitution itself, is drawn into question. The questions here are controlling and substantial and is in harmony with article VI Cls 1-2 of the Constitution of the United States/U.S Constitution in which your Trust Indenture clearly expresses the ability to question the validity and construction of that particular instrument

**"the face of the record, and immediately respects the before mentioned questions of validity or construction of the said 19 constitution, treaties, statutes, commissions, or authorities in dispute".**

The **questions** I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity and Construction of the 39th through 81st congress and its construction of the Constitution of the United States its commissions, acts, and laws known as the Organic Act of 1801-1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Nevada rules of civil Procedures, Nevada Rules of Appellate Procedure, Nevada Revised Statutes, 1864 Nevada Constitution, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, 1862 HOMESTEAD ACT, POLICE PRECINCTS, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution (Articles of Confederation), 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1776-1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII, 1787 Northwest Ordinance sec,13,14 and Art 4 and general acts of united states in congress assembled? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire :          **(Affirm or Deny)**

And furthermore I also draw into question the validity and construction of the constitution of the united states, 1848 Treaty of Hidalgo/Guadeloupe and whether its repugnant to the 1776-1781 Articles of Confederation article 6,9,12,13 and international Treaties such as 1786 Treaty of Marrakech, 1767 Treaty with Morocco and Spain,1767 Treaty with Morocco and France,1491/1492 Treaty of Grenada, 1795 Treaty of San Lorenzo, Treaties of Commerce and Navigation between Morocco and Great Britain January 14 ,1728, A

16. Treaty of Peace and Friendship, between the King of Great Britain, and the Emperor of Morocco 1751.

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

In the master bill of lading I made it very clear on the face of the record to draw into question the validity and construction of the Constitution of the United States but this brief would be too long to articulate all parts of the questions I raised so im only gonna dive deep into the Nevada Revised Statutes and if its repugnant to the Article VI of the Constitution of the United States as well as Article I section 8 clause 17 lets further dive into the verbiage of Article 1 section 8 clause 17 and 18 and the 1801 organic act/1801 judiciary act

17. To exercise exclusive legislation in all cases whatsoever, over such district (**not exceeding ten miles square**) as may, *by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings*: And,

18. To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this constitution in the government of the United States, or in any department or officer thereof.

**19.** Exclusive legislation is **the authority of one level of government, most commonly the federal government, to create laws over a specific area or subject, displacing state authority**.

20. This is most prominently seen with federal land, where states have ceded their power to legislate, and in specific areas where Congress has been

21 granted exclusive jurisdiction by the U.S. Constitution, such as federal enclaves like forts or the nation's capital district.

*ASSUMPTION OF LEGAL JURISDICTION BY THE UNITED STATES. The acts of cession of both States provided that the jurisdiction of the laws of those States, respectively, over the persons and property of individuals residing within the limits of the sections aforesaid should not cease or determine until Congress, having accepted such cession, should by law provide for the government thereof under its jurisdiction, in the manner provided in the eighth section of the first article of the Constitution of the United States. The United States assumed legal jurisdiction in the District by "An act concerning the District of Columbia," approved February 27, 1801 (2 Stats., 103).*

**Cessions Definition:** the formal giving up of rights, property, or territory by a state.

**ARS § 20-105** "Person" defined. "Person" includes an individual, company, insurer, association, organization, society, partnership and corporation.

*Interlocutory Appeal*                          Page 23 of 48

**ARS § 45-291** "Person" means an individual, public or private corporation, partnership, firm, association, trust, and government entities.

So if we pay attention closely to Art 1 section 8 clause 17 and 18 the District of Columbia became the new seat of government operating using special legislation/Exclusive legislation one by one making states and territories give up their sovereignty that was clearly given to them expressly through the Articles of Confederation making them puppet states of a New Union of Federalists under the guise of the Constitution of the United States using exclusive legislation aka Marquee legislation (**letters of Marque/ Reprisal**) powered by the D.C Code and the Organic Acts its very clear that all so called state statutes are carbon copies of

22. the D.C. Code and in that Indenture it clearly defines the Word **"Person" as a Corporation or Partnership.** The Federal government powered by Article 1 section 8 has caused irreparable harm with the Assumption that everyone is a fictitious entity which is very unbecoming, Person through my careful analyzation is the **Slave** and the **Master** is clearly the **"service or labor"** through facts as I showed above the Arizona Revised Statutes is clearly **Quazi-In Rem** "as if its against a thing". Non Substantive due process of law to assume anyone is a government, a governmental agency and a political subdivision of a government and is also paper genocide to destroy Nations of People **"Equity will not allow a statute to be used a cloak for fraud"** Since the Arizona Revised statutes is special legislation/exclusive legislation (color of law) and this district clearly exceeded the 10 mile square Is a clear breach of Article VI clause 2 of the Constitution of the United States which is clearly written on the face of the Instrument that **"Treaties are Supreme law of the land and any laws of any state constitution or laws of the united states to the contrary is notwithstanding"** in breach of the 1786 Treaty of Marrakech article II

*If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.*
Furthermore the 1850 Organic Act to organize the Territory of *New Mexico Arizona Supreme Court judicial review; Arizona Organic Act 1912 Arizona Constitution Article 6 § 5 authorizes the authority to review as well*

**Sec 5.** of the Arizona Constitution outlines the jurisdiction of the Supreme Court, granting it original jurisdiction over habeas corpus and other extraordinary writs, as well as the power to make procedural rules for all courts. This section ensures that the Supreme Court can issue necessary writs and manage its appellate jurisdiction effectively. The supreme court shall consist of a chief justice and two associate justices, any two of whom shall constitute a quorum, and who shall hold a term at the seat of government of said Territory annually, and they shall hold their offices during the period of four years.

The said Territory shall be divided into three judicial districts, and a district court shall be held in each of said districts by one of the justices of the supreme court, at such time and place as may be prescribed by law; and the said judges shall, after their appointments, respectively, reside in the districts which shall be assigned them. The jurisdiction of the several courts herein provided for, both appellate and original, and that of the probate courts and of the justices of the peace, shall be as limited by law: Provided, That justices of the peace shall not have jurisdiction of any matter in controversy when the title of boundaries of land may be in dispute, or where the debt or sum claimed shall exceed one hundred dollars; and the said *supreme and district courts, respectively, shall possess chancery as well as common-law jurisdiction; and authority for redress of all wrongs committed against the Constitution or laws of the United States, or of the Territory, affecting persons or property.* Each district court, or the judge thereof, shall appoint its clerk, who shall also be the *register in chancery*, and shall keep his office at the place where the court may be held. *Writs of error, bills of exception, and appeals, shall be allowed in all cases from the final decisions of said district courts to the supreme court, under such regulations as may be prescribed by law*; but in no case removed to the supreme court shall trial by jury be allowed in said court. The supreme court, or the justices thereof, shall appoint its own clerk, and every clerk shall hold his office at the pleasure of the court for which he shall have been appointed. Writs of error and appeals from the final decisions of said supreme court, shall be allowed, and may be taken to the Supreme Court of the United States, in the same manner and under the same regulations as from the circuit courts of the United States, where the value of the property, or the amount in controversy, to be ascertained by the oath or affirmation of either party, or other competent witness, shall exceed one thousand dollars; and each of the said district courts shall have and exercise the same jurisdiction in all cases arising under the Constitution and laws of the United

24. States as is vested in the circuit and district courts of the United States; and the said supreme and district courts of the said Territory

### *Art. 2 §3*

Supreme law of the land; authority to exercise sovereign authority against federal action; use of government personnel and financial resources.

Section 3. A. The Constitution of the United States is the supreme law of the land to which all government, state and federal, is subject.

*Art. 2 Sec. 25. Section 25. No bill of attainder, ex-post-facto law, or law impairing the obligation of a contract, shall ever be enacted.*, and all bonds, executed to the Governor of the Territory or to any other Officer or Court in his or their official capacity, or to the

people of the United States in the Territory of Arizona, shall pass to the Governor, or other officer or court, and his or their successors in office for the uses therein respectively expressed, and may be sued on, and recovery had accordingly; And all property real, personal or mixed, and all judgements, bonds, specialties, choses in Action, claims and debts of whatsoever description, and all records, and public Archives of the Territory of Arizona, *shall issue to and vest in the State of Arizona, and may be sued for and recovered in the same manner and to the same extent by the State of Arizona,* as the same could have been by the Territory of Arizona. All criminal prosecutions and penal Actions, which may have arisen, or which may arise before the change from a Territorial to a State Government, and which shall then be pending, *shall be prosecuted to judgement and execution in the name of the State. All offenses committed against the laws of the Territory of Arizona, before the change from a Territorial to a State Government, and which shall not be prosecuted before such change, may be prosecuted in the name and by the Authority of the State of Arizona, with like effect as though such change had not taken place; And all penalties incurred, shall remain the same as if this Constitution had not been adopted;* All actions at law, *and suits in equity*, and other legal proceedings, which may be pending in any of the Courts of the Territory of Arizona at the time of the change from a Territorial to a State Government may be continued and transferred to, and determined by, any court of the State, *which shall have jurisdiction of the subject matter thereof.* All actions at law and *suits in Equity, and all other legal proceedings, which may be pending in any of the Courts of the Territory of Arizona at the time of the change from a Territorial to a State Government, shall be continued and transferred to, and may be prosecuted to judgement and execution*

25. *in any Court of the State which shall have jurisdiction of the subject matter thereof;* And all books, papers and records, relating to the same shall be transferred in like manner to such Court.

It is very crucial that this supreme court corrects the errors and restore due process of law of the trial courts because the state judges are bound to honor *"International Treaties the Laws of Nations"* Article VI of the Constitution of the United States binds all judges in the states to honor and obey *"all previous debts contracts and engagements entered into before the adoption of this constitution and is valid against the United States* (**United States of America in Congress assembled**) *as under the Articles of Confederation"* Pursuant to the 1777 New York Constitution XXVII., Articles of Confederation Article IX,IV X,XI,XII and 1787 Northwest Ordinance Article 4, section 13,14 and 1786 Treaty of Marrakech (Self-Executing) Article III,IV,VI,VII,VIII,XI,XIV,XV,XVII, XXI,XXII,XXIII,XXIV, Treaty of Amity and Commerce Between The United States and France; February 6, 1778 art. 8 and 15

**XXVII.** And be it further ordained, *That the register and clerks in chancery be appointed by the chancellor;* the clerks of the supreme court, by the judges of the said court; the clerk of the court of probate, by the judge of the said court; *and the register and marshal of the court of admiralty, by the judge of the admiralty.* The said marshal, registers, and clerks to continue in office during the pleasure of those by whom they are appointed as aforesaid.

**IX.** *The United States in Congress assembled shall have authority to appoint a committee, to sit in the recess of Congress, to be denominated 'A Committee of the States',* and to consist of one delegate from each State; and to appoint such other *committees and*

26 *civil officers as may be necessary for managing the general affairs of the United States under their direction -- to appoint one of their members to preside,* provided that no person be allowed to serve in the office of president more than one year in any term of three years; to ascertain the necessary sums of money to be raised for the service of the United States, and to appropriate and apply the same for defraying the public expenses -- to borrow money, or emit bills on the credit of the United States, transmitting every half-year to the respective States an account of the sums of money so borrowed or emitted -- to build and equip a navy -- to agree upon the number of land forces, and to make requisitions from each State for its quota, in proportion to the number of white inhabitants in such State; which requisition shall be binding, and thereupon the legislature of each State shall appoint the regimental officers, raise the men and cloath, arm and equip them in a solid-like manner, at the expense of the United States; and the officers and men so cloathed, armed and equipped shall march to the place appointed, and within the time agreed on by the United States in Congress assembled. But if the United States in Congress assembled shall, on consideration of circumstances judge proper that any State should not raise men, or should raise a smaller number of men than the quota thereof, such extra number shall be raised, officered, cloathed, armed and equipped in the same manner as the quota of each State, unless the legislature of such State shall judge that such extra number cannot be safely spread out in the same, in which case they shall raise, officer, cloath, arm and equip as many of such extra number as they judge can be safely spared. And the officers and men so cloathed, armed, and equipped, shall march to the place appointed, and within the time agreed on by the United States in Congress assembled.

*The United States in Congress assembled shall never engage in a war, nor grant letters of marque or reprisal in time of peace, nor enter into any treaties or alliances, nor coin money, nor regulate the value thereof, nor ascertain the sums and expenses necessary for the defense and welfare of the United States, or any of them, nor emit bills, nor borrow money on the credit of the United States, nor appropriate money, nor agree*

*upon the number of vessels of war, to be built or purchased, or the number of land or sea forces to be raised, nor appoint a commander in chief of the army or navy, unless nine States assent to the same:* nor shall a question on

any other point, except for adjourning from day to day be determined, unless by the votes of the majority of the United States in Congress assembled.

**IV.** The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States; and the people of each State shall free ingress and regress to and from any other State, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions, and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any State, to any other State, of which the owner is an inhabitant; provided also that no imposition, duties or restriction shall be laid by any State, on the property of the United States, or either of them.

If any person guilty of, or charged with, treason, felony, or other high misdemeanor in any State, shall flee from justice, and be found in any of the United States, he shall, upon demand of the Governor or executive power of the State from which he fled, be delivered up and removed to the State having jurisdiction of his offense.

Full faith and credit shall be given in each of these States to the records, acts, and judicial proceedings of the courts and magistrates of every other State.

**X.** The Committee of the States, or any nine of them, shall be authorized to execute, in the recess of Congress, such of the powers of Congress as the United States in Congress assembled, by the consent of the nine States, shall from time to time think expedient to vest them with; provided that no power be delegated to the said Committee, for the exercise of which, by the Articles of Confederation, the voice of nine States in the Congress of the United States assembled be requisite.

**XI.** Canada acceding to this confederation, and adjoining in the measures of the United States, shall be admitted into, and entitled to all the advantages of this Union; but no other colony shall be admitted into the same, unless such admission be agreed to by nine States.

**XII.** All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United

States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.

**Art 4.** The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto.The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same common rule and measure by which apportionments thereof shall be made on the other States; and the taxes for paying their proportion shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within the time agreed upon by the United States in Congress assembled. The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers. No tax shall be imposed on lands the property of the United States; and, in no case, shall nonresident proprietors be taxed higher than residents. The navigable waters leading into the Mississippi and St. Lawrence, and the carrying places between the same, shall be common highways and forever free, as well to the inhabitants of the said territory as to the citizens of the United States, and those of any other States that may be admitted into the confederacy, without any tax, impost, or duty therefor.

29 **Sec. 13.** And, for extending the fundamental principles of civil and religious liberty, which form the basis whereon these republics, their laws and constitutions are erected; to fix and establish those principles as the basis of all laws, constitutions, and governments, which forever hereafter shall be formed in the said territory: to provide also for the establishment of States, and permanent government therein, and for their admission to a share in the federal councils on an equal footing with the original States, at as early periods as may be consistent with the general interest:

**Sec. 14.** It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:

*Art. II. If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall*

be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.

*Art. IV. A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.*

*Art. V. If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.*

*Art VI. If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of*

30 America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

*Art. VII. If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.*

*Art. VIII. If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.*

*Art. XI. If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moorish or Christians.*

*Art. XIV. The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.*

*Art. XV. Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.*

*Art. XVII. Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.*

*Art. XX. If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the*

31 Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

*Art. XXI. If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.*

*Art. XXII. If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.*

*Art. XXIII. The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.*

*Art. XXIV. If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest*

*force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property.* And it is further declared that whatever indulgences in Trade or otherwise shall be granted to

32 any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

*Art. XXV. This Treaty shall continue in full Force, with the help of God for Fifty Years.*

*We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.*

*I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the **Emperor of Morocco** and the **United States of America**.*

*THOS BARCLAY*

*(1) Or Ouadnoun, on the Atlantic coast, about latitude 29Â° N*

*Art. 8. The most Christian King will employ his good Offices and Interposition with the King or **Emperor of Morocco or Fez,** the Regencies of Algier, Tunis and Tripoli, or with any of them, and also with every other Prince, State or Power of the Coast of Barbary in Africa, and the Subjects of the said King Emperor, States and Powers, and each of them; in order to provide as fully and efficaciously as possible for the Benefit, Conveniency and Safety of the said United States, and each of them, their Subjects, People, and Inhabitants, and their Vessels and Effects, against all Violence, Insult, Attacks, or Depredations on the Part of the said Princes and States of Barbary, or their Subjects.*

*Art. 15. If by the exhibiting of the above said Certificates, the other Party discover there are any of those Sorts of Goods, which are prohibited and declared contraband and consigned for a Port under the Obedience of his Enemies, it shall not be lawful to break up the Hatches of such Ship, or to open any Chest, Coffers, Packs, Casks, or any other Vessels found therein, or to remove the smallest Parcels of her Goods, whether such Ship belongs to the Subjects of France or the Inhabitants of the said United States, **unless the lading be***

33 brought on Shore in the presence of the Officers of the Court of Admiralty and an Inventory thereof made; but there shall be no allowance to sell, exchange, or alienate the same in any manner untill after that due and lawful Process shall have been had against

such prohibited Goods and the Court of Admiralty shall by a Sentence pronounced, have confiscated the same: saving always as well the Ship itself as any other Goods found therein, which by this Treaty are to be esteemed free: neither may they be detained on presence of their being as it were infected by the prohibited Goods, much less shall they be confiscated as lawful Prize: But if not the whole Cargo, but only part thereof shall consist of prohibited or contraband Goods and the Commander of the Ship shall be ready and willing to deliver them to the Captor, who has discovered them, in such Case the Captor having received those Goods shall forthwith discharge the Ship and not hinder her by any means freely to prosecute the Voyage, on which she was bound. But in Case the Contraband Merchandiscs, cannot be all receiv'd on board the Vessel of the Captor, then the Captor may, notwithstanding the Offer of delivering him the Contraband Goods, carry the Vessel into the nearest Port agreable to what is above directed.

*Furthermore in conclusion its no more to express that the laws mentioned in this here brief has not already been said Treaties are the supreme law of the land admiralty and maritime jurisdiction is international and only deals with substance and laws of nations honestly there has been a breach of Treaties of all sorts pre dating the constitution by forming the Constitution of the United States without unanimous consent of the legislatures of the states and the United States in Congress assembled which is very simple and the right thing to do so the trust indenture (minutes) would of been updated and reflect the establishment of the*

34 Constitution as a proper committee of the states being acknowledged internationally since this never happened this a clear breach of due process of law on an international stage where the United States of America was recognized on an International stage by Treaty and the Articles of Confederation which is a Treaty as well and the Great Governor of the World Sidi Mohammed approved the ratification of the Articles of Confederation and the Emperors of Al Maroc/Morocco before him approved all Confederations around the World Including Great Britain,Spain, France etc Jus Soli and Jus Sanguinis

*Articles of Peace and Commerce between the most High and Renowned Prince George II . by the Grace of God, King of Great -Britain, France , Ireland , Defender of the Faith, c.& And the most High and Glorious, Mighty and right Noble Prince Muley Hammet Dahebby , Ben Muley Ismael, Ben Mulev Zeriph Ben Muley Aly, King and Emperor of the Kingdom of Fez and Morocco , Tafitet , Suz, and all the Algarbe audits Territories in Africa &c . Concluded, agreed, and adjusted by John Ruffel Esq; on the Behalf of his Britannic Majesty, and by his Excellency Bashaw Hamet , Ben Aly , Ben Abdalla, and his Imperial Majesty's Admiral of Sallee, Hadge Abde'r- . cader Perez ,on the Behalf of the Emperor of Fez and Morocco, January 14 , 1728*

Superior Court for Arizona Maricopa       Foreign Judgment       Domesticated No. CV2024-021367

*Art I. THAT all Moors or Jews subject to the Emperor of Morocco shall be allowed a free Traffic, viz. to buy or sell for 30 Days in the City of Gibraltar or Island of Minorca, and not to reside in either Place, but to depart with their Effects, without Let or Molestation, to any Part of the said Emperor of Morocco's Dominions, Breached in the past*

*Art.II. That the King of Great Britain s. Subjects residing in Barbary shall ,not be obliged to appear before the Cadi or Justices of the Country; but only the Governor of the Place and his Britannick Majesty's Consul are to take Cognizance of and adjust the*

35 Differences they may have with the Natives of the Country.Breached in the past Art.III. That the menial Servants of his Britannick Majesty's Subjects, the Natives of the Country,either Moors or Jews, be exempt from Taxes of all Kinds. Breached in the past

*Art.IV. That all his Britannic Majesty's Subjects, as well Passengers as others, taken by any of the Emperor of Fez and Morocco's Cruizers , on board any foreign Ship or Vessel whatever, shall immediately be set at Liberty and sent to the City of Gibraltar. Breached in the past*

*Art.V. That there be Permission for buying Provisions and all other Necessaries for his Britannic Majesty's Fleet, or City of Gibraltar, at any of the Emperor of Fez and Morocco's Sea Ports, at the Market Prices, and the fame to be shipped off without paying Custom, as has been extorted lately contrary to the Treaty of Peace subsisting.Breached in the past*

*Art.VI. All the other Articles, being fifteen in Number, concluded, agreed, and adjusted by the Honourable Charles Steward, Esq; on the Behalf of his Britannick Majesty, and by his Excellency Bashaw Hamet Ben Aly, Ben Abdalla , and his Imperial Majesty's Trea¬ surer Mr . Moses Ben Hatter, a few, on the Behalf of the said King of Fez and Morocco, sir all stand good, and be of the same Force , as in the Reign of the most high and renowned Prince George I . King of Great Britain , France and Ireland, c & . of glorious Memory , and the high and glorious, mighty and right Noble Prince Albumazar Mules' Ismael late Emperor of Morocco. And it is farther agreed, that all the Articles aforementioned, as well the fifteen, as these additional ones, shall in twenty Days after the Date hereof be published in the Arabick Language , and affixed on the Gates of all the Sea-port Towns in his Imperial Majesty's Dominions ,signed and dated at the Court of Mequinez, Breached in the past*

## VII. CONCLUSION

Appellant respectfully request's that this Honorable Court:

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

1. **Reverse** the superior court's interlocutory order striking the pleadings and dismissing these People and or the action;

2. 2. **Remand** with instructions to proceed under admiralty and maritime jurisdiction;
3. **Affirm** the defaults lawfully entered against Respondents;
4. **Order restoration** of Appellant's rights, property, and protections secured under the 1786 Treaty of Marrakesh and applicable admiralty law and correct the abstract to reflect that i am in Control of my Berth my estate through my master bill of lading with my proper flag of my allegiance to the Shereefian Empire.

Respectfully submitted,

/s/ higgins, mark rock a private people Ipso jure Moor Subject of the Al Maroc Shereefian Empire/Morocco

Libelant/Appellant, in propria personam December 21st 2025

## VIII. CERTIFICATE OF COMPLIANCE

I declare this brief complies with the Rules of Equity and the Rules of Admiralty, is written in 14-point font, double-spaced, and contains approximately 13389 words.

Signed this 21st day of December, 2025.

/s/ higgins, mark rock ipo jure Moor Subject of the Al Maroc Shereefian Empire/Morocco

## IX. CERTIFICATE OF SERVICE

I declare that on December 21st , 2025, I served a true and correct copy of this Opening Brief by Clerk of Court's E-file/Turbo, or certified mail/e-service upon each respondent or counsel of record.
higgins, mark rock ipso jure Moor Subject of the Al Maroc Shereefian Empire/Morocco

**The following people were served electronically registered users of the court's electronic filing system:**
**KRIS MAYES, ATTORNEY FOR ALL DEFENDANTS SUBDIVISIONS'**

**Including but not limited TO: RACHEL MITCHELL, HEIDI OWENS, DESE RAE OWENS, MANUEL O DELGADO JR,**

KATIE HOBBS
Address: 1700 West Washington Street
          Phoenix, AZ

*Interlocutory Appeal*                    Page 35 of 48

KRISTEN KAY MAYES
Address: 2005 North Central Ave
          Phoenix, AZ Certified Mail

ADRIAN FONTEZ
Address: 1700 West Washington Street
Phoenix, AZ

RACHEL MITCHELL
Address: 225 South 3rd Avenue
Phoenix, AZ

HEIDI OWENS
Address: 10420 West Van Buren
Avondale, AZ

DESE RAE TUCKER
Address: 10420 West Van Buren
Avondale, AZ Certified Mail

JERRY SHERIDAN
Address: 550 West Jackson Street
Phoenix, AZ

Notice of Interlocutory Appeal from the *district court of the Territory of Arizona Maricopa County for the District Court maricopa county/State of Arizona district court maricopa county* to the *supreme court of the Arizona Territory/Supreme judicial court of the State of Arizona*

I higgins, mark rock an Ipso jure Moor Subject of the Al Maroc Shereefian am filing a Notice of Interlocutory Appeal with the clerk of court Respectfully for the Interlocutory Order filed issued by the second judicial district court mcdowell, thomas d/b/a THOMAS MCDOWELL judge et al., Error in striking or dismissing Defendants' my Master Bill of Lading, *in Admiralty and Maritime* Pro Confesso/Defaults etc all papers *SUA SPONTE* on October 1st 2025, My rights have been irreparably destroyed beyond repair by letters of marquee/reprisal (color of law) in the Form of Arizona Rules of Civil Procedures which is in conflict with the principles of equity and *Admiralty and Maritime Treaties* which are In fact repugnant to the constitution **(Articles of Confederation)**, Treaties 1786/1836 Treaty of Marrakesh which is the *"Supreme law of the Land"*. *SO ORDERED United States District Court Southern District New York Chief District Article III Judge Laura Taylor Swain Dated 12/19/22, entered within the Arizona Superior Court as Foreign Judgment; domestication Case CV2024-021367.* **Upheld by ArticleIV, Section 1**

*Interlocutory Appeal*                    Page 36 of 48

*of U.S. Constitution mandates that each state must recognize and enforce the judicial decisions and judgments rendered by courts in other states. This principle is crucial in ensuring that legal decisions are upheld across state line. AS PER: Arizona Revised Statutes § 12-1701*: In this article, unless the context otherwise requires: "Foreign judgment" means any judgment, decree, or order of a court of the United States or of any other court which is entitled to full faith and credit in this state.

### Constitutional Questions 1789 judiciary act sec.25

The questions I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity and Construction of the 39th through 81st congress and its construction of the Constitution of the United States its commissions, acts, and laws known as the Organic Act of 1801-1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Arizona rules of civil Procedures, Arizona Rules of Appellate Procedure, Arizona Revised Statutes, 1910 Arizona Constitution, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, 1862 the legal qualification, merit, foundation to override the *de sure* puerperal Articles of Confederation compact

Docket No. CV2025-027997

Master Bill Of Lading

**Civil/Ecclesiastical/Dispute**

*Admiralty and Maritime Jurisdiction*

HOMESTEAD ACT, POLICE PRECINCTS, THE FAMILY COURT ACT, BRITISH ACCREDITED REGISTRY, FEDERAL RULES OF CRIMINAL PROCEDURE, CHILDREN'S BUREAU etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution 1776-1781 (Articles of Confederation), 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1776-1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII, 1787 Northwest Ordinance sec,13,14 and Art 4 and general acts of united states in congress assembled? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire :    Affirm or Deny

And furthermore I also draw into question the validity and construction of the constitution of the united states,1848 Treaty of Hidalgo/Guadeloupe and whether its

repugnant to the 1776-1781 Articles of Confederation article 6,9,12,13 and international Treaties such as 1786 Treaty of Marrakech, 1767 Treaty with Morocco and Spain,1767 Treaty with Morocco and France,1491/1492 Treaty of Grenada, 1795 Treaty of San Lorenzo, Treaties of Commerce and Navigation between Morocco and Great Britain January 14 ,1728, A Treaty of Peace and Friendship, between the King of Great Britain, and the Emperor of Morocco 1751.

### *Maxims of Equity*

1. *He who seeks equity must do equity*

2. *Equity will not suffer a wrong to be without a remedy*

3. *Equity regards as done what ought to be done*

4. *Equity is equality*

5. *Equity follows the law*

6. *He Who Comes to Equity Must Come with Clean Hands*

7. *Equity aids the vigilant, not those who sleep on their rights*

8. *Where the equities are equal, the law prevails*

9. *Where the equities are equal, the first in time prevails*

10. *Equity looks to the intent rather than the form*

11. *Equity imputes an intention to fulfil an obligation*

12. *Equity Acts in Personam*

13. *He who occasions the loss must bear the burden*

14. *Equity Abhors a Forfeiture*

15. *Equity will not allow a Trust to fail for want of a Trustee*
    *Grounds*

The Constitution of the United States **"Committee of the states" 1776-1781 Articles of Confederation Art 6,9,12,13** was formed not legitimately in the recess of congress of the Confederation in 1789 the last active congress of the United States in Congress Assembled was in 1788 in the 6th Session

### Breach of the Constitution of the United States Art VI 1,2,3 Supremacy Clause

*"Equity Imputes an Intent to Fulfill an Obligation"*
*"All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the (Articles of Confederation)."*

*This constitution, and the laws of the United States which shall be made in pursuance thereof; and **all treaties made, or which shall be made, under the authority of the United States shall be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the constitution or laws of any state to the contrary notwithstanding***

*The senators and representatives before-mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States*

### Breach of the Constitution of the United States Article 3

*"Equity Imputes an intent to fulfill an obligation"*

### Section 1- Judicial powers, Tenure, Compensation

***The judicial power of the United States, shall be vested in one supreme court,*** and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services a compensation, which shall not be diminished during their continuance in office.

### Section 2 - Judicial power; to what cases it extends. Original jurisdiction of Supreme Court Appellate. Trial by Jury, etc. Trial, where

1. ***The judicial power shall extend to all cases, in law and equity, arising under this constitution***, the laws of the United States, and treaties made, or which shall be made under their authority; to all cases affecting ambassadors, other public ministers and

consuls; to ***all cases of admiralty and maritime jurisdiction;*** to controversies to which the United States shall be a party; to controversies between two or more states, between a state and Citizens of another state, between Citizens of different states, between Citizens of the same state, claiming lands under grants of different states, and between a state, or the Citizens thereof, and foreign states, Citizens or subjects.

2. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the supreme court shall have original jurisdiction. In all the other cases before-mentioned, the supreme court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

3. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

## Section 3 - Treason defined. Proof of. Punishment of.

1. Treason against the United States shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

2. The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture, except during the life of the person attainted.

## The Judiciary Act; September 24, 1789

**SEC . 9.** And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; ***and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,*** the right of a common law remedy, where the common law is competent to give it; ***and shall also have exclusive original cognizance of all seizures***

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

*on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien sues for a tort only in violation of the law of nations or a treaty of the United States.* And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.*"Equity Imputes an intent to fulfill an obligation" Breached In the past*

*SEC.11.* And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided. *Breached In the past*

SEC . 19. And be it further enacted *That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction,* to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court. *Breached In the past*

*SEC . 25. And be it further enacted, That a final judgment or decree in any suit, in the highest court of law or equity of a State in which a decision in the suit could be had,*

*where is drawn in question the validity of a treaty or statute of, or an authority exercised under the United States, and the decision is against their validity; or where is drawn in question the validity of a statute of, or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, and the decision is in favour of such their validity, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party, under such clause of the said Constitution, treaty, statute or commission, may be re-examined and reversed or affirmed in the Supreme Court of the United States upon a writ of error, the citation being signed by the chief justice, or judge or chancellor of the court rendering or passing the judgment or decree complained of, or by a justice of the Supreme Court of the United States, in the same manner and under the same regulations, and the writ shall have the same effect, as if the judgment or decree complained of had been rendered or passed in a circuit court, and the proceeding upon the reversal shall also be the same, except that the Supreme Court, instead of remanding the cause for a final decision as before provided, may at their discretion, if the cause shall have been once remanded before, proceed to a final decision of the same, and award execution. But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears on the face of the record, and immediately respects the before mentioned questions of validity or construction of the said constitution, treaties, statutes, commissions, or authorities in dispute.*

**SEC. 32.** And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe. *Breached In the past*

## 1801 Judiciary Act

## *LAWS REMAINING IN FORCE.*

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code. **Breached in the past***

*ASSUMPTION OF LEGAL JURISDICTION BY THE UNITED STATES. The acts of cession of both States provided that the jurisdiction of the laws of those States, respectively, over the persons and property of individuals residing within the limits of the sections aforesaid should not cease or determine until Congress, having accepted such cession, should by law provide for the government thereof under its jurisdiction, in the manner provided in the eighth section of the first article of the Constitution of the United States. The United States assumed legal jurisdiction in the District by "An act concerning the District of Columbia," approved February 27,1801 (2 Stats., 103). **Breached in the past***

*1787 Northwest ordinance*

*Art. 4. The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto. The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same common rule and measure by which apportionments thereof shall be made on the other States; and the taxes for paying their proportion shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within the time agreed upon by the United States in Congress assembled. The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers. No tax shall be imposed on lands the property of the United States; and, in no case, shall nonresident proprietors be taxed higher than residents. The navigable waters leading into the Mississippi and St. Lawrence, and the carrying places between the same, shall be common highways and forever free, as well to the inhabitants of the said territory as to the citizens of the United States, and those of any other States that may be admitted into the confederacy, without any tax, impost, or duty therefor.*

*Interlocutory Appeal*                          Page 43 of 48

Superior Court for Arizona Maricopa    Foreign Judgment    Domesticated No. CV2024-021367

*Section 13. And, for extending the fundamental principles of civil and religious liberty, which form the basis whereon these republics, their laws and constitutions are erected; to fix and establish those principles as the basis of all laws, constitutions, and governments, which forever hereafter shall be formed in the said territory: to provide also for the establishment of States, and permanent government therein, and for their admission to a share in the federal councils on an equal footing with the original States, at as early periods as may be consistent with the general interest:* **Breached in the Past**

*Section 14. It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:***Breached in the Past**

**New Mexico — Arizona Enabling Act (June 20, 1910)**
**Section 20 — Existing Rights and Liabilities**
**This is the federal law governing BOTH Territories.**

*Sec: 20. All rights of action, suits, proceedings, contracts, claims, and demands, existing at the time of the admission of said State, shall continue as if no change had taken place, and may be commenced or prosecuted as if this Act had not been passed; and all process shall issue in the name of the State, and may be served, executed, and returned accordingly."*

"All obligations of any kind existing against the Territory of Arizona or the Territory of New Mexico shall devolve upon and be assumed by the State,"

"and all judgments, records, and judicial proceedings shall remain in full force and
effect.":                **Breached in the Past**

*1786/1836 Treaty of Marrakech*

**Art. I.** *We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.***Breached in the Past**

**Art. II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**Art. III.** *If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging*

*Interlocutory Appeal*                Page 44 of 48

to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them. **Breached in the past**

**Art. IV.** *A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.* **Breached in the past**

**Art. V.** *If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.* **Breached in the Past**

**Art. VI** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **Breached in the past (A Trust arises)**

**Art. VII.** *If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.* **Breached in the past**

**Art VIII.** *If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.* **Breached in the past Breached in the past** (A Trust arises)

**Art. IX.** *If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.* **Breached in the past**

**Art. XI.** *If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed*

*towards the American Vessels sailing from our Ports.-be their enemies Moorish or Christians.* **Breached in the Past**

**Art. X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.* **"Breached in the past...**

**Art. XII.** *If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.* **"Breached in the past"...**

**Art. XIII.** *If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.* **"Breached in the past"...**

**Art. XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.* **"Breached in the past"...**

**Art. XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"...**

**Art. XXII.** *If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.* **Breached in the Past**

**Art. XX.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the*

*Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* **Breached in the Past**

**Art. XVI.** *In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.* **Breached in the Past**

**Art. XV.** *Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.* **Breached in the Past**

**Art. XVII.** *Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.* **Breached in the Past**

**Art. XVIII.** *All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.* **Breached in the Past**

**Art. XIX.** *No vessel shall be detained in Port on any presence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.* **Breached in the Past**

**Art. XXIII.** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.* **Breached in the Past**

Superior Court for Arizona Maricopa          Foreign Judgment          Domesticated No. CV2024-021367

*Art. XXIV. If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.*
<div align="center">**"Breached in the past and present"**</div>

*Art. XXV. This Treaty shall continue in full Force, with the help of God for Fifty Years.We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred. I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.* **"Breached in the past and present"**

Libelant tenders this Notice of Interlocutory Appeal to preserve the above errors for review upon interlocutory appeal to the Supreme Court of the Territory of Arizona/ Arizona Supreme Court


Respectfully submitted, Dated: December 31st, 2025


 higgins, mark rock Moor/Libelant in propria personam

This document does not contain any personal information like social security numbers etc



*:Mark-Rock: Higgins .*

By: /s/ *higgins. mark rock* Moor irish subject of the al maroc Shereefian empire Admiralty and maritime jurisdiction

<div align="center">

**EXEMPLIFICATION CERTIFICATE ATTACHMENT (Exhibit)**

**Superior Court of Arizona "Foreign Judgment" Domesticated (Exhibit)**

**Docket Case No. CV2024-021367**

*All Rights [Pre]served*

</div>

Person Filing: higgins, mark rock; "in propria persona"

Address (if not protected): 10642 W. Southern

City, State, Zip Code: Tolleson, Arizona RFD near [85353]

Telephone: (602) 315-4763

Email Address: HigginsFamilyTrustTrustee@Gmail.com

Lawyer's Bar Number: _____

Representing ☐ Self, without a Lawyer, or ☐ Attorney for ☒ Plaintiff OR ☐ Defendant

JEFF FINE
Clerk of the Superior Court
By Patricia Lein, Deputy
Date 08/08/2024 Time 16:55:18
Description          Amount
-------- CASE# CV2024-021367 --------
CIVIL NEW COMPLAINT          333.00
-----------------------------------
TOTAL AMOUNT          333.00
Receipt# 29890868
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

CV2024-021367

**HIGGINS FAMILY TRUST et al.,**

Name of Plaintiff / Petitioner

Case Number: 22-cv-9714(LTS)

**ANTONY BLINKEN**

Name of Defendant / Respondent

## AFFIDAVIT SUBSTANTIATING A FOREIGN JUDGMENT

I affirm that I am over the age of 18 and otherwise competent to testify in a court of law of the United States or several states; and I make this Affidavit without being under fraud, duress, or undue influence from any person as to the following facts:

1. Pursuant to A.R.S. § 12-1702 et seq., I am filing this Affidavit with the Clerk of Superior Court along with a certified copy of a foreign judgment.

2. The name and last known post office box or residential address of the Plaintiff/Petitioner is as follows:

   Name: Mark-Rock:Higgins

   Address: 10642 W. Southern

   City, State, Zip Code: Tolleson, Arizona RFD near [85353]

3. The name and current post office box or residential address of the Defendant/Respondent is as follows:

   Name: Antony John Blinken

   Address: 1600 Pennsylvania Avenue NW

   City, State, Zip Code: Washington, D.C. 20500

Case Number: __22-cv-9714(LTS)__

4. The name and current address of the Plaintiff/Petitioner's Attorney in the State of Arizona is as follows:

Name: __N/A_____

Address: _____

City, State, Zip Code: _____

☒ Not applicable

## OATH OR AFFIRMATION AND VERIFICATION

I swear or affirm that the information on this document is true and correct under penalty of perjury.

_____    __8·7-24____
Signature                                           Date

STATE OF __Arizona_____
COUNTY OF __Maricopa_____

Subscribed and sworn to or affirmed before me this: _____ __8-8-24_____ by
                                                                                      (date)

__MARK   HIGGINS_____.

OFFICIAL SEAL
ANJU RAI
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM# 646090
My Comm. Expires April 21, 2027

_____
Deputy Clerk or Notary Public

## CERIFICATE of HAND DELIVERY/MAILING

A copy of the accompanying document(s) was ☒ mailed or ☐ hand delivered to:

Name:        Antony John Blinken

Address:     1600 Pennsylvania Avenue NW

             Washington, D.C. 20500

Date:        8/ 11 /2024,    USPS Certified No.9589-0710-5270-0449-4570-66
             _____

By:          _____
             (Signature of Person Mailing or Hand Delivering)

© Superior Court of Arizona in Maricopa County        Page 2 of 2                CVFJ92f 042420
ALL RIGHTS RESERVED

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: CIVIL JUDGMENT, Case Name: HIGGINS FAMILY TRUST, ET AL, Plaintiff v. ANTONY BLINKEN, ET AL, Defendant, Case Number: 1:22-CV-9714-LTS, electronically filed in this Court on December 19, 2022*********
*********************************************************************************
*********************************************************************************
are true copies of records of this Court.

In testimony whereof, I sign my name and affix the seal of this Court, in this District, at

_____ New York, New York _____ on _____ September 16, 2025 _____
City            Date

_____ Tammi Hellwig _____      _____ Stanley Klimek _____
Clerk          (By)      Deputy Clerk
                                                Stanley Klimek

I, _____ Robyn F. Tarnofsky _____, a Judicial Officer of this Court, certify that _____ Tammi M. Hellwig _____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_____ September 16, 2025 _____      _____
Date          Signature of Judicial Officer

                             _____ U.S. Magistrate Judge _____
                       Title

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Robyn F. Tarnofsky _____,
                                             Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at Southern District
_____ New York, New York _____ in this State, on _____ September 16, 2025 _____
City            Date

_____ Tammi M. Hellwig _____      _____ Stanley Klimek _____
Clerk          By)      Deputy Clerk
                                              Stanley Klimek

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGGINS FAMILY TRUST, ET AL,

Plaintiff,

-against-

ANTONY BLINKEN, ET AL

Defendants.

22-CV-9714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 19, 2022
        New York, New York

_____/s/ Laura Taylor Swain_____
LAURA TAYLOR SWAIN
Chief United States District Judge

_____September 16, 2025_____
            *Date*

_____
*Signature of Judicial Officer*

_____U.S. Magistrate Judge_____
            *Title*

I, _____Tammi M. Hellwig_____, Clerk of this United States District Court,
per of the seal, certify that the Honorable _____Robyn F. Tarnofsky_____,
                                                      *Judicial Officer*
ed above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and
fied, and that I am well acquainted with the Judicial Officer's official signature and know and certify
th  ove signature to be that of the Judicial Officer.
    In testimony whereof I sign my name, and affix the seal of this Court at ___Southern District___
_____New York, New York_____ in this State, on ___September 16, 2025___
            *City*                                                      *Date*

_____Tammi M. Hellwig_____
*Clerk*

By) _____
                *Deputy Clerk*
            Stanley Klimick

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN        DISTRICT OF        NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: CIVIL JUDGMENT, Case Name: LORETTA GAY SCAMP, DBA HIGGINS FAMILY TRUST, Plaintiff v. ANTONY BLINKEN, ET AL., Defendants, Case Number: 23 CIVIL 1418 (LTS), electronically filed in this Court on March 27 2023 ********************************************************************** ********************************************************************** ********************************************************************** are true copies of records of this Court.

In testimony whereof, I sign my name and affix the seal of this Court, in this District, at

_____ New York, New York _____ on _____ November 13, 2025 _____
City                                    Date

_____ Tammi Hellwig _____        _____
Clerk                                    (By)       Deputy Clerk
                                                     Stanley Klimek

I, _____ Robyn F. Tarnofsky _____, a Judicial Officer of this Court, certify that _____ Tammi M. Hellwig _____ named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_____ November 13, 2025 _____        _____
Date                                       Signature of Judicial Officer

                                     _____ U.S. Magistrate Judge _____
                           Title

I, _____ Tammi M. Hellwig _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Robyn F. Tarnofsky _____,
                                               Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at _____ Southern District _____
_____ New York, New York _____ in this State, on _____ November 13, 2025 _____
City                                              Date

_____ Tammi M. Hellwig _____        _____
Clerk                                    By)            Deputy Clerk
                                                  Stanley Klimek

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORETTA GAY SCAMP,
*dba Higgins Family Trust*

Plaintiff,

-against-

ANTONY BLINKEN, ET AL.,

Defendants.

23-CV-1418 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 27, 2023
          New York, New York

_____
/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

_____, Clerk of this Court, duly appointed and sworn, and keeper of the records ___,
this certificate, and the attestation of the record, are in accordance with the laws of the United States.

____November 13, 2025____          _____
            *Date*                          *Signature of Judicial Officer*

                                            ____U.S. Magistrate Judge____
                                    *Title*

I, _____Tammi M. Hellwig_____, Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____Robyn F. Tarnofsky_____,
                                                    *Judicial Officer*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and
qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify
the above signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at __Southern District__
____New York, New York____ in this State, on ____November 13, 2025____
            *City*                                        *Date*

____Tammi M. Hellwig____          _____
                                  By) _____Stanley Klimek_____
*Clerk*                                  *Deputy Clerk*
                                          Stanley Klimek

Clerk of the Superior Court
*** Electronically Filed ***
01/08/2026 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                                01/07/2026


HONORABLE DAVID MCDOWELL

CLERK OF THE COURT
K. Johanson
Deputy


MARK-ROCK HIGGINS                          MARK-ROCK HIGGINS
                                           10642 W SOUTHERN
                                           TOLLESON AZ  85353


v.

RACHEL HOPE MITCHELL, et al.               EVELYN DUENAS


                                           NANCY M BONNELL
                                           TYLER CAMPMAN
                                           ELAN MIZRAHI
                                           MICHELE MOLINARIO
                                           JUDGE MCDOWELL



MINUTE ENTRY


The Court is in receipt of Mr. Higgins December 19, 2025 *Interlocutory Appeal Special Action.* Unfortunately, the Court is unable to determine whether this is an attempted special action to challenge this Court's rulings in CV2025-027997, a challenge to Commissioner Easterday's Rulings in CV2024-021367, or an original special action challenging the authority of the Superior Court.

If Mr. Higgins is challenging this Court's rulings in CV2025-027997, the special action must be filed with the Arizona Court of Appeals, not the Superior Court. If Mr. Higgins had intended this special action to be a challenge to this Court's rulings, this Court will take no action on this request because the authority to address this lies with the Court of Appeals.


Docket Code 023                    Form V000A                           Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-027997                                              01/07/2026

If Mr. Higgins intended to challenge the decisions of Commissioner Easterday in CV2024-021367, that special action must also be filed in the Arizona Court of Appeals. One superior court judicial officer cannot exercise jurisdiction over another superior court officer's decisions. Orderly judicial administration requires that parties challenge judgments through direct appeal and not through separate proceedings in another court. *Duncan v. Progressive Preferred Ins. Co. ex rel. Estate of Pop*, 228 Ariz. 3 (2011). If Mr. Higgins is seeking to challenge the decisions of Commissioner Easterday, this Court will take no action on this filing because authority lies with the Court of Appeals not this Court..

If Mr. Higgins intended to file an original special action to challenge the actions of a state officer or body pursuant to the Special Action Rules of Procedure, this filing does not meet the requirements of Rule 7. This is not designated as a complaint for special action; it is not filed as a new action; and nothing submitted indicates a new filing fee was paid. If Mr. Higgins intended to file an original special action under the Special Action Rules of Procedure, this filing does not comply and the Court cannot treat it as such. The Court will take no action on this filing.

Docket Code 023                   Form V000A                            Page 2

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
1/9/2026 4:43:35 PM
Filing ID 21255141

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000
Nancy M. Bonnell, State Bar No. 016382
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  602-542-7902
Nancy.Bonnell@azag.gov
adminlaw@azag.gov (for court use only)

*Attorneys for Justice Ann Scott Timmer and Justice Robert Brutinel (Ret.)*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **MARK-ROCK HIGGINS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RACHEL HOPE MITCHELL, et al.**<br><br>**Defendants.** | **Case No.  CV 2025-027997**<br><br>**JUSTICE TIMMER'S AND RETIRED JUSTICE BRUTINEL'S NOTICE OF LODGING PROPOSED FINAL JUDGMENT**<br><br>**(Assigned to the Hon. David McDowell)** |

Defendants Justice Ann Scott Timmer and Retired Justice Robert Brutinel (the "Justices") hereby provide notice that they lodged a proposed form of Final Judgment filed on this same date.  Undersigned counsel for the Justices did not lodge a proposed form of Final Judgement on or before December 31, 2025 as ordered by the Court in its December 5, 2025 Order granting the Justices' Motion to Dismiss (the "Order"), because undersigned counsel never received a copy of the Order.  Undersigned counsel only

/ / /

/ / /

became aware of the Order today, after receiving notification from undersigned counsel's assistant who discovered it during a review of the docket in this matter.

Dated this 9th day of January 2026.

KRISTIN K. MAYES
Attorney General

By: /s/ Nancy M. Bonnell
Nancy M. Bonnell
Assistant Attorney General
*Attorneys for the Justices*

**ORIGINAL**  E-filed this 9th day of January 2026 with:

Clerk of Court
Maricopa County Superior Court

**COPIES** of the foregoing emailed this 9th day of January 2026 to:

Mark-Rock Higgins
10642 W. Southern
Tolleson, AZ 85353
Rockzz7@Icloud.com
*Plaintiff, in Pro Per*

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY
Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
Civil Services Division
225 West Madison Street
Phoenix, AZ 85003
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

2

Larry J. Crown, Esq.
Elan S. Mizrahi, Esq.
BRUECKNER SPITLER SHELTS PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255
lcrown@bss.law
elan@bss.law
*ATTORNEYS FOR THE GOODYEAR DEFENDANTS*

Michele Molinario
Derek R. Graffious
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
mmolinario@jshfirm.com
dgraffious@jshfirm.com
minuteentries@jshfirm.com

ATTORNEYS FOR DEFENDANTS COCHISE COUNTY
SHERIFF MARK DANNELS AND RANDY JUDD

COPY of the foregoing to be mailed via U.S. Mail
on January 12, 2026 to:

Mark-Rock Higgins
10642 W. Southern
Tolleson, AZ 85353
*Plaintiff, in Pro Per*

By: /s/ Nancy M. Bonnell
    Nancy M. Bonnell

3



IN THE

# COURT OF APPEALS

STATE OF ARIZONA
DIVISION ONE

DIVISION ONE
FILED: 01/21/2026
MATTHEW J. MARTIN,
CLERK
BY: JB

MARK-ROCK HIGGINS,               )  Court of Appeals
                                 )  Division One
            Plaintiff/Appellant, )  No. 1 CA-CV 26-0051
                                 )
       v.                        )  Maricopa County
                                 )  Superior Court
RACHEL HOPE MITCHELL, et al.,    )  No. CV2025-027997
                                 )
            Defendant/Appellee.  )
                                 )
_____)

CLERK OF THE SUPERIOR COURT
FILED
JAN 21 2026 4:46 PM
J Frazier_____, Deputy

### APPELLATE CLERK NOTICE
### (ARCAP 12(b))

Pursuant to A.R.S. § 12-302(I) and A.O. 2022-02, waivers or deferrals granted in the Superior court within one year of the Notice of Appeal date shall remain in effect. Appellant's fees were deferred in the Superior court by minute entry dated August 19, 2025.

Pursuant to the Rules of Civil Appellate Procedure Rule 12(c) notice is hereby given of the following information and requirements.

The Appellate Case Number 1 CA-CV 26-0051 should be used in all communications with the Court of Appeals in this case.

Date Index of Record received from the Superior Court:        January 16, 2026

Additional record will be requested by the Court of Appeals following the filing of the reply brief or the expiration of the reply brief due date.

**Appellee Filing Fees Due**

| Litigant | Amount Due |
| --- | --- |
| Rachel Hope Mitchell, et al. | Exempt |

Pursuant to Rules of Civil Appellate Procedure, Rule 12(e)(2), if the appellee fails to timely pay the fee, the Court may consider the appeal solely on the appellant's opening brief and the record from the Superior Court.

Please note that payment cannot be made over the phone.

## Document Deadlines

**Litigant**
Mark Rock Higgins

**Case Management Statement Due Date**
February 10, 2026

Arizona Rules of Civil Appellate Procedure Rule 12(d) requires an appellant to complete and timely file a case management statement with the Clerk's Office.   The form may be found here:
https://coa1.azcourts.gov/Portals/1/89/Forms2025/Case%20Management%20Statement.pdf
?ver=8_H323eLKOwnqSQWeRLvlA%3d%3d

**Litigant**
Mark Rock Higgins

**Opening Brief Due Date**
March 23, 2026

Rachel Hope Mitchell, et al.'s answering brief will be due 40 days after service of the opening brief.

Arizona Rules of Civil Appellate Procedure Rules 13, 14 and 15 provide specific information regarding the content of briefs, deadlines and service.

## Transcripts
Pursuant to Arizona Rules of Civil Appellate Procedure Rule 11, parties are responsible for ordering any necessary transcripts that were not previously filed as part of the official record.

Parties are responsible for filing any ordered transcripts with the Court of Appeals as well as serving other parties involved in the case within 5 days of receipt (ARCAP Rule 11.1(d)).

## Additional General Information
Attorneys are required to electronically file documents through the following link:
https://turbocourt.com/?p=home   (self-represented litigants have the option of filing through the electronic filing portal, through the U.S. mail or by visiting the Clerk's Office).

Regularly updated information regarding the status of this case can be found by visiting:
https://www.azcourts.gov/appellatecourtcases/COA1/Cases

A summary of policies affecting procedural matters in this court may be viewed here:
https://coa1.azcourts.gov/Resources/Policies/Civil-Appeals

Pursuant to A.O.s 2020-02 and 2020-03, the court expects briefs to be filed timely and will only grant motions for extension of time for good cause.   Absent an order granting an extension of time, briefs will be deemed untimely if they are not filed by the due date.
If you plan to request an extension of time, please review the Court's policy prior to submitting your request.   Motions requesting extensions should be filed well in advance of the due date so they can be processed prior to the due date.   The court will not provide short-term extensions solely to consider a motion for extension of time

**YOU MAY BE ELIGIBLE FOR LEGAL ASSISTANCE:**  If you reside in Maricopa County and cannot afford an attorney, you may qualify for assistance.  For general information regarding assistance that may be available, please visit: https://coa1.azcourts.gov/Resources/Representation-for-Indigent-Parties

The Court of Appeals, Division One offers subscription lists to receive emails regarding new opinions and informational news items.  Interested persons can text "COA1INFO" to 22828 to sign up for both opinions and news.  Individuals wishing to receive only opinions or only news may visit the website: https://coa1.azcourts.gov/  and click on "subscribe".

An overview of methods of payment can be found here: https://coa1.azcourts.gov/Forms,FeesFiling/Fees

Should an individual be unable to pay filing fees, a request to defer or waive fees may be made by filing an Application for Fee Deferral or Waiver which can be found here: https://coa1.azcourts.gov/Portals/1/89/Forms/Appellate%20Application%20for%20Deferral%20or%20Waiver%20of%20Court%20Fees.pdf?ver=qOC8QFTqvK7RiAO7Ep0Iiw%3d%3d

Should you have procedural questions, the Clerk's Office may be contacted at (602) 452-6700, through inform@appeals.az.gov or by sending mail to:

> Court of Appeals, Division One
> Suite 203
> 1501 W. Washington
> Phoenix, AZ 85007

Please note that the Clerk's Office cannot provide legal advice.

A copy of the foregoing notice was sent to:

Mark Rock Higgins
Evelyn D Duenas
Charles E Trullinger
Nancy M Bonnell
Larry J Crown
Elan S Mizrahi
Michele Molinario
Derek R Graffious
Hon Joseph W Malka

Unless otherwise noted, notices were sent electronically to the email address(es) on file for the individuals listed.

IN THE

# COURT OF APPEALS

## STATE OF ARIZONA
## DIVISION ONE

DIVISION ONE
FILED: 01/21/2026
MATTHEW J. MARTIN,
CLERK
BY: JB

| MARK-ROCK HIGGINS, | ) | Court of Appeals |
| | ) | Division One |
| Plaintiff/Appellant, | ) | No. 1 CA-CV 26-0051 |
| | ) | |
| v. | ) | Maricopa County |
| | ) | Superior Court |
| RACHEL HOPE MITCHELL, et al., | ) | No. CV2025-027997 |
| | ) | |
| Defendant/Appellee. | ) | |
| | ) | |

CLERK OF THE SUPERIOR COURT
FILED
JAN 21 2026 4:47 Pm
JFrazier                     , Deputy

## NOTICE OF CONTINUING FEE DEFERRAL (ARS 12-302(I))

The record provided by the Maricopa County Superior Court reflects a court order finding Mark Rock Higgins eligible for a deferral of fees. Pursuant to Arizona Revised Statutes § 12-302(I), and Court of Appeals Administrative Order 2022-02, notice is hereby provided that the fee deferral in appellate case number 1 CA-CV 26-0051 for Mark Rock Higgins has been continued.

Mark Rock Higgins is required to report any change in financial circumstances to the Court by filing a document describing the change.

At the conclusion of the case, the court may waive fees, order the party to pay fees, or order the party to provide an updated application.

Page Two
1 CA-CV 26-0051


A copy of the foregoing notice was sent January 21, 2026 to:

Mark Rock Higgins
Evelyn D Duenas
Charles E Trullinger

Nancy M Bonnell

Larry J Crown
Elan S Mizrahi

Michele Molinario
Derek R Graffious
Hon Joseph W Malka

(jab)


Unless otherwise noted, notices were sent electronically to the email address(es) on file for the individuals listed.

Should you have procedural questions, the Clerk's Office may be contacted at (602) 452-6700, through inform@appeals.az.gov or by sending mail to:

      Court of Appeals, Division One
      Suite 203
      1501 W. Washington St.
      Phoenix, AZ  85007


Please note that the Clerk's Office cannot provide legal advice.

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
1/28/2026 3:56:51 PM
Filing ID 21368957

Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants Cochise County Sheriff
Mark Dannels and Randy Judd

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS in personam,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, et al.,<br><br>Defendants. | NO. CV2025-027997<br><br>**DEFENDANTS SHERIFF MARK DANNELS AND RANDY JUDD'S NOTICE OF LODGING RULE 54(b) FINAL JUDGMENT**<br><br>(Assigned to the Honorable Erik Thorson) |

Defendants Sheriff Mark Dannels and Randy Judd respectfully provide notice that they have lodged with the Court a proposed form of Rule 54(b) Order of Final Judgment for Defendants on Plaintiff's Complaint. Final judgment is warranted here because the Court dismissed Plaintiff's Complaint against Defendants on January 15, 2026 in its entirety. At the same time, the Court ordered Defendants to submit this Notice of Lodging Final Judgment by February 2, 2026. As such, no further matters remain pending against these Defendants, there is no just reason for delay, and judgment should be entered pursuant to Arizona Rule of Civil Procedure 54(b).

119492724.1

A proposed form of judgment is attached as **Exhibit 1.**

DATED this 28th day of January, 2026.

JONES, SKELTON & HOCHULI P.L.C.


By  */s/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Cochise County Sheriff
Mark Dannels and Randy Judd

2

119492724.1

ORIGINAL of the foregoing electronically filed this 28th day of January, 2026.

COPY of the foregoing mailed and e-mailed this 28th day of January, 2026, to:

Mark-Rock Higgins
10642 W. Southern
Tolleson, AZ 85353
Rockzz7@Icloud.com
*Plaintiff, in Pro Per*

COPY of the foregoing e-mailed this 28th day of January, 2026, to:

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY
Evelyn D. Duenas
Charles E. Trullinger
Deputy County Attorneys
Civil Services Division
225 West Madison Street
Phoenix, AZ 85003
evelyn.duenas@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

KRISTIN K. MAYES
Attorney General
Nancy M. Bonnell
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
Nancy.Bonnell@azag.gov
*Attorneys for Defendants Justices Ann Scott Timmer and Robert Brutinel (Retired)*

Larry J. Crown, Esq.
Elan S. Mizrahi, Esq.
BRUECKNER SPITLER SHELTS PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255
lcrown@bss.law
elan@bss.law
*Attorneys for The Goodyear Defendants*

  */s/ Cindy Castro*

3

# EXHIBIT "1"

Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants Cochise County Sheriff
Mark Dannels and Randy Judd

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| MARK-ROCK HIGGINS in personam,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HOPE MITCHELL, et al.,<br><br>Defendants. | NO. CV2025-027997<br><br>**[PROPOSED] RULE 54(b) FINAL JUDGMENT IN FAVOR OF DEFENDANTS SHERIFF MARK DANNELS AND RANDY JUDD**<br><br>(Assigned to the Honorable Erik Thorson) |

This matter came before the Court on Defendants Sheriff Mark Dannels and Randy Judd's Motion to Dismiss, which the Court granted on January 15, 2026. Plaintiff failed to file a response in opposition to the Motion to Dismiss and the time to do so has now expired. After reviewing Defendants' Notice of Lodging Rule 54(b) Final Judgment, and with good cause appearing, the Court orders as follows:

**IT IS ORDERED** that Plaintiff's claims against Defendants Sheriff Mark Dannels and Randy Judd are dismissed with prejudice.

119492739.1

**IT IS FURTHER ORDERED** that there is no just reason for delay, and the Court expressly directs entry of final judgment pursuant to Arizona Rule of Civil Procedure 54(b) in favor of Defendants Sheriff Mark Dannels and Randy Judd on all claims against them.

DATED this _____ day of January, 2026.

_____
Honorable Erik Thorson

2

119492739.1

# ATTACHMENT 10

# Verification

VERIFICATION

The undersigned Assistant United States Attorney, pursuant to LRCiv 3.7(b), states that the attached documents are true and correct copies of the court file for the matter captioned *Mark-Rock Higgins v. Rachel Hope Mitchell, et al., Maricopa County Superior Court Case No. CV 2025-027997* as downloaded from the Arizona Courts' electronic access website: https://eaccess.azcourts.gov.

DATED: February 10, 2026.

s/Emory Hurley
EMORY HURLEY
Assistant U.S. Attorney

1