**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Mark-Rock Higgins | Plaintiff Pro Se | |
| Kathleen K. Hobbs<br>Michael W. Kemp<br>Matthew Lane<br>Jennifer J. Toth | | |
| United States of America Forestry Service<br><br>(Aaron Mayville is federal employee) | Defendant | United States Attorney Office<br>Emory Hurley (014812)<br>Assistant U.S. Attorney<br>40 North Central, Suite 1800<br>Phoenix, Arizona 85004-4408<br>Telephone: (602) 514-7500 |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?    Yes ◯        No ◉
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?    Yes ◯        No ◉
   If "Yes," by which party and on what date?

**4.      Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Unknown attempts of service are inefficient | | |
| | | |
| | | |

**5.      Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Unknown | |
| | |
| | |

**6.      Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| (Please see attached table for terminated Defendants) | |
| | |
| | |

**7.      Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| | |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)

**Supplement to the Supplemental Civil Cover Sheet**

**Nonsuited, Dismissed or Terminated Parties:**

| Party | Party Type | Attorney |
|---|---|---|
| Justice Ann Scott Timmer Robert Brutinel (Ret.) | Defendants | Nancy M. Bonnell Assistant Attorney General 2005 N. Central Avenue Phoenix, Arizona 85004-1592 602-542-7902 Nancy.Bonnell@azag.gov |
| Manuel Delgado, Carla Bastien, Brian J. Issitt, Santiago Rodriguez, Steven A. Johnson, Sarah A. Johnson, Sarah Eleanor Birkemeier, Laura Kaino, Sheri Lauritano, Wally Campbell, Bill Stipp, Brandon Hampton, Vicki Gillis, Benita Beckles, Trey Terry, Joseph Pizzillo, Wynette Reed, Justin Fair, Adam Tellez. | Defendants | Larry J. Crown Elan S. Mizrahi Brueckner Spitler Shelts PLC 8355 East Harford Drive, Suite 200 Scottsdale, Ariona 85255 480-4839600 lcrown@bbs.law elan@bbs.law |
| Rachel Mitchell, Serena Pokrass, Justin Heap, Jerry Sheridan, John M. Allen, Royce Flora, Eddie Cook, Paul Petersen, Serena Serassio, Kayela Willis, Thomas Galvin, Kate Brophy McGee, Mark Steward, Debbie Lesko, Steve Gallardo, Heidi Owens, Anna Huberman, Andrew Gastelum, Joseph Guzman, Leonore Driggs, Fred Arnett, Blake King, Joe B. Getzwiller, Jordan Ray, Donald Watts, Gerald Williams, | Defendants | Evelyn D. Duenas Charles E. Trullinger Deputy County Attorney Civil Services Division 225 West Madison Street Phoenix, Arizona 85003 602-506-8541 Evelyn.duenas@mcao.maricopa.gov trullinc@mcao.maricopa,gov |

**Supplement to the Supplemental Civil Cover Sheet**

| | | |
|---|---|---|
| Elaissia Sears,<br>Cathy Riggs,<br>Sharron Sauls,<br>Michele Reagan,<br>Tyler Kissell,<br>Teresa Lopez,<br>Craig Wismer,<br>Kyle Jones,<br>Jennifer Hernandez Sama,<br>Chris Mueller,<br>Jennifer Jermaine,<br>Rebecca Rios,<br>Mireya Arroyo,<br>Ken Cheuvront, and<br>Ashley Fitzwilliams | | |
| Chris Nanos | Defendant | Tyler Campman<br>Rebecca K. O'Brien<br>Deputy County Attorneys<br>32 North Stone Avenue, Suite 2100<br>Tucson, Arizona 85701<br>520-724-5700<br>Tyler.Campman@pcao.pima.gov<br>Rebecca.Obrien@pcao.pima.gov |
| Sheriff Mark Dannels<br>Cochise County Justice of<br>the Peace Randy Judd | Defendants | Michele Molinario<br>Derek R. Graffious<br>Jones, Skelton & Hochuli P.L.C.<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>602-263-1746<br>mmolinario@jshfirm.com<br>dgraffious@jshfirm.com |
| Tina Ainsley | Defendant | |
| Sara Albrycht | Defendant | |
| Kristi Arnold-Noem | Defendant | |
| Brett Axlund | Defendant | |
| Thompson Baker | Defendant | |
| William Bales | Defendant | |
| Scott Kenneth Bessent | Defendant | |
| Frank Bisignano | Defendant | |
| Michael Bluff | Defendant | |
| Pam Bondi | Defendant | |
| Douglas James Burgum | Defendant | |
| Krista Carman | Defendant | |
| Nichole Check | Defendant | |
| Lloyd Compton | Defendant | |
| Deborah Conway | Defendant | |
| Kenneth Countryman | Defendant | |
| Dolores Doolittle | Defendant | |
| John Erickson | Defendant | |
| Richard Felker | Defendant | |
| Jeffrey Fine | Defendant | |
| Adrian Fontes | Defendant | |
| Chris French | Defendant | |

## Supplement to the Supplemental Civil Cover Sheet

| | | |
|---|---|---|
| Rachel Gendreau | Defendant | |
| Matthew Giardano | Defendant | |
| Joseph Goldstein | Defendant | |
| Tony Gonzalez | Defendant | |
| Kelly Gregario | Defendant | |
| Cele Hancock | Defendant | |
| Susan Harris | Defendant | |
| Craig Irish | Defendant | |
| Denise Jenkins | Defendant | |
| Thomas Kelley | Defendant | |
| Robert Kennedy | Defendant | |
| Christopher Kuknyo | Defendant | |
| Kimberly Lee | Defendant | |
| John Lohr | Defendant | |
| William Long | Defendant | |
| Debra Lucas | Defendant | |
| Mary Mallory | Defendant | |
| Alexander Mashinsky | Defendant | |
| Kristine Mashinsky | Defendant | |
| Kristin Mayes | Defendant | |
| Michael McCord | Defendant | |
| Michael McGill | Defendant | |
| Donna McQuality | Defendant | |
| Dennis Orender | Defendant | |
| Sophia Petrillo | Defendant | |
| Warren Peterson | Defendant | |
| Jennifer Pifer | Defendant | |
| Debra Phelan | Defendant | |
| David Rhodes | Defendant | |
| Brooke Rollins | Defendant | |
| Marco Rubio | Defendant | |
| Dean Sauer | Defendant | |
| Kristen Sharifi | Defendant | |
| Steven Sisneros | Defendant | |
| Ross Teeple | Defendant | |
| John Titus | Defendant | |
| Donald Trump | Defendant | |
| John Tuchi | Defendant | |
| Linda Wallace | Defendant | |
| Teresa Welborn | Defendant | |
| Douglas Wolf | Defendant | |
| Frank Wood | Defendant | |
| Janet Yellen | Defendant | |
| Anna Young | Defendant | |
| Steven Young | Defendant | |
| Melissa Zabor | Defendant | |